# United States District Court

_____ DISTRICT OF __GUAM U.S.A.__

FILED
DISTRICT COURT OF GUAM
MAR 21 2003
MARY L. M. MORAN
CLERK OF COURT

LESLIE WILTON,

        Plaintiff,

V.

BLACK CONSTRUCTION CORPORATION and
WINZLER & KELLY CONSULTING ENGINEERS,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-00009

03-00009

TO: (Name and address of defendant)

BLACK CONSTRUCTION CORPORATION
Harmon Industrial Park
Harmon, Guam 96913

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
Elyze McDonald, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court
CLERK

MAR 1 8 2003
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>March 19, 2003 |
| NAME OF SERVER (PRINT)<br>Jesusa S. Quenga | TITLE<br>File/Library Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served on Mark Mamczar, Vice President at Black Construction Corporation, Harmon Industrial Park, Harmon, Guam 96913.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 19, 2003
Date

_[signature]_
Signature of Server
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.