# United States District Court

**DISTRICT OF** GUAM U.S.A.

FILED
DISTRICT COURT OF GUAM
MAR 21 2003
MARY L. M. MORAN
CLERK OF COURT

LESLIE WILTON,

    Plaintiff,

V.

BLACK CONSTRUCTION CORPORATION and
WINZLER & KELLY CONSULTING ENGINEERS,

    Defendants.

**SUMMONS IN A CIVIL CASE** 3

CASE NUMBER: 03-00009

TO: (Name and address of defendant)

WINZLER & KELLY CONSULTING ENGINEERS
Suite 904, GCIC Building
414 West Soledad Avenue
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
Elyze McDonald, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

MAR 18 2003

CLERK          DATE

(BY) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 19, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jesusa S. Quenga | File/Library Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served on Vera Topasna, Office Manager at Winzler & Kelly Consulting Engineers, Suite 904, GCIC Building, 414 West Soledad Avenue, Hagatna, Guam 96910.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 19, 2003
Date

Signature of Server

Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.