ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 7 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| vs. | |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |
| Defendants. | |

IT IS HEREBY STIPULATION by and between the parties hereto through their respective attorneys of record that Defendant **BLACK CONSTRUCTION CORPORATION** shall have an extension of time through and including May 7, 2003 within which to answer or otherwise respond to the Complaint herein.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

DATED: APRIL __4__, 2003

CARLSMITH BALL LLP

BY: _____
DAVID LEDGER
*Attorneys for Plaintiff Leslie Wilton*

DATED: APRIL __4__, 2003

## ORDER

APPROVED AND SO ORDERED: _____

APR 0 7 2003

HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

RECEIVED
DISTRICT COURT OF GUAM
APR -4 2003
HAGATNA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857