BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

F I L E D
DISTRICT COURT OF GUAM
APR - 9 2003
MARY L. M. MORAN
CLERK OF COURT
5

**IN THE DISTRICT COURT OF GUAM**

LESLIE WILTON,                                          )          CIVIL CASE NO. CIV03-00009
                                                       )
                   Plaintiff,                          )
                                                       )
          vs.                                          )          **STIPULATION AND ORDER**
                                                       )
BLACK CONSTRUCTION CORPORATION                         )
and WINZLER & KELLY CONSULTING                         )
ENGINEERS,                                             )
                                                       )
                   Defendants.                         )
                                                       )

**STIPULATION AND ORDER**

          COMES NOW the Plaintiff Leslie Wilton and Defendant Winzler & Kelly Consulting Engineers,

by and through counsel undersigned, respectfully, and hereby stipulate to an extension of time for Defendant

Winzler & Kelly Consulting Engineers to file a responsive pleading to the Summons and Complaint served

in this action.  The extension of time shall be for a period that expires on May 7, 2003.

                                        **CARLSMITH BALL**


Dated: _April 7, 2003_                  By: _____
                                            **DAVID P. LEDGER, ESQ.**
                                            Attorney for Plaintiff
                                            *Leslie Wilton*


                                        **O'CONNOR BERMAN DOTTS & BANES**
                                        **BERMAN O'CONNOR MANN & SHKLOV**


Dated: **4-7-03**                       By: _____
                                            **DANIEL J. BERMAN**
                                            Attorney for Defendant
                                            *Winzler & Kelly Consulting Engineers*

E:\Emmajean\PLD\Wilton v. Black Construction\0002.wpd\DJB:col

- 1 -

ORIGINAL

Leslie Wilton v. Black Construction Corporation and Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Stipulation and Order

SO ORDERED this ____ day of _____April_____, 2003.

By: _____

**JOHN S. UNPINGCO**
Chief District Court Judge

```
RECEIVED
APR - 7 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM
```

E:\Emmajean\PLD\Wilton v. Black Construction\0002.wpd\DJB:eol

- 2 -