```
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Defendant:
Winzler & Kelly Consulting Engineers
```

FILED
DISTRICT COURT OF GUAM
APR 11 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| vs. | **PETITION TO ADMIT ATTORNEY PRO HAC VICE** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS, | |
| Defendants. | |

### PETITION TO ADMIT ATTORNEY PRO HAC VICE

The Defendant Winzler & Kelly Consulting Engineers hereby petitions for Attorney Robert J. O'Connor of the Law Firm of O'Connor Berman Dotts & Banes to be admitted pro hac vice to practice before this Court in the above-captioned action. The Declaration of Mr. O'Connor is attached.

This Petition is made pursuant to General Rule 17.1 of the District Court of Guam. Daniel J. Berman of the law firm of Berman O'Connor Mann & Shklov accepts the designation as local counsel. A proposed Order is attached.

Dated this **11** day of April, 2003.

Respectfully submitted,

**O'CONNOR BERMAN DOTTS & BANES**
**BERMAN O'CONNOR MANN & SHKLOV**

By: _____
**DANIEL J. BERMAN**
Attorney for Defendant
*Winzler & Kelly Consulting Engineers*

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant:
*Winzler & Kelly Consulting Engineers*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| vs. | **DECLARATION OF**<br>**ROBERT J. O'CONNOR** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS, | |
| Defendants. | |

### DECLARATION OF ROBERT J. O'CONNOR

I, Robert J. O'Connor, in support of this Motion, submit the following information:

1. My full name is Robert J. O'Connor.

2. I intend to represent the Defendant Winzler & Kelly Consulting Engineers.

3. My address and telephone numbers are as follows: Second Floor, Nauru Building, P.O. Box 501969, Saipan, MP 96950-1969; telephone: (670) 234-5684/5.

4. The name of my Law Firm is O'Connor Berman Dotts & Banes.

5. I attended the Tulane University, University of Michigan and received a bachelor's degree in 1971.

6. I also attended the University of San Francisco School of Law where I earned my Juris Doctorate in 1974.

7. I am admitted to the following state bars and courts: Guam Superior Court (Admitted: 1988); State Bar of California (Admitted: 1974), and Commonwealth of the Northern Mariana Islands (Admitted: 1985).

Leslie Wilton v. Black Construction Corporation and Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Declaration of Robert J. O'Connor

===

8. I have also been admitted pro hac vice in the State of Texas.

9. I am a member in good standing of all of the aforementioned bars; I am not under any suspension or disbarment.

10. That I am already familiar with this case and my admission pro hac vice in this action will neither hinder nor delay the prosecution of this action.

11. I hereby designate Daniel J. Berman of Berman O'Connor Mann & Shklov, an active member in good standing of the bar of this Court, as co-counsel with whom this Court and opposing counsel may communicate regarding the conduct of the above-entitled case upon whom papers may be served.

I declare under penalty of perjury that the foregoing facts are true and correct, and respectfully request that the Petition to Admit Pro Hac Vice be granted and that I be admitted pro hac vice to the bar of this Court to appear in the instant matter.

Dated this 7th day of April, 2003.

By: _____
ROBERT J. O'CONNOR