```
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366
```

Attorney for Defendant:
*Winzler & Kelly Consulting Engineers*

FILED
DISTRICT COURT OF GUAM
APR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON,<br><br>  Plaintiff,<br><br>  vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS,<br><br>  Defendants. | CIVIL CASE NO. CIV03-00009<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that on the ___11___ day of April, 2003, I caused to be served a copy of the Petition to Admit Attorney Pro Hac Vice, Declaration of Robert J. O'Connor and Order on:

David P. Ledger, Esq.,
Carlsmith Ball
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932

Dated this ___11___ day of April, 2003.

BERMAN O'CONNOR MANN & SHKLOV

By: /s/ Daniel Berman

**DANIEL J. BERMAN**
Attorney for Defendant
*Winzler & Kelly Consulting Engineers*

E:\Emmajean\PLD\Wilton v. Black Construction\0001.wpd\DJB.eol

- 1 -

Case 1:03-cv-00009   Document 7   Filed 04/11/2003   Page 1 of 1