BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Defendant:
*Winzler & Kelly Consulting Engineers*

FILED
DISTRICT COURT OF GUAM
APR 1 5 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| vs. | ORDER |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS, | |
| Defendants. | |

### ORDER

Upon good cause shown, and after review of the Petition to admit attorneys pro hac vice, and the Declaration of Robert J. O'Connor in support of said Petition, pursuant to General Rule 17.1(d) and (e) of the Local Rules of the District Court of Guam, the Petition to admit attorneys pro hac vice is granted.

IT IS HEREBY ORDERED that Robert J. O'Connor is admitted pro hac vice on behalf of Defendant Winzler & Kelly Consulting Engineers in the above-captioned action.

SO ORDERED this 15th day of April, 2003.

By: _____
JOHN S. UNPINGCO
Chief District Court Judge

RECEIVED
APR 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

E:\Emmajean\PLD\Wilton v. Black Construction\0001.wpd\DJB:eol    - 1 -