FILED
DISTRICT COURT OF GUAM
APR 25 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LESLIE WILTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Defendants. | Civil Case No. 03-00009<br><br>SCHEDULING NOTICE |

DAVID LEDGER, ESQ.       DANIEL J. BERMAN
ELYZE McDONALD, ESQ.      BERMAN O'CONNOR MANN & SHKLOV
CARLSMITH BALL LLP      STE. 503, BANK OF GUAM BUILDING
SUITE 401, BANK OF HAWAII BLDG.      111 CHALAN SANTO PAPA
134 WEST SOLEDAD AVENUE      HAGATNA, GU 96910
HAGATNA, GU 96910

                                  ROBERT J. O'CONNOR, ESQ.
                                  O'CONNOR BERMAN DOTTS & BANES

    The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

    Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

    1.    Counsel of record and all pro se litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

    2.    A proposed Scheduling Order and a proposed Discovery Plan shall be

filed on or before the 1ST day of June, 2003. Careful and immediate attention should be given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and Local Rules.

       3.     Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

       4.     Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

       5.     A Scheduling Conference shall be held on the **12th** of **June, 2003 at 3:00 p.m.**

       6.     Counsel are reminded that:

          a)     The filing of motions does not postpone discovery.

          b)     Local Rule 37.1 governs discovery disputes and motions.

          c)     The number and form of interrogatories are governed by Local Rule 33.1.

          d)     Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated: April 25, 2003

                    MARY L. M. MORAN
                    Clerk of Court

                    By:_____
                    Deputy Clerk