BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I, Jeannette R. Torres, do hereby certify that on May 7, 2003, I caused to be served the foregoing Answer of Defendant Winzler & Kelly Consulting Engineers, to the following:

**Via Hand Delivery**

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
Hagåtña, Guam 96910

- and -

E:\Jean\Plds\1853.wpd

**ORIGINAL**

LESLIE WILTON vs. BLACK CONSTRUCTION CORPORATION, ET AL.
CERTIFICATE OF SERVICE

**Via Hand Delivery**

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

By: _____
JEANNETTE R. TORRES

E:\Jean\Plds\1853.wpd