KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   Defendant Black Construction Corporation

FILED
DISTRICT COURT OF GUAM
MAY 15 2003
MARY L. M. MORAN
CLERK OF COURT

Stamped In Error

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| vs. | |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS, | **DEFENDANT BLACK CONSTRUCTION CORPORATION'S DEMAND FOR JURY TRIAL** |
| Defendants. | |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant **BLACK CONSTRUCTION CORPORATION** hereby demands trial by jury of all issues in this case which are properly triable by jury.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: MAY 15, 2003    BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\137-DEMAND FOR JURY TRIAL RE WILTON V BCC.DOC

ORIGINAL