ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Leslie Wilton



FILED
DISTRICT COURT OF GUAM
JUN 02 2003
MARY L. M. MORAN
CLERK OF COURT

14

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| LESLIE WILTON, | ) | CIVIL CASE NO. 03-00009 |
| Plaintiff, | ) | |
| vs. | ) | |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS, | ) | DECLARATION OF SERVICE |
| Defendants. | ) | |

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 2nd day of June 2003, I will cause to be served, via hand delivery, a true and correct copy of the Scheduling Order and Discovery Plan upon Defendant's Counsel of record as follows:

> Robert J. O'Connor
> Daniel J. Berman
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Dated this 2nd day of June 2003.

CARLSMITH BALL LLP

*[signature: Elyze McDonald]*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Leslie Wilton