ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Leslie Wilton



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON, ) | CIVIL CASE NO. 03-00009 |
| ) | |
| Plaintiff, ) | |
| ) | **SCHEDULING ORDER AND** |
| vs. ) | **DISCOVERY PLAN** |
| ) | |
| BLACK CONSTRUCTION ) | |
| CORPORATION and WINZLER ) | |
| & KELLY CONSULTING ) | |
| ENGINEERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rule of Practice 16.1, the parties hereby submit the following Scheduling Order.

1. <u>The nature of the case is as follows</u>.

Plaintiff alleges six causes of action against Defendants including negligent property damage, breach of contract, and breach of warranty of workmanlike performance. Plaintiff seeks general and special damages according to proof, costs of suit and attorneys fees.

2. <u>The posture of the case is as follows</u>.

    (a) The following motions are on file: none.

    (b) The following motions have been resolved: none.

    (c) The following discovery has been initiated: none.

3. All Motions to add Parties and Claims shall be filed on or before November 1, 2003.

4. All Motions to Amend Pleadings shall be filed on or before November 1, 2003.

5. <u>Status of Discovery</u>: The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order.

6. ~~The Court has ordered the parties to appear before the District Court on June 12, 2003 at 3:00 p.m. for the Scheduling Conference.~~ [VACATED] The parties, however, agree to waive appearance at the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is May 14, 2004.

8. (a) The anticipated discovery motions are: unknown at this time.

    All discovery motions shall be filed on or before May 21, 2004, and heard on or before June 11, 2004.

    (b) The anticipated dispositive motions are: unknown at this time.

All dispositive motions shall be filed on or before June 25, 2004, and heard on or before July 16, 2004.

9. The prospects for settlement are: unknown at this time.

10. The Preliminary Pretrial Conference shall be held on August 23, 2004 (not later than 21 days prior to trial date).

11. The Parties' Pretrial Materials, Discovery Materials, Witness Lists, Exhibit Lists and Designation of Discovery Responses shall be filed on or before August 30, 2004 (not later than 14 days prior to trial).

12. The Proposed Pretrial Order shall be filed on or before September 7, 2004 (not later than 7 days prior to trial).

13. The Final Pretrial Conference shall be held on September 7, 2004.

14. The trial shall be held on September 13, 2004.

15. Defendant Black Construction Corporation has submitted a demand letter for jury trial.

16. It is anticipated that it will take three (3) weeks to try this case.

17. The names of counsel on this case are:

For Plaintiff: David Ledger, Esq. & Elyze McDonald, Esq.

For Defendant Black Construction Corporation: Thomas Sterling, Esq.

For Defendant Winzler & Kelly Consulting Engineers: Robert O'Connor, Esq. and Daniel Berman, Esq.

       18.    The parties wish to submit this case to a Settlement Conference.

       19.    The parties present the following suggestions for shortening trial: none at this time.

       20.    At this time, there are no issues affecting the status or management of the case.

## DISCOVERY PLAN

       1.    Depositions of lay witnesses may begin at once and be taken as needed. The parties may call expert witnesses to testify.

       2.    Unless additional discovery is ordered by the Court, the parties may serve two sets of interrogatories not to exceed 25 and one set of requests for admissions not to exceed 25. The parties may serve any number of requests for production of documents. Unless a shorter time is agreed to, all written discovery shall be served by a date as to afford the answering party the full response time permitted by the applicable rules prior to the Discovery Cutoff.

       3.    <u>Disclosures and depositions</u>.

          a.    Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) are due on June 26, 2003, two weeks after the June 13, 2003 Scheduling Conference, and shall be supplemented not later than two (2) weeks after such due date.

          b.    Disclosure of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than April 14, 2004.

    c. Subsequent designation of rebuttal expert testimony under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than April 28, 2004.

    d. Depositions of experts designated under Federal Rule of Civil Procedure 26(a)(2) and paragraph 3.b. above, shall be completed not later than the discovery cut-off date. Depositions of rebuttal experts, if any are designated under Federal Rule of Civil Procedure 26(a)(2) and paragraph 3.c. above, shall be completed not later than fourteen days after the discovery cutoff.

    e. Rule 26(a)(3) disclosures shall be made not later than 30 days before trial.

  4. Other than the 25 count limit on Interrogatories and Requests for Admissions, Plaintiff does not anticipate requiring any other changes or limitations on discovery as may be imposed under federal or Local Rules.

  5. The discovery cut-off (defined as the last day to file responses to written discovery) is May 14, 2004. Depositions may be taken until the cutoff date and as provided above in paragraphs 3 and 4.

  SUBMITTED this 2nd day of June 2003.

CARLSMITH BALL LLP

*/s/ Elyze McDonald*
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Leslie Wilton

*Leslie Wilton vs. Black Construction Corporation, et al.*
District Court of Guam Civil Case No. CV03-00009
**SCHEDULING ORDER AND DISCOVERY PLAN**
Page 6

Dated this **2nd** day of June 2003.

KLEMM BLAIR STERLING &
   JOHNSON, P.C.

_____
THOMAS C. STERLING
Attorneys for Defendant
Black Construction Corporation

Dated this **2nd** day of June 2003.

BERMAN O'CONNOR MANN &
   SHKLOV

_____
ROBERT J. O'CONNOR
DANIEL J. BERMAN
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

### O R D E R

**SO ORDERED** this _11th_ day of June 2003.

_____
THE HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

**RECEIVED**
JUN - 2 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM