| | |
|---|---|
| 1 | **DANIEL J. BERMAN**<br>**BERMAN O'CONNOR MANN & SHKLOV**<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910<br>Telephone: (671) 477-2778<br>Facsimile: (671) 477-4366 |

**FILED**
DISTRICT COURT OF GUAM
JUN 26 2003
MARY L. M. MORAN
CLERK OF COURT

16

**ROBERT J. O'CONNOR**
**O'CONNOR BERMAN DOTTS & BANES**
2nd Floor, Nauru Building, Susupe
P.O. Box 501969, Saipan, MP 96950-1969
Telephone: (670) 234-5684
Telefax: (670) 234-5683

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

## IN THE DISTRICT COURT OF GUAM

| LESLIE WILTON, | ) | CIVIL CASE NO.: CIV03-00009 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **PROOF OF SERVICE** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS, | ) | |
| Defendants. | ) | |

I, Kio Fuji, HEREBY CERTIFY that on June 23rd, 2003, I served copies of the foregoing **DEFENDANT WINZLER & KELLY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF LESLIE WILTON, DEFENDANT WINZLER & KELLY'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF LESLIE WILTON and DEFENDANT WINZLER & KELLY'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF LESLIE WILTON** by telefax upon the following:

> David Ledger, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> P.O. Box BF
> Hagåtña, Guam 96932-5027
> Telefax: (671) 477-4375
> Attorneys for Plaintiff Leslie Wilton

- 1 -

**ORIGINAL**

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290
Attorneys for Defendant Black Construction Company

Dated this 24th day of June, 2003.

*Kio Fuji* (signature)
Kio Fuji

I, Konrad M. Reyes, HEREBY CERTIFY that on June 23rd, 2003, I served copies of the foregoing **DEFENDANT WINZLER & KELLY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF LESLIE WILTON, DEFENDANT WINZLER & KELLY'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF LESLIE WILTON and DEFENDANT WINZLER & KELLY'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF LESLIE WILTON** by U.S. mail, postage prepaid, upon the following:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Attorneys for Plaintiff Leslie Wilton

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Defendant Black Construction Company

Dated this 24th day of June, 2003.

Konrad M. Reyes

2003-08-030624-PL-ProofOfSvc.wpd