AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 2 6 2003
MARY L. M. MORAN
CLERK OF COURT

17

LESLIE WILTON,

           Plaintiff,

V.

BLACK CONSTRUCTION CORPORATION and WINZLER &
KELLY CONSULTING ENGINEERS,

           Defendants.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CIV 03-00009

TO: ENGINEERING MANAGEMENT &
      PLANNING SERVICES CORPORATION

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

    SEE ATTACHED EXHIBIT "A"

| PLACE | DATE AND TIME |
|---|---|
| Klemm, Blair, Sterling & Johnson, P.C., 1008 Pacific News Building 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910 | September 5, 2003; 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Attorneys for Defendant Black Construction Corporation | August 25, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

THOMAS C. STERLING, KLEMM, BLAIR, STERLING & JOHNSON, P.C.
Suite 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910; 477-7857

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 8/25/03 | SUITE #245 JULALE SHOPPING CENTER |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MARY ANN ARGAO | PERSONAL HAND DELIVERY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JOHN MANIBUSAN | PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   8/25/03
DATE

SIGNATURE OF SERVER

SUITE 1008 PACIFIC NEWS BLDG.
ADDRESS OF SERVER

238 ARCHBISHOP F.C. FLORES ST.
HAGATNA GUAM 96910-5205

All documents evidencing or pertaining to the Repair and Upgrading to Foxtrot "F-1" Pier including, but not limited to, all plans, specifications, any construction cost limitation, the Port Authority of Guam's ("PAG") Scope of Construction Work, your design contract with PAG, the design analyses, and all correspondence or other communications to or from PAG, Black Construction Corp., Winzler & Kelly, N.C. Macario, or any other person or entity in connection with said project.

**EXHIBIT "A"**