AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 08 2003
MARY L. M. MORAN
CLERK OF COURT

LESLIE WILTON,

               Plaintiff,

V.

BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS,

               Defendants.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CIV 03-00009

TO: SMITHBRIDGE GUAM, INC.
     674 HARMON LOOP ROAD
     SUITE 111, PMB 333
     DEDEDO, GUAM 96929

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED EXHIBIT "A"

| PLACE | DATE AND TIME |
|---|---|
| Klemm, Blair, Sterling & Johnson, P.C., 1008 Pacific News Building 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910 | October 20, 2003; 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Attorneys for Defendant Black Construction Corporation* | October 6, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS C. STERLING, KLEMM, BLAIR, STERLING & JOHNSON, P.C.
Suite 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910; 477-7857

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

**ORIGINAL**

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 10/6/03 | SMITH BRIDGE OFFICE YIGO GUAM |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| STEVEN RADONICH | PERSONAL HAND DELIVERY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JOHN MANIBUSAN | RUNNER/PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10/7/03
            DATE

SIGNATURE OF SERVER

1008 PACIFIC NEWS BLDG HAGATNA
ADDRESS OF SERVER

#238 ARCHBISHOP F.C. FLORES STREET GUAM
96910

ORIGINAL

All documents pertaining to earthquake repairs performed or to be performed by Smithbridge Guam Inc. to the Port Authority of Guam's ("Port") F1 Pier including but not limited to proposals, bids, the Port's scope of work, the contract or contracts, change orders, design documents prepared by OCEL Consultants, Duenas & Associates or anyone else, submittals, payment requests, payment checks, inspection reports, closeout documentation, and correspondence.

# EXHIBIT "A"