ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Leslie Wilton

FILED
DISTRICT COURT OF GUAM
OCT 14 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LESLIE WILTON,<br><br>        Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS,<br><br>        Defendants. | CIVIL CASE NO. 03-00009<br><br>STIPULATION AND ORDER TO AMEND RULE 16 SCHEDULING ORDER TO EXTEND DEADLINE TO FILE MOTIONS TO AMEND PLEADINGS AND ADD PARTIES AND CLAIMS |

WHEREAS, the Rule 16 Scheduling order sets November 1, 2003 as the deadline to file motions to add parties and claims and to amend pleadings, and

WHEREAS, the parties' initial disclosures and discovery have disclosed potential parties not named and potential claims not plead, and

WHEREAS, the parties' initial disclosures and discovery have shown that the pleadings may need to be amended, and

WHEREAS, yet more discovery will be needed to determine whether or not the pleadings will in fact need be amended to add claims or parties, and

. Page 2
Stipulation and Order to Amend Rule 16 Scheduling Order to Extend
Deadline to File Motions to Amend Pleadings and Add Parties and Claims
Leslie Wilton v. Black Construction Corporation, et al.
District Court of Guam Civil Case No. CV03-00009

WHEREAS, such discovery will not likely be completed prior to the November 1, 2003 deadline to file motions to amend pleadings and add parties and claims,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARITIES that the Rule 16 Scheduling Order should be amended to extend the November 1, 2003 deadline to file motions to amend pleadings and add parties and claims to December 8, 2003.

SO STIPULATED AND AGREED TO this 7th day of October 2003.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Leslie Wilton

SO STIPULATED AND AGREED TO this 9th day of October 2003.

KLEMM BLAIR STERLING &
JOHNSON, P.C.

_____
THOMAS C. STERLING
Attorneys for Defendant
Black Construction Corporation

SO STIPULATED AND AGREED TO this 8 day of October 2003.

BERMAN O'CONNOR MANN
& SHKLOV

_____
ROBERT J. O'CONNOR
DANIEL J. BERMAN
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

4835-2730-9312.1.055639-00001

Page 2
Stipulation and Order to Amend Rule 16 Scheduling Order to Extend
Deadline to File Motions to Amend Pleadings and Add Parties and Claims
Leslie Wilton v. Black Construction Corporation, et al.
District Court of Guam Civil Case No. CV03-00009

## ORDER

THE COURT HAVING REVIEWED THE STIPULATION OF THE PARTIES TO AMEND THE RULE 16 ORDER TO EXTEND THE DEADLINE TO FILE MOTIONS TO AMEND PLEADINGS AND ADD PARTIES AND CLAIMS, AND GOOD CAUSE APPEARING THEREFORE, HEREBY ORDERS THAT THE RULE 16 ORDER BE AMENDED TO EXTEND THE DEADLINE TO FILE MOTIONS TO AMEND PLEADINGS AND ADD PARITIES AND CLAIMS BE EXTENDED FROM NOVEMBER 1, 2003 TO DECEMBER 8, 2003.

SO ORDERED:

DATED: OCT 10 2003

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
OCT 09 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4835-2730-9312.1.055639-00001