ORIGINAL **United States District Court**

FILED
DISTRICT COURT OF GUAM
JAN 1 3 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT OF Guam U.S.A.

S.J. GARGRAVES SYNDICATE AT LLOYDS,
                Plaintiff,

V.

BLACK CONSTRUCTION CORPORATION,
WINZLER & KELLY, and ENGINEERING
MANAGEMENT & PLANNING SERVICES
CORPORATION,
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV03-00009

TO: (Name and address of defendant)

ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION
Suite 245, Julale Shopping Center
Hagatna, Guam 96910

*[signature] REYNALDO M.C. ARCE*
*SENIOR ENGINEER*
*29 DECEMBER 2003; 3:40 PM.*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Mary L. M. Moran**
CLERK

DEC 24 2003
DATE

*[signature]*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: DECEMBER 29, 2003 |
| NAME OF SERVER (PRINT): MICHAEL Q. GALLO | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SSERVED DEFENDANT, ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., BY AND THROUGH THEIR AUTHORIZED REPRESENTATIVE, REYNALDO M.C. ARCE, SENIOR ENGINEER, AT THEIR PLACE OF BUSINESS, SUITE 245, JULALE SHOPPING CENTER, AGANA, GUAM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 5, 2004
         Date

Signature of Server MICHAEL Q. GALLO (SP0136-00)

P.O. BOX 1150 AGANA GU 96932 / 201 SONGSONG ST.
Address of Server          MANGILAO GUAM

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.