LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
American Life Building
137 Murray Boulevard, Ste 201
Hagåtña, Guam 96910-5104
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP839
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CIV03-00009 <br><br> **ANSWER OF ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION TO FIRST AMENDED COMPLAINT** |

Defendant Engineering, Management & Planning Services Corporation ("EMPSCO") admits and denies the numbered allegations of the First Amended Complaint as follows:

1. Admits.

2. Admits venue is proper in this judicial district and that the property damage complained of was suffered here, but denies the remaining allegations.

3. Admits.

4. Admits.

5. Admits.

6. Admits.

7. EMPSCO is unsure about what Plaintiff means by the use of the word "severe" in the last sentence of this allegation, and therefore denies the same. EMPSCO otherwise admits the remaining allegations.

8. Denies the inference that the revised design by Winzler addressed all of the repair work addressed by EMPSCO in its original design, but otherwise admits the remaining allegations.

9. Denies.

10. Admits.

11. Admits.

12. EMPSCO is unsure of what Plaintiff means in this allegation, which is overly broad and ambiguous, and therefore denies same.

13. Denies for lack of knowledge.

14. Admits the project was completed in 1997, but denies that EMPSCO "represented and warranted to the Port Authority that the work was adequate, had been properly performed, and was appropriate and strong enough for an earthquake-prone and typhoon-prone location such as Guam."

15. Admits the first sentence, but denies the remaining allegations for lack knowledge.

16. Denies for lack of knowledge.

17. Denies the first two sentences for lack knowledge, and denies the remaining allegations.

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-00009
ANSWER OF ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION TO FIRST AMENDED COMPLAINT

Page 2 of 6

Case 1:03-cv-00009    Document 25    Filed 01/16/2004    Page 2 of 6

18. EMPSCO incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 17, inclusive.

19. Denies for lack of knowledge.

20. EMPSCO incorporates herein by reference, as though fully set forth herein, its answers in paragraphs 1 through 19, inclusive.

21. Denies for lack of knowledge.

22. EMPSCO hereby incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 21, inclusive.

23. Denies.

24. EMPSCO incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 23, inclusive.

25. Denies for lack of knowledge.

26. EMPSCO incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 25, inclusive.

27. Denies for lack of knowledge.

28. Denies for lack of knowledge.

29. EMPSCO incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 28, inclusive.

30. Denies.

31. Denies.

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-00009
ANSWER OF ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION TO FIRST AMENDED COMPLAINT

Page 3 of 6

Case 1:03-cv-00009 Document 25 Filed 01/16/2004 Page 3 of 6

32. EMPSCO incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 31, inclusive.

33. Denies for lack knowledge.

34. EMPSCO incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 33, inclusive.

35. EMPSCO is unaware of what "information and belief" is possessed by the Plaintiff with regard to this allegation and therefore denies same. EMPSCO otherwise denies each and every allegation in paragraph 35.

36. EMPSCO incorporates herein by this reference, as though fully set forth herein, its answers in paragraphs 1 through 35, inclusive.

37. Denies for lack of knowledge.

### AFFIRMATIVE DEFENSES

By way of further answer to the First Amended Complaint, EMPSCO raises the following affirmative defenses.

1. Plaintiff has failed to state a cause of action against EMPSCO upon which relief can be granted.

2. Statute of limitations.

3. Laches.

4. Waiver.

5. Estoppel.

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-00009
ANSWER OF ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION TO FIRST AMENDED COMPLAINT

**Page 4 of 6**

Case 1:03-cv-00009   Document 25   Filed 01/16/2004   Page 4 of 6

WHEREFORE, EMPSCO prays that Plaintiff's complaint be dismissed with prejudice, Plaintiff recovering nothing thereby, for costs of suit and whatever further relief this Court deems just.

Dated this 16th day of January, 2004.

                                      TARPLEY & MORONI, LLP

By: _____
      THOMAS M. TARPLEY, JR.,
        Attorney for Defendant
      ENGINEERING, MANAGEMENT &
      PLANNING SERVICES CORPORATION

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al., CIV03-00009
ANSWER OF ENGINEERING, MANAGEMENT & PLANNING SERVICES
CORPORATION TO FIRST AMENDED COMPLAINT

**Page 5 of 6**

Case 1:03-cv-00009    Document 25    Filed 01/16/2004    Page 5 of 6

## CERTIFICATE OF SERVICE

I, Thomas M. Tarpley, Jr., hereby certify pursuant to Rule 5(d) Fed. R. Civ. P. that on January 16, 2004, I caused to be served a true and correct copy of the ANSWER OF ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION TO FIRST AMENDED COMPLAINT, to the following:

    David Ledger, Esq.
    CARLSMITH BALL LLP
    Bank of Hawaii Bldg, Suite 401
    134 West Soledad Avenue, P.O. Box BF
    Hagatna, Guam 96932-5027

Dated this 16th day of January, 2004.

    TARPLEY & MORONI, LLP

By: _____
    THOMAS M. TARPLEY, JR.,
    Attorney for Defendant
    ENGINEERING, MANAGEMENT &
    PLANNING SERVICES CORPORATION

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-00009
ANSWER OF ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION TO FIRST AMENDED COMPLAINT

Page 6 of 6

Case 1:03-cv-00009    Document 25    Filed 01/16/2004    Page 6 of 6