BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, JEANNETTE F. RIVERA, do hereby certify that on January 20, 2004, I caused to be served the Answer of Defendant Winzler & Kelly Consulting Engineers to Plaintiff S.J. Gargrave Syndicate at Lloyds' First Amended Complaint; Affirmative Defenses, to the following:

**VIA HAND DELIVERY**

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
Hagåtña, Guam 96910

- and -

E:\Jean\Plds\2666.wpd          1

**ORIGINAL**

S.J. GARGRAVE SYNDICATE, ET AL. vs. BLACK CONSTRUCTION CORPORATION, ET AL.   CIV03-00009
CERTIFICATE OF SERVICE

**VIA HAND DELIVERY**

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

- and -

Thomas M. Tarpley, Jr.
LAW OFFICE OF THOMAS M. TARPLEY, JR.
2nd Floor, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910

Dated this 20th day of January, 2004.

By: _____
     JEANNETTE F. RIVERA

E:\Jean\Plds\2666.wpd                              2