DANIEL J. BERMAN
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building, Susupe
P.O. Box 501969, Siapan, MP 96950-1969
Telephone: (670) 234-5684
Telefax: (670) 234-5683

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| LESLIE WILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>PROOF OF SERVICE |

I, Kio Fuji, HEREBY CERTIFY that on December 11th, 2003, I served a copy of the foregoing **RESPONSE OF DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS TO PLAINTIFF LESLIE WILTON'S REQUEST FOR PRODUCTION OF DOCUMENTS** by telefax transmission upon the following:

　　David Ledger, Esq.
　　Carlsmith Ball LLP
　　134 West Soledad Avenue
　　Bank of Hawaii Building, Suite 401
　　P.O. Box BF
　　Hagåtña, Guam 96932-5027
　　Telefax: (671) 477-4375

　　Attorneys for Plaintiff Leslie Wilton

-1-

**ORIGINAL**

1  Thomas C. Sterling, Esq.
   Klemm, Blair, Sterling & Johnson
2  Suite 1008, Pacific News Building
   238 Archbishop F.C. Flores Street
3  Hagåtña, Guam 96910
   Telefax: (671) 472-4290
4
   Attorneys for Defendant Black Construction Company
5

6
   Dated this 18th day of December, 2003.
7

8

9                                          /s/ Kio Fuji
                                            Kio Fuji
10

11
   2003-08-031219-PL-ProofOfSvc.doc
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28