DANIEL J. BERMAN
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building, Susupe
P.O. Box 501969, Saipan, MP 96950-1969
Telephone: (670) 234-5684
Telefax: (670) 234-5683

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
FEB 03 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO.: CIV03-00009 <br><br> PROOF OF SERVICE |

I, Kio Fuji, HEREBY CERTIFY that on January 27th, 2004, I served a copy of the foregoing **ANSWER OF DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS TO PLAINTIFF S.J. GARGRAVE SYNDICATE AT LLOYDS' FIRST SET OF INTERROGATORIES** by telefax transmission and U.S. mail upon the following:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

ORIGINAL

-1-

| | |
|---|---|
| 1 | Thomas C. Sterling, Esq. |
| 2 | Klemm, Blair, Sterling & Johnson<br>Suite 1008, Pacific News Building<br>238 Archbishop F.C. Flores Street |
| 3 | Hagåtña, Guam 96910<br>Telefax: (671) 472-4290 |
| 4 | |
| 5 | Attorneys for Defendant Black Construction Company |
| 6 | Thomas M. Tarpley, Esq. |
| 7 | Law Office of Thomas M. Tarpley, Jr.<br>2nd Floor, American Life Building<br>137 Murray Boulevard |
| 8 | Hagåtña, Guam 96910<br>Telefax: (671) 472-4526 |
| 9 | |
| 10 | Attorneys for Defendant<br>　　Engineering, Management & Planning Services Corporation |

Dated this 27th day of January, 2004.

_____
Kio Fuji

2003-08-040127-PL-ProofOfSvc.doc