**ORIGINAL**

Forrest Booth, SBN 74166
Erik M. Kowalewsky, SBN 205985
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Telephone: 415.617.6100
Facsimile: 415.617.6101

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
FEB 17 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | **PETITION OF FORREST BOOTH TO APPEAR PRO HAC VICE** |
| vs. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

COMES NOW Forrest Booth, and moves pursuant to GR 17.1, Local Rules of the District Court of Guam, for admission to practice pro hac vice in the above-captioned matter before the District Court of Guam, District of Guam, and submits the following information as required by Rule GR 17.1(d) and (e):

    1.    My residence address is: 87 Selborne Dr., Piedmont, California 94611.

    2.    My office address is: 425 California Street, Suite 2400, San Francisco, California 94104-2215.

    3.    Courts to which I have been admitted to practice and date of admission: District of Columbia, 1976; California, 1977; United States District Court for the Northern District of California,

1977; United States Court of Appeals for the Ninth Circuit, 1977; United States Court of Appeals for the District of Columbia Circuit, 1976.

4. I am in good standing and eligible to practice in each of the above courts.

5. I am not currently suspended or disbarred in any other court.

6. I have not made any pro hac vice applications to this Court in the past.

7. I designate the following attorney as co-counsel in this matter: David Ledger of CARLSMITH BALL LLP, 134 West Soledad Avenue, Bank of Hawaii Bldg., Suite 401, P.O. Box BF, Hagåtña, Guam 96932-5027; Tel No. (671) 472-6813. Mr. Ledger's written consent to this designation is attached hereto as Exhibit "A."

DATED this 2nd day of February, 2004.

COZEN O'CONNOR

By: _____
FORREST BOOTH
Attorneys for Plaintiff S.J. GARGRAVE
SYNDICATE AT LLOYDS

SANFRAN1\28535\1 123206.000

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**WRITTEN CONSENT OF DAVID LEDGER TO CO-COUNSEL DESIGNATION OF FORREST BOOTH** |

Pursuant to GR 17.1(e) of the Local Rules of the District of Guam, I consent to Forrest Booth's designation of me as co-counsel in the above-captioned matter.

DATED: Hagåtña, Guam, February 17, 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

4817-6249-1392.1.055639-00001

**EXHIBIT A**

Case 1:03-cv-00009   Document 31   Filed 02/17/2004   Page 3 of 3