KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for   *Defendant Black Construction Corporation*



## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| vs. | **NOTICE OF DEPOSITION** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **BLACK CONSTRUCTION CORPORATION** will take the deposition upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure of **PETER MacLEOD** of **MacLEOD CLAIMS MANAGEMENT, LTD.**, at 9:30 a.m. on Thursday, March 4, 2004, at the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, Suite 1008 Pacific News Building, Hagåtña, Guam 96910.

//

ORIGINAL

The deposition will be taken before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: FEBRUARY 23, 2004          BY: /s/ Thomas C. Sterling
                                  **THOMAS C. STERLING**
                                  *Attorneys for Defendant Black Construction Corporation*

E22\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\171-NTC OF DEPO OF
PETER MACLEOD RE WILTON V BLACK ET AL.DOC