ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
FEB 26 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>[PROPOSED]<br>ORDER GRANTING PETITIONS OF FORREST BOOTH AND ERIK M. KOWALEWSKY TO APPEAR PRO HAC VICE |

The Court has considered the Petitions of Forrest Booth and Erik M. Kowalewsky to appear Pro Hac Vice in this action together with Written Consent of David Ledger as Co-Counsel in support of the Petitions filed on February 17, 2004.

The Petitions and the supporting Consents demonstrate that the Petitions have merit, that there is good cause for granting them and that granting the Petitions would be in the

interests of justice. Accordingly, the Court hereby GRANTS the Petitions.

SO ORDERED: FEB 2.6 2004

HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
FEB 23 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM