ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>          Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>          Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF SERVICE** |

       I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 2nd day of March 2004, I served, via hand delivery, a true and correct copy of the ORDER GRANTING PETITIONS OF FORREST BOOTH AND ERIK M. KOWALEWSKY TO APPEAR PRO HAC VICE upon Defendants Counsel of record as follows:

Robert J. O'Connor, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
Klemm Blair Sterling & Johnson, P.C.
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

and Thomas M. Tarpley, Esq.
Law Offices of Tarpley & Moroni, LLP
Suite 201, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910

Executed this 3rd day of March 2004 at Hagåtña, Guam.

_____
DAVID LEDGER