KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for *Defendant Black Construction Corporation*

RECEIVED
Stamped in Error.
SUPERIOR COURT
OF GUAM
CLERKS OFFICE

FILED
DISTRICT COURT OF GUAM
MAR 15 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br><br> **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER AND DISCOVERY PLAN** |

**WHEREAS**, the First Amended Complaint was filed herein on December 23, 2003 which added Engineering, Management and Planning Services Corporation (hereinafter "EMPSCO") as a defendant; and

**WHEREAS**, counsel for EMPSCO has requested a modification of the Scheduling Order and Discovery Plan so as to provide that party with adequate time to perform investigation, discovery and trial preparation; and

//

**WHEREAS**, the other parties to this litigation consider the requests by EMPSCO to be reasonable and appropriate under the circumstances.

**NOW, THEREFORE**, the parties hereto stipulate to revisions in the Scheduling Order and Discovery Plan entered herein on June 12, 2003, subject to this Court's approval, as follows:

### SCHEDULING ORDER

1. The discovery cut-off date (defined as the last day to file responses to discovery) as set forth in paragraph 7 is extended until August 16, 2004.

2. The deadline for the filing of discovery motions as set forth in paragraph 8 is extended until August 23, 2004.

3. The deadline for filing dispositive motions as set forth in paragraph 8 is extended until September 24, 2004 and any such motion shall be heard on or before October 22, 2004.

4. The Preliminary Pretrial Conference as provided for in paragraph 10 shall be held on February 8, 2005.

5. The Parties' Pretrial Materials, Discovery Materials, Witness Lists, Exhibit Lists, and Designation of Discovery Responses as provided for in paragraph 11 shall be filed on or before February 15, 2005.

6. The Proposed Pretrial Order as provided for in paragraph 12 shall be filed on or before February 15, 2005.

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

7. The Final Pretrial Conference as provided for in paragraph 13 shall be held on February 22, 2005.

8. The trial as provided for in paragraph 14 shall commence at 9:30 a.m. on March 1, 2005.

## DISCOVERY PLAN

Paragraphs 3(b), (c) and (d) shall be revised as follows:

(b) Disclosure of the Plaintiffs' experts and expert testimony as required under Federal Rule of Civil Procedure Rule 26(a)(2) shall be made not later than May 14, 2004.

(c) Disclosure of the Defendants' experts and expert testimony as required under Federal Rule of Civil Procedure Rule 26(a)(2) shall be made not later than July 16, 2004.

(c)(1) Any subsequent designation of a rebuttal expert and rebuttal testimony under Federal Rule of Civil Procedure Rule 26(a)(2) shall be made not later than August 18, 2004.

(d) Expert depositions shall commence subsequent to the provision of rebuttal expert reports and all such depositions shall be completed no later than September 30, 2004.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: MARCH 11, 2004        BY: _____
                                 THOMAS C. STERLING
                                 *Attorneys for Defendant Black Construction Corporation*

//

BERMAN O'CONNOR MANN & SHKLOV

DATED: MARCH 12, 2004

BY: _____
DANIEL J. BERMAN
ROBERT J. O'CONNOR
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

TARPLEY & MORONI, LLP

DATED: MARCH 11th, 2004

BY: _____
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering, Management & Planning Services Corporation*

CARLSMITH BALL

DATED: MARCH 11th, 2004

BY: _____
DAVID P. LEDGER
*Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds*

# ORDER

APPROVED AND SO ORDERED this  MAR 15 2004  .

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

RECEIVED
MAR 12 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM