KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
APR 23 2004
MARY L. M. MORAN
CLERK OF COURT
36

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DEFENDANT BLACK CONSTRUCTION CORPORATION'S RESPONSES TO PLAINTIFF S.J. GARGRAVE SYNDICATE AT LLOYD'S FIRST SET OF INTERROGATORIES** |

TO THE PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:

**COMES NOW** Defendant **BLACK CONSTRUCTION CORPORATION** and responds as follows to the Plaintiff's First Set of Interrogatories:

RESPONSES

**INTERROGATORY NO. 1:** Were the bolts installed by Black on the Shell F-1 pier the equal of the Redi-Chem adhesive anchors specified in Note 2 of Winzler & Kelly's drawing VE-1, dated 4/4/96?

**ANSWER:** Yes.



**INTERROGATORY NO. 2:** If your answer to Interrogatory No. 1 above is anything other than an unqualified yes, why did Black utilize the product it did, instead of an equal to the adhesive anchors specified in Note 2 of Winzler & Kelly's drawing VE-1?

**ANSWER:** Not applicable.

**INTERROGATORY NO. 3:** Were the bolts which Black installed approved by anyone as being the equal to the adhesive anchors specified in Note 2 of Winzler & Kelly's drawing VE-1?

**ANSWER:** Yes.

**INTERROGATORY NO. 4:** If your answer to interrogatory No. 3 is yes, who approved the substitution of the bolts for the adhesive anchors specified in Note 2 of Winzler & Kelly's drawing VE-1?

**ANSWER:** Butch Arce of EMPSCO-Engineering and N.C. Macario and Associates, Inc.

**INTERROGATORY NO. 5:** If your answer to interrogatory No. 3 is yes, what documents constitute or memorialize the approval of the substitution?

**ANSWER:** Please see documents attached hereto as Exhibit "A".

**INTERROGATORY NO. 6:** Who at Black made the decision to use the bolts instead of the adhesive anchors specified in Note 2 of Winzler & Kelly's drawing VE-1?

//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 2 -

**ANSWER:** The decision to use the bolts and epoxy system was made by the engineer of record. However, the person at Black who identified and submitted the proposed system was Rod Bismonte.

**INTERROGATORY NO. 7:** Did anyone approve of Black substituting other epoxy for the glass capsule-enclosed Redi-Chem product specified by Winzler & Kelly in Note 2 to drawing VE-1?

**ANSWER:** Yes.

**INTERROGATORY NO. 8:** If your answer to the preceding interrogatory is yes, who provided the approval?

**ANSWER:** Please see response to interrogatory No. 4.

**INTERROGATORY NO. 9:** If your answer to interrogatory No. 7 is yes, what documents constitute or memorialize the approval?

**ANSWER:** Please see response to interrogatory No. 5.

**INTERROGATORY NO. 10:** Did you consider the bolts Black installed in the Shell F-1 pier to have equal strength in resisting being pulled out, compared with the product specified by Winzler & Kelly in Note 2 to drawing VE-1?

**ANSWER:** We believed that the product submitted satisfied the design intent and that belief was confirmed when the system was approved by the Port Authority's structural engineer of record and construction manager.

**INTERROGATORY NO. 11:** Did you consider the bolts installed by Black in the Shell F-1 pier to have shear strength equal to that

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 3 -

of the product specified in Note 2 of Winzler & Kelly's drawing VE-1?

**ANSWER:** Please see response to interrogatory No. 10.

**INTERROGATORY NO. 12:** Were all of the bolts installed by Black stainless steel?

**ANSWER:** Yes.

**INTERROGATORY NO. 13:** If some of the bolts Black installed were not stainless steel, what were they made of?

**ANSWER:** Not applicable.

**INTERROGATORY NO. 14:** If some of the bolts Black installed were not stainless steel, how many were not?

**ANSWER:** Not applicable.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: APRIL __23__, 2004    BY: _____

THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

E62:49\27946-29
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\TCS\177-BCC'S  RESP
TO FIRST SET OF IROGS RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 4 -

Case 1:03-cv-00009     Document 36     Filed 04/23/2004     Page 4 of 10

# VERIFICATION

**ISLAND OF GUAM** )
  ) ss.:
**CITY OF HAGÅTÑA** )


I, **THOMAS E. ANDERSON**, being first duly sworn, do state that I am the **EXECUTIVE VICE PRESIDENT** for **BLACK CONSTRUCTION CORPORATION**; that I have read the foregoing **DEFENDANT BLACK CONSTRUCTION CORPORATION'S RESPONSES TO PLAINTIFF S.J. GARGRAVE SYNDICATE AT LLOYD'S FIRST SET OF INTERROGATORIES** and that the same is true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

_____
**THOMAS E. ANDERSON**


**SUBSCRIBED AND SWORN** to before me this **23rd** day of April, 2004, by **THOMAS E. ANDERSON**.

_____
*NOTARY PUBLIC*

APOLLO A.V. SEVILLA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Nov 04, 2006
155 VSA Benavente St. Ded, GU 96912

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 5 -

RECEIVED

MAY 28 1996

BLACK CONST. CORP.

