| | |
|---|---|
| 1 | BERMAN O'CONNOR MANN & SHKLOV |
| | DANIEL J. BERMAN |
| 2 | ROBERT J. O'CONNOR |
| | Suite 503, Bank of Guam Building |
| 3 | 111 Chalan Santo Papa |
| | Hagåtña, Guam 96910 |
| 4 | Telephone: (671) 477-2778 |
| | Facsimile: (671) 499-4366 |

**FILED**
DISTRICT COURT OF GUAM
MAY 19 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS, ) CIVIL CASE NO.: CIV03-00009
)
    Plaintiff, )
)
    vs. ) **CERTIFICATE OF SERVICE**
)
BLACK CONSTRUCTION CORPORATION, )
WINZLER & KELLY CONSULTING )
ENGINEERS and ENGINEERING, )
MANAGEMENT & PLANNING SERVICES )
CORPORATION, )
)
    Defendants. )
_____)

## **CERTIFICATE OF SERVICE**

I, JEANNETTE F. RIVERA, do hereby certify that on May 19, 2004, I caused to be served the Stipulation and Order to Amend Discovery Cut-Off Date, to the following:

**VIA HAND DELIVERY**

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
Hagåtña, Guam 96910

- and -

E:\Jean\Plds\2990.wpd      1

ORIGINAL

S.J. GARGRAVE SYNDICATE, ET AL. vs. BLACK CONSTRUCTION CORPORATION, ET AL.   CIV03-00009
CERTIFICATE OF SERVICE

**VIA HAND DELIVERY**

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

- and -

Thomas M. Tarpley, Jr.
LAW OFFICE OF THOMAS M. TARPLEY, JR.
2nd Floor, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910

Dated this 19th day of May, 2004.

By: _____
JEANNETTE F. RIVERA