BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

**Attorneys for Defendant**
**Winzler & Kelly Consulting Engineers**

FILED
DISTRICT COURT OF GUAM
MAY 25 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br>Plaintiff, <br><br>v. <br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br>Defendants. | CIVIL CASE NO.: CIV03-00009 <br><br> STIPULATION AND ORDER TO AMEND DISCOVERY CUT-OFF DATE |

**WHEREAS**, the Stipulation and Order to Amend Scheduling Order and Discovery Plan was filed on March 15, 2004.

**WHEREAS**, the discovery cut-off date is now August 16, 2004 and the trial date is March 1, 2005.

**NOW, THEREFORE**, the parties hereto stipulate, to accommodate summer vacation schedules, revisions in the Scheduling Order entered herein on March 15, 2004, subject to this Court's approval, as follows:

### SCHEDULING ORDER

1. The discovery cut-off date (defined as the last day file responses to discovery) as set forth is extended until October 16, 2004.

-1-

| | |
|---|---|
| | **BERMAN O'CONNOR MANN & SHKLOV** |
| Dated: May 18, 2004. | By: *Catherine Bejerana Camacho* for DANIEL J. BERMAN<br>ROBERT J. O'CONNOR<br>Attorneys for Defendant<br>Winzler & Kelly Consulting Engineers |
| | **KLEMM, BLAIR, STERLING & JOHNSON** |
| Dated: May 17, 2004. | By: *[signature]*<br>THOMAS C. STERLING<br>Attorneys for Defendant<br>Black Construction Corporation |
| | **TARPLEY & MORONI, LLP** |
| Dated: May 17, 2004. | By: *[signature]*<br>THOMAS M. TARPLEY, JR.<br>Attorneys for Defendant<br>Engineering, Management & Planning Services Corporation |
| | **CARLSMITH BALL** |
| Dated: May 17, 2004. | By: *[signature]*<br>DAVID P. LEDGER<br>Attorneys for Plaintiff<br>S.J. Gargrave Syndicate at Lloyds |

**O R D E R**

**APPROVED AND SO ORDERED** this 5/25/04.

*[signature]*
Judge, District Court of Guam

RECEIVED
MAY 19 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2003-08-040513-PL-Stip-DiscCuttOffDate.doc