1  **BERMAN O'CONNOR MANN & SHKLOV**
2  503 Bank of Guam Building
   111 Chalan Santo Papa
3  Hagåtña, Guam 96910
   Phone: (671) 477-2778
   Fax: (671) 499-4366
4
5  **Attorneys for Defendant Winzler & Kelly**

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | ) ) ) | Civ. No. CIV 03-0009 |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE OF DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS** |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

Comes now Defendant Winzler & Kelly Consulting Engineers, and makes the following supplemental disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

## I. INDIVIDUALS WITH DISCOVERABLE INFORMATION

| | |
|---|---|
| Liftech Consultants, Inc. 300 Lakeside Drive, 14th Floor Oakland, California 94612 (510) 832-5606 | The condition of F-1 pier and recommendations for how to repair or replace it |

Dated this **14** day of July, 2004.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Winzler & Kelly

By: _Danl Ben_
Daniel J. Berman

ORIGINAL