BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

FILED
DISTRICT COURT OF GUAM
JUL 14 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I, JEANNETTE F. RIVERA, do hereby certify that on July 14, 2004, I caused to be served the Supplemental Rule 26(a)(1) Disclosure of Defendant Winzler & Kelly Consulting Engineers, to the following:

### VIA HAND DELIVERY

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
Hagåtña, Guam 96910

- and -

E:\Jean\Plds\3103.wpd     1

## VIA HAND DELIVERY

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

- and -

Thomas M. Tarpley, Jr.
LAW OFFICE OF THOMAS M. TARPLEY, JR.
2nd Floor, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910

Dated this 14th day of July, 2004.

By: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\3103.wpd                    2