KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
JUL 1 6 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| vs. | **DEFENDANT BLACK CONSTRUCTION CORPORATION'S DESIGNATION OF EXPERTS** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

Pursuant to this Court's Scheduling Order, Defendant **BLACK CONSTRUCTION CORPORATION** hereby designates Mr. Dean Gillham and Mr. Kenneth Collard as testifying experts in the instant matter. The information required by Rule 26(a)(2)(B) of the Rules of Civil Procedure is set forth in their expert reports which are being served on the parties contemporaneously herewith.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: JULY 16, 2004            BY: _____
                                   THOMAS C. STERLING
                                   *Attorneys for Defendant Black Construction Corporation*

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\186-DESIGNATION
OF EXPERTS RE GARGRAVE V BLACK ET AL.DOC

ORIGINAL