1  BERMAN O'CONNOR MANN & SHKLOV
   DANIEL J. BERMAN
2  ROBERT J. O'CONNOR
   Suite 503, Bank of Guam Building
3  111 Chalan Santo Papa
   Hagåtña, Guam 96910
4  Telephone: (671) 477-2778
   Facsimile: (671) 499-4366

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

FILED
DISTRICT COURT OF GUAM
JUL 16 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO.: CIV03-00009 |
| Plaintiff, | |
| vs. | **EXPERT DISCLOSURE OF DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS; DECLARATION OF SERVICE** |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 26(a)(2), Defendant Winzler & Kelly Consulting Engineering, by and through its counsel, provides the following disclosure setting forth information about the people whose expert opinions Defendant Winzler & Kelly Consulting Engineering may offer in evidence at trial:

1.  Ben C. Gerwick, Inc. by and through Webb W. Hayes, S.E. and Ted W. Trenkwalder, S.E.; Tel.: (510) 839-8972; Physical address: 1300 Clay Street, Suite 450, Oakland, CA 94612.

2.  Kleinfelder, Inc. by and through Zia Zafir, Ph.D., P.E. and Edward Rinne, P.E., G.E.; Tel.: (925) 484-1700; Physical address: 7133 Koll Center Parkway Suite 100, Pleasanton,

CA 94566.

      A.     The documents upon which Ben C. Gerwick, Inc. and Messrs. Zafir and Rinne based their opinions are set forth in their reports, which is served herewith. Backup calculations, worksheets and computer analyses will be provided if requested.

      B. and C.     Mr. Hayes's qualifications are included in the report, listing a summary of his qualifications, the publications he has authored during the past ten years, his previous experience as an expert, and the compensation he will be paid for study and testimony in this matter. Mr. Zafir's curriculum vitae is attached listing the same.

      2.     Any and all individuals designated as experts by any other party, notwithstanding that subsequent to such designation, any such party may be dismissed from the case and/or withdraws such person's designation.

      3.     Defendant Winzler & Kelly Consulting Engineers reserves all of its rights pursuant to Fed.R.Civ.P. 26, under federal maritime law and under the laws of Guam to supplement, revise or withdraw or add hereto.

Since discovery in this action has not yet been completed and depositions of experts have not yet been taken or completed, Defendant Winzler & Kelly Consulting Engineers expressly reserves the right to name or call additional experts as the need arises during the course of discovery and investigation in preparation for trial of this matter, and after Plaintiff and Co-Defendants disclose their experts and theories and the facts upon which they base such theories. Timely notice of such supplemental experts will be provided pursuant to Fed.R.Civ.P. 26 and such

witnesses will be made available for the purpose of being deposed prior to trial in this action.

Defendant Winzler & Kelly Consulting Engineers further reserves the right to consult with and retain the services of additional expert witnesses to testify on its behalf at trial for purposes of impeachment and/or rebuttal testimony.

Dated this 16th day of July, 2004.

Respectfully submitted,

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

By: *[signature]*
**DANIEL J. BERMAN**



**Ben C. Gerwick, Inc.**
Member of the COWI Group

Consulting Engineers
1300 Clay Street, Suite 450
Oakland, CA 94612
Tel.  510.839.8972
Fax.  510.839.9715
http://www.gerwick.com/

Mr. Robert O'Conner
O'Conner Berman Dotts & Banes
Second Floor, Nauru Bldg.
Saipan, MP 96950-1969

Date: July 14, 2004
Our ref. 2004-35

Subject: **FOXTROT PIER F-1**
**PORT AUTHORITY OF GUAM**
**Winzler & Kelly**

### GENERAL

The undersigned has been retained to evaluate the repair scheme for the Foxtrot F-1 petroleum wharf at Apra Harbor, Territory of Guam, and develop opinions as to the suitability of this repair scheme and its ability to resist loads. I have reviewed the EMPSCO design documentation, and various other documents listed in the References Section below.

### QUALIFICATIONS

After graduating from the University of California at Berkeley I began my civil engineering career in January of 1958. I was with the firm of Earl and Wright from January 1959 to January 1985. For the last fourteen years at Earl and Wright I was president and CEO. I was chairman of the joint company, John Brown - Earl and Wright from 1973 through 1983. I was president of my own firm, Bay Phoenix Consulting Engineers, until 1991 when the firm ceased trading. After a brief time with Peter Cully & Associates, I spent nine years with GKO & Associates. In June of 2002, I joined the firm of Ben C. Gerwick, Inc., where I am currently employed.

I hold valid California Certificate number C-12409 as a Civil Engineer, which was issued in 1960 and California Certificate number S-1361 as a Structural Engineer, which was issued in 1965. I have previously been registered as a civil engineer in Oregon, Washington, Alaska, Texas and Louisiana: however, these registrations are no longer current.

