KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for     Defendant Black Construction Corporation

FILED
DISTRICT COURT OF GUAM
AUG 19 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, ) | CIVIL CASE NO. CV03-00009 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| BLACK CONSTRUCTION CORPORATION ) | |
| and WINZLER & KELLY CONSULTING ) | |
| ENGINEERS and ENGINEERING, ) | STIPULATION AND ORDER TO |
| MANAGEMENT & PLANNING SERVICES ) | AMEND SCHEDULING ORDER |
| CORPORATION, ) | AND DISCOVERY PLAN |
| ) | |
| Defendants. ) | |
| ) | |

**WHEREAS**, the conflicting schedules of counsel involved in this action have made it impossible to complete discovery and expert disclosures within the schedule originally envisioned; and

**WHEREAS**, a modification of the schedule in connection with discovery, expert disclosures and motions will not impact the presently scheduled trial date.

**NOW, THEREFORE,** the parties hereto stipulate to the following revisions to the Scheduling Order and Discovery Plan previously entered in this case and the parties further stipulate that the

ORIGINAL

Federal Magistrate shall be authorized to review and approve this Stipulation.

### SCHEDULING ORDER

1. The discovery cutoff date (defined as the last day to file responses to discovery) is hereby extended to November 5, 2004.

2. All depositions of percipient witnesses shall be concluded by November 5, 2004. All depositions of expert witnesses shall be completed by December 10, 2004.

3. Any and all motions to be filed in this case shall be filed on or before December 23, 2004.

### DISCOVERY PLAN

1. The initial expert disclosures in accordance with Rule 26(a)(2) of Engineering, Management & Planning Services Corporation shall be served on or before October 15, 2004.

2. The rebuttal expert reports of all parties in accordance with Rule 26(a)(2) shall be served not later than November 18, 2004.

All other dates previously established by Order shall remain the same.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: AUGUST 13, 2004     BY: _____
                               THOMAS C. STERLING
                               *Attorneys for Defendant Black Construction Corporation*

- 2 -

BERMAN O'CONNOR MANN & SHKLOV

DATED: AUGUST 16, 2004

BY: *[signature]*
DANIEL J. BERMAN
ROBERT J. O'CONNOR
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

TARPLEY & MORONI, LLP

DATED: AUGUST 16, 2004

BY: *[signature]*
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering, Management & Planning Services Corporation*

CARLSMITH BALL

DATED: AUGUST 16, 2004

BY: *[signature]*
DAVID P. LEDGER
*Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds*

# ORDER

APPROVED AND SO ORDERED this August 18, 2004.

*[signature]*
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE, DISTRICT COURT OF GUAM

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\189-S & O TO AMEND
SCHED ORDER & DISC PLAN RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

RECEIVED
AUG 17 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM