CARLSMITH BALL LLP

DAVID LEDGER
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
SEP - 7 2004
MARY L. M. MORAN
CLERK OF COURT

49

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**WRITTEN CONSENT TO SPONSOR STEPHEN C. SMITH TO APPEAR PRO HAC VICE; DECLARATION OF SERVICE** |

Pursuant to GR 17.1(e) of the Local Rules of the District Court of Guam, I consent to sponsor Stephen C. Smith to appear Pro Hac Vice in the above-captioned mater.

DATED: Hagåtña, Guam, September 3, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on September 7, 2004, I will cause to be served, via hand delivery, a true and correct copy of the WRITTEN CONSENT TO SPONSOR STEPHEN C. SMITH TO APPEAR PRO HAC VICE; DECLARATION OF SERVICE upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Dated this 3rd day of September 2004 at Hagåtña, Guam.

_____
DAVID LEDGER