KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP FC FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
SEP 10 2004
MARY L. M. MORAN
CLERK OF COURT

50

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND TO ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **BLACK CONSTRUCTION CORPORATION** will take the deposition upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure of **NEMENCIO M. MACARIO**, at 1:30 p.m. on Monday, September 20, 2004, at the law offices of Carlsmith Ball, Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, Hagåtña, Guam 96910.

//

The deposition will be taken before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: SEPTEMBER 10, 2004

BY: [signature]
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\191-NTC OF DEPO
(N C MACARIO) RE GARGRAVES V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857