CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

Attorneys for Plaintiff
S.J. GARGRAVE SYNDICATE AT LLOYDS

FILED
DISTRICT COURT OF GUAM
SEP 16 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**APPLICATION TO APPEAR PRO HAC VICE; ORDER** |

### APPLICATION TO APPEAR PRO HAC VICE

COMES NOW, Stephen C. Smith, attorney for the Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS, and hereby applies to this Honorable Court for permission to appear and participate in this case Pro Hac Vice. This application is made pursuant to GR 17.1, Local Rules of the District Court of Guam, submits the following information as required by Rule GR 17.1(d) and (e), and is based upon the following:

1. Applicant's business address is Carlsmith Ball LLP, ASB Tower, Suite 2200, 1001 Bishop Street, Honolulu, Hawaii 96813.

2. Applicant has been admitted to practice in the following courts as of the dates of admission set forth:

| Court | Date of Admission |
|---|---|
| Supreme Court of the United States | 1989 |
| All courts in the State of Washington | 1985 |
| U.S. Court of Appeals for the Ninth Circuit | 1986 |
| U.S. District Court for the Western District of Washington | 1985 |

3. Applicant is in good standing and eligible to practice in the above-referenced Courts.

4. Applicant is not currently suspended or disbarred in any court.

5. Applicant is of good moral character.

6. Applicant has been retained by the Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS ("Plaintiff"), to work with Plaintiff's attorney of record, David Ledger, of the Carlsmith Ball LLP, Guam Office, to provide counsel and advice with respect to the above-captioned matter, and David Ledger of Carlsmith Ball LLP, Guam Office, shall remain primary counsel of record in the case.

7. Applicant respectfully requests approval of his application for this limited purpose of appearing in this particular case.

WHEREFORE, I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct to the best of my belief and that this declaration was signed on August 31, 2004, in Honolulu, Hawaii.

DATED: August 31, 2004.

_____
STEPHEN C. SMITH

PREPARED AND SUBMITTED BY:

_____
DAVID LEDGER
Attorney for Plaintiff
S.J. GARGRAVE SYNDICATE AT LLOYDS

## ORDER

THIS MATTER COMING FORTH upon the foregoing application, and the court being advised in the premises:

IT IS HEREBY ORDERED THAT STEPHEN C. SMITH of the law firm of Carlsmith Ball LLP, Honolulu, Hawaii Office, is permitted to appear as counsel pro hac vice for the Plaintiff in the above-captioned matter.

SO ORDERED:

DATED: September 15, 2004

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

RECEIVED
SEP - 3 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4818-2384-2304.1.055639-00001
APPLICATION TO APPEAR PRO HAC VICE - 4

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on September 3, 2004, I will cause to be served, via hand delivery, a true and correct copy of APPLICATION TO APPEAR PRO HAC VICE upon Defendants Counsel of record as follows:

        Robert J. O'Connor, Esq.
        Daniel J. Berman, Esq.
        Berman O'Connor Mann & Shklov
        Suite 503, Bank of Guam Building
        111 Chalan Santo Papa
        Hagåtña, Guam 96910

        Thomas C. Sterling, Esq.
        Klemm Blair Sterling & Johnson, P.C.
        Suite 1008, Pacific News Building
        238 Archbishop Flores Street
        Hagåtña, Guam 96910

and      Thomas M. Tarpley, Esq.
        Law Offices of Tarpley & Moroni, LLP
        Suite 402, Bank of Hawaii Building
        134 West Soledad Avenue
        Hagåtña, Guam 96910

Dated this 3rd day of September 2004 at Hagåtña, Guam.

                              DAVID LEDGER