LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2164
Attorney for Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CIV03-00009<br><br>**CERTIFICATE OF MAILING** |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On October 6, 2004, I caused to be deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a true and correct copy of EMPSCO'S MOTION FOR LEAVE TO FILE AMENDED ANSWER ADDING COUNTERCLAIM FOR ATTORNEY'S FEES (NO ORAL ARGUMENT REQUESTED), to the following parties:

| | |
|---|---|
| THOMAS C. STERLING, ESQ.<br>KLEMM BLAIR STERLING & JOHNSON<br>SUITE 1008 PACIFIC NEWS BLDG.<br>238 ARCHBISHOP FLORES STREET<br>HAGATNA, GUAM 96910 | ROBERT J. O'CONNOR, ESQ.<br>O'CONNOR BERMAN DOTTS & BANES<br>2ND FLOOR, NAURU BLDG.<br>P.O. BOX 501969<br>SAIPAN, MP 96950 |

Dated this ___6th___ day of October, 2004.

_____
Dorothea Quichocho