LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



3ZP2151
Attorney for Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CIV03-00009 (55)<br><br>**CERTIFICATE OF MAILING** |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On September 29, 2004, I caused to be deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a true and correct copy of the REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, to the following parties:

THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
SUITE 1008 PACIFIC NEWS BLDG.
238 ARCHBISHOP FLORES STREET
HAGATNA, GUAM 96910

ROBERT J. O'CONNOR, ESQ.
O'CONNOR BERMAN DOTTS & BANES
2ND FLOOR, NAURU BLDG.
P.O. BOX 501969
SAIPAN, MP 96950

Dated this 30th day of September, 2004

_____
Dorothea Quichocho

ORIGINAL