LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2202
Attorney for Defendant Engineering, Management
 & Planning Services Corporation



FILED
DISTRICT COURT OF GUAM
OCT 21 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>　　　　Defendants. | CIVIL CASE NO. CIV03-00009<br><br>**CERTIFICATE OF MAILING** |

　　I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

　　On October 15, 2004, I caused to be deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a true and correct copy of EMPSCO'S expert report and the resume of Albert Tsutsui, AIA, to the following parties:

THOMAS C. STERLING, ESQ.　　　　ROBERT J. O'CONNOR, ESQ.
KLEMM BLAIR STERLING & JOHNSON　O'CONNOR BERMAN DOTTS & BANES
SUITE 1008 PACIFIC NEWS BLDG.　　2ND FLOOR, NAURU BLDG.
238 ARCHBISHOP FLORES STREET　　P.O. BOX 501969
HAGATNA, GUAM 96910　　　　　　　SAIPAN, MP 96950

　　Dated this __18th__ day of October, 2004.

_____
Dorothea Quichocho

ORIGINAL