LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2237
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | **CERTIFICATE OF MAILING** |
| Defendants. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On October 26, 2004, I caused to be faxed and deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a true and correct copy of the ORDER GRANTING EMPSCO LEAVE TO FILE AMENDED ANSWER ADDING COUNTERCLAIM to the following parties:

THOMAS C. STERLING, ESQ.  
KLEMM BLAIR STERLING & JOHNSON  
SUITE 1008 PACIFIC NEWS BLDG.  
238 ARCHBISHOP FLORES STREET  
HAGATNA, GUAM 96910

ROBERT J. O'CONNOR, ESQ.  
O'CONNOR BERMAN DOTTS & BANES  
2ND FLOOR, NAURU BLDG.  
P.O. BOX 501969  
SAIPAN, MP 96950

Dated this _____ day of October, 2004.

Dorothea Quichocho