KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
OCT 28 2004
MARY L. M. MORAN
CLERK OF COURT



# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DEFENDANT BLACK CONSTRUCTION CORPORATION'S NOTICE OF AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**TO THE PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **BLACK CONSTRUCTION CORPORATION** will move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on December 3, 2004 at 9:00 a.m. or as soon thereafter as the matter may be heard, for the entry of partial summary judgment in its favor dismissing the First Cause of Action for negligent property damage with prejudice, dismissing the Fifth Cause of Action for breach of the warranty of workmanlike performance with prejudice and limiting Plaintiff **S.J. GARGRAVE**

**SYNDICATE AT LLOYDS'** ("Gargrave") claims in subrogation to claims for repair costs for the F1 Pier Dolphins in an amount not to exceed $1,947,443. Said Motions will be based upon the ground that the economic loss rule prevents Gargrave from asserting a negligence claim for economic losses arising from the alleged breach of a contract, that the implied warranty of workmanlike performance is not applicable in a case such as this and that Gargrave cannot pursue a subrogation claim in connection with claims and amounts which were never paid to the insured.

Said motions will be based upon this Notice of Motion, supporting points and authorities served and filed herewith, discovery excerpts served and filed herewith, the Affidavit of Thomas C. Sterling served and filed herewith, and such other and further material as the Court may consider.

**RESPECTFULLY SUBMITTED** this 28th day of October, 2004.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

E62:49\27946-29
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\TCS\185-NTC OF
& MTN 4 PARTIAL SJ RE GARGRAVE V BLACK ET AL.DOC

- 2 -

Case 1:03-cv-00009   Document 59   Filed 10/28/2004   Page 2 of 2