KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for    *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
OCT 28 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br>**AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Thomas C. Sterling, am the attorney for Defendant **BLACK CONSTRUCTION CORPORATION** in this matter. I contacted the attorneys for all other parties in this matter and proposed that any motions which the parties wanted to file be scheduled for a hearing on December 3, 2004.

//

//

2. The attorneys for the opposing parties are:

> Steven Smith, Esq., Carlsmith Ball, counsel for Plaintiff S.J. Gargrave Syndicate at Lloyds;
>
> Robert O'Connor, O'Connor Berman Dotts & Banes, counsel for Defendant Winzler & Kelly Consulting Engineers; and
>
> Thomas M. Tarpley, Jr., Tarpley & Moroni, LLP, counsel for Engineering, Management & Planning Services Corporation.

3. Counsel for the parties agreed that hearings on motions to be filed by the parties would be held on December 3, 2004, at whatever time the Court might schedule. In addition to Black Construction's motions served and filed herewith, Defendant Winzler & Kelly Consulting Engineers will also be filing motions for Judgment on the Pleadings as to the Second and Ninth Causes of Action and for Summary Judgment on the Fifth Cause of Action, which are also agreed to be scheduled on December 3, 2004.

4. I checked with the Clerk's Office and was advised that 9:00 a.m. on December 3, 2004 is available for hearings.

**RESPECTFULLY SUBMITTED** this 28th day of October, 2004.

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

BY: _____
**THOMAS C. STERLING**
*Attorneys for Defendant Black Construction Corporation*

E49\27946-29
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\TCS\195-
AGREEMENT OF HEARING DATE RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 2 -

Case 1:03-cv-00009   Document 63   Filed 10/28/2004   Page 2 of 2