```
 1  BERMAN O'CONNOR MANN & SHKLOV
    DANIEL J. BERMAN
 2  ROBERT J. O'CONNOR
    Suite 503, Bank of Guam Building
 3  111 Chalan Santo Papa
    Hagåtña, Guam 96910
 4  Telephone: (671) 477-2778
    Facsimile: (671) 499-4366
 5
    Attorneys for Defendant:
 6  WINZLER & KELLY CONSULTING ENGINEERS
```

FILED
DISTRICT COURT OF GUAM
NOV - 2 2004
MARY L. M. MORAN
CLERK OF COURT

(63)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>**DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION MOTION FOR JUDGMENT ON THE PLEADINGS [FED.R.CIV.P. 12(c)]** |

**DEFENDANT WINZLER & KELLY CONSULTING
ENGINEERS AND ENGINEERING MANAGEMENT
& PLANNING SERVICES CORPORATION MOTION
FOR JUDGMENT ON THE PLEADINGS [FED.R.CIV.P. 12(c)]**

COMES NOW Defendant Winzler & Kelly Consulting Engineers and Engineering Management & Planning Services Corporation, by and through counsel undersigned, and hereby moves the Honorable Court for an Order granting its Motion for Judgment on the Pleadings as to the Plaintiff's Ninth Cause of Action (Breach of Warranty Against Winzler & Kelly) pursuant to FED.R.CIV.P. 12(c). Plaintiff's Motion is based upon its Memorandum in support, pleadings, record and file herein. Wherefore, Defendant Winzler & Kelly Consulting Engineers and Engineering Management & Planning Services Corporation respectfully requests that the Court

E:\Jean\Plds\3092.wpd                            1

ORIGINAL

| | |
|---|---|
| S.J. GARGRAVE, ET AL. vs. BLACK CONSTRUCTION, ET AL.<br>DEFENDANT WINZLER & KELLY CONSULTING<br>ENGINEER AND ENGINEERING MANAGEMENT<br>& PLANNING SERVICES CORPORATION MOTION<br>FOR JUDGMENT ON THE PLEADINGS [F.R.C.P. 12(c)] | CIV03-00009<br>PAGE 2 |

enter its Order granting its Motion for Judgment on the Pleadings as to the Plaintiff's Ninth Cause of Action (Breach of Warranty Against Winzler & Kelly).

Dated this __1__ day of November, 2004.

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Defendant *WINZLER & KELLY CONSULTING ENGINEERS*

By: *[signature]*
**DANIEL J. BERMAN, ESQ.**

E:\Jean\Plds\3001-3100\3092.wpd        2