BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

FILED
DISTRICT COURT OF GUAM
NOV - 2 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO.: CIV03-00009 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, DENNIE VILLAGOMEZ, do hereby certify that on November __2__, 2004, I caused to be served the Defendant Winzler & Kelly Motion and Memorandum in Support of Motion for Judgment on the Pleadings on Ninth Cause of Action (Breach of Warranty Against Winzler & Kelly), to the following:

**VIA HAND DELIVERY**

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
Hagåtña, Guam 96910

- and -

E:\Jean\Plds\3001-3100\3090.wpd                    1

ORIGINAL

| | |
|---|---|
| S.J. GARGRAVE, ET AL. vs. BLACK CONSTRUCTION, ET AL.<br>CERTIFICATE OF SERVICE | CIV03-00009<br>PAGE 2 |

## VIA HAND DELIVERY

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

- and -

Thomas M. Tarpley, Jr.
LAW OFFICE OF THOMAS M. TARPLEY, JR.
2nd Floor, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910

Dated this 2 day of November, 2004.

By: /s/ DEENIE VILLAGOMEZ

E:\Jean\Plds\3001-3100\3090.wpd

2