BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

FILED
DISTRICT COURT OF GUAM

NOV - 2 2004

MARY L. M. MORAN
CLERK OF COURT

66

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO.: CIV03-00009 <br><br> **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION MOTION FOR JUDGMENT ON THE PLEADINGS [FED.R.CIV.P. 12(c)]** |

**DEFENDANT WINZLER & KELLY CONSULTING
ENGINEERS AND ENGINEERING MANAGEMENT
& PLANNING SERVICES CORPORATION MOTION
FOR JUDGMENT ON THE PLEADINGS [FED.R.CIV.P. 12(c)]**

COMES NOW Defendant Winzler & Kelly Consulting Engineers and Engineering
Management & Planning Services Corporation, by and through counsel undersigned, and hereby
moves the Honorable Court for an Order granting its Motion for Judgment on the Pleadings as to
the Plaintiff's Second Cause of Action  (Negligence Against Winzler & Kelly), pursuant to
FED.R.CIV.P. 12(c).  Plaintiff's Motion is based upon its Memorandum in support, pleadings,
record and file herein.   Wherefore, Defendant Winzler & Kelly Consulting Engineers and
Engineering Management & Planning Services Corporation respectfully request that the Court enter

E:\Jean\Plds\3093.wpd                    1

ORIGINAL

its Order granting its Motion for Judgment on the Pleadings as to the Plaintiff's Second Cause of

Action  (Negligence Against Winzler & Kelly).

      Dated this _____**1**_____ day of November, 2004.

                             **BERMAN O'CONNOR MANN & SHKLOV**
                             Attorneys  for  Defendant  *WINZLER  &  KELLY*
                             *CONSULTING ENGINEERS*

By:              _____
                    **DANIEL J. BERMAN, ESQ.**

E:\Jean\Plds\3001-3100\3093.wpd           2