BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

Attorneys for Defendant:
*WINZLER & KELLY CONSULTING ENGINEERS*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I, DEENIE VILLAGOMEZ, do hereby certify that on November 2, 2004, I caused to be served the Defendant Winzler & Kelly Motion and Memorandum in Support of Motion For Judgment on The Pleadings on Second Cause of Action (Negligence Against Winzler & Kelly), to the following:

**VIA HAND DELIVERY**

David P. Ledger, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue
Hagåtña, Guam 96910

- and -

E:\Jean\Plds\3001-3100\3088.wpd

1

**VIA HAND DELIVERY**

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

- and -

Thomas M. Tarpley, Jr.
LAW OFFICE OF THOMAS M. TARPLEY, JR.
2nd Floor, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910

Dated this 2 day of November, 2004.

By: _____
DEENIE VILLAGOMEZ

E:\Jean\Plds\3001-3100\3088.wpd

2