BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
NOV - 2 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' JOINDER IN DEFENDANT BLACK CONSTRUCTION CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIMIT OF DAMAGES<br><br>Date: December 3, 2004 |

**COMES NOW**, Defendant Winzler & Kelly Consulting Engineers, by and through its counsel Berman O'Connor Mann & Schlov, to join in Black Construction Corporation's Motion for Partial Summary Judgment with respect to Section III.A. of said motion (pps. 1 – 9) requesting an order limiting Gargrave's recovery herein to dolphin repair costs not to exceed $1,947,443.

Defendant Winzler & Kelly Consulting Engineers adopts the arguments of Black Construction Corporation as set forth in their Memorandum of Points and Authorities on said above-described issue limiting Gargrave's recovery of damages.

Dated this 2 day of November, 2004.

          Respectfully submitted,

          BERMAN O'CONNOR MANN & SHKLOV
          Attorneys for Defendant
            Winzler & Kelly Consulting Engineers

         By: *Daniel Berman*
           DANIEL J. BERMAN

# DECLARATION OF SERVICE

I, Thomas Anderson, hereby declare under penalty of perjury of the laws of the Unites States, that on the 2 day of November, 2004, I caused to be served, via Hand-Delivery transmission, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' JOINDER IN DEFENDANT BLACK CONSTRUCTION CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIMIT OF DAMAGES; DECLARATION OF SERVICE** upon Plaintiff and Defendants Counsel of record as follows:

>David Ledger, Esq.
>Carlsmith Ball LLP
>134 West Soledad Avenue
>Bank of Hawaii Building, Suite 401
>P.O. Box BF
>Hagåtña, Guam 96932-5027
>Telefax: (671) 477-4375
>
>Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds
>
>Thomas C. Sterling, Esq.
>Klemm, Blair, Sterling & Johnson
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam 96910
>Telefax: (671) 472-4290
>
>Attorneys for Defendant Black Construction Company
>
>Thomas M. Tarpley, Esq.
>Law Office of Thomas M. Tarpley, Jr.
>2nd Floor, American Life Building
>137 Murray Boulevard
>Hagåtña, Guam 96910
>Telefax: (671) 472-4526
>
>Attorneys for Defendant
>Engineering, Management & Planning Services Corporation

Dated this 2 day of November, 2004.

*/s/ Thomas Anderson*

2003-08-041101-PL-Joinder-PSJMtn.doc