BERMAN O'CONNOR MANN & SHKLOV
MICHAEL J. BERMAN
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Defendants
*Winzler & Kelly Consulting Engineers*

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | Civ. No. CIV 03-0009 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERS MANAGEMENT & PLANNING SERVICES CORP., | |
| Defendants. | |

I hereby certify that on the __5__ day of November, 2004, I caused to be served a copy of Declaration of Robert J. O'Connor in Support of Motion for Summary Judgment on Fifth Cause of Action (Breach of Contract Against Winzler & Kelly Consulting Engineers) on the following:

### VIA HAND DELIVERY

Thomas M. Tarpley, Jr., Esq.
TARPLEY & MORONI, LLP.
Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
KLEMM BLAIR STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

David P. Ledger, Esq.
CARLSMITH BALL
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this  5  day of November, 2004.

**BERMAN O'CONNOR MANN & SHKLOV**

By: *Thomas B. Anderson*
THOMAS B. ANDERSON