1  BERMAN O'CONNOR MANN & SHKLOV
   MICHAEL J. BERMAN
2  DANIEL J. BERMAN
   ROBERT J. O'CONNOR
3  Suite 503, Bank of Guam Building
   111 Chalan Santo Papa
4  Hagåtña, Guam 96910
   Telephone: (671) 477-2778
5  Facsimile: (671) 499-4366

6  Attorneys for Defendant
   Winzler & Kelly Consulting Engineers
7

8              UNITED STATES DISTRICT COURT

9              FOR THE DISTRICTOF GUAM

10

11 S.J. GARGRAVE SYNDICATE AT      )   CIVIL CASE NO.: CIV03-00009
   LLOYDS,                         )
                                   )
12          Plaintiff,             )   DEFENDANT WINZLER & KELLY
                                   )   CONSULTING ENGINEERS'
13          v.                     )   NOTICE OF AND MOTION FOR
                                   )   SUMMARY JUDGMENT
14 BLACK CONSTRUCTION             )   ON FIFTH CAUSE OF ACTION
   CORPORATION, WINZLER & KELLY   )   (BREACH OF CONTRACT
15 CONSULTING ENGINEERS and        )   AGAINST WINZLER & KELLY
   ENGINEERING, MANAGEMENT &       )   CONSULTING ENGINEERS)
16 PLANNING SERVICES CORPORATION, )
                                   )
17          Defendants.            )
                                   )

18

19

20      TO THE PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF

21 RECORD:

22

23      PLEASE TAKE NOTICE that Defendant Winzler & Kelly Consulting Engineers

24 ("Winzler & Kelly") will move, pursuant to Rule 56 of the Federal Rules of Civil Procedure,

25 on December 3, 2004, at 9:00 a.m., or as soon thereafter as the matter may be heard, for the

26 entry of summary judgment in its favor on the Fifth Cause of Acton for breach of contract

27 against Winzler & Kelly. Said motion is made on the grounds that Winzler & Kelly's

28 proposed design was not employed and therefore could not be the cause of Plaintiff's damages.

-1-

1     Said motion will be based upon this Notice of Motion, supporting points and authorities

2  served and filed herewith, Declaration of Bruce Swanney, Declaration of Robert J. O'Connor,

3  and such other and further material as the Court may consider.

4

5     Dated: this 5th day of November, 2004.

6                      Respectfully submitted,
Berman O'Connor Mann & Schlov

7                      Attorneys for Defendant
*Winzler & Kelly Consulting Engineers*

8

9

10                      MICHAEL J. BERMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 1:03-cv-00009    Document 75    Filed 11/05/2004    Page 2 of 2