FILED
DISTRICT COURT OF GUAM

NOV 10 2004

MARY L. M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | Civil Case No. 03-00009 |
| Plaintiff, | |
| v. | **ORDER** |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

Pursuant to General Rule 5.1(a)[1] of the Local Rules of Practice for the District Court of Guam, the Declarations of Robert J. O'Connor and Bruce Swanney filed by Winzler &Kelly Consulting Engineers and docketed as entry numbers seventy-five (75) and seventy-six (76) on the docket sheet are hereby stricken from the record as said documents were filed by facsimile without the prior permission of Court.

IT IS SO ORDERED, this *10th* day of November, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

[1]Pursuant to G.R. 5.1(a) "[n]o facsimile filings shall be accepted as the original for filing unless the party seeking to file by facsimile has secured the permission of the Court to file by facsimile by motion to the Court."