LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2282
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM

NOV 12 2004

MARY L. M. MORAN
CLERK OF COURT

(79)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CIV03-00009 <br><br> **EMPSCO'S JOINDER IN DEFENDANT BLACK CONSTRUCTION CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIMIT OF DAMAGES** <br><br> **[ORAL ARGUMENT SET BY AGREEMENT FOR DECEMBER 3, 2004 AT 9 A.M.]** |

EMPSCO hereby joins in Black Construction Corporation's Motion for Partial Summary Judgment with respect to Section III.A of said motion (pages 1-9) requesting an order limiting Plaintiff's recovery herein to dolphin repair costs not to exceed $1,947,443.

Defendant EMPSCO adopts the arguments of Black Construction Corporation as set forth in their memorandum of points and authorities as they pertain to Plaintiff's Third, Sixth, and Eighth Causes of Action against EMPSCO as well. Said arguments are hereby incorporated herein by this reference.

Dated this ___12th___ day of November, 2004.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

ORIGINAL