LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2281
Attorney for Defendant Engineering, Management
& Planning Services Corporation

**FILED**
DISTRICT COURT OF GUAM
NOV 12 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CIV03-00009<br><br><br><br><br><br>**EMPSCO'S NOTICE AND MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS** |

**TO: THE ABOVE-ENCAPTIONED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Engineering, Management, & Planning Services Corporation ("EMPSCO"), by agreement among the parties, will bring its motions for summary judgment and for judgment on the pleadings on December 3, 2004 at 9:00 a.m., in the District Court of Guam. Said motions are based on Rules 56 and 12(c) Fed. R. Civ. P., the memorandum in support thereof filed contemporaneously herewith, as well as the Declarations of Reynaldo

**ORIGINAL**

1 | Arce, P.E., Albert H. Tsutsui, P.E., and Thomas M. Tarpley, Jr.,
2 | filed herewith, and the record on file herein.

3 | Dated this __12th__ day of November, 2004.

4 | TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al., CIV03-00009
EMPSCO'S NOTICE AND MOTION FOR SUMMARY JUDGMENT AND FOR
JUDGMENT ON THE PLEADINGS

**Page 2 of 2**

Case 1:03-cv-00009   Document 84   Filed 11/12/2004   Page 2 of 2