LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2277
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM

NOV 12 2004

MARY L. M. MORAN
CLERK OF COURT

(83)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | **DECLARATION OF ALBERT H. TSUTSUI, AIA** |
| Defendants. | |

I, Albert H. Tsutsui, hereby declare under penalty of perjury under the laws of Guam that the following statements are true.

1. I am a Registered Architect in the jurisdictions of California, Hawaii, Guam, and the CNMI. My educational and work history is attached to this Declaration as Exhibit 1.

2. I have been retained by EMPSCO to testify as an expert witness in the trial of the above-encaptioned matter. My opinions and conclusions regarding the Plaintiff's allegations against EMPSCO are attached to this Declaration as Exhibit 2, and are based upon my thirty-plus years of performing design services for both

ORIGINAL

1 the private and public sectors, my familiarity with
2 architect/engineer protocol and professional standards on Guam and
3 the significance and responsible use of engineering stamps and
4 signatures on design drawings by the design professionals.

5 3. In my opinion, the professional services and work
6 performed by EMPSCO for the Port Authority of Guam for the repairs
7 and upgrade to the Foxtrot F-1 Shell pier project, which is the
8 subject of this lawsuit, did not fall below the standard of care
9 expected of reasonably prudent engineers on Guam, for the reasons
10 given in my report.

11 Executed this ____10th____ day of November, 2004.

13 ALBERT H. TSUTSUI

S.J. Gargrave Syndicate At Llyods v. Black Construction
Corporation, et. al., CIV03-00009
DECLARATION OF ALBERT H. TSUTSUI, AIA                    **Page 2 of 2**
Case 1:03-cv-00009    Document 89    Filed 11/12/2004    Page 2 of 31

1

# ALBERT H. TSUTSUI, A.I.A.

## POSITION:

Project Architect and Construction Management

## EDUCATION:

Graduated 1958   Father Duenas Memorial High School
        Tai, Guam

Graduated 1964   University of Illinois
Bachelor of Architecture Champaign-Urbana, Illinois

## REGISTRATION:

Registered Architect - California, 1969, #603
Registered Architect - Hawaii, 1970, #2606
Registered Architect - Guam, 1973, #119
Registered Architect - CNMI, 1990, #A049
Registered Construction Management - Guam 1998, #056

## PALAU LICENSES:

APBS, Inc. - Architectural Services
     License No. 97-029
APBS, Inc. - Foreign Investment
     Board FIAC No. 205-96

## AFFILIATIONS:

American Institute of Architects

## WORK EXPERIENCE:

After nine (9) years of experience with local and mainland architects as draftsman, job captain, and project designer in private, federal, state, country and city projects, airports, schools, utilities and equipment buildings, office buildings, warehouses, fire stations, landscaping, apartments, residentials, etc., Albert H. Tsutsui joined the staff of Anbe, Aruga, Ishizu & Tsutsui, Architects, Inc., in 1973 as a joint partner. Since the beginning, Albert H. Tsutsui has been actively engaged in planning, design, and construction observation and construction management of all projects undertaken by this office.

Established sole proprietorship in 1976. Established corporation in 1979.

As Principal-In-Charge, Albert H. Tsutsui has been responsible for architectural, planning, design, and construction management of various facilities for commercial, Government of Guam and U.S. Military projects in Guam, Saipan, and the Pacific region. Having professionally practiced architecture since 1973, Albert H. Tsutsui is very familiar with the tropical and environmental conditions of Guam which include high temperatures, humidity, high winds, corrosive atmosphere and local cultural considerations.

Albert H.Tsutsui has completed the 40 hour value engineering workshop conducted by NAVFACENGCOM, PACDIV and has utilized value engineering in the design process.

**HONORS AND AWARDS:**

"Design Excellence Award" by the Strategic Air Command in recognition of achievement of Design Excellence for the Fast Food Facility (Latte Stone Drive-In), Andersen Air Force Base, Guam.

"Hawaii Society/AIA Design Awards" in recognition for Award of Excellence for the Palau Pacific Resort, Arakabesang, Palau, design teamed with Media Five Ltd.

"Opinion Article", Southern High Theater - a Well-Kept Secret in recognition for its Design Excellence for the Southern High School, Santa Rita, Guam.

**SEMINAR ATTENDED**

Nov.18-22,1984-Value Engineering Workshop (Sponsored by: NAVFACENGCOM, PACIFIC DIVISION).

**PROJECT LISTING**

# PROJECT LISTING

APARTMENTS, CONDOMINIUMS, HOTELS
AND RESIDENTIAL PROJECTS

OFFICES AND COMMERCIAL BUILDINGS

COURT HOUSES

BANKS

RESTAURANTS AND SNACK SHOPS

TRANSPORTATION FACILITIES

MAINTENANCE, WAREHOUSE & EQUIPMENT FACILITIES

INDUSTRIAL FACILITIES

EDUCATIONAL FACILITIES

RECREATIONAL FACILITIES, COMMUNITY CENTERS AND PARKS

CHURCHES, CHAPELS AND MONUMENTS

# APARTMENTS, CONDOMINIUMS, HOTELS
## AND RESIDENTIAL PROJECTS

| PROJECT | CLIENT |
|---|---|
| PALAU RESORT DEVELOPMENT<br>KOROR, PALAU | OCEAN DEVELOPMENT CO.<br>603 ORIENT NEW AKASAKA<br>2-8-15, AKASAKA, MINATO-KU<br>TOKYO, JAPAN |
| - PHASE I: ARENA, SHOPPING CENTER,<br>100/200 ROOM HOTEL, 48 CORPORATE<br>VILLAS, 350 ROOM HOTEL, 240 COTTAGES,<br>VIP GUEST HOUSE, RESTAURANTS, INDOOR/<br>OUTDOOR RECREATIONAL FACILITIES | |
| ATTY. DAVID LEDGER'S RESIDENCE<br>NIMITZ HILL, GUAM | ATTY. DAVID LEDGER |
| MR. & MRS. STEVE SMITH'S RESIDENCE<br>YIGO, GUAM | MR. & MRS. STEVE SMITH |
| MR. & MRS. RON BETHEL'S RESIDENCE<br>BARRIGADA HEIGHTS, GUAM | MR. & MRS. RON BETHEL |
| MIKI MOYLAN'S RESIDENCE<br>BARRIGADA HEIGHTS, GUAM | MIKI MOYLAN |
| GAME ROOM & SWIMMING POOL<br>KURT MOYLAN'S RESIDENCE<br>BARRIGADA HEIGHTS, GUAM | KURT MOYLAN |
| REPAIRS & ALTERATIONS TO BEQ BLDG. 4175<br>NAVAL STATION, APRA HEIGHTS, GUAM | DEPARTMENT OF THE NAVY<br>NAVAL FACILITIES ENGINEERING<br>COMMAND |
| KAN PACIFIC CLUB RESORT COMPLEX<br>MARPI, SAIPAN | KAN PACIFIC<br>ARIAKEYA BLDG. 1-9 YOTSUYA<br>SHINJUKU, TOKYO JAPAN |
| GHURA 500, LOW INCOME HOUSING<br>DEDEDO & YIGO, GUAM | GUAM HOUSING & URBAN RENEWAL<br>AUTHORITY, P.O. BOX CS<br>AGANA, GUAM 96910 |
| THE BAYSHORE CONDOMINIUM<br>TUMON, GUAM | THE BAYSHORE CONDO JOINT VENT.<br>P.O. BOX 2993<br>AGANA, GUAM 96910 |
| TOMMY TANAKA'S RESIDENCE<br>BARRIGADA, GUAM | MR. TOMMY TANAKA |
| BACHELORS ENLISTED QUARTERS<br>BLDG. 171 & 206<br>COMMAND<br>NAVAL AIR STATION, GUAM | DEPARTMENT OF THE NAVY<br>NAV FACILITIES ENGINEERING<br><br>FPO SAN FRANCISCO CA 96630 |
| SENATOR FRANK F. BLAS RESIDENCE<br>BARRIGADA HEIGHTS, GUAM | MR. FRANK BLAS |

