LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2287
Attorney for Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
NOV 12 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CIV03-00009 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On November 12, 2004, I caused to be served and mailed the following documents:

1. EMPSCO'S JOINDER IN DEFENDANT BLACK CONSTRUCTION CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIMIT OF DAMAGES [ORAL ARGUMENT SET BY AGREEMENT FOR DECEMBER 3, 2004 AT 9 A.M.];

2. EMPSCO'S NOTICE AND MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS;

ORIGINAL

3. MEMORANDUM IN SUPPORT OF EMPSCO'S MOTIONS FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS [ORAL ARGUMENT SET BY AGREEMENT FOR DECEMBER 3, 2004 AT 9 A.M.];

4. DECLARATION OF REYNALDO ARCE, P.E.;

5. DECLARATION OF ALBERT H. TSUTSUI, P.E., and

6. DECLARATION OF THOMAS M. TARPLEY, JR., to the following parties:

(VIA HAND DELIVERY)
DAVID P. LEDGER, ESQ.
CARLSMITH BALL LLP
Bank of Hawaii Bldg.
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

(VIA HAND DELIVERY)
THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
Pacific News Bldg.
Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910

(VIA HAND DELIVERY)
DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg.
Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910

(VIA MAIL)
ROBERT J. O'CONNOR, ESQ.
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Bldg.
P.O. Box 501969
Saipan, MP 96950

Dated this 12th day of November, 2004.

_____
Dorothea Quichocho

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-00009
CERTIFICATE OF SERVICE
Page 2 of 2

Case 1:03-cv-00009   Document 91   Filed 11/12/2004   Page 2 of 2