| | |
|---|---|
| 1 | BERMAN O'CONNOR MANN & SHKLOV |
| | DANIEL J. BERMAN |
| 2 | ROBERT J. O'CONNOR |
| | Suite 503, Bank of Guam Building |
| 3 | 111 Chalan Santo Papa |
| | Hagåtña, Guam 96910 |
| 4 | Telephone: (671) 477-2778 |
| | Facsimile: (671) 499-4366 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Winzler & Kelly Consulting Engineers |

FILED
DISTRICT COURT OF GUAM
NOV 15 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO.: CIV03-00009 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF BRUCE SWANNEY IN SUPPORT OF |
| v. | ) | MOTION FOR SUMMARY JUDGMENT ON FIFTH CAUSE OF |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | ) | ACTION (BREACH OF CONTRACT AGAINST WINZLER & KELLY CONSULTING ENGINEERS) |
| Defendants. | ) | |

I, Bruce Swanney, hereby declare that I am over 21 years of age, the foregoing is based upon my personal knowledge and I am competent to testify thereto.

That I was the structural engineer for Winzler & Kelly Consulting Engineers ("Winzler & Kelly") who prepared VE-1, a proposed repair design for the pile to deck connections for the dolphins at pier F-1.

In the upper right hand corner of VE-1 were these words, which were part of the proposed design:

-1-

Adhesive anchors to be stainless steel Red Head "Redi-Chem" by Phillips Drill Co., Catalog No. CE3495 or Approved Equal. Install per Manufacturers Recommended Procedures.

The designation of the Redi-Chem system or its approved equal, using a capsule inside of a capsule to guarantee the proper epoxy mixture and to eliminate drippage of the mixture out of the hole was an essential element of our pile to deck connection. The integrity of the Winzler & Kelly design depended upon using the Redi-Chem or an equivalent epoxy anchor system. The Anchor-It system was not approved by Winzler & Kelly, it is not equivalent to the Redi-Chem system and Winzler & Kelly was not advised the Anchor-It system was going to be substituted in place of Redi-Chem or the Redi-Chem system of installation.

The Anchor-It system requires the use of a gun to shoot two chemical adhesive mixtures upwards into a hole. If the two chemicals are not in the right proportion, do not mix well or if they do not get all the way up to the top of the hole, the bolt may not be solidly connected because either the epoxy won't harden or it won't cover the entire length of the bolt, or both. The capsulized anchor system required by the Winzler & Kelly design eliminates all of those problems.

The use of the Anchor-It system was a substantial deviation from the Winzler & Kelly design.

It is understood and accepted in the construction industry on Guam, in Hawaii and in the continental United States that when an engineer specifies a material or system on his plans with the clause "or approved equal", that means the engineer who drew the plans (in the case of VE-1 this was Bruce Swanney of Winzler & Kelly) must be the one who "approves" the substitution as an acceptable "equal". In this case I would not have accepted Anchor-It as a substitute for Redi-Chem or a Redi-Chem type system.

-2-

Since the redi-Chem system was not used in the F-1 dolphin repairs, my proposed design was not used.

The Winzler & Kelly proposed repair design, VE-1, is attached to this declaration as Exhibit "A".

Attached hereto as Exhibit "B" are accurate excerpts from my deposition testimony where I was placed under oath and testified in this case.

I swear under penalty of perjury that the foregoing is true and correct.

Signed in Phoenix, Arizona, U.S.A., on November 3, 2004.

*Bruce Swanney*
Bruce Swanney

ARIZONA, U.S.A.    )
                   ) ss.
PHOENIX            )

On this 3rd day of November, 2004 before me, the undersigned Notary Public in and for Phoenix, Arizona, U.S.A., personally appeared **Bruce Swanney**, known to me to be the same person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my Official Seal the day and year above written.

Notary Public State of Arizona
Maricopa County
Aileen DeRose
Expires January 22, 2008

*Aileen DeRose*
Notary Public

2003-08-041102-PL-Decl.doc

-3-