CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
NOV 16 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**REQUEST TO FILE FACSIMILE FILING; DECLARATION OF SERVICE** |

In accordance with General Rule 5.1(a), Plaintiff S.J. Gargraves Syndicate at Lloyds

hereby requests that the Court grant permission for Plaintiff to submit the attached facsimile

filing, Declaration of of Forrest Booth in Support of Plaintiff's Objection to Hearing Date for

Dispositive Motions; Declaration of Service. The Declaration is in support of Plaintiff's

Objection to Hearing Date for Dispositive Motions, to be filed on November 16, 2004.

Mr. Booth signed the Declaration, however, because he currently resides in California, his

4841-1983-7184.1.055639-00001

signature on the Declaration is a facsimile. Mr. Booth will be sending to the Guam office of Carlsmith Ball LLP an original copy of the Declaration via courier. Upon receipt of the original signature, undersigned counsel will immediately file it with the Court.

DATED: Hagåtña, Guam, November 16, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>      Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>      Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF FORREST BOOTH IN SUPPORT OF PLAINTIFF'S OBJECTION TO HEARING DATE FOR DISPOSITIVE MOTIONS; DECLARATION OF SERVICE** |

I, Forrest Booth, declare:

1.   I am an attorney duly licensed to practice law before all courts in the State of California, and am admitted pro hac vice herein. I am a member of the law firm of Cozen

O'Connor, counsel of record for Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS.

2. I have personal knowledge of the facts stated in this Declaration, and if called as a witness to testify as to them, I can and will competently do so.

3. Attached hereto and marked as Exhibit A is a true and correct copy of an email dated and received by me on October 18, 2004 from Steven C. Smith, counsel for Plaintiff, addressed to me and to all defense counsel in this matter, in reply to an email from counsel for Defendant BLACK CONSTRUCTION CORPORATION.

Sworn this 15th day of November, 2004 under penalty of perjury under the laws of the State of California and of the United States at San Francisco, California.

_____
FORREST BOOTH

SANFRAN1\31734\1 123206.000

**EXHIBIT A**

| | |
|---|---|
| **From:** | Stephen Smith [scsmith@carlsmith.com] |
| **Sent:** | Monday, October 18, 2004 12:13 AM |
| **To:** | David Ledger; Booth, Forrest; tcsterling@kbsjlaw.com; attorneys@saipan.com |
| **Cc:** | tarpley@guam.net |
| **Subject:** | Re: Gargrave Motion Schedule |

I'm generally in agreement, but want to take Rod Bismonte's deposition first, as well as that of Perfecto Jose. This all is subject to Forrest's approval too, and he'll read this in the morning.

Stephen C. Smith
Carlsmith Ball LLP
Pacific Tower
1001 Bishop Street, Ste 2200
P.O. Box 656
Honolulu, Hawaii 96813
(808) 523-2542
FAX (808) 523-0842
Cell: (808) 722-0231
SCSmith@carlsmith.com

>>> "O'Connor Berman Dotts & Banes" <attorneys@saipan.com> 10/17/04
>>> 21:08 PM >>>
Gentlemen:

I agree.

Robert O'Connor
----- Original Message -----
From: Thomas C. Sterling
To: David Ledger ; Forrest Booth ; Stephen Smith
Cc: Robert O'Connor ; Thomas Tarpley
Sent: Monday, October 18, 2004 3:17 PM
Subject: Gargrave Motion Schedule

Gentlemen,
    I have confirmed with the District Court Clerk that Judge Wallace Tashima of the Ninth Circuit Court of Appeals will be serving as designated District Court Judge from November 29 through December 10 and that we can get motions scheduled before him on December 3.
    As I have discussed with some of you, I have been waiting for an opportunity to file appropriate pretrial motions and I know that Bob, and possibly Forrest, also intend to file motions. As such, I propose that we agree to 12/3 as a hearing date (an agreement is required under the local rules) and that we then proceed with filing as soon as possible to insure we get on calendar.
    If anyone wants to Judge shop, you certainly can't do any better than Judge Tashima so I suggest we all take advantage of this opportunity. Please advise ASAP.
                        Thanks,
                        Tom

KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Mobile: (671) 687-5967
Facsimile: (671) 472-4290
E-mail: tcsterling@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at tcsterling@kbsjlaw.com or by telephone at (671) 477-7857 or (671) 687-5967 and destroy all copies of the original message.