ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
NOV 16 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S OBJECTION TO HEARING DATE FOR DISPOSITIVE MOTIONS; DECLARATION OF SERVICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff hereby submits its objection to the Agreement of Hearing Date filed

herein on October 28, 2004, by counsel for Defendant BLACK CONSTRUCTION

CORPORATION ("BLACK").

1. Counsel for BLACK, in a document entitled Agreement of Hearing Date, represents that all parties hereto have unconditionally agreed that the dispositive motions which have been filed herein by Defendants WINZLER & KELLY CONSULTING ENGINEERS, BLACK CONSTRUCTION CORPORATION and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION ("EMPSCO"), may be heard in this Court on December 3, 2004. Counsel's representation in this regard is not entirely correct. What counsel for Plaintiff agreed to, by an email dated October 18, 2004, was that motions be heard on that date, so long as two key depositions were completed beforehand. Those depositions are of Rod Bismonte and Perfecto Jose. See Declaration of Forrest Booth, filed herewith, Exhibit A. Those two depositions have not yet been taken, due in part to the trial schedule of counsel for EMPSCO, the travel schedules of various counsel, and the threat to Guam posed by Typhoon Nock-Ten last month. Counsel for Plaintiff is also informed that one witness failed to appear for a properly-noticed deposition in this case.

Plaintiff must take those two depositions, and have time to evaluate and digest them, before it can respond to the motions which Defendants have recently filed. Plaintiff has sued Defendants for negligence and breach of contract, as well as breach of the warranty of workmanlike performance. The depositions of the individuals who were closely involved with the work done on the Shell F-1 pier, and with the adoption by BLACK of the design prepared by WINZLER & KELLY and approved by EMPSCO, are obviously central to Plaintiff's oppositions to the Defendants' motions.

2. Because Plaintiff's agreement to the December 3rd hearing date was conditional, and the condition has not been satisfied, there is currently no agreement by Plaintiff

to have the hearing on December 3, 2004.

        3.      On December 3, 2004, Guam counsel for Plaintiff, David Ledger and Steven C. Smith, will both still be engaged in a lengthy trial on Yap. The trial is now not expected to conclude before the middle of December, since its beginning was delayed by several weeks. Accordingly, any hearing date in December will now be extremely inconvenient for counsel for Plaintiff. Since counsel for Plaintiff have been advised by the Court that trial in this matter will not be able to be held on the assigned date of March 1, 2005, counsel for Plaintiff requests this Court to set a Scheduling Conference in this matter for a date convenient for the Court and all counsel in early January, 2005.

DATED: November 16, 2004.

CARLSMITH BALL LLP

_____
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

SANFRAN1\31732\1 123206.000

# DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 16, 2004, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S OBJECTION TO HEARING DATE FOR DISPOSITIVE MOTIONS; DECLARATION OF SERVICE** upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and

>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Dated this 16th day of November 2004 at Hagåtña, Guam.

_____
ELYZE McDONALD