CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S REQUEST FOR SCHEDULING CONFERENCE; DECLARATION OF SERVICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

　　　　　　As the Court is aware, Defendants BLACK CONSTRUCTION CORPORATION,

WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT &

4828-5879-3472.1.055639-00001

PLANNING SERVICES CORPORATION have recently filed various motions for partial summary judgment, and for judgment on the pleadings. Counsel for the Defendants herein have requested that these matters be set for hearing on December 3, 2004, without Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS' agreement thereto. Plaintiff has filed herewith its objection to that hearing date, for the reasons set forth therein.

Plaintiff hereby requests that the Court set a Scheduling Conference, at a date in January, 2005 or thereafter which is convenient to all counsel, which will address the following issues:

(1) A date for the hearing of Defendants' motions mentioned above;

(2) Dates for the depositions of the witnesses on Guam who are recalcitrant or who have otherwise been unavailable when their depositions have previously been set;

(3) Dates for the depositions of experts; and

(4) A date for Plaintiff to submit the report of its rebuttal expert, whose report and opinions will necessarily be based in part on the depositions yet to be taken in Guam.

DATED: Hagåtña, Guam, November 16, 2004.

CARLSMITH BALL LLP

_____
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

SANFRAN1\31722\1 123206.000

4828-5879-3472.1.055639-00001

2.

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 16, 2004, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S REQUEST FOR SCHEDULING CONFERENCE; DECLARATION OF SERVICE** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Dated this 16th day of November 2004 at Hagåtña, Guam.

_____
ELYZE McDONALD