LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2226
Attorney for Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CIV03-00009<br><br>**ORDER GRANTING EMPSCO LEAVE TO FILE AMENDED ANSWER ADDING COUNTERCLAIM** |

This matter having come before this Court upon the motion of Defendant Engineering, Management & Planning Services Corporation ("EMPSCO") to amend its Answer herein to add a counterclaim against Plaintiff for attorney fees, no oral argument requested, and it is appearing from the Court's record that Plaintiff has filed no opposition to said motion within the time allotted under L.R. 7.1(d)(2)(A), and good cause otherwise appearing to grant said motion in the interest of justice; NOW, THEREFORE

IT IS ORDERED that EMPSCO's motion is GRANTED.

SO ORDERED _November 16_, 2004.

_____
DISTRICT COURT JUDGE