# ORIGINAL ● ●

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM

NOV 1 8 2004

MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

S.J. GARGRAVE SYNDICATE AT
LLOYDS,

        Plaintiff,

vs.

BLACK CONSTRUCTION CORPORATION,
WINZLER & KELLY, and ENGINEERING,
MANAGEMENT & PLANNING SERVICES
CORPORATION,

        Defendants.

CIVIL CASE NO. CV03-00009

**ORDER GRANTING PLAINTIFF'S
REQUEST TO FILE FACSIMILE
FILING**

The Court hereby **GRANTS** Plaintiff's Request to File Facsimile filing with regard to the

Declaration of Forrest Booth in Support of Plaintiff's Objection to Hearing Date for Dispositive

Motions.

SO ORDERED: _november 18, 2004_ .

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED

NOV 1 6 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

4832-1406-4128.1.055639-00001