ORIGINAL



CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF FORREST BOOTH IN SUPPORT OF PLAINTIFF'S OBJECTION TO HEARING DATE FOR DISPOSITIVE MOTIONS; DECLARATION OF SERVICE** |

I, Forrest Booth, declare:

1. I am an attorney duly licensed to practice law before all courts in the State

of California, and am admitted pro hac vice herein. I am a member of the law firm of Cozen


O'Connor, counsel of record for Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS.

2. I have personal knowledge of the facts stated in this Declaration, and if called as a witness to testify as to them, I can and will competently do so.

3. Attached hereto and marked as Exhibit A is a true and correct copy of an email dated and received by me on October 18, 2004 from Steven C. Smith, counsel for Plaintiff, addressed to me and to all defense counsel in this matter, in reply to an email from counsel for Defendant BLACK CONSTRUCTION CORPORATION.

Sworn this 15th day of November, 2004 under penalty of perjury under the laws of the State of California and of the United States at San Francisco, California.

_____
FORREST BOOTH

SANFRAN1\31734\1 123206.000

**EXHIBIT A**

# Booth, Forrest

**From:** Stephen Smith [scsmith@carlsmith.com]
**Sent:** Monday, October 18, 2004 12:13 AM
**To:** David Ledger; Booth, Forrest; tcsterling@kbsjlaw.com; attorneys@saipan.com
**Cc:** tarpley@guam.net
**Subject:** Re: Gargrave Motion Schedule

I'm generally in agreement, but want to take Rod Bismonte's deposition first, as well as that of Perfecto Jose. This all is subject to Forrest's approval too, and he'll read this in the morning.

Stephen C. Smith
Carlsmith Ball LLP
Pacific Tower
1001 Bishop Street, Ste 2200
P.O. Box 656
Honolulu, Hawaii  96813
(808) 523-2542
FAX (808) 523-0842
Cell:  (808) 722-0231
SCSmith@carlsmith.com

>>> "O'Connor Berman Dotts & Banes" <attorneys@saipan.com> 10/17/04
>>> 21:08 PM >>>
Gentlemen:

I agree.

Robert O'Connor
 ----- Original Message -----
 From: Thomas C. Sterling
 To: David Ledger ; Forrest Booth ; Stephen Smith
 Cc: Robert O'Connor ; Thomas Tarpley
 Sent: Monday, October 18, 2004 3:17 PM
 Subject: Gargrave Motion Schedule


 Gentlemen,
   I have confirmed with the District Court Clerk that Judge Wallace Tashima of the Ninth Circuit Court of Appeals will be serving as designated District Court Judge from November 29 through December 10 and that we can get motions scheduled before him on December 3.
   As I have discussed with some of you, I have been waiting for an opportunity to file appropriate pretrial motions and I know that Bob, and possibly Forrest, also intend to file motions. As such, I propose that we agree to 12/3 as a hearing date (an agreement is required under the local rules) and that we then proceed with filing as soon as possible to insure we get on calendar.
   If anyone wants to Judge shop, you certainly can't do any better than Judge Tashima so I suggest we all take advantage of this opportunity. Please advise ASAP.
                                                       Thanks,
                                                       Tom


 KLEMM, BLAIR, STERLING & JOHNSON
 A Professional Corporation
 Suite 1008 Pacific News Building
 238 Archbishop F.C. Flores Street
 Hagatna, Guam  96910-5205
 Telephone: (671) 477-7857
 Mobile: (671) 687-5967
 Facsimile: (671) 472-4290
 E-mail: tcsterling@kbsjlaw.com

1

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at tcsterling@kbsjlaw.com or by telephone at (671) 477-7857 or (671) 687-5967 and destroy all copies of the original message.

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 18, 2004, I will cause to be served, via hand delivery, a true and correct copy of the **DECLARATION OF FORREST BOOTH IN SUPPORT OF PLAINTIFF'S OBJECTION TO HEARING DATE FOR DISPOSITIVE MOTIONS; DECLARATION OF SERVICE** upon Defendants' counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and

>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 18th day of November, 2004 at Hagåtña, Guam.

_____
ELYZE McDONALD