FILED
DISTRICT COURT OF GUAM
NOV 19 2004
MARY L. M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | Civil Case No. 03-00009<br><br><br>ORDER |

This matter is before the Court on the Plaintiff's Objection to Hearing Date for Dispositive Motions and Request for Scheduling Conference. After review of the Plaintiff's pleading the Court OVERRULES the Objection. There is no reason that the hearing date should be postponed on the basis the plaintiff alleges. The plaintiff states that it is unable to proceed with the hearings as two depositions have not yet been taken. However, the taking of depositions is not necessary to oppose motions for judgment on the pleadings. The plaintiff may file a Federal Rules of Civil Procedure Rule 56(f) Affidavit to oppose the summary judgment motion if deemed appropriate. Otherwise, on December 3, 2004, at 9:00 a.m. the Court will hear the following motions: 1) Defendant, Black Construction Corporation's Motion for Partial Summary Judgment, or Alternatively, to Dismiss; 2) Defendant, Winzler & Kelly's Motion for Judgment on the Pleadings, on Ninth Cause of Action;

3) Defendant, Winzler & Kelly's Motion for Judgment on the Pleadings, on Second Cause of Action; 4) Defendant, Winzler & Kelly's Motion for Judgment on the Pleadings, on Fifth Cause of Action; 5) Defendant, Engineering, Management, & Planning Services Corporation for Summary Judgment and for Judgment on the Pleadings. Additionally, the Court GRANTS the plaintiff's request for a scheduling conference. Such conference is scheduled for December 3, 2004, at 9:00 a.m.

SO ORDERED this 19th day of November, 2004.

_____
A. WALLACE TASHIMA*
Senior Circuit Judge

---

*The Honorable A. Wallace Tashima, United States Senior Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.