LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP2286
Attorney *for* Defendant Engineering, Management
 & Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
NOV 19 2004
MARY L. M. MORAN
CLERK OF COURT

(95)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CIV03-00009 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On November 18, 2004, I caused to be served, mailed and deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, true and correct copies of the ORDERING GRANTING EMPSCO LEAVE TO FILE AMENDED ANSWER ADDING COUNTERCLAIM and AMENDED ANSWER AND COUNTERCLAIM OF ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION TO FIRST AMENDED COMPLAINT to the following:

(VIA HAND DELIVERY)
DAVID P. LEDGER, ESQ.
CARLSMITH BALL LLP
Bank of Hawaii Bldg.
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

ORIGINAL

```
 1  (VIA MAIL)
    THOMAS C. STERLING, ESQ.
 2  KLEMM BLAIR STERLING & JOHNSON
    Pacific News Bldg.
 3  Suite 1008
    238 Archbishop Flores Street
 4  Hagatna, Guam 96910

 5  (VIA MAIL)
    DANIEL J. BERMAN, ESQ.
 6  BERMAN O'CONNOR MANN & SHKLOV
    Bank of Guam Bldg.
 7  Suite 503
    111 Chalan Santo Papa
 8  Hagatna, Guam 96910

 9  (VIA MAIL)
    ROBERT J. O'CONNOR, ESQ.
10  O'CONNOR BERMAN DOTTS & BANES
    2nd Floor, Nauru Bldg.
11  P.O. Box 501969
    Saipan, MP 96950
12
            Dated this  19th   day of November, 2004.
13
14                                    _____
15                                    Dorothea Quichocho
```

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al. CIV03-00009
CERTIFICATE OF SERVICE

Page 2 of 2

Case 1:03-cv-00009   Document 101   Filed 11/19/2004   Page 2 of 2