ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
NOV 22 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>                Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>                Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF ELYZE MCDONALD; DECLARATION OF SERVICE** |

I, Elyze McDonald, declare:

1.    I am an attorney duly licensed to practice law before this Court. I am an

Associate at Carlsmith Ball LLP, counsel of record for Plaintiff S.J. GARGRAVE SYNDICATE

AT LLOYDS (hereinafter "Plaintiff").

2.      I have personal knowledge of the facts stated in this Declaration, and if called as a witness to testify as to them, I can and will competently do so.

3.      I submit this declaration as Plaintiff's affidavit pursuant to Federal Rule of Civil Procedure 56(f), and urge the Court to deny Defendants' various motions for summary judgment and partial summary judgment, and judgment on the pleadings, or continue them to enable Plaintiff to conduct necessary discovery. Plaintiff has not been able to complete discovery necessary to properly oppose the Defendants' motions. The Defendants scheduled this motion for hearing on December 3, 2004, with full knowledge that Plaintiff had not agreed to the hearing date, and with full knowledge that Plaintiff would not agree to any particular hearing date (as required by the Local Rules) unless and until necessary discovery had been taken. On or about October 18, 2004, counsel for BLACK CONSTRUCTION CORPORATION (hereinafter "Black") emailed all counsel, proposing that all parties agree to December 3, 2004, as the hearing date for dispositive motions. Counsel for Plaintiff Stephen Smith replied to the email, stating that he was "generally in agreement," but that he wanted to take two depositions first, and also stating that he would need to obtain my approval. Thereafter, the parties attempted to work out a schedule for taking the two depositions, but were unable to do so for a variety of reasons.

4.      In spite of there being no agreement to do so – and with full knowledge that Plaintiff needed to conduct further discovery – the Defendants nevertheless set their various dispositive motions for hearing and oral argument on December 3, 2004.

5.      Defendants brought the motions for summary judgment with full knowledge that Plaintiff needed to do at least two more depositions of specific, identified, individuals, Perfecto Jose, the senior vice president of Defendant Black, and Black's site superintendent Rod

Bismonte, before it could agree to set a hearing date for the motion. Plaintiff expects these individuals to provide key testimony about Black's activities and role in the project, Defendant ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION (hereinafter "EMPSCO")'s involvement in the project (since these witnesses needed to work closely with EMPSCO and its employees throughout the project on design and construction issues), and implementation of the repair designed by Defendant WINZLER & KELLY CONSULTING ENGINEERS (hereinafter "Winzler"). While Plaintiff believes that Defendants' various motions for summary judgment should fail even in the absence of this testimony, this fact discovery is essential to enable Plaintiff to present a proper opposition to the motions for summary judgment.

6.      Further, four depositions were taken recently for which the court reporter has not yet provided transcripts to Plaintiff's counsel. Two of these depositions are of parties to this case. These are (1) the deposition of the person most knowledgeable at Winzler, taken on September 21, 2004; (2) the person most knowledgeable at Defendant Black, taken on September 22, 2004; (3) the person most knowledgeable at Guam Department of Public Works, taken on September 20, 2004; and (4) Jurgen Unterberg, of Oceaneer Enterprises, Inc., taken on September 23, 2004.

7.      Attached hereto and marked as Exhibit A are true and correct copies of the cover page of the deposition transcript of Peter M. MacLeod, taken on or about March 4 and 5, 2004, pp. 59, 60 and 199 of the deposition transcript, and Exhibits G (Loss and Subrogation Form), I (Report Number 5 and spreadsheets, dated October 2, 2202) (first 9 pages), and GG (May 22, 1996, Memorandum from EMPSCO to Manuelito Gomez) to the deposition transcript.

8.      Attached hereto and marked as Exhibit B is a true and correct copy of a memorandum stating that it is from EMPSCO to The Port dated December 31, 1996, which was produced to Plaintiff by counsel for EMPSCO on or about March 19, 2004.

9.    Attached hereto and marked as Exhibit C are true and correct copies of the cover page and pages 105 and 163 of the deposition transcript of Bruce Swanney, taken herein on March 25, 2004.

DATED: Hagåtña, Guam, November 22, 2004.

CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
FORREST BOOTH
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 19, 2004, I will cause to be served, via facsimile, a true and correct copy of **DECLARATION OF ELYZE McDONALD; DECLARATION OF SERVICE** upon Defendants' counsel of record as follows:

Robert J. O'Connor, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
Klemm Blair Sterling & Johnson, P.C.
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

and

Thomas M. Tarpley, Esq.
Law Offices of Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910

Executed this 22nd day of November, 2004 at Hagåtña, Guam.

ELYZE McDONALD

# EXHIBIT A

1    *A.*  Yes; it's a maze.

2    *Q.*  And actually, there was some e-mail that kind of

3    explained what happened, but I didn't even want to get

4    into that.  So I just thought you could maybe explain it

5    to us.

6          So we've put in front of you what we've marked as

7    F, G, and H, and can you, looking at those three

8    documents -- First of all, let me ask you this.  Other

9    than these three documents here, and you can explain

10   whichever one you feel is the right one, did the Port

11   Authority execute any other types of releases or

12   subrogation forms or assignments, or anything else in

13   connection with this settlement?

14   *A.*  They may have done some earlier ones for an

15   interim payment, along the line.

16   *Q.*  I have seen some of proofs of loss that were

17   signed for interim payment.

18   *A.*  Yes; yes.  Because they were paying in Million

19   Dollar lumps, the insurer expects a proof of loss

20   document for every large payment, and then an authority

21   to pay form.

22   *Q.*  Well let me ask you this.  As far as the $7-1/2

23   Million settlement, which of these three documents, to

24   your knowledge, is the one that's in the right form that

25   is the binding copy?

1    *A.*   This is right.  Item F is fine.

2    *Q.*   Item F, and that is the one dated January 16, 03

3    on Port Authority letterhead.

4    *A.*   I'd like to have time to read these; I'm sorry.

5    *Q.*   Go ahead and take a look.

6    *A.*   One is bigger than the other; see what we did

7    here.

8    *Q.*   I thought one of them had the earthquake date

9    wrong, but that doesn't look that way.

10   *A.*   I think what happened, I think what happened here

11   is that one of the documents had the wrong date in it so

12   they submitted a new set; these two seem to be okay; F

13   and G seem to be okay.

14                MR. O'CONNOR:  Which one is G?

15                MR. STERLING:  Hang on a second.

16                THE WITNESS:  H.

17                MR. BOOTH:  G is the April 10.

18                THE WITNESS:  Yeah.

19                MR. STERLING:  Can you give me those numbers

20   again because I didn't mark mine?

21                THE WITNESS:  F and G seem to be

22   satisfactory.

23                MR. STERLING:  And those are the ones on the

24   Port Authority form?

25                MR. BOOTH:  No, the April one is G, so the

1    I saw that, which I just passed on.

2        Q    Are you aware how the Port responded to this?

3        A    No.  I would have seen documents, but I can't be

4    specific.  I saw that many documents in my discovery process.

5        Q    Let me show you Exhibit GG.

6                        (Exhibit GG marked for

7                        identification:  Letter from

8                        EMPSCO; 05-22-96.)

9        Q    Exhibit GG is a May 22nd, 1996 letter from EMPSCO to

10   Macario Associates, Attention Manuelito Golez.  Reference to

11   Submittal No. 12 - Proposed Pile Repair Details; Winzler &

12   Kelly Drawing Sheet VE-1.

13            It says, "Gentlemen:  Our review of Submittal No. 12

14   raises the following comments.  Number 1, The general concept

15   outlining the proposed method of repair is hereby approved in

16   concept."

17            Have you ever seen this letter before?

18       A    I think I have, yes.

19       Q    And EMPSCO was the engineering firm that represented

20   the Port in this project?

21       A    In the beginning, I believe.

22       Q    At this point in time when they wrote this letter?

23            MR. BOOTH:  If you know.  Don't speculate.

24       A    I know they were involved, but I have no idea what

25   dates they were involved when they started and finished .





