ORIGINAL ●                                    ●

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
NOV 22 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br>            Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br>            Defendants. | CIVIL CASE NO. CV03-00009 <br><br> **PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATIONS IN SUPPORT OF DEFENDANT WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT NO. 5 (BREACH OF CONTRACT); DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS (hereinafter "Plaintiff")

hereby offers the following evidentiary objection to the proposed evidence offered by WINZLER

& KELLY CONSULTING ENGINEERS (hereinafter "Winzler") in support of its Motion for

Summary Judgment on Plaintiff's Cause Of Action Number Five (Breach Of Contract Against Winzler) (the "Motion").

       1.     The entirety of the Declaration of Robert O'Connor, docketed as entry number seventy-five (75) in support of Winzler's Motion is incompetent because it has been stricken from the Court's record. *See,* District Court of Guam's Order dated November 10, 2004 attached hereto as Exhibit A. Thus, Winzler's Motion is based on inadmissible evidence and should be denied.

       2.     The entirety of the Declaration of Bruce Swanney, docketed as entry number seventy-six (76) in support of the Motion is incompetent because it too has been stricken from the Court's record. *See,* District Court of Guam's Order dated November 10, 2004 attached hereto as Exhibit A. Thus, Winzler's Motion is based on inadmissible evidence and should be denied.

       DATED: San Francisco, California, November 19, 2004.

COZEN O'CONNOR

                                   _____

                                  FORREST BOOTH
                                  Attorneys for Plaintiff
                                  S.J. Gargrave Syndicate at Lloyds

2.

## DECLARATION OF SERVICE

I, Forrest Booth, hereby declare under penalty of perjury of the laws of the United States, that on November 19, 2004, I will cause to be served, via Facsimile, a true and correct copy of **PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATIONS IN SUPPORT OF DEFENDANT WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT NO. 5 (BREACH OF CONTRACT)** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 19th day of November, 2004 at San Francisco, California.

_Elizabeth Donnell_
for FORREST BOOTH

SANFRAN1\31804\1 123206.000

3.