ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



DISTRICT COURT OF GUAM
FILED
NOV 22 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**OBJECTION BY PLAINTIFF TO, AND MOTION TO STRIKE, DECLARATION OF ALBERT H. TSUTSUI, A.I.A, FILED BY EMPSCO IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS; DECLARATION OF SERVICE** |

Plaintiff hereby objects to the admission into evidence of, and moves to strike, the

Declaration of Albert H. Tsutsui, A.I.A., filed by EMPSCO in support of its motion for summary

judgment and motion for judgment on the pleadings, for the following reasons.

As shown by EMPSCO's moving papers, the reason it submits Mr. Tsutsui's declaration is to provide evidence that EMPSCO's work comported with "the standard of reasonable engineering practices." [Motion, Points & Authorities at p. 11.] However, despite EMPSCO's indication in its moving papers that Mr. Tsutsui is a qualified "P.E.", or professional engineer, *id.*, Mr. Tsutsui's declaration shows that he is **not** an engineer, and **not** a structural engineer. Mr. Tsutsui is an architect.

Therefore, Mr. Tsutsui has no basis to form a professional, expert, opinion on "the standard of reasonable engineering practices," except perhaps as a bystander. This precludes admission of his testimony under Federal Rule of Evidence 702, which requires that a witness, to provide opinion on matters of "scientific, technical, or other specialized knowledge," must be "qualified as an expert by knowledge, skill, experience, training, or education."

Further, under the "Daubert" standard confirmed by the Supreme Court in Kumho Tire Co., Ltd. v. Carmichael, 526 U.S. 137, 147, 119 S.Ct. 1167 (1999), Federal Rule of Evidence 702 imposes a special obligation upon a trial judge to "ensure that any and all scientific testimony ... is not only relevant, but reliable"). Mr. Tsutsui's testimony cannot be held reliable, *per se*, on engineering matters because he is not an engineer. See Zelinski v. Columbia 300, Inc., 335 F.3d 633, 640 (7th Cir. 2003) ("the district judge must determine whether the expert is qualified *in the relevant field* and whether the methodology underlying the expert's conclusions is reliable") (emphasis added).

/ / /

/ / /

/ / /

For the above reasons, Plaintiff objects to admitting the Declaration of Albert H. Tsutsui, A.I.A., into evidence in connection with EMPSCO's motion for summary judgment, or for any other purpose, and moves the Court to strike it in its entirety.

DATED: San Francisco, California, November 19, 2004.

COZEN O'CONNOR

*[signature]*

for FORREST BOOTH
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

3.

## DECLARATION OF SERVICE

I, Forrest Booth, hereby declare under penalty of perjury of the laws of the United States, that on November 19, 2004, I will cause to be served, via Facsimile, a true and correct copy of **OBJECTION BY PLAINTIFF TO, AND MOTION TO STRIKE, DECLARATION OF ALBERT H. TSUTSUI, A.I.A, FILED BY EMPSCO IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 19th day of November, 2004 at San Francisco, California.

_____
for FORREST BOOTH

SANFRAN1\31802\1 123206.000

4.