BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
SETH FORMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 499-4366

**Attorneys for Defendant**
**Winzler & Kelly Consulting Engineers**

FILED
DISTRICT COURT OF GUAM

NOV 24 2004 n

MARY L. M. MORAN
CLERK OF COURT

(107)

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' RESPONSE TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO WINZLER & KELLY'S TWO DECLARATIONS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>Date: December 3, 2004<br>Time: 9:00 a.m.<br>Judge: Hon. A. Wallace Tashima<br>Senior Circuit Judge |

Plaintiff has filed formal objections to the two facsimile declarations filed by Winzler &

Kelly Consulting Engineers ("Winzler & Kelly") on October 29, 2004 in support of its motion

for summary judgment on the fifth cause of action for breach of contract.

One declaration was from Winzler & Kelly's attorney, Robert J. O'Connor, whose

office is on Saipan in the Northern Mariana Islands. The other declaration was from Winzler &

Kelly engineer Bruce Swanney who lives in Phoenix, Arizona.[1]

---

[1] The O'Connor declaration authenticated certain reports and deposition transcripts. The Swanney declaration authenticated a drawing (VE-1), and basically repeated Mr. Swanney's deposition testimony.

-1-

ORIGINAL

| | |
|---|---|
| 1 | The facsimile declarations were rejected by U.S. Magistrate Judge Joaquin V.E. |
| 2 | Manibusan, Jr. on November 10, 2004 because Winzler & Kelly failed to obtain prior court |
| 3 | permission to file facsimile copies. When the originals arrived on Guam they were presented to |
| 4 | the Court promptly (O'Connor declaration on November 9, 2004 and Swanney declaration on |
| 5 | November 15, 2004) and the Court accepted both for filing. |
| 6 | |
| 7 | Plaintiff has objected to the O'Connor and Swanney declarations solely on the basis that |
| 8 | each declaration "is incompetent because it has been stricken from the Court's record". |
| 9 | |
| 10 | Both declarations are now part of the Court's record and have been part of the Court's |
| 11 | record since before plaintiff filed its objections. Plaintiff in any event could not have suffered |
| 12 | any prejudice since the contents of both declarations have been known to plaintiff from the date |
| 13 | the motion was filed. |
| 14 | |
| 15 | Dated this 27 day of November, 2004. |
| 16 | Respectfully submitted, |
| 17 | BERMAN O'CONNOR MANN & SHKLOV |
| | Attorneys for Defendant |
| 18 | Winzler & Kelly Consulting Engineers |
| 19 | |
| 20 | By: _Seth Forma_ |
| 21 | SETH FORMAN |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2-

**DECLARATION OF SERVICE**

I, KUMIPO BORJA, hereby declare under penalty of perjury of the laws of the Unites States, that on the 24 day of November, 2004, I caused to be served, via Hand delivery transmission, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' RESPONSE TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO WINZLER & KELLY'S TWO DECLARATIONS FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE** upon Plaintiff and Defendants Counsel of record as follows:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Law Office of Thomas M. Tarpley, Jr.
2nd Floor, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
Engineering, Management & Planning Services Corporation

Dated this 24 day of November, 2004.

_____

2003-08-041122-PL-OBJ-EvidentiaryObj.doc

-3-