LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP3022
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
NOV 26 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CIV03-00009<br><br>**SECOND DECLARATION OF THOMAS M. TARPLEY, JR.** |

I, Thomas M. Tarpley, Jr., hereby declare under penalty of perjury under the laws of Guam and the United States of America that the following statements are true:

1. I am an attorney duly licensed to practice before this Court, and I am the attorney of record for Defendant Engineering, Management & Planning Services Corporation (hereinafter "EMPSCO") in the above-encaptioned matter.

2. I have personal knowledge of all matters set forth in this declaration and if called upon to testify as to said matters, I would and could competently to do so.

ORIGINAL

Case 1:03-cv-00009   Document 121   Filed 11/26/2004   Page 1 of 2

3. All of the opposition papers Plaintiff filed by Plaintiff to oppose EMPSCO's motions for summary judgment and for judgment on the pleadings were only served upon my office via facsimile transmission received on Saturday afternoon, November 20, 2004. I have never consented, either in writing or otherwise, to receive service of papers by electronic means.

4. I was copied with an email communication from Thomas C. Sterling to Plaintiff's lawyer Steven Smith dated October 19, 2004, wherein Mr. Sterling stated "I'll operate on the assumption that December 3 is acceptable" with regard to the scheduling of hearing dates on motions. On October 28, 2004, I received the Agreement of Hearing Date confirming that "any motions which parties wanted to file be scheduled for a hearing on December 3, 2004." Accordingly, I scheduled my time so that I could timely file EMPSCO's motions for summary judgment and judgment on the pleadings, which I filed November 12, 2004. I never received any objection from Plaintiff to the December 3, 2004 hearing date until Plaintiff filed its objection on November 16, 2004.

Executed this 26th day of November, 2004, in Hagatna, Guam.

TARPLEY & MORONI, LLP



By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-00009
SECOND DECLARATION OF THOMAS M. TARPLEY, JR.

- 2 -

Case 1:03-cv-00009    Document 121    Filed 11/26/2004    Page 2 of 2