LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP3021
Attorney for Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
NOV 26 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CIV03-00009<br><br>**CERTIFICATE OF SERVICE** |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On November 26, 2004, I caused to be delivered and mailed in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, true and correct copies of following documents:

1. EMPSCO'S REPLY BRIEF IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS;

2. EMPSCO'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE DECLARATION OF ALBERT H. TSUTSUI, A.I.A;

Case 1:03-cv-00009   Document 122   Filed 11/26/2004   Page 1 of 2

3. EMPSCO'S OBJECTION TO AND MOTION TO STRIKE PLAINTIFF'S OPPOSITION PAPERS;

4. SECOND DECLARATION OF THOMAS M. TARPLEY, JR.; and

5. [PROPOSED] ORDER GRANTING EMPSCO'S MOTIONS FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS, to the following parties:

(VIA HAND DELIVERY)
DAVID P. LEDGER, ESQ.
CARLSMITH BALL LLP
Bank of Hawaii Bldg.
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

(VIA MAIL)
THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
Pacific News Bldg.
Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910

(VIA MAIL)
ROBERT J. O'CONNOR, ESQ.
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Bldg.
P.O. Box 501969
Saipan, MP 96950

(VIA MAIL)
DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg.
Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910

Dated this ____ day of November, 2004.

_____
Dorothea Quichocho

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-C0009
CERTIFICATE OF SERVICE