KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
NOV 26 2004
MARY L. M. MORAN
CLERK OF COURT

116

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that true copies of the **REPLY MEMORANDUM OF DEFENDANT BLACK CONSTRUCTION CORPORATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DISMISS** and **AFFIDAVIT OF THOMAS C. STERLING IN RESPONSE TO OBJECTION AND IN OPPOSITION TO REQUEST FOR RULE 56(f) CONTINUANCE** will be served on November 26, 2004, or as soon hereafter as their offices are open, to the counsel of record for the parties in this matter as follows:

//

//

ORIGINAL

CERTIFICATE OF SERVICE
CIVIL CASE NO. CV03-00009

*via hand delivery:*

Daniel J. Berman, Esq.
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910

Thomas M. Tarpley, Jr., Esq.
TARPLEY & MORONI, LLP
Bank of Hawaii Bldg.
134 West Soledad Ave., Ste. 402
Hagåtña, Guam 96910

David P. Ledger, Esq.
CARLSMITH BALL
Bank of Hawaii Bldg.
Ste. 401
134 West Soledad Ave.
Hagåtña, Guam 96910

*via facsimile:*

Robert J. O'Connor, Esq.
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Facsimile No.: (670) 234-5683

Forrest Booth, Esq.
COZEN O'CONNOR
Ste. 2400
425 California Street
San Francisco, CA 94104-2215
Facsimile No.: (415) 617-6101

Dated this 26th day of November, 2004.

[signature]
THOMAS C. STERLING

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\200-CERT
OF SVC RE GARGRAVE V BLACK ET AL.DOC