BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM

NOV 2 6 2004

MARY L. M. MORAN
CLERK OF COURT

119

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | ) Civ. No. CIV 03-0009 |
| Plaintiff, | ) DECLARATION OF<br>) SETH FORMAN<br>) IN SUPPORT OF |
| vs. | ) WINZLER & KELLY'S MOTION<br>) FOR SUMMARY JUDGMENT |
| BLACK CONSTRUCTION CORP.,<br>WINZLER & KELLY CONSULTING<br>ENGINEERS and ENGINEERING<br>MANAGEMENT & PLANNING<br>SERVICES CORP., | ) ON THE FIFTH CAUSE OF ACTION<br>) (BREACH OF CONTRACT);<br>) CERTIFICATE OF SERVICE<br>)<br>) Date: December 3, 2004 |
| Defendants. | ) Time: 9:00 a.m.<br>) Judge: Hon. A. Wallace Tashima<br>) Senior Circuit Judge |

I, Seth Forman, declare as follows:

1. That my law firm represents Winzler & Kelly in the above-entitled action, and that the following is based on my personal knowledge, except where I have indicated that statements are based on information and belief.

2. On information and belief, I state as follows: A Rule 30(b)(6) deposition was scheduled in Guam in September 2004 for Winzler & Kelly. Winzler & Kelly was prepared to proceed with the deposition as scheduled, but EMPSCO's attorney, who noticed it, declined to take the deposition, and Plaintiff's counsel did not object, so the deposition was not taken. The deposition of the Department of Public Works, noticed for September 2004, was likewise never taken. Plaintiff cannot be waiting for these two deposition transcripts, because these depositions were never taken.

1    3. On information and belief, Jurgen Unterberg's deposition transcript was available to all parties

2  days before the Plaintiff's opposition briefs to Winzler & Kelly's motions herein were due to be filed.

3    4. Plaintiffs' opposition briefs were due to be filed and served on the parties on or before Friday,

4  November 19, 2004, Guam time. My office did not receive the opposition briefs until we received them

5  by facsimile transmission on Saturday, November 20, 2004. The opposition briefs have not yet been

6  served on our office by hand delivery or mail. The opposition briefs were not filed with the Court until

7  November 22, 2004.

8    5. On information and belief, Plaintiff has taken two Rule 30(b)(6) depositions of Black

9  Construction in this case, and had ample opportunity to examine Black on all issues in this case.

10    6. The present cut-off date for the parties to file dispositive motions in this case is December 23,

11  2004.

12

13  I declare upon penalty of perjury under the laws of the Territory of Guam and the United States

14  of America that the foregoing declaration is true and correct to the best of my knowledge and belief, and

15  that if called upon to testify, I could and would testify competently and in accordance herewith.

16

17  Executed on Guam this 26th day of November ,2004.

18

19

20  _____

21  SETH FORMAN

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, _SETH FORMAN_ , hereby declare under penalty of perjury of the laws of the Unites States, that on the _26_ day of November, 2004, I caused to be served, via _HAND DELIVERY_ transmission, a true and correct copy of **DECLARATION OF SETH FORMAN IN SUPPORT OF WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT ON THE FIFTH CAUSE OF ACTION (BREACH OF CONTRACT)** upon Plaintiff and Defendants Counsel of record as follows:

> David Ledger, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> P.O. Box BF
> Hagåtña, Guam 96932-5027
> Telefax: (671) 477-4375
>
> Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds
>
> Thomas C. Sterling, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam 96910
> Telefax: (671) 472-4290
>
> Attorneys for Defendant Black Construction Company
>
> Thomas M. Tarpley, Esq.
> Law Office of Thomas M. Tarpley, Jr.
> 2nd Floor, American Life Building
> 137 Murray Boulevard
> Hagåtña, Guam 96910
> Telefax: (671) 472-4526
>
> Attorneys for Defendant
>    Engineering, Management & Planning Services Corporation

Dated this _26_ day of November, 2004.

_Seth Forman_

wandk.sfdec.v2.wpd