BERMAN O'CONNOR MANN & SHKLOV
MICHAEL J. BERMAN
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Defendants
*Winzler & Kelly Consulting Engineers*

**FILED**
DISTRICT COURT OF GUAM

NOV 2 9 2004

MARY L. M. MORAN
CLERK OF COURT

*120*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

S.J. GARGRAVE SYNDICATE
AT LLOYD'S,

      **Plaintiff,**

vs.

BLACK CONSTRUCTION CORP.,
WINZLER & KELLY CONSULTING
ENGINEERS and ENGINEERS
MANAGEMENT & PLANNING
SERVICES CORP.,

      **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Civ. No. CIV 03-0009**

**AMENDED CERTIFICATE
OF SERVICE**

    I, Seth Forman, hereby declare under penalty of perjury, that on November 26, 2204, I caused the following documents:

    1.    Defendant Winzler & Kelly Consulting Engineers' Reply in support of Motion for Summary Judgment on Fifth Cause of Action;

    2.    Defendant Winzler & Kelly Consulting Engineers' Reply in Support of Motion for Judgment on the Pleadings on Second Cause of Action;

    3.    Declaration of Seth Forman in Support of Winzler & Kelly's Motion for Summary Judgment on the Fifth Cause of Action; and

    4.    Defendant Winzler & Kelly Consulting Engineers' Reply in support of Motion for Judgment on the Pleadings on Ninth Cause of Action

to be served by hand delivery by our office's "runner", Thomas Barrett Anderson, on the following

E.\Kuaipo\plds\sf\winzler&kelly.amcert serv.wpd\BRM:dv

Klemm, Blair, Sterling & Johnson
Suite 1008, Pacfici New Building
238 Archbishop F.C. Flores Street
Hagatna, Guam

-and-

Tarpley & Moroni, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Ste. 402
Hagatna, Guam;

and further that I instructed Mr. Barrett Anderson to serve the above-listed four documents on the following:

Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
Hagatna, Guam;

and further that on November 27, 2004, I was informed by Mr. Barrett Anderson that he had been unable to serve the above-listed documents on the Guam office of Carlsmith Ball the previous afternoon because that office had been closed for business during normal working hours, and that upon so learning I personally faxed the above-listed documents to the Guam office of Carlsmith Ball between the hours of 12:00 noon and 1:00 p.m. on November 27, 2004, which time would still have been on November 26, 2004 in the Cozen O'Connor time zone and its side of the International Dateline;

And further that I caused the above-listed documents to be served by hand delivery on the above-listed Carlsmith Ball office on November 29, 2004.

Dated this 29th of November, 2004.

*Seth Forman*

SETH FORMAN

E:\Kuaipo\plds\sf\winzler&kelly.amcert.serv.wpd\BRM dv

- 2 -