ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
NOV 29 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**ERRATA TO PLAINTIFF'S OPPOSITION TO WINZLER & KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS ON SECOND CAUSE OF ACTION (NEGLIGENCE); DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS (hereinafter "Plaintiff") hereby submits a revised page 10 to its memorandum of points and authorities in opposition to Defendant WINZLER & KELLY CONSULTING ENGINEERS ("Winzler")'s Motion for

Judgment on the Pleadings on Second Cause of Action (Negligence) (the "Motion"). A footnote on page 10 was inadvertently omitted, for which Plaintiff apologizes.

DATED: Hagåtña, Guam, November 29, 2004.

CARLSMITH BALL LLP

*[signature]*
DAVID LEDGER
ELYZE McDONALD
FORREST BOOTH
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 24, 2004, I will cause to be served, via Facsimile, a true and correct copy of **ERRATA TO PLAINTIFF'S OPPOSITION TO WINZLER & KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS ON SECOND CAUSE OF ACTION (NEGLIGENCE)** upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and

>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 24th day of November, 2004 at Hagåtña, Guam.

_____
ELYZE McDONALD

specifications prepared by, and under the supervision of, Winzler and/or EMPSCO.

On its face, Plaintiff alleges damages in its negligence cause of action beyond mere "economic loss". Facilities (Complaint, ¶ 15) and property owned by The Port, on which Black, EMPSCO and Winzler had **not** worked, were damaged by the failure of the 1996 repairs and the resulting movement of the improperly-secured pile caps. These include pipelines, electrical lines, water lines, fire mains, catwalks, manifolds and other equipment.[5] There was damage to a great deal more than just the F-1 dolphins.

## IV. CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that this Court deny Winzler's motion for judgment on the pleadings as to Plaintiff's second cause of action (negligence against Winzler) in its entirety.

DATED: Hagåtña, Guam, November 29, 2004.

CARLSMITH BALL LLP

*[signature]*
DAVID LEDGER
ELYZE McDONALD
FORREST BOOTH
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

---

[5] See Exhibit I to the deposition of Peter MacLeod (Young Adjustment Company, Inc.'s Shell F-1 Pier spreadsheets), attached as Exhibit A to the Declaration of Elyze McDonald, filed herewith.

10.