ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
NOV 29 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING; DECLARATION OF SERVICE**<br><br>DATE: DECEMBER 3, 2004<br>TIME: 9:00 A.M. |

Plaintiff requests that Attorney Forrest Booth, Counsel for Plaintiff appear telephonically before the Court on December 3, 2004 at 9:00 a.m. for the Motions Hearing, as Mr. Booth lives off-island and will not be able to attend the hearing in person.

Respectfully submitted this 29th day of November 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
FORREST BOOTH
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 29, 2004, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING; DECLARATION OF SERVICE** upon Defendants' counsel of record as follows:

        Robert J. O'Connor, Esq.
        Daniel J. Berman, Esq.
        Berman O'Connor Mann & Shklov
        Suite 503, Bank of Guam Building
        111 Chalan Santo Papa
        Hagåtña, Guam 96910

        Thomas C. Sterling, Esq.
        Klemm Blair Sterling & Johnson, P.C.
        Suite 1008, Pacific News Building
        238 Archbishop Flores Street
        Hagåtña, Guam 96910

and      Thomas M. Tarpley, Esq.
        Law Offices of Tarpley & Moroni, LLP
        Suite 402, Bank of Hawaii Building
        134 West Soledad Avenue
        Hagåtña, Guam 96910

Executed this 29th day of November, 2004 at Hagåtña, Guam.

                                                  _____
                                                ELYZE McDONALD