BERMAN O'CONNOR MANN & SHKLOV
MICHAEL J. BERMAN
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Defendants
*Winzler & Kelly Consulting Engineers*

## IN THE DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | Civ. No. CIV 03-0009 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERS MANAGEMENT & PLANNING SERVICES CORP., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on the ___29___ day of November, 2004, I caused to be served a copy of Proposed Orders Granting Winzler & Kelly's Motions For Judgment On The Pleadings As To The Ninth Cause Of Action (Breach Of Warranty Of Workmanlike Performance), Summary Judgment as to the Fifth Cause of Action (Breach of Contract) and Judgment on the Pleading as to Second Cause of Action (Negligent Property Damage) on the following:

### VIA HAND DELIVERY

Thomas M. Tarpley, Jr., Esq.
TARPLEY & MORONI, LLP.

E:\Kuuipo\plds\sf\w&k.cert.svc.wpd\BRM:dv

Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910


Thomas C. Sterling, Esq.
KLEMM BLAIR STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910


David P. Ledger, Esq.
CARLSMITH BALL
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this  24  day of November, 2004.


**BERMAN O'CONNOR MANN & SHKLOV**


By: /s/ *signature*

**THOMAS B. ANDERSON**