ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 3 0 2004
MARY L. M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING**<br><br>DATE: DECEMBER 3, 2004<br>TIME: 9:00 A.M. |

**IT IS HEREBY ORDERED** that Plaintiff's Counsel may appear telephonically for the Motions Hearing scheduled for **December 3, 2004 at 9:00 a.m.**

SO ORDERED: Nov. 30, 2004

A. WALLACE TASHIMA*
DESIGNATED JUDGE
District Court of Guam

*Judge, U.S. Court of Appeals for the Ninth Circuit Sitting by Designation

RECEIVED
NOV 29 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM
4841-1852-1.055639-00001