DISTRICT COURT OF GUAM
TERRITORY OF GUAM
HONORABLE A. WALLACE TASHIMA, PRESIDING
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
DEC - 3 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00009**  **DATE: 12/03/2004**  **TIME: 9:01 a.m**

**CAPTION:** S.J. Gargrave Syndicate at Lloyds -vs- Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation

***

Courtroom Deputy: Virginia T. Kilgore
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 9:01:42 - 10:26:41)

Law Clerk: JOHN TIGHE

CSO: F. TENORIO

***

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**

FORREST BOOTH

ELYZE MCDONALD - CARLSMITH BALL

DAVID LEDGER - CARLSMITH BALL

**COUNSEL FOR DEFENDANT(s):**

TOM STERLING, BLACK CONSTRUCTION

TOM TARPLEY, EMSCO

BOB O'CONNOR, WINZLER & KELLY

***

**PROCEEDINGS:**

- Defendant Black Construction Corporation's Motion for Partial Summary Judgment or, in the Alternative, to Dismiss
- Defendant Winzler & Kelly's Motion for Judgment on the Pleadings, as to the Plaintiff's Ninth Cause to Action (Breach of Warranty Against Winzler & Kelly)
- Defendant Winzler & Kelly's Motion for Summary Judgment on the Pleadings [Fed. R. Civ. P.12 C), as to the Plaintiff's Second Cause of Action (Negligence Against Winzler & Kelly)
- Defendant Winzler & Kelly's Motion for Summary Judgment on Fifth Cause of Action (Breach of Contract Against Winzler & Kelly Consulting Engineers)
- Defendant Engineering, Management & Planning Services Corporation's Motion for Summary Judgment & for Judgment on the Pleadings

---

( X ) MOTION (S) ARGUED BY ( X ) PLAINTIFF ( X ) DEFENDANTS
( X ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn _X_ Under Advisement
( ) ORDER SUBMITTED ____ Approved ____ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:
The Court ordered the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff shall file its brief no later than December 31, 2004, the defendants shall file their brief no later than January 28, 2005 and plaintiff's reply is due no later than February 11, 2005. The Court will reopen the discovery period which will be limited to expert discovery and will revisit plaintiff's request for mediation after it issues its ruling on the motions and the order to show cause. The Court also vacated the trial date and scheduling conference until after the court issues its rulings on the motions.