CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**
DISTRICT COURT OF GUAM

DEC 3 0 2004

**MARY L.M. MORAN**
**CLERK OF COURT**



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF FORREST BOOTH; DECLARATION OF SERVICE** |

I, Forrest Booth, declare:

1.　　I am an attorney duly licensed to practice law before all courts in the State

of California, and am admitted *pro hac vice* herein. I am a member of the law firm of Cozen

O'Connor, counsel of record for Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS (hereinafter "Plaintiff").

2.      I have personal knowledge of the facts stated in this Declaration, and if called as a witness to testify as to them, I can and will competently do so.

3.      Attached hereto and marked as Exhibit A is a true and correct copy of the California Secretary of State's website posting on the California Business Portal for Winzler & Kelly Consulting Engineers (hereinafter "Winzler & Kelly").

4.      Attached hereto and marked as Exhibits B1 through B8 are true and correct copies of photographs I took of the Shell F-1 pier in Apra Harbor, Guam, in September, 2002.

5.      Attached hereto and marked as Exhibit C is a true and correct copy of a letter from Shell Guam Inc. to EMPSCO Engineering Consultants dated 20th December, 1995. This was produced to counsel herein as part of the Port Authority of Guam's document production, to whom the letter was copied.

6.      Attached hereto and marked as Exhibit D is a true and correct copy of a memorandum from Shell Guam Inc. to Smithbridge Construction Co., and copied to the Port Authority of Guam, attaching a list of 219 vessel calls at the Shell F-1 pier from 1998 through 2001. This document was identified as Exhibit 11 to the deposition of Ben Casey, taken herein on March 23, 2004.

7.      Attached hereto and marked as Exhibits E1 and E2 are two plans of the Shell F-1 pier. Exhibit E1 was prepared by Shell Guam Inc. and was identified as Exhibit 8 to the deposition of Ben Casey taken herein on March 23, 2004. Exhibit E2 is a more detailed plan of the central part of the Shell F-1 pier facility, showing breasting dolphins C, D, G and H; it was

2.

identified as Exhibit 2 to the deposition of Frank Dennis, taken herein on July 21, 2004.

8.     Attached hereto and marked as Exhibit F is a true and correct copy of the listing for the Port Authority of Guam on the website of the American Association of Port Authorities, Port Profiles.

9.     Attached hereto and marked as Exhibit G is a true and correct copy of the first page and page 7 of the July 14, 2004 report of Defendant Winzler & Kelly's experts Webb W. Hayes and Ted W. Trenkwalder, produced to all counsel herein by counsel for Winzler & Kelly.

10.     Attached hereto and marked as Exhibit H is a true and correct copy of the cover page and pages 7 through 11 of the deposition of Captain Jurgen H.W. Unterberg (hereinafter "Captain Unterberg"), taken herein on September 23, 2004.

11.     Attached hereto and marked as Exhibit I is a true and correct copy of the cover page and pages 1 through 3 of Captain Unterberg's survey report number GUA-J-01-2519-U. These documents were marked and identified as Exhibit 1 to the deposition of Captain Unterberg, taken herein on September 23, 2004.

12.     Attached hereto and marked as Exhibit J is a true and correct copy of the cover page and page 85 of the transcript of the deposition of Bruce Swanney, taken herein on March 25, 2004.

13.     Attached hereto and marked as Exhibit K is a true and correct copy of a letter of transmittal dated November 20, 1995 from EMPSCO-Engineering Consultants to the Port Authority of Guam, containing EMPSCO's fee breakdown. This document was produced to counsel herein as part of EMPSCO's document production.

14.     Attached hereto and marked as Exhibit L is a true and correct copy of N.C.

3.

Macario & Associates, Inc.'s Progress Report No. 2, addressed to the Port Authority of Guam for the month of July, 1996. This document was produced to counsel herein as part of the Port Authority of Guam's document production.

15.     Attached hereto and marked as Exhibit M is a true and correct copy of a survey report dated November 5, 2001, prepared by JT Developments PTY. Ltd. concerning the Shell F-1 pier. This document was identified as Exhibit BB to the deposition of Peter MacLeod, taken herein on March 4 and 5, 2004.

Sworn this 23rd day of December, 2004 under penalty of perjury under the laws of the State of California and of the United States at San Francisco, California.

FORREST BOOTH

SANFRAN1\32227\1 123206.000

## DECLARATION OF SERVICE

I, J.Patrick Mason, hereby declare under penalty of perjury of the laws of the United States, that on December 30, 2004, I will cause to be served, via hand delivery, a true and correct copy of DECLARATION OF FORREST BOOTH; DECLARATION OF SERVICE upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 30th day of December 2004 at Hagåtña, Guam.

_____
J.PATRICK MASON

# EXHIBIT
## "A"

# California Business Portal

Secretary of State Kevin Shelley

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | SPECIAL PROGRAMS |

**Business Search Corporations**

- **Printer Friendly Page**
- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **Name Availability**
- **Corporate Records**
- **Corporate Records Order Form**
  - **Certificates**
  - **Copies**
  - **Status Printouts**
- **FAQS**
- **Corporations Main Page**
- **Site Search**

## Corporations

The information displayed here is current as of "NOV 26, 2004" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| WINZLER & KELLY CONSULTING ENGINEERS |
| **Number:** C1523308 \| **Date Filed:** 5/1/1992 \| **Status:** active |
| **Jurisdiction:** California |
| **Address** |
| 633 THIRD STREET |
| EUREKA, CA 95501-0417 |
| **Agent for Service of Process** |
| IVER A SKAVDAL |
| 495 TESCONI CIRCLE |
| SANTA ROSA, CA 95401 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

# EXHIBIT A

# EXHIBIT

## "B"



B1



B2



B3



B4



B5



B6



B7



B8

# EXHIBIT
## "C"



# Shell Guam, Inc.

**Your Reference:**    Facsimile: December 14, 1995  4:51 p.m.

**Our Reference:**    drd:MOG: e:\...\f1_repr\95121801.w51

**Date:**    20 December 1995

A Guam Corporation

Capitol Plaza, Suite 102
120 Father Duenas Ave.
Agana, Guam 96910

Telex No. (721) 6709 Shell GM
Facsimile No. (671) 477-4353
Terminal: 565 2300
Telephone (671) 477-4348-52

EMPSCO ENGINEERING CONSULTANTS
Suite 245, Julale Shopping Center
P.O. Box 21794, GMF,
GUAM, 96921

**by facsimile to**
**(671)-472-2136**



Attention: Mr. Ernesto Capulong Jr.

