ORIGINAL




CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF LESLIE WILTON** |

I, Leslie Wilton, declare:

1. I was born in the United Kingdom, and for all of my life I have been a domiciliary, citizen and resident of the United Kingdom.

2. In 2003, I was the Senior Claims Adjuster for the S.J. Gargrave Syndicate 2724 at Lloyds, London. I was the named plaintiff when the initial complaint in this action was filed on 18th March, 2003. I remained the named plaintiff until the First Amended Complaint was filed herein on 23rd December, 2003.

3. My employment with the S.J. Gargrave Syndicate at Lloyds ceased on 6th September, 2004. I am currently Director of my own company, Les Wilton Associates Ltd.

4. As the Senior Claims Adjuster for the lead syndicate on the policy of insurance which is relevant hereto, I was authorized, pursuant to Lloyd's Regulations, to settle claims, file subrogation lawsuits, distribute recoveries and take other actions on behalf of the S.J. Gargrave Syndicate which subscribed to the policy of insurance underwritten for the Port Authority of Guam. The other syndicates subscribing to the policy followed my lead. Any recovery herein will be shared by the subscribing syndicates according to their relative percentages.

5. The property damage claims arising out of the earthquake which struck Guam on 13th October, 2001, were paid under the Lloyd's policy issued to the Port Authority of Guam for the period 1st October, 2001 to 1st October, 2002.

Sworn this 3rd day of February, 2005 under penalty of perjury under the laws of the United States at London, England.

_____
LESLIE WILTON

SANFRAN1\32613\1 123206.000

2.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on February 11, 2005, I will cause to be served, via hand delivery, a true and correct copy of the DECLARATION OF LESLIE WILTON upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and

>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 11th day of February, 2005 at Hagåtña, Guam.

/s/ David Ledger
DAVID LEDGER