CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>SUPPLEMENTAL DECLARATION OF FORREST BOOTH; DECLARATION OF SERVICE |

I, Forrest Booth, declare:

1. I am an attorney duly licensed to practice law before all courts in the State of California, and am admitted *pro hac vice* herein. I am a member of the law firm of Cozen

O'Connor, counsel of record for Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS (hereinafter "Plaintiff").

2. I have personal knowledge of the facts stated in this Declaration, and if called as a witness to testify as to them, I can and will competently do so.

3. Attached hereto and marked as Exhibit N is a true and correct copy of the cover page and pages 34 and 35 of the transcript of the deposition of Joselito Gutierrez, taken herein on October 17, 2003.

Sworn this 8th day of February, 2005 under penalty of perjury under the laws of the State of California and of the United States at San Francisco, California.

_____
FORREST BOOTH

SANFRAN1\32670\1 123206.000

# IN THE DISTRICT COURT OF GUAM

LESLIE WILTON, ) Civil Case No. CV03-00009
       Plaintiff, )
vs. )
BLACK CONSTRUCTION CORPORATION )
and WINZLER & KELLY CONSULTING )
ENGINEERS, )
       Defendants. )

**COPY**

## DEPOSITION OF JOSELITO GUTIERREZ
Taken on Behalf of the Plaintiff

BE IT REMEMBERED That pursuant to the Federal Rules of Civil Procedure, the deposition of JOSELITO GUTIERREZ was taken before Cecille A. Flores, a Certified Shorthand Reporter, on Friday, the 17th day of October 2003, in the law offices of Carlsmith Ball, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagatna, Guam.

Flores Court Reporting
Suite 2E, Jugo Building
618, Route 8
Barrigada, Guam 96913
Tel: (671) 734-1041 * Fax: (671) 734-1045

**EXHIBIT N**

```
 1  weren't there?
 2      A    I believe so.  I'm not sure exactly when.
 3      Q    Were you aware about the Yuyu Breeze docking there
 4  on December 27, 1996 and putting strain on the epoxy anchor
 5  bolts?
 6      A    I cannot remember.
 7      Q    Do you remember the Gopher State Ship smacking into
 8  the corner of Dolphin H and creating damage?
 9      A    I cannot remember.  It might have happened, but it
10  was way back.
11      Q    Do you remember in January of '96 a vessel called
12  the Kosian smacking into Dolphin H?
13      A    Like I said, I cannot remember.  It might have
14  happened.  I'm not sure.
15      Q    How about December 31, '96?  Do you remember a ship
16  named Taining hitting form work and scaffolding on Dolphin H?
17      A    Again, I cannot remember.
18      Q    Do you remember when the SKS Trent hit Dolphin C and
19  created some damage during construction?
20      A    No, I don't remember.
21      Q    How about the ship Great Promise?  Do you recall it
22  in December of '96 hitting Dolphin H and Dolphin G?
23      A    No.
24      Q    Do you recall as a result of some of these ships
25  hitting dolphins that the anchor bolts were loosened?
```

Joselito Gutierrez: October 17, 2003

```
 1    A    No.
 2    Q    You don't recall that?
 3    A    I don't recall.
 4    Q    You don't recall Black having to repair the anchor
 5   bolt connections because of ship mooring problems?
 6    A    Like I said, I did not recall. We may have, but I
 7   cannot remember at this time.
 8    Q    If you had, how would you repair it? Any different
 9   from your original installation?
10    A    Probably not.
11    Q    It had to be a little different, wouldn't it? You'd
12   have to pull the bolt out and you'd have to somehow get rid
13   of the epoxy that's in the hole and put in some new epoxy,
14   wouldn't you?
15    A    I like I said, I'm not sure. If the bolt had fall
16   down, we probably would have just cleaned the hole and
17   reattach the bolt.
18    Q    How about during construction? Were there fenders
19   put on the dolphins?
20    A    Yes.
21    Q    Were these just big, rubber tires like they have out
22   there today or were they fancy, broad-based, air-filled,
23   black fenders?
24    A    They're not just tire, we ordered them. They're --
25   these are brand new fenders. It's part of the job.
```

Joselito Gutierrez: October 17, 2003

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on February 14, 2005, I will cause to be served, via hand delivery, a true and correct copy of SUPPLEMENTAL DECLARATION OF FORREST BOOTH; DECLARATION OF SERVICE upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 14th day of February, 2005 at Hagåtña, Guam.

_____
DAVID LEDGER