FILED
DISTRICT COURT OF GUAM
MAR 28 2005
MARY L.M. MORAN
CLERK OF COURT

(137)

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. 03-00009<br><br>**NOTICE OF ENTRY<br>OF ORDER** |

Notice is hereby given that the Memorandum Order re Jurisdiction filed March 24, 2005, on the above entitled matter was entered on the docket on the 25th day of March, 2005.

Dated this 28th day of March, 2005.

MARY L. M. MORAN
Clerk of Court

By: /s/ Shirlene A. Ishizu
Shirlene A. Ishizu
Deputy Clerk

