FILED
DISTRICT COURT OF GUAM
MAR 29 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | Civil Case No. 03-00009<br><br>ORDER |

On April 6, 2005 at 10:00 a.m. the following motions and/or matters are hereby scheduled to come before the Court for a hearing: (1) Defendant, Black Construction Corporation's ("Black Construction") Motion for Partial Summary Judgment, or Alternatively, to Dismiss as to Counts One and Seven of the First Amended Complaint, joined by defendants, Engineering Management & Planning Services Corporation ("EMPSCO") and Winzler & Kelly; (2) Defendant, EMPSCO's Motion for Summary Judgment and for Judgment on the Pleadings as to Counts Three, Six and Eight of the First Amended Complaint; (3) Defendant Winzler & Kelly's Motion for Judgment on the Pleadings as to Count Two; (4) Defendant Winzler & Kelly's Motion for Judgment on the Pleadings as to Count Nine of the First Amended Complaint; (5) Winzler & Kelly's Motion for Summary Judgment on Fifth Cause of Action; (6) EMPSCO's Motion to Strike; (7) Winzler &

Kelly's Motion to Strike; (8) Plaintiff S.J. Gargrave Syndicate at Lloyds ("S.J. Gargrave") Motion to Strike the Declaration of Albert H. Tsutsui, A.I.A; and (9) Plaintiff's Suggestion of Mootness and Request to Dismiss or Hold in Abeyance. Off-island counsel may appear telephonically if necessary.

SO ORDERED this 29th day of March, 2005.

ROBERT CLIVE JONES*
UNITED STATES DISTRICT JUDGE

---

*The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.