ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
APR - 4 2005
MARY L.M. MORAN
CLERK OF COURT

139

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>                    Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>                    Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING; DECLARATION OF SERVICE**<br><br>DATE: APRIL 6, 2005<br>TIME: 10:00 A.M. |

Plaintiff requests that Forrest Booth, Esq., and Elyze McDonald, Esq., Counsel for Plaintiff, appear telephonically before the Court on April 6, 2005 at 10:00 a.m. for the Motions Hearings scheduled in this case, as Mr. Booth and Ms. McDonald live off-island and will not be able to attend the hearings in person.

Respectfully submitted this 4th day of April 2005.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
FORREST BOOTH
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on April 4, 2005, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING; DECLARATION OF SERVICE** upon Defendants' counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and

>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 4th day of April 2005 at Hagåtña, Guam.

_____
DAVID LEDGER