ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
APR -5 2005
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
APR - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING**<br><br>DATE: APRIL 6, 2005<br>TIME: 10:00 A.M. |

**IT IS HEREBY ORDERED** that Plaintiff's Counsel may appear telephonically for the Motions Hearings scheduled for **April 6, 2005 at 10:00 a.m.**

SO ORDERED: APR -5 2005

ROBERT CLIVE JONES
UNITED STATES DISTRICT JUDGE*

---

* The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.