DISTRICT COURT OF GUAM
TERRITORY OF GUAM
HONORABLE ROBERT CLIVE JONES, PRESIDING
CIVIL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
APR 08 2005
MARY L.M. MORAN
CLERK OF COURT
(141)

CASE NO. CV-03-00009        DATE: 04/06/2005        TIME: 9:01 a.m.

CAPTION: S.J. Gargrave Syndicate at Lloyds -vs- Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation

***

Courtroom Deputy: Leilani Toves Hernandez
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 10:39:20 - 11:01:13)

Law Clerk: Jennifer Moton
CSO: N. Edrosa

*** APPEARANCES ***

COUNSEL FOR PLAINTIFF(s):

FORREST BOOTH - TELEPHONIC

ELYZE MCDONALD - TELEPHONIC

PATRICK MASON - CARLSMITH BALL

COUNSEL FOR DEFENDANT(s):

TOM STERLING, BLACK CONSTRUCTION

TOM TARPLEY, EMSCO

BOB O'CONNOR, WINZLER & KELLY

***

## PROCEEDINGS:

- Defendant Black Construction Corporation's Motion for Partial Summary Judgment or, in the Alternative, to Dismiss as to Counts One and Seven of the First Amended Complaint
- EMPSCO'S Motion for Summary Judgment on the Pleadings as to Counts Three, Six & Eight of the First Amended Complaint
- Winzler & Kelly's Motion for Judgement on the Pleadings as to Count Two
- Winzler & Kelly's Motion for Judgment on the Pleadings as to Count Nine of the First Amended Complaint
- Winzler & Kelly's Motion for Summary Judgment on the Fifth Cause of Action
- EMPSCO'S Motion to Strike
- Winzler & Kelly's Motion to Strike
- S.J. Gargrave's Motion to Strike the Declaration of Albert H. Tsutsui, A.I.A.
- Plaintiff's Suggestion of Mootness and Request to Dismiss or Hold in Abeyance

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANTS
( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement
( ) ORDER SUBMITTED ___ Approved ___ Disapproved
( X ) ORDER to be Prepared By: __Court__
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court ruled as follows:

- Black Constuction's Motion for Partial Summary Judgment - Granted.
- Winzler & Kelly's Motion for Judgment as to Count IX - Granted; as to Count V - Denied

- With regard to EMPSCO'S Motions - The Court Granted the Implied warranty of work and like performance and Denied the Motion for Summary Judgement on the Contract.

The Court stated that most of the motions to strike are being denied and he will state the reasons in a lengthy order.

The Clerk was Ordered not to accept any more requests for telephonic appearance.

The Court set trial date for June 13, 2005.

The Court Ordered parties to contact the Magistrate Judge to set a hearing date for a settlement conference within 15 days.