ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
APR 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>     Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>     Defendants. | CIVIL CASE NO. CV03-00009<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF S.J. GARGRAVE SYNDICATE TO MODIFY SCHEDULING ORDER; DECLARATION OF SERVICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff S.G. Gargrave Syndicate at Lloyd's (hereinafter "Plaintiff") will move the above-entitled court, in the 4th Floor courtroom of the above-entitled Court, located at the United States Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, and does hereby move this Court to modify the Scheduling Order (as previously amended) to allow Plaintiff to file its motion for leave to file its Second Amended Complaint. There is good cause for the modification, under Federal Rule of Civil Procedure 16(b), for the following reasons:

1. This Court ruled on March 24, 2005 that it did not have admiralty jurisdiction over Plaintiff's claims herein. Plaintiff's First Amended Complaint alleges admiralty as a basis of jurisdiction. Plaintiff wishes to amend its jurisdictional allegations to conform to this Court's ruling.

2. Plaintiff also wishes to amend its Complaint to plead all of the claims which are available to it, as revealed by Plaintiff's discovery herein, and as authorized by the California Supreme Court's December 23, 2004, decision in *Robinson Helicopter Co., Inc. v. Dana Corp.*, 34 Cal. 4th 979, 22 Cal. Rptr. 3d 352 (2004);

3. Plaintiff moved with all due speed and diligence after the *Robinson Helicopter* decision was published to ascertain that decision's applicability to the present case, to meet and confer with opposing counsel in an attempt to gain their agreement to the filing of the Second Amended Complaint, and to file the instant motion after opposing counsel refused to agree.

4. The trial date is June 13, 2005. No party will be prejudiced by granting Plaintiff's motion herein.

This motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the Declaration of Forrest Booth and exhibits thereto,

the [Proposed] Order, the records, papers and pleadings already on file in this action, and upon such other and further evidence and oral argument as may be presented to the Court during the briefing and hearing of this Motion.

DATED: Hagåtña, Guam, April 22, 2005.

CARLSMITH BALL LLP

/s/ David Ledger

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on April 22, 2005, I will cause to be served, via hand delivery, a true and correct copy of **NOTICE OF MOTION AND MOTION OF PLAINTIFF S.J. GARGRAVE SYNDICATE TO MODIFY SCHEDULING ORDER; DECLARATION OF SERVICE** upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and

>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 22nd day of April, 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

SANFRAN1\32577\1 123206.000