LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP6090
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
APR 25 2005
MARY L.M. MORAN
CLERK OF COURT
(148)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CIV03-00009<br><br>EMPSCO'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR FILING BRIEFS RE EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION IN LIMINE |

Defendant Engineering, Management, & Planning Services Corporation ("EMPSCO") has filed contemporaneously herewith its EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION IN LIMINE RESTRICTING EXPERT TESTIMONY AT TRIAL. Said motion concerns the newly disclosed amendments Plaintiff is belatedly attempting to make to its expert's report. Trial in this matter is scheduled to begin on June 13, 2005. Plaintiff's expert, Elliott H. Boone, is scheduled to be deposed in San Francisco on May 12, 2005. For the reasons stated in EMPSCO'S emergency motion, EMPSCO is entitled to a protective order prohibiting Plaintiff from modifying the

testimony of its expert at this late date. Plaintiff did not make this disclosure until April 19, 2005.

There will be insufficient time for EMPSCO to obtain the Court's ruling on its motion sufficiently ahead of the San Francisco deposition unless the Court shortens the time for the respective briefing on the matter (oral argument is not requested). Because therefore exists for this Court to grant such a motion on an ex parte basis pursuant to Rule 6(d) Fed.R.Civ.P. and Local Rule 7.1(k).

EMPSCO requests for the Court to order that Plaintiff's response to the emergency motion be filed within three days after service thereof, and that EMPSCO's reply brief be filed three days thereafter, so that the Court may issue a prompt ruling on the matter sufficiently ahead of the May 12, 2005 scheduled deposition in San Francisco.

Dated this 25th day of April, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant
ENGINEERING, MANAGEMENT, &
PLANNING SERVICES CORPORATION

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CIV03-00009
EMPSCO'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR FILING BRIEFS RE EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION IN LIMINE
**Page 2 of 2**

Case 1:03-cv-00009   Document 163   Filed 04/25/2005   Page 2 of 2