FILED

DISTRICT COURT OF GUAM

APR 25 2005

MARY L.M. MORAN
CLERK OF COURT

150

LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP6088
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO. CIV03-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendants. | ) | |

I, Thomas M. Tarpley, hereby certify under penalty of perjury under the laws of the United States, that the following is true and correct.

1. On April 25, 2005, I personally hand-delivered at the deposition of Albert Tsutsui at the law offices of Carlsmith Ball, Bank of Hawaii Building, Suite 401, 137 West Soledad Avenue, Hagatna, Guam, true and correct copies of the following documents:

1. EMPSCO'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR FILING BRIEFS RE EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION IN LIMINE;

**ORIGINAL**

1    2.    EMPSCO'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION

2 IN LIMINE RESTRICTING EXPERT'S TESTIMONY AT TRIAL [NO ORAL ARGUMENT

3 REQUESTED]; and

4    3.    DECLARATION OF THOMAS M. TARPLEY, JR. AND CERTIFICATIONS

5 PER LOCAL RULES 37.1 AND 7.1;

6         to the following parties:

7 DAVID P. LEDGER, ESQ.
  FORREST BOOTH, ESQ.
8 CARLSMITH BALL LLP
  Bank of Hawaii Bldg.
9 Suite 401
  134 West Soledad Avenue
10 Hagatna, Guam 96910

11 THOMAS C. STERLING, ESQ.
  KLEMM BLAIR STERLING & JOHNSON
12 Pacific News Bldg.
  Suite 1008
13 238 Archbishop Flores Street
  Hagatna, Guam 96910

14

15 ROBERT J. O'CONNOR, ESQ.
  O'CONNOR BERMAN DOTTS & BANES
16 2nd Floor, Nauru Bldg.
  P.O. Box 501969
17 Saipan, MP 96950

18    Dated this ____25th____ day of April, 2005.

19

20                          TARPLEY & MORONI, LLP

21

22                          By: _____
                                 THOMAS M. TARPLEY, JR.

23

24

25

26

27

28

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al., CIV03-00009                    **Page 2 of 2**
CERTIFICATE OF SERVICE

Case 1:03-cv-00009    Document 165    Filed 04/25/2005    Page 2 of 2