FILED
DISTRICT COURT OF GUAM
APR 2 6 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGAVE SYNDICATE AT LLOYDS,, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS; and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | Civil Case No. 03-00009 <br><br><br> ORDER |

On April 25, 2005, defendant Engineering, Management, & Planning Services Corporation ("EMPSCO") filed an Emergency Motion for Protective Order and Motion in Limine Restricting Expert's Testimony at Trial (the "Motion"), along with an *Ex Parte* Application for an Order Shortening Time for Filing Briefs re Emergency Motion for protect Order and Motion in Limine (the "Application"). See Docket Nos. 147 & 148 respectively. Based on the facts set forth therein, the Court finds good cause to grant the *ex parte* Application to shorten time. Accordingly, responses to the Motion shall be filed no later than Friday, April 29, 2005 at 12 noon. A reply may be filed no later than Monday, May 2, 2005 at 9:00 a.m. The Court will thereafter issue an Order on the portion of the Motion involving the discovery

///

///

dispute. The Court will also issue a Report and Recommendation to the District Judge as to that portion of the Motion involving the *in limine* ruling on the expert witness's expected trial testimony.

SO ORDERED this 26th day of April 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge