
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGAVE SYNDICATE AT LLOYDS,, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS; and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | Civil Case No. 03-00009 <br><br><br> ORDER |

On April 22, 2005, Plaintiff filed a Motion to Modify the Scheduling Order in this matter to allow Plaintiff to Amend its Complaint (the "Motion"). See Docket No. 143. Based on the nature of the request, and the fact that a Jury trial is currently scheduled for June 13, 2005, the court finds good cause to expedite the briefing schedule in this matter. Accordingly, responses to the Motion shall be filed no later than Monday, May 2, 2005 at 12 noon. A reply may be filed no later than Tuesday, May 3, 2005 at 12:00 noon. In their pleadings, counsel should address whether the court has already addressed this issue when it was raised by Plaintiff in its pleading[1] of February 11, 2005. See Docket No. 134.

---

[1] Plaintiff's pleading was entitled "Suggestion of Mootness and Request to Dismiss or Hold Pending Motions in Abeyance."

The Court will thereafter issue a written decision based on the briefs.

SO ORDERED this 27th day of April 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge