KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857
BY: THOMAS C. STERLING
*Attorneys for Black Construction Corporation*



**FILED**
DISTRICT COURT OF GUAM

APR 2 8 2005

MARY L.M. MORAN
CLERK OF COURT

153

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO.: CIV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | **STIPULATION FOR SETTLEMENT CONFERENCE; ORDER** |
| Defendants. | |

The parties Black Construction Corporation represented by Thomas C. Sterling of Klemm Blair Sterling & Johnson, P.C., Engineering Management & Planning Services Corporation represented by Thomas M. Tarpley of Law Offices of Thomas M. Tarpley, Winzler & Kelly Consulting Engineers represented by Daniel J. Berman of Berman O'Connor Mann & Shklov and plaintiff S.J. Gargrave Syndicate at Lloyds represented by David Ledger of Carlsmith Ball LP hereby stipulate to attending a Settlement Conference with principals on Wednesday May 18, 2005 at 9:00

-1-

a.m. in the United States District Court in the Commonwealth of the Northern Mariana Islands on the island of Saipan before the Honorable Judge Alex R. Munson.

SO STIPULATED.

DATED: 4/21/05

_____
THOMAS C. STERLING

DATED: april 22, 2005

_____
THOMAS M. TARPLEY

DATED: April 22, 2005

_____
DANIEL J. BERMAN

DATED: April 21, 2005

_____
DAVID LEDGER

## ORDER

**GOOD CAUSE APPEARING**, it is **ORDERED** that the parties and their principals in the above-entitled action attend a Mandatory Settlement Conference before U.S. District Court Judge Alex R. Munson on Saipan, CNMI, on May 18, 2005 at 9:00 a.m.

Dated this 28th day of April, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM

F62\23746-2\WORDDOC\PLD\TCS\219-STIP 4 ORDER RE GARGRAVE V BCC.DOC

RECEIVED
APR 27 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-