KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for  *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
MAY - 2 2005 9P
MARY L.M. MORAN
CLERK OF COURT

(156)

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>             Plaintiff,<br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>             Defendants. | CIVIL CASE NO. CV03-00009<br><br>**AFFIDAVIT OF THOMAS C. STERLING IN OPPOSITION TO MOTION TO MODIFY SCHEDULING ORDER** |

**ISLAND OF GUAM** ) 
               ) ss:
**CITY OF HAGÅTÑA** )

    I, **THOMAS C. STERLING,** being first duly sworn do state that:

    1. I am an attorney duly licensed to practice before this Court and a principal in the firm of Klemm, Blair, Sterling & Johnson, A Professional Corporation, counsel for Black Construction Corporation in the instant matter. I have had primary responsibility for this case in our firm since its inception.

2. I have personal knowledge of all matters set forth in this Affidavit and if called to testify as to said matters, I could and would competently do so.

3. On January 27, 2005, I received a letter dated January 26, 2005 from Mr. Forrest Booth, counsel for the Plaintiff, in which he indicated that his client intended to file a second amended complaint adding causes of action for fraud, negligent and intentional misrepresentation. A copy of that letter is attached hereto as Exhibit "A" and incorporated herein by this reference.

4. Subsequently, in its Suggestion of Mootness and Request to Dismiss or Hold Pending Motions In Abeyance filed herein on February 11, 2005, the Plaintiff again indicated its intention to file an amended complaint asserting claims for fraud and negligent misrepresentation.

5. Thereafter, by letter dated April 5, 2005, Mr. Ledger, one of the attorneys for Gargrave, provided me with a proposed Second Amended Complaint which was similar, but not identical, to the proposed Second Amended Complaint attached as Exhibit "A" to the Declaration of David Ledger filed herein on April 22, 2005.

6. I was present in the District Court of Guam on April 6, 2005 along with Mr. Robert O'Connor, Mr. Thomas Tarpley, and

- 2 -

Mr. Patrick Mason for a hearing on various defense motions filed in this case. Judge Robert Clive-Jones presided and Mr. Forrest Booth appeared telephonically. After issuing his decision on the motions, Judge Clive-Jones took up the matter of setting the case for trial.

7. To the best of my recollection without reviewing the tapes of the proceeding, Judge Clive Jones initially indicated that he preferred to set the case for July but Mr. Booth indicated that he was unavailable. He then inquired as to the availability of counsel in August but Mr. O'Connor indicated that he was unavailable in August. He then inquired as to the availability of counsel in September but Mr. Tarpley indicated that he was unavailable in September. The issue then became whether the trial should be set in October, which Judge Clive-Jones felt was too distant, or in June which I indicated I felt was "pushing it" due to expert discovery which still needed to be conducted.

8. When Judge Clive-Jones inquired as to Mr. Booth's position, he heartily endorsed a June 13, 2005 trial date and never mentioned or even suggested to the Judge that he intended to try to amend his pleadings prior to trial. Judge Clive-Jones set the trial to proceed on June 13, 2005 and, once he did so, I considered the issue of amended pleadings closed since it was

incomprehensible to me that Mr. Booth could argue for and obtain a June 13, 2005 trial date on April 6, 2005 and then seek to amend his pleadings.

9. To date, the depositions of Peter MacLeod, who resides in New Zealand, Frank Dennis, who resides in New Zealand, Ben Casey, who resides in Texas, Lito Tabilas, Simeon Delos Santos, Lito Gutierrez, Bruce Swanney, who resides in Arizona, Ed Williamson, who resides in Pennsylvania, and N.C. Macario have been taken in connection with the factual allegations of the original pleadings. In my view, some or all of them may need to be re-deposed if the Second Amended Complaint is allowed depending upon what initial discovery shows in terms of the alleged basis for the fraud and misrepresentation claims since the intentions of the parties and reliance on the purported misrepresentations will be at issue.

Further, affiant sayeth naught.

DATED: MAY __2__, 2005                        THOMAS C. STERLING

SUBSCRIBED AND SWORN to before me this __2ND__ day of May, 2005, by **THOMAS C. STERLING**.

(official signature and seal of notary)

JENNIFER D. S. MENDIOLA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Apr. 13, 2009
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagåtña, Guam 96910

ATTACHMENT: EXHIBIT "A"

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\220-AFF OF TCS IN OPP TO MTN TO MODIFY SCH ORDER RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 4 -

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
## ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

SUITE 2400   425 CALIFORNIA STREET   SAN FRANCISCO, CA 94104-2215
415.617.6100   800.818.0165   415.617.6101 FAX   www.cozen.com

January 26, 2005

**VIA FACSIMILE**

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Bldg.
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910

Robert J. O'Connor, Esq.
O'Connor Berman Dotts & Banes
2nd Floor, Nauru Building, Susupe
P.O. Box 501969
Saipan, MP 96950-1969

Thomas M. Tarpley, Esq.
Law Offices of Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910

Re:   Port Authority of Guam
      Our File No.: 123206

Gentlemen:

We would like to file a Second Amended Complaint in the Gargrave case, to add causes of action for fraud, negligent and intentional misrepresentation against each of the three defendants. As you know, there is no assigned trial date at the moment, and the Federal Rules provide that amendments are to be freely granted. Please advise whether we can do this by stipulation, or if a motion will be necessary.

Very truly yours,

COZEN O'CONNOR

By:   Forrest Booth

**EXHIBIT "A"**