LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP7007
Attorney for Defendant Engineering, Management
& Planning Services Corporation

**FILED**
DISTRICT COURT OF GUAM
MAY - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | EMPSCO'S JOINDER IN THE OPPOSITIONS FILED BY BLACK AND W&K TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER |
| Defendants. | |

EMPSCO hereby joins in the oppositions filed by Black Construction Corporation and Winzler & Kelly to Plaintiff's Motion to Modify Scheduling Order for the reasons stated therein.

Dated this 2nd day of May, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

ORIGINAL