FILED
DISTRICT COURT OF GUAM
MAY - 2 2005 ᵱ
MARY L.M. MORAN
CLERK OF COURT
160

LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP7004
Attorney for Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On May 2, 2005, I caused to be served and faxed a true and correct copy of EMPSCO'S JOINDER IN THE OPPOSITIONS FILED BY BLACK AND W&K TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER; to the following:

DAVID P. LEDGER, ESQ.
CARLSMITH BALL LLP
Bank of Hawaii Bldg.
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
(via hand delivery)

**ORIGINAL**

1    THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
2    Pacific News Bldg.
Suite 1008
3    238 Archbishop Flores Street
Hagatna, Guam 96910
4    (via fax)

5    DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
6    Bank of Guam Bldg.
Suite 503
7    111 Chalan Santo Papa
Hagatna, Guam 96910
8    (via fax)

9    ROBERT J. O'CONNOR, ESQ.
O'CONNOR BERMAN DOTTS & BANES
10    2nd Floor, Nauru Bldg.
P.O. Box 501969
11    Saipan, MP 96950
(via fax)

12

13    Dated this _____ day of May, 2005.

14

15    Dorothea Quichocho

16

17

18

19

20

21

22

23

24

25

26

27

28

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al. CIV03-00009 CERTIFICATE OF SERVICE **Page 2 of 2**

Case 1:03-cv-00009 Document 175 Filed 05/02/2005 Page 2 of 2