| | |
|---|---|
| 1 | LAW OFFICES |
| 2 | **TARPLEY & MORONI, LLP** |
| | A Law Firm including a Professional Corporation |
| | Bank of Hawaii Building |
| 3 | 134 West Soledad Avenue, Ste 402 |
| | Hagåtña, Guam 96910 |
| | Telephone: (671) 472-1539 |
| 4 | Fax: (671) 472-4526 |

**FILED**
DISTRICT COURT OF GUAM
MAY -2 2005
MARY L.M. MORAN
CLERK OF COURT



3ZP7004
Attorney *for* Defendant Engineering, Management & Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On May 2, 2005, I caused to be served and faxed true and correct copies of EMPSCO'S REPLY RE PROTECTIVE ORDER TO LIMIT EXPERT TESTIMONY; [PROPOSED] ORDER LIMITING TESTIMONY OF PLAINTIFF'S EXPERT ELLIOTT H. BOONE, P.E.; to the following:

DAVID P. LEDGER, ESQ.
CARLSMITH BALL LLP
Bank of Hawaii Bldg.
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
Pacific News Bldg.
Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910

```
 1  DANIEL J. BERMAN, ESQ.
    BERMAN O'CONNOR MANN & SHKLOV
 2  Bank of Guam Bldg.
    Suite 503
 3  111 Chalan Santo Papa
    Hagatna, Guam 96910
 4

 5  ROBERT J. O'CONNOR, ESQ.
    O'CONNOR BERMAN DOTTS & BANES
 6  2nd Floor, Nauru Bldg.
    P.O. Box 501969
 7  Saipan, MP 96950
    (via fax)
 8
 9         Dated this ___3rd___ day of May, 2005.
10
11                              _____
                                Dorothea Quichocho
12
13
...
28
```

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al. CIV03-00009
CERTIFICATE OF SERVICE

Page 2 of 2

Case 1:03-cv-00009   Document 176   Filed 05/02/2005   Page 2 of 2