KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
Telephone 477-7857

By THOMAS C. STERLING

Attorneys for   *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
MAY - 3 2005
MARY L.M. MORAN
CLERK OF COURT

(162)

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>    Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br><br>SUPPLEMENTAL AFFIDAVIT OF THOMAS C. STERLING IN OPPOSITION TO MOTION TO MODIFY SCHEDULING ORDER |

ISLAND OF GUAM   )
                     ) ss:
CITY OF HAGÅTÑA )

I, **THOMAS C. STERLING**, being first duly sworn do state that:

1. On January 28, 2005, I prepared and sent a letter to Mr. Forrest Booth in response to his letter of January 26, 2005 which inquired as to whether the defendants were prepared to stipulate to an amended pleading adding causes of action for fraud, negligent and intentional misrepresentation. My letter, a copy of which is attached hereto as Exhibit "A", indicated

that I was "strongly inclined not to stipulate to allow an amendment" but, nevertheless, requested that Mr. Booth provide me with a copy of the complaint which he proposed filing and I would then advise him as to whether a stipulation would be forthcoming.

2. I received no response to my letter of January 28, 2005 until over 9 weeks later on April 5, 2005 when Mr. Ledger provided me with a copy of the proposed Second Amended Complaint under cover of his letter dated that day. Until I received Mr. Ledger's letter of April 5, 2005, I had not seen the proposed amended pleading.

Further, affiant sayeth naught.

DATED: MAY 3, 2005

_____
THOMAS C. STERLING

SUBSCRIBED AND SWORN to before me this 3rd day of May, 2005, by **THOMAS C. STERLING**.

_____
(official signature and seal of notary)

BARBARA M. Q. CRUZ
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Apr. 22, 2009
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagatna, Guam 96910

**ATTACHMENT: EXHIBIT "A"**
E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\222-SUPP AFF OF TCS IN OPP
TO MTN TO MODIFY SCH ORDER RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 2 -

Case 1:03-cv-00009    Document 177    Filed 05/03/2005    Page 2 of 3

LAW OFFICES
## KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

WILLIAM J. BLAIR
THOMAS C. STERLING
RICHARD L. JOHNSON
THOMAS C. MOODY, III
JEHAN'AD G. MARTINEZ
VINCENT E. LEON GUERRERO

SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205

TELEPHONE: (671) 477-7857; FACSIMILE (671) 472-4290
WRITER'S E-MAIL: tcsterling@kbsjlaw.com

JAMES F. BALDWIN

OF COUNSEL
J. BRADLEY KLEMM

January 28, 2005

**VIA FACSIMILE
(415) 617-6101**

Forrest Booth, Esq.
COZEN O'CONNOR
Suite 2400
425 California Street
San Francisco, CA 94104-2215

> RE: ***S.J. GARGRAVE SYNDICATE AT LLOYDS V. BLACK CONSTRUCTION CORPORATION, ET AL.***, **U.S. DISTRICT COURT CASE NO. CV03-00009**

Dear Forrest:

This letter will serve to acknowledge receipt of yours dated January 26, 2005 addressed to all defense counsel in which you inquired as to whether we will be prepared to stipulate to allow you to file an amended complaint alleging fraud, negligent misrepresentation and intentional misrepresentation against our clients. Quite frankly, under the circumstances of this case, I am strongly inclined not to stipulate to allow an amendment. Nevertheless, I really can't take a position on your proposed amended complaint until I have been provided with a copy of it for my review. As such, please provide me with a copy of what you propose to file and I will then evaluate whether a stipulation is appropriate.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation

THOMAS C. STERLING

cc: Ms. Anita F.B. Fisher (via fax w/enc*)
Mr. Thomas E. Anderson (via fax w/enc*)

*Enc: Letter dated 1/26/05 from Mr. Booth to Mr. Sterling

B62\27946-29

**EXHIBIT "A"**