KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   Defendant Black Construction Corporation

**FILED**
DISTRICT COURT OF GUAM
MAY - 6 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>DEFENDANT BLACK CONSTRUCTION CORPORATION'S JOINDER IN WINZLER & KELLY'S OPPOSITION TO PLAINTIFF'S RULE 52(b) MOTION TO AMEND ORDER |

Defendant **BLACK CONSTRUCTION CORPORATION** hereby joins in the Opposition of Winzler & Kelly to the Plaintiff's Rule 52(b) Motion to Amend Order.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: MAY  6 , 2005      BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\223-BCC'S JOINDER IN W&K'S OPP TO
P'S RULE 52(B) MTN TO AMEND ORDER RE GARGRAVE V BLACK ET AL.DOC

**ORIGINAL**