LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP7015
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation



FILED
DISTRICT COURT OF GUAM

MAY - 6 2005

MARY L.M. MORAN
CLERK OF COURT

(166)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>    Defendants. | CIVIL CASE NO. CIV03-00009<br><br>EMPSCO'S JOINDER IN THE OPPOSITION FILED BY W&K TO PLAINTIFF'S RULE 52(b) MOTION TO AMEND ORDER |

EMPSCO hereby joins in the opposition filed by Winzler & Kelly to Plaintiff's Rule 52(b) Motion to Amend Order for the reasons stated therein.

Dated this 6th day of May, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

ORIGINAL