LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP7016
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
MAY - 6 2005
MARY L.M. MORAN
CLERK OF COURT
(167)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CIV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | CERTIFICATE OF SERVICE |
| Defendants. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On May 6, 2005, I caused to be served and faxed a true and correct copy of EMPSCO'S JOINDER IN THE OPPOSITION FILED BY W&K TO PLAINTIFF'S RULE 52(b) MOTION TO AMEND ORDER; to the following:

DAVID P. LEDGER, ESQ.
CARLSMITH BALL LLP
Bank of Hawaii Bldg.
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
(via hand delivery)

THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
Pacific News Bldg.
Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910
(via fax/mail)

1 ROBERT J. O'CONNOR, ESQ.
  DANIEL J. BERMAN, ESQ.
2 BERMAN O'CONNOR MANN & SHKLOV
  Bank of Guam Bldg.
3 Suite 503
  111 Chalan Santo Papa
4 Hagatna, Guam 96910
  (via fax/mail)
5
6 Dated this ___6th___ day of May, 2005.
7
8 _____
  Dorothea Quichocho

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al. CIV03-00009
CERTIFICATE OF SERVICE

Page 2 of 2

Case 1:03-cv-00009   Document 182   Filed 05/06/2005   Page 2 of 2