FILED
DISTRICT COURT OF GUAM
JUN - 8 2005
MARY L.M. MORAN
CLERK OF COURT

179

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS,

Plaintiff,

vs.

BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,

Defendants.

Civil Case No. 03-00009

ORDER

Due to the scheduling needs of the Court, the June 13, 2005 trial in the above-captioned proceeding is hereby VACATED. The plaintiff shall confer with the defendants and submit, no later than Thursday, June 23, 2005, a list of five possible dates for the trial. The parties should bear in mind when providing dates that the trial is expected to last two weeks and the date the Court selects is subject to the availability of a judge and courtroom.

SO ORDERED this 8 day of June, 2005.

RICARDO S. MARTINEZ*
Designated Judge

*The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, by designation.