CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

● **FILED**
DISTRICT COURT OF GUAM
⎿JUN ⎽9 2005 ⏴⏥

**MARY L.M. MORAN
CLERK OF COURT**



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. 03-00009<br><br><br>**ERRATA TO PLAINTIFF'S REQUEST FOR A TELEPHONIC STATUS CONFERENCE; DECLARATION OF SERVICE** |

Plaintiff S.J. Gargraves Syndicate at Lloyds ("Plaintiff") mistakenly submitted a

facsimile filing of its Request for a Telephonic Status Conference; Declaration of Stephen C.

Smith; Exhibit 1 instead of an original signature. Plaintiff herewith submits attached to this ERRATA the original Request for a Telephonic Status Conference; Declaration of Stephen C. Smith; Exhibit 1.

DATED: Hagåtña, Guam June 9, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on June 9, 2005, I caused to be served, via hand delivery, a true and correct copy of **ERRATA TO PLAINTIFF'S REQUEST FOR A TELEPHONIC STATUS CONFERENCE; DECLARATION OF SERVICE** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 9th day of June, 2005 at Hagåtña, Guam.

DAVID LEDGER

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. 03-00009<br><br><br>**PLAINTIFF'S REQUEST FOR A TELEPHONIC STATUS CONFERENCE; DECLARATION OF STEPHEN C. SMITH; EXHIBIT 1; DECLARATION OF SERVICE** |

4849-0772-0704.1.055639-00001

## PLAINTIFF'S REQUEST FOR A TELEPHONIC STATUS CONFERENCE

COMES NOW the Plaintiff, S.J. GARGRAVE SYNDICATE AT LLOYDS, to request a telephonic status conference with the Court to finalize pre-trial deadlines and procedures.

Trial in this case is set to a jury on June 13, 2005. The parties have been advised that the Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, will be sitting by designation.

The parties have agreed to certain pre-trial dates which are reflected in Exhibit 1 to the Declaration of Stephen C. Smith. The parties, therefore, seek approval of Judge Martinez for these filing dates.

At the status conference, the parties also would be prepared to discuss other logistical matters, including the Court's preferences, jury questionnaires and preferences, and the scheduling of the pretrial conference before the Court.

Therefore, Plaintiff requests a pretrial conference at the Court's earliest convenience. Counsel for Plaintiff is prepared to appear in Seattle at a time convenient for the Court; Plaintiff requests that other counsel be allowed to appear by telephone, if they desire.

DATED: Hagåtña, Guam, May 21, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. 03-00009 <br><br> **DECLARATION OF STEPHEN C. SMITH** |

## DECLARATION OF STEPHEN C. SMITH

I, STEPHEN C. SMITH, declare as follows:

1.     I make this declaration based upon my personal knowledge and belief.

2.     Attached hereto as Exhibit 1 is a true and accurate copy of a Stipulation and Order Re Pretrial Deadlines.

I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information, and belief.

Executed this 21st day of May, 2005 at Hagåtña, Guam.

STEPHEN C. SMITH

 **COPY**

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. 03-00009 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE PRETRIAL DEADLINES** |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

WHEREAS the Court at the hearing held on April 6, 2005, ordered that the parties

submit to a settlement conference; and

4844-0663-2192.1.055639-00001

# EXHIBIT 1

WHEREAS the parties also agreed before the Court at the hearing to submit stipulated pretrial deadlines;

The undersigned parties further STIPULATE to the following pretrial deadlines:

| | |
|---|---|
| Trial Brief | May 31, 2005 |
| Rule 26(a)(3) Disclosures: | |
| Witness Lists | June 1, 2005 |
| Exhibit Lists | June 3, 2005 |
| Deposition Designations | June 6, 2005 |
| Jury Instructions and Form of Verdict | June 6, 2005 |
| Motions in Limine | June 6, 2005 |
| Objections to Deposition Designations pursuant to Rule 26(a)(3) | June 9, 2005 |

The undersigned parties further STIPULATE that the pretrial order will be submitted on the date of the final pretrial conference, to be set by the Court.

SO STIPULATED AND AGREED TO this _____ day of May 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

4844-0663-2192.1.055639-00001

**STIPULATION AND ORDER RE PRETRIAL DEADLINES**
*S.J. Gargrave Syndicate at Lloyds v. Black Construction Corporation, Winzler & Kelly Consulting Engineers, and Engineering, Management & Planning Services Corporation*, Civil Case No. CIV03-00009

SO STIPULATED AND AGREED TO this _____ day of May 2005.

KLEMM BLAIR STERLING &
JOHNSON, P.C.

_____

THOMAS C. STERLING
Attorneys for Defendant
Black Construction Corporation

SO STIPULATED AND AGREED TO this _____ day of May 2005.

BERMAN O'CONNOR MANN
& SHKLOV

_____

ROBERT J. O'CONNOR
DANIEL J. BERMAN
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

SO STIPULATED AND AGREED TO this _____ day of May 2005.

TARPLEY & MORONI, LLP

_____

THOMAS M. TARPLEY, JR.
Attorneys for Defendant
Engineering, Management & Planning
Services Corporation

## ORDER

**SO ORDERED** this _____.

_____

DESIGNATED JUDGE

4844-0663-2192.1.055639-00001

## DECLARATION OF SERVICE

I, Stephen C. Smith, hereby declare under penalty of perjury of the laws of the United

States, that on May 21, 2005, I caused to be served, via hand delivery, a true and correct copy of

**PLAINTIFF'S REQUEST FOR A TELEPHONIC STATUS CONFERENCE;**

**DECLARATION OF STEPHEN C. SMITH; EXHIBIT 1; DECLARATION OF SERVICE**

upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 21st day of May, 2005 at Hagåtña, Guam.

_____
STEPHEN C. SMITH

4849-0772-0704.1.055639-00001