● **FILED**

DISTRICT COURT OF GUAM
JUN - 9 2005 ⌒ρ
**MARY L.M. MORAN
CLERK OF COURT**

(184)

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
ERIK M. KOWALEWSKY
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF ELLIOTT H. BOONE; DECLARATION OF SERVICE** |

I, Elliott H. Boone, declare:

1.　　I am a licensed structural engineer and civil engineer in the State of

California. I am Executive Vice President of Cash & Associates in Huntington Beach,

California.

      2.     I have been retained by the Plaintiff in this case to serve as an expert witness structural engineer. Counsel for Plaintiff provided me with a considerable amount of written information, which I reviewed. I prepared my initial report in this matter on May 12, 2004. At the time I signed my initial report, I had not been able to review transcripts of any depositions of any employee of the Engineer of Record, ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION ("EMPSCO"), or of the construction manager, N.C. Macario & Associates. I was advised that none existed at that time. I believed at that time that the Engineer of Record had not seen to it that critical elements of the approved design were properly documented and executed, but I had certain questions because I had not been able to review materials which I considered relevant, and I was advised that various depositions had not yet been taken.

      3.     On December 9, 2004, counsel for Plaintiff sent me a copy of the transcript of Mr. Macario's deposition, taken on September 30, 2004. I read it shortly thereafter. I was also provided with a copy of the transcript of the deposition of EMPSCO's senior engineer, Reynaldo Arce, which was taken on September 22, 2004. Those two depositions were important to the opinions I formed concerning EMPSCO's failure to exercise the required standard of care in this matter, and to understanding the roles played by the various parties involved in the repair of the F-1 Pier.

      4.     Following my initial report, I received numerous additional documents from counsel for Plaintiff, which were sent to me on the following dates:

      May 13, 2004 (3 different deliveries by hand and overnight courier) (Port Authority of Guam, Black and EMPSCO documents)

2.

July 23, 2004 (Promarine report and Port Authority of Guam letter)

August 2, 2004 (deposition of Frank Dennis)

September 3, 2004 (Anchor-It technical information)

November 23, 2004 (blueprints; delos Santos deposition)

December 9, 2004 (Macario and Arce depositions)

February 9, 2005 (LaVine Affidavit regarding Red Head Redi-Chem)

April 15, 2005 (correspondence from Black and Macario)

5.     In total, the documents I have been provided in this matter fill some 17, 4-inch 3-ring binders. A significant portion of that information was received following the submittal of my report on May 12, 2004.

6.     I did not feel I had sufficient information in May of 2004 to offer a detailed opinion concerning EMPSCO's failure to meet the required standard of care in the services it provided to the Port Authority of Guam in this matter. I was able to form such opinions in 2005, after having received considerable additional information which bore on the role played by, and certain critical omissions by, EMPSCO.

7.     Attached hereto and marked as Exhibit A are true and correct copies of various documents I was provided concerning the request for approval, and approval by EMPSCO, of the design (which later failed) of the connection between the piles and concrete pile caps at the F-1 Pier. It was not until I had reviewed the available information, including a number of important depositions, sometime in 2005, that I concluded that EMPSCO had a duty to and had failed to review the structural calculations, which it requested in its May 22, 1996 memorandum (page 3 of Exhibit A hereto). From the information I have reviewed, it appears no calculations were prepared by Winzler & Kelly or submitted by Black Construction Corp. for

3.

EMPSCO to review. This is one of the bases of my opinion that EMPSCO failed to meet the required standard of care.

8.    Attached hereto and marked as Exhibit B are true and correct copies of certain documents provided to me regarding the request for approval, and approval of the substitution of an epoxy product called Anchor-It for the Red Head Redi-Chem product which Winzler & Kelly initially specified for use on the F-1 Pier. It was not until I had been able to review all of the information provided to me, including a number of important depositions, sometime in 2005, that I was able to conclude that EMPSCO's approval on June 13, 1996 of this substitute product, which was not the equal of the Redi-Chem product initially specified, failed to meet the required standard of care of professional engineers. I received a portion of the ICBO Report No. 4398 for the Anchor-It product (technical specifications) on September 3, 2004 from counsel for Plaintiff, and full details only somewhat later. I needed this technical information concerning the Anchor-It product in order to evaluate it vis-à-vis the Red Head Redi-Chem product originally specified. Likewise, I did not receive the technical specifications on the Red Head product until I received Mr. LaVine's Affidavit of January 31, 2005 with its attachments. Mr. LaVine states therein that he is an employee of the successor company to the company which used to manufacture Red Head products. This information was not available elsewhere since that product has not been manufactured for 15 years (since 1990). I needed this information to evaluate this product vis-à-vis the Anchor-It product which EMPSCO approved for use on the F-1 Pier. Review of this information disclosed that the tensile capacity of the Anchor-It system is only 59% of that of the Redi-Chem system.

