BERMAN O'CONNOR MANN & SHKLOV
503 Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant Winzler & Kelly

FILED
DISTRICT COURT OF GUAM
JUN 1 4 2005
MARY L.M. MORAN
CLERK OF COURT

(186)

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | CIVIL CASE. NO. CIV 03-0009 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | |
| Defendants. | |

I hereby certify that a copy of the Exhibits to Defendant Winzler & Kelly Consulting Engineers' Points and Authorities in Opposition to Engineering, Management & Planning Services Corporation's Renewed Motion to Limit Testimony of Plaintiff's Expert At Trial was served on the 14th day of June, 2005 on the following:

**VIA HAND-DELIVERY**

David P. Ledger
Carlsmith Ball, LLP.
Suite 401, Bank of Hawaii Bldg.
134 West Soledad Avenue
Hagatna, Guam 96910

Thomas C. Sterling
Klemm, Blair, Sterling, & Johnson
Suite 1008 Pacific News Blgd.
238 Archbishop Flores Street
Hagatna, Guam 96910

Thomas M. Tarpley, Jr.
Law Offices of Tarpley & Moroni, LLP.
Suite 402, Bank of Hawaii Bldg.
134 West Soledad Avenue
Hagatna, Guam 96910

ORIGINAL

1
2
3
4 DATED this 14 day of June, 2005.
5
6
7                               By: _____
8                                       THOMAS B. ANDERSON

2