
LAW OFFICES
## TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

3ZP7078
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) ) ) | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| Defendants. | ) ) | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On June , 2005, I caused to be hand-delivered and mailed true and correct copies of the following documents:

1.    EMPSCO'S RESPONSE TO PLAINTIFF'S REQUEST FOR REFERENCE TO TRIAL JUDGE;

2.    REPLY OF EMPSCO TO PLAINTIFF'S OPPOSITION TO RENEWED MOTION TO LIMIT TESTIMONY OF PLAINTIFF'S EXPERT AT TRIAL; and

3.    SECOND DECLARATION OF THOMAS M. TARPLEY, JR. IN SUPPORT OF EMPSCO'S RENEWED MOTION TO LIMIT EXPERT TESTIMONY; and



4.   REPLY OF EMPSCO TO WINZLER & KELLY'S OPPOSITION TO
RENEWED MOTION TO LIMIT TESTIMONY OF PLAINTIFF'S TRIAL EXPERT, to:

DAVID P. LEDGER, ESQ.
CARLSMITH BALL LLP
Bank of Hawaii Bldg.
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910


THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
Pacific News Bldg.
Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910


DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg.
Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910


ROBERT J. O'CONNOR, ESQ.
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Bldg.
P.O. Box 501969
Saipan, MP 96950
(via mail)


        Dated this _16th_ day of June, 2005.

                                        Dorothea Quichocho

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al. CV03-00009                          **Page 2 of 2**
CERTIFICATE OF SERVICE

Case 1:03-cv-00009    Document 208    Filed 06/16/2005    Page 2 of 2