·ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds


IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S RESPONSE TO JUNE 8, 2005 ORDER REGARDING TRIAL SCHEDULING; DECLARATION OF SERVICE** |

　　　　As ordered by the Court in its Order of June 8, 2005, counsel for Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS (hereinafter "Plaintiff") communicated by email with counsel for Defendant BLACK CONSTRUCTION CORPORATION, on behalf of all

Defendants, regarding possible dates for trial in this matter. *See* Exhibit A hereto. Unfortunately, as has been the case throughout with regard to trial dates, Plaintiff and the Defendants could not agree. Plaintiff suggested then, and suggests now, the following dates for a trial expected to last two weeks:

>Weeks of August 22nd and 29th
>
>Weeks of September 6th and 12th (only 9 trial days)
>
>Weeks of October 10th and 17th
>
>Weeks of October 17th and 24th
>
>Weeks of November 7th and 14th

In response to these suggestions, Plaintiff was advised that the **only date** in calendar year 2005 which is acceptable to Defendants is a seven trial day period beginning October 27th. This is not even the ten trial days contemplated by the Court's June 8th Order. The email response from Defendants is attached hereto as Exhibit B.

Trial in this matter has already been postponed three times. This case was filed on March 18, 2003. Discovery closed over seven months ago, on November 5, 2004. The case was fully prepared and was on the eve of trial (only five days away) when the June 13th trial date was vacated by the Court's June 8th Order. Setting another trial date soon will not prejudice the Defendants. Plaintiff is unwilling to postpone trial into the year 2006.

Justice delayed is justice denied.[1] Plaintiff respectfully requests that a visiting judge be specially designated to hear this case, and that the Court set the trial in this matter for one of the five, two-week periods set forth above, which Plaintiff has put forward as the Court requested. With all due respect to the Defendants, their attorneys are all members of firms of litigation

---

[1] William Gladstone (1809-1898).

attorneys. If one attorney has a conflict, other attorneys from their firms can handle the trial of this matter, or can handle the other matters which present conflicts for the defense counsel in this case.[2]

Respectfully submitted,

DATED: Hagåtña, Guam, June 17, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

---

[2] Counsel for Plaintiff have other cases, and other scheduled trials as well, but are willing to make other arrangements in order to be available in Guam on any of the five dates suggested above which are convenient for the Court.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on June 17, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S RESPONSE TO JUNE 8, 2005 ORDER REGARDING TRIAL SCHEDULING; DECLARATION OF SERVICE** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 17th day of June, 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

SANFRAN1\33910\1 123206.000

## Booth, Forrest

**From:** Booth, Forrest
**Sent:** Friday, June 10, 2005 1:16 PM
**To:** 'Thomas C. Sterling (tcsterling@kbsjlaw.com)'
**Cc:** 'Dean Robb'; 'Elyze McDonald'; 'Stephen Smith'; 'David Ledger'
**Subject:** Trial scheduling

**Contacts:** Thomas C. Sterling

Tom:

Following up on Judge Martinez's Order of June 8th that we give him dates for the trial (in two week blocks), we have the following to suggest. Please liase with Tom T. and Bob and let me know what works for you, and I will advise the Court on behalf of everyone, copying all of you.

```
August 22nd and 29th

Sept. 5th and 12th  (although the 5th is Labor Day).

Oct. 10, 17 and 24

Nov. 7 and 14

Thanks.  Forrest.
```

**EXHIBIT A**

1

Booth, Forrest

**From:** Thomas C. Sterling [tcsterling@kbsjlaw.com]
**Sent:** Wednesday, June 15, 2005 4:07 PM
**To:** Booth, Forrest; O'Connor Berman Dotts & Banes
**Cc:** David Ledger; Stephen C. Smith; Thomas M. Tarpley
**Subject:** Re: Trial dates

Forrest,

I thought we had more time but, nevertheless, Bob, Tom and I have gone round and round on this trying to find dates that are workable for everyone and here's what we came up with. We can propose 10/27 as previously discussed with Judge Martinez. However, after that, things are pretty much booked. Tom has a big case involving a brain damaged baby going to trial in November and Bob and I are scheduled for a multi-party jury trial at the end of January. Both of these cases are expected to be fairly lengthy and it is going to take some prep time before the trials start. We also have the intervening Holidays to take into account, not only for us, but also for the Court since I don't think any Judge is going to want to fly out here over Christmas and New Years. As such, if the Court can't set us for 10/27, the earliest we can start would be 2/27 and all of us are available throughout March and April so you can propose any dates that will work for you during that period.

Please feel free to communicate 10/27, 2/27 and anytime in March or April to the Court.

Regards,
Tom



**EXHIBIT B**