| | |
|---|---|
| 1 | BERMAN O'CONNOR MANN & SHKLOV |
| | DANIEL J. BERMAN |
| 2 | ROBERT J. O'CONNOR |
| | Suite 503, Bank of Guam Building |
| 3 | 111 Chalan Santo Papa |
| | Hagåtña, Guam 96910 |
| 4 | Telephone: (671) 477-2778 |
| | Facsimile: (671) 477-4366 |
| 5 | *Attorneys for Defendant* |
| | *Winzler & Kelly Consulting Engineers* |
| 6 | |
| | **TARPLEY & MORONI, LLP** |
| 7 | **THOMAS M. TARPLEY, JR.** |
| | Bank of Hawaii Building |
| 8 | 134 West Soledad Avenue, Suite 402 |
| | Hagåtña, Guam 96910 |
| 9 | Telephone: (671) 472-1539 |
| | Facsimile: (671) 472-4526 |
| 10 | *Attorneys for Defendant Engineering, Management* |
| | *& Planning Services Corporation* |
| 11 | |
| | **KLEMM, BLAIR, STERLING & JOHNSON, P.C.** |
| 12 | **THOMAS C. STERLING** |
| | 1008 Pacific News Building |
| 13 | 238 Archbishop F.C. Flores Street |
| | Hagåtña, Guam 96910 |
| 14 | Telephone: (671) 477-7857 |
| | Facsimile: (671) 472-4290 |
| 15 | *Attorneys for Defendant Black Construction Corporation* |

FILED
DISTRICT COURT OF GUAM
JUN 22 2005
MARY L.M. MORAN
CLERK OF COURT

193

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, ) | CIVIL CASE NO.: CIV03-00009 |
| Plaintiff, ) | |
| v. ) | |
| ) | **DEFENDANTS' JOINT RESPONSE** |
| BLACK CONSTRUCTION CORPORATION, ) | **TO JUNE 8, 2005 ORDER** |
| WINZLER & KELLY CONSULTING ) | **REGARDING TRIAL SCHEDULING** |
| ENGINEERS and ENGINEERING, ) | |
| MANAGEMENT & PLANNING SERVICES ) | |
| CORPORATION, ) | |
| Defendants. ) | |

The Court held a conference call on May 23, 2005 (Seattle time) to advise the parties that the trial in this matter scheduled to begin 21 days (not 5) later on June 13, 2005, could not go as scheduled. During that conference call, all the parties advised the Court that the *earliest*

-1-

available date they could agree upon for the trial to begin would be October 27, 2005. Later the Court asked the parties to meet *to see if they could agree on* a list of multiple available dates to hold the trial on Guam so that a judge could be found whose schedule could fit, and so that this judge could be assigned exclusively to this case on Guam. Presumably these dates would include the October 27 date and any dates acceptable after October 27.

The Defendants met together and put forward the date previously agreed upon as the earliest available date (October 27, 2005) and advised the Plaintiff any date after February 27, 2006 would be available (all of March and April) given the busy trial schedules of the Defendants' counsel.

The Plaintiff's response is a little bizarre and decidedly counterproductive. Instead of responding in any fashion to the Defendants' collective suggestion for trial dates, Plaintiff just ignored the Defendants and filed a request with the Court that it select one of several dates it knows are impossible for Defendants' counsel to try this case. That does not appear at all to be an attempt to comply with the Court's June 8, 2005 order. Most of Plaintiff's suggested dates *precede* the October 27 date. Moreover, the fact that dates in August and September were not feasible due to the calendars of Messrs. O'Connor and Tarpley had been stated in open Court in front of Judge Clive-Jones on April 6, 2005 (Affidavit of Thomas C. Sterling in Opposition to Motion to Modify Schedule filed herein on May 2, 2005, relevant portions attached hereto as Exhibit "A"). Mr. Booth, lead counsel for Gargrave, had been reminded of this fact by e-mail dated June 11, 2005 (copy attached hereto as Exhibit "B").[1]

The First Amended Complaint in this action was filed on December 23, 2003, and the case was not at-issue until January 16, 2004. Expert depositions were not concluded until mid-May, 2005. The case has been proceeding at a normal pace[2] and there is no reason to schedule a

---

[1] Not surprisingly, Gargrave has not asked for a July trial date since Mr. Booth will be unavailable that entire month, according to what he told Judge Clive-Jones, due to his planned trip to Europe.

