

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | |
| Plaintiff, | Civil Case No. 03-00009 |
| vs. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION, | ORDER |
| Defendants. | |

Due to the scheduling needs of the Court, the trial in the above-captioned proceeding is hereby scheduled for November 8, 2005 at 9:00 a.m. The final pretrial conference is scheduled for November 7, 2005 at 10:00 a.m. The parties are to adhere to all local rules in submitting their trial documents. In addition, the Court sets this matter for a settlement conference before the Honorable Lloyd D. George on September 27, 2005 at 10:00 a.m.

SO ORDERED this 27 day of July, 2005.

FRANCES M. TYDINGCO-GATEWOOD*
United States District Judge

*The Honorable Frances M. Tydingco-Gatewood, United States District Judge, by designation.