BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
SEP -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | ) ) ) | Civ. No. CIV 03-00009 T.A. |
| Plaintiff, | ) ) | |
| vs. | ) ) | WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT ON FIFTH CAUSE OF ACTION |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant Winzler & Kelly Consulting Engineers, pursuant to Fed.R.Civ.P. 56, hereby moves the Court for summary judgment as to the Fifth Cause of Action in the above captioned matter. This Motion is supported by Declarations of Fred Smith and Robert J. O'Connor, and by a Memorandum of points and authorities, all filed herewith.

Respectfully submitted this 7th day of September, 2005.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant Winzler & Kelly

By: _____
Robert J. O'Connor