ORIGINAL

BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | Civ. No. CIV 03-00009 T.A. |
| Plaintiff, | |
| vs. | DECLARATION OF FRED SMITH |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | |
| Defendants. | |

I, Fred Smith, declare as follows:

1. I am the Region Manager for the Pacific offices of Winzler & Kelly Consulting Engineers, in which the Guam office falls. I make this declaration based upon personal knowledge and a review of the records and files of the said office in connection with the above captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of a fax transmission dated March 6, 1996, from Bruce Swanney, a former engineer at the Guam office of Winzler & Kelly, to Lito Tabilas at Black Construction Corp.

3. Attached hereto as Exhibit B is a true and correct copy of a fax transmission dated March 21, 1996, from Lito Tabilas at Black Construction Corp. to Bruce Swanney at the Guam office of Winzler & Kelly.

4. Attached hereto as Exhibit C is a true and correct copy of a purchase order issued by Black Construction Corp. to Winzler & Kelly's Guam office, dated April 15, 1996, for engineering services in connection with the design of an alternate pile repair system for Foxtrot Pier F-1.

I declare upon penalty of perjury under the laws of the United States of America and the Commonwealth of the Northern Mariana Islands that the foregoing is true and correct to the best of my knowledge and belief, and that if called upon to testify, I could and would testify competently and in accordance herewith.

Executed at Saipan, CNMI, this second day of September, 2005.

_____
FRED SMITH

WINZLER & KELLY  
CONSULTING ENGINEERS  
414 West Soledad Ave., Suite 904, GCIC Bldg, Agana, Guam 96910  
tel:(671) 472-6792/3   fax:(671) 477-6229

FAX MEMORANDUM

TO        : LITO TABILAS                              DATE: 06Mar96  
COMPANY   : BCC  
FAX NO    : 646-9086  

FROM      : Bruce Swanney                             JOB NO: 96424204  

RE        : PIER F-1 PILE REPAIR : ALTERNATE DESIGN  

TOTAL PAGES, including this sheet: 1  
if transmission is incomplete or unreadable, please call or fax .

1. SCOPE

   Design and detail an alternate repair system as follows :

   a. Cut the existing piles off at approximately 4'-0" below MLLW elevation.
   b. Attach in a new section of epoxy coated steel pile extending from the top of the existing pile at approximately 4'-0" below MLLW to the underside of the concrete platform. The new section of pile will be welded to the existing pile with a steel sleeve and attached to the underside of the platform with epoxy anchor bolts or similar. The installation procedures for the new sections of pile will probably include drilling one or more holes through the thickness of the concrete platform.

2. DESIGN FEE

   | | | |
   |---|---|---|
   | Preliminary | = | 528 |
   | Design & Production | = | 1,880 |
   | Management | = | 352 |
   | Sub-Total | = | 2,760 |
   | GRT @ 4.17% | = | 115 |
   | TOTAL | =$ | 2,875 |

   We anticipate one 24 x 36 drawing will be sufficient to show the required information.

SENT BY : BWS  
DATE/TIME : 030696/1500

Exhibit "A"

Case 1:03-cv-00009   Document 215   Filed 09/07/2005   Page 3 of 5

[letterhead illegible — Agana, Guam 96910; Tel: (671) 472-6792/3; Fax: (671) 477-5229]

DATE: 06Mar96

TO: Bruce Swanney  477-6229   JOB NO: 96424204

PIER F-1 PILE REPAIR / ALTERNATE DESIGN

TOTAL PAGES, including this sheet: 1

## 1. SCOPE

Design and detail an alternate repair system as follows:

a. Cut the existing piles off at approximately 4'-0" below MLLW elevation.

b. Attach in a new section of epoxy coated steel pile extending from the top of the existing pile at approximately 4'-0" below MLLW to the underside of the concrete platform. The new section of pile will be welded to the existing pile with a steel sleeve and attached to the underside of the platform with epoxy anchor bolts or similar. The installation procedures for the new sections of pile will probably include drilling one or more holes through the thickness of the concrete platform.

## 2. DESIGN FEE

| | |
|---|---|
| Preliminary | = 528 |
| Design & Production | = 1,880 |
| Management | = 352 |
| Sub-Total | = 2,760 |
| GRT @ 4.17% | = 115 |
| TOTAL | =$ 2,875 |



MAR 21 1996

We anticipate one 24 x 36 drawing will be sufficient to show the required information.

BRUCE,

THIS IS TO AUTHORIZE YOU TO PROCEED WITH FINAL DESIGN. PURCHASE ORDER TO FOLLOW IN A FEW DAYS

[signature] 21 MAR 96

Exhibit "B"

# BLACK CONSTRUCTION CORPORATION
AN AFFILIATE OF E.E. BLACK, LTD.
P.O. BOX 24567
GMF, GUAM, MARIANAS ISLANDS 96921-0403

ISSUED BY:
E.E. BLACK, LTD.
220 EAST GRAND AVENUE
SOUTH SAN FRANCISCO, CA 94080

ISSUED BY:
E.E. BLACK, LTD.
P.O. BOX 3208
HONOLULU, HAWAII 96801

REQUISITIONED BY: RFB/tsi

DATE: 15 April 1996

TO: WINZLER & KELLY CONSULTING ENGINEERS
Suite 904, GCIC Building
414 West Soledad Avenue
Agana, Guam 96910

Attn: Bruce W. Swanney
Fax: (671) 477-6229

ACCT. CODE
MARK & SHIP TO
BLACK CONSTRUCTION CORP.
YAMUNING GUAM, M.I.
PURCHASE ORDER NO. GC-66184
REQUISITION NO.
JOB 6016 PAG Repair Foxtrot Pier F-1

SHOW THE ABOVE INFORMATION ON ALL INVOICES, PACKING LISTS, SHIPPING DOCUMENTS AND PACKAGES.

| ITEM NO. | QUANTITY | UNIT | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | 1 | Lot | ENGINEERING SERVICES:<br>Design & Detail Alternate Pile Repair System for Foxtrot Pier F-1 per Quotation dated 06 March 1996. | |
| | | | TOTAL AMOUNT THIS PURCHASE ORDER | $2,875.00 |

Post-it® Fax Note 7671

WE REQUIRE QUADRUPLICATE INVOICES AND BILL OF LADING

ACKNOWLEDGED AND ACCEPTED BY:

Acknowledged by fax 4/15/96 - see attached

NAME: BRUCE W. SWANNEY    Date
Winzler & Kelly Consulting Engineers

BLACK CONSTRUCTION CORP.

Page 1 of 1

AUTHORIZED SIGNATURE
LEO Q. GUTIERREZ
Project Manager