
FILED
DISTRICT COURT OF GUAM
SEP - 8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS,

Plaintiff,

vs.

BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,

Defendants.

Civil Case No. 03-00009

ORDER RE: WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT ON FIFTH CAUSE OF ACTION

This case is before the Court on a Motion for Summary Judgment of Fifth Cause of Action (the "Motion"), filed by the defendant, Winzler & Kelly, on September 7, 2005. However, the deadline imposed by the Court for filing such a motion was December 23, 2004.[1] A scheduling order "shall not be modified except upon a showing of good cause" and by leave of Court. FED.R.CIV.P. 16(b). The defendant has neither sought leave of the Court nor shown good cause for modifying the scheduling order. Accordingly, this motion is **DENIED** as untimely and the Court need not address the merits of the motion.

SO ORDERED this __8__ day of September, 2005.

S. JAMES OTERO[*]
District Court of Guam

---

[1] Pursuant to the Stipulation and Order filed on August 19, 2004, the deadline for such a motion was December 23, 2004. *See* Docket No. 46.

[*] The Honorable S. James Otero, United States District Judge for Central District of California, by designation.