# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, | |
| Plaintiff, | Case No. 1:03-cv-00009 |
| vs. | |
| Black Construction Corporation, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Order denying Motion for Summary Judgment on Fifth Cause of Action filed on September 8, 2005* on the dates indicated below:

| *Carlsmith Ball* | *Klemm, Blair, Sterling and Johnson* | *Berman, O'Connor, Mann and Shklov* | *Tarpley and Moroni* |
|---|---|---|---|
| *9/9/2005* | *9/9/2005* | *9/14/2005* | *9/9/2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order denying Motion for Summary Judgment on Fifth Cause of Action filed on September 8, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005                                   /s/ Shirlene A. Ishizu
                                                                        Deputy Clerk