# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, <br><br> Plaintiff, <br><br> vs. <br><br> Black Construction Corporation, et al., <br><br> Defendants. | Case No. 1:03-cv-00009 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry of Order filed September 14, 2005* on the dates indicated below:

| *Carlsmith Ball* | *Klemm, Blair, Sterling, and Johnson* | *Berman, O'Connor, Mann, and Shklov* | *Tarpley and Moroni* |
|---|---|---|---|
| *9/15/2005* | *9/19/2005* | *9/15/2005* | *9/15/2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry of Order filed September 14, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 19, 2005         /s/ Shirlene A. Ishizu
                                  Deputy Clerk