BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., <br><br> Defendants. | Civ. No. CIV 03-0009 <br><br><br> APPLICATION FOR ORDER SHORTENING TIME <br><br><br> Oral Argument Not Requested |

Defendant Winzler & Kelly Consulting Engineers hereby requests that the Court shorten time for the consideration of Winzler & Kelly's Motion To Modify Scheduling Order (filed September 20, 2005), and decide that motion on an expedited basis without oral argument. Winzler & Kelly certifies that an expedited decision on the Motion To Modify is necessary so that, in the event it is granted, there will be sufficient time for the briefing and hearing of Winzler & Kelly's Motion For Summary Judgment On Fifth Cause of Action (filed September 7, 2005), prior to the November 8, 2005, trial date, and thus for the potential elimination of unnecessary issues and parties from the trial.

ORIGINAL

Winzler & Kelly's counsel has contacted counsel for all other parties in this matter seeking their agreement to an Order Shortening Time. Defendants Black Construction and EMPSCO have both represented that they have no objection. The Plaintiff Syndicate has not agreed, however, indicating its opposition to both an Order Shortening Time and the Motion To Modify Scheduling Order.

Since the interests of justice, and well as the convenience of the court, the jury, and the parties, would all be served by the pre-trial, rather than mid-trial or post-trial, consideration of the legal issue raised in Winzler & Kelly's underlying Motion For Summary Judgment (lack of third-party beneficiary status); and since an expedited decision on the Motion of Modify is necessary in order to have the Motion For Summary Judgment considered and decided prior to trial, Winzler & Kelly therefore asks the court to rule on its Motion to Modify Scheduling Order on an expedited basis, notwithstanding the Syndicate's objection.

Respectfully submitted this 22nd day of September, 2005.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Winzler & Kelly

By: _____
Michael J. Berman