# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | Civil Case No. 03-00009<br><br>**ORDER**<br>Vacating Settlement Conference |

The above-captioned proceeding is currently calendared for a Settlement Conference before this Court on September 27, 2005 at 10:00 a.m. Since the parties have already participated in a settlement conference before the Honorable Judge Alex Munson, the Court believes that a subsequent settlement conference would not be fruitful. Accordingly, the settlement conference date is hereby vacated. The matter remains set for trial on November 8, 2005 at 9:00 a.m.

**SO ORDERED** this 26 day of September, 2005.

Lloyd D. George*
United States District Judge

---

* The Honorable Lloyd D. George, United States Senior District Judge for Nevada, by designation.