| | |
|---|---|
| 1 | BERMAN O'CONNOR MANN & SHKLOV |
| 2 | DANIEL J. BERMAN<br>ROBERT J. O'CONNOR |
| 3 | Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa |
| 4 | Hagåtña, Guam 96910<br>Telephone: (671) 477-2778 |
| 5 | Facsimile: (671) 499-4366 |
| 6 | Attorneys for Defendant<br>Winzler & Kelly Consulting Engineers |

FILED
DISTRICT COURT OF GUAM
SEP 29 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS,

    Plaintiff,

v.

BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,

    Defendants.

CIVIL CASE NO.: CIV03-00009

DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OFF-ISLAND NOTICE; DECLARATION OF SERVICE

Please be advised that the trial attorney for Defendant Winzler & Kelly Consulting Engineers, Robert J. O'Connor, will be off-island and overseas from October 7 through October 14, 2005. We respectfully request that no matters be scheduled for hearing during that time period.

Dated this 28th day of September, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: _____
DANIEL J. BERMAN

ORIGINAL

# DECLARATION OF SERVICE

I, Christine Pangelinan, hereby declare under penalty of perjury of the laws of the United States, that on the 29th day of September, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OFF-ISLAND NOTICE; DECLARATION OF SERVICE** upon Plaintiff and Defendants Counsel of record as follows:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Law Office of Thomas M. Tarpley, Jr.
2nd Floor, American Life Building
137 Murray Boulevard
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant Engineering, Management & Planning Services Corporation

Dated this 29th day of September, 2005.

_____
CHRISTINE PANGELINAN

2003-08-050928-PL-ROC OffIsland Notice.doc