# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, | Case No. 1:03-cv-00009 |
| Plaintiff, |  |
| vs. |  |
| Black Construction Corporation, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. |  |

The following office(s)/individual(s) acknowledged receipt of the *Order Vacating Settlement Conference filed September 26, 2005* on the dates indicated below:

| *Berman, O'Conner, Mann, and Shklov* | *Carlsmith Ball* | *Klemm, Blair, Sterling, and Johnson* | *Tarpley and Moroni* |
|---|---|---|---|
| *9/27/2005* | *9/29/2005* | *9/27/2005* | *9/27/2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order Vacating Settlement Conference filed September 26, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005             /s/ Shirlene A. Ishizu
                                      Deputy Clerk