BERMAN O'CONNOR MANN & SHKLOV
503 Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant Winzler & Kelly

**FILED**
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORP., WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., <br><br> Defendants. | Civ. No. CIV 03-00009 T.A <br><br><br><br> APPLICATION OF JOSEPH E. HOREY FOR APPEARANCE PRO HAC VICE |

Joseph E. Horey, pursuant to Rule GR 17.1(d) of the District Court of Guam, hereby applies for the admission to this Court *pro hac vice* in the above captioned matter. All requirements for application *pro hac vice* are stated in the Affidavit of Joseph E. Horey and Written Consent of Designated Local Counsel, filed herewith.

Dated: October 3, 2005

O'CONNOR BERMAN DOTTS & BANES

by: _____
Joseph E. Horey

*2003-08-051003-APP-pro hac vice-N.wpd*

**ORIGINAL**