BERMAN O'CONNOR MANN & SHKLOV
503 Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant Winzler & Kelly

FILED
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | ) ) ) | Civ. No. CIV 03-00009 T.A. |
| Plaintiff, | ) ) | |
| vs. | ) ) | AFFIDAVIT OF JOSEPH E. HOREY |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | ) ) ) ) ) | AND WRITTEN CONSENT OF DESIGNATED LOCAL COUNSEL |
| Defendants. | ) ) | |

Joseph E. Horey, being duly sworn, deposes and says:

1. I am an attorney in the law firm of O'Connor Berman Dotts & Banes, Saipan, CNMI, which is in a continuing partnership with the Guam law firm of Berman O'Connor Mann & Shklov, counsel for Defendant Winzler & Kelly Consulting Engineers in this matter. I seek admission to this Court *pro hac vice* in order to assist in the upcoming trial of this matter.

2. My residence is at As Matuis, Saipan, CNMI. My office is located on the second floor of the Nauru Building, Susupe, Saipan, CNMI. My mailing address is PO Box 50-1969, Saipan MP 96950.

3. I have been admitted to practice before the following courts since the dates indicated, and am currently a member in good standing of the bars of said courts and eligible to practice before them:

  (a) New York - 1995

  (b) Commonwealth of the Northern Mariana Islands - 1996

|  |  |  |
|---|---|---|
| 1 | (c) | District Court for Northern Mariana Islands - 1996 |
| 2 | (d) | US Court of Appeals for the Ninth Circuit - 1996 |
| 3 | (e) | US Court of Appeals for the Fifth Circuit - 2003 |

4. I am not currently, nor have I ever been, under suspension, nor have I been disbarred in any court to which I have been admitted.

5. I have not concurrently, nor within the past year, made any application for *pro hac vice* appearance in this Court. My only prior applications for *pro hac vice* appearance in this Court were in 1999, in the mutually related matters of Rogers v. International Bridge, Civ. No. 99-0058; Konet v. International Bridge, Civ. No. 99-0059; Elenji v. International Bridge, Civ. No. 99-0060; and Letafilyal v. International Bridge, Civ. No. 99-0061. The applications were granted.

6. I designate Daniel J. Berman of Suite 503, Bank of Guam Building, 111 Chalan Santo Papa, Agana, Guam 96910, telephone number (671) 477-2778, as local counsel.

I swear and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that if called upon to testify, I could and would testify competently and in accordance herewith.

Executed this third day of October, 2005 /EH, at Saipan, CNMI.

JOSEPH E. HOREY

## ACKNOWLEDGMENT

Subscribed and sworn to before me this date by Joseph E. Horey: October 3, 2005

GREGORY J. KOEBEL
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission expires on the 26th day of August, 2006

## CONSENT OF DESIGNEE

I hereby consent to serve as local counsel in the above captioned matter, pursuant to local rule GR 17.1(e).

10-4-05

DANIEL J. BERMAN

*2003-08-051003-APP pro hac vice.wpd*