BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910



**FILED**
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendant Winzler & Kelly Consulting Engineers

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | Civ. No. CIV 03-00009 T.A. |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | |
| Defendants. | |

I, THOMAS ANDERSON, hereby declare that on this 4 day of October, 2005 I caused to be served the affidavit of Joseph E. Horey and Written Consent of Designated Local Counsel, Proposed Order and Application of Joseph E. Horey for Appearance Pro Hac Vice on the following:

David P. Ledger
Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagatna, Guam 96910

Thomas M. Tarpley, Jr.
Tarpley & Moroni, LLp
Bank of Hawaii Bldg., Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Thomas C. Sterling
Klemm Blair Sterling & Johnson
Suite 1008 Pacific News Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910

_____
THOMAS ANDERSON

ORIGINAL

5