BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Attorneys for Defendant Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, ) ) ) Plaintiff, ) ) vs. ) ) BLACK CONSTRUCTION CORP., ) WINZLER & KELLY CONSULTING ) ENGINEERS and ENGINEERING ) MANAGEMENT & PLANNING ) SERVICES CORP., ) ) Defendants. ) ) | Civ. No. CIV 03-00009 T.A.<br><br>CERTIFICATE OF SERVICE |

I, THOMAS ANDERSON, hereby declare that on this 4 day of October, 2005 I caused to be served the Reply in Support of Motion to Modify Scheduling Order on the following:

David P. Ledger
Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagatna, Guam 96910

Thomas M. Tarpley, Jr.
Tarpley & Moroni, LLp
Bank of Hawaii Bldg., Suite 402
134 West Soledad Avenue
Hagatna, Guam 96910

Thomas C. Sterling
Klemm Blair Sterling & Johnson
Suite 1008 Pacific News Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910

*Thomas Anderson*
THOMAS ANDERSON

ORIGINAL