BERMAN O'CONNOR MANN & SHKLOV
503 Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 499-4366

Attorneys for Defendant Winzler & Kelly



**FILED**
DISTRICT COURT OF GUAM

OCT - 6 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORP., WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP.,<br><br>Defendants. | Civ. No. CIV 03-00009 T.A.<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF JOSEPH E. HOREY FOR APPEARANCE PRO HAC VICE |

The Court having reviewed and considered the application of Joseph E. Horey for appearance *pro hac vice* before this Court in the above-captioned matter and good cause appearing therefor,

IT IS HEREBY ORDERED that the said application is GRANTED.

So ordered this date: October 6, 2005.

_____
~~Judge of District Court~~
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM



RECEIVED
OCT - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM