KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   Defendant Black Construction Corporation

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>         Plaintiff,<br><br>    vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>         Defendants. | CIVIL CASE NO. CV03-00009<br><br>JOINT WITNESS LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY AND ENGINEERING MANAGEMENT AND PLANNING SERVICES CORPORATION |

COME NOW the above-named Defendants and designate the following witnesses who may be called by the Defendants at trial of this matter:

1. Perfecto Jose;
2. Lito Gutierrez;
3. Lito Tabilas;
4. Rod Bismonte;
5. Nemencio Macario;
6. Jurgen Unterberg;
7. Simeon Delos Santos;
8. Butch Arce;
9. Ernesto A. Capulong, Jr.;

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

10. Petronillo Q. Villaluz;

11. Winzler & Kelly, through Steven Cox;

12. Albert Tsutsui;

13. Webb Hayes;

14. Dean Gillham;

15. Kenneth Collard;

16. Ben Casey (by deposition);

17. Frank Dennis (by deposition);

18. Bruce Swanney (by deposition);

19. Edgar Jabingay;

20. Andy Smith;

21. Marilou Baluyut;

22. Benny Quintanilla;

23. Jess Acfalle;

24. Roque Santos;

25. Mike Aflague;

26. Stan Hall;

27. Darrell Dela Paz;

28. Such rebuttal witnesses as may be required; and

29. Any witnesses listed on the Plaintiff's designation.

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

BY: /s/ *[signature]*
**THOMAS C. STERLING**
*Attorneys for Defendant Black Construction Corporation*

DATED: OCTOBER 7, 2005

**BERMAN O'CONNOR MANN & SHKLOV**

BY: _____
**DANIEL J. BERMAN**
*Attorneys for Defendant Winzler & Kelly*

DATED: OCTOBER _____, 2005

**TARPLEY & MORONI, LLP**

BY: /s/ *[signature]*
**THOMAS M. TARPLEY, JR.**
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: OCTOBER 7th, 2005

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\225-JOINT WITNESS LIST OF BCC, W&K & EMPSCO RE GARGRAVE V BLACK ET AL.DOC