KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*



FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO. CV03-00009 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | ) | **DEFENDANT BLACK CONSTRUCTION CORPORATION'S RULE 26(a)(3)(C) IDENTIFICATION OF DOCUMENTS & EXHIBITS** |
| Defendants. | ) | |

The following are the documents and exhibits which Defendant **BLACK CONSTRUCTION CORPORATION** intends to offer or may offer at trial of this matter:

**EXHIBITS TO BE USED**

| DATE | DESCRIPTION | |
|---|---|---|
| *** | Negotiated fee proposal between EMPSCO and PAG with hand-written changes | |
| *** | EMPSCO Engineering documentation report | |
| *** | Aerial Photograph of Tumon Bay Showing High Rise Buildings | |
| 08/93 | Candac Limited Report on Damaged Structures F1 Facility Guam | |

| Date | Description | |
|---|---|---|
| 01/04/95 | Consultant Agreement between Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates Inc. together with amendments thereto | |
| 08/24/95 | Draft Memorandum from Marilou Baluyut (hereinafter "Baluyut") to Doug Dean (hereinafter "Dean") | |
| 09/28/95 | Letter from Dean to Eulogio Bermudes | |
| 10/31/95 | Letter from Mr. Villaluz of EMPSCO to Mr. Bermudes of PAG with attached fee proposal | |
| 11/28/95 | Scope of Work for repairs and improvements to existing F-1 Fuel Pier | |
| 02/15/96 | Letter from Bermudes to Villaluz re bids in excess of budget | |
| 03/16/96 | Letter from Perfecto O. Jose, Jr. (hereinafter "Jose") of Black to Bermudes re proposals for reduction in contract amount | |
| 03/20/96 | Letter from F. Philip Carbullido (hereinafter "Carbullido") to Simeon Delos Santos (hereinafter "Delos Santos") of PAG re repairs and upgrading to Foxtrot F-1 Pier | |
| 03/27/96 | Letter from Villaluz to Bermudes re review of Black's Proposal B | |
| 06/13/97 | Letter from Rod Bismonte (hereinafter "Bismonte") to Macario re confirmation of acceptance pursuant to final inspection of June 2, 1997 | |
| 11/10/01 | Letter from Ben Casey of Smithbridge (hereinafter "Casey") to MacLeod Claims Management (hereinafter "MacLeod") re inspection of F1 Pier | |
| 11/10/01 | Letter from Casey to MacLeod re inspection of F1 Pier with MacLeod's hand-written proposed revisions | |
| 11/10/01 | Letter from Casey to MacLeod re inspection of F1 Pier incorporating MacLeod revisions | |
| 07/14/04 | GK2 Inc. Consulting Engineers (Dean Gillham) expert report | |
| 07/15/04 | Pro Marine Technology (Kenneth Collard) expert report | |

//

**EXHIBITS WHICH MAY BE USED IF NEEDED**

| DATE | DESCRIPTION | |
|---|---|---|
| *** | Hand-written dolphin survey prepared by Frank Dennis (Dennis Depo. Ex. 6.) | |
| *** | All photographs of F1 Pier or its dolphins which were exchanged among the parties during discovery as needed | |
| 02/15/96 | Memorandum from Carbullido to Bermudes re propriety of reduction in scope of work | |
| 04/08/96 | Construction contract between Black and PAG | |
| 04/18/96 | Memorandum from Bismonte of Black to Delos Santos re final quantity of piles to be repaired | |
| 05/01/96 | Letter from Bismonte to Delos Santos confirming final number of piles to be repaired | |
| 05/01/96 | Letter from Lito Gutierrez (hereinafter "Gutierrez") of Black to Delos Santos re alternative method for fender replacement | |
| 05/17/96 | Memorandum from Bismonte to Winzler & Kelly re structural design data and calculation for alternate pile repair | |
| 05/21/96 | Memorandum from Winzler & Kelly to Bismonte re structural calculation data | |
| 05/22/96 | Memorandum from Butch Arce (hereinafter "Arce") of EMPSCO to Macario re Submittal No. 12 review | |
| 05/24/96 | Memorandum from Bismonte to Macario re transmittal of structural calculation data | |
| 05/28/96 | Transmittal from Macario to EMPSCO re structural calculation | |
| 06/17/96 | Documentation pertaining to Submittal No. 18a - Epoxy Fastening System | |
| 10/06/98 | Memorandum from Baluyut re F1 Dock: Outer Mooring Dolphin | |
| 03/22/99 | Letter from Dean to PAG General Manager re F1 Fuel Pier - Maintenance | |
| 10/01/99 | Lloyds of London Policy No. 00HV0051F | |
| 05/17/01 | PAG police report form re berthing incident damage involving vessel Eric G. Gibson | |
| 12/05/01 | E-mail from MacLeod to Dennis re various inquiries | |

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

| Date | Description |
|---|---|
| 12/21/01 | E-mail from MacLeod to Casey re Mel Junsay's concern |
| 01/03/02 | Memorandum from Dean to Casey re summary of F-1 ship utilization |
| 01/21/02 | Memorandum from Baluyut to Francisco Camacho of PAG re request for reimbursement of $114,714.64 for F1 dock repairs |
| 02/08/02 | Duenas & Associates proposal to Smithbridge for dolphin pile repair |
| 02/13/02 | Letter from Duenas to Smithbridge re dolphin pile repairs |
| 02/19/02 | Shell F-1 Pier Temporary Repair Evaluation prepared by Duenas & Associates |
| 04/16/02 | Building Permit for repair of 24 piles |
| 04/30/02 | Insurance Adjuster Consultant Agreement between PAG and Young Adjustment |
| 09/01/03 | E-mail from MacLeod to David Ledger re various issues |

Black reserves its right to include on its Exhibit List any and all exhibits which may be included on the Rule 26(a)(3)(C) disclosures of other parties. It is also anticipated that the Defendants, upon review of their respective preliminary identifications, will endeavor to submit a Defendants' Joint Exhibit List to simplify trial proceedings.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: OCTOBER 7, 2005    BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\249-BCC'S RULE 26(A)(3)(C)
ID OF DOS & EXHIBITS RE GARGRAVE V BLACK ET AL.DOC

- 4 -