1  BERMAN O'CONNOR MANN & SHKLOV
   DANIEL J. BERMAN
2  ROBERT J. O'CONNOR
   Suite 503, Bank of Guam Building
3  111 Chalan Santo Papa
   Hagåtña, Guam 96910
4  Telephone: (671) 477-2778
   Facsimile: (671) 477-4366

FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' EXHIBIT LIST FRCP RULE 26(a)(3) AND GUAM L.R. 16.7(d)(3); DECLARATION OF SERVICE<br><br>TRIAL EXHIBITS |

A. EMPSCO Engineering Documentation Report (bate stamp 0071 – 0216, 146 pages). (Includes Candac Report.)

B. Candac Report.

C. Specifications for Repairs and Upgrading to Foxtrot "F-1" Pier.

D. EMPSCO Design Calculations (bate stamp 001 – 0069).

E. PAG/Macario Consultant Agreement (January 4, 1995).

F. Amendment to Construction Management Consultant Agreement Between PAG and N.C. Macario & Associates, Inc. (April 22, 1996).

G. EMPSCO/PAG Agreement (December 28, 1995) with attached Scope of Work and Fee Breakdown.

-1-
Case 1:03-cv-00009   Document 239   Filed 10/07/2005   Page 1 of 5
ORIGINAL

| | |
|---|---|
| H. | Black/PAG Contract. |
| I. | EMPSCO Proposed Fee Breakdown (bate stamp 0590 – 0593). |
| J. | EMPSCO Fee Breakdown (Negotiated) (bate stamp 0545 – 0547). |
| K. | OCEL Report of December 19, 2001. |
| L. | OCEP Report of December 21, 2001. |
| M. | OCEL Report of January 3, 2002. |
| N. | OCEL Report of October 1, 2002. |
| O. | OCEL Report of October 1, 2002. |
| P. | OCEL Report of October 9, 2002. |
| Q. | Proposal "B" Documents: |
| | Q-1. March 15, 1996 Black letter to PAG; |
| | Q-2. Pile Buck Attachment; |
| | Q-3. Carbullido Memo of March 20, 1996 on Proposal "B"; |
| | Q-4. PAG March 26, 1996 Memo to Black on Proposal "B"; |
| | Q-5. EMPSCO March 20, 1996 Proposal "B" memo to PAG. |
| R. | Malou M. Baluyut Memo on F-1 Inspection to Doug Dean dated August 24, 1995. |
| S. | Anchor-It Approval Documents #18a: |
| | S-1. May 20, 1996 Transmittal Form; |
| | S-2. May 24, 1996 EMPSCO comments on 18a; |
| | S-3. May 28, 1996 Macario letter of transmittal; |
| | S-4. June 6, 1996 Black to Macario memo on 18c with Anchor-It brochure attachment. |
| T. | VE-1 Approval Documents #12: |
| | T-1. May 17, 1996 Black to W&K memo; |
| | T-2. May 21, 1996 W&K to Black memo; |
| | T-3. May 22, 1996 EMPSCO "Approval Letter" with comments; |
| | T-4. May 22, 1996 Macario transmission; |
| | T-5. May 24, 1996 Black letter on #12 to Macario. |

U.  W&K Purchase Orders to Black.

 U-1. April 15, 1996 Purchase Order # 66184 $2,875.00.

 U-2. July 26, 1996 Purchase Order # 66654 $1,500.00.

 U-3. November 6, 1996 Purchase Order # 67341 $642.00.

 U-4. December 17, 1996 Purchase Order # 67369 $420.00.

 U-5. May 12, 1997 Purchase Order # 67946 $2,670.00.

 U-6. May 20, 1997 Purchase Order # 67956 $2,920.00.

V. Redi-Chem brochures.

W. Anchor-It brochures.

X. Macario's Submittal Register.

Y. Macario's Change Order Register.

Z. Macario's Proposed Change Register (11 items).

AA. Winzler & Kelly Memo to Black of March 6, 1996 with March 21, 1996 response handwritten on it.

BB. Black memo to Macario dated May 21, 1996 (2 pages).

CC. Dock Utilization Report (F-1) for 1993, 1994 and 1995 (3 pages).

DD. Winzler & Kelly Pier F-1 File Repairs Job No. 95423501 <u>Calculation Index</u>.

EE. Macario Observation Report of January 23, 1997.

FF. Macario Observation Report of January 24, 1997.

GG. Macario Observation Report of January 27, 1997.

HH. Ship Incident and Ship Docking Logs.

II. Overview Drawing of F-1.

JJ. Sample Epoxy Capsule.

KK. Sample bolts.

LL. Sample bolt hole (plexiglass).

MM. Macario Construction Status Report. (BS 270, 271).

NN. Webb Hayes Report.

OO. Original Complaint in this action.

| | |
|---|---|
| 1 | PP. Proposed Design VE-1. |
| 2 | QQ. Winzler & Kelly Consulting Engineers Shell Structural Calculations. |
| 3 | RR. Construction Observation Report of December 26, 1996. |
| 4 | SS. Photos of Dolphins. |
| 5 | TT. PAG Counterproposal to EMPSCO on Fees. |
| 6 | UU. Epoxy gun. |
| 7 | VV. AUGUST 16, 1999 Shell letter to Structural Tech. |
| 8 | WW. June 21, 1999 Shell letter to PAG. |
| 9 | XX. August 3, 2000 Shell letter to PAG. |
| 10 | YY. December 28, 1995 Shell letter to PAG. |

Dated this 7th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
   Winzler & Kelly Consulting Engineers

By: _____
    DANIEL J. BERMAN

# DECLARATION OF SERVICE

I, THOMAS ANDERSON, hereby declare under penalty of perjury of the laws of the Unites States, that on the 7th day of October, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS EXHIBIT LIST FRCP RULE 26(a)(3) AND GUAM L.R. 16.7(d)(3); DECLARATION OF SERVICE** upon Plaintiff and Defendants Counsel of record as follows:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
    Engineering, Management & Planning Services Corporation

Dated this 7th day of October, 2005.

*/s/ Thomas Anderson*
THOMAS ANDERSON

2003-08-051001-PL-ExhibitList.doc