LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP5
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation



FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | ) | |
| v. | ) | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | ) | **EMPSCO'S EXHIBIT LIST** |
| Defendants. | ) | |

| **EXHIBIT** | **DOCUMENT** | **DATE** |
|---|---|---|
| A | Fee Breakdown (Negotiated) (prior to agreement of 12/28/1995) of the Repairs and Upgrading of "F-1" Shell Pier Apra Harbor, Guam................. | - |
| B | Scope of Work PAG Contract No. __ A-E Services for Design and Upgrade Existing F-1 Fuel Pier (Shell Pier); Submittal Schedule; Fee breakdown............ | - |
| C | Report On Damaged Structures F1 Facility Guam For Shell Guam, Inc. by Candac Limited.........................08/1993 | |
| D | Pedro A. Leon Guerrero (PAG) letter to Anita A. Sukola re Consultant Agreement/Construction Management Contract between PAG/N.C. Macario & Associates, Inc (dated 01/04/1995)..............................12/15/1994 | |

ORIGINAL

| EXHIBIT | DOCUMENT | DATE |
|---|---|---|
| E | Lifetech's Conceptual Repair Scheme & Construction Sequence - Phase 1 Drawing | 02/24/1995 |
| F | Lifetech's Conceptual Repair Scheme & Construction Sequence - Phase 2 Drawing | 02/24/1995 |
| G | Lifetech's Conceptual Repair Scheme & Construction Sequence - Phase 3A Drawing | 02/24/1995 |
| H | Lifetech's Conceptual Repair Scheme & Construction Sequence - Phase 3B Drawing | 02/24/1995 |
| I | Lifetech's Ship Fender Diagram Drawing | 02/24/1995 |
| J | Memorandum (Draft) from Marilou M. Baluyut (MOE/1) to Doug Dean (MOG) (dated 8/24/1995) re F-1 Dock inspection of 8/22/1995 | 08/24/1995 |
| K | Port Authority of Guam letter to Roland S. Miller, P.E. of W&K re committee reviewed proposals, 3 consultants selected | 10/17/1995 |
| L | EMPSCO'S fee breakdown (negotiated) (with changes) | 11/20/1995 |
| M | EMPSCO's letter to Eulogio Bermudes (PAG) re fee proposal reduced from $296,864 to $160,000 | 11/28/1995 |
| N | EMPSCO's Engineering Documentation Report | 11/28/1995 |
| O | PAG letter to EMPSCO re notice to proceed, fee proposal of $160,000 accepted | 12/01/1995 |
| P | EMPSCO's Design Calculations | 12/03/1995 |

S.J. Gargrave Syndicate At Lloyds v. Black Construction, et. al. CV03-00009
EMPSCO'S EXHIBIT LIST
Page 2 of 7
Case 1:03-cv-00009   Document 242   Filed 10/07/2005   Page 2 of 7

| EXHIBIT | DOCUMENT | DATE |
|---|---|---|
| Q | EMPSCO's memo to Bridgestone re photos of existing fenders | 12/08/1995 |
| R | EMPSCO letter to Shell Guam re received set of drwgs of W&K | 12/12/1995 |
| S | EMPSCO fax transmittal to Shell Guam Inc. re minutes of meeting of 12/11/1995 | 12/14/1995 |
| T | Engineering Resources International (ERI) fax transmittal to EMPSCO re basis of design- cathodic protection dated 12/22/1995 | 12/14/1995 |
| U | EMPSCO memorandum to Boomer & Associates re request for information on "polymer pile encapsulation" | 12/15/1995 |
| V | PAG letter to Shell Guam Inc. re provide PAG written statement Shell to pay W&K's services | 12/15/1995 |
| W | Master Builders, Inc. fax transmittal to EMPSCO re MBI is developer of polymer pile encapsulation; will forward all info | 12/17/"1996"(1995?) |
| X | EMPSCO's letter to E. Bermudes (PAG) re engineering contract docs @ 65% progress submittal | 12/21/1995 |
| Y | Agreement Between Port Authority of Guam and EMPSCO - Engineering Consultants; Scope of Work | 12/28/1995 |
| Z | EMPSCO Specifications | 01/1996 |
| AA | EMPSCO ltr transmittal to PAG 100% submittal; EMPSCO memo to PAG re response to PAG review comments 65% submittal dated 12/29/1995 | 01/10/1996 |
| BB | EMPSCO letter to Bermudes (PAG) re encapsulation sys; scope of work; reduce contract cost | 02/16/1996 |

