```
                                                    FILED
LAW OFFICES                                    DISTRICT COURT OF GUAM
TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation      OCT - 7 2005
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402                MARY L.M. MORAN
Hagåtña, Guam 96910                             CLERK OF COURT
Telephone: (671) 472-1539
Fax: (671) 472-4526
```

7ZP9
Attorney *for* Defendant Engineering, Management
       & Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On October 7, 2005, I caused to be hand-delivered true and correct copies of the following documents: EMPSCO'S EXHIBIT LIST and EMPSCO'S DESIGNATION OF DEPOSITION EXCERPTS FOR USE AT TRIAL, to the following:

DAVID P. LEDGER, ESQ.          THOMAS C. STERLING, ESQ.
CARLSMITH BALL LLP             KLEMM BLAIR STERLING & JOHNSON
BOH Bldg., Suite 401           Pacific News Bldg., Suite 1008
134 West Soledad Avenue        238 Archbishop Flores Street
Hagatna, Guam 96910            Hagatna, Guam 96910

ROBERT J. O'CONNOR
DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg., Suite 503
111 Chalan Santo Papa, Hagatna, Guam 96910

Dated this ___7th___ day of October, 2005.

_____
Dorothea Quichocho

ORIGINAL
Case 1:03-cv-00009   Document 244   Filed 10/07/2005   Page 1 of 1