ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF EDWARD WILLIAMSON TO BE READ AT TRIAL; DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS (hereinafter "Plaintiff") submits the following deposition testimony of Edward Williamson which Plaintiff intends to read into the record at the trial in this matter, as follows:

Page 5, lines 11-20;

Page 7, line 6 to Page 8, line 18;

Page 24, line 3 to Page 25, line 16;

Page 29, line 20 to Page 33, line 24;

Page 34, line 23 to Page 38, line 2;

Page 41, line 1 to Page 42, line 3;

Page 44, line 17 to Page 45, line 4;

Page 46, line 4 to Page 47, line 11;

Page 50, line 15 to Page 54, line 17

Page 56, line 10 to Page 58, line 11;

Page 64, line 20 to Page 65, line 16;

Page 67, line 7 to Page 68, line 23;

Page 74, line 9 to Page 80, line 3;

Page 80, line 14 to Page 81, line 6;

Page 83, line 6 to Page 84, line 13;

Page 115, line 19 to Page 116, line 8;

Page 119, line 7 to Page 121, line 2;

Page 140, line 22 to Page 142, line 20;

Page 144, line 4 to Page 147, line 20;

Page 166, lines 3-17.

DATED: Hagåtña, Guam, October 7, 2005.

CARLSMITH BALL LLP

*/s/ signature*
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Stephen C. Smith, hereby declare under penalty of perjury of the laws of the United States, that on October 7, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF EDWARD WILLIAMSON TO BE READ AT TRIAL; DECLARATION OF SERVICE** upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and

>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 7th day of October 2005 at Hagåtña, Guam.

_____
STEPHEN C. SMITH