·ORIGINAL ●



FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S WITNESS LIST; DECLARATION OF SERVICE** |

COMES NOW Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS (hereinafter "Plaintiff"), through its attorney of record, and hereby submits its witness list as follows:

4816-7955-5328.1.055639-00001

1. Joe Sablan, 437B Santa Cruz Drive, Chalan Pago, Guam 96910; Tel: (671) 477-0540.

Mr. Sablan is a former employee of Shell-Guam, and may testify regarding inspections, use of, value and role of, and earthquake damage to the F-1 Pier, and related matters.

2. Captain Jurgen Unterberg, Ph.D., Oceaneer Enterprises Inc., 1026 Cabras Highway, Suite 113, Piti, Guam 96915; Tel: (671) 477-9490.

Captain Unterberg is a mechanical engineer and marine surveyor who may testify regarding the role of, inspections of, use of, earthquake damage to and surveys of the F-1 Pier, the docking and handling of ships, and related matters.

3. Peter MacLeod, MacLeod Claims Management Ltd., P.O. Box 36162, Merivale, Christchurch, New Zealand; Tel: (643) 356-1098.

Peter MacLeod is an insurance adjuster from New Zealand. He may testify regarding earthquake damage to the F-1 Pier, repairs thereof, compromise and payment of the insurance claim to the Port Authority of Guam by Plaintiff, the negotiation of said compromise of the claim, extra expenses, the assignments by the Port to Plaintiff, and related matters.

4. Frank Dennis, P.O. Box 80, Twizel 8773, South Canterbury, New Zealand; Tel: (643) 438-9426.

Mr. Dennis is a structural engineer from New Zealand; he may testify regarding earthquake damage to the F-1 Pier, computer modeling of the earthquake and damage, repairs to the Pier, and related matters.

5. Anne-Marie Muna, AM Insurance, P.O. Box 2797, Hagåtña, Guam; Tel: (671) 477-2632.

Ms. Muna is the Port Authority of Guam's insurance broker. She may testify regarding claims negotiation between the Port's adjuster and the insurers' adjuster, payment of the claim, assignment of certain claims to Plaintiff, and related matters.

6. Ben Casey, Williams Casey Civil LLC, 8000 Research Forest Drive, The Woodlands, Texas; Tel: (281) 419-8272.

Mr. Casey is a structural engineer and construction company president; he may testify regarding earthquake damage to the F-1 Pier, repairs thereto, and related matters.

7. Edward Williamson, Young Adjustment Co., 437 Chestnut Street, Philadelphia, Pennsylvania 19106; Tel: (215) 925-6732.

Mr. Williamson is a CPA and insurance adjuster; he may testify regarding earthquake damage to the F-1 Pier, negotiating the claims settlement on behalf of the Port with the insurers' adjuster, the items and amounts paid by the insurers, and related matters.

8. Bruce Swanney, 4202 E. Wilshire Drive, Phoenix, Arizona 85008; Tel: Unknown.

Mr. Swanney is a structural engineer; he may testify regarding Defendant Winzler & Kelly's design for repairs to the F-1 Pier, supervision of the work of Black Construction Company and related matters.

9. Perfecto Jose, Dick Pacific Co., P.O. Box 23068, GMF Barrigada, Guam 96921; Tel: (671) 647-5500.

Mr. Jose is a former senior vice president of Black Construction Company; he may testify regarding the work Black did in repairing the damage from the 1993 earthquake to the F-1 Pier, the roles of various parties in the repair work, how Black performed its work in repairing the F-1 Pier, and related matters.

10. Edgar Jabinigay, Cabras Marine, 1026 Cabras Highway, Suite 114, Piti, Guam 96915; Tel: (671) 477-1818.

Mr. Jabinigay is a licensed harbor pilot and tugboat captain in Guam; he may testify concerning earthquake damage to the F-1 Pier, the docking of ships at the F-1 Pier, the ease of handling and berthing ships in Apra Harbor, and related matters.

11. Stan Hall, Cabras Marine, 1026 Cabras Highway, Suite 114, Piti, Guam 96915; Tel: (671) 477-1818.

Mr. Hall is a licensed harbor pilot and tugboat captain in Guam; he may testify concerning earthquake damage to the F-1 Pier, the docking of ships at the F-1 Pier, the ease of handling and berthing ships in Apra Harbor, and related matters.

