· ORIGINAL ●

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF BRUCE SWANNEY TO BE READ AT TRIAL; DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS (hereinafter "Plaintiff") submits the following deposition testimony of Bruce Swanney which Plaintiff intends to read into the record at the trial in this matter, as follows. The original transcript will be marked and lodged with the Court at the appropriate deadline.

Page 9, lines 16-18;

Page 10, lines 1-5;

Page 11, lines 5-11;

Page 13, lines 5-14;

Page 24, line 9 to Page 25, line 6;

Page 28, lines 5-15;

Page 36, lines 2-14;

Page 37, line 3 to Page 38, line 13;

Page 38, line 19 to Page 39, line 25;

Page 42, line 9 to Page 43, line 1;

Page 43, line 21 to Page 44, line 20;

Page 44, line 23 to Page 45, line 11;

Page 48, line 14 to Page 49, line 8;

Page 50, lines 5-18;

Page 53, lines 1-12;

Page 54, lines 22-25;

Page 58, lines 3-22;

Page 72, line 22 to Page 73, line 5;

Page 73, line 22 to Page 74, line 25;

Page 75, line 16 to Page 76, line 20;

Page 77, lines 3-24;

Page 78, line 19 to Page 81, line 15;

Page 82, line 2 to Page 83, line 9;

Page 84, line 23 to Page 85, line 16;

Page 91, line 18 to Page 92, line 12;

Page 105, line 7 to Page 106, line 6;

Page 106, line 15 to Page 107, line 6;

Page 107, line 19 to Page 108, line 12;

Page 108, line 19 to Page 109, line 25;

Page 110, line 11 to Page 111, line 8;

Page 113, lines 16-19;

Page 115, lines 3-18;

Page 115, line 25 to Page 118, line 3;

Page 118, line 24 to Page 119, line 11;

Page 123, lines 7-10;

Page 123, lines 16-18;

Page 127, line 3 to Page 129, line 19;

Page 130, lines 10-19;

Page 132, line 4 to Page 133, line 25;

Page 137, line 25 to Page 138, line 19;

Page 141, line 12 to Page 142, line 6;

Page 143, line 7 to Page 144, line 6;

Page 147, lines 22-24;

Page 148, lines 5-22;

Page 154, lines 1-12;

Page 163, lines 7-18.

DATED: Hagåtña, Guam, October 10, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

# DECLARATION OF SERVICE

I, J.Patrick Mason, hereby declare under penalty of perjury of the laws of the United States, that on October 11, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF BRUCE SWANNEY TO BE READ AT TRIAL** upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 10th day of October, 2005 at Hagåtña, Guam.

_____
J.PATRICK MASON

SANFRAN1\34578\1 123206.000