ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 1 1 2005
MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF BEN CASEY TO BE READ AT TRIAL; DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS (hereinafter "Plaintiff") submits the following deposition testimony of Ben Casey which Plaintiff intends to read into the record at the trial in this matter, as follows. The original transcript will be marked and lodged with the Court at the appropriate deadline.


Page 7, line 8 to Page 9, line 5;

Page 10, line 23 to Page 12, line 11;

Page 14, line 15 to Page 15, line 7;

Page 16, line 14 to Page 18, line 5;

Page 19, line 6 to Page 25, line 2;

Page 36, line 11 to Page 40, line 7;

Page 43, line 20 to Page 44, line 5;

Page 44, line 23 to Page 46, line 4;

Page 50, line 24 to Page 51, line 18;

Page 52, line 9 to Page 53, line 13;

Page 61, line 5 to Page 62, line 13;

Page 66, line 16 to Page 68, line 7;

Page 68, line 21 to Page 69, line 17;

Page 70, line 4 to Page 73, line 6;

Page 76, lines 13-21;

Page 80, line 15 to Page 82, line 17;

Page 87, line 12 to Page 89, line 14;

Page 90, lines 1-19;

Page 91, lines 1-22;

Page 93, line 17 to Page 94, line 10;

Page 94, line 22 to Page 95, line 18;

Page 132, line 11 to Page 133, line 3;

Page 137, line 6 to Page 138, line 1;

Page 138, line 23 to Page 141, line 4;

Page 152, line 24 to Page 153, line 20.

DATED: Hagåtña, Guam, October 10, 2005.

CARLSMITH BALL LLP

*[signature]*

for DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, J.Patrick Mason, hereby declare under penalty of perjury of the laws of the United States, that on October 11, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF BEN CASEY TO BE READ AT TRIAL** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 10th day of October, 2005 at Hagåtña, Guam.

_J.PATRICK MASON_

SANFRAN1\34139\1 123206.000