| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BERMAN O'CONNOR MANN & SHKLOV<br>DANIEL J. BERMAN<br>ROBERT J. O'CONNOR<br>Suite 503, Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910<br>Telephone: (671) 477-2778<br>Facsimile: (671) 477-4366<br><br>Attorneys for Defendant<br>Winzler & Kelly Consulting Engineers |

**FILED**
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' SUPPLEMENTAL EXHIBIT LIST FRCP RULE 26(a)(3) AND GUAM L.R. 16.7(d)(3);<br>DECLARATION OF SERVICE<br><br>TRIAL EXHIBITS |

Defendant Winzler & Kelly Consulting Engineers hereby supplements its list of trial exhibits as follows:

ZZ.　"Recommended Lateral Force Requirements and Commentary" (6th ed. 1996), Seismology Committee, Structural Engineers Association of California.

AAA.　September 28, 1995 Letter from Shell Guam, Inc., to Port Authority of Guam.

-1-
Case 1:03-cv-00009   Document 254   Filed 10/11/2005   Page 1 of 3

Dated this 11th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: *[signature]*
DANIEL J. BERMAN

# DECLARATION OF SERVICE

I, Thomas Anderson, hereby declare under penalty of perjury of the laws of the Unites States, that on the 11th day of October, 2005, I will cause to be served, via Hand Delivery, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS SUPPLEMENTAL EXHIBIT LIST FRCP RULE 26(a)(3) AND GUAM L.R. 16.7(d)(3); DECLARATION OF SERVICE** upon Plaintiff and Defendants Counsel of record as follows:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
Engineering, Management & Planning Services Corporation

Dated this 11 day of October, 2005.

_____
THOMAS ANDERSON

2003-08-051011-PL-SuppExhibitList.doc