LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP15
Attorney for Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On October 11, 2005, I caused to be email and mailed in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon a true and correct copy of EMPSCO'S TRIAL BRIEF, to the following:

THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
Pacific News Bldg., Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910

ROBERT J. O'CONNOR
DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg., Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910

Dated this 11th day of October, 2005.

_____
Dorothea Quichocho

ORIGINAL