KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for   *Defendant Black Construction Corporation*

**FILED**

DISTRICT COURT OF GUAM

OCT 1 2 2005 nb

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br> **AMENDED JOINT WITNESS LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY AND ENGINEERING MANAGEMENT AND PLANNING SERVICES CORPORATION** |

**COME NOW** the above-named Defendants and file their Amended Joint Witness List designating the following witnesses who may be called by the Defendants at trial of this matter. This Amended Joint Witness List is exactly the same as the prior Joint Witness List filed herein on October 7, 2005 but an amended list is being filed inasmuch as Mr. Berman did not sign the prior list.

1.    Perfecto Jose;
2.    Lito Gutierrez;
3.    Lito Tabilas;
4.    Rod Bismonte;
5.    Nemencio Macario;
6.    Jurgen Unterberg;
7.    Simeon Delos Santos;

ORIGINAL

8.  Butch Arce;

9.  Ernesto A. Capulong, Jr.;

10. Petronillo Q. Villaluz;

11. Winzler & Kelly, through Steven Cox;

12. Albert Tsutsui;

13. Webb Hayes;

14. Dean Gillham;

15. Kenneth Collard;

16. Ben Casey (by deposition);

17. Frank Dennis (by deposition);

18. Bruce Swanney (by deposition);

19. Edgar Jabingay;

20. Andy Smith;

21. Marilou Baluyut;

22. Benny Quintanilla;

23. Jess Acfalle;

24. Roque Santos;

25. Mike Aflague;

26. Stan Hall;

27. Darrell Dela Paz;

28. Such rebuttal witnesses as may be required; and

29. Any witnesses listed on the Plaintiff's designation.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY:_____
**THOMAS C. STERLING**
*Attorneys for Defendant Black Construction*
*Corporation*

DATED: OCTOBER __12__, 2005

BERMAN O'CONNOR MANN & SHKLOV

BY:_____
**DANIEL J. BERMAN**
*Attorneys for Defendant Winzler & Kelly*

DATED: OCTOBER __12__, 2005

TARPLEY & MORONI, LLP

BY:_____
**THOMAS M. TARPLEY, JR.**
*Attorneys for Defendant Engineering Management*
*and Planning Services Corporation*

DATED: OCTOBER __12ᵗʰ__, 2005

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\253-AMENDED JOINT WITNESS LIST OF BCC, W&K & EMPSCO RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A Professional Corporation
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
Telephone 477-7857