**ORIGINAL** ●　　　　　●

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



**FILED**
DISTRICT COURT OF GUAM

OCT 1 4 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE<br>AT LLOYDS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BLACK CONSTRUCTION CORPORATION,<br>WINZLER & KELLY, and ENGINEERING<br>MANAGEMENT & PLANNING SERVICES<br>CORPORATION,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S REQUEST FOR<br>MODIFICATION OF MAGISTRATE<br>JUDGE'S OCTOBER 7, 2005 ORDER<br>AND REPORT &<br>RECOMMENDATION TO ALLOW<br>ELLIOT BOONE'S DEPOSITION TO<br>PROCEED VIA VIDEO<br>TRANSMISSION; DECLARATION OF<br>DAVID P. LEDGER; EXHIBIT A;<br>DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS (hereinafter "Plaintiff") hereby requests that the Court consider, on shortened time, Plaintiff's request for modification of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation to allow Mr. Boone's deposition to proceed via video transmission. In that Order, the Court recommended that EMPSCO be permitted to depose Mr. Boone for four hours by October 18, 2005. EMPSCO has noticed Mr. Boone's deposition for October 17, 2005 at 1 p.m. at the offices of Tarpley & Moroni.

Due to previously arranged work commitments, Mr. Boone, who works in Huntington Beach and Oakland, California, will not be available to travel to Guam prior to November 2, 2005. *See* Ex. A. However, if allowed to testify via video link from San Francisco to Guam, Mr. Boone can be available to testify on either October 17, 2005 or October 18, 2005 in compliance with Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation. Ex. A. Plaintiff will cover the costs of Mr. Boone's video link deposition.

Plaintiff respectfully requests that the Court modify its October 7, 2005 Order and Report & Recommendation to allow the deposition to proceed via video link due to Mr. Boone's schedule conflicts. In the alternative, Plaintiff requests that should the Court require Mr. Boone to be present in Guam during his deposition, that Mr. Boone be allowed to meet his present scheduling arrangements, and that his deposition be taken after November 3, 2005, the soonest date he can travel to Guam. *See* Ex. A.

Plaintiff has contacted EMPSCO's attorney and requested that he stipulate to taking Mr. Boone's deposition on October 17, 2005 or October 18, 2005. All other counsel have also been notified of this Application. However, the parties have not reached agreement on having the deposition be conducted via video link. Plaintiff therefore requests that the Court modify its

order allowing the deposition to proceed via video link to accommodate Mr. Boone's work schedule, or to allow the deposition to be scheduled at a later date when Mr. Boone can travel to Guam to appear in person.

DATED: Hagåtña, Guam, October 14, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE<br>AT LLOYDS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BLACK CONSTRUCTION CORPORATION,<br>WINZLER & KELLY, and ENGINEERING<br>MANAGEMENT & PLANNING SERVICES<br>CORPORATION,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br><br>**DECLARATION OF<br>DAVID P. LEDGER** |

## DECLARATION OF DAVID P. LEDGER

I, DAVID LEDGER, hereby declare the following:

I am licensed to practice law in this Court.

1.　　I am the attorney for S.J. Gargrave Syndicate at Lloyd's.

2.　　Attached hereto as Exhibit A is a Declaration of Elliot Boone. The signature page is a facsimile because Mr. Boone is located in California. I will file the original signature page upon receipt from Mr. Boone.

I make this Declaration under penalty of perjury.

Executed this 14th day of October 2005 at Hagåtña, Guam.

　　　　　　　　　　　　　　　／signature／
　　　　　　　　　　　　　　　DAVID LEDGER

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF ELLIOT BOONE, S.E. IN SUPPORT OF REQUEST FOR VIDEO CONFERENCE DEPOSITION AT PLAINTIFF'S EXPENSE; DECLARATION OF SERVICE** |

I, Elliott H. Boone, declare:

1.     I am a licensed structural engineer and civil engineer in the State of

California.   I am Executive Vice President of Cash & Associates in Huntington Beach,

**EXHIBIT A**

California.

2.     I have been retained by the Plaintiff in this case to serve as an expert witness structural engineer.

3.     I have been advised of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation that my deposition be re-taken by EMPSCO in Guam by October 18, 2005. I am willing to give a 4-hour deposition by video conference from California as I cannot travel to Guam.

4.     I am unable to be in Guam prior to November 3, 2005 due to previously scheduled work commitments for my employer, Cash & Associates, and to meet time-sensitive deadlines for major projects that I am working on in my capacity as Executive Vice-President for Cash & Associates. I have already arranged my entire schedule to accommodate my being in Guam for the trial in this matter beginning on November 7, 2005.

5.     I am currently working under a time-sensitive Final Pre-Bid Submittal for the Port of Oakland, Berth 30 Expansion, which is due on October 24, 2005. I am the Project Manager and principal in charge of that project. I must have this project completed prior to October 21, 2005 as I must be in Tampa, Florida on October 21, 2005 as explained below.

6.     From October 21, 2005 to October 30, 2005, I will be in the state of Florida on my employer's behalf for a business meeting – The American Association of Port Authorities Annual Meeting, which is a major national marketing activity for Cash & Associates. This meeting is vital to my employer's business and will cause irreparable harm to my employer if I am not in attendance during those dates.

7.     Upon my return from Florida on October 30, 2005, I have other work commitments that will prevent my appearance in Guam prior to November 3, 2005.

Sworn this **13** th day of October, 2005 under penalty of perjury under the laws of the State of California and of the United States at Oakland, California.

ELLIOTT H. BOONE, S.E.

3.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on October 14, 2005, I caused to be served, via hand delivery, a true and correct copy of PLAINTIFF'S REQUEST FOR MODIFICATION OF MAGISTRATE JUDGE'S OCTOBER 7, 2005 ORDER AND REPORT & RECOMMENDATION TO ALLOW ELLIOT BOONE'S DEPOSITION TO PROCEED VIA VIDEO TRANSMISSION; DECLARATION OF DAVID P. LEDGER; EXHIBIT A upon Defendants' Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 14th day of October, 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

SANFRAN1\33972\1 123206.000