ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING PLAINTIFF'S REQUEST FOR MODIFICATION OF MAGISTRATE JUDGE'S OCTOBER 7, 2005 ORDER AND REPORT & RECOMMENDATION TO ALLOW ELLIOT BOONE'S DEPOSITION TO PROCEED VIA VIDEO TRANSMISSION; DECLARATION OF DAVID P. LEDGER [LR 7.1(K) CERTIFICATION]; DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS hereby applies to this Court for an Order Shortening Time for Hearing Plaintiff's Request for Modification of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation to allow Mr. Boone's Deposition to Proceed Via Video Transmission, filed concurrently with this ex parte Application. This Application is based upon the attached Declaration of David P. Ledger, Plaintiff's Request for Modification of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation to allow Mr. Boone's Deposition to Proceed Via Video Transmission, the Declaration of Elliot Boone, and the records and files herein.

Pursuant to Local Rule 7.1(j), Plaintiff brings this application ex parte because of the imminent deadline that the Court has set for Mr. Boone's deposition.

DATED: Hagåtña, Guam, October 14, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>DECLARATION OF DAVID P. LEDGER [LR 7.1(K) CERTIFICATION] |

## DECLARATION OF DAVID P. LEDGER

I, DAVID LEDGER, hereby declare the following:

1. I am a partner with Carlsmith Ball LLP and am counsel for Plaintiff S.J. Gargrave Syndicate at Lloyds.

2. On October 7, 2005, Magistrate Judge Manibusan issued an Order and Report & Recommendation allowing EMPSCO to depose Elliot Boone for four hours by October 18, 2005.

3. EMPSCO has noticed Mr. Boone's deposition for October 17, 2005 at 1 p.m. at the offices of Tarpley & Moroni.

4. Mr. Boone is unavailable to travel to Guam by October 18, 2005, due to previous work arrangements, as described in Mr. Boone's declaration filed concurrently herewith and attached to Plaintiffs' Request for Modification of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation.

5. In Plaintiffs' Request for Modification of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation, Plaintiff requests that the Court allow it to make Mr. Boone available for deposition on October 18 by video link transmission.

6. Counsel for Plaintiff has contacted EMPSCO's attorney and requested that he stipulate to taking Mr. Boone's deposition on October 17, 2005 or October 18, 2005, and has been notified that this Ex Parte Application would be filed absent a stipulation. All other counsel have also been notified of this Application.

7. Counsel for EMPSCO has not agreed to the video link deposition by the time of the filing of this Application and Declaration. It is unknown whether any of the parties oppose this Ex Parte Application; none have requested to be present when the Application is presented to the Court.

8. Plaintiff applies ex parte due to the impending deadline set by the Court for Mr. Boone's deposition.

I make this Declaration under penalty of perjury.

Executed this 14th day of October 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

# DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on October 14, 2005, I caused to be served, via hand delivery, a true and correct copy of PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME AND REQUEST FOR MODIFICATION OF MAGISTRATE JUDGE'S OCTOBER 7, 2005 ORDER AND REPORT & RECOMMENDATION TO ALLOW ELLIOT BOONE'S DEPOSITION TO PROCEED VIA VIDEO TRANSMISSION; DECLARATION OF DAVID P. LEDGER [LR 7.1(K) CERTIFICATION] upon Defendants' Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 14th day of October, 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

SANFRAN1\33972\1 123206.000