ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE MCDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>                Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>                Defendants. | CIVIL CASE NO. CV03-00009<br><br>**REQUEST TO FILE FACSIMILE FILING; DECLARATION OF SERVICE** |

In accordance with General Rule 5.1(a), Plaintiff S.J. Gargraves Syndicate at Lloyds hereby requests that the Court grant permission for Plaintiff to submit the attached facsimile filing, Declaration of Elliot Boone. The Declaration is in support of Plaintiff's Request for

Modification of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation to Allow Mr. Boone's Deposition to Proceed Via Video Transmission, to be filed on October 14, 2005.

Mr. Boone signed the Declaration, however, because he currently resides in California, his signature on the Declaration is a facsimile. Mr. Boone will be sending to the Guam office of Carlsmith Ball LLP an original copy of the Declaration via courier. Upon receipt of the original signature, undersigned counsel will immediately file it with the Court.

DATED: Hagåtña, Guam, October 14, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on October 14, 2005, I will cause to be served, via hand delivery, a true and correct copy of the REQUEST TO FILE FACSIMILE FILING; DECLARATION OF SERVICE upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 14th day of October 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

4837-7048-1408.1.055639-00001                                3.
Case 1:03-cv-00009    Document 262    Filed 10/14/2005    Page 3 of 6

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF ELLIOT BOONE, S.E. IN SUPPORT OF REQUEST FOR VIDEO CONFERENCE DEPOSITION AT PLAINTIFF'S EXPENSE; DECLARATION OF SERVICE** |

I, Elliott H. Boone, declare:

1. I am a licensed structural engineer and civil engineer in the State of California. I am Executive Vice President of Cash & Associates in Huntington Beach,

California.

2. I have been retained by the Plaintiff in this case to serve as an expert witness structural engineer.

3. I have been advised of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation that my deposition be re-taken by EMPSCO in Guam by October 18, 2005. I am willing to give a 4-hour deposition by video conference from California as I cannot travel to Guam.

4. I am unable to be in Guam prior to November 3, 2005 due to previously scheduled work commitments for my employer, Cash & Associates, and to meet time-sensitive deadlines for major projects that I am working on in my capacity as Executive Vice-President for Cash & Associates. I have already arranged my entire schedule to accommodate my being in Guam for the trial in this matter beginning on November 7, 2005.

5. I am currently working under a time-sensitive Final Pre-Bid Submittal for the Port of Oakland, Berth 30 Expansion, which is due on October 24, 2005. I am the Project Manager and principal in charge of that project. I must have this project completed prior to October 21, 2005 as I must be in Tampa, Florida on October 21, 2005 as explained below.

6. From October 21, 2005 to October 30, 2005, I will be in the state of Florida on my employer's behalf for a business meeting – The American Association of Port Authorities Annual Meeting, which is a major national marketing activity for Cash & Associates. This meeting is vital to my employer's business and will cause irreparable harm to my employer if I am not in attendance during those dates.

7. Upon my return from Florida on October 30, 2005, I have other work commitments that will prevent my appearance in Guam prior to November 3, 2005.

Sworn this _13_ th day of October, 2005 under penalty of perjury under the laws of the State of California and of the United States at Oakland, California.

_____
ELLIOTT H. BOONE, S.E.

3.