CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. 03-00009<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE FACSIMILE FILING** |

The Court hereby **GRANTS** Plaintiff's Request to File Facsimile Filing with regard to

the Declaration of Elliot Boone in Support of Plaintiff's Request for Modification of Magistrate

Judge Manibusan's October 7, 2005 Order and Report & Recommendation to Allow Mr.

**ORIGINAL**

Boone's Deposition to Proceed Via Video Transmission. Upon receipt of the declaration containing the original signature, the Plaintiff shall immediately file same with the Court.

**SO ORDERED**: October 17, 2005

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam