CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE FACSIMILE FILING** |

The Court hereby **GRANTS** Plaintiff's Request to File Facsimile filing with regard to the Revised Declaration of Elliott Boone in Support of Plaintiff's Request for Modification of

Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation to Allow Mr. Boone's Deposition to Proceed Via Video Transmission

**SO ORDERED**: October 18, 2005.

~~DESIGNATED JUDGE~~
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE



RECEIVED
OCT 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM