ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
OCT 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

IN THE DISTRICT COURT OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>              Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>              Defendants. | CIVIL CASE NO. CV03-00009<br><br>PLAINTIFF'S WITHDRAWAL OF (1) EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING PLAINTIFF'S REQUEST FOR MODIFICATION OF MAGISTRATE JUDGE'S OCTOBER 7, 2005 ORDER AND REPORT & RECOMMENDATION TO ALLOW ELLIOT BOONE'S DEPOSITION TO PROCEED VIA VIDEO TRANSMISSION, FILED OCTOBER 14, 2005; (2) REQUEST FOR MODIFICATION OF MAGISTRATE JUDGE'S OCTOBER 7, 2005 ORDER AND REPORT & RECOMMENDATION TO ALLOW ELLIOT BOONE'S DEPOSITION TO PROCEED VIA VIDEO TRANSMISSION, FILED OCTOBER |

17, 2005; (3) REQUEST TO FILE FACSIMILE FILING, FILED OCTOBER 14, 2005; (4) REQUEST TO FILE FACSIMILE FILING, FILED OCTOBER 17, 2005; DECLARATION OF SERVICE

Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS hereby *withdraws* its Ex Parte Application to Shorten Time for Hearing Plaintiff's Request for Modification of Magistrate Judge's October 7, 2005 Order and Report & Recommendation to Allow Elliott Boone's Deposition to Proceed Via Video Transmission and the underlying Request, both filed on October 14, 2005. Plaintiff also withdraws the Requests to File Facsimile Filing filed on October 14 and 17, 2005.

The parties have resolved the matter through a deposition conducted by Defendant Engineering Management & Planning Services Corporation of Mr. Boone on October 18, 2005, via video transmission.

DATED: Hagåtña, Guam, October 19, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on October 19, 2005, I caused to be served, via hand delivery, a true and correct copy of PLAINTIFF'S WITHDRAWAL OF (1) EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING PLAINTIFF'S REQUEST FOR MODIFICATION OF MAGISTRATE JUDGE'S OCTOBER 7, 2005 ORDER AND REPORT & RECOMMENDATION TO ALLOW ELLIOT BOONE'S DEPOSITION TO PROCEED VIA VIDEO TRANSMISSION, FILED OCTOBER 14, 2005; (2) REQUEST FOR MODIFICATION OF MAGISTRATE JUDGE'S OCTOBER 7, 2005 ORDER AND REPORT & RECOMMENDATION TO ALLOW ELLIOT BOONE'S DEPOSITION TO PROCEED VIA VIDEO TRANSMISSION, FILED OCTOBER 17, 2005; (3) REQUEST TO FILE FACSIMILE FILING, FILED OCTOBER 14, 2005; (4) REQUEST TO FILE FACSIMILE FILING, FILED OCTOBER 17, 2005 upon Defendants' Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

///

///

///

///

and                Thomas M. Tarpley, Esq.
                   Law Offices of Tarpley & Moroni, LLP
                   Suite 402, Bank of Hawaii Building
                   134 West Soledad Avenue
                   Hagåtña, Guam 96910

Executed this 19th day of October, 2005 at Hagåtña, Guam.

_____
DAVID LEDGER