ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>DECLARATION OF ELLIOT BOONE, S.E. IN SUPPORT OF REQUEST FOR VIDEO CONFERENCE DEPOSITION AT PLAINTIFF'S EXPENSE; DECLARATION OF SERVICE |

I, Elliott H. Boone, declare:

1. I am a licensed structural engineer and civil engineer in the State of California. I am Executive Vice President of Cash & Associates in Huntington Beach,

California.

2. I have been retained by the Plaintiff in this case to serve as an expert witness structural engineer.

3. I have been advised of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation that my deposition be re-taken by EMPSCO in Guam by October 18, 2005. I am willing to give a 4-hour deposition by video conference from California as I cannot travel to Guam.

4. I am unable to be in Guam prior to November 3, 2005 due to previously scheduled work commitments for my employer, Cash & Associates, and to meet time-sensitive deadlines for major projects that I am working on in my capacity as Executive Vice-President for Cash & Associates. I have already arranged my entire schedule to accommodate my being in Guam for the trial in this matter beginning on November 7, 2005.

5. I am currently working under a time-sensitive Final Pre-Bid Submittal for the Port of Oakland, Berth 30 Expansion, which is due on October 24, 2005. I am the Project Manager and principal in charge of that project. I must have this project completed prior to October 21, 2005 as I must be in Tampa, Florida on October 21, 2005 as explained below.

6. From October 21, 2005 to October 30, 2005, I will be in the state of Florida on my employer's behalf for a business meeting – The American Association of Port Authorities Annual Meeting, which is a major national marketing activity for Cash & Associates. This meeting is vital to my employer's business and will cause irreparable harm to my employer if I am not in attendance during those dates.

7. Upon my return from Florida on October 30, 2005, I have other work commitments that will prevent my appearance in Guam prior to November 3, 2005.

Sworn this **13**th day of October, 2005 under penalty of perjury under the laws of the State of California and of the United States at Oakland, California.

_____
ELLIOTT H. BOONE, S.E.

## DECLARATION OF SERVICE

I, Joseph Razzano, hereby declare under penalty of perjury of the laws of the United States, that on October 21, 2005, I caused to be served, via hand delivery, a true and correct copy of **DECLARATION OF ELLIOT BOONE, S.E. IN SUPPORT OF REQUEST FOR VIDEO CONFERENCE DEPOSITION AT PLAINTIFF'S EXPENSE** upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and
> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 21st day of October, 2005 at Hagåtña, Guam.

*/s/ Joseph C. Razzano*
JOSEPH RAZZANO

SANFRAN1\33749\1 123206.000