ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**REVISED DECLARATION OF ELLIOT BOONE, S.E. IN SUPPORT OF REQUEST FOR VIDEO CONFERENCE DEPOSITION AT PLAINTIFF'S EXPENSE; DECLARATION OF SERVICE** |

I, Elliott H. Boone, declare:

1. I am a licensed structural engineer and civil engineer in the State of California. I am Executive Vice President of Cash & Associates in Huntington Beach,

California.

2. I have been retained by the Plaintiff in this case to serve as an expert witness structural engineer.

3. My deposition was taken in this case for two days, on May 12 and 13, 2005, which I am informed and believe was longer that the time the defense attorneys were entitled to. The transcript of my deposition is 315 pages long, not counting exhibits.

4. I have been advised of Magistrate Judge Manibusan's October 7, 2005 Order and Report & Recommendation that my deposition be re-taken by EMPSCO in Guam by October 18, 2005. I am willing and able to give a 4-hour deposition by video conference from California but I cannot travel to Guam before the trial date, now only three weeks away.

5. I am unable to be in Guam prior to November 3, 2005 due to previously scheduled work commitments for my employer, Cash & Associates, and to meet time-sensitive deadlines for major projects that I am working on in my capacity as Executive Vice-President for Cash & Associates. I have already arranged my entire schedule to accommodate my being in Guam for the trial in this matter beginning on November 7, 2005.

6. I am currently working under a time-sensitive Final Pre-Bid Submittal for the Port of Oakland, Berth 30 Expansion, which is due on October 24, 2005. I am the Project Manager and principal in charge of that project, which I have been working on now for over 10 months. I am professionally responsible for the design of this project. I must have this major project completed prior to October 21, 2005, as I must be in Tampa, Florida on October 21, 2005, as is explained below.

7. From October 21, 2005 to October 30, 2005, I will be in the state of Florida on my employer's behalf for a business meeting – The American Association of Port

2.

Authorities Annual Meeting, which is a major national marketing activity for Cash & Associates, which only occurs once each year. This meeting is vital to my employer's business and it will cause irreparable harm to my employer if I am not in attendance during those dates.

8.  Upon my return from Florida, I am required to attend a Pre-Proposal Conference in the above-mentioned Port of Oakland matter planned for Wednesday, November 2nd in Oakland, California. I also have other work commitments during that week which will prevent my arrival in Guam prior to the evening of November 3, 2005.

Sworn this 14th day of October, 2005 under penalty of perjury under the laws of the State of California and of the United States at Oakland, California.

ELLIOTT H. BOONE, S.E.

3.

## DECLARATION OF SERVICE

I, Joseph Razzano, hereby declare under penalty of perjury of the laws of the United States, that on October 21, 2005, I caused to be served, via hand delivery, a true and correct copy of **REVISED DECLARATION OF ELLIOT BOONE, S.E. IN SUPPORT OF REQUEST FOR VIDEO CONFERENCE DEPOSITION AT PLAINTIFF'S EXPENSE** upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 21st day of October, 2005 at Hagåtña, Guam.

/s/ JOSEPH RAZZANO

SANFRAN1\33749\1 123206.000