# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVES SYNDICATE AT LLOYDS, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CV-03-00009 |
| BLACK CONSTRUCTION CORP., et al., | ) ) ) | **MINUTES OF THE COURT** October 25, 2005 |
| Respondent(s). | ) ) | |

**PRESENT:**
    THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE*

**CHIEF DEPUTY CLERK:** ROSITA SAN NICOLAS     **RECORDER/TAPE**: NONE

**COUNSEL FOR PETITIONER(S):**     NONE APPEARING

**COUNSEL FOR RESPONDENT(S):**     NONE APPEARING

**MINUTE ORDER IN CHAMBERS:** XXXX

    **IT IS HEREBY ORDERED** that a preliminary pretrial conference is set for Friday, October 28, 2005 at 2:00 p.m., Las Vegas time (Pacific Daylight Time). The parties are requested to appear by telephone and are directed to call the District Court of Nevada "Meet Me" line, 702-464-5625, at the appointed time.

    **IT IS FURTHER ORDERED** that all motions *in limine* are to be filed by Wednesday, October 26, 2005 at 5:00 p.m., Las Vegas time (Pacific Daylight Time). The parties are directed to file such motions, and any responses thereto, with the District Court of Guam and submit courtesy copies to chambers via overnight mail or facsimile at 702-464-5491. Any timely filed motions *in limine* will be addressed at the telephonic hearing on October 28, 2005.

                                                  MARY L.M. MORAN, CLERK

                                                 BY:/s/ Rosita P. San Nicolas
                                                     Chief Deputy Clerk

\* The Honorable Robert C. Jones, U.S. District Judge, District of Nevada, sitting by designation.