KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO. CV03-00009 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **JOINT EXHIBIT LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | ) | |
| Defendants. | ) | |

COME NOW Defendants **BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS,** and **ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION** and provide their Trial Exhibit List.

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
| --- | --- | --- |
| D1 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") | |
| D2 | August 24, 1995 Memorandum from Marilou M. Baluyut (hereinafter "Baluyut") to Doug Dean (hereinafter "Dean") | |
| D3 | September 28, 1995 letter from Eulogio Bermudes (hereinafter "Bermudes") of PAG to Dean | |
| D4 | October 17, 1995 letter from Bermudes to Roland S. Miller of Winzler & Kelly (hereinafter "Winzler") | |

ORIGINAL

| | | |
|---|---|---|
| D5 | October 31, 1995 letter from Petronilo Q. Villaluz of EMPSCO to Bermudes | |
| D6 | EMPSCO proposed fee breakdown with hand-written alterations by PAG | |
| D7 | EMPSCO fee breakdown with negotiated amounts from PAG | |
| D8 | Revised and agreed EMPSCO fee breakdown (negotiated) | |
| D9 | December 1995 Winzler structural calculations for repairs to Dolphins A, B, C, and D | |
| D10 | December 1, 1995 letter from Bermudes to Villaluz re Notice to Proceed | |
| D11 | December 8, 1995 memorandum from EMPSCO to Bridgestone re photos of existing fenders to be removed and replaced | |
| D12 | December 12, 1995 letter from EMPSCO to Mr. Dave O'Brien of Shell | |
| D13 | December 11, 1995 Minutes of Meeting between PAG, EMPSCO and Shell re repairs and upgrading to Fuel Pier F-1 | |
| D14 | December 14, 1995 memorandum re cathodic protection from Engineering Resources International to EMPSCO | |
| D15 | December 15, 1995 memorandum from Butch Arce (hereinafter "Arce") of EMPSCO to Thomas Boomer re pile encapsulation | |
| D16 | December 15, 1995 letter from Bermudes t Shell re Port not liable for Winzler & Kelly charges | |
| D17 | December 17, 1995 fax from Master Builders Inc. to EMPSCO re pile encapsulation process | |
| D18 | December 21, 1995 letter from EMPSCO to Bermudes re 65% progress submittal | |
| D19 | December 28, 1995 memorandum from Shell to PAG re revised calculations for Winzler & Kelly | |
| D20 | January 10, 1996 100% submittal from EMPSCO to PAG | |
| D21 | February 15, 1996 letter from Bermudes to EMPSCO re bids in excess of budgeted amount | |
| D22 | February 16, 1996 letter from Villaluz to Bermudes re deletion of encapsulation system | |
| D23 | March 11, 1996 letter from Black Construction Corporation (hereinafter "Black") to PAG re refusal to accept deletion of piling encapsulation in its entirety | |
| D24 | March 15, 1996 letter from Black to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to proposal B | |

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

| | | |
|---|---|---|
| D25 | March 20, 1996 memorandum from F. Philip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos") of PAG re review of proposals A and B | |
| D26 | March 26, 1996 letter from Bermudes to Jose re acceptance of Proposal B | |
| D27 | March 27, 1996 letter from Villaluz to Bermudes re approval of Proposal B | |
| D28 | April 15, 1996 Black purchase order to Winzler for design of alternate pile repair system | |
| D29 | April 18, 1996 letter from Rod Bismonte of Black to PAG re verification of piles to be repaired | |
| D30 | May 1, 1996 letter from Bismonte of Black to PAG re verification of 107 piles to be repaired | |
| D31 | April 29, 1996 internal Black memorandum re acquisition of epoxy system | |
| D32 | May 1, 1996 letter from Lito Gutierrez (hereinafter "Gutierrez") of Black to PAG re possible substitution of alternate fender system | |
| D33 | May 16, 1996 Black purchase order to Concrete Tie re purchase of adhesive anchor | |
| D34 | May 17, 1996 memo from Bismonte of Black to Bruce Swanney of Winzler re request for structural design data | |
| D35 | May 21, 1996 transmittal memo from Swanney of Winzler to Black re structural calculation data | |
| D36 | May 28, 1996 memo from Macario to Black re Submittal No. 18a | |
| D37 | May 22, 1996 memo from EMPSCO to Macario re review of Submittal No. 12 | |
| D38 | May 22, 1996 memo from Macario to Black re status of various submittals | |
| D39 | May 24, 1996 letter from Black to Macario with attachments re structural calculation data | |
| D40 | May 28, 1996 transmittal memo from Macario to EMPSCO re structural calculation | |
| D41 | May 28, 1996 memo from EMPSCO to Macario re Submittal Nos. 12 and 12c | |
| D42 | May 29, 1996 transmittal memo from Macario to Black re supplemental info for Submittals 12 and 12c | |
| D43 | June 11, 1996 memo from Black to Macario re submittal status report | |

