BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' WITNESS LIST LOCAL RULE 16.7(d); CERTIFICATE OF SERVICE |

A previous witness list was exchanged pursuant to Federal Rule of Civil Procedure 26(a)(3)(A). Defendant Winzler & Kelly Consulting Engineers hereby readopts that witness list as its Rule 16.7(d) witness list.

Dated this 25th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: _____
DANIEL J. BERMAN

S.J. Gargrave Syndicate at Lloyds v. Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Defendant Winzler & Kelly Consulting Engineers' Witness List Local Rule 16.7(d): Certificate of Service

Case 1:03-cv-00009    Document 273    Filed 10/25/2005    Page 2 of 2

## CERTIFICATE OF SERVICE

I, THOMAS ANDERSON, hereby declare under penalty of perjury of the laws of the Unites States, that on the 25th day of October, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' WITNESS LIST LOCAL RULE 16.7(d)** upon Plaintiff and Defendants Counsel of record as follows:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
Engineering, Management & Planning Services Corporation

Dated this 25th day of October, 2005.

_____
THOMAS ANDERSON

2003-08-051025-PL-WitnessList.doc