BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DISCOVERY MATERIAL DESIGNATIONS OF DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS; CERTIFICATE OF SERVICE |

Defendant Winzler & Kelly Consulting Engineers hereby adopts its previously filed Discovery Materials Designation as its Rule 16.7(d)(2) Discovery material Designation. The previous designation was filed, served and exchanged pursuant to Federal Rule of Civil Procedure Rule 26 (a)(3)(B).

Dated this 25th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: _____
DANIEL J. BERMAN

**ORIGINAL**

S.J. Gargrave Syndicate at Lloyds v. Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Discovery Material Designations of Defendant Winzler & Kelly Consulting Engineers: Certificate of Service

## CERTIFICATE OF SERVICE

I, THOMAS ANDERSON, hereby declare under penalty of perjury of the laws of the Unites States, that on the 25th day of October, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DISCOVERY MATERIAL DESIGNATIONS OF DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS** upon Plaintiff and Defendants Counsel of record as follows:

> David Ledger, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> P.O. Box BF
> Hagåtña, Guam 96932-5027
> Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

> Thomas C. Sterling, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam 96910
> Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

> Thomas M. Tarpley, Esq.
> Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Bldg.
> 134 W. Soledad Avenue
> Hagåtña, Guam 96910
> Telefax: (671) 472-4526

Attorneys for Defendant
    Engineering, Management & Planning Services Corporation

Dated this 25th day of October, 2005.

*/s/ Thomas Anderson*
THOMAS ANDERSON

2003-08-051025-PL-WitnessList.doc

E:\Christine\DJB\Pldg\Winzler & Kelly\DiscoveryMaterials.doc  -2-
Case 1:03-cv-00009  Document 274  Filed 10/25/2005  Page 2 of 2