| | |
|---|---|
| 1 | BERMAN O'CONNOR MANN & SHKLOV |
| | DANIEL J. BERMAN |
| 2 | ROBERT J. O'CONNOR |
| | Suite 503, Bank of Guam Building |
| 3 | 111 Chalan Santo Papa |
| | Hagåtña, Guam 96910 |
| 4 | Telephone: (671) 477-2778 |
| | Facsimile: (671) 477-4366 |



**FILED**
DISTRICT COURT OF GUAM

OCT 25 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO.: CIV03-00009 |
| | ) | |
| Plaintiff, | ) | DEFENDANT WINZLER & KELLY |
| | ) | CONSULTING ENGINEERS' |
| v. | ) | OBJECTIONS TO PLAINTIFF'S |
| | ) | DESIGNATIONS OF BRUCE |
| BLACK CONSTRUCTION | ) | SWANNEY'S DEPOSITION; |
| CORPORATION, WINZLER & KELLY | ) | ADDITIONAL DESIGNATIONS |
| CONSULTING ENGINEERS and | ) | OF BRUCE SWANNEY |
| ENGINEERING, MANAGEMENT & | ) | DEPOSITION EXCERPTS |
| PLANNING SERVICES CORPORATION, | ) | BY WINZLER & KELLY; |
| | ) | CERTIFICATE OF SERVICE |
| Defendants. | ) | |

Defendant Winzler & Kelly Consulting Engineers ("Winzler & Kelly") objects to the reading or admission of the following designated excerpts of Bruce Swanney's deposition for the following reasons:

1. Page 106, Lines 3 – 6.

This is a question by Plaintiff's counsel, Mr. Booth, which is immediately objected to because it misstated Mr. Swanney's testimony. Mr. Booth apparently agreed with the objection and restated his question which Mr. Swanney answered. There is no reason for Plaintiff to now read to the jury the misleading first question (which never got an answer). Reading it has the tendency to mislead the jury.

E:\Christine\DJB\Pldg\Winzler & Kelly\Obj re BS Depo.doc

**ORIGINAL**

Case 1:03-cv-00009   Document 275   Filed 10/25/2005   Page 1 of 4

S.J. Gargrave Syndicate at Lloyds v. Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Defendant Winzler & Kelly Consulting Engineers' Objections to Plaintiff's Designations of Bruce Swanney's Deposition;
Additional Designations of Bruce Swanney Deposition Excerpts by Winzler & Kelly; Certificate of Service

2. <u>Page 143, Line 25 to page 144, Line 3.</u>

The question on page 143, line 25 through page 144, line 3 calls for speculation. The answer should not be read or admitted. The very next question on page 144, line 4 – 5 calls for a legal conclusion and for the witness to speculate. The answer should not be read or admitted.

<u>Additional Objection.</u>

Plaintiff's deposition excerpts are often taken out of context and begin or end in such a way as to be misleading and to distort the actual testimony.

In order to avoid misleading the jury, the following excerpted portions of Mr. Swanney's testimony require the additional reading of testimony as shown below:

| Plaintiff's excerpt | Winzler & Kelly's Additional Designation to Avoid Misleading the Jury |
|---|---|
| • page 13, lines 5 – 14. | add: page 13, lines 15 – 25 to page 14, line 1. |
| • page 28, lines 5 – 15. | add: page 28, line 16 to page 29, line 5. |
| • page 36, lines 2 – 14. | add: page 36, lines 15 – 19. |
| • page 50, lines 5 – 18. | add: page 50, lines 21 – 23. |
| • page 53, lines 1 – 12. | add: page 53, lines 13 – 16. |
| • page 84, line 23 to page 85, line 16. | add: page 85, line 17 to page 86, line 5. |
| • page 107, line 19 to page 108, line 12. | add: page 108, lines 15 – 18. |
| • page 110, line 11 to page 111. line 8. | add: page 111, lines 9 – 11. |
| • page 115, line 25 to Page 118, line 3. | add: page 118, lines 4 – 23. |
| • page 141, line 12 to Page 142, line 6. | add: page 142, line 18 to page 143, line 2. |
|  | Also add: page 156, line 12 through page 160, line 13. |

/ / /

S.J. Gargrave Syndicate at Lloyds v. Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Defendant Winzler & Kelly Consulting Engineers' Objections to Plaintiff's Designations of Bruce Swanney's Deposition;
Additional Designations of Bruce Swanney Deposition Excerpts by Winzler & Kelly; Certificate of Service

Dated this 25th day of October, 2005.

                        Respectfully submitted,

                        BERMAN O'CONNOR MANN & SHKLOV
                        Attorneys for Defendant
                        Winzler & Kelly Consulting Engineers

By: _____
     DANIEL J. BERMAN

S.J. Gargrave Syndicate at Lloyds v. Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Defendant Winzler & Kelly Consulting Engineers' Objections to Plaintiff's Designations of Bruce Swanney's Deposition;
Additional Designations of Bruce Swanney Deposition Excerpts by Winzler & Kelly; Certificate of Service

# CERTIFICATE OF SERVICE

I, THOMAS ANDERSON, hereby declare under penalty of perjury of the laws of the Unites States, that on the 25th day of October, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF BRUCE SWANNEY'S DEPOSITION; ADDITIONAL DESIGNATIONS OF BRUCE SWANNEY DEPOSITION EXCERPTSBY WINZLER & KELLY** upon Plaintiff and Defendants Counsel of record as follows:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
 Engineering, Management & Planning Services Corporation

Dated this 25th day of October, 2005.

*/s/ Thomas Anderson*
THOMAS ANDERSON

2003-08-051025-PL-Obj re BS Depo.doc