BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OBJECTIONS TO PLAINTIFF'S DEPOSITION EXCERPTS OF BEN CASEY;<br>CERTIFICATE OF SERVICE |

Defendant Winzler & Kelly Consulting Engineers ("Winzler & Kelly") objects to the reading or admission of the following deposition excerpts of Ben Casey deposition for the following reasons:

1. <u>Page 24, Line 4 – 16</u>.

Objection as the question calls for a hearsay response. The questions do not say who was doing the consideration, and Mr. Casey can only speak for himself. No foundation has been laid that he is the spokesman for anyone else.

2. <u>Page 38, Line 20 through Page 40, Line 7</u>.

Objection as calling for the opinion of an expert when Mr. Casey has not been designated as an expert. Inadmissible opinion testimony.

/ / /

E:\Christine\DJB\Pldg\Winzler & Kelly\Obj re BCasey Depo.doc
ORIGINAL
Case 1:03-cv-00009   Document 276   Filed 10/25/2005   Page 1 of 2

S.J. Gargrave Syndicate at Lloyds v. Winzler & Kelly Consulting Engineers
Civil Case No. CIV03-00009
Defendant Winzler & Kelly Consulting Engineers' Objections to Plaintiff's Deposition Excerpts of Ben Casey:
Certificate of Service

3. Page 50, Line 24 through Page 51, Line 5.

No foundation laid as to his knowledge. Questions call for hearsay and for witness to tell "what he has heard".

4. Page 66, Line 16 through Page 67, Line 15.

Calls for expert testimony and Mr. Casey is not designated or qualified as an expert witness. It is inadmissible opinion testimony.

5. Page 67, Line 16 – 17.

Mr. Casey cannot testify about what concerned Shell. No foundation, calls for speculation.

6. Page 70, Line 24 through Page 72, Line 6.

Objection to admissibility is that there is no foundation laud and it is inadmissible expert testimony from someone not designated an expert.

Dated this 25th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: _____
DANIEL J. BERMAN