KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for   *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br> JOINT TRIAL WITNESS LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT AND PLANNING SERVICES CORPORATION |

**COME NOW** the above-named Defendants and file their Joint Trial Witness List designating the following witnesses who will or may be called by the Defendants at trial of this matter. All witnesses are well known to the Plaintiff and were included on Defendants' Joint Witness List under Rule 26(a)(3)(A).

1. Perfecto Jose;
2. Lito Gutierrez;
3. Lito Tabilas;
4. Rod Bismonte;
5. Nemencio Macario;
6. Jurgen Unterberg;
7. Simeon Delos Santos;
8. Butch Arce;
9. Ernesto A. Capulong, Jr.;

| | |
|---|---|
| 1 | 10. Petronillo Q. Villaluz; |
| 2 | 11. Winzler & Kelly, through Steven Cox; |
| 3 | 12. Albert Tsutsui; |
| 4 | 13. Webb Hayes; |
| 5 | 14. Dean Gillham; |
| 6 | 15. Kenneth Collard; |
| 7 | 16. Ben Casey (by deposition); |
| 8 | 17. Frank Dennis (by deposition); |
| 9 | 18. Bruce Swanney (by deposition); |
| 10 | 19. Edgar Jabingay; |
| 11 | 20. Andy Smith; |
| 12 | 21. Marilou Baluyut; |
| 13 | 22. Benny Quintanilla; |
| 14 | 23. Jess Acfalle; |
| 15 | 24. Roque Santos; |
| 16 | 25. Mike Aflague; |
| 17 | 26. Stan Hall; |
| 18 | 27. Darrell Dela Paz; |
|  | 28. Such rebuttal witnesses as may be required; and |
|  | 29. Any witnesses listed on the Plaintiff's designation. |

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: /s/ Thomas C. Sterling
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

DATED: OCTOBER 25, 2005

BERMAN O'CONNOR MANN & SHKLOV

BY: /s/ Daniel J. Berman
DANIEL J. BERMAN
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

DATED: OCTOBER 25, 2005

TARPLEY & MORONI, LLP

BY: /s/ Thomas M. Tarpley, Jr.
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: OCTOBER 25, 2005

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\259-JOINT TRIAL WITNESS LIST OF BCC, W&K & EMPSCO RE GARGRAVE V BLACK ET AL.DOC

- 2 -