

LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP46
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

**FILED**
DISTRICT COURT OF GUAM

OCT 26 2005

**MARY L.M. MORAN
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Dorothea Quichocho, a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On October 26, 2005, I caused to be faxed and deposited in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon true and correct copies of the DEFENDANTS' OBJECTIONS RE PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF EDWARD WILLIAMSON, EMPSCO'S MOTIONS IN LIMINE and ORDER ON EMPSCO'S MOTIONS IN LIMINE, to the following:

| | |
|---|---|
| THOMAS C. STERLING, ESQ.<br>KLEMM BLAIR STERLING & JOHNSON<br>Pacific News Bldg., Suite 1008<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910 | ROBERT J. O'CONNOR<br>DANIEL J. BERMAN, ESQ.<br>BERMAN O'CONNOR MANN & SHKLOV<br>Bank of Guam Bldg., Suite 503<br>111 Chalan Santo Papa<br>Hagatna, Guam 96910 |

Dated this 26 day of October, 2005

Dorothea Quichocho