KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*



FILED
DISTRICT COURT OF GUAM
OCT 27 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that on October 25, 2005, true and correct copies of the following: **(1)** JOINT EXHIBIT LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION; **(2)** DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT AND PLANNING SERVICES' OBJECTIONS TO PLAINTIFF'S OCTOBER 11, 2005 EXHIBIT LIST; AND **(3)** JOINT EXHIBIT LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION filed herein on October 25, 2005 were served via hand delivery upon the following:

**CARLSMITH BALL**
**BANK OF HAWAII BUILDING**
**SUITE 401**
**134 WEST SOLEDAD AVENUE**
**HAGÅTÑA, GUAM 96910**

TARPLEY & MORONI, LLP
A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE, SUITE 402
HAGÅTÑA, GUAM 96910

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BUILDING
111 CHALAN SANTO PAPA
HAGÅTÑA, GUAM 96910

**DATED** this 26th day of October, 2005.

_____
THOMAS C. STERLING

E56\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\260-CERTIFICATE OF SERVICE RE GARGRAVE V BLACK ET AL.DOC