KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
OCT 27 2005 9P
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, THOMAS C. STERLING, hereby certify that on October 27, 2005, true and correct copies of the following: **DEFENDANT BLACK CONSTRUCTION CORPORATION'S MOTIONS IN LIMINE TO EXCLUDE EVIDENCE OF AMOUNTS PAID TO SETTLE PROPERTY INSURANCE CLAIM, TO LIMIT CLAIM TO 22% OF TOTAL DAMAGE AND TO LIMIT CLAIM TO DAMAGES PLED** filed herein on October 27, 2005 will be served via hand delivery upon the following:

CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

//

//

```
                    TARPLEY & MORONI, LLP
        A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
                    BANK OF HAWAII BUILDING
              134 WEST SOLEDAD AVENUE, SUITE 402
                       HAGÅTÑA, GUAM 96910

                 BERMAN O'CONNOR MANN & SHKLOV
                SUITE 503, BANK OF GUAM BUILDING
                      111 CHALAN SANTO PAPA
                       HAGÅTÑA, GUAM 96910
```

**DATED** this 27th day of October, 2005.

_____
THOMAS C. STERLING

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\261-CERTIFICATE OF
SERVICE RE GARGRAVE V BLACK ET AL.DOC

- 2 -