BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM

OCT 27 2005 9P

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' RESPONSE TO COURT ORDER ON IN LIMINE MOTIONS; CERTIFICATE OF SERVICE |

Defendant Winzler & Kelly Consulting Engineers ("Winzler & Kelly") is advised that today the Court has issued an Order that all *in limine* motions must be filed by 10:00 a.m. October 27, 2005 (Guam time) as well as all oppositions to pending *in limine* motions. This order was not served on the parties, Winzler & Kelly believes, until this afternoon, October 26, 2005.

Winzler & Kelly wishes to respectfully advise the Court of the following practical difficulties caused by this Order:

1. Guam's District Court Local Rules (16.7(g)) allow the filing of *in limine* motion up to 7 days before trial (next Tuesday). Defendants therefore expected it had until next Tuesday to file their *in limine* motions.

2. All parties in this case have been advised by prior court order to prepare this case for trial in accordance with the Guam District Court local rules.

3. The Plaintiff has filed six *in limine* motions. Two of these motions were not delivered to Winzler & Kelly's counsel office until 5:00 p.m. today, 17 hours before the deadline to file a response. Three of the other motions were received in the last 24 hours.

4. Winzler & Kelly's counsel learned about the Court-ordered deadline at about 4:00 p.m. today, October 26, 2005.

5. The deadline for filing and serving exhibit books and Rule 16.7 witness and exhibit lists was yesterday, October 25, 2005. The Defendants collectively asked the Court clerk for a one day delay in the deadline and the request was denied, Defendants were told the exhibit books had to be filed by 3:00 p.m. yesterday. They were filed and served on time, but that meant practically no time yesterday could be spent reviewing *in limine* motions.

6. The Plaintiff did not file or serve its exhibit book yesterday and despite repeated requests has not served any Defendant with its exhibit book today.

7. It is a practical impossibility for Winzler & Kelly to both adequately respond to six *in limine* motions and prepare and file its own *in limine* motions in less than 18 hours.

8. The Court's Order establishing such a quick *in limine* motion deadline is inadvertently having the effect of penalizing the Defendants who are following the Local Rules while awarding the Plaintiff for its failure to follow the Local Rules.

9. Winzler & Kelly respectfully request this honorable Court to reconsider its order in light of the above.

10. The Plaintiff has also filed a proposed Pretrial Order which it knows in unacceptable to Defendants' counsel. A Pretrial Order is supposed to follow a pretrial conference, not precede it. Plaintiff sent the Proposed Order to defendants on the day the exhibit book was due to be filed and after waiting one day for a response, filed it, despite being advised by Defendants' counsel that it was premature, unacceptable and should follow a joint conference amongst counsel. Defendants ask that this topic be discussed at October 29, 2005 (Guam time) Saturday morning's conference with the Court.

Dated this 27th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: _____
DANIEL J. BERMAN

# CERTIFICATE OF SERVICE

I, Thomas Anderson, hereby declare under penalty of perjury of the laws of the Unites States, that on the 27th day of October, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' RESPONSE TO COURT ORDER ON IN LIMINE MOTIONS** upon The Hon. Judge Robert Clive Jones, Plaintiff and Defendants Counsel of record as follows:

The Hon. Judge Robert Clive Jones
United States District Judge
United States District Court for the District of Nevada
333 Las Vegas Bldv. South
Las Vegas, NV 89101
Telefax: (702) 464-5491

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
Engineering, Management & Planning Services Corporation

//
//

Dated this 27th day of October, 2005.

*Thomas Anderson*

2003-08-051026-PL-Resp-Order In Limine.doc