BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
OCT 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OBJECTIONS TO NON-DESIGNATED EXPERT TESTIMONY AT TRIAL; CERTIFICATE OF SERVICE |

Defendant Winzler & Kelly Consulting Engineers ("Winzler & Kelly") hereby objects to the presentation by Plaintiff of any expert opinion testimony unless the individual offering said testimony had been previously designated as an expert in a timely fashion by the Plaintiff.

Specifically, Winzler & Kelly objects to Frank Dennis, Ben Casey or Edgar Jabingay offering expert opinion testimony because they have not previously been designated by the Plaintiff as expert witnesses.

//
//
//

-1-

ORIGINAL

Dated this 27th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: _____
for DANIEL J. BERMAN

# CERTIFICATE OF SERVICE

I, Thomas Anderson, hereby declare under penalty of perjury of the laws of the Unites States, that on the _____ day of October, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OBJECTIONS TO NON-DESIGNATED EXPERT TESTIMONY AT TRIAL** upon Plaintiff and Defendants Counsel of record as follows:

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
Engineering, Management & Planning Services Corporation

Dated this 27 day of October, 2005.

*/s/ Thomas Anderson*

2003-08-051026-PL-Obj-ExpertTestimony.doc

-3-
Case 1:03-cv-00009   Document 295   Filed 10/27/2005   Page 3 of 3