BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

IN THE DISTRICT COURT OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO.: CIV03-00009 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING ENGINEERING CALCULATIONS ON ACCOUNT OF DEFENDANT'S SPOLIATION; CERTIFICATE OF SERVICE |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | ) | |
| Defendants. | ) | |

Plaintiff S.J. Gargrave Syndicate at Lloyds ("Plaintiff") Defendant has filed a motion styled "Motion *in Limine* to Exclude Evidence Regarding Engineering Calculations on Account of Defendants' Spoliation (October 25, 2005).

In this motion, the Plaintiff complains that it has received three identical design calculation transmittal letters and only one of the three actually had design calculations attached to it. The Plaintiff is worried that the "real" calculations were destroyed because the calculations it found attached to one of its three letters "pertained to a different repair proposal", sometimes referred to as the "Shell repair".

**ORIGINAL**

-1-

The Plaintiff then notes that "so long as it is made clear that the Winzler & Kelly calculations which were produced to Plaintiff refer to a prior design which was never used[1], *Plaintiff has no objection to those calculations being introduced and referred to at trial...*" (Plaintiff's brief, page 2, fn. 4).

We have no dispute and this motion can easily be disposed of. No calculations have been lost or destroyed or hidden. The Shell calculations which are attached to the May 21, 1996, design calculation transmittal letter given to Plaintiff about one year ago are the actual calculations which were attached to that letter and the defendants do not intend to contend otherwise. The Defendants are not going to show up at trial with a new or different set of calculations and claim it was these new and different calculations which were attached to the transmittal letter. In fact the transmittal letter referred to above, with the attached calculations, has been on Defendants' exhibit list since October 7, 2005 and it was in Defendants' exhibit book served on Plaintiff this week. Plaintiff's accusations to the contrary are baseless.[2]

Tangentially, Winzler & Kelly notes that the Plaintiff seems to be operating under the assumption that an untrue claim if repeated often enough like some mantra, will become to be accepted as the truth. "Winzler & Kelly has admitted in answers to interrogatories that no calculations *pertaining* to the epoxied bolt design were ever done by Winzler & Kelly," is one such mantra.

The truth is that Plaintiff asked Winzler & Kelly in interrogatories whether it prepared any engineering calculations "in conjunction with preparing VE-1". The Shell calculations were prepared 4 months earlier in conjunction with a different but related Shell design for the same F-1 dolphins. While the Shell design was a different design, it was also a similar design

---

[1] Again, the Shell design.

[2] And comical. Winzler & Kelly received a copy of these same calculations from Plaintiff's counsel in January, 2004. One has to wonder why Plaintiff never directly asked Winzler &

-2-
Case 1:03-cv-00009   Document 297   Filed 10/27/2005   Page 2 of 5

and the Shell calculations did have application to the subsequent VE-1 design, but was not prepared in conjunction with it.

## CONCLUSION

The Plaintiff's motion to exclude certain calculations on the grounds that they have been destroyed or hidden must fail. The Plaintiff has had these calculations attached to their transmittal letter for about one year now. The Defendants do not intend to claim that those calculations, which were done for a different but related design, are not the calculations attached to the transmittal letter. Since the Plaintiff has no objection to their being introduced and referred to at trial, the motion is moot and should be denied.

Dated this 27th day of October, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

By: _____
DANIEL J. BERMAN

---

Kelly or its counsel about the attached calculations. We would have verified that the Shell calculations were what was attached.

# CERTIFICATE OF SERVICE

I, Thomas Anderson, hereby declare under penalty of perjury of the laws of the Unites States, that on the 27th day of October, 2005, I will cause to be served, via facsimile transmission, a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING ENGINEERING CALCULATIONS ON ACCOUNT OF DEFENDANT'S SPOLIATION; CERTIFICATE OF SERVICE** upon The Hon. Judge Robert Clive Jones, Plaintiff and Defendants Counsel of record as follows:

The Hon. Judge Robert Clive Jones
United States District Judge
United States District Court for the District of Nevada
333 Las Vegas Bldv. South
Las Vegas, NV 89101
Telefax: (702) 464-5491

David Ledger, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telefax: (671) 477-4375

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telefax: (671) 472-4290

Attorneys for Defendant Black Construction Company

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telefax: (671) 472-4526

Attorneys for Defendant
    Engineering, Management & Planning Services Corporation

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   | Dated this 27th day of October, 2005.              |
| 2   |                                                              |
| 3   |                                                              |
| 4   |                                          *Thomas Anderson*    |
| 5   | 2003-08-051026-PL-Oppo-MIL-Excl Evid.doc                     |