

**FILED**
DISTRICT COURT OF GUAM

OCT 2 7 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | |
| Plaintiff, | Civil Case No. 03-00009 |
| vs. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION, | ORDER |
| Defendants. | |

Due to the scheduling needs of the Court, the trial in the above-captioned proceeding is hereby rescheduled from November 8, 2005 at 10:00 a.m. to November 7, 2005 at 1:30 p.m. The final pretrial conference will remain as scheduled for November 7, 2005 at 10:00 a.m.

SO ORDERED this _27_ day of October, 2005.

WILLIAM ALSUP*
District Court of Guam

*The Honorable William Alsup, United States District Judge for Northern District of California, by designation.

ORIGINAL