KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for    *Defendant Black Construction Corporation*

**FILED**
DISTRICT COURT OF GUAM

OCT 28 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that true copies of the following: **DEFENDANT BLACK CONSTRUCTION CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE TESTIMONY BY KENNETH W. COLLARD, JR. CONCERNING REPAIRS** will be faxed on October 27, 2005 to the parties below; and will be filed and served on October 28, 2005, to the parties below:

**CARLSMITH BALL**
**BANK OF HAWAII BUILDING**
**SUITE 401**
**134 WEST SOLEDAD AVENUE**
**HAGÅTÑA, GUAM 96910**

//

**ORIGINAL**

CERTIFICATE OF SERVICE
CIVIL CASE NO. CV03-00009

TARPLEY & MORONI, LLP
A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE, SUITE 402
HAGÅTÑA, GUAM 96910

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BUILDING
111 CHALAN SANTO PAPA
HAGÅTÑA, GUAM 96910

Dated this 27th day of October, 2005.

_____
THOMAS C. STERLING

```
E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\262-CERT
OF SVC RE GARGRAVE V BLACK ET AL.DOC
```

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 2 -