KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for  *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM

OCT 28 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, THOMAS C. STERLING, hereby certify that on October 28, 2005, true and correct copies of the following: **DEFENDANT BLACK CONSTRUCTION CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE, TESTIMONY, AND REFERENCES TO DEFENDANTS' EXPERTS' OPINION THAT THE 1996-97 REPAIRS TO THE PIER AND DOLPHINS WERE 1) TEMPORARY; OR 2) WERE DESIGNED TO BRING THE PIER BACK TO ONLY 40% OF ITS ORIGINAL STRENGTH** filed herein on October 28, 2005 will be served via hand delivery upon the following:

> **CARLSMITH BALL**
> **BANK OF HAWAII BUILDING**
> **SUITE 401**
> **134 WEST SOLEDAD AVENUE**
> **HAGÅTÑA, GUAM 96910**

//

TARPLEY & MORONI, LLP
A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE, SUITE 402
HAGÅTÑA, GUAM 96910

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BUILDING
111 CHALAN SANTO PAPA
HAGÅTÑA, GUAM 96910

**DATED** this 28th day of October, 2005.

_____
THOMAS C. STERLING

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\263-CERTIFICATE OF
SERVICE RE GARGRAVE V BLACK ET AL.DOC

- 2 -