LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP56
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
OCT 31 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Thomas M. Tarpley, Jr., hereby certify that on October 28, 2005, true and correct copies of the following: EMPSCO'S REPLY BRIEF IN SUPPORT OF ITS MOTON IN LIMINE filed herein on October 28, 2005 will be served via hand delivery and emailed to the following:

THOMAS C. STERLING, ESQ.
KLEMM BLAIR STERLING & JOHNSON
Pacific News Bldg., Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910

ROBERT J. O'CONNOR
DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg., Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910

CARLSMITH BALL
Bank Of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this ___28___ day of October, 2005.

_____
Thomas M. Tarpley, Jr.

ORIGINAL