CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**

DISTRICT COURT OF GUAM

OCT 3 1 2005ᑫᎮ

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>               Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>               Defendants. | CIVIL CASE NO. CV03-00009<br><br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE; DECLARATION OF SERVICE** |

Pursuant to Federal Rule of Evidence 201, Plaintiff S.J. Gargrave Syndicate at Lloyds

(hereinafter "Plaintiff") respectfully requests this Court to take judicial notice of the official

United States Geological Survey ("U.S.G.S.") Report entitled "Significant Earthquakes of the

World for 1993", published at http://neic.usgs.gov/neis/eqlists/sig_1993.html, and "Significant Earthquakes of the World for 2001", published at http://neic.usgs.gov/neis/eqlists/sig_2001.html., regarding earthquakes that occurred in Guam during those years.

Under Fed.R.Evid. 201, the Court should take judicial notice of, and admit into evidence, these report regarding the 1993 and 2001 earthquakes in Guam because they are, (1) not subject to reasonable dispute; (2) are generally known within this Court's territorial jurisdiction; and (3) are capable of accurate and ready determination by resort to official U.S. Government reports and websites, sources whose accuracy cannot reasonably be questioned.

## A. The Occurrence Of And Magnitude Of The 1993 And 2001 Earthquakes In Guam (Northern Marianas Islands) Are Facts Not Subject To Reasonable Dispute

Fed.R.Evid. 201 (b) states that facts not subject to reasonable dispute are matters appropriate for a request for judicial notice. Fed.R.Evid. 201(b) states:

> (b) Kinds of facts.
>
> A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The 1993 (magnitude 8.0) and 2001 (magnitude 7.0) earthquakes in Guam are (1) generally known within this Court's territorial jurisdiction; (2) capable of accurate and ready determination by resort to U.S. Government sources whose accuracy cannot reasonably be questioned. The U.S.G.S. is the Government agency charged, *inter alia*, with investigating and reporting on earthquakes and seismic events world wide.[1]

---

[1] http://www.usgs.gov/aboutusgs/

Attached hereto as **Exhibit "A"** is a copy of the U.S.G.S.'s list of significant earthquakes for 1993. The 1993 magnitude 8.0 earthquake (South of Mariana Islands) is listed on page 7. Exhibit "A" can be obtained from the United States Geological Survey's website at: http://neic.usgs.gov/neis/eqlists/sig_1993.html.

Attached hereto as **Exhibit "B"** is a copy of the U.S.G.S.'s list of significant earthquakes for 2001. The 2001 magnitude 7.0 earthquake (South of Mariana Islands) is listed on pages 9 and 10.[2] Exhibit "B" can be obtained from the United States Geological Survey's website at: http://neic.usgs.gov/neis/eqlists/sig_2001.html.

**B.      Judicial Notice Of The 1993 And 2001 Earthquakes Is Mandatory**

Where, as here, the Court is supplied by a party with the necessary information, judicial notice of same is mandatory. Fed.R.Evid. 201(d).

Courts take judicial notice of official government reports when they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned . . ." Texas & Pac. Ry. Co. Potorff, 291 U.S. 649 (1934) (taking judicial notice of official reports put forth by the Comptroller of the Currency. *See also* McCreary v. Nicholson, 19 Vet.App. 324, 327 (2005), taking judicial notice of Hurricane Ivan pursuant to Fed.R.Evid. 201, and citing Stacy R. Stewart, Tropical Cyclone Report, Hurricane Ivan, National Hurricane Center, at http://www.nhc.noaa.gov/2004ivan.shtml.

Absent some reason for mistrust, courts have not hesitated to take judicial notice of agency records and reports. *See* Mass. v. Westcott, 431 U.S. 322, 323, n.2 (1977) (Coast Guard records); Ill. Cent. R.R. v. Tenn. Valley Auth., 445 F.2d 308 (6th Cir. 1971) (T.V.A. annual report); Skolnick v. Board of Commissioners, 435 F.2d 361 (7th Cir. 1970) (census figures);

---

[2] The date is listed as October 12th due to the U.S.G.S.'s use of Greenwich Mean Time ("G.M.T."); Guam is nine hours ahead of G.M.T.

4844-5146-6496.1.055639-00001

Brooks v. U. S., 273 F.Supp. 619, 624 (D.S.C. 1967) ("statistical information taken from official governmental reports").

**C.      It Is Proper For The Court To Take Judicial Notice At This Time**

Rule 201(f) makes it clear that judicial notice may properly be taken "at any stage of the proceeding".

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully requests that judicial notice be taken of the official reports of the 1993 (magnitude 8.0) and 2001 (magnitude 7.0) earthquakes in Guam.

DATED: Hagåtña, Guam, October 31, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

4.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States,

that on October 31, 2005, I caused to be served, via hand delivery, a true and correct copy of

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**; upon Defendants' Counsel of record

as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 31st day of October 2005 at Hagåtña, Guam.

DAVID LEDGER

SANFRAN1\34661\1 123206.000

5.

# EXHIBIT "A"

# USGS
## Earthquake Hazards Program

Latest Quakes    EQ Facts & Lists    Hazards & Preparedness    For Kids Only    Regional Websites    Science & Technology

HOME | ABOUT US | EQ GLOSSARY | FOR TEACHERS | PRODUCTS & SERVICES | DID YOU FEEL IT? | FAQ | SEARCH

## EQ Facts & Lists  Significant Earthquakes of the World for 1993

Earthquake
Lists

SIGNIFICANT EARTHQUAKES OF THE WORLD, 1993

December 31, 1993

Earthquakes of magnitude 6.5 or greater or ones that caused fatalities,
injuries or substantial damage.
BRK--Berkeley. PAS--Pasadena.

| | UTC TIME HR MN SEC | LAT | LON | DEP | GS MB | MAGS Msz | SD STA USED | REGION AND COMMENTS |
|---|---|---|---|---|---|---|---|---|
| JAN 1993 | | | | | | | | |
| 06 | 22:51:44.6 | 28.997 | 52.137 | 24 D | 5.4 | 5.3 | 1.0 364 | SOUTHERN IRAN. Mw 5.4 (HRV). Mo=1.5*10**17 Nm (HRV). Severe damage in the Firuzabad-Dadenjan area. |
| 08 | 06:57:51.88 | -28.028 | 26.800 | 5 G | | 0.5 | G | REPUBLIC OF SOUTH AFRICA. ML 2.7 (PRE). Six people killed and 7 injured in a mine near Welkom. |
| 10 | 14:39:00.3 | -59.274 | -26.205 | 61 G | 6.3 | | 1.0 284 | SOUTH SANDWICH ISLANDS REGION. Mw 6.7 (GS), 6.7 (HRV). Mo=1.2*10**19 Nm (GS). Mo=1.3*10**19 Nm (HRV). Mo=1.6*10**19 Nm (PPT). |
| 13 | 17:11:07.5 | 17.955 | -76.583 | 16 D | 5.5 | 4.8 | 1.1 337 | JAMAICA REGION. Mw 5.5 (HRV). MD 5.7 (UPA), 5.4 (HOJ). Mo=2.0*10**17 Nm (HRV). One person killed and some damage (VII) in the Kingston area. Felt strongly throughout much of Jamaica. |
| 15 | 11:06:05.9 | 43.300 | 143.691 | 102 G | 6.9 | 7.1 | 1.5 203 | HOKKAIDO, JAPAN REGION. Mw 7.5 (GS), 7.6 (HRV). Ms 6.7 (BRK). Mo=2.2*10**20 Nm (GS). Mo=2.7*10**20 Nm (HRV). Mo=5.5*10**20 Nm (PPT). Two people killed, 614 injured and substantial damage (VI JMA) at Kushiro, Hokkaido and Hachinohe, Honshu. Felt (V JMA) at Hiroo, Nemuro, Obihiro, Otaru and Urakawa; (IV JMA) at Hakodate and Tomakomai; (III JMA) at Sapporo, Hokkaido. Felt (IV JMA) at Aomori and Morioka; (III JMA) at Akita, Fukushima, Sendai, Tokyo and Yokohama, Honshu. Also felt (VII) on Shikotan and (VI) at Kurilsk, Kuril Islands. Landslides and subsidence occurred in the epicentral area. |
| 19 | 14:39:26.1 | 38.649 | 133.465 | 448 G | 6.0 | | 0.9 657 | SEA OF JAPAN. Mw 6.6 (GS), 6.5 (HRV). mb 6.2 (BRK). Mo=1.0*10**19 Nm (GS). |

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 7 of 31

26, 20:32:06.9  Mo=6.3*10**18 Nm (HRV).
23.027 101.062  33 N  5.4  5.6  1.0  254  YUNNAN, CHINA. Mw 5.6
(HRV). Mo=3.1*10**17 Nm (HRV). At least 66 people injured,
6,972 houses destroyed and 21,444 seriously damaged in
southwestern Yunnan Province.

27 10:27:05.6  32.104  60.088  33 N  5.1      1.1  139  NORTHERN IRAN. Three
people injured and 200 houses destroyed in the Nehbandan area.

31 19:33:34.4  25.905 101.535  33 N  4.9  4.5  1.1  75  YUNNAN, CHINA. ML 4.7
(BJI). Two people were killed and some houses were slightly
damaged in Dayao County.

FEB 1993
07 13:27:42.0  37.634 137.245  11 G  6.3  6.2  0.9  673  NEAR WEST COAST OF
HONSHU, JAPAN. Mw 6.6 (GS), 6.3 (HRV). Ms 5.9 (BRK).
Mo=8.3*10**18 Nm (GS). Mo=3.4*10**18 Nm (HRV). Mo=1.0*10**19 Nm
(PPT). At least sixteen people injured and some damage in
Ishikawa, Toyama and Niigata Prefectures. Landslides occurred
at Suzu. Maximum intensity IV (JMA) reported at Wajima. Felt
throughout much of central Honshu.

13 02:25:49.7  8.331  39.308  12 D  5.0  4.9  1.0  99  ETHIOPIA. Mw 5.3  (HRV).
Mo=1.1*10**17 Nm (HRV). Some injuries and damage in the Nazret
area. Felt at Addis Ababa and Debre Zeyit.

MAR 1993
06 03:05:49.8  -10.972 164.181  20 G  6.1  7.1  1.2  304  SANTA CRUZ ISLANDS
REGION. Mw 7.1 (GS), 7.1 (HRV). Ms 7.2 (BRK). Mo=5.5*10**19 Nm
(GS). Mo=5.2*10**19 Nm (HRV). Mo=7.0*10**19 Nm (PPT). Felt
(III) at Honiara, Guadalcanal.

06 10:02:06.9  -26.536 -177.355  18 G  5.9  6.6  1.2  274  SOUTH OF FIJI ISLANDS.
Mw 6.6 (GS), 6.5 (HRV). Ms 6.6 (BRK). Mo=8.0*10**18 Nm (GS).
Mo=6.7*10**18 Nm (HRV). Mo=1.7*10**19 Nm (PPT).

06 16:26:56.9  -11.062 163.386  25 D  5.7  6.1  1.1  207  SOLOMON ISLANDS. Mw 6.7
(HRV). Ms 6.5 (BRK). Mo=1.1*10**19 Nm (HRV). Mo=1.6*10**19 Nm
(PPT). Felt (III) at Honiara.

10 12:39:23.9  -59.700 -25.719  33 N  5.4  6.4  1.2  148  SOUTH SANDWICH ISLANDS
REGION. Mw 6.5 (HRV). Ms 6.5 (BRK). Mo=5.8*10**18 Nm (HRV).

12 14:01:35.4  -14.385 -178.252  10 G  6.0  6.4  1.2  463  FIJI ISLANDS REGION. Mw
6.4 (GS), 6.4 (HRV). Ms 6.5 (BRK). Mo=4.6*10**18 Nm (GS).
Mo=4.0*10**18 Nm (HRV). Mo=4.0*10**18 Nm (PPT). Five people
killed, more than 20 seriously injured and damage on Futuna
Island.

