ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
OCT 31 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**NOTICE OF DEPOSITION** |

**TO: MR. PERFECTO JOSE**

**PLEASE TAKE NOTICE** that S.J. Gargrave Syndicate at Lloyds, Plaintiff in the above-entitled action, will take the deposition of **PERFECTO JOSE** at the law offices of Carlsmith Ball LLP, on **Thursday, November 3, 2005, at 10:00 o'clock a.m.**

The deposition will be video taped to preserve the testimony to be shown at the time of Trial. You are invited to attend and cross examine.

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court of Guam. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, October 31, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on October 31, 2005, I will cause to be served, via hand delivery, a true and correct copy of NOTICE OF DEPOSITION OF PERFECTO JOSE upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 31st day of October 2005 at Hagåtña, Guam.

_____
DAVID LEDGER

4840-6775-3216.1.055639-00001                    3.
Case 1:03-cv-00009    Document 321    Filed 10/31/2005    Page 3 of 3