CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**

DISTRICT COURT OF GUAM

OCT 3 1 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

S.J. GARGRAVE SYNDICATE AT
LLOYDS,

              Plaintiff,

    vs.

BLACK CONSTRUCTION CORPORATION,
WINZLER & KELLY CONSULTING
ENGINEERS, and ENGINEERING,
MANAGEMENT & PLANNING SERVICES
CORPORATION,

              Defendants.

CIVIL CASE NO. 03-00009

**PLAINTIFF'S *SUPPLEMENTAL*
EXHIBIT LIST; DECLARATION OF
SERVICE**

       Plaintiff S.J. Gargrave Syndicate at Lloyds hereby submits the following supplemental

list of exhibits which may be used at Trial:

4848-7568-1024.1.055639-00001

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 1. | Winzler & Kelly's Drawing VE-1 | | |
| 2. | Shell F-1 Pier (sketch) | | |
| 3. | Dolphins C, D, G and H Drawing | | |
| 4. | EMPSCO's Contract Specifications | | |
| 5. | EMPSCO's Engineering Documentation Report | | |
| 6. | EMPSCO's Design Calculations | | |
| 7. | Black's As Built Drawings | | |
| 8 | Contract Submittals 12 & 12c | | |
| 9. | Contract Submittal 18A | | |
| 10. | Declaration of Christopher LaVine re: Red Head Redi Chem Concrete Anchoring System, with Attachments | | |
| 11. | Overall Photo of Pier F-1 | | |
| 12. | Photos of Dolphins and Piles | | |
| 13. | Bolts installed by Black | | |
| 14. | New Bolt | | |
| 15. | Epoxy Dam | | |
| 16. | Black Contract | | |
| 17. | EMPSCO Contract | | |
| 18. | Subrogation agreement and Assignment by Port to Underwriters (No. 1) | | |
| 19. | Assignment to Port by Underwriters (No. 2) | | |
| 20. | OCEL Report, December 19, 2001 | | |
| 21. | OCEL Report, December 21, 2001 | | |
| 22. | OCEL Reports, October 1, 2002 (3) | | |
| 23. | OCEL Report, October 9, 2002 | | |
| 24. | Specifications on Anchor-It Epoxy | | |
| 25. | Engineer of Record Letter | | |
| 26. | Joint Defense Agreement | | |

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 27. | Defendant Black Construction Corporation's Response to Plaintiff S.J. Gargrave Syndicate at Lloyd's First Set of Interrogatories | | |
| 28. | Answer of Defendant Winzler & Kelly Consulting Engineers to Plaintiff S.J. Gargrave Syndicate at Lloyds' First Set of Interrogatories; Response to Plaintiff S.J. Gargrave Syndicate's Second Set of Interrogatories to Winzler & Kelly Consulting Engineers; Defendant Winzler & Kelly Consulting Engineers' Response to Plaintiff S.J. Gargrave Syndicate's Third Set of Interrogatories to Winzler & Kelly Consulting Engineers | | |
| 29. | Winzler & Kelly's Interrogatory Answers | | |
| 30. | Vessel Call Log | | |
| 31. | Building Permit (No. 1) | | |
| 32. | Building Permit (No. 2) | | |
| 33. | Letter re: Winzler & Kelly's Stop Work Order | | |
| 34. | Plaintiff's Damages Exhibit | | |
| 35. | Carlsmith Ball fee statement | | |
| 36. | Cozen O'Connor fee statement | | |
| 37. | Shell "lifeline" Letter | | |
| 38. | MacLeod Adjusting's fees and disbursements | | |
| 39. | Young Adjustment Co. Contract | | |
| 40. | Winzler & Kelly Correspondence | | |
| 41. | Uniform Building Code (partial) | | |
| 42. | Smithbridge Bid, November 18, 2002 | | |
| 43. | Macario Minutes of Meeting, January 11, 1996 | | |
| 44. | Report by Elliott Boone of Cash & Associates, May 12, 2004 | | |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 45. | Supplemental Report of Elliott Boone, April 21, 2005 | | |
| 46. | Survey Report by Captain Jürgen Unterberg | | |
| 47. | Declaration of Albert H. Tsutsui | | |
| 48. | Expert Report of Dean Gillham | | |
| 49. | Expert Report of Ken Collard, July 15, 2004 | | |
| 50. | Expert Report of Webb Hayes, July 21, 2004 | | |
| 51. | Expert Report of Webb Hayes, November 4, 2004 | | |
| 52. | Young Adjustment Company's fee calculation | | |
| 53. | F-1 Pier Lease between Shell and the Port of Guam | | |
| 54. | Young Adjustment Company's F-1 Pier Claim | | |
| 55. | EMPSCO's Memorandum of December 31, 1996 | | |
| 56. | Vessel Movements, 1998-2001 | | |
| 57. | Candac Report | | |
| 58. | Insurance Adjuster Consultant Services Agreement between the Port Authority of Guam and Young Adjustment Company, Inc. | | |
| 59. | Defendants' Joint Brief re Diversity and Admiralty Jurisdiction | | |
| 60. | Article: Building Industry Hawaii.com, *Guam's Outstanding Contractors* | | |
| 61. | California Business Portal: Tutor-Saliba Corporation | | |
| 62. | Winzler & Kelly's Structural Calculations for Repairs of Dolphins A, B, C & D 12/1995 | | |
| 63. | Destructiveness of Guam Earthquakes | | |
| 64. | Ropner Insurance Services Limited Cover Note | | |

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 65. | 3/15/1996 Black letter regarding concrete encapsulation | | |
| 66. | 9/10/02 Ropner letter and documents regarding policy deductible | | |
| 67. | USGS Significant Earthquakes of the World 1993 | | |
| 68. | USGS Significant Earthquakes of the World 2001 | | |
| 69. | Winzler & Kelly 4/10/1997 "third party beneficiary" memo to Black | | |
| 70. | Red Head Redi-Chem Concrete Anchoring System Product Specifications | | |
| 71. | Dywidag Repair Method | | |
| 72. | Epoxy Bolt Design | | |
| 73. | Unterberg Videotape: Surveillance of Earthquake Damage | | |
| 74. | March 6, 1997 Winzler & Kelly letter to Black Construction Corporation | | |
| 75 | Black Letter of June 6, 1996 re: Anchor-IT | | |

DATED: Hagåtña, Guam, October 31, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on October 31, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S *SUPPLEMENTAL* EXHIBIT LIST** upon Defendants Counsel of record as follows:

Robert J. O'Connor, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
Klemm Blair Sterling & Johnson, P.C.
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

and

Thomas M. Tarpley, Esq.
Law Offices of Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910

Executed this 31st day of October, 2005 at Hagåtña, Guam.

DAVID LEDGER