# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, <br><br> Plaintiff, <br><br> vs. <br><br> Black Construction Corporation, et al., <br><br> Defendants. | Case No. 1:03-cv-00009 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Minute Entry filed October 25, 2005 and Order filed October 27, 2005* on the dates indicated below:

| Klemm, Blair, Sterling and Johnson, P.C. | Tarpley and Moroni, LLP | Carlsmith Ball, LLP | Berman, O'Connor, Mann and Shklov |
|---|---|---|---|
| *October 26, 2005 and October 28, 2005* | *October 26, 2005 and October 28, 2005* | *October 26, 2005 and October 28, 2005* | *October 26, 2005 and October 31, 2005* |

Law Offices of Joseph E. Horey
*October 26, 2005 and October 31, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Minute Entry filed October 25, 2005 and Order filed October 27, 2005

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 31, 2005                                            /s/ Renee M. Martinez
                                                                                 Deputy Clerk