# N.C. MACARIO & ASSOCIATES, INC.
Engineering • Planning • Construction Management

Boon Bldg., Suite 201, 1270 N. Marine Dr., Tamuning, GU 96911     Telephone: (671) 646-0901 / 02 / 05
P.O. Box 784 Agana, Guam 96910                                    Fax: (671) 646-0991

## LETTER OF TRANSMITTAL

| | | |
|---|---|---|
| **TO:** BLACK CONSTRUCTION | **DATE:** | **28-May-96** |
| | **JOB NO.** | **94-63** |
| | **RE:** | **FOXTROT 'F-1' PIER** |
| **ATTN:** MR. ROD BISMONTE | | |

**GENTLEMEN: WE ARE SENDING YOU**

( ) HEREWITH ( ) DELIVERED BY HAND ( ) UNDER SEPARATE COVER
VIA: PICK-UP THE FOLLOWING ITEMS:

( ) PLANS          ( ) PRINTS       ( ) SHOP DRAWINGS   ( ) DISKETTES      ( ) SAMPLES
( ) SPECIFICATIONS ( ) ESTIMATES    ( ) BASIS OF DESIGN ( ) COPY OF LETTER (X) OTHERS

| COPIES | DATE | DRAWING NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 28-May | | Sub # 18a - Product Data - Epoxy Bolts for Steel Plate Anchors |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## THESE ARE TRANSMITTED AS INDICATED BELOW

( ) FOR YOUR USE      ( ) FOR REVIEW & APPROVAL       (X) APPROVED AS NOTED
( ) AS REQUESTED      ( ) APPROVED FOR CONSTRUCTION   ( ) RETURNED FOR CORRECTIONS
( ) FOR YOUR FILES    ( ) RETURNED AFTER LOAN TO US   ( ) RECOMMEND APPROVAL FOR PAYMENT

**REMARKS:**

- Please note EMPSCO's comments regarding this submittal
Submit all items specified by EMPSCO.

Signed: _____          **Received by:**

Copy To: **FILE**

                                                                    **Date**

IF INCLOSURES ARE NOT AS NOTED KINDLY NOTIFY US AT ONCE.

**EXHIBIT "A"**

*ITEM # 51*



## EMPSCO-ENGINEERING CONSULTANTS

P.O. BOX 21794 GMF, GUAM  96921

TEL(671)477-4716/5716  FAX(671)472-2136

| | |
|---|---|
| TO: | N.C. MACARIO ASSOCIATES |
| ATTN: | MANUELITO GOLEZ |
| DATE: | 24 MAY 1996 |
| FROM: | BUTCH ARCE |
| SUBJECT: | FOXTROT "F-1" PIER |

| | | | |
|---|---|---|---|
| NO. OF PAGE (S) | 1 | FAX NO.: | (671) 648-0991 |

REF:        Submittal No. 18a – Epoxy Bolts for Steel Plate Anchor

Review of submittal No. 18a is hereby forwarded with the.
following comments:

(a)         This submittal applies to the use of epoxy resin materials

(b)         Submit other pertinent items relevant to the use of epoxy bolts
for this project.

(c)         Submit manufacturer's certificate of compliance.

(d)         Submit test datas by independent laboratory testing.

We recommend approval of this submittal subject to the above comments.