Earl and Wright was a major civil and structural engineering firm in San Francisco that was very strong in marine engineering. The company designed many wharves in the San Francisco Bay Area, Alaska and the Philippines before becoming a major force in the design of offshore drilling platforms. In 1969 the company was acquired by SEDCO, which later became the largest offshore drilling company in the world. Most of the wharf projects were petroleum tanker facilities. These facilities ranged from barge terminals to terminals for VVLCC's and included the LPG terminal at Yanbu, Saudi Arabia and two liquid tanker terminals for Honam Petroleum (Caltex) in Honam, Korea. Earl and Wright did design bulk cargo terminals for the Alaska Railroad in Seward and Whittier, Alaska, and the U.S. Army Corps of Engineers in Haines, Alaska. Many of the projects had to be innovative to solve environmental and operational problems, such as moving ice and the lack of heavy construction equipment.

Bay Phoenix designed the berth for the Battleship Missouri at Hunters Point in San Francisco, CA. Bay Phoenix also performed studies and designed modifications to the Domtar Gypsum's bulk terminal, at Antioch, CA, to prevent the constant damage which occurred to the wharf while docking conveyor ships.

While at GKO & Associates, I developed the layout and orientation of the permanent berth for the California Maritime Academy training ship, Golden Bear, at Vallejo, CA. I also developed the configuration for an island type crude oil off-loading terminal in San Francisco Bay off of Richmond, CA for VLCC tankers. This project was done for Wickland Oil Company, now ST Services, but not constructed for commercial reasons. I evaluated and analyzed marine terminals for UNOCAL (Now Conoco Phillips) at Rodeo, CA; Tosco Refining Corporation's (Now TESORO Refining Corporation) Amorco tanker terminal at Martinez, CA; Tosco Refining Corporation's (TESORO) tanker terminal at Avon, CA; and Shore Terminals tanker terminals at Selby and Martinez, CA.

The analysis and certification work outlined above led to the development of a new terminal for Tosco Refining Corp. (TESORO) at Avon, CA. I developed the terminal configuration to serve the full range of vessels that call at the Avon Terminal from barges to 105,000 DWT tankers. I also designed modifications to and new mooring dolphins for the Tesoro Amorco terminal, in Martinez, CA. to increase the ship size certification to 185,000 DWT. Finally I designed upgrades to the Conoco Phillips Rodeo Terminal to meet California State Lands Commission standards (MOTEMS). I am currently supervising the design of a third berth to that terminal for a 200,000 DWT tanker requiring redesign of the entire fender system.

With regard specifically to bulk terminals, I developed a preliminary configuration and terminal arrangement for a general cargo wharf and two bulk cargo wharves at Selby, CA for Wickland Properties Company. The two bulk cargo wharves were configured for a fixed loader and line hauling as the main option for bulk transfer, although a moveable loader was considered. The two bulk wharves were tandem and envisioned multiple breasting dolphins, at approximately 100 foot spacing and two inshore breast line mooring dolphins per berth.

I also was retained to evaluate a line-haul, fixed loader, coke loading facility, belonging to Diablo Services, a subsidiary of Tosco Refining Corp. This work involved analysis of mooring line loading and mooring forces, imposed by environmental conditions, for the purpose of obtaining certification from the California State Lands Commission for the maximum size bulk vessels that will be permitted to load or unload at the terminal facility. While performing this evaluation I was able to observe the shifting operation of the coke ship on several occasions

I have observed chip ships shift at two terminals in Oregon, two terminals in Washington, one terminal in Australia and at the Louisiana Pacific Terminal in Eureka, California.

I have served as an expert witness on the a case involving the allision of the M/V Kure with a chip terminal wharf in Samoa, CA and on a case regarding the failure, during construction, of portions of the Anchorage City Dock in Anchorage, Alaska.

Over the course of 46 years in the design of marine structures I have acquired an understanding of the evolution of wharf design, the dynamic aspects of docking a ship, the complexities of mooring a ship and the sensitivity of line handling on vessel position and mooring line loads.

**CASH & ASSOCIATES CALCULATIONS:**

Ben C. Gerwick has not received the SAP computer model, geometry, output nor calculations, to make a comparative analysis for the pier dolphins.

**BASIS FOR DESIGN:**

Although the Port's contract with EMPSCO refers to the 1994 Uniform Building Code (UBC), there is no reference to this code in the Engineering Documentation Report or the calculations prepared by EMPSCO. It is questionable whether or not the 1994 UBC applied. It appears that the Port Authority of Guam waived EMPSCO's requirement to adhere to the 1994 UBC when they approved the drawings and specifications, and then put these documents out to bid.

The Port's funding limitations may have severely limited the berthing forces that the repaired breasting and mooring dolphins could be designed to resist and most likely required that a seismic upgrade be omitted from the scope of the repair work.

**PERFORMANCE OF W&K CONNECTION DESIGN FOR THE 2001 EARTHQUAKE:**

The Winzler & Kelly connection detail provided on drawing VE-1 has capacity to resist seismic, mooring, and berthing loads. The dolphin capacity is directly related to the pile to cap connection capacity and the number of connections. Ben C. Gerwick prepared computer models to determine the ultimate capacities for Dolphins 'A' and 'C'.

The site specific response provided by Kleinfelder shows that the maximum applied seismic loads ranged between 0.1 g and 0.21 g at the project site. The ultimate capacities of the dolphins exceed the forces generated by accelerations in this range. Therefore, it is our opinion that, if properly constructed, the Winzler & Kelly alternate repair system would not have failed in the October 2001 earthquake.