## APARTMENTS, CONDOMINIUMS, HOTELS
## AND RESIDENTIAL PROJECTS

| PROJECT | CLIENT |
|---|---|
| JOSEPH ADA'S RESIDENCE<br>ADDITION & PARTITION<br>PAGO BAY, GUAM | MR. JOSEPH ADA |
| RICHARD MOYLAN'S RESIDENCE<br>BARRIGADA HEIGHTS, GUAM | MR. RICHARD MOYLAN |
| GHURA 82, ELDERLY HOUSING<br>AGAT, DEDEDO, MERIZO & TALOFOFO<br>GUAM | GUAM HOUSING & URBAN RENEWAL<br>AUTHORITY, P.O. BOX CS<br>AGANA, GUAM 96910 |
| GHURA 50 ELDERLY HOUSING PROJECT<br>GUMA TRANKILIDAT<br>TUMON, GUAM | GUAM HOUSING & URBAN RENEWAL<br>AUTHORITY, P.O. BOX CS<br>AGANA, GUAM 96910 |
| GHURA 99, LOW INCOME HOUSING<br>PAGACHAO, AGAT, GUAM | GUAM HOUSING & URBAN RENEWAL<br>AUTHORITY, P.O. BOX CS<br>AGANA, GUAM 96910 |
| GUAM MICRONESIAN CULTURAL CENTER<br>& RESORT COMPLEX & 400 RM HOTEL<br>YONA, GUAM | DESTINATION DEVELOPMENT CORP<br>P.O. BOX 203<br>AMERICAN FORK, UTAH |
| PALAU PACIFIC RESORT HOTEL<br>CORP.<br>ARAKABESANG, PALAU | PACIFIC ISLANDS DEVELOPMENT<br><br>21-1, DOGENZAKA, 1-CHOME<br>SHIBUYA-KU, 150 TOKYO JAPAN |
| UPGRADE UEPH HOUSING MCON P-204<br>NAVCAMS WESTPAC, GUAM<br>COMMAND | DEPARTMENT OF THE NAVY<br>NAVAL FACILITIES ENGINEERING<br><br>FPO SAN FRANCISCO CA. |
| INSTALL NEW SOLAR WINDOW FILM<br>SOUTH FINEGAYAN & NEW APRA HTS.<br>COMMAND | DEPARTMENT OF THE NAVY<br>NAVAL FACILITIES ENGINEERING |
| REPAIRS TO UNACCOMPANIED ENLISTED<br>PERSONNEL HOUSING (19 BLDGS.)<br>COMMAND<br>CAMP COVINGTON, NAVAL STATION, GUAM | DEPARTMENT OF THE NAVY<br>NAVAL FACILITIES ENGINEERING |
| YPAO ROYAL GARDENS - TOWNHOUSES<br>YPAO ROAD, TAMUNING GUAM | ROYAL GARDENS, INC. |
| YAKULT GUAM LOW COST HOUSING | YAKULT GUAM |
| MR. MATSUME'S RESIDENCE<br>JONESTOWN, TAMUNING GUAM | MR. MATSUME<br>JONESTOWN, TAMUNING GUAM |
| ADDITION TO DR. ESPALDON'S RES.<br>JONESTOWN, TAMUNING GUAM | DR. ESPALDON<br>JONESTOWN, TAMUNING GUAM |

## APARTMENTS, CONDOMINIUMS, HOTELS
## AND RESIDENTIAL PROJECTS

| PROJECT | CLIENT |
|---|---|
| DAI-ICHI APARTMENT RENOVATION<br>YPAO ROAD, TAMUNING GUAM | DAI-ICHI HOTEL<br>YPAO ROAD, TAMUNING GUAM |
| GERALD PEREZ'S RESIDENCE<br>ADDITION/RENOVATION<br>BARRIGADA HEIGHTS, GUAM | GERALD PEREZ<br>BARRIGADA HEIGHTS, GUAM |
| JOHN ROSARIO'S RESIDENCE<br>ADDITION/RENOVATION<br>BARRIGADA HEIGHTS, GUAM | JOHN ROSARIO<br>BARRIGADA HEIGHTS, GUAM |
| PETE TOVES' RESIDENCE<br>AGAT, GUAM | PETE TOVES<br>AGAT, GUAM |
| UNIVERSITY MANOR APARTMENTS<br>LAM, KOMETANI & ANBE<br>MANGILAO, GUAM | LAM, KOMETANI & ANBE<br>MANGILAO, GUAM |
| GHURA 82 REPACKAGING<br>AGAT, DEDEDO, TALOFOFO,<br>MERIZO SITES, GUAM | GUAM HOUSING & URBAN<br>RENEWAL AUTHORITY |
| GHURA 82 ELDERLY HOUSING<br>CONSTRUCTION MANAGEMENT<br>AGAT, DEDEDO, TALOFOFO,<br>MERIZO SITES, GUAM | GUAM HOUSING & URBAN<br>RENEWAL AUTHORITY |
| 10 UNITS APARTMENT BUILDING<br>TAMUNING, GUAM | MR. GERALD S.A. PEREZ<br>ISLA TROPICAL VENTURES, INC. |
| GHURA COMPREHENSIVE PLAN<br>FOR MODERNIZATIONS<br>DIFFERENT SITES | GUAM HOUSING & URBAN<br>RENEWAL AUTHORITY |
| GHURA 100 & 250 HOUSING<br>RELOCATE WATER HEATER AND<br>REINSTALL SMOKE DETECTORS<br>SINAJANA, YONA, APRA HEIGHTS<br>MONGMONG, TOTO, GUAM | GUAM HOUSING & URBAN<br>RENEWAL AUTHORITY |
| ASBESTOS REMOVAL, ROOF REPAIR<br>AND ROOF COATING ON 188 UNITS OF<br>GHURA 250 | GUAM HOUSING & URBAN<br>RENEWAL AUTHORITY |
| MANTA RAY BAY HOTEL AND YAP DIVERS<br>BILL ACKER<br>YAP | MANTA RAY BAY HOTEL<br>BILL ACKER |
| HATSUHO GOLF COURSE<br>YIGO, GUAM | HATSUHO GOLF COURSE |
| MOYLAN'S 16-UNIT APARTMENT<br>BARRIGADA, GUAM | KURT MOYLAN |

## APARTMENTS, CONDOMINIUMS, HOTELS
## AND RESIDENTIAL PROJECTS

| PROJECT | CLIENT |
|---|---|
| MOYLAN'S 16-UNIT APARTMENT<br>BARRIGADA, GUAM | KURT MOYLAN |
| GRAND PACIFIC 11-UNIT CONDOMINIUM<br>TAMUNING, GUAM | GRAND PACIFIC JOINT VENTURE<br>UCHIBORI GROUP, INC./RAY FLEMING |
| INARAJAN GARDEN HOUSE<br>INARAJAN, GUAM | D.K. ENTERPRISES, INC. |
| 70 UNITS MOTEL<br>PELLY'S ENTERPRISES<br>SAIPAN, CNMI | PELLY'S ENTERPRISES |
| HILLSIDE HOMES<br>PELLY'S ENTERPRISES<br>SAIPAN, CNMI | PELLY'S ENTERPRISES |
| ARTISTS COLONY/CULTURAL CENTER<br>55 LIVING & STUDIO UNITS<br>SAIPAN, CNMI | ARTIST COLONY/CULTURAL CENTER |
| 67 UNIT SUBDIVISION<br>LATTE GARDEN ESTATES<br>YIGO, GUAM | LATTE GARDEN ESTATES |
| DR. JAN BOLLINGER'S RESIDENCE<br>NIMITZ HILL, GUAM | JAN BOLLINGER |
| WILLIE BRENNAN'S RESIDENCE<br>CHALAN PAGO, GUAM | WILLIE BRENNAN |
| 16 UNIT HOUSING SUBDIVISION<br>FRANKLIN LEONG<br>YIGO, GUAM | FRANKLIN LEONG |
| MOYLAN/ALSTON RESIDENCE<br>MAITE, GUAM | CHUCK AND LEIALOHA ALSTON |
| 21 UNIT APARTMENT<br>LT. GOV. FRANK BLAS<br>BARRIGADA, GUAM | FRANK BLAS |
| ROY TSUTSUI'S RESIDENCE<br>LATTER HEIGHTS, GUAM | ROY TSUTSUI |
| ED CHING'S 3-STOREY HOUSE | ED CHING |
| LARRY TOVES RESIDENCE<br>NIMITZ HILL, GUAM | LARRY TOVES |

*Apartments, Condo., Hotels & Residential - Page 4*

## APARTMENTS, CONDOMINIUMS, HOTELS
## AND RESIDENTIAL PROJECTS

| PROJECT | CLIENT |
|---|---|
| KEARNEY HAMMER'S RESIDENCE SEATTLE, WASHINGTON | KEARNEY HAMMER |
| ADDITION & RENOVATIONS TO ATTY. CUNLIFFE'S RESIDENCE TAMUNING, GUAM | ATTY. CUNLIFFE |
| YPAO ROYAL GARDEN PHASE III YPAO ROAD, GUAM | YPAO DEVELOPMENT CORP. |
| PRE-CAST MODEL HOMES MR. T. TANG GUAM | MR. T. TANG |
| FERNANDO DIAZ' RESIDENCE RENOVATION MAINA, GUAM | FERNANDO DIAZ |
| FERNANDO DIAZ' DUPLEX YIGO, GUAM | FERNANDO DIAZ |
| CHRISTINE NOYE'S RESIDENCE MAINA, GUAM | CHRISTINE NOYES |
| ALT./RENOV. OF EXISTING CARPORT FOR MR. & MRS. JOHN AGUON TAMUNING, GUAM | JOHN AGUON |
| JOHN HEALY'S PROPOSED RESIDENCE YIGO, GUAM | JOHN HEALY |
| ADDITION/RENOVATION TO M/M RANDY CUNLIFFE'S RESIDENCE TAMUNING, GUAM | ATTY. RANDY CUNLIFFE |
| 10 UNIT APARTMENT TAMUNING, GUAM | GERRY PEREZ |
| EARTHQUAKE & TYPHOON CLAIM EVALUATION, VARIOUS LOCATIONS GUAM | TAKAGI & ASSOCIATES |
| IMPROVE MILITARY HOUSING, PH 1 & 2 YOKOTA AIR FORCE BASE, JAPAN | EMPSCO CONSULTING ENGINEERS |
| REPAIR STREETLIGHTS, MFH ANDERSEN AIR FORCE BASE, GUAM | DEPARTMENT OF THE AIR FORCE |
| GRADING/DRAINAGE ANDERSEN AIR FORCE BASE, GUAM | DEPARTMENT OF THE AIR FORCE |