# PORT AUTHORITY OF GUAM
### ATURIDAT I PUETTON GUAHAN
#### Jose D. Leon Guerrero Commercial Port
#### GOVERNMENT OF GUAM
1026 Cabras Highway, Suite 201
Piti, Guam 96915

**FELIX P. CAMACHO**
Governor of Guam

**KALEO S. MOYLAN**
Lieutenant Governor

Telephone: (671) 477-5931/35
(671) 477-2683/85
Facsimile: (671) 477-2689/4445
Webpage: www.netpci.com/~pag4

## LOSS AND SUBROGATION FORM

$7,500,000.00                                              Date: 04/10/03

Claim No: Port Authority of Guam

THE ASSURED AGREES TO FULL SETTLEMENT FROM LLOYD'S OF LONDON AND LONDON COMPANIES, ROPNER INSURANCE SERVICES LTD. AND AM INSURANCE in the amount of Seven Million Five Hundred Thousand Dollars ($7,500,000.00) U.S. Dollars net of the deductible in full satisfaction compromise and discharge of all claims for loss and expense sustained to property insured under policy No: Port Authority of Guam by reason of Earthquake which occurred on October 13, 2001 and in consideration of which the undersigned hereby assigns and transfers to the said Company each and all claims and demands against any person, persons, corporation or property arising from or connected with such loss or damage and the said Company is subrogated in the place of and to the claims and demands of the undersigned against said person, persons, corporation or property in the premises to the extent of the amount above named.

WITNESS _____        INSURED _____
                                                Port Authority of Guam

DATE  4|10|03 _____



DEFENDANT'S DEPOSITION EXHIBIT
6

**Booth, Forrest**

| | |
|---|---|
| **From:** | Peter MacLeod [Peter.MacLeod@xtra.co.nz] |
| **Sent:** | Wednesday, October 02, 2002 7:15 PM |
| **To:** | Booth, Forrest; Michael Moody; Les Wilton; Annmarie Muna; John Boyt; Darren |
| **Subject:** | PORT AUTHORITY OF GUAM - EARTHQUAKE CLAIM - 13 OCTOBER 2001 |

Please find attached copy of our Report Number 5 and E-mail and spreadsheets from Young Adjustment Co.

Kind Regards

Peter MacLeod
MacLeod Claims Management Ltd
Serving the International Insurance Market
P O Box 36162, Merivale, Christchurch, New Zealand
Telephone +64 3 356 1098  Fax +64 3 356 1097
Peter.MacLeod@xtra.co.nz



# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM
### FI PIER

| | LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|
| * | F 1 | Replacement Dolphins | 1.00 | LS | | $ 4,048,051.00 | $ 4,048,051.00 |
| | | **MAIN PIER** | | | | | |
| * | F 1 | Main pier piles | 9,716 | LF | 82.8 | 804,484.80 | |
| * | F 1 | Main pier concrete | 346 | CY | 138 | 47,748.00 | |
| * | F 1 | Main pier concrete forms | 3,906 | SF | 3.11 | 12,147.66 | |
| * | F 1 | main pier rebar | 32,217 | LB | 0.41 | 13,208.97 | |
| * | F 1 | Main pier epoxy coating | 10,329 | SF | 6.97 | 71,993.13 | |
| * | F 1 | Main pier pile concrete fill | 122 | CY | 138 | 16,836.00 | |
| * | | SUB TOTAL | | | | 966,418.56 | 966,418.56 |
| | | | | | | | |
| ** | F 1 | Main Pier Additional Components 2002 costs | | | | | |
| ** | F 1 | Precast deck | 5,370 | SF | 12 | $ 64,440.00 | |
| ** | F 1 | Demolition 51 piles | 51 | EA | 3,000 | $ 153,000.00 | |
| ** | F 1 | Demolition deck topping & plank | 6,307 | SF | 10 | $ 63,070.00 | |
| ** | F 1 | Demolition beams | 912.50 | LF | 37 | $ 33,762.50 | |
| * | F 1 | Derrick | 1.00 | EA | 47,610 | $ 47,610.00 | |

YOUNG ADJUSTMENT COMPANY INC.

1

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

## FI PIER

| | LOCATION | DESCRIPTION | QTY | | UNIT | | AMOUNT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ | 361,882.50 | $ | 361,882.50 |
| | | Main Ramp & Piping Rack Assembly | | | | | | | |
| * | F 1 | Piles | 4401 | LF | 82.8 | $ | 364,402.80 | | |
| * | F 1 | Concrete Fill of Piles | 30 | CY | 138 | $ | 4,140.00 | | |
| * | F 1 | Concrete Beam, Deck,& Girder | 94.3 | CY | 138 | $ | 13,013.40 | | |
| * | F 1 | Concrete Forms | 1065 | SF | 3.11 | $ | 3,312.15 | | |
| * | F 1 | Rebar | 9123 | LB | 0.41 | $ | 3,740.43 | | |
| * | F 1 | Epoxy coating | 2381 | SF | 6.91 | $ | 16,452.71 | | |
| | | | | | | | | $ | 405,061.49 |
| | | Additional Components Ramp & Piping Rack | | | | | $ | 405,061.49 | | |
| ** | F 1 | Precast Plank | 1488 | SF | 12 | $ | 17,856.00 | | |
| ** | F 1 | Demolition Piles | 27 | EA | 3000 | $ | 81,000.00 | | |
| ** | F 1 | Demolition Deck | 1488 | SF | 10 | $ | 14,880.00 | | |
| ** | F 1 | Demolition Beams | 507 | LF | 37 | $ | 18,759.00 | | |
| * | F 1 | Derrick | 1 | EA | 47610 | $ | 47,610.00 | | |
| | | | | | | $ | 180,105.00 | $ | 180,105.00 |

YOUNG ADJUSTMENT COMPANY INC.

1022

2

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM
### FI PIER

| | LOCATION | DESCRIPTION | QTY | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| ** | F 1 | Temporary Piping & Manifold Job Sequencing | | | | |
| | | for continuos operation of pier | 1 EA | 500000 | $ 500,000.00 | |
| ** | F 1 | Core borings including mobialzation,drawings | | | | |
| | | engineering reports | 680 LF | 68.25 | $ 46,410.00 | |
| ** | F 1 | On island debris disposal fees | 1 EA | 100000 | $ 100,000.00 | |
| | | | | | $ 646,410.00 | $ 646,410.00 |
| | | SUB TOTAL | | | | $ 6,607,928.55 |
| | | Engineering Fees15%of the cost of construction | 1 EA | | | $ 991,189.28 |
| | | Construction Management Fee 8% | 1 EA | | | $ 528,634.28 |
| | | Gross Receipts Tax | 1 EA | | | $ 275,550.62 |
| | | TOTAL | | | | $ 8,403,302.74 |
| * | Foot note | 1988 construction costs multiplied by inflation | | | | |
| | | factor of 38% = 2002 costs | | | | |
| ** | Foot note | 2002 costs | | | | |

YOUNG ADJUSTMENT COMPANY INC.

3

1026

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

### F 5 PIER

| LOCATION | DESCRIPTION | UNIT | AMOUNT | TOTAL | CLAIM |
|---|---|---|---|---|---|
| Pier F5 | Reset Fallen Boulder Rip-Rap, 3 Man Dive Team with Flotation Bladders, Compressors and associated Equipment | 2 DAY | 2,500.00 | 5,000.00 | |
| | | | | - | |
| | | | | - - | |
| | TOTAL | | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |

YOUNG ADJUSTMENT COMPANY INC.

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## SHELL PIER MANIFOLD RELOCATION

| LOCATION | DESCRIPTION | QTY | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| PIPING TO PIER | RELOCATION OF EXISTING PIPING | | | | |
| | 6" WATER MAIN | 110 | LF | 43 | 4,730 |
| | A LINE 24" PIPE | 110 | LF | 219 | 24,090 |
| | B LINE 24" PIPE | 110 | LF | 219 | 24,090 |
| | 10" PIPE | 110 | LF | 74 | 8,140 |
| | 18" PIPE | 110 | LF | 163 | 17,930 |
| | 18" PIPE | 110 | LF | 163 | 17,930 |
| | 4" PIPE | 110 | LF | 23 | 2,530 |
| | 4" PIPE | 160 | LF | 23 | 3,680 |
| | 6" PIPE | 140 | LF | 35 | 4,900 |
| | 10" PIPE | 150 | LF | 74 | 11,100 |
| | 10" PIPE | 110 | LF | 74 | 8,140 |
| | BUNKER LINE TO FUEL METER PUMP 4" | 110 | LF | 23 | 2,530 |
| | REMOVE RELOCATE FUEL METER PUMP | 1 | EA | 500 | 500 |
| | REMOVE RESET 2  4" VALVES | 2 | EA | 210 | 420 |
| ELECTRICAL TO PIER | 7 ELECTRICAL LINES 100 LF EACH | 700 | LF | 15 | 10,500 |
| | RELOCATE | | | | 0 |
| PIER MANIFOLD | 1 12' X 24" MANIFOLD TANK  PIPING | 1 | EA | 3000 | 3,000 |
| VALVES AT MANIFOLD | MOTOR DRIVEN 10" VALVES | 7 | EA | 5800 | 40,600 |
| | 10" MANUAL VALVE | 1 | EA | 2475 | 2,475 |
| | 8" MANUAL  VALVE | 3 | EA | 1530 | 4,590 |
| | 6" MANUAL VALVE | 1 | EA | 1025 | 1,025 |
| | 24" VALVE | 1 | EA | 23868 | 23,868 |