Dear Sir,

re: <u>MINUTES OF MEETING: REPAIRS AND UPGRADING TO FUEL PIER F-1</u>

We have received the above minutes of meeting. There has been a delay in us reviewing them, as Dave O'Brien had anticipated that a copy was sent directly to Malou (Baluyut) who attended the meeting, and did not immediately pass them on.

The level of variance between Malou's perception of the meeting and the documented minutes is somewhat lengthy, her comments are attached to this letter, and we hope the minutes can be amended accordingly.

I am slightly concerned there is a view that Shell has some hidden agenda in this matter. We can assure you otherwise. Shell has only one interest, the ongoing use of F-1 for loading and unloading fuels and LPG, by vessels and personnel, without threat to their safety or well-being.

My level of concern has meant considerable time committed to F-1 discussions. During a discussion with Malou, she and I developed a concept for the repairs which appeared to offer a faster repair project than any Shell had previously considered. I was able to roughly check the capacity of the substituted section, however, I felt I must seek a review of the concept by a group fully qualified to do so prior to submitting the idea to the Port as a possible fast track option. This review cost Shell a significant amount of money. It was and is critical for me as a manager to take all reasonable steps to ensure the safety of

# EXHIBIT C

E:\WPGUAM\MOO\WHARVES\F1_REPR\95121801.W51.1



my operation, therefore I felt the money had to be spent. I am sure no one would wish me to apologise for taking such a step.

F-1 dock is Shell's life-line. Our personnel rely on the safety of F-1 dock. F-1 dock is also the only route for the supply of LPG to Guam, along with cost effective fuel oil and gasoil supplies to GPA and the Agat terminal operations. We cannot accept the failure of this facility. Delays could well compromise people's safety, they cannot be accepted.

We see EMPSCO's ongoing task as significant and EMPSCO, PAG, Malou and Shell as essential team members if the work is to be completed successfully. Shell is committed to working with you in this task and to seeing it completed in the most timely manner. It is of critical importance to Shell, and it will continue to receive the highest level of management attention until its successful completion.

Yours Faithfully,
for: Shell Guam Inc.

D.R. Dean
Vice President - Operations

cc.     David O'Brien - President, Shell Guam
        Malou Baluyut - Project Engineer
        Simeon Delos Santos, PAG   (fax: 477-2689)

E:\WPGUAM\MOO\WHARVES\F1_REPR\95121801.WS1.2

# EXHIBIT
# "D"

# FACSIMILE TRANSMISSION FROM SHELL GUAM, INC.

## D.R. Dean - Operations Manager



## FACSIMILE NUMBER  (1-671)-565-3909

**DATE:**    3 January, 2002

**FROM:**    Shell Guam, Inc.
Operations Manager:  Doug Dean
Phone: 1-671-565-2300

**TO:**    **Smithbridge**
**Att:  Ben Casey**
**Fax:  653 5090**

**cc:**    **Port Authority Of Guam - Mel Junsay**

**SUBJECT:**    <u>**F-1 Utilisation:**</u>

Dear Ben,
At the recent meeting with the Port, I promised to provide the listing of vessel movements at
F-1 as an indication of the use of this facility.

The list attached covers 1998 through to the end of 2001.

At this time there are three movements listed for the early part of January:
Legaspi – 1/05 to 1/07 – Discharge RFO
Tetanu - 1/09-1/10 – Load ADO
Northern Bell – 1/10 to 1/13 – Dicharge ADO/Jet

Best regards,  Doug Dean

# EXHIBIT D

[ 6 ] pages including this page    C:\DATA\Word\WPGUAM\Movements\WHARVES\02-01-03 Vessel movements history.doc.1