9.    I consider that most of the information I have received in this matter is interrelated, and needed to be evaluated together in order to allow me to formulate accurate

4.

opinions. Initially, I had seen contradictory assertions about the role EMPSCO had played. While EMPSCO is the Engineer of Record on the project, appointed by the Port (see Exhibit C hereto), I was initially advised that EMPSCO took the position it had nothing to do with the design of the pile-to-cap connection, which connection work was done by Black Construction Corporation ("Black") pursuant to drawings prepared by Winzler & Kelly. However, I was also advised that Winzler & Kelly were denying any responsibility, on the basis that their (Winzler & Kelly's) design had not been used by Black.

10. I advised counsel for Plaintiff that it might assist me in my work if I could review the files and records of the construction manager, N.C. Macario & Associates. However, I was advised by counsel that those records no longer exist, and were not available for review.

11. Approximately one year after I provided my initial report, I provided a supplemental report, on April 21, 2005. At that time, I felt I had sufficient information to form a detailed conclusion that EMPSCO's services provided in connection with the F-1 Pier repair fell short of the standard of care expected of an engineering firm in these circumstances. I felt that I had sufficient documentary support for that opinion, and to understand the relationship among the involved parties, much of which I had not had in May of 2004.

Sworn this 30th day of May, 2005 under penalty of perjury under the laws of the State of California and of the United States at Huntington Beach, California.

ELLIOTT H. BOONE, S.E.

5.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on ~~May~~ June 9 , 2005, I caused to be served, via hand delivery, a true and correct copy of **DECLARATION OF ELLIOTT H. BOONE** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 9TH day of ~~May~~ June, 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

SANFRAN1\33747\1 123206.000

6.

# EXHIBIT

# "A"



**EMPSCO**

ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION

20 MARCH 1996

TO:      **CAPT. EULOGIO C. BERMUDES**
         General Manager
         **PORT AUTHORITY OF GUAM**
         1026 Cabras Highway. Suite 201
         Piti, Guam 96925

ATTN:      **SIMEON DE LOS SANTOS**
          C.I.P. Coordinator

SUBJ:      **REPAIRS AND UPGRADING TO FOXTROT "F-1" PIER**
          Apra Harbor, Guam M.I.

REF:      (a)     PAG Fax Transmittal dated 20 March 1996

Dear Capt. Bermudes:

Upon review of reference (a) regarding BCC's proposal for the above subject project, the following comments are forwarded:

1.    BCC's recommendation to implement Proposal "B" is acceptable and meets the same standards of repair as the original design.

2.    EMPSCO recommends that PAG accept BCC revised basic contract proposal of $1,407,6R2 with the following conditions:

     a.    The proposed repair shall conform to the requirements of Shell Guam, Inc. as stipulated in the contract documents.

     b.    Repairs shall be done to all existing piles as indicated in the contract documents

     c.    A unit cost per pile basis for repair should be established and agreed upon. The total number of piles in need of repairs may be adjusted and subject to an appropriate deductive change in the total contract amount.

Foxtrot "F-1" Pier
Page two (2)

3.  PAG shall designate a construction manager/representative to instruct and approve on site as to which piles are in need of replacement.

4.  All applicable submittal requirements as stipulated in the contract documents based on the original design shall be strictly adhered to and shall remain valid.

Should you need further assistance please inform our office.

Si Yuus' Maase

EMPSCO-Engineering Consultants

PETRONILO Q. VILLALUZ, P.E.
Managing Engineer



**EMPSCO** ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION

22 May 1996 **FILE COPY**

TO: **N.C. MACARIO ASSOCIATES**

ATTN: **MANUELITO GOLEZ**

SUBJ: **REPAIRS AND UPGRADING TO FOXTROT "F-1" PIER**
Apra Harbor, Guam, MI.