[2] The Plaintiff in this case is an insurance company pursuing a subrogation claim. Plaintiff seeks only monetary damages, no injunctive relief. The trial has not been postponed three times.

| | |
|---|---|
| 1 | trial for a date convenient to only one party at the expense of all of the other parties, especially |
| 2 | when the one party seeking to inconvenience the others refused to make more than a |
| 3 | perfunctory attempt (one email) to reasonably accommodate the important concerns of all |
| 4 | parties. |
| 5 | Since the Plaintiff has not advised the Court that any date between February 27, 2006 |
| 6 | and May 1, 2006 is unavailable or inconvenient, the Defendants jointly ask that the Court[3] |
| 7 | accommodate the calendars of all parties and set the trial which is expected to last 10 trial days |
| 8 | during that time period as convenient for the visiting judge. |

RESPECTFULLY SUBMITTED,

BERMAN O'CONNOR MANN & SHKLOV
*Attorneys for Defendant Winzler & Kelly
Consulting Engineers*

DATED: JUNE 21, 2005      By: Catherine B. Camacho
for  DANIEL J. BERMAN

TARPLEY & MORONI, LLP
*Attorneys for Defendant Engineering, Management
& Planning Services Corporation*

DATED: JUNE 21, 2005      By: _____
THOMAS M. TARPLEY, JR.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
*Attorneys for Defendant Black Construction Corporation*

DATED: JUNE 21, 2005      By: _____
THOMAS C. STERLING

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\230-DEFS' JOINT RESPONSE
TO 6-8-05 ORDER RE TRIAL SCHE RE GARGRAVE V BLACK.DOC

---

[3] This is not a simple case. It involves complex engineering theories and issues involving seismic and berthing forces. There are at least four experts listed to testify and over 20 other witnesses. There have been over 12 depositions. This is not a case that can be "passed on" to another litigator in a participant's law firm as suggested by the Plaintiff.

Case 1:03-cv-00009   Document 210   Filed 06/22/2005   Page 3 of 8

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   Defendant Black Construction Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>  Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>  Defendants. | CIVIL CASE NO. CV03-00009<br><br>AFFIDAVIT OF THOMAS C. STERLING IN OPPOSITION TO MOTION TO MODIFY SCHEDULING ORDER |

ISLAND OF GUAM    )
                 ) ss:
CITY OF HAGÅTÑA  )

I, **THOMAS C. STERLING**, being first duly sworn do state that:

1. I am an attorney duly licensed to practice before this Court and a principal in the firm of Klemm, Blair, Sterling & Johnson, A Professional Corporation, counsel for Black Construction Corporation in the instant matter. I have had primary responsibility for this case in our firm since its inception.

EXHIBIT "A"

2. I have personal knowledge of all matters set forth in this Affidavit and if called to testify as to said matters, I could and would competently do so.

3. On January 27, 2005, I received a letter dated January 26, 2005 from Mr. Forrest Booth, counsel for the Plaintiff, in which he indicated that his client intended to file a second amended complaint adding causes of action for fraud, negligent and intentional misrepresentation. A copy of that letter is attached hereto as Exhibit "A" and incorporated herein by this reference.

4. Subsequently, in its Suggestion of Mootness and Request to Dismiss or Hold Pending Motions In Abeyance filed herein on February 11, 2005, the Plaintiff again indicated its intention to file an amended complaint asserting claims for fraud and negligent misrepresentation.

5. Thereafter, by letter dated April 5, 2005, Mr. Ledger, one of the attorneys for Gargrave, provided me with a proposed Second Amended Complaint which was similar, but not identical, to the proposed Second Amended Complaint attached as Exhibit "A" to the Declaration of David Ledger filed herein on April 22, 2005.

6. I was present in the District Court of Guam on April 6, 2005 along with Mr. Robert O'Connor, Mr. Thomas Tarpley, and

KLEMM, BLAIR,
TERLING & JOHNSON
A Professional Corporation
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.

- 2 -

Case 1:03-cv-00009    Document 210    Filed 06/22/2005    Page 5 of 8

Mr. Patrick Mason for a hearing on various defense motions filed in this case. Judge Robert Clive-Jones presided and Mr. Forrest Booth appeared telephonically. After issuing his decision on the motions, Judge Clive-Jones took up the matter of setting the case for trial.