S.J. Gargrave Syndicate At Lloyds v. Black Construction, et. al. CV03-00009
EMPSCO'S EXHIBIT LIST

Page 3 of 7

Case 1:03-cv-00009   Document 242   Filed 10/07/2005   Page 3 of 7

| | EXHIBIT | DOCUMENT | DATE |
|---|---|---|---|
| 1 | | | |
| 2 | CC | Black's letter to PAG re not accept deletion of encapsulation @ unit cost | 03/11/1996 |
| 4 | DD | Black's letter to PAG re submittal of Proposals A and B; Madcom subcontract quotation | 03/15/1996 |
| 6 | EE | EMPSCO's letter to Bermudes re BCC's proposal-implement Proposal B; EMPSCO's recommends BCC's contract-$1,407,682 w/conditions | 03/20/1996 |
| 9 | FF | Construction Contract between PAG and Black Construction Corporation | 04/08/1996 |
| 11 | GG | Amendment To Construction Management Consultant Agreement Between The Port Authority of Guam and N.C. Macario & Associates, Inc. | 04/22/1996 |
| 14 | HH | Black Construction's fax transmittal to SFO E.E. Black re 6016 RPR U/6 Foxtrot F-1 item A-51 adhesive anchor | 04/29/1996 |
| 17 | II | Progress Meeting No. 3 minutes | 05/15/1996 |
| 18 | JJ | Black Construction's Purchase Order #SC-30852 to Concrete Tie re adhesive anchors | 05/16/1996 |
| 20 | KK | Rod F. Bismonte's (BCC) letter to NC Macario & Associates re Submittal No. 18 slip ring pile; BCC's transmittal to PAG (5/17/96); and Bruce Swanney (W&K) memo to Bismonte re Pier F-1: Alternate (5/13/1996) | 05/17/1996 |
| 24 | /// | | |
| 25 | /// | | |
| 26 | /// | | |

S.J. Gargrave Syndicate At Lloyds v. Black Construction, et. al. CV03-00009
EMPSCO'S EXHIBIT LIST

**Page 4 of 7**

Case 1:03-cv-00009   Document 242   Filed 10/07/2005   Page 4 of 7

| EXHIBIT | DOCUMENT | DATE |
|---|---|---|
| LL | 18-A Approval (Anchor-It): NC Macario's ltr transmittal to BCC re epoxy bolts (5/28/1996); EMPSCO's memo to N.C. Macario re Sub No. 18a-epoxy bolts (5/24/1996); Bismonte's transmittal form to PAG (5/20/1996); Bismonte's ltr to NC Macario (6/6/1996); Anchor-it epoxy sys product descrip.; EMPSCO's memo to NC Macario (6/13/1996) re suppl data for Sub #18-a | 05/20/1996 |
| MM | EMPSCO's memo to N.C. Macario & Associates attn: Manuelito Golez re Submittals 12c and No. 18 | 05/22/1996 |
| NN | EMPSCO's memo to N.C. Macario re review Sub 12 comments; BCC's transmittal to PAG re Section 02368 - steel pile repair proposal (4/19/1996) | 05/22/1996 |
| OO | BCC letter to N.C. Macario & Associates re Subs 12 & 12c existing steel pile repairs | 05/24/1996 |
| PP | EMPSCO's memo to N.C. Macario & Associates re Subs #12 and 12c suppl info | 05/28/1996 |
| QQ | N.C. Macario & Associates ltr transmittal to Black re suppl info for Subs #12 & 12c | 05/29/1996 |
| RR | BCC's memo to N.C. Macario & Associates re updated submittal status report | 06/11/1996 |
| SS | Second Amendment To Construction Management Consultant Agreement Between The Port Authority of Guam and Macario & Associates, Inc. | 06/12/1996 |
| TT | NC Macario ltr transmittal to BCC re Subs #12b and #18a; (BCC's P.O. SC-30852 Rev.1 to Concrete Tie (8/29/1996) | 06/17/1996 |