12. Simeon de los Santos, Port Authority of Guam, 1026 Cabras Highway, Suite 201, Piti, Guam 96925; Tel: (671) 477-5931.

Mr. de los Santos is an employee of the Port Authority of Guam. He may testify concerning earthquake damage to the F-1 Pier, inspections, the value and role of, and repairs to the F-1 Pier, the roles played by various parties in the design and implementation of the Pier repair, payment of the claim from Plaintiff to the Port, assignment of certain claims to Plaintiff, and related matters.

13. Rod Bismonte, Black Construction Corporation, P.O. Box 24667, GMF, Guam 96921; Tel: (671) 646-4861.

Mr. Bismonte is an employee of Black Construction Corporation, and may testify regarding the earthquake damage to, and repairs to, the F-1 Pier, role of various parties in the design and implementation of the repairs, and related matters.

14. Nemencio C. Macario, N.C. Macario Associates, Inc., 1270 N. Marine Drive, Suite 201, Tamuning, Guam 96911; Tel: (671) 646-0901.

Mr. Macario is a construction supervisor and may testify regarding the repairs to the earthquake damage to the F-1 Pier, and the role of various parties in the design of, supervision of and implementation of the repairs to the Pier, and related matters.

15. Butch Arce, Engineering, Management & Planning Services Corporation ("EMPSCO"), Julale Shopping Center, Suite 245, Agana, Guam 96910; Tel: (671) 477-5716.

Mr. Arce is president of EMPSCO and may testify concerning earthquake damage to the F-1 Pier, the docking of ships at the F-1 Pier, the role of the various parties in the design and implementation of the repairs to the Pier, the relationship among the parties during the project, and related matters.

16. Joselito Gutierrez, Black Construction Corporation, P.O. Box 24667, GMF, Guam 96921; Tel: (671) 646-4861.

Mr. Gutierrez is the General Superintendent of Black Construction Corporation, and may testify concerning earthquake damage to the F-1 Pier, how the repairs thereto were implemented, the relationship among the parties during the project, and related matters.

17. Malou M. Baluyut, Shell Guam Inc., 643 Chalan San Antonio #100, Tamuning, Guam 96911; Tel: (671) 647-0000.

Ms. Baluyut is an engineer employed by Shell Guam Inc. She may testify regarding inspections, use of, value and role of, and earthquake damage to the F-1 Pier, and related matters.

18. Elliott H. Boone, Cash & Associates, 5772 Bolsa Avenue, Suite 100, Huntington Beach, CA 92649; Tel: (714) 895-2072.

Mr. Boone is a licensed structural engineer; he may testify regarding earthquake damage to the F-1 Pier, proper repair methods, proper construction techniques, structural engineering, the standard of care of contractors, building code compliance, earthquake resistance, the effect of earthquakes on marine structures, the standard of care of structural engineers, fendering systems, the respective roles of the parties involved in the repair of the Shell F-1 Pier in the period 1995-96, and related matters.

19. Leonard Dedicataria, 217 Calamendo Lane, Dededo, Guam 96929; Tel: (671) 632-9269.

Mr. DeDicataria is a former employee of Black Construction Corporation. He supervised the installation of the pile cap system, and supervised the installation of the epoxy system to the bolts. He will testify about the steps Black took to install the bolts.

20. All witnesses deposed by any party.

21. Witnesses listed by any Defendant.

22. Witnesses identified during the course of further discovery.

23. Witnesses necessary to authenticate or to provide foundation for documents.

24. Any necessary rebuttal witnesses.

Executed this 10th day of October, 2005 at Hagåtña, Guam.

CARLSMITH BALL LLP

_/s/_ *for*

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, J.Patrick Mason, hereby declare under penalty of perjury of the laws of the United States, that on October 11, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S WITNESS LIST** upon Defendants Counsel of record as follows:

        Robert J. O'Connor, Esq.
        Daniel J. Berman, Esq.
        Berman O'Connor Mann & Shklov
        Suite 503, Bank of Guam Building
        111 Chalan Santo Papa
        Hagåtña, Guam 96910

        Thomas C. Sterling, Esq.
        Klemm Blair Sterling & Johnson, P.C.
        Suite 1008, Pacific News Building
        238 Archbishop Flores Street
        Hagåtña, Guam 96910

and       Thomas M. Tarpley, Esq.
        Law Offices of Tarpley & Moroni, LLP
        Suite 402, Bank of Hawaii Building
        134 West Soledad Avenue
        Hagåtña, Guam 96910

Executed this 10th day of October, 2005 at Hagåtña, Guam.

_____
J.PATRICK MASON

SANFRAN1\33713\1 123206.000