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
Telephone 477-7857

| | | |
|---|---|---|
| D44 | June 17, 1996 transmittal memo with attachments from Macario to Black re submittals 12b and 18a | |
| D45 | August 5, 1996 letter from Bismonte of Black to Macario re Submittal No. 18 non-typical cases of pile top plates | |
| D46 | Black purchase orders to Winzler dated July 25, 1996, November 1, 1996, December 17, 1996, May 7, 1997, and May 16, 1997 | |
| D47 | Macario Construction observation reports for inspections on December 26, 1996, January 23, 1997, January 24, 1997, and January 27, 1997 | |
| D48 | Excerpt ("Brief Progress Report") from Construction Status Report from Macario for events during December 1996 | |
| D49 | February 14, 1997 pre-final inspection report sign sheet | |
| D50 | Submittal register | |
| D51 | June 13, 1997 letter from Bismonte of Black to Macario re final acceptance | |
| D52 | March 22, 1999 letter from Dean to PAG re repair of piles on Dolphin A | |
| D53 | August 3, 2000 letter from Baluyut to Delos Santos re costs for F1 projects | |
| D54 | May 17, 2001 Port Authority police offense report form re berthing incident at F1 | |
| D55 | November 10, 2001 letter from Ben Casey (hereinafter "Casey") of Smithbridge to Peter MacLeod (hereinafter "MacLeod") re F1 Pier | |
| D56 | November 10, 2001 letter from Casey to MacLeod with hand-written change | |
| D57 | November 10, 2001 letter from Casey to MacLeod incorporating hand-written changes | |
| D58 | E-mail from MacLeod to Casey re Mel Junsay's concerns re repair strength | |
| D59 | January 3, 2002 memo from Dean to Casey re listing of vessel movement | |
| D60 | January 21, 2002 letter from Baluyut to PAG re costs of emergency repair | |
| D61 | February 2002 letter from Duenas & Associates to Smithbridge re proposal for design work | |
| D62 | March 15, 2002 Report No. 3 from MacLeod to Lloyds Underwriters | |
| D63 | April 16, 2002 Building Permit No. B02000244 | |
| D64 | July 3, 2002 letter from Cozen O'Connor to insurers at interest re contingent fee proposal | |

| D65 | March 12, 2004 letter from Delos Santos to EMPSCO re request for clarification re contract agreement | |
| D66 | Gargrave's Initial Complaint | |
| D67 | OCEL Report of January 3, 2002 | |
| D68 | Overview of F-1 Pier | |
| D69 | Frank Dennis Survey Notes | |
| D70 | Photographs of F1 Pier and Dolphins (as needed) | |
| D71 | Sample Epoxy Capsule (Demonstrative) | |
| D72 | Sample Bolts (Demonstrative) | |
| D73 | Sample Bolt Hole (Demonstrative) | |
| D74 | Sample Epoxy (Demonstrative) | |
| D75 | Overview Diagram of F1 Pier and Dolphins (Demonstrative) | |
| D76 | Aerial Photograph of Tumon Bay (Demonstrative) | |

Defendants reserve the right to supplement this Exhibit List to include exhibits, originally included on their Rule 26(a)(3)(C) Designation, which have been omitted from this listing inasmuch as the identical exhibits were included on the Plaintiff's Rule 26(a)(3)(C) Designation as exhibits to be used by the Plaintiff at trial should the Plaintiff fail to include those Exhibits in its Trial Exhibit List.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

DATED: OCTOBER 25, 2005

BERMAN O'CONNOR MANN & SHKLOV

BY: _____
DANIEL J. BERMAN
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

DATED: OCTOBER 25, 2005

TARPLEY & MORONI, LLP

BY: _____
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: OCTOBER 25, 2005

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\258-JOINT EXHIBIT LIST OF
BCC, W&K & EMPSCO RE GARGRAVE V BLACK ET AL.DOC