15 16:08:57.8  -26.708 -70.918  29 G  6.0  6.2  1.1  399  NEAR COAST OF NORTHERN
CHILE. Mw 6.7 (GS), 6.5 (HRV). Ms 5.9 (BRK). Mo=1.1*10**19 Nm
(GS). Mo=6.4*10**18 Nm (HRV). Mo=2.2*10**19 Nm (PPT). Some
damage (VI) in the Chanaral-Copiapo-Taltal area. Felt (V) at
Vallenar; (IV) at Antofagasta, Mejillones, Sierra Gorda,
Tocopilla and Vicuna; (III) at Andacollo, Combarbala, La Serena

20 14:51:59.7      and Maria Elena; (II) at Calama, Coquimbo and Ovalle.
                   29.084  87.333  12 G 5.8 6.0 1.1 482 XIZANG. Mw 6.2 (HRV). Ms
                   5.8 (BRK). Mo=2.5*10**18 Nm (HRV). Mo=4.1*10**18 Nm (PPT). At
                   least two people killed, 3 seriously injured and damage in
                   Ngamring County. Felt at Xigaze. Also felt at Kathmandu, Nepal.

21 05:04:59.1      -18.042 -178.528 589 G 6.1  0.9 564 FIJI ISLANDS REGION. Mw
                   6.3 (GS), 6.3 (HRV). mb 6.5  (BRK). Mo=3*10**18 Nm (GS).
                   Mo=3.3*10**18 Nm (HRV).

25 13:34:35.4      45.035 -122.607  21     5.5 5.4     454 WASHINGTON-OREGON BORDER
                   REGION. Mw 5.6 (HRV). . ML 5.7 (SEA), 5.5 (BRK).
                   Mo=1.6*10**17 Nm (BRK). Mo=3.2*10**17 Nm (HRV). Numerous people
                   were treated for minor injuries. Damage (VII) at Canby,
                   Molalla, Mount Angel and Newberg, Oregon. Slight damage (VI) at
                   Amity, Aurora, Boring, Cascadia, Dayton, Donald, Dundee,
                   Estacada, Grande Ronde, Lake Oswego, Mill City, Mulino, Oregon
                   City, Portland, Salem, Silverton and West linn, Oregon. Also
                   damage to several bridges in the McMinnville, Oregon area.
                   Landslides were reported near Mount Hood, Oregon. Felt (V)
                   throughout a wide area of northwestern Oregon including
                   Brightwood, Corvallis, Dallas, Detroit, Government Camp,
                   Gresham, Hillsboro, Idanha, Mill City, Milwaukie, Nehalem,
                   Pacific City, Rainer and Sandy. Also felt (V) at Camas, Kalama
                   and Underwood, Washington. Felt south as far as Coos Bay,
                   Oregon and north to Seattle, Washington.

26 11:58:15.1      37.589  21.391  10 G 5.2 5.2 1.2 215 SOUTHERN GREECE. Mw 5.4
                   (HRV). ML 4.8 (ATH), 4.8 (THE). Mo=1.6*10**17 Nm (HRV). Two
                   people were slightly injured and damage in the Pirgos-Amalias
                   area .Felt in Akhaia, Arkadhia, Ilia, Messinia and Zakinthos
                   Provinces.

26 22:52:46.9      30.692  50.886  30 D 5.1 4.8  1.2 259 NORTHERN IRAN. Mw 5.1
                   (HRV). Mo=5.2*10**16 Nm (HRV). Considerable damage in Bovir
                   Ahmadi va Kohkiluyeh Province.

APR 1993
08 09:48:03.8*     37.902  47.985  10 G 4.7      1.3  12 NORTHWESTERN IRAN.
                   Several people injured in the Sarab-Ardabil area.

16 14:08:38.9      -17.778 -178.864 565 G 6.0     1.1 585 FIJI ISLANDS REGION. Mw
                   6.9 (GS), 6.9 (HRV). mb 6.0  (BRK). Mo=2.6*10**19 Nm (GS).
                   Mo=2.6*10**19 Nm (HRV). Mo=1.0*10**19 Nm (PPT).

18 09:16:23.2      -11.652 -76.530 106 G 6.0     1.0 513 CENTRAL PERU. Mw 6.3
                   (GS), 6.3 (HRV). mb 5.8  (BRK). Mo=2.7*10**18 Nm (GS).
                   Mo=2.8*10**18 Nm (HRV). Six people killed, including 3 killed
                   by earthquake- induced landslides at Lima. Thirty houses
                   destroyed (VI) at Lima. Felt (V) at Chimbote and Huacho; (IV)
                   at Ica and Trujillo; (III) at Huancayo and Huaraz; (II) at
                   Chiclayo.

19 21:01:48.9      4.015  128.204  24 G 6.1 6.7 1.2 439 NORTH OF HALMAHERA,

INDONESIA. Mw 6.8 (GS), 6.8 (HRV), Ms 6.8 (BRK), Mo=1.5*10**19 Nm (GS). Mo=1.6*10**19 Nm (HRV). Mo=2.8*10**19 Nm (PPT).

MAY 1993

10 09:15:08.6   40.347 -76.018   5 G   0.3   9 PENNSYLVANIA. mbLg 2.8 (GS). One person in the Reading area lost his balance because of the earthquake, fell off his bicycle and was injured. Felt (IV) at Reading and (III) at Hamburg and Shillington. Also felt at West Reading, Whitfield and Wyomissing. This is believed to be one of the smallest earthquakes in the United States for which confirmed casualty reports have been received.

11 18:26:51.3   7.219 126.570   59 G 6.1 6.6 1.1 630 MINDANAO, PHILIPPINE ISLANDS. Mw 7.0 (GS), 7.0 (HRV). Ms 6.5 (BRK). Mo=3.8*10**19 Nm (GS). Mo=3.4*10**19 Nm (HRV). Mo=6.3*10**19 Nm (PPT). Felt (V RF) at Bislig and Davao; (IV RF) at Cagayan de Oro and Kidapawan; (III RF) at Cotabato. Also felt (III RF) at Palo, Leyte and (II RF) on Camiguin Island.

13 11:59:49.26   55.177 -160.458   32 G 6.4 6.8   766 ALASKA PENINSULA. Mw 6.9 (GS), 6.9 (HRV). Ms 6.8 (BRK). Mo=2.3*10**19 Nm (GS). Mo=2.5*10**19 Nm (HRV). Mo=6.5*10**19 Nm (OBN). Mo=2.9*10**19 Nm (PPT). Items knocked from shelves at Sand Point and King Cove. Felt (VI) at Sand Point; (V) at Chignik, Chignik Lagoon, False Pass, King Cove, Nelson Lagoon and Perryville; (IV) at Cold Bay and Port Heiden; (III) at Akhiok and Akutan; (II) at Kodiak.

14 13:37:24.2   -26.834  26.666   5 G   1.3   12 REPUBLIC OF SOUTH AFRICA. ML 3.8 (PRE). mbLg 3.6 (BUL). Some people possibly killed in a mine explosion.

15 21:52:25.3   51.374 -178.669   32 G 6.2 6.6 1.1 661 ANDREANOF ISLANDS, ALEUTIAN ISLANDS. Mw 6.8 (GS), 6.9 (HRV). ML 6.1 (PMR). Ms 6.3 (BRK). Mo=2.0*10**19 Nm (GS). Mo=2.5*10**19 Nm (HRV). Mo=3.6*10**19 Nm (PPT). Felt (V) on Adak and (IV) on Amchitka.

16 21:44:48.9   -15.286 -173.332   21 G 6.1 6.7 1.2 515 TONGA ISLANDS. Mw 6.6 (GS), 6.6 (HRV). Ms 6.8 (BRK). Mo=8.1*10**18 Nm (GS). Mo=8.9*10**18 Nm (HRV). Mo=9.0*10**18 Nm (PPT).

17 16:02:53.1   -5.343 151.985   17 G 5.7 6.3 1.1 345 NEW BRITAIN REGION, PAPUA NEW GUINEA. Mw 6.3 (GS), 6.4 (HRV) Ms 6.5 (BRK). Mo=3.1*10**18 Nm (GS). Mo=4.5*10**18 Nm (HRV). Mo=3.6*10**18 Nm (PPT). Felt (I) at Rabaul.

18 10:19:33.7   19.914 122.450 169 G 6.4   1.3 606 PHILIPPINE ISLANDS REGION. Mw 6.8 (GS), 6.7 (HRV). mb 6.6 (BRK). Mo=2.0*10**19 Nm (GS). Mo=1.3*10**19 Nm (HRV). Mo=1.1*10**19 Nm (PPT).

24 23:51:28.2?   -22.670 -66.540 221 G 6.6   0.8   37 JUJUY PROVINCE, ARGENTINA. Mw 7.0 (GS), 7.0 (HRV). mb 6.6 (BRK). Mo=3.3*10**19 Nm (GS). Mo=3.3*10**19 Nm (HRV). Mo=7.1*10**19 Nm (PPT). Felt (V) in Jujuy, Salta and Tucuman Provinces. Also felt (V) in the

Case 1:03-cv-00009   Document 320   Filed 10/31/2005   Page 10 of 31

Antofagasta-Taltal-Calama area; (IV) at Mejillones, San Pedro
and Tocopilla; (III) at Iquique and (II) at Copiapo, Chile.
Felt (III) at Arequipa, Peru.

JUN 1993

06 13:23:20.8    15.823  146.595   14 G 6.0 6.6  1.2 323 MARIANA ISLANDS. Mw 6.5
                 (GS), 6.4 (HRV). Ms 6.4 (BRK). Mo=6.3*10**18 Nm (GS).
                 Mo=5.2*10**18 Nm (HRV). Mo=9.1*10**18 Nm (PPT). Felt on Saipan.

08 13:03:36.4    51.218  157.829   71 G 6.4 7.3  1.0 662 NEAR EAST COAST OF
                 KAMCHATKA. Mw 7.1 (GS), 7.5 (HRV). Ms 7.2 (BRK). Mo=5.4*10**19
                 Nm (GS). Mo=2.0*10**20 Nm (HRV). Mo=1.8*10**10 Nm (OBN).
                 Mo=3.0*10**20 Nm (PPT). Damage (VII) at Severo-Kurilsk. Felt
                 (VI) at Petropavlovsk-Kamchatskiy. Maximum tsunami wave heights
                 (peak-to-trough) recorded at selected tide stations were as
                 follows: 12 cm. at Hilo, 10 cm. on Shemya, cm. on Midway Island
                 and 5 cm. at Haleiwa, Hawaii.

08 23:17:41.4   -31.560  -69.234  113 G 6.5          0.9 558 SAN JUAN PROVINCE,
                 ARGENTINA. Mw 6.3 (GS), 6.3 (HRV). mb 6.4 (BRK). Mo=3.5*10**18
                 Nm (GS). Mo=3.2*10**18 Nm (HRV). Mo=3.1*10**18 Nm (PPT). Felt
                 (VI) in Mendoza Province, Argentina. Felt (V) at Illapel, (IV)
                 at Valparaiso and (III) at Copiapo, La Serena, Quilloto and
                 Santiago, Chile. Also felt in Cordoba, La Rioja and San Juan
                 Provinces, Argentina.

18 11:52:51.6*  -29.053 -176.753   16 G 6.2 6.7  1.2  55 KERMADEC ISLANDS REGION.
                 Mw 6.6 (GS), 6.6 (HRV). Ms 7.1 (BRK). Mo=7.6*10**18 Nm (GS).
                 Mo=8.8*10**18 Nm (HRV). Mo=1.6*10**19 Nm (PPT).

18 17:57:46.6   -28.678 -176.893   11 D 5.9 6.7  1.1 322 KERMADEC ISLANDS REGION.
                 Mw 6.7 (GS), 6.5 (HRV). Ms 7.1 (BRK). Mo=1.2*10**19 Nm (GS).
                 Mo=7.0*10**18 Nm (HRV). Mo=1.3*10**19 Nm (PPT).

22 16:32:43.7    30.149  50.814   33 N 5.5 4.8  0.9 293 NORTHERN IRAN. Mw 5.4
                 (HRV). Mo=1.3*10**17 Nm (HRV). Several people injured and at
                 least 70 homes destroyed in Bovir Ahmadi va Kohkiluyeh
                 Province. Landslides blocked roads in the epicentral area.