*5-14-96*

Case 1:03-cv-00009    Document 36    Filed 04/23/2004    Page 7 of 10

4/16

## TRANSMITTAL FORM

JOB ORDER _____

CONTRACT _____

TITLE **REPAIRS & UPGRADING TO FOXTROT F-1 PIER**

FROM: **BLACK CONSTRUCTION CORPORATION, P.O. Box 24667, GMF, Guam, 96921**          May 20, 1996
(CONTRACTOR)                                                    ( DATE )

TO: **PORT AUTHORITY OF GUAM**          SUBMITTAL NO. **18a**          RESUBMITTAL OF SUBMITTAL NUMBER _____

ATTN: **SIMEON DE LOS SANTOS - CIP COORDINATOR** _____

SUBJ.: SUBMITTAL FOR PROJECT _____ LINE ITEM _____ IN ACCORDANCE WITH

SPECIFICATION PARAGRAPH **Section 05500, para. 1.2.1 Epoxy Bolts for Steel Plate Anchor**

**TRANSMITTED HEREWITH ARE :**          Six (6) copies of Epoxy Anchor Bolts

FOR: ( X ) ACCEPTANCE OR APPROVAL          ( ) CLARIFICATION          ( ) SELECTION          ( ) _____

IT IS HEREBY CERTIFIED THAT THE MATERIAL SUBMITTED HEREIN CONFORMS TO CONTRACT REQUIREMENTS AND CAN BE INSTALLED IN THE ALLOCATED SPACES.

CONTRACTOR'S SIGNATURE **Rod F. Bismonte, QC Mgr.**

FROM: **Rod F. Bismonte**          ( SIGNATURE )          5-20-96 ( DATE )

TO: **NC Macario & Associates, Inc.**          FOR REVIEW AND COMMENT NO LATER

THAN **May 24, 1996** . ( MAXIMUM 5 WORKING DAYS )
(DATE )

FROM: _____          (DATE )

TO: _____ ( ) APPROVED; ( ) RETURNED FOR CORRECTION; ( ) SOURCE INSPECTION REQUIRED:
( ) APPROVED AS NOTED; ( ) DISAPPROVED
( ) _____

REMARKS :

FROM: _____ (SIGNATURE)          (DATE )

TO: _____

SUBMITTAL IS: ( ) APPROVED; ( ) RETURNED FOR CORRECTION; ( ) SOURCE INSPECTION REQUIRED:
X) APPROVED AS NOTED

REMARKS : (SEE EMPSCO'S COMMENTS )

**EMPSCO-ENGINEERING CONSULTANTS**
P.O. BOX 21794 GMF, GUAM 96921
TEL(671)477-4716/5716  FAX(671)472-2136

| | |
|---|---|
| TO: | N.C. MACARIO & ASSOCIATES |
| ATTN: | MANUELITO GOLEZ |
| DATE: | JUNE 13, 1996 |
| FROM: | BUTCH ARCE |
| SUBJECT: | FOXTROT "F-1" PIER |

| NO. OF PAGE (S) | 1 | FAX NO.: | 646-0991 |
|---|---|---|---|

Re:    Supplemental Data for Submittal # 18-a
       Epoxy Fastening Systems

Remarks:

       Review of above reference submittal is hereby approve.



# N.C.MACARIO & ASSOCIATES, INC.

Engineering • Planning • Construction Management
Suite 201 Boon Building • 1270 North Marine Drive • Tamuning, Guam 96911 • Tel. (671) 646-0901 • Fax (671) 646-0991

## LETTER OF TRANSMITTAL

**TO:**   BLACK CONSTRUCTION CORP.

**DATE:** 17-Jun-96

**JOB NO.** 94-63

**RE:** FOXTROT 'F-1' PIER

**ATTN:**   MR. ROD BISMONTE

GENTLEMEN: WE ARE SENDING YOU

( ) HEREWITH        ( ) DELIVERED BY HAND        ( ) UNDER SEPARATE COVER

VIA:   EXPRESS ONE    THE FOLLOWING ITEMS:

( ) PLANS          ( ) PRINTS       ( ) SHOP DRAWINGS    ( ) DISKETTES      ( ) SAMPLES
( ) SPECIFICATIONS ( ) ESTIMATES    ( ) BASIS OF DESIGN  ( ) COPY OF LETTER (X) OTHERS

| COPIES | DATE | DRAWING NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 17-Jun | | Sub # 12b - Pipe Pile Driving Equipment |
| 3 | 17-Jun | | Sub # 18a - Epoxy Fastening System |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### THESE ARE TRANSMITTED AS INDICATED BELOW

( ) FOR YOUR USE      ( ) FOR REVIEW & APPROVAL     ( ) APPROVED AS NOTED
( ) AS REQUESTED      (X) APPROVED                  ( ) RETURNED FOR CORRECTIONS
( ) FOR YOUR FILES    ( ) RETURNED AFTER LOAN TO US ( ) RECOMMEND APPROVAL FOR PAYMENT

REMARKS:

Signed: _____

Received by: 10:07 A.M

Copy To: FILE

_____ Dae. Date

*IF INCLOSURES ARE NOT AS NOTED KINDLY NOTIFY US AT ONCE.*