**THE ALTERNATIVE PILE REPAIR SYSTEM:**

The bid price for the wharf repair, as originally designed, was well in excess of the owner's budget. The Port then invited Black Construction Company to submit alternatives to the original design which would lower the cost of the repair to the point where the port could proceed with the project. Winzler & Kelly was retained to develop an alternative pile repair scheme based on ideas from Black Construction Company.

The pile repair system, designed by EMPSCO, was the major cost element in the project. The implementation of the shear connectors was difficult and costly but the installation of the reinforcing steel dowels 20" into the existing concrete from under the dolphin was extremely difficult and costly. Further, properly installing these bolts and insuring that the epoxy completely filled the 20" deep hole was almost impossible.

Winzler & Kelly developed a scheme which used epoxy anchor bolts which are installed after a vial, filled with epoxy, has been inserted into the cleaned hole. The bolt is turned after the vial has been ruptured and the epoxy bond is achieved. The epoxy specified has a very short cure time, which makes installation simpler to accomplish than it is using a long cure epoxy, since the bolts must be held in place during cure.

The epoxy installation specified by EMPSCO, required that the epoxy be injected into the hole from below. With this method it is very difficult to vent the entrapped air from the hole and achieve complete penetration of the epoxy. In my opinion, the ability to achieve a competent bolt installation using the method proposed by Winzler & Kelly is much more assured than the installation method specified.

**W&K APPROVED CONNECTION REVIEWED BY ENGINEER OF RECORD:**

Winzler & Kelly provided a drawing, entitled *"Proposed Pile Repair Detail"*, to the Contractor for submittal to EMPSCO, the Engineer of Record, for review and approval. On May 22, 1996, EMPSCO reviewed Submittal No. 12, Proposed Pile Repair Details – Winzler & Kelly drawing Sheet VE-1 dated 4/4/96. (Note BCG only has the drawing dated 4/2/96, which does not include a stamped and signed drawing). The submittal was returned to Black Construction "Approved as Noted", with six (6) conditions, which included "Provide structural calculations verifying that the proposed repair meets the design requirements."

Winzler & Kelly had no knowledge that the alternative was actually being constructed by Black Construction or that it had received conditional approval. Had design calculations been submitted, the acceptability of the alternative would have been vetted and possibly modified, disapproved or approved as submitted.
The drawing title *"Proposed Pile Repair Detail"* is evidence to the effect that the alternative was in the preliminary stage of development. It was reasonable for Winzler & Kelly to rely on EMPSCO, the engineer-of-record, to determine the design criteria for the project and further, it was reasonable to rely on EMPSCO's approval of the VE-1 drawing as confirmation that the work met these criteria.

EMPSCO was the most knowledgeable about the intent of the design and the critical nature of certain details, namely the pile to cap connection. Black Construction should have complied with the ER's request for the six conditions of the submittal. Nevertheless, EMPSCO had a duty to inform the client and Macario & Associates, the party responsible for project oversight, that approval of the alternative pile repair system was subject to conditions. The alternative pile repair system was not, therefore, approved for construction and should not have been used. Macario & Associates should have discovered that the repair was not in accordance with the drawings and rejected the installation.

The obligation for quality control was, by specification, the responsibility of the contractor. Further the Port retained Macario & Associates to provide project oversight and inspection. Winzler & Kelly was not retained to perform this activity and had no duty to provide this service. In addition Winzler & Kelly was unaware the alternative pile repair system was being implemented which completely absolves them of any duty in this regard.

**ANCHOR SYSTEMS AND APPROVED EQUAL:**

At the request of Black Construction Company, Winzler and Kelly developed drawing VE-1, Proposed Pile Repair Details for Dolphins A, B, C, and D in April 1996. The drawing contained two notes that read:

1. THIS DRAWING IS TO BE READ IN CONJUNCTION WITH DRAWINGS AND SPECIFICATIONS FOR PROJECT – REPAIR & UPGRADING TO FOXTROT "F-1" PIER – PREPARED BY EMPSCO ENGINEERING CONSULTANTS, DATED 1/10/96.

2. ADHESIVE ANCHORS TO BE STAINLESS STEEL RED HEAD "REDI-CHEM" BY PHILLIPS DRILL CO., CATALOG NO. CE3495 OR APPROVED EQUAL. INSTALL PER MANUFACTURERS RECOMMENDED PROCEDURE.

Drawing VE-1 notes relied upon Black Construction and EMPSCO to review the proposed detail in accordance with the drawings and specifications developed by EMPSCO and to install the REDI-CHEM anchor in accordance to their recommended procedure. To the best of my knowledge, neither Black Construction Company nor EMPSCO reviewed the proposed detail in accordance to the EMPSCO contract documents or installed the detail in accordance to Redi-Chem's recommended procedure. It is the understood the words "or approved equal" means the engineer who specified the use of a detail or product, in this case Bruce Swanney, is the individual who should have reviewed the substitution and approved it if it was an acceptable substitution.