## OFFICES AND COMMERCIAL BUILDINGS

| PROJECT | CLIENT |
|---------|--------|
| GUAM JUDICIAL CENTER<br>O'BRIEN DRIVE,<br>AGANA, GUAM | SUPERIOR COURT OF GUAM<br>GOVERNMENT OF GUAM<br>AGANA, GUAM |
| MOBIL OIL GUAM<br>NEW SIGN SYSTEM ON EXISTING<br>CANOPY FASCIA<br>VARIOUS LOCATIONS, GUAM | MOBIL OIL GUAM, INC.<br>EAST AGANA, GUAM |
| CONWOOD OFFICE<br>BARRIGADA, GUAM | CONWOOD PRODUCTS, INC.<br>BARRIGADA, GUAM |
| GUAM HOUSING CORPORATION BLDG.<br>AGANA, GUAM | GUAM HOUSING CORPORATION<br>P.O. BOX 3496<br>AGANA, GUAM |
| GUAM SAVINGS & LOAN BLDG.<br>DEDEDO, GUAM | GUAM SAVINGS & LOAN<br>P.O. BOX 281<br>AGANA, GUAM 96910 |
| AMERICAN SAVINGS & LOAN BLDG.<br>TAMUNING, GUAM | AMERICAN SAVINGS & LOAN<br>P.O. BOX 21959<br>GMF, GUAM 96921 |
| AMERICAN SAVINGS & LOAN BLDG.<br>SAMOA BRANCH, SAMOA | AMERICAN SAVINGS & LOAN<br>P.O. BOX 21959<br>GMF, GUAM 96921 |
| AMERICAN SAVINGS & LOAN BLDG.<br>SAIPAN BRANCH, SAIPAN | AMERICAN SAVINGS & LOAN<br>P.O. BOX 21959<br>GMF, GUAM 96921 |
| REROOFING OF AGANA POST OFFICE<br>AGANA, GUAM | U.S. POST OFFICE |
| INTERIM FORD DEALERSHIP<br>GUAM SHOPPING CENTER<br>TAMUNING, GUAM | PACIFIC INTERNATIONAL CO., INC. |
| CONSTRUCTION BRANCH EXCHANGE<br>FOUR SEASON/TOYLAND<br>ANDERSEN AIR FORCE BASE, GUAM | DEPARTMENT OF ARMY & AIRFORCE<br>EXCHANGE SERVICE<br>ANDERSEN AIR FORCE BASE, GUAM |
| MOYLAN'S INSURANCE OFFICE<br>TAMUNING & DEDEDO, GUAM | KURT MOYLAN |
| REPAIRS & RENOVATION TO CORN BUILDING<br>ANIGUA, GUAM | OCEANA INVESTMENT GROUP, INC.<br>P.O. BOX CK<br>AGANA, GUAM 96910 |
| AOI SHOPPING ARCADE<br>TUMON, GUAM | AOI GUAM CORPORATION |

## OFFICES AND COMMERCIAL BUILDINGS

| PROJECT | CLIENT |
|---|---|
| NORTHWEST/KEICO OFFICE/SHOWROOM<br>AGANA, GUAM | KEICO INTERNATIONAL |
| AMERICAN SAVINGS & LOAN BLDG.<br>DEDEDO BRANCH, DEDEDO | AMERICAN SAVINGS & LOAN<br>P.O. BOX 21959<br>GMF, GUAM 96921 |
| ESSO MAIN OFFICE, RENOVATION<br>ESSO EASTERN, INC.<br>CABRAS ISLAND, GUAM | ESSO EASTERN, INC. |
| PACIFIC THRIFT AND LOAN<br>AGANA, GUAM | PACIFIC THRIFT AND LOAN |
| SLC AUTO SHOW CASE<br>AGANA, GUAM | PACIFIC MOTOR CORPORATION<br>EAST AGANA, GUAM |
| BANK OF SAIPAN<br>INTERIOR DESIGN<br>SAIPAN, CNMI | BANK OF SAIPAN |
| AMERICAN SAVINGS & LOAN<br>PALAU BRANCH<br>KOROR, PALAU | AMERICAN SAVINGS & LOAN<br>P.O. BOX 21959<br>GMF, GUAM 96921 |
| CEQ OFFICE BUILDING<br>GEO-ENGINEERING & TESTING, INC.<br>TAMUNING, GUAM | GEO-ENGINEERING & TESTING |
| GTA TELEPHONE CENTRAL OFFICE<br>GUAM TELEPHONE AUTHORITY<br>AGANA, GUAM | GUAM TELEPHONE AUTHORITY<br>GOVERNMENT OF GUAM |
| GUAM GIBSON BUILDING<br>PHASE II<br>SERVCO PACIFIC INC.<br>TAMUNING, GUAM | SERVCO PACIFIC INC. |
| HOUSE OF GINZA BEAUTY SHOP<br>JULALE SHOPPING CENTER<br>AGANA, GUAM | MRS. WAKI |
| BLOCKBUSTER VIDEO<br>DEDEDO, GUAM | PACIFIC VIDEO ENTERTAINMENT, INC.<br>HONOLULU, HAWAII |
| BLOCKBUSTER VIDEO<br>TAMUNING, GUAM | PACIFIC VIDEO ENTERTAINMENT, INC.<br>HONOLULU, HAWAII |
| GEDCA ADMINISTRATIVE OFFICE<br>5th FLOOR, ITC BUILDING<br>TAMUNING, GUAM | GUAM ECONOMIC DEVELOPMENT &<br>COMMERCE AUTH.<br>5th FLOOR, ITC BLDG.<br>TAMUNING, GUAM |

*Offices & Commercial Buildings - Page 2*

## OFFICES AND COMMERCIAL BUILDINGS

### PROJECT

### CLIENT

RENOVATION TO R.E.S. BUILDING
AGANA, GUAM

GUAM-PHILIPPINES AIRLINES OFFICE
TAMUNING, GUAM

CALVO ENTERPRISES, INC.
SUITE 200, CHALAN SANTO PAPA
AGANA, GUAM

PAYLESS SUPERMARKET
ROUTE 16, HARMON, GUAM

CALVO ENTERPRISES, INC.
SUITE 200, CHALAN SANTO PAPA
AGANA, GUAM

RENOVATIONS TO GIBSONS
INC.
CONSTRUCTION MANAGEMENT
GUAM SHOPPING CENTER
TAMUNING, GUAM

PACIFIC INTERNATIONAL COMPANY,

BENETTON STORE
CONSTRUCTION MANAGEMENT
GUAM HILTON HOTEL
TUMON, GUAM

MARUI IMAI HAWAII, INC.

OFFICE BUILDING
DEPARTMENT OF SOCIAL SERVICES & CHILD
CARE DIVISION
SAN FRANCISCO. CALIFORNIA

STATE OF CALIFORNIA

OFFICE BUILDING
ANDREW GELLER'S SHOE STORE
SAN FRANCISCO, CALIFORNIA

ANDREW GELLER

OFFICE BUILDING
BALDWIN PIANO CO.
SAN FRANCISCO, CALIFORNIA

BALWIN PIANO CO.

OFFICER BUILDING
HABER DOORS, INC.
SO. SAN FRANCISCO, CALIFORNIA

HABER DOORS, INC.

OFFICE BUILDING
CALIFORNIA TIRE CO.
SO. SAN FRANCISCO, CALIFORNIA

CALIFORNIA TIRE CO.

HIT RADIO 100 FM STATION RELOCATION
JULALE CENTER, HAGATNA, GUAM

MOY COMMUNICATIONS, INC.