YOUNG ADJUSTMENT COMPANY INC

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

## SHELL PIER MANIFOLD RELOCATION

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | 18" VALVE | 2 | EA | 11900 | 23,800 | |
| | PRESSURE GAUGES | 10 | EA | 100 | 1,000 | |
| TEMPORARY CATWALK | 32" X 18' | 1 | EA | 2016 | 2,016 | |
| | 32" X 24' ABOVE MANIFOLD | 1 | EA | 2688 | 2,688 | |
| RAMP & MANIFOLD | FIRE HOSE CANNON | 1 | EA | 750 | 750 | |
| | 3" LINE FOR FIRE HOSE CANNON | 80 | LF | 15 | 1,200 | |
| | 6' X 8' PLATFORMS | 2 | EA | 1920 | 3,840 | |
| | VALVE PLATFORM 4' X 3' | 1 | EA | 960 | 960 | |
| | 6" VALVE | 1 | EA | 1025 | 1,025 | |
| | 1" PIPE | 100 | LF | 6 | 600 | |
| | 1" VALVES | 2 | EA | 50 | 100 | |
| | FIRE HOUSE CANNON AT MANIFOLD | 2 | EA | 750 | 1,500 | |
| | *MATERIALS & FABRICATION ITEMS REQUIRED* | | | | 0 | |
| ADDITIONAL PIPING | 6" WATER MAIN | 30 | LF | 43 | 1,290 | |
| | A LINE 24"PIPE | 30 | LF | 219 | 6,570 | |
| | B LINE 24" PIPE | 30 | LF | 219 | 6,570 | |
| | 10" PIPE | 30 | LF | 74 | 2,220 | |
| | 18" PIPE | 30 | LF | 163 | 4,890 | |
| | 18" PIPE | 30 | LF | 163 | 4,890 | |
| | 4" PIPE | 30 | LF | 23 | 690 | |
| | 4" PIPE | 30 | LF | 23 | 690 | |
| | 6" PIPE | 30 | LF | 43 | 1,290 | |
| | 10" PIPE | 30 | LF | 74 | 2,220 | |
| | 10" PIPE | 30 | LF | 74 | 2,220 | |
| | BUNKER LINE TO FUEL METER PUMP 4" | 30 | LF | 23 | 690 | |

YOUNG ADJUSTMENT COMPANY INC

2

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## SHELL PIER MANIFOLD RELOCATION

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| ADDITIONAL FITTINGS | 24 " TEE | 2 | EA | 4130 | 8,260 | |
| | 18" TEE | 2 | EA | 2610 | 5,220 | |
| | 10" TEE | 1 | EA | 675 | 675 | |
| | 8" TEE | 1 | EA | 500 | 500 | |
| | 6" TEE | 2 | EA | 400 | 800 | |
| | 4" TEE | 2 | EA | 250 | 500 | |
| END CAPS | 24" CAP | 2 | EA | 1360 | 2,720 | |
| | 18" CAP | 1 | EA | 860 | 860 | |
| | 10" CAP | 1 | EA | 225 | 225 | |
| | 8" CAP | 2 | EA | 165 | 330 | |
| | 6" CAP | 2 | EA | 135 | 270 | |
| | 4" CAP | 2 | EA | 85 | 170 | |
| COLLECTION PIT | FABRICATE PIT FOR MANIFOLD 12' X 3' STAINLESS | 1 | EA | 2265 | 2,265 | |
| PIPE STANDS | FABRICATE PIPE STANDS 24 ' X 3 ' HIGH | 4 | EA | 3600 | 14,400 | |
| | PIPE CLAMPS FOR TEMPORARY PIPE STANDS | | | | 0 | |
| CLAMPS | 24" | 4 | EA | 100 | 400 | |
| | 18" | 8 | EA | 50 | 400 | |
| | 10" | 4 | EA | 40 | 160 | |
| | 8" | 8 | EA | 30 | 120 | |
| | 6" | 4 | EA | 20 | 160 | |
| | 4" | 8 | EA | 10 | 40 | |
| | 1" | 8 | EA | 7.5 | 60 | |
| CATWALK | TEMP. FABRICATED CAT WALK TO PIER 110' X 4' | 110 | LF | 112 | 12,320 | |
| | PAINT ALL CAT WALKS | 152 | LF | 15 | 2,280 | |
| PIPING TO PIER | PAINT ALL PIPING | 5000 | SF | 0.75 | 3,750 | |

YOUNG ADJUSTMENT COMPANY INC

3

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## SHELL PIER MANIFOLD RELOCATION

| LOCATION | DESCRIPTION | QTY | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| PIPING TO PIER | | | | | |
| EQUIPMENT | LABEL PIPING | 45 | EA | 675 | |
| | CRANE TO FACILITATE REPAIRS | 3 | MTH | 20000 | 60,000 |
| | CRANE TO BE PLACED ON PIER TO ASSIST IN HOOK UP OF FLEX PIPE FOR LOADING AND UNLOADING | | | 0 | |
| | | 12 | MTH | 5000 | 60,000 |
| | SUBTOTAL | | | 256,247 | $256,247 |
| | Overhead 10% | | | 25,625 | $25,625 |
| | SUB TOTAL | | | 281,872 | $281,872 |
| | Profit 15 % | | | 42,281 | $42,281 |
| | SUB TOTAL | | | 324,152 | $324,152 |
| | GRT 4.17% | | | 13,517 | $13,517 |
| | SUB TOTAL | | | 337,670 | $337,670 |
| | REASSEMBLE ORIGINAL PIPING MANIFOLD AND DISPOSE OF TEMPORARY ONE AFTER PIER RECONSTRUCTION IS COMPLETE. COST IS 50% OF THE COST OF THE TEMPORARY MANIFOLD INSTALLATION. | 1 | LS | 168,835 | $168,835 |
| | TOTAL | | | | $506,504 |

YOUNG ADJUSTMENT COMPANY INC

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## GANTRY CRANE #1 & #2 REPAIRS

| LOCATION | DESCRIPTION | UNIT | | AMOUNT | TOTAL | CLAIM |
|---|---|---|---|---|---|---|
| Gantry #1 | Enclosed Gear Reducers material, tax and shipping | 3 | ea | 23,000.00 | 69,000.00 | |
| | Labor for installation | 6 | md | 215.12 | 1,290.72 | |
| | | | | | | |
| Gantry #2 | Enclosed Gear Reducers material, tax and shipping | 2 | ea | 23,000.00 | 46,000.00 | |
| | Labor for installation | 6 | md | 215.12 | 1,290.72 | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | | |
| | TOTAL | | | | $ 117,581.44 | $ 117,581.44 |

YOUNG ADJUSTMENT COMPANY INC.

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

### ADMINISTRATION BUILDING

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| Interior/Procurement area | Acoustical ceiling tiles 50' x 61' x 9' | 3050 | SF | 1.35 | 4,117.50 | |
| | Acoustical ceiling tiles 11' x 8' x 9' | 197.8 | SF | 1.35 | 267.03 | |
| | Acoustical ceiling tiles 43' x 4.5" x 9' | 88 | SF | 1.35 | 118.80 | |
| | Clean Walls | 3155 | SF | 0.15 | 473.25 | |
| | Paint Walls | 3155 | SF | 0.60 | 1,893.00 | |
| Roof Area | 5 Spalls | 45 | SF | 125.00 | 5,625.00 | |
| | 2 Spalls | 8 | SF | 125.00 | 1,000.00 | |
| | 1 Spall | 20 | SF | 125.00 | 2,500.00 | |
| | 1 Spall | 13 | SF | 125.00 | 1,625.00 | |
| | 6 Spalls | 24 | SF | 125.00 | 3,000.00 | |
| Harbor master Exterior | Edge repair 6LF | 12 | SF | 125.00 | 1,500.00 | |
| | 1 Spall | 1 | SF | 125.00 | 125.00 | |
| | Edge repair Threshold 3 LF | 9 | SF | 125.00 | 1,125.00 | |
| | Edge repair 5' x 3' | 15 | SF | 125.00 | 1,875.00 | |
| Harbor master roof parapet | 2 Spalls | 2 | SF | 125.00 | 250.00 | |
| Harbor master Interior office | Prep and paint roof deck | 12888 | SF | 0.76 | 9,794.88 | |
| Exterior Administration bldg. | Paint 50% ceiling | 170 | SF | 0.60 | 102.00 | |
| Land side of Building | Reset downspout | 25 | LF | 30.90 | 772.50 | |
| | 1 Spall | 4 | SF | 125.00 | 500.00 | |
| East side of Building | Edge repair | 6 | LF | 125.00 | 750.00 | |
| | 1 Spall | 4 | SF | 125.00 | 500.00 | |
| Sea Side | Edge repair | 15 | SF | 125.00 | 1,875.00 | |
| West Side | Edge repair | 3 | SF | 125.00 | 375.00 | |
| | 1 Spall | 4 | SF | 125.00 | 500.00 | |