# F-1 Utilisation
## Vessel Movements - 1998 to 2001

| First Line | Movement Type | Tanker Name | Product | Volume (MB) | Month | Date out | Hours |
|---|---|---|---|---|---|---|---|
| 1/15/98 8:40 | Loading | Star I | ADO | 25 | Jan | 1/15/98 18:40 | 10.0 |
| 1/20/98 16:00 | Receipt | Gas Hope | LPG | 6 | Jan | 1/21/98 8:00 | 16.0 |
| 1/23/98 16:40 | Receipt | Gas Hope | LPG | 6 | Jan | 1/24/98 7:00 | 14.3 |
| 1/30/98 12:07 | Receipt | Haminia | ADO | 263 | Jan | 2/1/98 15:30 | 51.4 |
| 2/17/98 16:40 | Loading | Star I | ADO | 21 | Feb | 2/17/98 22:45 | 6.1 |
| 2/21/98 18:15 | Receipt | Marieta C | RFO | 261 | Feb | 2/23/98 21:30 | 51.3 |
| 3/3/98 1:10 | Receipt | Armada Putera | LPG | 6 | Mar | 3/3/98 18:05 | 16.9 |
| 3/5/98 0:00 | Loading | Tetaui | ADO | 19 | Mar | 3/5/98 11:00 | 11.0 |
| 3/6/98 18:50 | Receipt | Armada Putera | LPG | 5 | Mar | 3/7/98 6:30 | 11.7 |
| 3/7/98 17:49 | Receipt | Chembulk Vanco | Jet | 223 | Mar | 3/9/98 9:35 | 39.8 |
| 3/25/98 14:43 | Loading | Star I | ADO | 16 | Mar | 3/26/98 15:00 | 24.3 |
| 3/28/98 3:55 | Receipt | Sitamia | Jet | 540 | Mar | 3/31/98 15:30 | 83.6 |
| 4/4/98 10:42 | Receipt | Armada Putera | LPG | 6 | Apr | 4/4/98 19:00 | 8.3 |
| 4/7/98 23:19 | Receipt | Armada Putera | LPG | 5 | Apr | 4/8/98 18:14 | 18.9 |
| 4/26/98 14:45 | Receipt | Marieta C | RFO | 271 | Apr | 4/28/98 1:30 | 34.8 |
| 5/2/98 8:05 | Loading | Star I | ADO | 26 | May | 5/2/98 22:00 | 13.9 |
| 5/18/98 10:45 | Receipt | Armada Putera | LPG | 6 | May | 5/18/98 19:59 | 9.2 |
| 5/20/98 6:00 | Receipt | Marieta C | RFO | 258 | May | 5/21/98 23:44 | 41.7 |
| 5/22/98 6:45 | Receipt | Armada Putera | LPG | 5 | May | 5/22/98 16:59 | 10.2 |
| 5/27/98 18:00 | Loading | Star I | ADO | 23 | May | 5/28/98 7:59 | 14.0 |
| 6/22/98 2:00 | Receipt | St.Nikolai | RFO | 271 | Jun | 6/23/98 17:00 | 39.0 |
| 6/24/98 9:59 | Receipt | Armada Putera | LPG | 6 | Jun | 6/24/98 19:59 | 10.0 |
| 6/24/98 21:19 | Loading | Star I | ADO | 25 | Jun | 6/25/98 6:59 | 9.7 |
| 6/27/98 15:45 | Receipt | Armada Putera | LPG | 6 | Jun | 6/28/98 11:00 | 19.2 |
| 7/4/98 12:21 | Receipt | Sitavela | Jet | 505 | Jul | 7/7/98 18:00 | 77.6 |
| 7/13/98 23:00 | Receipt | Emerald Sky | Jet | 513 | Jul | 7/17/98 0:00 | 73.0 |
| 7/17/98 8:44 | Receipt | Polyarna | ADO | 327 | Jul | 7/20/98 0:00 | 63.3 |
| 7/22/98 13:59 | Receipt | Rowan | RFO | 277 | Jul | 7/25/98 17:30 | 75.5 |
| 8/1/98 16:59 | Receipt | Armada Putera | LPG | 6 | Aug | 8/2/98 7:59 | 15.0 |
| 8/2/98 9:00 | Loading | Star I | ADO | 25 | Aug | 8/3/98 7:59 | 23.0 |
| 8/5/98 17:30 | Receipt | Armada Putera | LPG | 6 | Aug | 8/6/98 7:00 | 13.5 |
| 8/31/98 7:59 | Receipt | Bel Guardian | RFO | 270 | Aug | 9/2/98 19:00 | 59.0 |
| 9/3/98 22:59 | Receipt | Tormita | Jet | 500 | Sep | 9/6/98 20:24 | 45.4 |
| 9/8/98 12:00 | Receipt | Armada Putera | LPG | 5 | Sep | 9/8/98 21:59 | 10.0 |
| 9/8/98 21:59 | Loading | Star I | ADO | 25 | Sep | 9/9/98 12:00 | 14.0 |
| 9/12/98 7:59 | Receipt | Armada Putera | LPG | 6 | Sep | 9/12/98 15:59 | 8.0 |
| 9/14/98 6:00 | Receipt | Bel Guardian | RFO | 272 | Sep | 9/16/98 9:00 | 51.0 |
| 10/10/98 0:11 | Receipt | British Adventure | RFO | 206 | Oct | 10/12/98 10:44 | 58.6 |
| 10/19/98 8:53 | Receipt | Armada Putera | LPG | 7 | Oct | 10/19/98 19:59 | 11.1 |
| 10/22/98 17:06 | Receipt | Armada Putera | LPG | 5 | Oct | 10/23/98 7:00 | 13.9 |
| 11/7/98 2:34 | Receipt | Agility | Jet | 314 | Nov | 11/9/98 10:59 | 56.4 |
| 11/14/98 18:59 | Loading | Star I | ADO | 25 | Nov | 11/15/98 15:00 | 20.0 |
| 11/17/98 18:00 | Receipt | Bel Guardian | RFO | 199 | Nov | 11/20/98 0:10 | 54.2 |
| 11/27/98 9:14 | Receipt | Armada Putera | LPG | 7 | Nov | 11/27/98 18:29 | 9.2 |
| 11/30/98 13:15 | Receipt | Armada Putera | LPG | 7 | Nov | 11/30/98 21:00 | 7.7 |
| 12/13/98 16:59 | Receipt | British Adventure | RFO | 247 | Dec | 12/17/98 9:00 | 88.0 |
| 12/17/98 9:29 | Loading | Star I | ADO | 25 | Dec | 12/17/98 19:30 | 10.0 |