REF: Submittal No. 12 - Proposed Pile Repair Details; W&K Drawing Sheet VE-1
Job No. 96424204 dated 04/04/96

Gentlemen:

Our review of Submittal No. 12 raises the following comments:

1. The general concept outlining the proposed method of repair is hereby approved in concept.

2. Specifications requirements for welds should clearly be indicated.

3. Establish and Identify lengths of new pile sections.

4. Provide statements by way of describing on orderly progression of the work involve.

5. Provide structural calculations verifying that proposed repair meets design requirements.

6. In reference to detail No. 3 of Sheet VE-1; there is concern regarding the condition of the base plate attachment to the existing concrete pile cap. It is assumed that the a portion of the existing corroded steel pile is embedded into the concrete pile cap. How does the contractor intend to treat this existing condition prior to installing the new base plate.

This submittal is hereby forwarded with our action recommending "<u>approval as noted</u>".

Yours truly,

**EMPSCO-Engineering Consultants**

**BUTCH ARCE**

Received by: _____
Date: 5/23/96
N.C. Macario & Assoc., Inc.

Suite 245 Julale Shopping Center, Agana Guam 96910 * P.O. Box 21794, GMF, Guam 96921
Tel (671) 477-5718/4716 * Telefax: (671) 472-2136
Saipan Office: P.O. Box 144 Pearl River, Gualo Rai, Saipan, MP 96950
Tel. (670) 234-9213



May 24, 1996                                    NCM-04

NC Macario and Associates, Inc.
Suite 201 Boon Bldg., 1270 North Marine Drive
Tamuning, Guam, 96911
Tel 646-0901  Fax 464-0991

Attention    :    Nemencio C. Macario

Subject      :    Repairs and Upgrading to Foxtrot "F-1" Pier, Apra Harbor

Gentlemen:

This is in reference to Submittal no. 12 and 12c Existing Steel Pile Repairs.  Attached herewith six (6) sets of additional information for the materials required for pile repairs as follows;

1. Structural calculation data for piles from Winzler and Kelly.

2. Additional information regarding the gap of the splice ring and the piles to be joined should not exceed 1/8" and to provide 3/8" fillet weld all around top and bottom of the splice.

3. Certificate of Compliance for the epoxy coating for the 15'-0" long piles from Cal-Steel Coating Company.  Color of the epoxy coating as required by the contract specification as follows;

      a. Primer                -        Formula 150   -Green
      b. Intermediate Coat  -        Formula 152   -White
      c.  Top Coat            -        Formula 156   - Red

DEFENDANT'S DEPOSITION
EXHIBIT
_____

Respectfully Yours,
Black Construction Corporation

Rod F. Bismonte
QC Engineer

Received by: _____
Date: _____
N.C. Macario & Assoc., Inc.

al Contractors   **PO Box** 24667, GMF Guam 96921   **Telephone** (671) 646-4861-5  **Fax** (671) 646-9086   **Telex** 7216110

**EMPSCO-ENGINEERING CONSULTANTS**
P.O. BOX 21794 GMF, GUAM 96921
TEL(671)477-4716/5716 FAX(671)472-2136

| TO: | N.C. MACARIO ASSOCIATES |
|---|---|
| ATTN: | MANUELITO GOLEZ |
| DATE: | 28 MAY 1996 |
| FROM: | BUTCH ARCE |
| SUBJECT: | FOXTROT "F-1" PIER |

| NO. OF PAGE (S) | 1 | FAX NO.: | (671) 646-0991 |
|---|---|---|---|

Ref:  Submittal # 12 and 12c - SUPPLEMENTAL INFO.
N.C. Macario transmittal letter dated 28 May 1996.

**MESSAGE:**

Review of above submittal is forwarded herewith with our action
recommending approval as noted.

Contractor shall provide other related documents pertinent
to this submittal as required under the contract documents.

DEFENDANT'S DEPOSITION
EXHIBIT
PENGAD-Bayonne, N.J.