7. To the best of my recollection without reviewing the tapes of the proceeding, Judge Clive Jones initially indicated that he preferred to set the case for July but Mr. Booth indicated that he was unavailable. He then inquired as to the availability of counsel in August but Mr. O'Connor indicated that he was unavailable in August. He then inquired as to the availability of counsel in September but Mr. Tarpley indicated that he was unavailable in September. The issue then became whether the trial should be set in October, which Judge Clive-Jones felt was too distant, or in June which I indicated I felt was "pushing it" due to expert discovery which still needed to be conducted.

8. When Judge Clive-Jones inquired as to Mr. Booth's position, he heartily endorsed a June 13, 2005 trial date and never mentioned or even suggested to the Judge that he intended to try to amend his pleadings prior to trial. Judge Clive-Jones set the trial to proceed on June 13, 2005 and, once he did so, I considered the issue of amended pleadings closed since it was

incomprehensible to me that Mr. Booth could argue for and obtain a June 13, 2005 trial date on April 6, 2005 and then seek to amend his pleadings.

9. To date, the depositions of Peter MacLeod, who resides in New Zealand, Frank Dennis, who resides in New Zealand, Ben Casey, who resides in Texas, Lito Tabilas, Simeon Delos Santos, Lito Gutierrez, Bruce Swanney, who resides in Arizona, Ed Williamson, who resides in Pennsylvania, and N.C. Macario have been taken in connection with the factual allegations of the original pleadings. In my view, some or all of them may need to be re-deposed if the Second Amended Complaint is allowed depending upon what initial discovery shows in terms of the alleged basis for the fraud and misrepresentation claims since the intentions of the parties and reliance on the purported misrepresentations will be at issue.

Further, affiant sayeth naught.

DATED: MAY 2, 2005         THOMAS C. STERLING

SUBSCRIBED AND SWORN to before me this 2ND day of May, 2005, by THOMAS C. STERLING.

(official signature and seal of notary)

JENNIFER D. S. MENDIOLA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Apr. 13, 2009
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagatna, Guam 96910

ATTACHMENT: EXHIBIT "A"

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\220-AFF OF TCS IN OPP TO MTN TO MODIFY SCH ORDER RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.

- 4 -

# Thomas C. Sterling

| | |
|---|---|
| From: | "Thomas C. Sterling" <tcsterling@kbsjlaw.com> |
| To: | "Booth, Forrest" <FBooth@COZEN.com> |
| Cc: | "Dean Robb" <drobb@carlsmith.com>; "Elyze McDonald" <emcdonald@carlsmith.com>; "Stephen Smith" <scsmith@carlsmith.com>; "David Ledger" <dledger@carlsmith.com> |
| Sent: | Saturday, June 11, 2005 11:46 AM |
| Subject: | Re: Trial scheduling |

Forrest,

We've gone through this trial date stuff several times and it is obvious to me that none of your proposed dates prior to October 24 are feasible since Bob is gone in August, Tom is tied up in September, and early October was bad for someone but I just can't remember who. The late October and early November dates may work for us all.

I think the thrust of the Court's Order is that all of us jointly propose at least 5 trial dates that will work for all of us and the Court will then work to locate a Judge and schedule trial on one of them. As such, I'll get together with Bob and Tom, we'll try to come up with about 7 proposed dates after mid-October and you can then pick 5 that are acceptable to you. This list will then be presented to the Court.

We'll get back to you on this as soon as possible.

Regards,
Tom

----- Original Message -----
From: Booth, Forrest
To: tcsterling@kbsjlaw.com
Cc: Dean Robb ; Elyze McDonald ; Stephen Smith ; David Ledger
Sent: Saturday, June 11, 2005 6:16 AM
Subject: Trial scheduling

Tom:

Following up on Judge Martinez's Order of June 8th that we give him dates for the trial (in two week blocks), we have the following to suggest. Please liase with Tom T. and Bob and let me know what works for you, and I will advise the Court on behalf of everyone, copying all of you.

```
August 22nd and 29th

Sept. 5th and 12th  (although the 5th is Labor Day).

Oct. 10, 17 and 24

Nov. 7 and 14

Thanks.  Forrest.
```

*********************************************

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to