S.J. Gargrave Syndicate At Lloyds v. Black Construction, et. al. CV03-00009
EMPSCO'S EXHIBIT LIST

Page 5 of 7

Case 1:03-cv-00009   Document 242   Filed 10/07/2005   Page 5 of 7

| EXHIBIT | DOCUMENT | DATE |
|---|---|---|
| UU | E.E. Black, Ltd. memo to Concrete Tie re furnish set of adhesive & bolt; BCC's PO SC-30852 to Concrete Tie; BCC order list | 07/10/1996 |
| VV | BCC's ltr to NC Macario re drwgs for non-typical cases of pile top plates; W&K fax memo to BCC re pile top plates conformance (7/31/1996); drwgs | 08/05/1996 |
| WW | Supplemental Agreement To Construction Contract between PAG and Black Construction Corporation with W&K's drwgs on proposed pile repair | 08/12/1996 |
| XX | Contractor Production Report by BCC | 09/30/1996 |
| YY | N.C. Macario Construction Observation Report | 12/27/1996 |
| ZZ | Pre-Final Inspection Report (sign sheet) | 02/17/1997 |
| AAA | NC Macario ltr transmittal to PAG re As-built drwgs; as-built Record of Materials; as-built photographs of underwater repairs | 07/16/1997 |
| BBB | Structural Technologies, Inc. letter to Shell Guam, Inc. re proposal for repairs to existing steel piles to Dolphin A, F-1 pier | 03/16/1999 |
| CCC | Lloyd's Policy | 10/29/1999 |
| DDD | Macleod Claims Management Ltd Report Number 3 on Earthquake damage claim | 03/15/2002 |
| EEE | Forrest Booth's letter to Insurers at Interest re assured: PAG | 07/03/2002 |
| FFF | Booth's memo to Peter MacLeod-Office re subrogation | 11/13/2002 |

S.J. Gargrave Syndicate At Lloyds v. Black Construction, et. al. CV03-00009
EMPSCO'S EXHIBIT LIST
Page 6 of 7

Case 1:03-cv-00009   Document 242   Filed 10/07/2005   Page 6 of 7

| | EXHIBIT | DOCUMENT | DATE |
|---|---|---|---|
| 1 | | | |
| 2 | GGG | PAG letter to EMPSCO re clarification on contract between firm and PAG | 03/12/2004 |
| 4 | HHH | Plaintiff's Response to Defendant Engineering Management & Planning Services Corporation's First Set of Interrogatories; Declaration of Service | 04/29/2004 |
| 7 | III | Cash & Associates letter to Forrest Booth re results of investigation of structural damage report | 05/12/2004 |
| 9 | JJJ | Ben C. Gerwick, Inc. letter to Robert O'Connor re qualifications of Webb W. Hayes and Ted W. Trenkwalder; evaluation report | 07/14/2004 |
| 12 | KKK | ProMarine Technology Expert Witness Report | 07/15/2004 |
| 14 | LLL | Robert J. O'Connor letter to attorneys re Winzler & Kelly Amended Report of Hayes and Trenkwalder | 11/04/2004 |
| 16 | MMM | Plaintiff's Response to EMPSCO's First Request for Production of Documents; Declaration of Service | 11/18/2004 |

Dated this 7th day of October, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant
EMPSCO

S.J. Gargrave Syndicate At Lloyds v. Black Construction, et. al. CV03-00009
EMPSCO'S EXHIBIT LIST

Page 7 of 7

Case 1:03-cv-00009   Document 242   Filed 10/07/2005   Page 7 of 7