30 23:47:33.9   -20.836  172.957   13 G 5.9 6.7  1.3 270 VANUATU ISLANDS REGION.
                 Mw 6.7 (GS), 6.7 (HRV). Mo=1.3*10**19 Nm (GS). Mo=1.3*10**19 Nm
                 (HRV). Mo=2.6*10**19 Nm (PPT).

JUL 1993

10 20:40:58.9     9.821  -83.622   20 D 5.3 5.6  1.3 256 COSTA RICA. Mw 5.8
                 (HRV). MD 5.2 (HDC). Mo=6.6*10**17 Nm (HRV). One person was
                 killed, another died of heart attack and at least nine people
                 were injured in the Turrialba area. Damage occurred to homes
                 and buildings at Cartago and Turrialba. Landslides blocked
                 roads in the epicentral area. Felt throughout Costa Rica.

11 13:36:21.2   -25.304  -70.166   48 G 6.2 6.1  1.2 459 NEAR COAST OF NORTHERN
                 CHILE. Mw 6.6 (GS), 6.6 (HRV). Ms 5.8 (BRK). Mo=8.6*10**18 Nm
                 (GS). Mo=1.0*10**19 Nm (HRV). Mo=2.5*10**19 Nm (PPT). Slight

12 13:17:11.9  damage (VI) at Taltal. Felt (V) at Antofagasta, Chanaral, Copiapo, Mejillones and Socaire; (IV) at Baquedano and Calama; (III) at Caldera and Vallenar. Landslides occurred in the epicentral area.

42.851 139.197  17 G 6.6 7.6 1.0 762 HOKKAIDO, JAPAN REGION. Mw 7.3 (GS), 7.7 (HRV). Ms 7.3 (BRK). Mo=1.1*10**20 Nm (GS). Mo=4.7*10**20 Nm (HRV). Mo=1.0*10**21 Nm (PPT). At least 200 people were killed and 39 missing in the Hokkaido region, including at least 165 killed on Okushiri. One person on a fishing boat was killed off Aomori, Honshu. Three people were missing from the southeast coast of Russia. Severe damage (V JMA) was caused by the earthquake and accompanying fires, landslides and tsunami in southwestern Hokkaido. 540 houses were destroyed and 1,834 others were damaged. Approximately 600 fishing boats were damaged or lost off western Japan, southeastern Russia and South Korea. Tsunami wave heights as high as 30.6 meters was reported along the southwest coast of Okushiri Island, 10 meters along the west coast of Hokkaido, 3 meters at Nakhodka, Russia, 2 meters along the northeast coast of South Korea and nearly 1 meter at Aomori, Honshu. The tsunami affected much of the southeastern coast of Russia and also caused damage to a factory at Kamenka, Sakhalin Island.

14 12:31:49.4  38.224 21.756 23 D 5.3 5.5 1.3 412 GREECE. Mw 5.6 (HRV). MD 5.5 (VIE), 5.2 (HLW), 5.0 (ATH). ML 4.9 (TIR), 4.8 (THE). Mo=3.2*10**17 Nm (HRV). At least five people were injured and 200 buildings were damaged at Patras. Felt as far as Attiki Province.

22 04:57:07.0  6.470 -71.210 20 G 6.1 5.9 1.1 557 NORTHERN COLOMBIA. Mw 6.1 (GS), 6.0 (HRV). Ms 5.6 (BRK). Mo=1.5*10**18 Nm (GS). Mo=1.3*10**18 Nm (HRV). Mo=3.0*10**18 Nm (PPT). Two people killed, some injured and many houses destroyed at Puerto Rondon, Puerto Colombia. Felt strongly in northeastern Colombia and western Venezuela. Also felt at Bogota, Colombia and Caracas, Venezuela.

AUG 1993
01 00:20:40.5  15.385 31.690 13 D 5.2 5.1 1.1 241 SUDAN. Mw 5.5 (HRV). Mo=2.2*10**17 Nm (HRV). At least two people killed, nine injured and damage in the Khartoum area.

04 11:31:18.0  -1.629 99.615 32 G 5.9 6.3 1.0 434 SOUTHERN SUMATERA, INDONESIA. Mw 6.5 (GS), 6.4 (HRV). Ms 6.2 (BRK). Mo=6.2*10**18 Nm (GS). Mo=5.1*10**18 Nm (HRV). Mo=4.0*10**18 Nm (PPT). Felt strongly in the Padang area.

07 17:53:24.2  -23.866 179.846 523 G 6.0  1.0 524 SOUTH OF FIJI ISLANDS. Mw 6.7 (GS), 6.7 (HRV). mb 5.9 (BRK). Mo=1.3*10**19 Nm (GS). Mo=1.3*10**19 Nm (PPT).

07 19:42:41.9  41.985 139.839 14 G 6.2 6.1 0.9 587 HOKKAIDO, JAPAN REGION.

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 12 of 31

08 08:34:24.9    12.982  144.801  59 G 7.1 8.0 1.1 438 SOUTH OF MARIANA
Mw 6.5 (GS), 6.3 (HRV). Ms 5.6 (BRK). Mo=6.9*10**18 Nm (GS).
Mo=3.0*10**18 Nm (HRV). Mo=7.6*10**18 Nm (PPT). Felt (V JMA) on
Okushiri. Also felt on Hokkaido.

ISLANDS. Mw 7.5 (GS), 7.8 (HRV). Ms 8.2 (BRK). Mo=2.2*10**20 Nm
(GS). Mo=5.2*10**20 Nm (HRV). Mo=7.8*10**20 Nm (OBN).
Mo=9.0*10**20 Nm (PPT). Forty-eight people injured on Guam.
Extensive damage (IX) to hotels in the Tumon Bay area. Cracks
tens of meters long and 25-50 cm wide, caused by liquefaction
in the underlying soil, damaged facilities at the commercial
port and naval base at Apra Harbor. Damage (VII) occurred at
several locations in the northern half of the island. One end
of the approach to a bridge at Pago Bay fell more than 35 cm.
Many landslides and rockslides were reported, mainly in the
southern half of the island. The preliminary estimate of loss
from damage to commercial buildings is placed at 112 million
U.S. dollars and loss from damage to private residences is
estimated at several million U.S. dollars. Slight damage (V) on
Saipan. Felt (VI) on Rota and (V) on Tinian. Tsunami generated
with maximum wave heights at selected tide stations as follows:
98 cm at Muroto-misaki, Shikoku; 68 cm on Chichi-shima, Bonin
Islands; 58 cm at Tosashimizu, Shikoku; 56 cm at Aburatsu,
Kyushu; 46 cm at Mera and Owase, Honshu; 44 cm at Ayukawahama,
Honshu; 42 cm at Omae-zaki, Honshu; 34 cm at Hanasaki and
Kushimoto, Honshu, 34 cm at Hirara, Ryukyu Islands; 28 cm at
Ofunato, Honshu; 24 cm at Kochi, Shikoku; 19 cm at Port Allen,
Kauai; 15 cm at Lahania, Maui; 14 cm at Haleiwa, Oahu; 12 cm at
Hachinohe, Honshu and Kahului, Maui; 7 cm at Kapoho, Hawaii and
Nawiliwili, Kauai; 5 cm at Honokohau, Hawaii.

09 12:42:48.1    36.379   70.868  215 G 6.2    1.2 601 HINDU KUSH REGION,
AFGHANISTAN. Mw 7.0 (GS), 7.0 (HRV). Mo=3.1*10**19 Nm (GS).
Mo=3.6*10**19 Nm (HRV). Mo=5.0*10**19 Nm (PPT). Felt in
northern and eastern Pakistan as far south as Multan. Felt at
Delhi and other parts of northern India. Felt in eastern Jammu
and Kashmir. Also felt (III) at Dushanbe, Tajikistan.

10 00:51:53.2    -45.277  166.927  28 G 6.2 7.0 1.1 420 OFF WEST COAST OF SOUTH
ISLAND, NEW ZEALAND. Mw 7.0 (GS), 7.0 (HRV). Mo=3.3*10**19 Nm
(GS). Mo=3.3*10**19 Nm (HRV). Mo=4.0*10**19 Nm (PPT). Felt (VI)
on South Island within 150 km of the epicenter. Power outages
reported in the Te Anau area. Felt throughout South Island and
in southern North Island. Also felt at Sydney, Australia.

10 09:46:35.3    -38.520  177.553   14 G 6.0 6.0 1.1 280 NORTH ISLAND, NEW
ZEALAND. Mw 6.4 (HRV). ML 6.5 (WEL). Mo=4.4*10**18 Nm (HRV).
Mo=5.4*10**18 Nm (PPT). Some damage (VII) at Gisborne. Felt
(VII) within 100 km of the epicenter. Felt in central and
southern North Island.

20 05:06:53.8    -5.997  142.743   15 G 6.0 6.0 1.1 475 NEW GUINEA, PAPUA NEW

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 13 of 31

GUINEA. Mw 6.2 (GS), 6.2 (HRV), Ms 6.4 (BRK). Mo=2.3*10**18 Nm (GS). Mo=2.1*10**18 Nm (HRV). Mo=1.2*10**18 Nm (PPT). Five people injured and damage in the Tari area.

SEP 1993

03 12:35:00.2    14.523   -92.713   27 G 5.8 6.8 1.1 416 NEAR COAST OF CHIAPAS, MEXICO. Mw 6.8 (GS), 6.8 (HRV). Ms 6.7 (BRK). Mo=1.6*10**19 Nm (GS). Mo=1.5*10**19 Nm (HRV). Mo=2.0*10**19 Nm (PPT). Felt in Chiapas, Guerrero, Michoacan and at Mexico City. Also felt (III) at San Salvador, El Salvador.

06 03:56:00.1    -4.641   153.231   49 G 6.2 6.6 0.9 492 NEW IRELAND REGION, PAPUA NEW GUINEA. Mw 6.6 (GS), 6.6 (HRV), Ms 6.7 (BRK). Mo=9.6*10**18 Nm (GS). Mo=1.0*10**19 Nm (HRV).Mo=1.4*10**19 Nm (PPT). Felt (V) at Rabaul.

07 02:48:50.8    -31.635   -179.440   10 G 5.9 6.5 1.2 206 KERMADEC ISLANDS REGION. Mw 6.5 (GS), 6.4 (HRV). Ms 6.5 (BRK). Mo=6.6*10**18 Nm (GS). Mo=4.8*10**18 Nm (HRV). Mo=3.4*10**18 Nm (PPT).

10 19:12:54.6    14.717   -92.645   34 G 6.2 7.3 1.3 466 NEAR COAST OF CHIAPAS, MEXICO. Mw 7.2 (GS), 7.2 (HRV). Ms 7.2 (BRK). Mo=8.0*10**19 Nm (GS). Mo=8.3*10**19 Nm (HRV). Mo=1.0*10**20 Nm (PPT). One person killed, 3 injured and considerable damage in southwestern Guatemala. Rockslides blocked some roads in Guatemala. Some damage in parts of Chiapas, Mexico. Felt strongly in southern Mexico and as far away as Mexico City. Felt in much of Central America.

21 03:28:55.4    42.314   -122.012   11 G 5.7 5.8 1.2 534 OREGON. Mw 6.0 (GS), 6.0 (HRV). ML 5.9 (BRK). MD 5.9 (SEA). Mo=7.8*10**17 Nm (BRK). Mo=1.0*10**18 Nm (GS). Mo=1.1*10**18 Nm (HRV). Mo=1.7*10**18 Nm (PPT). The Klamath Falls earthquakes caused two deaths and approximately 7.5 million U.S. dollars in damage. One person was killed when the car he was driving was crushed by a boulder in an earthquake-induced rockfall and another person died of a heart attack. More than 1,000 homes and commercial buildings were damaged. Maximum intensity VII in downtown Klamath Falls and at the Oregon Institute of Technology about three kilometers north of downtown. Three highways leading to Klamath Falls were temporarily closed because of rockfalls or concern about possible damage to bridges. Rockfalls and rockslides occurred in roadcuts and on steep slopes throughout the epicentral region. Ground cracks in fill material were observed at several locations in the area. Felt in southern Oregon as far north as Eugene and in northern California as far south as Redding.