Winzler and Kelly notified Black Construction and the PAG that the proposed detail should be read in accordance with the design documents. Although EMPSCO's review and approval of the detail requested structural calculations from Winzler & Kelly, I understand that Winzler & Kelly was never advised of the approval conditions; otherwise, they would have supplied calculations for EMPSCO's review. EMPSCO should have advised the Port Authority whether the Black Construction proposed anchor system was appropriate for the design conditions and strong enough.

Winzler and Kelly proposed adhesive anchor system contained readily available installation procedures and capacities. The Red Head Redi-Chem concrete anchoring system publishes a seven step installation procedure to produce ultimate loads for bolt tension and shear. Black Construction Company substituted an adhesive anchor system, Anchor-It, that also included published installation procedure and capacities. A comparison of the systems with information provided is outlined below:

| Published Design Information | RED HEAD Redi-Chem | Anchor-It |
|---|---|---|
| Bolt Rebar System | (8) ¾" Ø Stainless | (8) ¾ " Stainless |
| Embedment Depth | 6 ¾ inches | 6 ¾ inches |
| Recommended Cure Time (>68° F) | 10 min. | 2 hours and 30 min |
| Allowable Tension Capacity | 6,313 lbs | 3,783 lbs |
| Allowable Shear Capacity | 3,820 lbs | 3,020 lbs |

Notes:
1. The published capacities for Redi-Chem and Anchor-It are based on A307 bolt information.
2. The RED HEAD capacity is based on concrete strength of 6,300 psi.
3. The Anchor-It capacity is based on concrete strength of 2,000 psi.

The EMPSCO anchor system has more capacity than the proposed alternative or the installed anchor system. The Redi-Chem and Anchor-It systems may be of comparable strength if the actual concrete strength governs the capacity. However the cure time for the Anchor-It system is fifteen times longer than the Redi-Chem system.

**PERFORMANCE OF W&K CONNECTION DESIGN:**

The EMPSCO design did not consider seismic loading on the dolphins. Their design report, which sets forth the criteria to be used, acknowledges that Transen Associates Limited considered seismic forces, but makes no reference to the magnitude of these forces or any seismic criteria to be used.

There is no evidence in the EMPSCO calculations that any structural analysis or seismic evaluation was performed. Failure to undertake a structural analysis of the wharf shows less than a reasonable standard of care was used for the EMPSCO design. It is apparent that the work to be done was to be of an expedient nature to permit tanker operations immediately and was to be a temporary repair.

EMPSCO states the new fender system is designed to accept a 150,000 DWT vessel. Assuming adequate water depth, the displacement of such a vessel is approximately 187,000 Long Tons. The fender selected by EMPSCO for dolphins C & D are a Bridgestone SUC 1150H Rubber Grade RH. The rated energy absorption capacity is 280 ft kips (38.7 $T_m$ Meters). The reaction on the dolphin, when this amount of energy has been absorbed, is 168.7 kips (76.5 Tonnes). The total kinetic energy of that ship approaching at 0.2 ft/sec (the design velocity) is 260 ft kips. The worst case eccentricity coefficient is 1.0. Therefore, the design energy absorbed by each fender is 260 ft kips. The load on the fender after absorbing this amount of energy is 160 kips. The connection at the top of the piles can resist this load. The allowable horizontal force on the dolphin perpendicular to the docking face is 297 kips. For the connections to begin to fail, the horizontal load would need to increase to 565 kips.

The design energy level utilizes this fender at the end of its energy absorbing range. The design fender deflection (compression) is 50%; whereas, the maximum deflection is 56%. The difference in approach velocity for the design ship to achieve this deflection is 0.013 ft/sec, or from 0.200 to 0.213 ft/sec. At this point the reaction force on the dolphin is 180 kips. The alternative design, shown on VE-1, would have met the berthing forces required by the EMPSCO Vessel berthing criteria. If the approach velocity exceeds, say, 0.215 ft/sec, the reaction force increases asymptotically, since the fender can no longer absorb energy. The remaining ship energy will be absorbed through failure of the dolphin pile connection and, finally, the dolphin piles.

In my opinion, the selection of this fender provides very little reserve capacity for energy absorption. This, coupled with an extremely low design approach velocity, increases the potential for a dolphin system overload at, what would still be considered, a very low approach velocity. The Marine Oil Terminal Engineering and Maintenance Standards (MOTEMS), of the California State Lands Commission, recommend a minimum approach velocity of 0.26 ft/sec for existing berths in favorable site conditions and 0.33 ft/sec for moderate site conditions. Favorable site conditions require wind < 38 knots and wave height < 6.5 ft. Moderate site conditions allow wind > 38 knots and wave height < 6.5 ft.

This site could be classified as Moderate. If we accept the classification of "Favorable" and use 0.26 ft/sec as the design berthing velocity, the design energy of the ship would have been 440 ft kips (61 $T_m$ Meters). It is not possible for the selected fender system to absorb this much energy and the resultant force on the dolphin would cause failure of the pile connection and possibly, the piles.