*Offices & Commercial Buildings - Page 3*

# COURT HOUSES

| PROJECT | CLIENT |
|---|---|
| GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| GUAM JUDICIAL CENTER<br>ALTERATION & RENOVATION PROJECTS<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| ATTORNEY GENERAL'S LIBRARY<br>JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| JUDICIAL HEARING DIVISION<br>3RD FLOOR OLD TRAFFIC COURT<br>ANGELA FLORES BUILDING<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| THIRD FLOOR COURT ROOM<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| OLD TRAFFIC COURT RENOVATION<br>ANGELA FLORES BUILDING<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| PROPOSED MARSHALL ROOM<br>3RD FLOOR, GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| EXISTING BASEMENT<br>ALTERATION/RENOVATION<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| REPLACE AIR COOLED CHILLERS (ACC)<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| REPLACE/UPGRADE DIRECT DIGITAL<br>CENTRAL SYSTEM (DDC)<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| PROPOSED ENCLOSURE OF EXISTING<br>JUDGES' PARKING AREA<br>GUAM JUDICIAL CENTER<br>AGANA,GUAM | SUPERIOR COURT OF GUAM |
| PROPOSED TEMPORARY JURY BOX AT<br>EXISTING TRAFFIC COURT, 1ST FLR.<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |

# COURT HOUSES

| PROJECT | CLIENT |
|---------|--------|
| PROBATION OFFICE, 1ST FLOOR<br>ALTERATION/RENOVATION<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| MIS RELOCATION & JURY<br>COMMISSIONER'S OFFICE<br>GUAM JUDICIAL CENTER<br>AGANA. GUAM | SUPERIOR COURT OF GUAM |
| TRAFFIC COUNTER RENOVATION<br>1ST FLOOR, GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| JUDGE'S CHAMBERS & ANCILLARY<br>3RD FLOOR, CONST. MANAGEMENT<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| OLD COURT BUILDING<br>FIRST & SECOND FLOOR<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| RENOVATION OF THE 8TH COURTROOM<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| CARPETING ON 1ST, 2ND, 3RD FLOOR<br>STAIRWAYS, GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| EXTERIOR PAINTING OF OLD SUPERIOR<br>COURT & GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| LANDSCAPING FOR THE OLD SUPERIOR<br>COURT & GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| ADMINISTRATIVE AREA, 1ST FLOOR<br>RENOVATION/ALTERATION<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| JUDGES' LIBRARY<br>RENOVATION/ALTERATION<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| PROPOSED MASTER PLAN<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |

# COURT HOUSES

| PROJECT | CLIENT |
|---------|--------|
| EARTHQUAKE DAMAGE ASSESSMENT<br>OLD COURT BUILDING AND<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| CEILING CRACKS REPAIR<br>3RD FLOOR CORRIDOR<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| EVALUATION OF EXISTING SUPERIOR<br>COURT FOR A.D.A. REQUIREMENTS<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| ASSESSMENT EVALUATION STUDY<br>CUBICLES (WORKSTATION) & FURNITURE<br>SUPREME COURT, ATTORNEY GENERAL'S<br>OFFICE & PUBLIC DEFENDER'S OFFICE<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| AIR CONDITIONING BALANCING FOR ALL<br>COURTROOMS AND CHAMBERS<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| ELECTRICAL ASSESSMENT, 3RD FLOOR<br>SUPREME COURT, GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| RECONFIGURATION OF WORK STATUS<br>PROBATION OFFICE, FINANCIAL DIVISION,<br>COURT ADMINISTRATION & PERSONNEL,<br>CLERK OFFICE DIVISION, MARSHAL DIVISION,<br>PROCUREMENT & FACILITY DIVISION<br>GUAM JUDICIAL CENTER<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| DOCUMENTATION OF AIR CONDITIONING<br>MAINTENANCE OF GUAM JUDICIAL CENTER<br>AND THE OLD SUPERIOR COURT BUILDING<br>AGANA, GUAM | SUPERIOR COURT OF GUAM |
| REPLACE AIR COOLED CHILLERS AT<br>OLD SUPERIOR COURT<br>GUAM JUDICIAL CENTER<br>HAGATNA, GUAM | SUPERIOR COURT OF GUAM |
| ALTERATION /RENOVATION OF SUPREME<br>COURT CONFERENCE ROOM & COURT<br>CLERK STAND & SIGNAGE<br>GUAM JUDICIAL CENTER<br>HAGATNA, GUAM | SUPREME COURT OF GUAM |

# COURT HOUSES

| PROJECT | CLIENT |
|---|---|
| REPLACE CORRECTIONS FIXTURES/<br>RENOVATION OF HOLDING CELL<br>GUAM JUDICIAL CENTER<br>HAGATNA, GUAM | SUPERIOR COURT OF GUAM |
| RELOCATION OF VIDEO CAMERA AND<br>MONITOR & ADDITIONAL POWER OUTLETS<br>UNDER THE CONFERENCE TABLE<br>GUAM JUDICIAL CENTER<br>HAGATNA, GUAM | SUPERIOR COURT OF GUAM |
| BASEMENT TOILET UPGRADE<br>PROBATION/MARSHALL<br>GUAM JUDICIAL CENTER<br>HAGATNA, GUAM | SUPERIOR COURT OF GUAM |
| ETHICS/COMPILER OF LAWS<br>GUAM JUDICIAL CENTER<br>HAGATNA, GUAM | SUPERIOR COURT OF GUAM |

## BANKS

| PROJECT | CLIENT |
|---|---|
| GOVERNMENT OF GUAM EMPLOYEES FEDERAL CREDIT UNION BLDG. MAITE, GUAM | GOVERNMENT OF GUAM EMPLOYEES FEDERAL CREDIT UNION P.O. BOX 2833 AGANA, GUAM 96932 |
| BANK PACIFIC EXTERIOR TELLER BOOTH WITH CONCRETE CANOPY HAGATNA, GUAM | BANK PACIFIC 151 ASPINALL AVENUE HAGATNA, GUAM |
| BANK PACIFIC MODIFICATION AND ALTERATION HAGATNA, GUAM | BANK OF GUAM 151 ASPINALL AVENUE HAGATNA, GUAM |
| METROBANK PROPOSED EXISTING PLYTRADE BLDG. HARMON, GUAM | METROPOLITAN BANK & TRUST CO. |
| GUAM SAVINGS AND LOAN BLDG. DEDEDO BRANCH, DEDEDO, GUAM | GUAM SAVINGS & LOAN P.O. BOX 281 AGANA, GUAM 96910 |
| AMERICAN SAVINGS AND LOAN BLDG. TAMUNING BRANCH, TAMUNING, GUAM | AMERICAN SAVINGS & LOAN P.O. BOX 21959 GMF, GUAM 96921 |
| AMERICAN SAVINGS AND LOAN BLDG. AGANA BRANCH, AGANA, GUAM | AMERICAN SAVINGS & LOAN P.O. BOX 21959 GMF, GUAM 96921 |
| AMERICAN SAVINGS AND LOAN BLDG. SAMOA BRANCH, SAMOA | AMERICAN SAVINGS & LOAN P.O. BOX 21959 GMF, GUAM 96921 |
| AMERICAN SAVINGS AND LOAN BLDG. SAIPAN BRANCH, SAIPAN | AMERICAN SAVINGS & LOAN P.O. BOX 21959 GMF, GUAM 96921 |
| AMERICAN SAVINGS AND LOAN BLDG. DEDEDO BRANCH, DEDEDO, GUAM | AMERICAN SAVINGS & LOAN P.O. BOX 21959 GMF, GUAM 96921 |
| AMERICAN SAVINGS AND LOAN PALAU BRANCH KOROR, PALAU | AMERICAN SAVINGS & LOAN P.O. BOX 21959 GMF, GUAM 96921 |
| OFFICE BUILDING PACIFIC THRIFT AND LOAN AGANA, GUAM | PACIFIC THRIFT AND LOAN |

# BANKS

| PROJECT | CLIENT |
|---|---|
| FIRST HAWAIIAN BANK<br>TELLER COUNTER RENOVATION<br>AGANA BRANCH, AGANA, GUAM | FIRST HAWAIIAN BANK |
| BANK OF SAIPAN<br>INTERIOR DESIGN<br>SAIPAN, CNMI | BANK OF SAIPAN |
| BRANCH OFFICE FACILITIES<br>INTERNATIONAL SAVINGS AND LOAN ASSN.<br>WAIPAHU, OAHU, HAWAII | INTERNATIONAL SAVINGS & LOAN |
| WELLS FARGO BANK<br>SAN FRANCISCO, CALIFORNIA | WELLS FARGO BANK |
| FFICE BUILDING<br>CITY BANK OF HONOLULU<br>HONOLULU, HAWAII | CITY BANK OF HONOLULU |
| BRANCH BANK BUILDING<br>BANK OF HAWAII<br>KANEOHE, OAHU, HAWAII | BANK OF HAWAII |