YOUNG ADJUSTMENT COMPANY

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## ADMINISTRATION BUILDING

| LOCATION | DESCRIPTION | QTY | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| Exterior Administration bldg | Prep &Paint 50% of exterior surfaces | 11142 SF | 0.89 | 9,916.38 | |
| | Scissors Lift Rental | 1 mth | 1,650.00 | 1,650.00 | |
| | Debris removal | | 1,500.00 | 1,500.00 | |
| | SUB TOTAL | | | $ 53,730.34 | $ 53,730.34 |
| | Overhead 10% | | | $ 5,373.03 | $ 5,373.03 |
| | SUB TOTAL | | | $ 59,103.37 | $ 59,103.37 |
| | Profit 15% | | | $ 8,865.51 | $ 8,865.51 |
| | SUB TOTAL | | | $ 67,968.88 | $ 67,968.88 |
| | GRT 4.7% | | | $ 3,194.54 | $ 3,194.54 |
| | TOTAL CLAIM | | | $ 71,163.42 | $ 71,163.42 |

YOUNG ADJUSTMENT COMPANY

1051

2

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## AGANA MARINA

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| South Marina | Paint 2 rail pipe | 450 | LF | 3.50 | 1,575.00 | |
| | Replace 2 pipe rail | 20 | LF | 82.50 | 1,650.00 | |
| | Replace 5' gate 2 pipe rail | 1 | EA | 500.00 | 500.00 | |
| | Remove/reset pipe rail | 80 | LF | 20.00 | 1,600.00 | |
| | Remove/reset pipe rail gates | 10 | LF | 5.00 | 50.00 | |
| | 11 Spalls | 22 | SF | 125.00 | 2,750.00 | |
| South Side parking lot | Remove/reset pipe railing | 40 | LF | 20.00 | 800.00 | |
| | Paint 200 lf pipe railing | 200 | LF | 3.50 | 700.00 | |
| | 3 spalls | 3 | EA | 125.00 | 375.00 | |
| | 1 Spall | 3 | LF | 125.00 | 375.00 | |
| | Pressure grout repair | 2 | LF | 35.00 | 70.00 | |
| South Side rear | Paint pipe railing | 80 | LF | 3.50 | 280.00 | |
| | Remove/reset pipe railing | 20 | LF | 20.00 | 400.00 | |
| | 2 Spalls | 2 | SF | 125.00 | 250.00 | |
| | Concreate topping repair | 40 | SF | 3.00 | 120.00 | |
| North Marina Parking side | no damage | | | | - | |
| Block Stairway | Skim coat 1" concreate repair | 6 | SF | 3.00 | 18.00 | |
| | prep and clean area for paint | 147 | SF | 0.29 | 42.63 | |
| | paint stairway | 147 | SF | 0.60 | 88.20 | |
| Sheet Pile | Install repair sheet pile | 1320 | SF | 25.50 | 33,660.00 | |
| | Concrete pile cap/with rebar forms ties | 24.4 | cy | 1,418.00 | 34,599.20 | |
| | Remove/reset railing | 60 | LF | 20.00 | 1,200.00 | |
| | Prep & paint rail | 180 | LF | 3.50 | 630.00 | |
| | Debris removal | 1 | EA | 1500 | 1500 | |

YOUNG ADJUSTMENT COMPANY INC.

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## AGANA MARINA

| LOCATION | DESCRIPTION | QTY | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| | SUB TOTAL | | | $ 83,233.03 | $ 83,233.03 |
| | Overhead 10% | | | $ 8,323.30 | $ 8,323.30 |
| | SUBTOTAL | | | $ 91,556.33 | $ 91,556.33 |
| | Profit 15% | | | $ 13,733.45 | $ 13,733.45 |
| | SUB TOTAL | | | $ 105,289.78 | $ 105,289.78 |
| | GRT 4.7% | | | $ 4,948.62 | $ 4,948.62 |
| | TOTAL | | | $ 110,238.40 | $ 110,238.40 |

YOUNG ADJUSTMENT COMPANY INC.

1053

2

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## AGAT MARINA

| LOCATION | DESCRIPTION | QTY | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| Building handicap ramp | spalls | 3 EA | 125.00 | 375.00 | |
| | Remove/reset hand rails | 30 LF | 2.75 | 82.50 | |
| | clean & prep for paint | 500 SF | 0.19 | 95.00 | |
| | Paint | 500 SF | 0.60 | 300.00 | |
| Pier section 3/2 A-B | 2 ceiling spalls 1 sf each | 2 EA | 125.00 | 250.00 | |
| | B 8 lf hairline crack | 6 LF | 35.00 | 210.00 | |
| Pier section 4/3 D-E | D edge repair 8 lf | 8 LF | 125.00 | 1,000.00 | |
| | E 6 lf edge repair | 6 LF | 125.00 | 750.00 | |
| Pier section 4/3 C-D | 1 ceiling spall 2 sf | 2 EA | 125.00 | 250.00 | |
| | 4 lf hairline crack | 4 LF | 35.00 | 140.00 | |
| Pier section 4/5 D-E | E 8lf edge repair | 8 LF | 125.00 | 1,000.00 | |
| | D 10 lf edge repair | 10 LF | 125.00 | 1,250.00 | |
| | 5 8 lf edge repair | 8 LF | 125.00 | 1,000.00 | |
| | 4 10 lf edge repair | 10 LF | 125.00 | 1,250.00 | |
| | 2 ceiling spalls 4 sf each | 2 SF | 150.00 | 300.00 | |
| Pier section 4/5 C-D | l ceiling spall 2 sf | 1 EA | 125.00 | 125.00 | |
| | 5 10lf cracking | 10 LF | 125.00 | 1,250.00 | |
| | D 10 lf edge repair | 10 LF | 125.00 | 1,250.00 | |
| | 4lf hairline crack | 4 SF | 35.00 | 140.00 | |
| Pier sectoin 4/5 B-C | B 2lf edge repair | 2 LF | 125.00 | 250.00 | |
| | 5 5lf edge repair | 5 LF | 125.00 | 625.00 | |
| | ceiling spall 6 sf | 6 SF | 125.00 | 750.00 | |
| Pier section 4/5 A-B | 5 6lf edge repair | 6 LF | 125.00 | 750.00 | |
| | A 2lf edge repair | 2 LF | 125.00 | 250.00 | |

YOUNG ADJUSTMENT COMPANY INC.

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## AGAT MARINA

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| Pier section 5/6 D-E | 4 12 lf edge repair | 12 | LF | 125.00 | 1,500.00 | |
| | 6 10lf hairline crack | 10 | LF | 35.00 | 350.00 | |
| | E 5lf hairline crack | 5 | LF | 35.00 | 175.00 | |
| | 5 8lf edge repair | 8 | LF | 125.00 | 1,000.00 | |
| Pier section 5/6 C-D | 6 8lf hairline crack | 8 | LF | 35.00 | 280.00 | |
| | D 4 lf hairline crack | 4 | LF | 35.00 | 140.00 | |
| | 5 10 lf edge repair | 10 | LF | 125.00 | 1,250.00 | |
| | 5 10lf hairline crack | 10 | LF | 35.00 | 350.00 | |
| Pier section 5/6 B-C | 6 10lf edge repair | 10 | LF | 125.00 | 1,250.00 | |
| | C 2lf edge repair | 2 | LF | 125.00 | 250.00 | |
| | 5 5 lf edge repair | 4 | LF | 125.00 | 500.00 | |
| | 7lf hair line crack | 7 | LF | 35.00 | 245.00 | |
| | ceiling 2 spalls 2 sf ea | 2 | EA | 125.00 | 250.00 | |
| | ceiling 1 spall 4 sf | 1 | EA | 250.00 | 250.00 | |
| Pier section 5/6 A-B | 6 8lf edge repair | 8 | LF | 125.00 | 1,000.00 | |
| | B 2lf edge repair | 2 | LF | 125.00 | 250.00 | |
| | B 3lf hairline crack | 3 | LF | 35.00 | 105.00 | |
| | 5 2lf edge repair | 2 | LF | 125.00 | 250.00 | |
| | 5 4lf hairline crack | 4 | LF | 35.00 | 140.00 | |
| Pier section 6/7 D-E | ceiling 1 spall 2sf | 1 | EA | 125.00 | 125.00 | |
| | 6 10lf hairline crack | 10 | LF | 35.00 | 350.00 | |
| Pier section 6/7 C-D | 6 4lf hairline crack | 4 | LF | 35.00 | 140.00 | |
| Pier section 6/7 B-C | 7 10lf hairline crack | 10 | LF | 35.00 | 350.00 | |
| Pier section 6/7 A-B | ceiling spall 1 sf | 1 | EA | 125.00 | 125.00 | |
| | 7 6lf hairline crack | 6 | LF | 35.00 | 210.00 | |

YOUNG ADJUSTMENT COMPANY INC.