Page 1

# F-1 Utilisation
## Vessel Movements - 1998 to 2001

| First Line | Movement Type | Tanker Name | Product | Volume (MB) | Month | Date out | Hours |
|---|---|---|---|---|---|---|---|
| 1/3/99 21:59 | Receipt | Armada Putera | LPG | 6 | Jan | 1/4/99 7:59 | 10.0 |
| 1/7/99 16:34 | Receipt | Armada Putera | LPG | 7 | Jan | 1/8/99 18:00 | 25.4 |
| 1/29/99 6:00 | Loading | SKS Trinity | JET | 762 | Jan | 2/3/99 15:00 | 129.0 |
| 2/8/99 21:59 | Receipt | British Adventure | RFO | 260 | Feb | 2/10/99 6:00 | 32.0 |
| 2/10/99 10:64 | Receipt | Armada Putera | LPG | 6 | Feb | 2/10/99 19:00 | 8.1 |
| 2/12/99 16:30 | Receipt | Fulmar | AGO | 260 | Feb | 2/15/99 0:00 | 55.5 |
| 2/15/99 0:00 | Receipt | Armada Putera | LPG | 6 | Feb | 2/15/99 10:00 | 10.0 |
| 3/2/99 4:59 | Receipt | British Adventure | RFO | 256 | Mar | 3/4/99 7:59 | 51.0 |
| 3/11/99 6:00 | Receipt | Northsea Bellows | AGO | 478 | Mar | 3/12/99 22:59 | 41.0 |
| 3/18/99 13:12 | Receipt | Armada Putera | LPG | 6 | Mar | 3/19/99 3:59 | 14.8 |
| 3/21/99 17:49 | Receipt | Armada Putera | LPG | 4 | Mar | 3/22/99 6:00 | 12.2 |
| 3/22/99 9:14 | Loading | No.3 Smile | AGO | 25 | Mar | 3/23/99 6:59 | 21.7 |
| 3/30/99 20:29 | Receipt | Northsea Bellows | AGO | 477 | Mar | 4/1/99 12:00 | 39.5 |
| 4/11/99 16:59 | Receipt | British Adventure | RFO | 256 | Apr | 4/13/99 22:69 | 54.0 |
| 4/15/99 6:00 | Loading | Nordogean | JET | 711 | Apr | 4/18/99 0:00 | 66.0 |
| 4/28/99 10:00 | Receipt | Armada Putera | LPG | 7 | Apr | 4/28/99 20:29 | 10.5 |
| 4/30/99 17:30 | Receipt | Seraya Spirit | RFO | 167 | Apr | 5/2/99 10:00 | 40.6 |
| 5/2/99 14:24 | Receipt | Armada Putera | LPG | 6 | May | 5/2/99 19:12 | 4.8 |
| 6/1/99 10:69 | Receipt | Panda | JET | 516 | Jun | 6/3/99 21:00 | 58.0 |
| 6/3/99 22:44 | Receipt | Armada Putera | LPG | 7 | Jun | 6/4/99 7:59 | 9.2 |
| 6/7/99 7:59 | Receipt | Armada Putera | LPG | 5 | Jun | 6/7/99 22:59 | 15.0 |
| 6/10/99 9:14 | Loading | No.3 Smile | AGO | 18 | Jun | 6/10/99 21:14 | 12.0 |
| 6/12/99 0:00 | Receipt | Belgai antry | RFO | 230 | Jun | 6/14/99 0:00 | 48.0 |
| 6/25/99 5:54 | Loading | No.3 Smile | AGO | 25 | Jun | 6/25/99 18:59 | 13.1 |
| 7/8/99 7:33 | Receipt | Tiete | Multi | 749 | Jul | 7/11/99 7:59 | 72.4 |
| 7/11/99 19:30 | Receipt | Armada Putera | LPG | 7 | Jul | 7/12/99 1:26 | 5.9 |
| 7/13/99 7:33 | Receipt | Teekay Spirit | RFO | 184 | Jul | 7/15/99 7:69 | 48.4 |
| 7/15/99 17:39 | Receipt | Armada Putera | LPG | 7 | Jul | 7/16/99 16:59 | 23.3 |
| 7/24/99 7:59 | Receipt | Astrea | JET | 552 | Jul | 7/26/99 9:36 | 49.6 |
| 8/14/99 18:00 | Loading | No.3 Smile | AGO | 25 | Aug | 8/15/99 8:00 | 14.0 |
| 8/20/99 12:00 | Receipt | Armada Putera | LPG | 6 | Aug | 8/20/99 20:00 | 8.0 |
| 8/23/99 7:00 | Receipt | Rowan | RFO | 220 | Aug | 8/26/99 8:00 | 73.0 |
| 8/26/99 9:08 | Receipt | Armada Putera | LPG | 6 | Aug | 8/26/99 18:00 | 8.9 |
| 9/29/99 7:00 | Receipt | Pacific Queen | JET | 502 | Sep | 10/1/99 18:00 | 59.0 |
| 10/1/99 12:00 | Receipt | Armada Putera | LPG | 7 | Oct | 10/1/99 20:00 | 8.0 |
| 10/5/99 18:00 | Receipt | Armada Putera | LPG | 6 | Oct | 10/6/99 22:00 | 28.0 |
| 10/16/99 21:00 | Receipt | Belguaidian | RFO | 270 | Oct | 10/18/99 22:00 | 49.0 |
| 10/27/99 6:00 | Loading | No.3 Smile | AGO | 26 | Oct | 10/28/99 7:00 | 25.0 |
| 11/8/99 10:00 | Receipt | Armada Putera | LPG | 7 | Nov | 11/8/99 20:00 | 10.0 |
| 11/12/99 6:06 | Receipt | Armada Putera | LPG | 5 | Nov | 11/12/99 22:00 | 15.9 |
| 11/27/99 7:30 | Loading | No.3 Smile | AGO | 22 | Nov | 11/27/99 18:15 | 10.7 |
| 12/13/99 18:42 | Receipt | Gas Eternity | LPG | 7 | Dec | 12/14/99 20:00 | 25.3 |
| 12/17/99 20:00 | Receipt | Gas Eternity | LPG | 6 | Dec | 12/18/99 17:00 | 21.0 |
| 12/20/99 3:30 | Receipt | Scotland | RFO | 252 | Dec | 12/22/99 16:50 | 61.3 |
| 12/23/99 7:30 | Loading | No.3 Smile | AGO | 21 | Dec | 12/23/99 18:30 | 11.0 |
| 12/23/99 18:30 | Loading | Tetaua | AGO | 20 | Dec | 12/24/99 10:00 | 14.5 |
| 1/2/00 7:30 | Loading | Fulmar | JET | 303 | Jan | 1/4/00 12:00 | 52.5 |