# N.C. MACARIO & ASSOCIATES, INC.

Engineering • Planning • Construction Management
Suite 201 Boon Building • 1270 North Marine Drive • Tamuning, Guam 96911 • Tel. (671) 646-0901 • Fax (671) 646-0991

## LETTER OF TRANSMITTAL

TO: **BLACK CONSTRUCTION**

DATE: **29-May-96**

JOB NO. **94-63**

RE: **FOXTROT 'F-1' PIER**

ATTN: **MR. ROD BISMONTE**

**GENTLEMEN: WE ARE SENDING YOU**

( ) HEREWITH     ( ) DELIVERED BY HAND     ( ) UNDER SEPARATE COVER
VIA:   **PICK-UP**    THE FOLLOWING ITEMS:

( ) PLANS     ( ) PRINTS     ( ) SHOP DRAWINGS     ( ) DISKETTES     ( ) SAMPLES
( ) SPECIFICATIONS     ( ) ESTIMATES     ( ) BASIS OF DESIGN     ( ) COPY OF LETTER     (X) OTHERS

| COPIES | DATE | DRAWING NO. | D E S C R I P T I O N |
|---|---|---|---|
| 3 | 29-May | | Supplemental Info for Sub #12 & 12c. |
| | | | - Structural Calculations from Winzler & Kelly |
| | | | - Addt'l info regarding splice ring |
| | | | - Certificate of compliance for epoxy coating |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

> DEFENDANT'S DEPOSITION EXHIBIT

## THESE ARE TRANSMITTED AS INDICATED BELOW

( ) FOR YOUR USE     ( ) FOR REVIEW & APPROVAL     (X) APPROVED AS NOTED
( ) AS REQUESTED     ( ) APPROVED FOR CONSTRUCTION     ( ) RETURNED FOR CORRECTIONS
( ) FOR YOUR FILES     ( ) RETURNED AFTER LOAN TO US     ( ) RECOMMEND APPROVAL FOR PAYMENT

REMARKS:
- Please note EMPSCO's comments regarding this submittal
Submit all items specified by EMPSCO.

Signed: _____

Copy To: **FILE**

Received by: _____

Date _____

*IF ENCLOSURES ARE NOT AS NOTED KINDLY NOTIFY US AT ONCE.*

# EXHIBIT

## "B"

## TRANSMITTAL FORM

JOB ORDER _____

CONTRACT _____

TITLE  **REPAIRS & UPGRADING TO FOXTROT F-1 PIER**

**FROM:** BLACK CONSTRUCTION CORPORATION, P.O. Box 24067, GMF, Guam, 96921   **May 20, 1996**
(CONTRACTOR)   ( DATE )

**TO:** PORT AUTHORITY OF GUAM   SUBMITTAL NO.  **18a**   RESUBMITTAL OF SUBMITTAL NUMBER _____

**ATTN:** **SIMEON DE LOS SANTOS - CIP COORDINATOR** _____

**SUBJ.:** SUBMITTAL FOR PROJECT _____ LINE ITEM _____ IN  ACCORDANCE  WITH

SPECIFICATION PARAGRAPH  Section 05001, para. 1.2.1 Epoxy Bolts for Steel Plate Anchor

**TRANSMITTED HEREWITH ARE:**  Six (6) copies of Epoxy Anchor Bolts

**FOR:**  ( X ) ACCEPTANCE OR APPROVAL  ( ) CLARIFICATION  ( ) SELECTION  ( ) _____

IT IS HEREBY CERTIFIED THAT THE MATERIAL SUBMITTED HEREIN CONFORMS TO CONTRACT REQUIREMENTS AND CAN BE INSTALLED
IN THE ALLOCATED SPACES.

CONTRACTOR'S SIGNATURE  **Rod F. Biamonte, QC Mgr.**

**FROM:** Rod F. Biamonte   5-20-96
(SIGNATURE)   ( DATE )

**TO:** RC Macario & Associates, Inc.   FOR REVIEW AND COMMENT NO LATER

THAN  **May 24, 1996**  . (MAXIMUM 5 WORKING DAYS)
( DATE )

**FROM:** _____   ( DATE )

**TO:** _____
( ) APPROVED;  ( ) RETURNED FOR CORRECTION;  ( ) SOURCE INSPECTION REQUIRED;
( ) APPROVED AS NOTED;  ( ) DISAPPROVED
( ) _____