21 05:45:33.7    42.358   -122.045   5 G 5.6 5.8 1.3 515 OREGON. Mw 6.0 (HRV), ML 5.9 (BRK). MD 6.0 (SEA). Mo=8.1*10**17 Nm (BRK). Mo=1.0*10**18 Nm (HRV). Mo=1.5*10**18 Nm (PPT). Additional damage in the Klamath Falls area. At some locations northwest of Klamath

Falls this earthquake produced higher intensities than the
event which occurred at 0328.

27 13:37:32.9   -53.651 -51.621 33 N 6.2 6.6 1.2 189 SOUTH ATLANTIC OCEAN. Mw
6.6 (GS), 6.6 (HRV). Ms 6.3 (BRK). Mo=8.2*10**18 Nm (GS).
Mo=9.1*10**18 Nm (HRV). Mo=1.9*10**19 Nm (PPT). Felt on the
Falkland Islands.

29 22:25:48.6   18.066 76.451    7 G 6.3 6.2 1.0 625 SOUTHERN INDIA. Mw 6.2
(GS), 6.2 (HRV). Mo=1.9*10**18 Nm (GS). Mo=2.2*10**18 Nm (HRV).
Mo=3.1*10**18 Nm (PPT). Nine thousand seven hundred forty-eight
people killed, about 30,000 injured and extreme devastation in
the Latur-Osmanabad area. Nearly all buildings were destroyed
in the village of Khillari. Felt in large parts of central and
southern India, including Bangalore, Bombay, Hyderabad and
Madras.

30 18:27:50.8   15.417 -94.698   19 G 5.8 6.4 1.1 346 NEAR COAST OF OAXACA,
MEXICO. Mw 6.5 (HRV). Ms 6.5 (BRK). Mo=6.0*10**18 Nm (HRV).
Mo=1.1*10**19 Nm (PPT). Felt on the Isthmus of Tehuantepec and
at Veracruz. Felt slightly at Mexico City.

OCT 1993
05 01:59:56.6   41.667 88.695    0 G 5.9 4.7 0.9 502 SOUTHERN XINJIANG,
CHINA. Underground nuclear explosion (DOE press release).

05 05:09:45.7   -6.130 128.965   13 D 5.9 6.1 1.2 245 BANDA SEA. Mw 6.6 (GS),
6.4 (HRV). Mo=8.8*10**18 Nm (GS). Mo=4.0*10**18 Nm (HRV).
Mo=1.6*10**19 Nm (PPT).

11 15:54:21.2   32.020 137.832  351 G 6.4    1.0 668 SOUTH OF HONSHU, JAPAN.
Mw 6.8 (GS), 6.9 (HRV). mb 6.7 (BRK). Mo=2.0*10**19 Nm (GS).
Mo=2.5*10**19 Nm (HRV). Mo=3.9*10**19 Nm (PPT). One person died
of heart attack and four other people were injured in the Tokyo
area. Felt (IV JMA) at Tokyo and Yokohama; (III JMA) at Chiba,
Fukushima and Utsunomiya; (II JMA) at Kushiro, Morioka and
Sendai.

13 02:06:00.3   -5.889 146.020   25 G 6.4 7.0 1.3 423 EASTERN NEW GUINEA
REGION, PAPUA NEW GUINEA. Mw 6.6 (GS), 6.9 (HRV). Ms 7.2 (BRK).
ML 7.1 (PMG). Mo=8.1*10**18 Nm (GS). Mo=2.5*10**19 Nm (HRV).
Mo=4.1*10**19 Nm (PPT). Sixty people were killed and several
injured in the Upper Markham Valley. Large landslides blocked
the Umea River and contributed to many of the casualties.

13 03:07:30.9   -5.932 146.153   33 N 6.1 6.7 1.2 267 EASTERN NEW GUINEA
REGION, PAPUA NEW GUINEA. Mw 6.5 (HRV). Ms 6.7 (BRK). ML 6.5
(PMG). Mo=7.2*10**18 Nm (HRV).

16 03:05:30.3   -5.898 146.202   27 G 6.2 6.4 1.0 382 EASTERN NEW GUINEA REG.,
P.N.G. Mw 6.3 (GS), 6.3 (HRV). Ms 6.5 (BRK). ML 6.5 (PMG).
Mo=3.2*10**18 Nm (GS). Mo=3.0*10**18 Nm (HRV). Mo=4.7*10**18 Nm
(PPT). Three people killed and additional damage in the Upper
Markham Valley.

20 16:15:59.6   28.723 82.280   37 D 5.1    0.9 104 NEPAL. MD 4.7 (NDI). At

Case 1:03-cv-00009   Document 320   Filed 10/31/2005   Page 15 of 31

24 07:52:15.6    least 55 people injured and 46 houses severely damaged in northwestern Nepal. Felt in parts of Uttar Pradesh, India.

16.755   -98.717   21 G 6.3 6.7 1.0 506 NEAR COAST OF GUERRERO, MEXICO. Mw 6.7 (GS), 6.6 (HRV), Ms 6.5 (BRK). Mo=1.2*10**19 Nm (GS). Mo=1.0*10**19 Nm (HRV). Mo=1.4*10**19 Nm (PPT). Felt (VII) at Mexico City and (V) at Puebla.

25 10:27:04.5   -5.909   145.990   30 D 6.3 7.0 1.2 416 EASTERN NEW GUINEA REGION, PAPUA NEW GUINEA. Mw 6.7 (GS), 6.7 (HRV). Ms 7.1 (BRK). ML 6.6 (PMG). Mo=1.2*10**19 Nm (GS). Mo=1.2*10**19 Nm (HRV). Mo=1.0*10**19 Nm (PPT). Felt (III) at Rabaul.

NOV 1993

12 13:27:28.1   18.120   76.533   10 G 4.6   0.8   34 SOUTHERN INDIA. At least 25 people injured and more than 100 houses damaged in the Latur area. Felt in the Osmanabad-Sholapur-Gulbarga area.

13 01:18:04.1   51.934   158.647   34 G 6.5 7.0 1.0 699 NEAR EAST COAST OF KAMCHATKA. Mw 7.0 (GS), 7.0 (HRV), Ms 6.7 (BRK). Mo=3.8*10**19 Nm (GS). Mo=4.0*10**19 Nm (HRV). Mo=3.9*10**19 Nm (PPT). Felt (VI) at Petropavlovsk-Kamchatskiy and (IV) at Severo-Kurilsk.

19 01:43:23.7   54.287   -164.164   30 G 6.1 6.4 1.2 634 UNIMAK ISLAND REGION. Mw 6.5 (HRV). Ms 6.0 (BRK). Mo=5.7*10**18 Nm (HRV). Mo=5.0*10**18 Nm (PPT). Slight damage (VI) at False Pass where items were overturned and a television was knocked onto the floor. Felt (V) at Akutan and King Cove, (IV) at Cold Bay and (II) at Sand Point.

22 22:43:26.4   11.743   -86.135   108 D 5.2   1.2 298 NEAR COAST OF NICARAGUA. Mw 5.9 (HRV), mb 5.8 (BRK). Mo=9.1*10**17 Nm (HRV). Mo=1.6*10**18 Nm (PPT). One person died from possible heart attack during the earthquake. Felt (V) in the Cosiguina-Tipitapa-Rivas area, (IV) at Las Banderas and Los Zarzales and (III) at Sapoa.

30 20:37:12.8   39.263   75.533   18 D 5.2 5.6 1.0 209 SOUTHERN XINJIANG, CHINA. Mw 5.6 (HRV). Mo=2.8*10**17 Nm (HRV). At least four people were injured and about 100 houses destroyed in the Shufu area.

DEC 1993

09 04:32:19.5   0.486   125.995   15 G 6.5 6.7 1.2 493 NORTHERN MOLUCCA SEA. Mw 6.8 (GS), 6.9 (HRV). Ms 6.7 (BRK). Mo=1.8*10**19 Nm (GS). Mo=2.9*10**19 Nm (HRV). Mo=4.5*10**19 Nm (PPT). Felt (IV) at Manado and Ternate, Indonesia.

09 11:38:27.9   0.425   125.891   16 G 6.3 6.4 1.2 362 NORTHERN MOLUCCA SEA. Mw 6.6 (GS), 6.8 (HRV). Ms 6.3 (BRK). Mo=8.5*10**18 Nm (GS). Mo=1.5*10**19 Nm (HRV). Mo=2.2*10**19 Nm (PPT). Felt (III) at Manado and (II) at Ternate, Indonesia.

29 07:48:14.2   -20.230   169.789   33 N 6.1 6.7 1.1 339 VANUATU ISLANDS. Mw 6.4 (GS), 7.0 (HRV). Ms 6.8 (BRK). Mo=3.9*10**18 Nm (GS).

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 16 of 31

Mo=3.7*10**19 Nm (HRV). Mo=7.3*10**19 Nm (PPT).
29 08:39:44.8    -19.990  169.857  33 N  6.1 6.5  1.1 286 VANUATU ISLANDS. Mw 6.5
(HRV). Mo=5.5*10**18 Nm (HRV).

Other Notable North American Earthquakes

APR 1993
29 08:21:00.8    35.611 -112.112  10 G  5.5 5.0 1.0 266 WESTERN ARIZONA. Mw 5.3
(HRV). Mo=1.0*10**17 Nm (HRV).Some damage at Big Water, Utah
and additional damage at Pipe Springs National Monument. Slight
damage (V) in the Flagstaff area and short power outages at
Grand Canyon Village, Tusayan and Valle. Felt (V) at Ash Fork,
Bellemont, Clarkdale, Cottonwood, Parks, Peach Springs and
Sedona; (IV) at Fredonia, Gray Mountain, Jerome, Page, Paulden,
Seligman, Williams and Winslow; (III) at Chinle, Chloride,
Colorado City, Cornville, Grand Canyon, Kirkland and Pine. Felt
(V) at Bryce, Cedar City, Kanab and Springdale, Utah; (IV) at
Hurricane and Tropic, Utah. Felt at Lake Powell, Orderville,
Rockville and St. George, Utah. Also felt at Cottonwood Cove,
Las Vegas, Overton and Searchlight, Nevada.

MAY 1993
17 23:20:49.24   37.171 -117.775  7     6.0 6.0    515 CALIFORNIA-NEVADA BORDER
REGION. Mw 6.1 (GS), 6.1 (HRV). MD 6.1 (GM). 6.2 (PAS).
ML 6.2 (BRK). Mo=1.6*10**18 Nm (GS). Mo=1.8*10**18 Nm (HRV).
Mo=1.0*10**18 Nm (PPT). Minor damage (V) at Independence and
Lone Pine, California. Felt (V) at Big Pine, Bishop, Mojave,
North Fork and Olancha; (IV) at Benton, Darwin, Inyokern, Lake
Isabella, Lemoore, Miramonte, Onyx, Piedra, Reedley, Selma,
Sequoia National Park, Strathmore, Three Rivers and Trona,
California. Felt (V) at Beatty, Dyer, Goldfield and Tonopah;
(IV) at Amargosa Valley, Nevada. Felt throughout a wide area of
California and Nevada from the San Francisco Bay area,
Sacramento and Los Angeles, California to Carson City, Ely and
Las Vegas, Nevada. A large rockslide occurred about 7
kilometers east of Eureka Valley Sand Dunes.

DEC 1993
04 22:15:19.54   42.303 -122.011  8     5.2 5.2    322 OREGON. . Mw 5.4

(HRV). ML 5.4 (BRK). Mo=1.6*10**17 Nm (HRV). Mo=1.2*10**17 Nm (PPT). Damage (VII) at Klamath Falls. Also slight damage (VI) at Tulelake, California. Felt (V) at Bonanza, Chiloquin, Dairy, Malin, Medford, Merrill and Midland; (IV) at Ashland, Eagle Point, Fort Klamath, Gold Hill, Grants Pass, Jacksonville, Keno, Phoenix, Prospect and Trail. Also felt (V) at Canby and Dorris; (IV) at Cedarville, Etna, Grenada, Montague and Yreka, California.