We understand that the wharf was used during construction, before new fenders were installed. During construction the fender was either not there, heavily deteriorated or rubber tractor tires were used. The fender system at this time had virtually no energy absorbing capability. We understand that the fender units specified have not been installed to this date or there was a period of time when the design fenders were not present when ships were berthed at the wharf. Tractor tires have very little energy absorbing capacity and fully compress under very little load. If ships approached the wharf at

velocities much lower than 0.2 ft/sec extreme loads would have occurred that would have damaged the dolphins.

The damaged pile connections, observed after the 2001 earthquake, were not the connections designed by Winzler & Kelly. The bolt adhesive did not meet Winzler & Kelly's specification and the bolts were not installed properly. Thus it is impossible for the plaintiff to show how Winzler & Kelly's connection would have performed. Any conclusions related to the performance of the connection design, based on the observed damage, would be highly speculative.

It has been noted that one or both dolphins C & D were permanently displaced 16 inches toward shore. For this displacement to occur, the batter piles or their connections had to fail. For a permanent displacement to exist, the batter piles had to fail in bending or the top connection shear from the concrete. A seismic event is oscillatory and due to the relative weakness of the soils for pile tension, as compared to compression, I would expect any permanent displacement to be in the opposite direction, away from the shore.

It is my opinion that the damage to the dolphin piles and connection was due to excessive berthing loads and not by any seismic forces. .

**REFERENCES:**

- Guam Oil and Refining Company Structural Design Calculations dated xxx, pp94.
- Trasen Associates LTD Structural Drawings S-1 – S-10 dated April 18, 1969.
- EMPSCO Structural Design Calculations for Repair and Upgrading to Foxtrot "F-1" Pier Apra Harbor dated xxx, pp 90.
- EMSCO Structural Drawings S-0 – S17 dated January 10, 1996.
- Geo-Engineering & Testing Inc, Subsurface Soil Investigation Foxtrot I Pier Facility Improvement / Repair dated July 13, 1995, pp 9 with Plates 1-6.
- Cash & Associates Report dated May 12, 2004, pp 20
- Kleinfelder Report dated July, 14, 2004.
- Marine Oil Terminal Engineering and Maintenance Standards (MOTEMS), California State Lands Commission.

Sincerely,

BEN C. GERWICK, INC.

Webb W. Hayes, S.E.
Senior Engineer

BEN C. GERWICK, INC.

Ted W. Trenkwalder, S.E.
Senior Engineer



# Memo

To: Robert J. O'Connor, Esq., Berman O'Connor Mann & Shklov
From: Zia Zafir, Ph.D., P.E. and Edward Rinne, P.E., G.E.
Date: July 14, 2004
Project No.: **02301PROP**
Re: Ground Motions at Foxtrot Pier, Apra Harbor, Guam

This memorandum transmits the results of our preliminary assessment of probable ground motions at Foxtrot Pier in Apra Harbor, Guam due to the M7.0 October 12, 2001 earthquake.

**Seismicity of Guam**

Guam is the largest island of the Mariana Islands in Pacific Ocean. It rises steeply from the ocean floor, a short distance from the Mariana Trench, the deepest place on the earth. Historically, this portion of the world is very active seismically and Guam has felt several moderate to large earthquakes in the past. Discussions about some of the historical earthquakes are presented below.

The most significant earthquake in the recent history was the M8.1 August 1993 earthquake, located at about 80 km offshore of Guam. The earthquake did not cause any deaths and no spectacular damage was observed usually expected of this magnitude of earthquake. The probable epicentral distance from the site was about 56 km. The most common geologic effects were ground fissures, horizontal displacements, differential settlements, and sand boils. Liquefaction and lateral spreading were observed in limited areas. Several tall hotel buildings in Tumon Bay area were damaged (Earthquake Engineering Research Institute, 1993).

Based on the information presented on Earthquake History of Guam (available at website http://neic.usgs.gov/neis/states/guam/guam_history.html), the earthquakes of 1825 and 1834 caused significant damage to buildings on the island. Another earthquake on January 25, 1849 produced strong vertical and horizontal movements and damage was reported at Agana and nearby towns. Relatively moderate earthquakes of July 1862 and May 16, 1892 resulted in some cracked walls.

The earthquake of September 22, 1902 at Agana was quite significant. Some houses were completely destroyed and almost all of the stone buildings suffered significant damage. Several landslides were observed in the area and many bridges were damaged, interrupting travel between Agana and the port of Piti, at a distance of about 8 km.

An M7.4 December 1909 earthquake, at an epicentral distance of about 250 kilometers southwest of Guam, caused some damage at Agana. The M5.2 earthquake of January 1978, centered near the east coast of Guam caused considerable damage on the island. Many homes and at least two government buildings were damaged.

Case 1:03-cv-00009   Document 44   Filed 07/16/2004   Page 11 of 18



Based on the results of our search of the National Earthquake Information Center (NEIC) database, some of the significant earthquakes of M6 or greater since 1973 within a radius of 100 km of the project site are presented in table below.