## RESTAURANTS AND SNACK SHOPS

| PROJECT | CLIENT |
|---------|--------|
| HAKONE NOODLE HOUSE<br>GUAM GIBSON BLDG. P-1<br>TAMUNING, GUAM | MR. HAKONE |
| PLUMERIA GARDEN RESTAURANT<br>ACME COMPANY ENTERPRISES<br>MAITE, GUAM | ACME COMPANY ENTERPRISES |
| WINCHELL'S DONUT HOUSE<br>DENNY'S INC.<br>TAMUNING, GUAM | DENNY'S INC. |
| TOKYO MART<br>GIBSON'S SHOPPING CENTER<br>TAMUNING, GUAM | SPE GUAM |
| TOMO SUSHI BAR<br>GIBSON'S FOOD COURT<br>TAMUNING, GUAM | NANCO CORPORATION<br>P.O. BOX 276<br>TAMUNING, GUAM 96931 |
| LATTE STONE DRIVE-IN<br>ANDERSEN AFB, GUAM | DEPARTMENT OF ARMY & AIRFORCE<br>ANDERSEN AFB, GUAM |
| POPEYES FAMOUS CHICKEN & BISCUITS<br>GIBSON'S SHOPPING CENTER<br>TAMUNING, GUAM | PACIFIC INTERNATIONAL COMPANY |

| PROJECT | CLIENT |
|---|---|

CONTINENTAL AIR MICRONESIA
FACILITIES IMPROVEMENTS
GUAM INTERNATIONAL AIRPORT TERMINAL

CONTINENTAL AIR MICRONESIA
TAMUNING, GUAM

- TICKET COUNTER
- GROUP TOUR CHECK-IN
- PASSENGER SERVICE
- BAGGAGE SERVICE
- TERMINAL OPERATIONS
- HOLD ROOM MODIFICATION
- GATE PODIUMS
- TICKET SALES OFFICE
- COMMISSARY WAREHOUSE
- IN-FLIGHT OFFICE
- LOADING DOCK

CONTINENTAL AIR MICRONESIA
TICKET OFFICE
OLD AIRPORT, GUAM

CONTINENTAL AIR MICRONESIA
TAMUNING, GUAM

GUAM AIRPORT AUTHORITY
ARCADE IMPROVEMENT PROJECT
GUAM INTERNATIONAL AIRPORT TERMINAL

GUAM AIRPORT AUTHORITY

WEST TOUR GROUP IMPROVEMENTS
GUAM INTERNATIONAL AIRPORT TERMINAL

GUAM AIRPORT AUTHORITY

PASSENGER TERMINAL
REMODEL OF PIER 8, 9, 10 & 11
HONOLULU HARBOR, HAWAII

DEPARTMENT OF TRANSPORTATION
STATE OF HAWAII

NEW PASSENGER TERMINAL
GENERAL LYMAN FIELD
HILO, HAWAII

STATE OF HAWAII
DAGS, HONOLULU, HAWAII

PAN AMERICAN WORLD AIRWAYS
FLIGHT KITCHEN
SOUTH SAN FRANCISCO,
CALIFORNIA, USA

PAN AMERICAN WORLD AIRWAYS
SOUTH SAN FRANCISCO,
CALIFORNIA, USA

HONOLULU INTERNATIONAL
AIRPORT EXPANSION
HONOLULU, HAWAII

DEPARTMENT OF TRANSPORTATION
STATE OF HAWAII

Case 1:03-cv-00009    Document 89    Filed 11/12/2004    Page 23 of 31

## MAINTENANCE, WAREHOUSES AND EQUIPMENT FACILITIES

| PROJECT | CLIENT |
|---|---|
| PUMP REPLACEMENT AT LIGUAN TERRACE ROUTE 16 SEWAGE PUMP STATION GUAM WATERWORKS AUTHORITY | GUAM WATERWORKS AUTHORITY GOVERNMENT OF GUAM |
| CHI WAREHOUSE BUILDING INCREMENT NO. 1 HARMON, GUAM | JPH INC. |
| CHI WAREHOUSE BUILDING INCREMENT NO. 2 HARMON, GUAM | KWEK'S ENTERPRISES, INC. |
| CONWOOD WAREHOUSE BARRIGADA, GUAM | CONWOOD PRODUCTS, INC. |
| REPAIR & ALTERATIONS TO TERMINAL "B", BUILDING 112 NAVCAMS, WESTPAC, GUAM | DEPARTMENT OF THE NAVY NAVAL FAC ENGINEERING COMMAND SAN FRANCISCO, CA 96630 |
| GUAM CONTINENTAL HOTEL REFRIGERATED WAREHOUSE TUMON, GUAM | CONTINENTAL HOTEL |
| TERMINAL EQUIPMENT BLDG. 112 REPAIRS & ALTERATIONS COMMAND NAVCAMS WESTPAC, GUAM M.I. | DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING FPO SAN FRANCISCO CA 96630 |
| REPAIRS TO GENERAL WAREHOUSE #2 BUILDING 2116, NSD COMMAND NAVAL SUPPLY DEPOT, GUAM | DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING FPO SAN FRANCISCO CA 96630 |
| ROOF REPAIR & REPAINT EXTERIOR & INTERIOR OF BUILDINGS 13-16 & 13-17 COMMAND DEPARTMENT OF THE NAVY NAVAL AIR STATION, GUAM | DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING FPO SAN FRANCISCO CA 96630 |
| MAINTENANCE & ALTERATIONS TO SUPPLY WAREHOUSE, BLDG. 17-3120 COMMAND DEPARTMENT OF THE NAVY NAVAL AIR STATION, GUAM | DEPARTMENT OF THE NAVY NAVAL FACILITIES ENGINEERING FPO SAN FRANCISCO CA 96630 |
| KWEK ENTERPRISES COLD STORAGE HARMON, GUAM | JOHNY KWEK |
| MOYLAN'S WAREHOUSE HARMON, GUAM | KURT MOYLAN |

## MAINTENANCE, WAREHOUSES AND EQUIPMENT FACILITIES

| PROJECT | CLIENT |
|---|---|
| TOMITA WAREHOUSE<br>HARMON, GUAM | MIKE TOMITA |
| PACIFIC WHOLESALER/PACIFIC<br>INC.<br>DISTRIBUTION CENTER<br>WAREHOUSE EXTENSION | PACIFIC INTERNATIONAL COMPANY, |
| CONTINENTAL AIR MICRONESIA<br>SUPPLY WAREHOUSE<br>GIAT, GUAM | CONTINENTAL AIR MICRONESIA<br>TAMUNING, GUAM |
| FIRE STATION & REPAIR SHOP, WAREHOUSE<br>& PUMP ISLAND, MAINTENANCE SHOP & OFFICES<br>NATIONAL PARK SERVICES BUILDINGS<br>WAHEEP, ARIZONA | |
| OFFICES, BOOSTER STATION, GARAGES &<br>FACILITIES FOR THE COMMUNITY<br>WESTBOROUGH COUNTY WATER DISTRICT BLDG.<br>SO. SAN FRANCISCO. CALIFORNIA | |
| UTILITIES & EQUIPMENT BUILDING<br>ADDITIONS AND ALTERATIONS<br>PACIFIC TELEPHONE & TELEGRAPH BLDG.<br>NOVATO, CALIFORNIA | PACIFIC TELEPHONE & TELEGRAPH |
| 2 ENGINE APPARATUS ROOM, HOSE TOWER,<br>OFFICER'S LIVING QUARTERS, OFFICES,<br>RECREATIONAL FACILITIES, EMERGENCY<br>TREATMENT AREA, BOMB SHELTER,<br>AIEA FIRE STATION<br>CITY & COUNTY OF HONOLULU<br>AIEA, OAHU, HAWAII | STATE OF HAWAII |
| PROPOSED GARAGE FOR<br> GUAM MEMORIAL PARK<br>LEYANG, BARRIGADA, GUAM | GUAM MEMORIAL PARK, INC. |

## INDUSTRIAL FACILITIES

### PROJECT

### CLIENT

GUAM AIRPORT INDUSTRIAL PARK
TAMUNING - BARRIGADA, GUAM

GUAM AIRPORT AUTHORITY

GUAM PLASTICS CORP BLDG.
PHASE I - HARMON FIELD

GUAM PLASTICS CORPORATION

COMMERCIAL PORT INDUSTRIAL PARK
CABRAS ISLAND, GUAM

PORT AUTHORITY OF GUAM

FADIAN EXPANSION
MATURATION BUILDING
MANGILAO, GUAM

GUAM AQUA RESEARCH, INC.

MARS/KEICO SAFETY CHECK BLDG.
HARMON INDUSTRIAL PARK

MR. Y.C. KIM

MID PAC FAR EAST INDUSTRIAL BUILDING
GAA INDUSTRIAL PARK

MID PAC FAR EAST, INC.