1055

2

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

### AGAT MARINA

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | 8 12 lf edge repair | 12 | LF | 125.00 | 1,500.00 | |
| | B 2 spalls 1 sf ea | 2 | EA | 125.00 | 250.00 | |
| Pier section 7/8 C-D | 8 3ceiling spalls 1 sf ea | 3 | EA | 125.00 | 375.00 | |
| | 8 3lf hairline crack | 8 | LF | 35.00 | 280.00 | |
| | 7 10 lf edge repair | 10 | LF | 125.00 | 1,250.00 | |
| Pier section 7/8 D/E | 3 spalls 2 sf each | 3 | EA | 125.00 | 375.00 | |
| | 8 12lf edge repair | 12 | LF | 125.00 | 1,500.00 | |
| | 2 lf hairline cracks | 2 | LF | 35.00 | 70.00 | |
| | 7 8lf edge repair | 8 | LF | 125.00 | 1,000.00 | |
| Pier section 7/8 B-C | B 8lf edge repair | 8 | LF | 125.00 | 1,000.00 | |
| | 8 6lf edge repair | 6 | LF | 125.00 | 750.00 | |
| | 7 10 lf edge repair | 10 | LF | 125.00 | 1,250.00 | |
| | ceiling 2 spalls 1 sf ea | 2 | EA | 125.00 | 250.00 | |
| Pier section 7/8 A-B | 8 10 lf edge repair | 10 | LF | 125.00 | 1,250.00 | |
| | B 5lf edge repair | 5 | LF | 125.00 | 625.00 | |
| | 7 2lf edge repair | 7 | LF | 125.00 | 875.00 | |
| | A 4 lf hairline crack | 4 | LF | 35.00 | 140.00 | |
| | 2 ceiling spalls | 2 | EA | 125.00 | 250.00 | |
| Pier section 8/9 D-E | ceiling spall 4 sf | 1 | EA | 125.00 | 125.00 | |
| Pier section 8/9 C-D | 2 ceiling spalls 1 sf each | 2 | EA | 125.00 | 250.00 | |
| | 2 lf edge repair | 2 | LF | 125.00 | 250.00 | |
| | 9 6lf edge repair | 6 | LF | 125.00 | 750.00 | |
| | C 6lf hairline crack | 6 | LF | 35.00 | 210.00 | |
| Pier section 8/9 B-C | C 1lf edge repair | 1 | LF | 125.00 | 125.00 | |
| | 9 10lf edge repair | 10 | LF | 125.00 | 1,250.00 | |

YOUNG ADJUSTMENT COMPANY INC.

3

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

### AGAT MARINA

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| Pier section 8/9 A-B | 10 10lf hairline crack | 10 | LF | 35.00 | 350.00 | |
| | 9 6lf top edge corner repair | 6 | LF | 125.00 | 750.00 | |
| Pier section 9/10 D-E | 9 12lf bottom edge repair | 12 | LF | 125.00 | 1,500.00 | |
| | ceiling spall 4 sf | 1 | EA | 125.00 | 125.00 | |
| | 10 4lf hairline crack | 4 | LF | 35.00 | 140.00 | |
| Pier section 9/10 C-D | 10 10lf corner repair | 10 | LF | 125.00 | 1,250.00 | |
| Pier section 9/10 B-C | 1 ceiling spall 2sf | 1 | EA | 125.00 | 125.00 | |
| | C ceiling spall 1 sf | | | 125.00 | 125.00 | |
| | 10 10lf corner repair | 10 | LF | 125.00 | 1,250.00 | |
| Pier section  9/10 A-B | ceiling spalls 2sf each | 2 | EA | 125.00 | 250.00 | |
| | 10 12lf edge repair | 12 | LF | 125.00 | 1,500.00 | |
| Pier section10/11 C-D | 10 2lf hairline crack | 2 | LF | 35 | 70.00 | |
| | 5 ceiling spalls | 5 | EA | 125 | 625.00 | |
| Pier section 10/11 A/E | 3 ceiling spalls 2 sf ea | 3 | EA | 125 | 375.00 | |
| | 11 8lf corner repair | 8 | LF | 125 | 1,000.00 | |
| Pier section 10/11 B-C | no damage | | | | - | |
| Pier section 10/11 A-B | 11 10 lf edge repair | 10 | LF | 125 | 1,250.00 | |
| | 2 ceiling spalls 2 x 2 | 2 | EA | 125 | 250.00 | |
| | 10 2lf corner repair | 2 | LF | 125 | 250.00 | |
| Pier section 11/12 D-E | 5 spalls 2' x 2' | 5 | EA | 125 | 625.00 | |
| | 12 2lf edge repair | 2 | LF | 125 | 250.00 | |
| Pier section 11/12 C-D | 2 spalls 2' x 2' | 2 | EA | 125 | 250.00 | |
| | 12 3lf edge repair | 3 | LF | 125 | 375.00 | |
| Pier section 11/12 B-C | 1 spall 2sf | 1 | EA | 125 | 125.00 | |
| | 12 4lf edge repair | 4 | LF | 125 | 500.00 | |

YOUNG ADJUSTMENT COMPANY INC.

1057

4

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

#### AGAT MARINA

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| Pier section 11/12 A-B | 12 10lf edge repair | 10 | LF | 125 | 1,250.00 | |
| | 13 8lf edge repair | 8 | LF | 125 | 1,000.00 | |
| | 3 ceiling spalls 2" x 2" | 3 | EA | 125 | 375.00 | |
| Pier section 12/13 A-B | 2 spalls 2' x 2' | 2 | EA | 125 | 250.00 | |
| | 12 2lf edge repair | 2 | LF | 125 | 250.00 | |
| Pier section 12/13 B-C | 2 ceiling spalls | 2 | EA | 125 | 250.00 | |
| | 13 3lf crack | 3 | EA | 125 | 375.00 | |
| | 2lf top edgeing | 2 | LF | 125 | 250.00 | |
| Pier Section 12/13 D-E | 13 15lfbeam repair | 15 | LF | 175 | 2,625.00 | |
| | 13 1o lf rebar replacement | 10 | LF | 105 | 1,050.00 | |
| | spalling | 3 | EA | 125 | 375.00 | |
| Pier section 12/13 C-D | Temporary shoring | 1 | EA | 800 | 800.00 | |
| | 13 girder fractured extensive repair 15 lf | 15 | LF | 250 | 3,750.00 | |
| | spalling | 2 | EA | 125 | 250.00 | |
| Pier section 12/13 A-B | spalling | 3 | EA | 125 | 375.00 | |
| | vertical edge repair | 3 | LF | 125 | 375.00 | |
| | B beam 30lf under side | 30 | LF | 125 | 3,750.00 | |
| | move rock 10 cy | 10 | cy | 325 | 3,250.00 | |
| | A spall 1 sf | 1 | EA | 124 | 124.00 | |
| | C beam 30 lf underside | 30 | LF | 125 | 3,750.00 | |
| | SUB TOTAL | | | | $ 78,211.50 | $ 78,211.50 |
| | Increased labor to preform all repairs under pier at low tides productivity factor od 35 % | | | | $ 27,374.03 | $ 27,374.03 |
| | SUB TOTAL | | | | $105,585.53 | $105,585.53 |
| | DEBRIS REMOVAL | 1 | EA | 1500 | $ 1,500.00 | $ 1,500.00 |

YOUNG ADJUSTMENT COMPANY INC.