# F-1 Utilisation
## Vessel Movements - 1998 to 2001

| First Line | Movement Type | Tanker Name | Product | Volume (MB) | Month | Date out | Hours |
|---|---|---|---|---|---|---|---|
| 1/4/00 11:42 | Loading | Sitamia | JET | 500 | Jan | 1/6/00 22:00 | 58.3 |
| 1/10/00 12:00 | Loading | Venture | JET | 561 | Jan | 1/13/00 22:00 | 82.0 |
| 1/14/00 1:42 | Loading | High Wind | JET | 279 | Jan | 1/15/00 21:00 | 43.3 |
| 1/16/00 21:50 | Loading | Leptay Sea | JET | 323 | Jan | 1/17/00 14:00 | 40.2 |
| 1/15/00 22:45 | Loading | Tetau | AGO | 20 | Jan | 1/16/00 17:00 | 18.3 |
| 1/20/00 14:00 | Loading | Port Alexandre | JET | 190 | Jan | 1/22/00 2:00 | 36.0 |
| 1/27/00 3:12 | Receipt | Gas Eternity | LPG | 8 | Jan | 1/27/00 17:00 | 13.8 |
| 1/30/00 10:20 | Receipt | Gas Eternity | LPG | 4 | Jan | 1/30/00 18:00 | 7.7 |
| 2/3/00 9:16 | Receipt | Nord Pacific | RFO | 236 | Feb | 2/5/00 17:00 | 55.8 |
| 2/24/00 10:00 | Loading | Tetau | AGO | 10 | Feb | 2/24/00 17:00 | 7.0 |
| 2/27/00 10:30 | Receipt | Rowan | RFO | 264 | Feb | 2/29/00 17:00 | 54.5 |
| 2/29/00 17:30 | Receipt | Gas Eternity | LPG | 5 | Feb | 3/1/00 0:00 | 6.5 |
| 3/3/00 17:30 | Receipt | Gas Eternity | LPG | 5 | Mar | 3/4/00 0:00 | 6.5 |
| 3/14/00 9:00 | Loading | Tetau | AGO | 13 | Mar | 3/14/00 15:00 | 6.0 |
| 3/16/00 9:42 | Receipt | British Adventure | RFO | 254 | Mar | 3/18/00 15:00 | 53.3 |
| 4/5/00 0:48 | Receipt | Gas Eternity | LPG | 7 | Apr | 4/5/00 13:00 | 12.2 |
| 4/8/00 8:00 | Receipt | Gas Eternity | LPG | 4 | Apr | 4/8/00 16:00 | 8.0 |
| 4/14/00 16:35 | Receipt | British Adventure | RFO | 240 | Apr | 4/16/00 13:00 | 44.4 |
| 4/27/00 0:50 | Receipt | Torm Gyda | AGO | 294 | Apr | 4/28/00 13:00 | 36.2 |
| 5/8/00 20:54 | Receipt | Gas Eternity | LPG | 6 | May | 5/9/00 8:00 | 11.1 |
| 5/9/00 8:20 | Loading | No.3 Smile | AGO | 18 | May | 5/10/00 18:15 | 33.9 |
| 5/13/00 6:00 | Receipt | Gas Eternity | LPG | 6 | May | 5/13/00 16:00 | 10.0 |
| 5/13/00 19:00 | Receipt | Ulsan Spirit | RFO | 264 | May | 5/15/00 13:00 | 42.0 |
| 6/12/00 10:02 | Receipt | Gas Eternity | LPG | 2 | Jun | 6/13/00 7:00 | 21.0 |
| 6/15/00 7:50 | Receipt | Gas Eternity | LPG | 5 | Jun | 6/16/00 20:00 | 36.2 |
| 6/23/00 23:00 | Receipt | Torm Kirsten | Multi | 494 | Jun | 6/26/00 10:30 | 59.5 |
| 6/26/00 12:30 | Receipt | Rowan | RFO | 278 | Jun | 6/28/00 10:30 | 46.0 |
| 6/28/00 13:50 | Loading | No.3 Smile | AGO | 25 | Jun | 6/28/00 19:30 | 5.7 |
| 7/9/00 17:48 | Receipt | Gas Eternity | LPG | 6 | Jul | 7/11/00 11:30 | 41.7 |
| 7/14/00 12:00 | Receipt | Gas Eternity | LPG | 7 | Jul | 7/16/00 0:00 | 12.0 |
| 7/24/00 2:30 | Receipt | Loucas | JET | 490 | Jul | 7/25/00 16:30 | 38.0 |
| 7/25/00 18:30 | Receipt | Irene | RFO | 200 | Jul | 7/27/00 10:30 | 40.0 |
| 8/2/00 16:30 | Loading | No.3 Smile | AGO | 25 | Aug | 8/3/00 0:30 | 8.0 |
| 8/13/00 15:00 | Receipt | Gas Eternity | LPG | 7 | Aug | 8/14/00 8:00 | 17.0 |
| 8/15/00 18:00 | Receipt | Gas Eternity | LPG | 3 | Aug | 8/16/00 14:00 | 20.0 |
| 8/25/00 20:15 | Receipt | Sitalene | JET | 547 | Aug | 8/27/00 22:30 | 50.3 |
| 9/1/00 3:00 | Receipt | Hadra | AGO | 313 | Sep | 9/2/00 22:30 | 43.5 |
| 9/4/00 9:00 | Loading | Tetau | AGO | 5 | Sep | 9/4/00 15:00 | 6.0 |
| 9/21/00 8:00 | Receipt | Gas Eternity | LPG | 9 | Sep | 9/24/00 2:00 | 66.0 |
| 9/25/00 2:00 | Receipt | Rowan | RFO | 278 | Sep | 9/27/00 7:00 | 53.0 |
| 9/27/00 6:25 | Loading | No.3 Smile | AGO | 24 | Sep | 9/27/00 19:30 | 13.1 |
| 9/30/00 9:00 | Loading | Tetau | AGO | 20 | Sep | 10/1/00 8:00 | 23.0 |
| 10/11/00 1:42 | Loading | Alam Bitara | AGO | 321 | Oct | 10/13/00 2:00 | 48.3 |
| 10/15/00 13:00 | Receipt | Gas Eternity | LPG | 6 | Oct | 10/16/00 0:15 | 11.3 |
| 10/20/00 8:00 | Receipt | Gas Eternity | LPG | 6 | Oct | 10/20/00 12:15 | 4.2 |
| 10/20/00 17:15 | Loading | Tetau | AGO | 17 | Oct | 10/21/00 8:00 | 14.8 |
| 10/23/00 15:50 | Loading | No.3 Smile | AGO | 25 | Oct | 10/25/00 9:00 | 41.2 |