**REMARKS:** _____

**FROM:** _____   ( DATE )
(SIGNATURE)

**TO:** _____
SUBMITTAL ID:  ( ) APPROVED;  ( ) RETURNED FOR CORRECTION;  ( ) SOURCE INSPECTION REQUIRED;

**REMARKS:**  X  APPROVED AS NOTED
(SEE BURSCO'S COMMENTS)



**E....PSCO-ENGINEERING CONSULTANTS**
P.O. BOX 21794 GMF, GUAM 96921
TEL(671)477–4716/5716 FAX(671)472–2136

| TO: | N.C. MACARIO ASSOCIATES |
| --- | --- |
| ATTN: | MANUELITO GOLEZ |
| DATE: | 24 MAY 1996 |
| FROM: | BUTCH ARCE |
| SUBJECT: | FOXTROT "F–1" PIER |

| NO. OF PAGE (S) | 1 | FAX NO.: | (671) 646–0991 |
| --- | --- | --- | --- |

REF:     Submittal No. 18a – Epoxy Bolts for Steel Plate Anchor

Review of submittal No. 18a is hereby forwarded with the
following comments:

(a)      This submittal applies to the use of epoxy resin materials

(b)      Submit other pertinent items relevant to the use of epoxy bolts
for this project.

(c)      Submit manufacturer's certificate of compliance.

(d)      Submit test datas by independent laboratory testing.

We recommend approval of this submittal subject to the above comments.

# N.C. MACARIO & ASSOCIATES, INC.

*Engineering • Planning • Construction Management*

Boon Bldg., Suite 201, 1270 N. Marine Dr., Tamuning, GU 96911    Telephone: (671) 646-0901 / 02 / 05
P.O. Box 784 Agana, Guam 96910    Fax: (671) 646-0991

## LETTER OF TRANSMITTAL

| | |
|---|---|
| TO: **BLACK CONSTRUCTION** | DATE: **28-May-96** |
| | JOB NO. **94-63** |
| | RE: **FOXTROT "F-1" PIER** |
| ATTN: **MR. ROD BISMONTE** | |

**GENTLEMEN: WE ARE SENDING YOU**

( ) HEREWITH    ( ) DELIVERED BY HAND    ( ) UNDER SEPARATE COVER
VIA: **PICK-UP**    THE FOLLOWING ITEMS:

( ) PLANS    ( ) PRINTS    ( ) SHOP DRAWINGS    ( ) DISKETTES    ( ) SAMPLES
( ) SPECIFICATIONS    ( ) ESTIMATES    ( ) BASIS OF DESIGN    ( ) COPY OF LETTER    (X) OTHERS

| COPIES | DATE | DRAWING NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 28-May | | Sub # 18a - Product Data - Epoxy Bolts for Steel Plate Anchors |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THESE ARE TRANSMITTED AS INDICATED BELOW**

( ) FOR YOUR USE    ( ) FOR REVIEW & APPROVAL    (X) APPROVED AS NOTED
( ) AS REQUESTED    ( ) APPROVED FOR CONSTRUCTION    ( ) RETURNED FOR CORRECTIONS
( ) FOR YOUR FILES    ( ) RETURNED AFTER LOAN TO US    ( ) RECOMMEND APPROVAL FOR PAYMENT

**REMARKS:**
- Please note EMPSCO's comments regarding this submittal
Submit all items specified by EMPSCO.

Signed: _____    Received by:

Copy To: **FILE**    _____    Date

## EXHIBIT "A"

**EMPSCO-ENGINEERING CONSULTANTS**
P.O. BOX 21794 GMF, GUAM 96921
TEL(671)477-4718/5716  FAX(671)472-2136

| TO: | N.C. MACARIO & ASSOCIATES |
|---|---|
| ATTN: | MANUELITO GOLEZ |
| DATE: | JUNE 13, 1996 |
| FROM: | BUTCH ARCE |
| SUBJECT: | FOXTROT "F-1" PIER |

| NO. OF PAGE (S) | 1 | FAX NO.: | 646-0991 |
|---|---|---|---|

Re:     Supplemental Data for Submittal # 18-a
        Epoxy Fastening Systems

Remarks:

        Review of above reference submittal is hereby approve.