Compiled by Waverly J. Person

U.S. Department of the Interior, U.S. Geological Survey
USGS Privacy Statement || Disclaimer || FOIA || Accessibility
This page is brought to you by the Earthquake Hazards Program
URL: http://neic.usgs.gov/neis/eqlists/sig_1993.html
Contact: NEIC Web Team
Last modification: Monday, 28-Oct-2002 12:43

FIRSTGOV
Your First Click to the U.S. Government

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 18 of 31

# EXHIBIT "B"

# USGS

## Earthquake Hazards Program

Latest Quakes    EQ Facts & Lists    Hazards & Preparedness    For Kids Only    Regional Websites    Science & Technology

EQ Facts & Lists  **Significant Earthquakes of the World for 2001**

## Earthquake Lists

SIGNIFICANT EARTHQUAKES OF THE WORLD, 2001

Earthquakes of magnitude 6.5 or greater or ones that caused fatalities, injuries or substantial damage.
BRK--Berkeley. PAS--Pasadena.

| DATE UTC | ORIGIN TIME UTC HR MN SEC | GEOGRAPHIC COORDINATES LAT LONG | DEPTH | MAG | SD | NO. STA USED | REGION, ADDITIONAL MAGNITUDES AND COMMENTS |
|---|---|---|---|---|---|---|---|
| JAN 01 | 06 57 04.1 | 6.898 N   126.579 E | 33 N | 7.5 | 1.1 | 324 | MINDANAO, PHILIPPINES. MW 7.5 (HRV), 7.4 (GS), mb 6.4 (GS). MS 7.2 (GS), ME 7.3 (GS), MS 7.3 (BRK), Mo 1.7*10**20 Nm (HRV), 1.5*10**20 Nm (GS), 2.5*10**20 Nm (PPT). Es 1.8*10**15 Nm (GS). Felt at Butuan. Felt (III) on Ternate and at Manado, Sulawesi, Indonesia. |
| JAN 01 | 08 54 31.5 | 6.631 N   126.899 E | 33 N | 6.6 | 0.9 | 64 | MINDANAO, PHILIPPINES. MW 6.8 (HRV). mb 5.6 (GS). MS 6.0 (GS). Mo 1.8*10**19 Nm (HRV). |
| JAN 09 | 16 49 28.0 | 14.928 S  167.170 E | 103 G | 7.1 | 1.1 | 372 | VANUATU ISLANDS. MW 7.1 (GS), 7.0 (HRV). mb 6.3 (GS). ME 7.0 (GS). Mo 5.2*10**19 Nm (GS), 4.2*10**19 Nm (HRV), 2.4*10**19 Nm (PPT). Es 6.6*10**14 Nm (GS). Felt in northern Vanuatu. |
| JAN 10 | 16 02 44.2 | 57.078 N  153.211 W | 33 N | 7.0 | 1.2 | 549 | KODIAK ISLAND REGION, ALASKA. MW 7.0 (HRV), 6.8 (GS). mb 6.2 (GS), 6.8 (GS). ME 6.7 (GS). MS 6.8 (BRK). MS 6.7 (PMR), MS 6.7 (BRK). Mo 3.3*10**19 Nm (HRV), 1.7*10**19 Nm (GS), 1.3*10**19 Nm (PPT). Mo 3.3*10**14 Nm (GS). Felt (VI) at Kodiak and (III) at Anchorage and Seward. Also felt at Anchor Point, Dillingham, Kenai, King Salmon, Old Harbor and Perryville. |
| JAN 13 | 17 33 32.3 | 13.049 N   88.660 W | 60 G | 7.7 | 1.1 | 427 | EL SALVADOR. MW 7.7 (HRV), 7.6 (GS). mb 6.4 (GS). MS 7.8 (GS). ME 7.7 (GS). MS 7.7 (BRK). Mo 4.6*10**20 Nm (HRV), 2.9*10**20 Nm (GS), 4.2*10**20 Nm (PPT). Es 6.8*10**15 Nm (GS). At least 844 |

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 20 of 31

people killed, 4,723 injured, 108,226 houses destroyed and more than 150,000 buildings damaged in El Salvador. About 585 of the deaths were caused by large landslides in Nueva San Salvador and Comasagua. Utilities and roads damaged by more than 16,000 landslides. Damage and injuries occurred in every department of El Salvador. Eight people killed in Guatemala. Felt from Mexico City to Colombia.

JAN 16  13 25 09.8  4.022 S  101.776 E  28 G  6.9  1.2  117
SOUTHERN SUMATERA, INDONESIA. MW 6.9 (GS), 6.8 (HRV), mb 6.5 (GS), MS 6.8 (GS), ME 6.5 (GS). MS 6.3 (BRK). Mo 2.5*10**19 Nm (GS), 2.0*10**19 Nm (HRV). Es 1.1*10**14 Nm (GS). Felt (V) at Bengkulu. Felt (II) at Jakarta, Java.

JAN 26  03 16 40.5  23.419 N  70.232 E  16 G  7.7  1.3  472
SOUTHERN INDIA. MW 7.7 (HRV), 7.6 (GS), 7.6 (CSEM). mb 6.9 (GS). MS 8.0 (GS). ME 7.6 (GS). MS 7.9 (BRK). Mo 3.4*10**20 Nm (HRV), 2.9*10**20 Nm (GS), 3.8*10**20 Nm (CSEM). Es 6.4*10**15 Nm (GS). At least 20,005 people killed, 166,836 injured, approximately 339,000 buildings destroyed and 783,000 damaged in the Bhuj-Ahmadabad-Rajkot area and other parts of Gujarat. Many bridges and roads damaged in Gujarat. At least 18 people killed and some injured in southern Pakistan. Felt throughout northern India and much of Pakistan. Also felt in Bangladesh and western Nepal. The earthquake occurred along an approximately east-west trending thrust fault at shallow depth. The stress that caused this earthquake is due to the Indian plate pushing northward into the Eurasian plate.

FEB 08  16 54 41.0  23.654 N  70.425 E  10 G  5.1  1.2  62
SOUTHERN INDIA. mb 4.9 (GS). MS 5.1 (GS). At least 40 people injured in Gujarat.

FEB 13  14 22 05.8  13.671 N  88.938 W  10 G  6.6  1.4  273
EL SALVADOR. MW 6.6 (HRV), 6.5 (GS). mb 5.5 (GS). MS 6.5 (GS). ME 6.5 (GS). MS 6.5 (BRK). MO 6.1 (CIG), 6.1 (CASC). Mo 8.1*10**18 Nm (HRV), 6.2*10**18 Nm (GS), 1.2*10**19 Nm (PPT). Es 1.1*10**14 Nm (GS). At least 315 people killed, 3,399 injured and extensive damage. The most severe damage occurred in the San Juan Tepezontes-San Vicente-Cojutepeque area. Landslides occurred in many areas of El Salvador. Felt throughout El Salvador and in Guatemala and Honduras.

FEB 13  19 28 30.2  4.680 S  102.562 E  36 G  7.4  1.3  221
SOUTHERN SUMATERA, INDONESIA. MW 7.4 (HRV), 7.2 (GS). mb 6.2 (GS). MS 7.2 (GS). ME 6.8 (GS). MS 7.1 (BRK). Mo 6.5*10**19 Nm (GS), 2.2*10**20 Nm (HRV), 4.7*10**19 Nm (PPT). Es 4.0*10**14 Nm (GS). Felt strongly at Bengkulu. Felt (II) at Jakarta, Java.

FEB 17  20 25 15.72  13.79 N  89.11 W  10 G  4.1  1.6  18
EL SALVADOR. mb 4.1 (GS). One person killed, three injured, additional damage and landslides in the epicentral area.

Case 1:03-cv-00009   Document 320   Filed 10/31/2005   Page 21 of 31

USGS Earthquake Hazards Program: Significant Earthquakes for 2001

| Date | Time | Lat | Lon | Depth | Mag | | | Description |
|---|---|---|---|---|---|---|---|---|
| FEB 19 | 15 51 35.9 | 21.396 N | 102.715 E | 10 G | 4.9 | 1.3 | 33 | LAOS. mb 4.7 (GS). MS 4.9 (GS). Several people injured and many buildings damaged at Dien Bien Phu, Vietnam. |
| FEB 23 | 00 09 23.6 | 29.513 N | 101.129 E | 33 N | 5.6 | 1.0 | 368 | SICHUAN, CHINA. MW 5.6 (GS), 5.6 (HRV), mb 5.7 (GS). MS 5.4 (GS). Mo 3.0*10**17 Nm (HRV), 2.4*10**17 Nm (GS). Three people killed, 109 injured and 60,000 homes destroyed in Kangding and Yajiang Counties. |
| FEB 24 | 07 23 48.7 | 1.271 N | 126.249 E | 35 G | 7.1 | 1.0 | 426 | NORTHERN MOLUCCA SEA. MW 7.1 (GS), 7.1 (HRV), 7.3 (OBN). mb 6.6 (GS). MS 7.0 (GS). ME 7.0 (GS). MS 6.9 (BRK). Mo 4.5*10**19 Nm (GS), 4.5*10**19 Nm (HRV), 9.2*10**19 Nm (OBN), 7.0*10**19 Nm (PPT). Es 8.4*10**14 Nm (GS). Felt (V) on Ternate and (IV) at Manado, Sulawesi. |
| FEB 28 | 12 30 14.0 | 21.986 S | 170.207 E | 10 G | 6.7 | 1.1 | 243 | SOUTHEAST OF LOYALTY ISLANDS. MW 6.7 (HRV), 6.5 (GS). mb 6.0 (GS). MS 6.5 (GS). ME 6.4 (GS). MS 6.7 (BRK). Mo 6.0*10**18 Nm (GS), 1.1*10**19 Nm (HRV), 1.4*10**19 Nm (PPT). Es 9.4*10**13 Nm (GS). |
| FEB 28 | 18 54 32.84 | 47.149 N | 122.727 W | 52 | 6.8 | | 606 | WASHINGTON. <SEA-PP. MW 6.8 (HRV), 6.7 (GS), 6.7 (BRK). mb 6.5 (GS). MS 6.6 (GS). ME 6.5 (GS). Mo 1.8*10**19 Nm (HRV), 1.4*10**19 Nm (GS), 1.4*10**19 Nm (BRK). Es 1.1*10**14 Nm (GS). About 400 people injured and major damage in the Seattle-Tacoma-Olympia area. Maximum intensity (VIII) in the Capitol Hill area of Olympia and in the Pioneer Square area south of downtown Seattle. Preliminary estimates of damage are between 1 and 4 billion U.S. dollars. Felt from central Oregon to southern British Columbia and as far east as southwestern Montana. The maximum recorded acceleration was 0.3g at Seward Park. Landslides occurred in the Tacoma area and near Renton. Liquefaction and sand blows occurred in parts of Olympia and South Seattle. |
| MAR 19 | 05 52 15.8 | 4.029 S | 128.020 E | 33 N | 6.5 | 1.1 | 206 | BANDA SEA. MW 6.5 (GS), 6.5 (HRV). mb 6.0 (GS). MS 6.5 (GS). ME 6.5 (GS). MS 6.5 (BRK). Mo 6.5*10**18 Nm (HRV), 6.3*10**18 Nm (GS), 1.4*10**19 Nm (PPT). Es 1.2*10**14 Nm (GS). Felt (VI) on Ambon, Indonesia. |
| MAR 24 | 06 27 53.5 | 34.083 N | 132.526 E | 50 D | 6.8 | 0.9 | 596 | WESTERN HONSHU, JAPAN. MW 6.8 (HRV), 6.7 (GS). mb 6.4 (GS). MS 6.5 (GS). ME 6.3 (GS). MS 6.5 (BRK). Mo 2.0*10**19 Nm (HRV), 1.3*10**19 Nm (GS), 2.9*10**19 Nm (PPT). Es 5.5*10**13 Nm (GS). Two people killed, 161 injured and about 3,700 buildings damaged or destroyed in the Hiroshima area. Main water lines broken and railroad tracks damaged in the epicentral area. Felt throughout western Japan from the Kyoto area to Kyushu. Also felt in South Korea. Recorded (5U JMA) in Hiroshima and Okayama Prefectures. Also recorded (5U JMA) on Shodo-shima and in Kagawa Prefecture; |

Case 1:03-cv-00009   Document 320   Filed 10/31/2005   Page 22 of 31

(5L JMA) in Ehime and Kochi Prefectures, Shikoku.