**TABLE: Significant Earthquakes Since 1973 Within 100 km**

| Date | Latitude | Longitude | Magnitude | Depth (km) | Epicentral Distance (km) |
|---|---|---|---|---|---|
| 11/01/1975 | 13.84N | 144.75E | 7.1 | 113 | 42 |
| 02/13/1983 | 13.84N | 144.93E | 6.3 | 105 | 51 |
| 08/08/1993 | 12.98N | 144.80E | 8.1 | 59 | 56 |
| 08/16/1993 | 12.97N | 144.97E | 6.0 | 18 | 66 |
| 04/23/1997 | 13.99N | 144.90E | 6.5 | 100 | 63 |
| 05/09/1997 | 13.20N | 144.70E | 6.1 | 29 | 30 |
| 05/15/1998 | 14.18N | 144.88E | 6.1 | 154 | 82 |
| 09/08/1998 | 13.26N | 144.01E | 6.1 | 141 | 72 |
| 12/19/1999 | 12.87N | 144.57E | 6.0 | 50 | 66 |
| 02/26/2000 | 13.80N | 144.78E | 6.2 | 132 | 39 |
| 10/12/2001 | 12.69N | 144.98E | 7.0 | 37 | 94 |
| 04/26/2002 | 13.09N | 144.62E | 7.1 | 85 | 42 |

According to USGS Seismic Hazard Mapping Program, expected peak ground acceleration (PGA) values in Guam for 10 percent probability of exceedance in 50 years (return period of about 475 years) range from 0.16g to 0.24g.

**Earthquake of October 12, 2001**

A strong earthquake of magnitude 7.0 occurred on October 12, 2001 around 1:02 AM local time, south of Mariana Islands. Initial reports indicated the epicenter at a distance of about 70 km SSE of the site (lat. 12.83N and long. 114.92E). However, as indicated in the above table, later reports indicated that the epicenter of the earthquake was about 94 km SSE of the site. Initial reports also indicated some non-structural damage to the buildings on the island. The focal depth of the earthquake was estimated between 29 and 39 km. Initial analysis by NEIC indicated that the earthquake occurred along a NNE trending plane with nearly pure thrust motion.

Preliminary damage reports indicated shattering of windows and rupturing of underground utility lines. Power at some places on the island was also disrupted. There were some reports of fire. Some bridges also suffered damage and one was closed for repairs. There were no reports of injuries or deaths. We could not find any records of strong ground motions at the island.

It should be noted that there was another earthquake of magnitude 7.1 on April 26, 2002 in the vicinity of the site with an epicentral distance of about 42 km from the site. There were no reports of any damage on the island due to this earthquake.

**Estimated Ground Motions from October 12, 2001 Earthquake**

Earthquakes in this region are primarily deep earthquakes indicative of a subduction zone seismotectonic environment in which Pacific Plate is subducting into Philippine Sea Plate along the Mariana Trench. The convergence of the Pacific Plate is calculated to be in the WNW direction at a rate of about 76 mm/year near Guam (Seno and Yoshida, 2004). Intraplate (Intraslab) events in a subduction zone environment are usually deeper and of smaller magnitudes, whereas, Interplate (Interface) events are shallower and of higher magnitudes.



Since we could not find any ground motion recordings near the project site, we have estimated the probable ground motions using deterministic methods with appropriate attenuation relationship. Based on the preliminary fault plane solution by NEIC, it seems that the October 2001 event was probably an Intraplate event. Therefore, we believe that attenuation relationship by Youngs et al. (1997) for an Intraplate event is the most appropriate for this site. Although the epicentral distance to the site is about 94 km for the October 2001 event, we have assumed a site to rupture distance of about 80 km. Assuming the site is a rock site, our estimated 50th percentile (median) and 84th percentile (median + 1 sigma) peak ground acceleration (PGA) values are 0.10g and 0.21g at the project site. We believe that the ground motions at the site due to the October 2001 M7 earthquake were probably within this range.

**References**

Earthquake Engineering Research Institute (1993), "The Guam Earthquake of August 8, 1993", EERI Special Report, October.

Seno, T. and Yoshida, M. (2004), "Where and why do large shallow intraslab earthquakes occur?", Physics of the Earth and Planetary Interiors, 141, 183-206.

Youngs, R.R., Chiou, S.-J., Silva, W.J., and Humphrey, J.R. (1997), "Strong Ground Motion Attenuation Relationships for Subduction Zone Earthquakes", Seismological Research Letters, 68, 1, 58-73.

# ZIA ZAFIR, Ph.D., P.E.
*Senior Seismic Engineer*

## *Summary of Experience*

Dr. Zafir has more than 17 years of experience in the field of geotechnical and earthquake engineering and research. Dr. Zafir has been actively involved on seismic hazard evaluations and seismic retrofit for renowned national and international projects. In addition to California, he has been involved in seismic design projects in Nevada, Oregon, Washington, Arizona, New Mexico, Utah, Bangladesh, and Russia. These projects cover both transportation facilities and commercial and residential developments. Some of his significant projects include seismic hazard evaluations of: ground motions for seismic retrofit of Golden Gate Bridge in San Francisco, seismic feasibility studies for Tacoma Narrows Bridge in the state of Washington, ground motion studies for Jamuna River Bridge in Bangladesh, ground motion criteria for two fissile material storage facilities in Russia, Applegate Dam in Oregon, New Hogan Dam in California, Aircraft Rescue and Fire Fighting Facility at Oakland Airport, more than 50 schools in San Francisco Bay Area, several hospitals and correctional facilities in California, and several commercial centers throughout the state of California. Dr. Zafir was also part of the project ATC-32 in which he developed new ARS curves for Caltrans, which are included in the 2001 Caltrans Seismic Design Criteria. He has also developed a design manual for foundation stiffness under seismic loading and conducted a week-long workshop for the State of Washington Department of Transportation. In addition, he has recently developed site specific design ground motions for the expansion of Pier G at Port of Long Beach. Currently he is involved in developing ground motion criteria for Chemical and Metallurgical Research facility at Los Alamos National Laboratory in New Mexico. In addition, he is the lead seismic engineer for the HNTB-led design team for the Civil Line segment of the BART extension from Fremont to San Jose. He has published and presented more than twenty papers in international journals and conferences.