## EDUCATIONAL FACILITIES

| PROJECT | CLIENT |
|---|---|
| SOUTHERN HIGH SCHOOL<br>SANTA RITA, GUAM | DEPARTMENT OF EDUCATION<br>GOVERNMENT OF GUAM |
| NORTHERN HIGH SCHOOL<br>YIGO, GUAM | DEPARTMENT OF EDUCATION<br>GOVERNMENT OF GUAM |
| BAPTIST SCHOOL BUILDING<br>AGANA HEIGHTS, GUAM | THE GENERAL BAPTIST  CHURCH<br>OF AGANA HEIGHTS, GUAM |
| UNIVERSITY OF GUAM<br>HEALTH & PHYSICAL EDUCATION<br>FACILITIES, MANGILAO, GUAM | UNIVERSITY OF GUAM<br>P.O. BOX EK<br>AGANA, GUAM 96910 |
| ACADEMY OF OUR LADY<br>RENOVATION OF CONVENT &<br>CLASSROOMS, AGANA,  GUAM | BISHOP OF GUAM, INC.<br>251 O'HARA STREET<br>AGANA, GUAM 96910 |
| JFK SCIENCE ROOM RENOVATION<br>JFK HIGH SCHOOL<br>TUMON, GUAM | DEPARTMENT OF PUBLIC WORKS<br>GOVERNMENT OF GUAM<br>TUMON, GUAM |
| JFK TRACK & FIELD IMPROVEMENTS<br>JFK HIGH SCHOOL<br>TUMON, GUAM | DEPARTMENT OF PUBLIC WORKS<br>GOVERNMENT OF GUAM<br>TUMON, GUAM |
| JFK OCCUPATIONAL SHOP<br>JFK HIGH SCHOOL<br>TUMON, GUAM | DEPARTMENT OF PUBLIC WORKS<br>GOVERNMENT OF GUAM<br>TUMON, GUAM |
| ST. JOHN'S VICARAGE<br>TUMON, GUAM | ST. JOHN'S EPISCOPAL CHURCH<br>P.O. BOX FB<br>AGANA, GUAM 96910 |
| UNIVERSITY OF GUAM<br>MAINTENANCE BUILDING<br>MANGILAO, GUAM | UNIVERSITY OF GUAM<br>P.O. BOX EK<br>AGANA, GUAM 96910 |
| SANTA BARBARA SCHOOL<br>FACULTY FACILITY<br>DEDEDO, GUAM | DIOCESE OF AGANA<br>CHANCERY OFFICE |
| GUAM COMMUNITY COLLEGE<br>MASTER PLAN<br>MANGILAO, GUAM | DEPARTMENT  OF EDUCATION<br>GOVERNMENT OF GUAM |
| ASAN ELEMENTARY SCHOOL<br>ASAN, GUAM | DEPARTMENT  OF EDUCATION<br>GOVERNMENT OF GUAM |
| MICRONESIAN AREA RESEARCH CENTER<br>UNIVERSITY OF GUAM<br>MANGILAO, GUAM | UNIVERSITY OF GUAM<br>P.O. BOX EK<br>AGANA, GUAM 96910 |

Case 1:03-cv-00009     Document 89     Filed 11/12/2004     Page 27 of 31

# EDUCATIONAL FACILITIES

| PROJECT | CLIENT |
|---------|--------|
| BAPTIST SCHOOL BUILDING<br>AGANA HEIGHTS, GUAM | GENERAL BAPTIST CHURCH |
| GCC ADDITIONAL CLASSROOM BUILDING<br>MANGILAO, GUAM | GUAM COMMUNITY COLLEGE<br>GOVERNMENT OF GUAM<br>MANGILAO, GUAM |
| GCC RENOVATION & RECONSTRUCTION<br>PROJECTS<br>PHASE I, II & III<br>MANGILAO, GUAM | GUAM COMMUNITY COLLEGE<br>GOVERNMENT OF GUAM<br>MANGILAO, GUAM |
| GCC MASTER PLAN<br>BARRIGADA, GUAM | GUAM COMMUNITY COLLEGE<br>GOVERNMENT OF GUAM<br>MANGILAO, GUAM |
| UNIVERSITY OF GUAM<br>MAINTENANCE BUILDING<br>MANGILAO, GUAM | UNIVERSITY OF GUAM<br>P.O. BOX EK<br>AGANA, GUAM |
| CLASSROOM BUILDING<br>BENJAMIN PARKER ELEMENTARY SCHOOL<br>KANEOHE, OAHU, HAWAII | STATE OF HAWAII<br>HONOLULU, HAWAII |
| MASTER PLAN REPORT<br>WAIAU ELEMENTARY SCHOOL REPORT<br>PEARL CITY, OAHU, HAWAII | STATE OF HAWAII<br>HONOLULU, HAWAII |
| MULTI-PURPOSE FACILITIES<br>HAWAII-KAI, HONOLULU, HAWAII | JAPAN-AMERICAN INSTITUTE<br>MANAGEMENT OF SCIENCE<br>HONOLULU, HAWAII |
| ORTHOPEDIC SECTION<br>THOMAS JEFFERSON ELEMENTARY SCHOOL<br>WAIKIKI, HONOLULU, OAHU, HAWAII | STATE OF HAWAII<br>HONOLULU, HAWAII |
| CLASSROOM BUILDING<br>NANAKULI HIGH SCHOOL<br>NANAKULI, OAHU, HAWAII | STATE OF HAWAII<br>OAHU, HAWAII |
| CLASSROOM BUILDING<br>WAIAU ELEMENTARY SCHOOL<br>PEARL CITY, OAHU, HAWAII | STATE OF HAWAII<br>OAHU, HAWAII |
| MASTER PLAN REPORT<br>NANAKULI COMPLEX CLUSTER REPORT<br>NANAKULI, OAHU, HAWAII | STATE OF HAWAII<br>OAHU, HAWAII |
| MASTER PLAN REPORT - ORTHOPEDIC SECTION<br>THOMAS JEFFERSON ELEMENTARY SCHOOL<br>WAIKIKI, HONOLULU, OAHU, HAWAII | STATE OF HAWAII<br>OAHU, HAWAII |

*Educational Facilities - Page 2*

Case 1:03-cv-00009    Document 89    Filed 11/12/2004    Page 28 of 31

## RECREATIONAL FACILITIES, COMMUNITY CENTERS AND PARKS

**PROJECT**

**CLIENT**

YOUTH CENTER COMPLEX
NAVAL AIR STATION, GUAM
COMMAND

DEPARTMENT OF THE NAVY
NAVAL ENGINEERING FACILITIES

FPO, SF CA 96630

PLAYGROUND FOR ALL CHILDREN
DEDEDO, GUAM

DEPARTMENT OF PUBLIC WORKS
GOVERNMENT OF GUAM

NAS SWIMMING POOL BATH HOUSE
NAVAL AIR STATION, GUAM

DEPARTMENT OF THE NAVY

MULTI-USE PHYSICAL CONDITIONING FACILITY
US. NAVAL MAGAZINE, GUAM

DEPARTMENT OF THE NAVY

YPAO BEACH PARK IMPROVEMENT PHASE I
TUMON, GUAM

DEPARTMENT OF PUBLIC WORKS
GOVERNMENT OF GUAM

DEDEDO & TAMUNING COMMUNITY CENTERS
DEDEDO & TAMUNING, GUAM

DEPARTMENT OF PUBLIC WORKS
GOVERNMENT OF GUAM

MONGMONG-TOTO-MAITE COMMUNITY
CENTERS, GUAM

DEPARTMENT OF PUBLIC WORKS
GOVERNMENT OF GUAM

AGANA HEIGHTS COMMUNITY CENTER
AGANA HEIGHTS, GUAM

DEPARTMENT OF PUBLIC WORKS
GOVERNMENT OF GUAM

JAI-ALAI FRONTON
YPAO, GUAM

ROYAL PACIFIC CORPORATION

GUAM GREYHOUND PARK COMPLEX
TUMON, GUAM

PACIFIC LEISURE ASSOCIATION, INC.

GHURA SINAJANA COMMUNITY PARK
GOVERNMENT OF GUAM

GUAM HOUSING & URBAN RENEWAL
AUTHORITY, P.O. BOX CS
AGANA, GUAM 96910

YPAO BEACH PARK IMPROVEMENT
PHASE II - OUTDOOR THEATER
TUMON, GUAM

DEPARTMENT OF PUBLIC WORKS
GOVERNMENT OF GUAM
TUMON, GUAM

ADDITION & ALTERATIONS TO PHYSICAL
FITNESS CENTER
ANDERSEN AFB, GUAM

DEPARTMENT OF THE ARMY
ARMY & AIRFORCE

INARAJAN GARDEN HOUSE
RECREATIONAL FACILITY
INARAJAN, GUAM

D.K. ENTERPRISES (GUAM) LTD.