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## AGAT MARINA

| LOCATION | DESCRIPTION | QTY | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| | SUB TOTAL | | | $ 107,085.53 | $ 107,085.53 |
| | Contractors Over head 10 % | | | $ 10,708.55 | $ 10,708.55 |
| | SUB TOTAL | | | $ 117,794.08 | $ 117,794.08 |
| | GRT TAX 4.17 % | | | $ 4,912.01 | $ 4,912.01 |
| | TOTAL | | | $ 122,706.09 | $ 122,706.09 |

YOUNG ADJUSTMENT COMPANY INC.

6

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

### CFS BUILDING

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| A Column Sea side | Eave edge repair | 30 | SF | 125.00 | 3,750.00 | |
| A Column small overhang | 22 Spalls | 44 | SF | 125.00 | 5,500.00 | |
| A Column overhang seal/and | Eave edge repair | 18 | SF | 125.00 | 2,250.00 | |
| A Exterior wall | 11 Spalls | 99 | SF | 125.00 | 12,375.00 | |
| AB Sea canopy | Eave edge repair | 36 | SF | 125.00 | 4,500.00 | |
| B Column Sea side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 30.90 | 803.40 | |
| B/C Sea canopy | Eave edge repair | 45 | SF | 125.00 | 5,625.00 | |
| C Column Sea side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 30.90 | 803.40 | |
| C/D Canopy Sea side | 2 Spalls | 8 | SF | 125.00 | 1,000.00 | |
| D Column Sea side | Eave edge repair | 30 | SF | 125.00 | 3,750.00 | |
| | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 30.90 | | |
| D/E Canopy Sea side | Eave edge repair | 36 | SF | 125.00 | 4,500.00 | |
| | Door edge repair | 6 | SF | 125.00 | 750.00 | |
| E Column Sea side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 30.90 | 803.40 | |
| E/F Canopy Sea side | Eave edge repair | 60 | SF | 125.00 | 7,500.00 | |
| F Column Sea side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 125.00 | 3,250.00 | |
| F/G Canopy Sea side | Eave edge repair | 15 | SF | 125.00 | 1,875.00 | |
| G/H Canopy Sea side | Eave edge repair | 12 | SF | 125.00 | 1,500.00 | |
| H/I Canopy Sea side | 1 Spall | 2 | SF | 125.00 | 250.00 | |
| | Eave edge repair | 12 | SF | 125.00 | 1,500.00 | |
| I Column Sea side | Edge Repair | 6 | LF | 125.00 | 750.00 | |

YOUNG ADJUSTMENT COMPANY INC.

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
### PITI GUAM

## CFS BUILDING

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| J Column Sea side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 125.00 | 3,250.00 | |
| J/K Canopy Sea side | 1 Spall | 2 | SF | 125.00 | 250.00 | |
| | Eave edge repair | 75 | SF | 125.00 | 9,375.00 | |
| K Column Sea side | Edge Repair | 40 | LF | 125.00 | 5,000.00 | |
| K Small overhang Sea side | 13 Spalls | 52 | SF | 125.00 | 6,500.00 | |
| | Eave edge repair | 75 | SF | 125.00 | 9,375.00 | |
| K Wall Exterior | 1 Spall | 4 | SF | 125.00 | 500.00 | |
| A Column Land side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 30.90 | 803.40 | |
| A/B Land Canopy | 2 Spalls | 8 | SF | 125.00 | 1,000.00 | |
| | Eave edge repair | 36 | SF | 125.00 | 4,500.00 | |
| B Column Land side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 30.90 | 803.40 | |
| B/C Land canopy | Eave edge repair | 60 | SF | 125.00 | 7,500.00 | |
| C Column Land side | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| | Remove/reset 6" downspout | 26 | LF | 30.90 | 803.40 | |
| | Remove/reset reefer electrical panel | 1 | EA | 260.00 | 260.00 | |
| | Paint "do not block sign " on column | 1 | EA | 10.00 | 10.00 | |
| | Remove/reset Data Antenna | 1 | EA | 25.00 | 25.00 | |
| C/D Land Canopy | Eave edge repair | 126 | SF | 125.00 | 15,750.00 | |
| D Column Land side | Edge Repair | 2 | LF | 125.00 | 250.00 | |
| D/E Land Canopy | Eave edge repair | 72 | SF | 125.00 | 9,000.00 | |
| E Column Land side | Edge Repair | 4 | LF | 125.00 | 500.00 | |
| E/F Land Canopy | 1 Spall | 4 | SF | 125.00 | 500.00 | |
| | Eave edge repair | 36 | SF | 125.00 | 4,500.00 | |
| F Column Land side | Edge Repair | 10 | LF | 125.00 | 1,250.00 | |

YOUNG ADJUSTMENT COMPANY INC.

1042

2

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

### CFS BUILDING

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| F/G Land Canopy | Eave edge repair | 79 | SF | 125.00 | 9,875.00 | |
| G/H Land Canopy | 1 Spall | 2 | SF | 125.00 | 250.00 | |
| H/I Land Canopy | Eave edge repair | 78 | SF | 125.00 | 9,750.00 | |
| | 1 Spall | 9 | SF | 125.00 | 1,125.00 | |
| I/J Land Canopy | Eave edge repair | 118 | SF | 125.00 | 14,750.00 | |
| | 1 Spall | 1 | SF | 125.00 | 125.00 | |
| J Column Land side | Eave edge repair | 78 | SF | 125.00 | 9,750.00 | |
| J/K Land Canopy | Edge Repair | 3 | LF | 125.00 | 375.00 | |
| K Column Land side | Edge Repair | 45 | SF | 125.00 | 5,625.00 | |
| | Jacket Column | 1 | EA | 8,507.00 | 8,507.00 | |
| Roof | Remove/reset 6" downspout | 26 | LF | 30.90 | 803.40 | |
| | pressure grout hairline cracking | 155 | LF | 35.00 | 5,425.00 | |
| | Debris removal | 1 | EA | 5,000.00 | 5,000.00 | |
| | Scissor lift rental | 2 | mths | 1,650.00 | 3,300.00 | |
| | Custom metal fabricated-usable 2 day supply | 1 | EA | 15,000.00 | 15,000.00 | |
| | SUB TOTAL | | | | $ 310,963.80 | $ 310,963.80 |
| | Overhead 10 % | | | | $ 31,096.38 | $ 31,096.38 |
| | SUB TOTAL | | | | $ 342,060.18 | $ 342,060.18 |
| | Profit 15% | | | | $ 51,309.03 | $ 51,309.03 |
| | SUB TOTAL | | | | $ 393,369.21 | $ 393,369.21 |
| | GFT 4.7% | | | | $ 18,488.35 | $ 18,488.35 |
| | TOTAL | | | | $ 411,857.56 | $ 411,857.56 |

YOUNG ADJUSTMENT COMPANY INC.

1043

3

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

### CSX BUILDING

| LOCATION | DESCRIPTION | QTY | | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| A1 Column | Jacket column | 1 | EA | 5,000.00 | 5,000.00 | |
| A4 Column | Jacket column | 1 | EA | 5,000.00 | 5,000.00 | |
| B1 Column | Jacket column | 1 | EA | 5,000.00 | 5,000.00 | |
| C1 Column | Jacket column | 1 | EA | 5,000.00 | 5,000.00 | |
| A/C Land canopy | 8 LF Eave edge repair | 24 | SF | 125.00 | 3,000.00 | |
| C2 Column | Jacket column | 1 | EA | 5,000.00 | 5,000.00 | |
| C3 Column | 15 LF Edge repair | 30 | SF | 125.00 | 3,750.00 | |
| C4 Column | 10 LF Edge repair | 20 | SF | 125.00 | 2,500.00 | |
| C6 Column | 5 LF Edge repair | 10 | SF | 125.00 | 1,250.00 | |
| 1C - 7C Overhang | 1 Spall | 9 | SF | 125.00 | 1,125.00 | |
| Sea Canopy | 6 LF Edge repair | 12 | SF | 125.00 | 1,500.00 | |
| Paint Exterior | Scrape & Prep concreate walls | 4029 | SF | 0.40 | 1,611.60 | |
| Paint Exterior | Paint exterior walls | 4029 | SF | 0.60 | 2,417.40 | |
| Scaffolding | Scaffolding | 1 | EA | 1,000.00 | 1,000.00 | |
| Exterior | Debris removal | 1 | EA | 2,000.00 | 2,000.00 | |
| Exterior | Scissor Lift rental | 1 | MTH | 1,650.00 | 1,650.00 | |
| | SUBTOTAL | | | | $ 46,804.00 | $ 46,804.00 |
| | Overhead 10% | | | | $ 4,680.40 | $ 4,680.40 |
| | SUBTOTAL | | | | $ 51,484.40 | $ 51,484.40 |
| | Profit 15% | | | | $ 7,722.66 | $ 7,722.66 |
| | SUBTOTAL | | | | $ 59,207.06 | $ 59,207.06 |
| | GRT 4.7% | | | | $ 2,782.73 | $ 2,782.73 |
| | TOTAL | | | | $ 61,989.79 | $ 61,989.79 |

YOUNG ADJUSTMENT COMPANY INC.