Page 3

# F-1 Utilisation
## Vessel Movements - 1998 to 2001

| First Line | Movement Type | Tanker Name | Product | Volume (MB) | Month | Date out | Hours |
|---|---|---|---|---|---|---|---|
| 10/28/00 17:00 | Receipt | Magnolia | RFO | 278 | Oct | 10/30/00 7:00 | 38.0 |
| 11/1/00 8:50 | Loading | Kosiam | AGO | 34 | Nov | 11/2/00 8:00 | 23.2 |
| 11/12/00 12:45 | Loading | Tetaus | AGO | 14 | Nov | 11/13/00 8:00 | 19.3 |
| 11/20/00 7:00 | Loading | No.3 Smile | AGO | 24 | Nov | 11/20/00 16:00 | 9.0 |
| 11/22/00 7:54 | Loading | Gas Eternity | LPG | 6 | Nov | 11/22/00 19:00 | 11.1 |
| 11/25/00 16:40 | Receipt | Gas Eternity | LPG | 5 | Nov | 11/26/00 13:00 | 20.3 |
| 12/6/00 3:10 | Receipt | St. Nikolai | Multi | 280 | Dec | 12/8/00 12:00 | 56.8 |
| 12/13/00 9:05 | Loading | Tetaus | AGO | 13 | Dec | 12/13/00 16:00 | 6.9 |
| 12/14/00 10:00 | Receipt | Olga | AGO | 295 | Dec | 12/16/00 3:00 | 41.0 |
| 12/30/00 15:40 | Receipt | Gas Eternity | LPG | 6 | Dec | 12/31/00 0:30 | 8.8 |
| 12/31/00 13:10 | Receipt | Seamaster | RFO | 190 | Dec | 1/1/01 16:45 | 27.6 |
| 1/3/01 10:00 | Receipt | Gas Eternity | LPG | 4 | Jan | 1/3/01 18:20 | 8.3 |
| 1/4/01 17:05 | Loading | Tetaus | AGO | 20 | Jan | 1/4/01 23:15 | 6.2 |
| 2/4/01 13:40 | Loading | Tetaus | AGO | 20 | Feb | 2/4/01 21:00 | 7.3 |
| 2/5/01 16:25 | Receipt | British Adventure | RFO | 260 | Feb | 2/7/01 23:45 | 55.3 |
| 2/8/01 1:05 | Receipt | Gas Eternity | LPG | 6 | Feb | 2/8/01 12:20 | 11.3 |
| 2/11/01 16:35 | Receipt | Gas Eternity | LPG | 4 | Feb | 2/11/01 22:10 | 5.6 |
| ▓▓▓▓▓▓ | Loading | No.3 Smile | AGO | 25 | Feb | ▓▓▓▓▓▓ | 16.0 |
| ▓▓▓▓▓▓ | Loading | Tetaus | AGO | 20 | Feb | ▓▓▓▓▓▓ | 16.0 |
| 2/27/01 17:15 | Loading | Torm Gyda | JET | 295 | Feb | 3/1/01 18:00 | 48.8 |
| 3/6/01 1:50 | Receipt | Petrobulk Pollux | AGO | 300 | Mar | 3/7/01 12:25 | 34.6 |
| ▓▓▓▓▓▓ | Loading | Petrobulk Pollux | JET | 62 | Mar | 3/8/01 3:00 | 14.6 |
| ▓▓▓▓▓▓ | Receipt | Petrobulk Pollux | JET | 62 | Mar | 3/8/01 19:00 | 16.0 |
| 3/8/01 19:00 | Receipt | Petrobulk Pollux | JET | 314 | Mar | 3/9/01 22:45 | 27.8 |
| 3/13/01 7:40 | Loading | No.3 Smile | AGO | 25 | Mar | 3/13/01 14:30 | 6.8 |
| 3/14/01 1:50 | Receipt | Gas Eternity | LPG | 6 | Mar | 3/14/01 9:55 | 8.1 |
| 3/14/01 13:05 | Receipt | Legaspi | RFO | 223 | Mar | 3/16/01 6:00 | 40.9 |
| 3/17/01 6:20 | Receipt | Gas Eternity | LPG | 3 | Mar | 3/17/01 12:00 | 5.7 |
| 3/24/01 3:50 | Loading | Tetaus | AGO | 4 | Mar | 3/24/01 7:25 | 3.6 |
| 4/10/01 5:45 | Loading | No.3 Smile | AGO | 25 | Apr | 4/10/01 15:00 | 9.2 |
| 4/13/01 16:36 | Receipt | Gas Eternity | LPG | 6 | Apr | 4/14/01 6:00 | 13.4 |
| 4/17/01 7:58 | Receipt | Gas Eternity | LPG | 4 | Apr | 4/17/01 17:00 | 9.0 |
| 4/18/01 7:05 | Loading | Tetaus | AGO | 4 | Apr | 4/18/01 13:40 | 6.6 |
| 4/19/01 13:10 | Receipt | British Adventure | RFO | 259 | Apr | 4/22/01 9:00 | 67.8 |
| ▓▓▓▓▓▓ | Loading | No.3 Smile | AGO | 25 | May | ▓▓▓▓▓▓ | 10.0 |
| 5/12/01 2:30 | Receipt | Emerald Isle | JET | 491 | May | 5/13/01 23:55 | 45.4 |
| 5/18/01 5:54 | Receipt | Gas Eternity | LPG | 6 | May | 5/18/01 18:00 | 12.1 |
| ▓▓▓▓▓▓ | Receipt | Gas Eternity | LPG | 3 | May | ▓▓▓▓▓▓ | 10.0 |
| 5/22/01 0:00 | Receipt | Legaspi | RFO | 252 | May | 5/23/01 18:45 | 42.8 |
| 5/24/01 12:18 | Receipt | Sitakatherine | Multi | 511 | May | 5/27/01 2:00 | 61.7 |
| 5/27/01 6:00 | Loading | No.3 Smile | AGO | 24 | May | 5/27/01 12:00 | 6.0 |
| 5/28/01 8:05 | Loading | Tetaus | AGO | 18 | May | 5/28/01 14:40 | 6.6 |
| 5/28/01 20:50 | Receipt | Emerald Isle | JET | 488 | May | 5/30/01 16:55 | 44.1 |
| 6/14/01 4:00 | Receipt | Emerald Isle | JET | 491 | Jun | 6/15/01 21:00 | 41.0 |
| 6/22/01 13:48 | Receipt | Bangos | LPG | 7 | Jun | 6/23/01 7:00 | 17.2 |
| 6/24/01 17:18 | Receipt | British Adventure | RFO | 244 | Jun | 6/26/01 14:30 | 45.2 |
| 6/26/01 15:02 | Receipt | Bangos | LPG | 3 | Jun | 6/26/01 22:00 | 7.0 |