# N.C. MACARIO & ASSOCIATES, INC.

Engineering • Planning • Construction Management
Suite 201 Boon Building • 1270 North Marine Drive • Tamuning, Guam 96911 • Tel. (671) 646-0901 • Fax (671) 646-0991

## LETTER OF TRANSMITTAL

| | |
|---|---|
| TO: **BLACK CONSTRUCTION CORP.** | DATE: **17-Jun-96** |
| | JOB NO. **94-63** |
| | RE: **FOXTROT 'F-1' PIER** |
| ATTN: **MR. ROD BISMONTE** | |

**GENTLEMEN: WE ARE SENDING YOU**

( ) HEREWITH      ( ) DELIVERED BY HAND      ( ) UNDER SEPARATE COVER
VIA:   **EXPRESS ONE**   THE FOLLOWING ITEMS:

( ) PLANS      ( ) PRINTS      ( ) SHOP DRAWINGS      ( ) DISKETTES      ( ) SAMPLES
( ) SPECIFICATIONS      ( ) ESTIMATES      ( ) BASIS OF DESIGN      ( ) COPY OF LETTER      (X) OTHERS

| COPIES | DATE | DRAWING NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 17-Jun | | Sub # 12b - Pipe Pile Driving Equipment |
| 3 | 17-Jun | | Sub # 18a - Epoxy Fastening System |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## THESE ARE TRANSMITTED AS INDICATED BELOW

( ) FOR YOUR USE      ( ) FOR REVIEW & APPROVAL      ( ) APPROVED AS NOTED
( ) AS REQUESTED      (X) APPROVED      ( ) RETURNED FOR CORRECTIONS
( ) FOR YOUR FILES      ( ) RETURNED AFTER LOAN TO US      ( ) RECOMMEND APPROVAL FOR PAYMENT

**REMARKS:**

Signed: _____

Copy To:   **FILE**

Received by:   *10:07 a.m*

_____ Date

*IF ENCLOSURES ARE NOT AS NOTED KINDLY NOTIFY US AT ONCE*



August 5, 1996                                    NCM-23

NC Macario and Associates, Inc.
Suite 201 Boon Bldg. 1270 North Marine Drive
Tamuning, Guam, 96911
Tel 646-0901 Fax 646-0991

Attention       : Nemencio C. Macario

Subject         : Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor
                  Reference- Submittal No. 18

Gentlemen:

We are submitting for record / file attached drawings for the non-typical cases of pile top plates
including the confirming statement of the structural engineer (Winzler & Kelly) that this plates are
in conformance with the intent of the structural design for the pile repairs.

Case 1, 2 and 4 as shown on the drawing occurs at Dolphins C and D while case 3 occurs mostly
at Dolphin G. For information these non-typical case plates was factory fabricated and factory
coated with epoxy.

Sincerely,
Black Construction Corporation

Rod P. Bismonte
Project Engineer

General Contractors  **PO Box** 24667, GMF Guam 96921  **Telephone** (671) 646-4861–5  **Fax** (671) 646-9086  **Telex** 7216110

# EXHIBIT

## "C"



**PORT AUTHORITY OF GUAM**
**ATURIDAT I PUETTON GUAHAN**
GOVERNMENT OF GUAM
1026 Cabras Highway
Suite 201
Piti, Guam 96925

Telephone: (671) 477-5931/35
(671) 477-2683/85
Telex: (721) 6689 PAGGUM
Facsimile: (671) 477-2689

OCT 16 1995

Mr. Petronilo Q. Villaluz, P.E.
Managing Engineer
EMPSCO - Engineering Consultants
Suite 245 Julale Shopping Center
Agana, Guam 96910

Subject: RFP for the Design and Upgrade of Existing F-1 Fuel
Pier (Shell Fuel Pier).

Hafa Adai Mr. Villaluz:

This letter is to inform you that the Port selection committee has
selected your firm to perform the A/E Design and up-grade of the F-
1 fuel pier.

The Port now wishes to proceed to discuss the Scope of Work more in
detail, and negotiate a contract with your firm at the earliest.
Please contact Mr. Bill Payne Officer-In-Charge Planning and
Development at 477-5931/35 ext. 310, or Mr. Simeon Delos Santos at
477-5931 ext.357 so we can arrange a meeting.

Si Yu'os Ma'ase,

E.C. BERMUDES
General Manager

*Pong*
*I'll be informing you on the meeting as*
*soon as it can be arranged.*

*Simeon*

25 - 1



Commonwealth Now!