**APR 03**  14 57 10.8  34.898 N  138.021 E  33 N  5.4  0.9  183

NEAR S. COAST OF HONSHU, JAPAN. MW 5.4 (HRV). mb 5.1 (GS). MS 4.8 (GS). Mo 1.2*10**17 Nm (HRV). Eight people injured, furniture overturned and windows and water pipes broken in Shizuoka Prefecture. Recorded (5U JMA) in the Shimizu-Shizuoka area; (5L JMA) in south-central Shizuoka Prefecture; (4 JMA) in the Hamamatsu area; (3 JMA) in Aichi, Nagano, Tokyo, Yamanashi and southern Chiba Prefectures; (2 JMA) from northern Chiba to Shiga Prefectures.

**APR 09**  00 00 57.1  32.668 S  73.109 W  11 G  6.7  1.1  314

OFF COAST OF CENTRAL CHILE. MW 6.7 (GS), 6.7 (HRV). mb 6.1 (GS). MS 6.3 (GS). ME 6.4 (GS). MS 6.1 (BRK). Mo 1.2*10**19 Nm (HRV), 1.1*10**19 Nm (GS), 1.7*10**19 Nm (PPT). Es 8.5*10**13 Nm (GS). Felt (IV) at Constitucion, Curepto, Curico, El Quisco, Iloca, La Ligua, Los Andes, San Antonio, San Felipe, Santa Cruz, Santiago, Santo Domingo, Talca, Valparaiso, Vina del Mar and Zapallar; (III) at Cauquenes, Coya, Peluhue, Quillota, Rancagua, Romeral and San Fernando; (II) at Chillan, Coquimbo, La Serena, Los Angeles, Parral, San Carlos and Talcahuano.

**APR 12**  10 47 00.3  24.768 N  99.061 E  10 G  5.6  1.1  148

YUNNAN, CHINA. MW 5.6 (GS), 5.6 (HRV). mb 5.2 (GS). MS 5.4 (GS). ML 5.4 (BJI). Mo 3.2*10**17 Nm (HRV), 2.5*10**17 Nm (GS). At least 2 people killed, 190 injured, 30,000 houses destroyed and landslides blocked roads in the Shidian area.

**APR 19**  21 43 42.2  7.410 S  155.865 E  17 G  6.7  1.0  282

SOLOMON ISLANDS. MW 6.7 (HRV), 6.5 (GS). mb 6.0 (GS). MS 6.6 (GS). ME 6.4 (GS). MS 6.6 (BRK). Mo 5.7*10**18 Nm (GS), 1.1*10**19 Nm (HRV). Es 8.5*10**13 Nm (GS). Felt strongly at Faismae.

**APR 28**  04 49 53.4  18.064 S  176.937 W  352 D  6.9  1.1  525

FIJI ISLANDS REGION. MW 6.9 (GS), 6.8 (HRV). mb 6.2 (GS). ME 6.6 (GS). mb 6.1 (BRK). Mo 2.2*10**19 Nm (GS), 2.1*10**19 Nm (HRV), 3.3*10**19 Nm (PPT). Es 1.9*10**14 Nm (GS). Felt on Raoul, Kermadec Islands.

**MAY 08**  18 02 16.9  13.605 N  88.795 W  10 G  5.7  1.3  192

EL SALVADOR. MW 5.7 (HRV). mb 5.2 (GS). MS 5.4 (GS). MD 4.8 (CIG). Mo 4.1*10**17 Nm (HRV). One person killed at Conchagua. At least 84 homes destroyed, 70 damaged and landslides in the epicentral area. Felt (VI) at San Vicente. Also felt at El Mochito and San Pedro Sula, Honduras. Felt throughout El Salvador and in parts of Guatemala and Nicaragua.

**MAY 23**  21 10 43.9  27.689 N  101.003 E  33 N  5.5  1.0  168

SICHUAN, CHINA. MW 5.5 (HRV). mb 5.1 (GS). MS 5.3 (GS). ML 5.2 (BJI). Mo 1.8*10**17 Nm (HRV). One person killed, 27 seriously injured and 539 slightly injured in Ninglang County, Yunnan Province. One person killed and 39 injured in Yanyuan County,

Sichuan Province. Eleven reservoirs, 4 power plants and 6 bridges damaged.

| Date | Time | Lat | | Lon | | Depth | | Mag | | | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 25 | 00 40 50.6 | 44.268 | N | 148.393 | E | 33 | N | 6.7 | 0.9 | 400 | KURIL ISLANDS. MW 6.7 (HRV), 7.0 (OBN), mb 6.1 (GS). MS 6.7 (GS). ME 6.4 (BRK). Mo 1.3*10**19 Nm (HRV), 1.1*10**19 Nm (GS), 4.2*10**19 Nm (OBN), 1.6*10**19 Nm (PPT), Es 8.3*10**13 Nm (GS). Felt (III) at Kurilsk, Iturup and at Yuzhno-Kurilsk, Kunashir. Felt at Nemuro, Hokkaido. |
| MAY 25 | 05 06 10.6 | 7.869 | S | 110.179 | E | 143 | D | 6.3 | 1.2 | 283 | JAWA, INDONESIA. MW 6.3 (GS), 6.3 (HRV). mb 5.8 (GS). ME 5.8 (GS). Mo 3.2*10**18 Nm (HRV), 3.0*10**18 Nm (GS), Es 1.0*10**13 (GS). Several people injured at Surakarta. Slight damage (V) at Yogyakarta. Felt (IV) at Sawahan and (III) at Semarang. Also felt at Klaten, Malang and Surbaya. Felt (II) at Denpasar, Bali. |
| MAY 29 | 13 14 30.3 | 39.797 | N | 41.655 | E | 33 | N | 4.8 | 1.1 | 145 | TURKEY. mb 4.8 (GS). MD 4.6 (ISK). Two people injured and 3 buildings damaged in Erzurum. |
| JUN 01 | 14 00 43.6 | 35.169 | N | 69.389 | E | 62 | D | 5.0 | 1.0 | 105 | HINDU KUSH REGION, AFGHANISTAN. MW 5.0 (HRV). mb 5.0 (GS). MS 4.6 (GS). Mo 4.0*10**16 Nm (HRV). At least 4 people killed, 20 injured and several houses destroyed in Parven Province. |
| JUN 03 | 02 41 57.1 | 29.666 | S | 178.633 | W | 178 | D | 7.2 | 1.0 | 421 | KERMADEC ISLANDS, NEW ZEALAND. MW 7.2 (HRV), 7.1 (GS). mb 6.8 (GS). ME 7.3 (GS). mb 7.2 (BRK). Mo 6.1*10**19 Nm (HRV), 4.8*10**19 Nm (GS), 1.1*10**20 Nm (PPT), Es 1.9*10**15 Nm (GS). Felt throughout the North Island. |
| JUN 05 | 09 00 05.3 | 6.884 | S | 146.388 | E | 10 | G | 6.4 | 1.0 | 245 | EASTERN NEW GUINEA REG., P.N.G. MW 6.4 (HRV), 6.3 (GS). mb 5.8 (GS). MS 6.2 (GS). ME 6.1 (GS). MS 6.1 (BRK). Mo 4.9*10**18 Nm (HRV), 3.2*10**18 Nm (GS). Es 3.5*10**13 Nm (GS). One person injured, at least 40 houses damaged or destroyed and landslides occurred in the epicentral area. |
| JUN 07 | 18 03 32.3 | 24.785 | N | 99.038 | E | 33 | N | 4.6 | 1.1 | 55 | YUNNAN, CHINA. mb 4.6 (GS). MS 4.5 (GS). ML 4.6 (BJI). At least 13 people injured and several houses destroyed in Shidian County. |
| JUN 14 | 02 35 25.8 | 24.513 | N | 122.033 | E | 32 | | 5.9 | 0.9 | 367 | TAIWAN REGION. MW 5.9 (HRV), 5.8 (GS). mb 5.7 (GS). MS 5.6 (GS). Mo 7.8*10**17 Nm (HRV), 5.9*10**17 Nm (GS). Four people injured at Taipei and one injured at I-lan. Some damage occurred at Taipei and in other parts of northeastern Taiwan. Recorded (5 TAP) in I-lan County and at Taipei; (4 TAP) in Hsin-chu, Hua-lien, Miao-li, Taipei and Tao-yuan Counties; (3 TAP) at Hua-lien, Keelung, Miao-li and Tai-chung; (2 TAP) in much of central Taiwan. Recorded (1 JMA) on Iriomote-jima and Yonaguni-jima, Ryukyu Islands. |
| JUN 14 | 19 48 47.8 | 51.160 | N | 179.828 | W | 18 | G | 6.5 | 1.0 | 475 | ANDREANOF ISLANDS, ALEUTIAN IS. MW 6.5 (HRV), 6.3 (GS). mb 6.0 |

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 24 of 31

(GS). MS 6.3 (GS). ME 6.2 (GS). MS 6.2 (BRK). ML 6.1 (PMR). Mo 6.6*10**18 Nm (HRV), 3.3*10**18 Nm (GS). Es 4.9*10**13 Nm (GS). Felt (V) on Adak.

| JUN 21 | 19 55 49.06 | 49.147 N | 6.870 E | 1 G | 4.2 | | 147 |

GERMANY. <LDG>. ML 4.2 (LDG), 4.0 (FUR), 3.9 (CLL), 3.8 (GRF), 3.8 (VIB), 3.7 (FBB). One person killed. Mining induced event in the Lorraine region, France.

| JUN 23 | 20 33 14.1 | 16.265 S | 73.641 W | 33 N | 8.4 | 1.0 | 518 |

NEAR COAST OF PERU. MW 8.4 (HRV), MS 8.2 (GS), mb 6.7 (GS), MS 8.2 (GS). MB 8.1 (GS). MW 8.3 (GS), mb 6.7 (GS), MS 8.2 (GS). MB 8.2 (BRK). Mo 4.7*10**21 Nm (BRK), 3.3*10**21 Nm (GS), 3.1*10**21 Nm (PPT). Es 2.9*10**16 Nm (GS). At least 74 people killed, including 26 killed by a tsunami. 2,685 injured; 17,584 homes destroyed (VIII) and 35,601 homes damaged in the Arequipa-Camana-Tacna area. An additional 64 people missing due to the tsunami in the Camana-Chala area. Landslides blocked highways in the epicentral area. Many of the historic buildings at Arequipa were damaged or destroyed. Some people injured and damage reported in the Arica, Chile area. Felt (VII) at Arica, (VI) at Iquique, (V) at Calama and (III) at Tocopilla, Chile. Felt strongly in much of southern Peru and northern Chile. Felt (III) at La Paz, Bolivia. Acceleration of 0.29g was recorded at Moquegua. Tsunami runup heights near Camana are estimated from field evidence to have reached approximately 7m at some locations; at other locations, the tsunami inundation distance extended more than 1 km inland from the coast. Tsunami wave heights (peak-to-trough) recorded from selected tide stations: 2.5m at Arica; 1.5m at Iquique; 1m at Coquimbo, Chile. The earthquake occurred at the boundary between the Nazca and South American tectonic plates. The two plates are converging towards each other at a rate of about 78mm per year. The earthquake occurred as thrust-faulting on the interface between the two plates, with the South American plate moving up and seaward over the Nazca plate. Southwestern Peru has a history of very large earthquakes. The June 23 shock originated just southeast of the source of a magnitude 7.7 earthquake that occurred in 1996, and it appears to have involved rupture of part of the plate-boundary segment that produced an earthquake of magnitude approximately 9.0 in 1868. The 1868 earthquake was destructive in towns that were heavily damaged in the June 23 earthquake. The 1868 earthquake produced a tsunami that killed thousands of people along the South American coast and also caused damage in Hawaii and alarm in Japan. For detailed information about this earthquake, see Terremoto de la Region Sur de Peru del 23 de Junio de 2001; online at http://www.igp.gob.pe/cns/net_main.html.