## *Education*

Ph.D. Geotechnical Engineering, University of Nevada, Reno, 1993
M.S. Civil Engineering, Iowa State University, Ames, Iowa, 1987
B.S. Civil Engineering, University College of Engineering, Taxila, Pakistan, 1983

## *Registration*

P.E. (Civil) California (C60152)

## *Professional Affiliations*

Member of the American Society of Civil Engineers
Member Earthquake Engineering Research Institute
Member of the Phi Kappa Phi Engineering Honor Society

## Select Project Experience

*Wild Goose Pipe Line,* Project engineer for assessing seismic stability and permanent ground deformation for a pipe line crossing over a fault and river crossing in Butte County, California. The project was reviewed by California Public Utilities Commission.

*Lower Northwest Interceptor Tunnels, Sacramento, California.* Lead seismic engineer for site-specific seismic design criteria for the design of two 2,000 feet long 15-foot diameter tunnels below the Sacramento River. The tunnels would enclose two 60-inch diameter sewer interceptor pipelines.

*Applied Technology Council (ATC-32) and California Department of Transportation.* Project engineer for revising seismic loading criteria for the design of bridges in the state of California. Developed new ARS curves for Caltrans, which are included in 2001 Caltrans Seismic Design Criteria.

*Pier G, Port of Long Beach, California.* Developed site specific design ground motions for the SSI analyses for the proposed expansion of Pier G at Port of Long Beach.

*Applegate Dam, Oregon.* Provided seismic design parameters for the seismic upgrading of the dam for US Army Corps of Engineers. Performed both static and pseudo-static slope stability analyses, deformational analyses and finite difference modeling using FLAC.

*Golden Gate Bridge, San Francisco, California.* Project engineer for development of multiple support ground motions for seismic retrofit of the Golden Gate Bridge.

*Tacoma Narrows Bridge, Tacoma, Washington.* Project engineer for development of multiple support motions for seismic vulnerability studies of the Tacoma Narrows bridge.

*Washington Department of Transportation, Washington.* Developed manual for seismic design of bridge foundations to be used by the design engineers at the Washington Department of Transportation.

*New Tacoma Narrows Bridge, Tacoma, Washington.* Project engineer for review of ground motions for seismic design of the New Tacoma Narrows bridge.

*Jamuna River Bridge, Bangladesh.* Seismic risk analysis and development of ground motions to be used in the dynamic analysis for the new 5 km long bridge in Bangladesh.

*SVP Correction Facility in Coalinga, California.* Lead seismic engineer to provide site-specific design ground motions for the design of the new correctional facility.

*United States Federal Penitentiary in Herlong, California.* Lead seismic engineer to provided site specific design ground motions for a new correctional facility.

*United States Penitentiary in Victorville, California.* Lead seismic engineer to perform seismic hazard study and to provide site specific design ground motions for a new correctional facility.

*Home Depot, Yuma, Arizona.* Lead seismic engineer to perform liquefaction studies and mitigation recommendations for the store in Yuma.

*Wal Mart Super Center, Yuma, Arizona.* Lead seismic engineer to assess liquefaction potential at the site and to develop mitigation measures, which included design and installation of Earthquake Drains at the site.

*Sam's Club, Yuma, Arizona.* Lead seismic engineer to assess liquefaction potential at the site and to develop mitigation measures, which included design and installation of Earthquake Drains at the site.

*MCAS Miramar, San Diego, California.* Lead seismic engineer to develop site-specific seismic design criteria for the new steel reservoir at the base.

*MCAS, Yuma, Arizona.* Lead seismic engineer to develop site-specific seismic design criteria and design response spectra for the water storage tanks at the base.

*Several High Rises including 560 Mission Street, 246 Second Street, and 532 Sutter Street in San Francisco, California.* Provided site specific design ground motions and geotechnical design parameters for the design of these buildings in downtown San Francisco.

*Oyster Point Hilton Hotel in South San Francisco, California.* Project manager for the geotechnical and seismic design and recommendations for a new hotel at Oyster point.

*SyBase Headquarters in Dublin, California.* Provided site specific design ground motions for new headquarters building.

*Route 101 Between Ralston and Hillsdale in San Mateo, California.* Seismic hazard evaluation and lateral capacities of piles for one bridge and soundwalls along the Highway.

*State Route 242, Concord, California.* Project engineer for faulting and seismic studies for seven bridges located on State Route 242.