PASEO PARK RENOVATIONS/ADDITION
AGANA, GUAM

GUAM HOUSING & URBAN RENEWAL
AUTHORITY, P.O. BOX CS
AGANA, GUAM 96910

## RECREATIONAL FACILITIES, COMMUNITY CENTERS AND PARKS

**PROJECT**                                          **CLIENT**

U.O.G. FIELDHOUSE                            UNIVERSITY OF GUAM
UNIVERSITY OF GUAM                           P.O. BOX EK
MANGILAO, GUAM                               AGANA, GUAM 96910

RECREATIONAL FACILITIES                      MARINE COOKS AND STEWARDS
SAN FRANCISCO, CALIFORNIA

ENVIRONMENTAL DESIGN OF OUTDOOR              STATE OF CALIFORNIA
SOUTH SAN FRANCISCO LIBRARY
SOUTH SAN FRANCISCO, CALIFORNIA
GOVERNOR'S AWARD OR EXCELLENCE
IN 1966

## CHURCHES, CHAPELS AND MONUMENTS

| PROJECT | CLIENT |
|---------|--------|

GENERAL BAPTIST CHURCH
ANNEX BUILDING EXTENSION
AGANA HEIGHTS, GUAM

GENERAL BAPTIST CHURCH
AGANA HEIGHTS, GUAM

GENERAL BAPTIST CHURCH
ADDITIONAL ENTRY COVER(CANOPY)
AGANA HEIGHTS, GUAM

GENERAL BAPTIST CHURCH
AGANA HEIGHTS, GUAM

GUAM MEMORIAL PARK
LEYANG, BARRIGADA, GUAM

GUAM MEMORIAL PARK, INC.
P.O. BOX GK
AGANA, GUAM 96910

AMERICAN MEMORIAL PARK
VISITORS CENTER
GARAPAN, SAIPAN

DEPARTMENT OF PUBLIC WORKS
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
SAIPAN, MP 96950

SOUTH PACIFIC MEMORIAL PARK
YIGO, GUAM

SPMP ASSOCIATION
102 WARAMATSU-CHO, SHINJUKU-KU
TOKYO, 162 JAPAN

TOWER MONUMENT
CHURCH OF WORLD MESSIANITY
MANGILAO, GUAM

CHURCH OF THE WORLD MESSIANITY
P.O. BOX 23877
GMF, GUAM 96921

CHURCH/SOCIAL HALL
CHURCH OF WORLD MESSIANITY
MANGILAO, GUAM

CHURCH OF THE WORLD MESSIANITY
P.O. BOX 23877
GMF, GUAM 96921

SAIPAN MEMORIAL PARK
SAIPAN, CNMI.

GUAM MEMORIAL PARK, INC.
P.O. BOX GK
AGANA, GUAM 96910

# PROJECT RENDERINGS/PHOTOGRAPHS

LATTE STONE DRIVE-IN
(Fast Food Facility)
Andersen Air Force Base, Guam



albert h. tsuhui, a.i.a. inc.

# SOUTHERN HIGH SCHOOL
## Santa Rita, Guam



ghura elderly housing project

albert h. tsutsui a.i.a. architect



**GUAM SPORTS COMPLEX**

GUAM



asan elementary school    albert h. tsutsui    a.i.a.    architect



albert h. tsutsui a.i.a. architect

1980 beach park project



AIRPORT AUTHORITY INDUSTRIAL PARK

GUAM SAVINGS & LOAN · DEDEDO

albert h. tsutsui, a.i.a. 高井



TWO-LEVEL CAMPUS DESIGN

GUAM COMMUNITY COLLEGE MASTER PLAN - 1981
BARRIGADA, GUAM

Case 1:03-cv-00009    Document 89-2    Filed 11/12/2004    Page 11 of 15

LEGEND:
1 MULTI-PURPOSE BUILDING
2 PHYSICAL EDUCATION
3 FINE ART
4 THEATER
5 LANGUAGE
6 SCIENCE
7 SOCIAL SCIENCE
8 INFO/ ADMINISTRATION
9 CAMPUS CENTER
10 LIBRARY
11 ENGINEERING
12 BUSINESS & COMPUTER
13 HOSPITALITY
14 PUBLIC SAFETY & PUBLIC HEALTH
15 SUPPLY / MAINTENANCE BUILD.
16 FOOD PRODUCTION
17 ELECTRONICS & CONSTRUCTION
18 TRANSPORTATION
19 AGRICULTURE /MAINTENANCE BLDG.
20 ENERGY/POWER



CENTRAL CORE PLAN

GUAM COMMUNITY COLLEGE: MASTER PLAN
ALBERT TSUTSUI, AIA, INC. / H. MOGI PLANNING and RESEARCH, INC.

Case 1:03-cv-00009    Document 89-2    Filed 11/12/2004    Page 12 of 15

61A



**YPAO ROYAL GARDENS**
Ypao, Guam



**YPAO ROYAL GARDENS**
Ypao, Guam

PALAU PACIFIC RESORT
Republic of Palau



PALAU PACIFIC RESORT - 1982
REPUBLIC OF BELAU



PALAU PACIFIC RESORT - 1982
Republic of Palau

Case 1:05-cv-00037 Document 99-4 Filed 11/06/2006 Page 2 of 20



PALAU PACIFIC RESORT - 1982
REPUBLIC OF PELAU



PALAU PACIFIC RESORT
Republic of Palau



GUAM MICRONESIAN CULTURAL CENTER
Yona, Guam

Case 1:03-cv-00009   Document 51   Filed 11/02/2004   Page 5 of 20



YUG BAY

A. CULTURAL CENTER COMMERCIAL PLAZA

B. CULTURAL CENTER ISLANDS

C. RESORT HOTEL COMPLEX

D. GOLF COURSE

E. MARINA

SCALE: 1:60

# ILLUSTRATIVE

NORTH



**INARAJAN GARDEN HOUSE**
Inarajan, Guam



**INARAJAN GARDEN HOUSE**
Inarajan, Guam



NORTH

TOACHEL CHANNEL

TOUR BOAT
DIVE SHOP JETTY

HISTORICAL
MEN (WALLS)

BEACH

RESTAURANT

PREMIER RESORT HOTELS
(150 ROOMS EACH)

HISTORICAL
PRESERVATION
DISPLAY AREA

RECREATIONAL
FACILITIES

FAMILY STYLE
RESORT
(150 ROOMS)

TENNIS COURTS

INTERPRETIVE
LANDSCAPE
IRRIGATION ZONES

EXISTING MANGROVE

CHANNEL
DREDGED

WEDDING CHAPEL

50 ROOM VIP GUEST
HOUSE/HOTEL

EXISTING MANGROVE

INDIVIDUAL TOURIST
COTTAGES & STORES
GARDENS

SECURITY GATE /
GUARD POST

PRESERVED
AGRICULTURAL
WETLAND

BINGALL RIDGE

CORPORATE VILLAS
(-20 UNITS)

200-300 RM
HOTEL

SHOPPING ARCADE

EXISTING BENKAK
DREDGED BASIN

MARINA

EXISTING KOROR-
BABELDAOB BRIDGE

MARINA
PLATFORM
AREA

MANGROVE      58.80 Ha

LAND AREA     41.68 Ha

MARINA AREA   (8.71 Ha)
(ABOVE WATER)

WATER         74.52 Ha
              _____
              175.00 Ha

# OCEAN DEVELOPMENT COMPANY / PALAU RESORT DEVELOPMENT

NGESAOL, KOROR STATE, REPUBLIC OF PALAU

## SITE PLAN SCALE 1"=200'-0"0"

A.H. TSUTSUI, AIA, INC.



CONSTRUCT BRANCH EXCHANGE
(CONVENIENCE)/FOUR SEASONS/
TOYLAND

# HONORS AND AWARDS

# S A C

## DESIGN AWARDS PROGRAM

### Albert H. Tsutsui, A.I.A.

43 CIVIL ENGINEERING SQUADRON
ANDERSEN AIR FORCE BASE, GUAM
IS PRESENTED THIS AWARD BY
HEADQUARTERS STRATEGIC AIR COMMAND
IN RECOGNITION OF ACHIEVEMENT
OF DESIGN EXCELLENCE FOR THE
FAST FOOD FACILITY (LATTE STONE DRIVE-IN)
ANDERSEN AIR FORCE BASE



**COL. H. E. HALAC, USAF**
DCS ENGINEERING AND SERVICES



## HONOR AWARD

# GOVERNOR'S AWARD FOR EXCELLENCE 1966

## ENVIROMENTAL DESIGN OF OUTDOOR ARENA AND LANDSCAPING

### SOUTH SAN FRANCISCO LIBRARY
South San Francisco, California

# HAWAII SOCIETY /AIA DESIGN AWARDS
## AWARD OF EXCELLENCE

### ALBERT H. TSUTSUI, A.I.A., INC. & MEDIA FIVE LIMITED

## PALAU PACIFIC RESORT
### Arakabesang, Palau



April 1989   Hawaii Architect   29

## OPINION

# "Southern High Theater -  a well-kept secret"

The best kept secret on Guam "You thought I was to name the guy who made up that awful list of supposedly ineligible voters -- and included people like Del. Bob Underwood, former Speaker Joe T. San Agustin and Wally Burgess.

No, the best-kept secret on Guam is that gorgeous, high-tech and mostly unused Fine Arts Theater at Southern High School.

We've been crying for such a facility for years.  Most of the shows, like "Oklahoma" or "The Nutcracker, " have been forced to use the University of Guam field house, the former Navy Theater at Tiyan, or high school gyms and auditorium.

Ken Livingston, a teacher at Southern High School, invited me out to take a look. I went out for the simple reason that I'm embarrassed by the fact I have never been in this new high school, although I've circled once or twice.

I remember when it was in the planning stages, former Gov. Joseph Ada told me that this was "going to be a state-of-the-art facility."   But in those days nothing was too good for Guam.  We were flush with money.  Gov. Ada felt that Southern Guam deserved nothing but the best.