1040

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

## EXTRA EXPENSES

| LOCATION | DESCRIPTION | UNIT | AMOUNT | TOTAL | CLAIM |
|---|---|---|---|---|---|
| Gantry Rails survey | Gene Villaflores survey | 1 ea | 7,743.50 | 7,743.50 | |
| Gantry Rails survey | Gene Villaflores survey final invoice | 1 ea | 7,743.50 | 7,743.50 | |
| Gantry Rail Monitoring | Gene Villaflores | 1 ea | 2,500.00 | 2,500.00 | |
| Gantry Rails | Black Construction test excavation at ties | 1 ea | 10,000.00 | 10,000.00 | |
| Crane Rail Spur Frog | Temporary repair to Rail Spur Frog | 1 ea | 5,800.00 | 5,800.00 | |
| Subic Crane | Replacement of Wheels and Bearings | 1 ea | 496,000.00 | 496,000.00 | |
| Gantry Cranes #1 & #2 | Temporary Repairs to Cracked Motor Housings | 1 ls | 18,861.52 | 18,861.52 | |
| | | | | | |
| Shell F1 Pier | Smithbridge Guam Inc | 1 ea | 63,980.94 | 63,980.94 | |
| Shell F1 Pier | Smithbridge Guam Inc | 1 ea | 45,378.66 | 45,378.66 | |
| Shell F1 Pier | Smithbridge Guam Inc | 1 ea | 45,848.46 | 45,848.46 | |
| Shell F1 Pier | Smithbridge Guam Inc | 1 ea | 85,373.06 | 85,373.06 | |
| F1 Pier | Temporary repairs to Pier by Shell | 1 ea | 114,714.64 | 114,714.64 | |
| F1 Pier | Temporary relocation of pump manifold assembly | 1 ea | 506,504.00 | 506,504.00 | |
| | | | | | |
| F3,F4,F5,F6,Agat & Agana | Pro Marine underwater inspections | 1 ea | 2,691.00 | 2,691.00 | |
| Agana Marina | Repairs to washed out parking lot | 1 ls | 4,881.92 | 4,881.92 | |
| Hotel Warf | Oceaneer Enterprises underwater inspections | 1 ea | 1,125.24 | 1,125.24 | |
| Bank Fee | Guam bank | 1 ea | 15.00 | 15.00 | |
| Bank Fee | Wire transfer | 1 ea | 45.00 | 45.00 | |
| Port | Emergency Clean up labor ( to be determined ) | 1 ea | | - | |
| Port | Emergency Supplies ( to be determined ) | 1 ls | | - | |
| Yard | Black Construction repair water line | 1 ea | 12,042.00 | 12,042.00 | |

YOUNG ADJUSTMENT COMPANY INC.

1

# PORT AUTHORITY OF GUAM
## 1026 CABRAS HIGHWAY
## PITI GUAM

### EXTRA EXPENSES

| LOCATION | DESCRIPTION | UNIT | AMOUNT | TOTAL | CLAIM |
|---|---|---|---|---|---|
| | TOTAL | | | $1,431,248.44 | $1,431,248.44 |

YOUNG ADJUSTMENT COMPANY INC.



# EMPSCO  ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION

ENGINEERING CONSULTANTS

22 May 1996

TO:    **N.C. MACARIO ASSOCIATES**

ATTN:   **MANUELITO GOLEZ**

SUBJ:   **REPAIRS AND UPGRADING TO FOXTROT "F-1" PIER**
Apra Harbor,                                Guam, MI.

REF:       Submittal No. 12 - Proposed Pile Repair Details; W&K Drawing Sheet VE-1
Job No. 96424204 dated 04/04/96

Gentlemen:

Our review of Submittal No. 12 raises the following comments:

1.    The general concept outlining the proposed method of repair is hereby approved in concept.

2.    Specifications requirements for welds should clearly be indicated.

3.    Establish and Identify lengths of new pile sections.

4.    Provide statements by way of describing on orderly progression of the work involve.

5.    Provide structural calculations verifying that proposed repair meets design requirements.

6.    In reference to detail No. 3 of Sheet VE-1; there is concern regarding the condition of the base plate attachment to the existing concrete pile cap. It is assumed that the a portion of the existing corroded steel pile is embedded into the concrete pile cap. How does the contractor intend to treat this existing condition prior to installing the new base plate. 

This submittal is hereby forwarded with our action recommending "<u>approval as noted</u>".

Yours truly,

EMPSCO-Engineering Consultants

BUTCH ARCE



DEFENDANT'S DEPOSITION
EXHIBIT
676
PENGAD-Bayonne, N.J.

Received by: _____
Date: 5/2/96
_____

Suite 245 Julale Shopping Center, Agana Guam 96910 * P.O. Box 21794, GMF, Guam 96921
Tel: (671) 477-5716/4716 * Telefax: (671) 472-2136
Saipan Office: P.O. Box 144 Pearl River, Guaio Rai, Saipan, MP 96950

# EXHIBIT B



**EMPSCO**    ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION

ENGINEERING CONSULTANTS

## MEMORANDUM

Post-it® Fax Note   7671   | Date 31 Dec 96 | # of pages ▶ 4
To SIMEON delos Santos | From BUTCH ARCE
Co./Dept. PAG . | Co. EMPSCO
Phone # | Phone #
Fax # 477-2689 | Fax # 472-2136

31 DECEMBER 1996

TO:    **PORT AUTHORITY OF GUAM**
        1026 Cabras Highway, Suite 201
        Piti Guam, Mi.

FROM:  **Butch Arce**

ATTN:  **Simeon Delos Santos**
        C.I.P. Coordinator

SUBJ:   **FOXTROT "F-1" PIER, APRA HARBOR**

This is the document our observation on the fender system based on our site inspection on 30 December 1996 at Pier "F-1".

1.  In general, the following recommendations need to be observed, namely:

    a.   A vessel needs at least two fenders to moor against the dock, and
    b.   That the vessel is expected to remain alongside the dock only under normal wind and wave conditions.

2.  Due to the ongoing repairs at F-1, use of precautionary measures during docking operations should be implemented in order to avoid any costly damage.

3.  In reference to the fender system at Dolphin G, the fender is capable to sustain large deflections without any damage; and under the design loads there will be no damage due to the deflections. However, the deflection of the fender would be limited by the possibility of the ship coming in contact with the fender support due to the configuration of the fender support. Under normal berthing conditions, we do not anticipate this condition to occur.

4.  In accordance with your request, we have attached herewith sketches showing the proposed modifications to the existing fender support at Dolphin "G".

wp/text2

Suite 245 Julale Shopping Center, Agana Guam 96910 * P.O. Box 21794, GMF, Guam 96921
Tel: (671) 477-5716/4716 * Telefax: (671) 472-2136
Saipan Office: P.O. Box 144 Pearl River, Gualo Rai, Saipan, MP 96950
Tel: (670) 234-9213

**EXHIBIT B**



VERIFY
(SEE NOTE.)

PROPOSED SECT.
OF PILE CAP
TO BE CHIPPED
OFF. SEE SKETCH
ON SHTS. 1 & 2

NEW FENDER
SEE DET. ① S-15

(1B S-12) **REFLECTED UNDERSIDE PLAN**
SCALE: 1/4"=1'-0"

WHARF

NOTE MAXIMUM DEPTH OF
CONCRETE TO BE REMOVED
WILL BE LIMITED TO POSITION
OF EXISTING PILE TO THE
EDGE OF THE CONCRETE.
MAINTAIN A MIN. OF
3" CONCRETE COVER TO
EDGE OF PILE RING PLATE
AT UNDERSIDE OF PILE
CAP.



EXISTING DOLPHIN "G"

1.5 SF (B5)   2.0 SF (B5)

(A5)  7.0 LF

NEW FENDER
SEE DET. ① S-15

W18
BEYOND

11   9   10

13   12

(10) **ELEVATION**
1/4"=1'-0"

DOLPHIN "G"



Face of existg. concrete

Existg. concrete

Existg. hor. rebars.

Existg. rebar in other direction
not shown for clarity

12" VERTLY

4"

Remove existg. concrete up to here
and expose existg. rebar.