Case 1:03-cv-00009   Document 139   Filed 12/30/2004   Page 21 of 30

# F-1 Utilisation
## Vessel Movements - 1998 to 2001

| First Line | Movement Type | Tanker Name | Product | Volume (MB) | Month | Date out | Hours |
|---|---|---|---|---|---|---|---|
| 7/4/01 9:00 | Receipt | Emerald Isle | Multi | 487 | Jul | 7/7/01 11:00 | 74.0 |
| 7/15/01 17:00 | Loading | No. 3 Smile | AGO | 23 | Jul | 7/16/01 6:00 | 13.0 |
| 7/20/01 8:00 | Loading | Tetau | AGO | 20 | Jul | 7/20/01 23:30 | 15.5 |
| 7/25/01 6:00 | Receipt | British Adventure | RFO | 250 | Jul | 7/27/01 9:00 | 51.0 |
| 7/26/01 6:42 | Receipt | Bangos | LPG | 5 | Jul | 7/27/01 18:00 | 35.3 |
| 7/30/01 17:40 | Receipt | Bangos | LPG | 5 | Jul | 7/31/01 22:00 | 28.3 |
| 8/9/01 9:00 | Loading | No. 3 Smile | AGO | 25 | Aug | 8/9/01 19:00 | 10.0 |
| 8/17/01 9:00 | Loading | Tetau | AGO | 9 | Aug | 8/17/01 16:40 | 7.7 |
| 8/21/01 5:12 | Receipt | Northern Bell | Multi | 497 | Aug | 8/23/01 9:00 | 51.8 |
| 8/30/01 0:00 | Receipt | Legaspi | RFO | 250 | Aug | 8/31/01 16:00 | 40.0 |
| 9/1/01 11:00 | Receipt | Gas Eternity | LPG | 5 | Sep | 9/1/01 22:00 | 11.0 |
| 9/4/01 8:09 | Receipt | Gas Eternity | LPG | 5 | Sep | 9/4/01 17:00 | 8.9 |
| 9/7/01 16:00 | Loading | No. 3 Smile | AGO | 25 | Sep | 9/8/01 6:10 | 14.2 |
| 9/11/01 9:00 | Loading | Tetau | AGO | 20 | Sep | 9/11/01 16:20 | 7.3 |
| 9/20/01 22:30 | Receipt | Sitamare | Multi | 545 | Sep | 9/26/01 22:30 | 144.0 |
| 9/24/01 10:25 | Receipt | British Adventure | RFO | 260 | Sep | 9/28/01 12:00 | 97.6 |
| 10/4/01 11:45 | Loading | No. 3 Smile | AGO | 25 | Oct | 10/4/01 21:10 | 9.4 |
| 10/8/01 7:45 | Loading | Tetau | AGO | 20 | Oct | 10/8/01 10:00 | 2.3 |
| 10/8/01 5:54 | Receipt | Armada Putera | LPG | 7 | Oct | 10/8/01 21:00 | 15.1 |
| 10/11/01 8:30 | Receipt | Armada Putera | LPG | 4 | Oct | 10/11/01 15:00 | 6.5 |
| 10/27/01 20:30 | Receipt | St. Niklai | Multi | 269 | Oct | 10/29/01 20:00 | 47.5 |
| 10/30/01 7:50 | Loading | No. 3 Smile | AGO | 25 | Oct | 10/30/01 16:00 | 10.2 |
| 10/31/01 18:00 | Loading | Tetau | AGO | 20 | Oct | 11/1/01 8:30 | 14.5 |
| 11/16/01 16:15 | Loading | No. 3 Smile | AGO | 25 | Nov | 11/17/01 8:00 | 15.8 |
| 11/18/01 10:12 | Loading | Gas Eternity | LPG | 7 | Nov | 11/18/01 18:30 | 8.3 |
| 11/21/01 5:10 | Receipt | Gas Eternity | LPG | 4 | Nov | 11/21/01 15:00 | 9.8 |
|  | Receipt | Legaspi | RFO | 260 | Nov |  | 37.6 |
| 12/9/01 16:53 | Loading | Tetau | AGO | 20 | Dec | 12/10/01 8:00 | 15.1 |
|  | Loading | Tetau | AGO | 20 | Dec |  | 15.1 |
|  | Receipt | Gas Eternity | LPG | 5 | Dec |  | 9.3 |
|  | Receipt | Gas Eternity | LPG | 5 | Jan |  | 4.3 |