| JUN 25 | 13 28 46.5 | 37.238 N | 36.206 E | 5 G | 5.5 | 1.3 | 288 |

TURKEY. MW 5.5 (HRV), mb 5.2 (GS), MS 4.9 (GS), MD 5.5 (ISK). ML

| Date | Time | Lat | | Lon | | Depth | | Mag | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 5.5 (GII). Mo 1.7*10**17 Nm (HRV). One hundred thirty people injured and 66 buildings damaged in Osmaniye Province. |
| JUN 26 | 04 18 31.3 | 17.745 | S | 71.649 | W | 24 | G | 6.7 | 1.1 | 422 | NEAR COAST OF PERU. MW 6.7 (HRV), 6.7 (GS), MS 6.7 (GS). ME 6.7 (GS). Mo 1.4*10**19 Nm (HRV), 1.2*10**19 Nm (GS), 1.5*10**19 Nm (PPT). Es 2.4*10**14 Nm (GS). Felt (V) at Arica; (IV) at Ilo, Moquegua and Punta de Bombon. Felt (V) at Arica; (IV) at Tignamar; (III) at Camarones, Iquique and Parinacota; (II) at Chitita, Chile. |
| JUN 28 | 03 46 28.1 | 6.990 | S | 108.275 | E | 37 | | 5.0 | 1.3 | 67 | JAVA, INDONESIA. mb 5.0 (GS). Dozens of people injured and 2,500 buildings damaged in Jawa Barat Province. Felt (III) at Bandung, Ciamis and Tasikmalaya. |
| JUL 03 | 13 10 42.6 | 21.641 | N | 142.984 | E | 290 | D | 6.5 | 0.9 | 474 | MARIANA ISLANDS REGION. MW 6.5 (GS), 6.5 (HRV), mb 6.0 (GS). ME 6.5 (GS). Mo 5.7*10**18 Nm (GS), 5.4*10**18 Nm (HRV). Es 1.6*10**14 Nm (GS). Recorded (1 JMA) in Kanagawa Prefecture, Japan. |
| JUL 04 | 07 06 31.6 | 21.725 | S | 176.705 | W | 185 | D | 6.5 | 0.8 | 429 | FIJI ISLANDS REGION. MW 6.5 (GS), 6.5 (HRV). mb 5.9 (GS). MS 5.8 (GS). ME 6.4 (GS). Mo 6.4*10**18 Nm (GS), 6.3*10**18 Nm (HRV), 1.2*10**19 Nm (PPT). Es 9.4*10**13 Nm (GS). |
| JUL 05 | 13 53 48.3 | 16.086 | S | 73.987 | W | 62 | G | 6.6 | 1.4 | 324 | NEAR COAST OF PERU. MW 6.6 (GS), 6.6 (HRV), mb 6.2 (GS). ME 6.4 (GS). Mo 8.6*10**18 Nm (GS), 8.0*10**18 Nm (HRV), 7.7*10**18 Nm (PPT). Es 8.2*10**13 Nm (GS). At least 300 buildings previously weakened by the June 23 earthquake were destroyed. Felt (V) at Caraveli and Chala. Felt (III) at Arica, Iquique and Parinacota, Chile. Also felt at Cochabamba, La Paz and Santa Cruz, Bolivia. |
| JUL 07 | 09 38 43.5 | 17.543 | S | 72.077 | W | 33 | N | 7.6 | 1.1 | 398 | NEAR COAST OF PERU. MW 7.6 (HRV), 7.5 (GS), mb 6.6 (GS). MS 7.3 (GS). ME 7.2 (GS). Mo 3.2*10**20 Nm (HRV), 2.1*10**20 Nm (GS), 2.6*10**20 Nm (PPT). Es 1.3*10**15 Nm (GS). One person killed and 30 injured in Arequipa Department. Hundreds of buildings that had been weakened by the previous earthquakes were destroyed. A very large boulder fell and blocked the Pan American Highway. Some power outages occurred in the epicentral area and in Arica, Chile. Felt (VI) at Ocona and in the Tacna area. Felt strongly at Arequipa and Ilo. Felt (V) at Arica, Tocora and Vitor; (IV) at Camarones, Codpe, Illapata and Iquique; (III) at Putre; (II) in the Antofagasta-Pisagua area, Chile. |
| JUL 10 | 21 42 08.8 | 39.832 | N | 41.623 | E | 33 | N | 5.4 | 1.1 | 269 | TURKEY. MW 5.4 (HRV). mb 5.0 (GS). MD 5.4 (ISK). Mo 1.5*10**17 Nm (HRV). At least 46 people injured and 17 houses damaged in the Erzurum area. |

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 26 of 31

JUL 14 18 36 08.3 24.455 N 102.660 E 33 N 4.6 1.1 62 YUNNAN, CHINA. mb 4.6 (GS). MS 4.3 (GS). ML 4.7 (BJI). At least two people injured and more than 150 houses and some schools damaged or destroyed in Jiangchuan County.

JUL 16 16 12 46.7 27.957 N 85.178 E 33 N 5.0 1.0 124 NEPAL. mb 5.0 (GS). One person injured and one house collapsed in the Chading area. Felt in much of central and eastern Nepal.

JUL 17 15 06 15.2 46.735 N 11.201 E 10 G 4.7 1.2 321 NORTHERN ITALY. MW 4.7 (CSEM). mb 5.0 (GS). ML 5.6 (CLL). 5.5 (GRF), 5.3 (VIE), 5.3 (FBB), 5.2 (FUR), 5.2 (LDG), 4.7 (LJU). Mo 1.2*10**16 Nm (CSEM). Two people killed and one person missing and presumed killed by landslides near Gargazzone and Val D'Ultimo. One person died of a heart attack at Bolzano. At least 3 people injured and minor damage in the Merano area. Felt throughout northeastern Italy as far south as Venice. Also felt in Austria, Slovenia, Switzerland and southern Germany.

JUL 24 05 00 09.0 19.448 S 69.255 W 33 N 6.4 1.3 300 NORTHERN CHILE. MW 6.4 (GS), 6.3 (HRV), mb 5.7 (GS), MS 6.2 (GS). ME 6.8 (GS). Mo 3.8*10**18 Nm (GS), 3.6*10**18 Nm (HRV), 3.2*10**18 Nm (PPT). Es 3.2*10**14 Nm (GS). One person killed at Jaina; two injured at Chiapa and one injured at Chusmisa. Power interrupted and water lines broken at Cerro Colorado mine. Felt (VII) at Chusmisa and Jaina; (VI) at Challapa, Huara, Mamia and Pachica; (V) at Arica, Iquique, Pisagua, Pozo Almonte and Putre; (IV) at Chuquicamata and Pica; (III) at Calama, Sierra Gorda and Tocopilla.

JUL 24 17 42 41.5 32.855 S 71.582 W 33 N 5.4 1.0 228 NEAR COAST OF CENTRAL CHILE. MW 5.4 (GS), 5.2 (HRV). MS 4.7 (GS), MD 5.1 (GUC). Mo 8.0*10**16 Nm (HRV), 1.2*10**17 Nm (GS). Four people injured at Vina del Mar, two at Valparaiso and one at Quintero. Felt (V) at Concon, La Calera, Quillota, Quilpue, San Antonio, Santo Domingo, Valparaiso and Villa Allemana; (IV) at La Ligua, Llayllay, Rancagua, Santiago and Vina del Mar; (III) at Los Andes; (II) at Linares and Talca.

JUL 26 00 21 36.9 39.059 N 24.244 E 10 G 6.5 1.0 483 AEGEAN SEA. MW 6.5 (GS), 6.5 (HRV), 6.4 (CSEM). MS 6.6 (GS). ME 7.0 (GS). ML 6.1 (PDG), 5.9 (THE). Mo 6.0*10**18 Nm (GS), 5.6*10**18 Nm (HRV), 8.2*10**18 Nm (PPT), 5.2*10**18 Nm (CSEM). Es 6.4*10**14 Nm (GS). At least 100 buildings damaged on Skyros, Greece, including Saint George Monastery. The main water supply system was damaged and falling rocks drove a castle destroyed 30 cars. Felt throughout much of Greece. Felt (III) in the southern part of the former Yugoslav Republic of Macedonia.

JUL 28 07 32 43.0 59.025 N 155.116 W 131 D 6.8 1.1 564 SOUTHERN ALASKA. MW 6.8 (GS), 6.7 (HRV). mb 5.7 (GS). ME 6.3 (GS). Mo 1.5*10**19 Nm (GS), 1.1*10**19 Nm (HRV), 9.0*10**18 Nm (PPT). Es 5.6*10**13 Nm (GS). Felt (IV) at Anchorage, Chignik, Chignik Lake, Cooper Landing, Kenai, Levelock, Perryville, Sand

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 27 of 31

Point, Seward, Sterling and Willow; (III) at Anchor Point, Cantwell, Clam Gulch, Elmendorf AFB, Kodiak, Soldotna, Tyonek and Wasilla; (II) at King Cove, McGrath, Moose Pass, Platinum, Port Heiden and Yakutat. Felt in many parts of southern Alaska.

| Date | Time | Lat | | Lon | | Depth | | Mag | | No. | Region / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG 06 | 03 52 59.5 | 55.537 | S | 123.422 | W | 10 | G | 6.7 | 1.1 | 294 | SOUTHERN EAST PACIFIC RISE. MW 6.7 (HRV), 6.6 (GS). MS 6.5 (GS). mb 6.5 (BRK). Mo 9.3*10**18 Nm (GS), 1.4*10**19 Nm (HRV), 2.4*10**19 Nm (PPT). |
| AUG 09 | 02 06 59.9 | 14.258 | S | 72.683 | W | 33 | N | 5.8 | 1.1 | 175 | CENTRAL PERU. MW 5.8 (GS), 5.8 (HRV), mb 5.4 (GS). MS 5.5 (GS). Mo 6.1*10**17 Nm (HRV), 5.6*10**17 Nm (GS). Four people killed, fifteen seriously injured and seventy percent of the houses destroyed in the Antabamba area. Felt in the Abancay area. |
| AUG 21 | 06 52 06.2 | 36.813 | S | 179.575 | W | 33 | N | 7.1 | 1.2 | 478 | EAST OF NORTH ISLAND, N.Z. MW 7.1 (GS), 7.1 (HRV), mb 6.4 (GS). MS 7.1 (GS). ME 7.0 (GS). MS 7.1 (BRK). ML 7.0 (WEL). Mo 5.4*10**19 Nm (GS), 5.2*10**19 Nm (HRV), 6.9*10**19 Nm (PPT). Es 8.3*10**14 Nm (GS). Power was interrupted in the northeastern part of the North Island. Felt in much of the North Island and as far south as Marlborough on the South Island. Also felt on Raoul, Kermadec Islands. |
| AUG 26 | 00 41 13.16 | 40.951 | N | 31.573 | E | 8 | | 5.0 | | 332 | TURKEY. <ISK>. mb 5.0 (GS). MD 5.4 (ISK). Two people injured at Bolu. Felt at Duzce. |
| SEP 11 | 14 56 50.9 | 0.578 | S | 133.130 | E | 33 | N | 6.5 | 0.9 | 174 | IRIAN JAYA REGION, INDONESIA. MW 6.5 (HRV), mb 5.8 (GS). MS 6.4 (GS). ME 6.5 (GS). MS 6.4 (BRK). Mo 6.6*10**18 Nm (HRV). Felt (III) at Sorong. |
| SEP 12 | 08 48 37.2 | 20.993 | S | 179.109 | W | 608 | D | 6.5 | 0.9 | 373 | FIJI ISLANDS REGION. MW 6.5 (HRV), 6.4 (GS). mb 5.7 (GS). ME 5.8 (GS). mb 5.7 (BRK). Mo 5.7*10**18 Nm (HRV), 5.3*10**18 Nm (GS). Es 9.6*10**12 Nm (GS). |
| OCT 08 | 01 17 17.1 | 33.007 | N | 60.276 | E | 33 | N | 4.9 | 0.9 | 81 | NORTHERN AND CENTRAL IRAN. mb 4.9 (GS). MS 4.2 (GS). One person injured and about 200 houses damaged in Khorasan Province. Also felt in parts of Afghanistan. |
| OCT 08 | 18 14 26.4 | 52.591 | N | 160.324 | E | 49 | D | 6.5 | 0.9 | 545 | OFF EAST COAST OF KAMCHATKA. MW 6.5 (HRV), 6.4 (GS), 6.8 (OBN). mb 5.9 (GS). MS 6.2 (GS). ME 6.0 (BRK). Mo 5.8*10**18 Nm (HRV), 3.9*10**18 Nm (GS), 1.5*10**19 Nm (OBN). Es 4.5*10**13 Nm (GS). Felt (IV) at Petropavlovsk-Kamchatskiy. |
| OCT 12 | 15 02 16.8 | 12.686 | N | 144.980 | E | 37 | G | 7.0 | 1.1 | 482 | SOUTH OF MARIANA ISLANDS. MW 7.0 (HRV), 6.9 (GS), 7.2 (OBN). mb 6.7 (GS). MS 7.3 (GS). ME 7.1 (GS). MS 7.0 (BRK). Mo 3.7*10**19 Nm (HRV), 2.6*10**19 Nm (GS), 6.9*10**19 Nm (OBN), 4.8*10**19 Nm (PPT). Es 1.1*10**15 Nm (GS). One person injured, many buildings |