*Napa State Hospital Reservoir in Napa, California.* Provided site specific design response spectra for a new reservoir.

*Easterly Wastewater Treatment Plant, in Vacaville, California.* Provided site specific design response spectra for the treatment plant.

*Lakeview Reservoir in Napa, California.* Provided site specific design response spectra for a new reservoir.

*San Francisco Executive Parkway, San Francisco, California.* Provided site specific design response spectra parameters for the design of the six to fifteen story buildings.

*River Park Towers, San Jose, California.* Provided site specific design response spectra parameters for the design of the 13- story building.

*New Hogan Dam, California.* Provided seismic design parameters for the seismic upgrading of the dam for US Army Corps of Engineers.

*Southern Nevada Water Authority, Las Vegas, Nevada.* Seismic risk analysis for several reservoirs and associated structures in southern Nevada.

*Alturas Intertie Project.* Performed the faulting and seismicity evaluation of 162 mile long 345 kV transmission line from Alturas, California to Reno, Nevada for Sierra Pacific Power Company.

*Marin County Civic Center, Marin County, California.* Project engineer for the ground motion studies for seismic upgrading of the civic center.

**Publications and Presentations**

Zafir, Z. "Liquefaction Assessment and Mitigation at Washoe Village in Reno". Presented at 28th Southwest Geotechnical Engineers Conference, May 12-15, 2003, Reno, Nevada.

Zafir, Z. "Bridge Foundation Design for Liquefaction Induced Lateral Spreads". Presented at 27th Southwest Geotechnical Conference, June 24-27, 2002, Scottsdale, Arizona.

Zafir, Z. "Seismic Foundation Stiffness for Bridges". Deep Foundations 2002 – An International Perspective on Theory, Design, Construction, and Performance, Geotechnical Special Publication No. 116, Proceedings of the International Deep Foundation Congress 2002, February 14-16, 2002, Orlando, p. 1421-1437.

Zafir, Z., M. Tabatabaie. "Development of Foundation Stiffness Design Charts for Bridges". Presented at 23rd Annual Southwest Geotechnical Engineers Conference, June 2-5 1998 at Reno, Nevada.

***Publications and Presentations (Continued)***

Norris, G., Z. Zafir, and R. Siddharthan. "An Effective Stress Understanding of Liquefaction Behavior". Environmental and Engineering Geoscience, Vol. IV, No.1, Spring, 1998.

Zafir, Z. and W. Vanderpool. "Lateral Response of Large Diameter Drilled Shafts: I-15/US 95 Load Test Program". Proceedings of the 33rd Symposium, Engineering Geology & Geotechnical Engineering, March 25-27, 1998 at Reno, Nevada, pp. 161-176.

Norris, G., R. Siddharthan, Z. Zafir and R. Madhu. "Liquefaction and Residual Strength of Sands from Drained Triaxial Tests". ASCE Journal of Geotechnical and Geoenvironmental Engineering, Vol. 123, No. 3, March 1997, pp. 220-228.

Singh, J.P., Z. Zafir and M. Tabatabaie. "Ground Motion Considerations for Seismic Retrofit Design of Long Span Bridges". Proceedings, National Seismic Conference on Bridges and Highways, San Diego California, December 10-13, 1995.

Zafir, Z., R. Siddharthan and P. Sebaaly. "Dynamic Pavement Strains from Moving Traffic Load". ASCE Journal of Transportation Engineering, Vol. 120, No. 5, Sept. - Oct., 1994, pp. 821-842.

Siddharthan, R., P. Sebaaly and Z. Zafir. "Dynamic Response Evaluation of Inclined Pavements with Interface Shear". Proceedings, International Conference on Vehicle-Road and Vehicle-Bridge Interaction, Holland, June, 1994.

Zafir, Z. and R. Siddharthan. "Response of Layered Soil Deposits to Moving Loads." Proceedings, Eighth International Conference of the Association for Computer Methods and Advances in Geomechanics, ed. Sriwardhane, H. and Zaman, M.M., Vol. II, May 22-28, 1994, Morgantown, West Virginia, pp. 1541-1546.

Siddharthan, R., P. Sebaaly and Z. Zafir. "Pavement Strains Induced by Spent Fuel Transportation Trucks." Presented at 73rd Annual TRB Meeting, Jan.9-13, 1994, Washington, D.C. Accepted for publication in Transportation Research Record.

Siddharthan, R., Z. Zafir and G. Norris. "Moving Load Response of Layered Soil I: Formulation". ASCE Journal of Engineering Mechanics, Vol. 119, No. 10, Oct. 1993, pp. 2052-2071.

Siddharthan, R., Z. Zafir and G. Norris. "Moving Load Response of Layered Soil II: Verification and Application". ASCE Journal of Engineering Mechanics, Vol. 119, No. 10, Oct. 1993, pp. 2072-2089.

Norris, G., Z. Zafir and R. Siddharthan. "Liquefaction and Residual Strength of Loose Sands from Drained Triaxial Tests," Proceedings of the 29th Symposium of Engineering Geology and Geotechnical Engineering, March 22-24, 1993, Reno, NV.