The theater is truly gorgeous inside, with 1,200 lovely seats.  It has high-tech flies or stage drops, which roll out easily.  The stage is enormous, at 60 by 40 feet.  It is built with hard wood, ideal for dancing.

"It has an incredible sound system," Dearth told me.  It has a huge orchestra pit and dressing rooms with showers.  It even has a construction room for building backdrops and strging.  The seat aisles are wide enough for wheelchairs.  There really isn't a bad seat in the house," Livingston told me.

Apparently the island can take a look at this marvelous theater on Friday at 6 p.m., when the Southern High School Select Choir will perform.

Livingston,  a former Peace Corps worked in Kiribiti, has submitted a proposal which he thinks will bring money to the Southern High School. He wants to be the theater administrator and open it up for community use.

He calls the theater "a very unique and unusual facility."  He says flatly, without hyperbole:  "There is not a theater complex to compare with any public or private school and perhaps any college or university in the U.S. Mainland."

He may be right.  It is a great facility that Southern High, nay, all of Guam, can be proud of.

Pacific Daily News (PDN), Thursday, December 17, 1998
"Opinion"  Article by Joe Murphy, former Editor of the Pacific Daily News
and wrote his Pipe Dreams Column Daily.

**2**

# ALBERT H. TSUTSUI, A.I.A., INC. ■ ARCHITECT

JULALE CENTER, SUITE 213
P.O. BOX 2993
HAGATNA, GUAM 96910
TELEPHONE: 472-8566
477-8539
FAX: 477-9227

**Date:**        **August 29, 2004**

**To:**         **Mr. Thomas M. Tarpley, Jr., Esq.**

**Subject Project:**    **Repairs and Upgrading of "F-1" Shell Pier
Apra Harbor, Guam , M.I.**

**RE:**        **District Civil Action No. CIV03-00009
S.J. GARGRAVE SYNDICATE AT LLOYDS, PLAINTIFF
v
BLACK CONSTRUCTION CORPORATION, WINZLER
& KELLY, AND ENGINEERING MANAGEMENT &
PLANNING SERVICES CORPORATION,  DEFENDANTS**

Dear Mr. Tarpley, Jr.:

In regard to the referenced matter for the above subject project, the purpose of this report is to evaluate the following as pertaining to EMPSCO Engineering responsibilities:

I.    PERTINENT ALLEGATIONS:

    A.  III.  FACTUAL BACKGROUND:

        1.    Item No. III.9:  "EMPSCO reviewed the Winzler revised engineering plan for repairs and provided a general and conditional approval of  the same."

        2.    Item No. III.12:   "At all relevant times, Defendants Winzler and EMPSCO owed a non-delegable duty of professional competence and skill to the Port Authority."

        3.    Item No. III.14: " The Project was completed in 1997. Upon completion, Defendants Black and EMPSCO represented and warranted to the Port Authority that the work was adequate, had been properly performed, and was appropriate and strong enough for an earthquake-prone and typhoon-prone location such as Guam."

        4.    Item No. III.15: "On or about October 13, 2001, the island of Guam suffered another earthquake.  Although it was substantially less powerful that the earthquake of 1993, this earthquake, too, did damage to the property and facilities owned by the Port Authority. Specifically, serious damage was done to F pier, and the dolphins thereof, which had previously been repaired by Black, pursuant to the plans and specifications prepared by, and under the supervision of, Winzler and/or EMPSCO."

5.   Item No. III.17: "After receiving the claims for damage caused by the 2001 earthquake, Plaintiff caused an investigation of the losses to be made. This investigation disclosed that the repair of the 1993 earthquake damage had been designed and done improperly by and under the supervision of Defendants. The repairs, or the Project, done in 1996-1997 were inadequate, improperly done, and insufficiently strong to withstand future earthquakes and typhoons. The inadequacy and incompetence of the design, plans, specifications, and repair work performed by or approved by Defendants directly caused and led to further damage to the property of the Port Authority during the year 2001 earthquake, and caused and directly led to damage to and losses by Plaintiff, as is set forth more fully hereinafter."

B.   VI.   THIRD CAUSE OF ACTION: NEGLIGENT PROPERTY DAMAGE (Against EMPSCO)

1.   Item No. VI. 23: "EMPSCO, as a professional engineering firm, owed a non-delegable duty of skill and competence to the Port Authority and breached that duty by negligently preparing, reviewing and approving the plans and specifications for the Project. EMPSCO also negligently supervised the work performed by Black in connection with the Project. The negligence of EMPSCO directly led to losses and damage by Plaintiff."

C.   IX.   SIXTH CAUSE OF ACTION: BREACH OF CONTRACT (Against EMPSCO)

1.   Item No. IX. 30: "EMPSCO breached its contract with the Port Authority of Guam by failing to exercise requisite care, skill, and competence to review and supervise the work of others, including but not limited to the engineering plans and drawings prepared by Winzler."

2.   Item No. IX. 31: "EMPSCO breached its contract with the Port Authority of Guam by inadequately and incompetently supervising work performed by Black and others in connection with the Project, by approving improper and negligent changes to the Project, and by failing to note and observe the errors and omissions by contractors performing the Project. These breaches of contract by EMPSCO directly caused damage and losses to Plaintiff."

D.   XI.   EIGHT CAUSE OF ACTION: BREACH OF WARRANTY OF WORKMANLIKE PERFORMANCE (Against EMPSCO)

1.   Item No. XI. 35: "Upon information and belief, the contract between the Port Authority of Guam and EMPSCO is a maritime contract, within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

> Accordingly, there is implied in said contract a warranty of workmanlike performance, owed to the Port Authority. EMPSCO breached said warranty of workmanlike performance by reviewing and/or approving plans and specifications for the Project which were careless, inadequate, insufficient, and erroneous. In addition, EMPSCO breached the warranty of workmanlike performance owed to the Port Authority by failing to report these deficiencies to the Port Authority, failing to adequately supervise the Project, and failing to note and observe the repairs were being performed erroneously and incompletely, and in some cases, not being performed at all. These breaches of the warranty of workmanlike performance by EMPSCO have directly caused damage and losses to Plaintiff."

II.   Revised Contract Agreement Between Port Authority of Guam and EMPSCO-Engineering Consultants dated 18th day of December 1995, Scope of Work "Exhibit A"; Negotiated fee breakdown; and clarification letter dated March 12, 2004, deleting construction management services from the Scope of Work "Exhibit A".

III.  Black Construction's As-Built Drawings, including Winzler & Kelly's VE-1 for Black Construction.


SUMMARY OF REBUTTAL:

The following opinions and conclusions are based upon Mr. Tsutsui's 30+ years of performing design services for both the private and public sectors, his familiarity with A/E protocol and professional standards on Guam and the significance and responsible use of engineering stamps and signatures on design drawings by design professionals.

I.    PERTINENT ALLEGATIONS

   A.   EMPSCO fulfilled its scope of work and responsibility of the revised Contract Agreement with PAG. Due to the construction cost bids submitted by the general contractors exceeded the Port Authority of Guam's construction budget, the Port Authority exercised their right as per the Contract Agreement Article 18. Ownership of Work and Designs: "All work, drawings, specifications and designs by the Consultant shall belong to the Port and Port shall have the right to use them in any way whatsoever and make modifications thereto. If the Port has another consultant to modify or change the plans, etc., then Consultant's name on such plans, designs, specifications and work shall be deleted on the plans, designs, specifications, etc."

      1)   Thus, the Port Authority of Guam accepted the resubmitted bid by Black Construction based on the revised engineering design, specifications, calculations and VE-1 construction drawings done by Winzler & Kelly for

Black Construction. With the professional seal of Winzler & Kelly's structural engineer, Bruce W. Swanney, Certificate No. 910, on the VE-1 drawing, the redesign is the responsibility of Winzler & Kelly as per Title 22 GCA Section 32116(d) and "PEALS" Rules and Regulations, Policies and Procedures, Rule 12.c(1).

2) EMPSCO's Scope of Work for construction management and fees of the Contract Agreement with PAG were deleted with the clarification letter dated March 12, 2004, from PAG, signed by Simeon Delos Santos, Port Engineering Supervisor. Construction Management services were contracted by PAG with N.C. Macario & Associates.

Therefore, EMPSCO did not commit negligence in their engineering services and provided prudent services within standard of care in engineering services in Guam. EMPSCO was not required to do a technical review of the VE-1 technical design changes but provided a compliance review to have a professional licensed engineer stamp the VE-1 technical design changes and structural calculations.

EMPSCO had no responsibility for the revised design, specifications, calculations, plans and whatever drawings that Black Construction used for obtaining the building permit should not have EMPSCO's name and seal on them. Also, EMPSCO has no responsibilities of supervision of the work; providing progress reports to PAG; and other services of the contracted construction manager, N.C. Macario & Associates.

If you require any clarification(s), please contact our office at telephone numbers 472-8566 and 477-8539 or fax number 477-9227.

Very truly yours,

Albert H. Tsutsui, A.I.A