Cut existg. rebars with acetylene
hor. ^
to expose one inch of length
(Typ)

Install #6 @ 6" vertical &
horizontal bars, w/ vertical
bars fastened by hooked #5
rebars (hor) at 12" o.c. vertically.
The hooked bars shall be drilled
and epoxied into existing concrete
with embedment length of 6"

POLYMER concrete
f'c = 4000 psi up to
the line indicated.
EMACO S77-CR or
S66-CR or equal

**PLAN**
No scale

A

PROJECT: FOXTROT F-1 PIER
LOCATION: DOLPHIN "G"
DESIGNED BY:
DATE:
CHECKED BY:
SHEET 1 OF 2

# EMPSCO
Engineering Management & Planning Services Corporation
SUITE 245 JULALE SHOPPING CENTER BLDG
PO Box 21794, GMF GUAM 96921   TEL (671)477-5716   FAX (671)472-2136
2ND FLR ICC BLDG   GUALO RAI SAIPAN, CNMI   TEL (670)234-9213



Exposed surface of concrete.

Install #6 @ 6" HOR & VERT BARS AS DESCRIBED ON PLAN ON SHEET 1. (TYP)

Install #5 HOOKED BARS AS DESCRIBED ON PLAN ON SHEET 1 (TYP.)

Exposed existing rebar, 1" long. (TYP)

SECTION "A"
NO SCALE

PROJECT: F-1 PIER
LOCATION: DOLPHIN "G"
DESIGNED BY:
DATE:
CHECKED BY:
SHEET 2 OF 2

# EXHIBIT C

Page 102

1 what I'd proposed. This is the system I'd proposed.
2    Q. You're pointing out a section -- the
3 drawing labeled section 2?
4    A. Yes.
5    Q. And what is changed in the submittal
6 No. 18 to the right of it?
7    A. They've gone from -- the system I detailed
8 shows two hemispherical half circles which would be
9 placed against the side of the pile, one from each
10 side, and welded in place.
11    Q. Welded after they're put around the pile?
12    A. Yes.
13    Q. Okay.
14    A. The sketch produced by Black indicates
15 one -- one piece of metal circular that would be -- and
16 they call it a slip ring, which would mean it would be
17 slipped over the pile and lowered down into its right
18 position, then welded into place.
19    Q. Okay. So instead of having to make two
20 welds, the proposal in submittal No. 18 only has one
21 weld only on one side?
22    A. That's the weld here. There's still the
23 weld around the circumference of the pile --
24    Q. Right.
25    A. -- which would be the same in both cases.

Page 103

1    Q. Right. Okay. Do you recall any
2 discussion with Black as to why that change was made?
3    A. They -- they figured that that's more
4 convenient for them to do it that way.
5    Q. Okay. Were you consulted before they made
6 that change?
7    A. Yes.
8    Q. Okay. And is it your understanding that
9 the proposal detailed by Black as submittal No. 18 is
10 what was actually used?
11    A. I don't know that. I never saw it.
12    Q. Okay. My question is this. This drawing
13 is stamped as-built.
14    A. Right.
15    Q. Yet it has two different details of how to
16 do the same work.
17    A. Oh, I see.
18    Q. My question is which one was actually
19 used?
20    A. Okay. This one.
21    Q. Okay. Pointing to the one Black did as --
22 or that you believe Black did as submittal No. 18?
23    A. That's what this drawing indicates,
24 anyway. This note here, yeah, they could have put a
25 big X through it.

Page 104

1    Q. NIC or something?
2    A. Yeah.
3    Q. Okay. There's a note beside section 1
4 that says: See submittal No. 18, as well. Do you know
5 what, if any part, of the section 1 drawing was
6 changed?
7    A. It would appear to be this.
8    Q. Okay. Pointing to the lower of the two
9 submittal No. 18s?
10    A. Yes.
11    Q. But my question is specifically what is
12 shown in detail 1 has been changed?
13    A. Well, it's not a solid plate anymore.
14 It's an annular plate. I think the thickness is the
15 same. It's a one-inch thick plate. Eight bolts.
16 That's all that jumps out at me now is it's now an
17 annular plate rather than a solid circular plate.
18    Q. Okay. And looking at detail No. 4, in
19 addition to the change from one-quarter-inch to
20 three-eighths, and the difference between two
21 hemispheres or just a one weld, as detailed in
22 submittal No. 18, are those the changes between --
23    A. This one refers to this way. These two
24 are covered by this one. This one is this one.
25    Q. Okay. So the lower of the two submittal

Page 105

1 No. 18s refers to section 1 and -- of the old drawing,
2 and sections 2 and 4 of the old drawing are covered by
3 the upper one --
4    A. Yes.
5    Q. -- submittal 18, right?
6    A. Yeah.
7    Q. All right. Do you know if any
8 calculations were done by anybody at Winzler & Kelly
9 before the drawing which is Exhibit 17 was produced?
10    A. There were some very simple calculations
11 done. There were no formal calculations done.
12    Q. Okay. And by "simple calculations," do
13 you mean what engineers sometimes call hand
14 calculations as opposed to a computer run?
15    A. No. I mean a quick scribble on a piece of
16 paper rather than something on a calculation sheet or
17 something that's bound and submitted.
18    Q. Okay. At any time after they received the
19 drawing which is Exhibit 17, did Black advise you that
20 they were going to utilize this design in the actual
21 construction on the dolphins?
22    A. I don't think they called me up and told
23 me. I somehow found out. I'm not quite sure how.
24    Q. Okay. Did you find out when you went down
25 at the request of Pro Marine, or did you —

27 (Pages 102 to 105)

Page 162

1  drawing to Black, did you expect -- are you asking me
2  if I expected them to call me questions about it or
3  something?
4     Q.   Yeah.
5     A.   I guess I thought it was possible.
6     Q.   Okay.  But they never did?
7     A.   No -- well, they came up with some during
8  construction.
9     Q.   Okay.
10    A.   The ones we talked about.
11    Q.   All right.  But they never came back and
12 said: How about doing ten bolts per pile?
13    A.   No. No.
14    Q.   Okay.  And they never came back and
15 questioned whether eight would be strong enough?
16    A.   No.
17    Q.   Okay.  They didn't question any aspect of
18 the design, right?
19    A.   No. No.
20    Q.   Okay.  Was it normal in your employment
21 with Winzler & Kelly in Guam that when you did a
22 design, that you would then have further negotiations
23 after the drawings were provided to the client?
24    A.   Depends from project to project.  Some --
25 most commonly once we'd finished a project we may have

Page 163

1  negotiations as regards to our involvement in the
2  construction phase, you know.  In this case, we knew
3  that EMPSCO was involved, we knew that the Port
4  Authority had quality control management procedures in
5  place.  It wasn't -- I guess it wasn't a great surprise
6  that we never got any calls.
7     Q.   Okay.  But with regard to the design,
8  you're the one that came up -- sorry.  Winzler & Kelly
9  is the one that came up with the eight bolts per pile,
10 right?
11    A.   We -- yeah, we figured eight bolts is
12 adequate, yes.
13    Q.   Okay.  So you were the designer of that
14 connection between the pile and the cap, right?
15    A.   Yes.
16    Q.   Okay.  And nobody ever came back and
17 questioned that design?
18    A.   No.
19    MR. BOOTH: Okay.  That's all I have.
20 Thanks.
21    MR. O'CONNOR: Nothing further.
22    THE VIDEOGRAPHER: This concludes the
23 videotaped deposition of Bruce Swanney.  The time is
24 approximately 2:56 p.m.
25    (The deposition was concluded at 2:56 p.m.)

Page 164

1  STATE OF ARIZONA          )
                             )ss.
2  COUNTY OF MARICOPA        )
3        I HEREBY CERTIFY that the foregoing
4  deposition was taken by me pursuant to Notice; that I
5  was then and there a Certified Court Reporter in the
6  State of Arizona; that the witness before testifying
7  was duly sworn by me to testify to the whole truth;
8  that the questions propounded by counsel and the
9  answers of the witness thereto were taken down by me in
10 shorthand and thereafter transcribed through
11 computer-aided transcription under my direction, and
12 the foregoing typewritten pages contain a full, true,
13 and accurate transcript of all proceedings had upon the
14 taking of said deposition, all done to the best of my
15 skill and ability.
16       I FURTHER CERTIFY that deposition review and
17 signature were not requested.
18       I FURTHER CERTIFY that I am in no way
19 related to nor employed by any of the parties hereto,
20 nor am I in any way interested in the outcome hereof.
21       DATED at Phoenix, Arizona, this 12th day of
22 April, 2004.
23
        _____
24        AMY MERRIFIELD, RPR
          AZ CCR #50097
25        IL CSR #84-4027

Brown & Toleu, Ltd. Court Reporters (602)254-5479 or (480)491-8500