# EXHIBIT "E-1"



F-1 DOCK PLAN
NOT TO SCALE

DOLPHIN "A"

DOLPHIN "B"

DOLPHIN "C"

DOLPHIN "D"

DOLPHIN "E"

DOLPHIN "F"

F1

F2

N

SEA WALL

MAIN WHARF

RAMP

EXHIBIT E-1

# EXHIBIT "E-2"



BORING LOCATION PLAN

0092

EXHIBIT E-2

Case 1:03-cv-00009    Document 139    Filed 12/30/2004    Page 26 of 30

# EXHIBIT
## "F"



**Seaports** of the | Americas

**2004**
AAPA Directory

The Authoritative and Comprehensive
Guide to the Seaports, Port Authorities and
Port Industry of the Americas

Home | 2004 On-Line Edition | Port Industry Directory | 2005 Advertising Rates | Circulation | AAPA Home | E

# **AAPA** Port Profiles

[ Back to US Profiles ]  [ Back to Port Authority Profiles ]

### Port Authority of Guam
1026 Cabras Hwy., Ste. 201
Piti, Guam 96915 USA

Tel: 671-477-5931/35
Fax: 671-477-2689
E-mail: pag4@eccomm.com
Website: www.eccomm.com/~pag4

**Quick Links...**

**'WHO'S WHO'- Advertisers**
**AAPA Port Member Profiles**
**AAPA Sustaining Members**

**View the Online Edition**
**Table of Contents**
**Page-by-Page View**
**AAPA Port Industry Directory**
**AAPA SEAPORTS**
**MAGAZINE**

PORT BOARD OF DIRECTORS
Appointed for 3-yr. terms by the Governor of Guam.
Richard Northey, Chairman; Rosita Adkins, Vice-Chairwoman; Joaquin Pangelinan, Secr
Member

PORT MANAGEMENT
Joseph F. Mesa, General Manager
Paul M. Shintaku, Deputy General Manager
Francisco G. Santos, Harbor Master
Jose Guevara, Jr., Financial Affairs Controller
Michael Henderson, Marketing/Communications Administrator

OVERALL ANNUAL TONNAGE: FY 2003
see PRIMARY CARGOES

PRIMARY CARGOES
Containerized (General Merchandise), Liquid Bulk (fuel), autos, construction materials
INBOUND: 1,954,449 rev. tons
OUTBOUND: 858,754 rev. tons

MAIN CHANNEL DEPTH(S): 112 ft;
Main access channels: #1: 84 ft.; #2: 44 ft.; #3: 38 ft.; #4: 34 ft.

CRUISE TERMINALS & FACILITIES

CARGO TERMINALS & FACILITIES
MAIN: Berths: 4; Depths: 34-35 ft.; two berths for large tankers & passenger vessels; Fac
ft. warehouse space; 26.5-acre paved storage yards; 758 stalls for chassis-mounted cont
equipped for refrigerated containers; Three ship-to-shore rail-mounted gantries, one 30lt.
rubber-tired gantry cranes, 40lt.; one Grove heavy-lift stick crane - 150-ton capacity; three
20-ton heavy-lift fork lifts; five sideloaders; fleet of fork lifts from 3.5 to 10 ton capacity; 31
FOXTROT-3: 753 ft. length; 85 ft. wide paved in front shed;
FOXTROT-4,5,6: Total length: 1975 ft.; Depth: 34-35 ft.; May accommodate two full conta
three smaller breakbulk and container vessels, and other smaller vessels (60-200 ft.).

OTHER PORT-OWNED FACILITIES & SERVICES:
GULF PIER: Fuel pier, operated by Mobil Oil Guam;
FOXTROT 1: Fuel pier, operated by Shell Guam.

**EXHIBIT F**



OTHER PORT-OWNED FACILITIES & SERVICES:
GULF PIER: Fuel pier, operated by Mobil Oil Guam;
FOXTROT 1: Fuel pier, operated by Shell Guam.

REGIONAL/FOREIGN PORT MARKETING AND TRADE OFFICES

FEDERAL CUSTOMS OFFICE(s)

OVERSEAS SISTER/BROTHER PORTS OR AFFILIATED PORTS

---

[ top of page ]

© 2004 SEAPORTS Publications Group
Commonwealth Business Media, Inc.
All rights reserved. The information contained herein may not be reproduced
or distributed in any manner without the written consent of the publisher.

Case 1:05-cv-00002 Document 109 Filed 12/30/2004

# EXHIBIT
## "G"