Case 1:03-cv-00009   Document 320   Filed 10/31/2005   Page 28 of 31

damaged (VII) and utilities disrupted on Guam. Felt strongly on Saipan.

| Date | Time | Lat | Lon | Depth | Mag | | | Description |
|---|---|---|---|---|---|---|---|---|
| OCT 19 | 03 28 44.4 | 4.102 S | 123.907 E | 33 N | 7.5 | 1.1 | 234 | BANDA SEA. MW 7.5 (HRV), 7.4 (GS), 7.1 (OBN), mb 6.3 (GS). MS 7.3 (GS). ME 8.0 (GS). MS 7.3 (BRK). Mo 1.9*10**20 Nm (HRV), 1.4*10**20 Nm (GS), 4.3*10**19 Nm (OBN), 2.4*10**20 Nm (PPT). Es 2.5*10**16 Nm (GS). Felt (IV) at Kendari and Raha, Indonesia. |
| OCT 21 | 00 29 21.4 | 37.137 S | 178.982 E | 18 G | 6.7 | 1.3 | 320 | OFF E. COAST OF N. ISLAND, N.Z. MW 6.7 (HRV), 6.6 (GS), mb 6.0 (GS). MS 6.8 (GS). MS 6.9 (GS). ME 6.1 (WEZ). Mo 7.7*10**18 Nm (GS), 1.1*10**19 Nm (HRV), 1.7*10**19 Nm (PPT). Es 3.7*10**14 Nm (GS). |
| OCT 27 | 05 35 39.7 | 26.316 N | 100.648 E | 10 G | 5.6 | 0.9 | 248 | YUNNAN, CHINA. MW 5.6 (GS), 5.6 (HRV). mb 5.3 (GS), MS 5.5 (GS). Mo 2.7*10**17 Nm (GS), 2.6*10**17 Nm (HRV). At least one person killed, 220 injured and at least 3,400 buildings destroyed in the Yongsheng area. |
| OCT 31 | 09 10 20.0 | 5.912 S | 150.196 E | 33 N | 7.0 | 0.9 | 254 | NEW BRITAIN REGION, P.N.G. MW 7.0 (HRV), 6.8 (GS), mb 5.9 (GS). MS 6.9 (GS). ME 6.3 (GS). MS 6.8 (BRK). Mo 3.0*10**19 Nm (HRV), 2.1*10**19 Nm (GS), 2.6*10**19 Nm (PPT). Es 6.3*10**13 Nm (GS). Minor damage at Kimbe and felt strongly in the Kandrian area. Also felt at Hoskins and Rabaul. |
| OCT 31 | 12 33 52.8 | 37.249 N | 36.136 E | 10 G | 5.1 | 0.9 | 271 | TURKEY. mb 5.1 (GS). MS 4.4 (GS). ML 5.2 (GII), 4.7 (CSS). At least 5 people injured and some houses damaged in the Adana-Osmaniye area. |
| NOV 14 | 09 26 10.0 | 35.946 N | 90.541 E | 10 G | 7.8 | 1.1 | 368 | QINGHAI, CHINA. MW 7.8 (HRV), 7.5 (GS), 6.8 (OBN), mb 6.1 (GS), MS 8.0 (GS). ME 8.1 (GS). MS 8.0 (BRK). Mo 5.9*10**20 Nm (HRV), 1.8*10**20 Nm (GS), 3.9*10**20 Nm (PPT), 1.9*10**19 Nm (OBN). Es 3.2*10**16 Nm (GS). Some houses destroyed in the Xidatan area southwest of Golmud. Felt strongly at Golmud. Felt in Qinghai, southeastern Xinjiang, western Gansu and northern Sichuan Provinces. Felt by people in high-rise buildings at Lanzhou. |
| DEC 02 | 13 01 53.6 | 39.402 N | 141.089 E | 124 D | 6.5 | 0.8 | 605 | EASTERN HONSHU, JAPAN. MW 6.5 (HRV), mb 6.1 (GS). ME 6.2 (GS). Mo 6.4*10**18 Nm (GS), 5.6*10**18 Nm (HRV). 4.6*10**13 Nm (GS). Felt from central Honshu to southern and eastern Hokkaido. Felt (IV) at Yuzhno-Kurilsk, Kunashir. Recorded (5L JMA) in Miyagi; (4 JMA) in Aomori, Iwate and Yamagata; (3 JMA) in Akita, Fukushima, Ibaraki and Tochigi Prefectures; (2 JMA) in central Honshu, (1 JMA) in Ishikawa Prefecture and on Mikure-jima, Miyake-jima and O-shima. Also recorded (3 JMA) in eastern and southern Hokkaido and (2 JMA) in western Hokkaido. |

Case 1:03-cv-00009   Document 320   Filed 10/31/2005   Page 29 of 31

| DEC 04 | 05 57 17.9 | 15.350 S | 72.516 W | 33 N | 5.8 | 1.0 | 203 | SOUTHERN PERU. MW 5.8 (GS), 5.8 (HRV), mb 5.5 (GS). MS 5.6 (GS). Mo 5.7*10**17 Nm (HRV), 5.1*10**17 Nm (GS). Two people killed at Pucuncho, 5 injured at Chuquibamba and at least 30 houses damaged in Condesuyos Province. Felt (II) at Arequipa. |
| DEC 12 | 14 02 35.0 | 42.813 S | 124.688 E | 10 G | 7.1 | 1.0 | 255 | SOUTH OF AUSTRALIA. MW 7.1 (GS), 7.1 (HRV), mb 6.5 (GS). MS 6.7 (GS), ME 7.6 (GS). MS 6.7 (BRK), Mo 4.7*10**19 Nm (GS), 4.7*10**19 Nm (HRV). Es 6.6*10**15 Nm (GS). Felt in the Albany and Esperance areas. |
| DEC 18 | 04 02 58.2 | 23.954 N | 122.734 E | 14 G | 6.8 | 1.0 | 499 | TAIWAN REGION. MW 6.8 (HRV), 6.7 (GS), mb 6.3 (GS). MS 7.3 (GS). ME 7.9 (GS). MS 6.9 (BRK). Mo 6.7 (TAP). Mo 2.1*10**19 Nm (HRV), 1.2*10**19 Nm (GS), 4.6*10**19 Nm (PPT). Es 4.8*10**14 Nm (GS). Felt strongly in much of northern Taiwan. Also felt on Okinawa, Ryukyu Islands. Recorded (4 TAP) at I-lan and Su-tso; (3 TAP) in Chang-hua, Hua-lien, I-lan, Taipei and Tao-yuan Counties; (2 TAP) throughout Taiwan. Recorded (4 JMA) on Yonaguni-jima; (3 JMA) on Ishigaki-jima and Tarama-jima; (1 JMA) on Miyako-jima, Ryukyu Islands. Tsunami generated with recorded wave heights of 20 cm on Iriomote-jima, 13 cm on Yonaguni-jima, 11 cm at Uehara and 5 cm on Ishigaki-jima. |
| DEC 19 | 07 54 07.9 | 23.632 N | 90.376 E | 10 G | 4.5 | 0.8 | 13 | BANGLADESH. mb 4.5 (GS). At least 100 people injured and some older buildings damaged (VI) at Dhaka. Felt (IV) at Narayanganj and (III) at Chittagong, Comilla, Gazipur, Laksmipur, Munshiganj, Rajshahi and Rangpur. |
| DEC 23 | 22 52 54.3 | 9.613 S | 159.530 E | 16 G | 6.8 | 1.2 | 385 | SOLOMON ISLANDS. MW 6.8 (GS), 6.8 (HRV), mb 6.2 (GS). MS 7.0 (GS), 6.8 (GS). MS 7.0 (BRK). Mo 2.1*10**19 Nm (HRV), 1.5*10**19 Nm (GS). Es 3.9*10**14 Nm (GS). Felt throughout the Solomon Islands. |

NOTABLE NORTH AMERICAN EARTHQUAKES

| DATE UTC | ORIGIN TIME UTC HR MN SEC | GEOGRAPHIC COORDINATES LAT LONG | | DEPTH | MAG | SD | NO. STA USED | REGION, ADDITIONAL MAGNITUDES AND COMMENTS |
|---|---|---|---|---|---|---|---|---|
| MAY 04 | 06 42 12.6 | 35.205 N | 92.194 W | 10 G | 4.2 | 0.8 | 46 | ARKANSAS. mb 4.2 (GS), mbLg 4.5 (GS), 4.7 (SLM). Slight damage (VI) at Marcella and Vilonia. Felt (V) at Austin, Cabot, Enola, Ida, Mount Vernon, Onia, Prim, Springfield and Wooster. Felt in much of central and northern Arkansas. Also felt in southern Missouri and at Tulsa, Oklahoma; Cleveland, Mississippi; and Memphis, Tennessee. |

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 30 of 31

| AUG 10 | 20 19 26.66 | 39.823 N | 120.646 W | 18 | 5.2 | 146 | NORTHERN CALIFORNIA. <REN-P>. MW 5.2 (HRV), 5.1 (BRK), mb 4.8 (GS), MS 4.9 (GS), ML 5.3 (REN), 5.5 (BRK), Mo 7.2*10**16 Nm (HRV), 5.9*10**16 Nm (BRK). Slight damage (VI) at Alleghany and Portola. Felt (V) at Blairsden, Calpine, Canyondam, Clio, Crescent Mills, Downieville, Forbestown, Gold Run, Goodyears Bar, Herlong, Janesville, Loyalton, Rackerby, Sierra City, Sierraville, Twain and Vinton. Felt (IV) at Reno, Nevada. Felt from San Francisco, California to Fallon, Nevada. |
| SEP 09 | 23 59 18.06 | 34.059 N | 118.387 W | 5 | 4.2 | 39 | SOUTHERN CALIFORNIA. <PAS-P>. mb 4.2 (GS), ML 4.2 (PAS). MD 4.1 (NC). Slight damage (VI) at Los Angeles. Felt (V) at Beverly Hills, Culver City and Sherman Oaks; (IV) at Burbank, Encino, Glendale, Inglewood, Lynwood, Marina Del Rey, North Hollywood, Reseda, Santa Monica, Studio City, Topanga, Van Nuys, Venice, West Hollywood and Woodland Hills; (III) at Anaheim, Chatsworth, Downey, El Segundo, Gardena, Hawthorne, Hermosa Beach, La Canada Flintridge, La Crescenta, Lakewood, Long Beach, Manhattan Beach, Northridge, Norwalk, Palmdale, Pasadena, Playa Del Rey, Redondo Beach, Simi Valley, Torrance, Tujunga and Winnetka; (II) at Canyon Country, Huntington Beach, Lancaster and Valencia. |

Compiled by Waverly J. Person

U.S. Department of the Interior, U.S. Geological Survey
USGS Privacy Statement || Disclaimer || FOIA || Accessibility
This page is brought to you by the Earthquake Hazards Program
URL http://neic.usgs.gov/neis/eqlists/sig_2001.html
Contact NEIC Web Team
Last modification: Monday, 28-Oct-2002 12:43

FIRSTGOV
Your First Click to the U.S. Government

9/12/2005

Case 1:03-cv-00009    Document 320    Filed 10/31/2005    Page 31 of 31