# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | | |
|---|---|---|
| S.J. GRAVES SYNDICATE AT LLOYDS, | ) | |
| Plaintiff, | ) | CV-03-00009 |
| vs. | ) | **ORDER** |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION, | ) | |
| Defendants. | | |

This matter coming before the Court on Plaintiff's Motion *In Limine* to Exclude Evidence Regarding Engineering Calculations on Account of Defendant's Spoliation (#280). The Court has considered the motions, the pleadings on file, and oral argument on behalf of all parties. IT IS HEREBY ORDERED that the Motion is *granted*.

## BACKGROUND

Plaintiff asks the Court to exclude any evidence, testimony, or arguments relating to any engineering calculations pertaining to the repairs of the F-1 Pier using bolts set in epoxy, which work was done in 1995 and 1996. Plaintiff properly requested files and records from all three Defendants pertaining to the F-1 Pier repairs, and none of them included engineering calculations for the repairs during the relevant time period. Defendant Winzler & Kelly only provided calculations for a prior design known as the Shell repair, which was similar to the design implemented in 1995 and 1996, Defendants Black and EMPSCO provided no calculations at all. Plaintiff claims that introducing the relevant engineering calculations at this point would be unduly prejudicial.

**ANALYSIS**

Defendant Winzler & Kelly claim to have made no calculations for the design requested by Plaintiff, and thus they submitted the Shell calculations instead. In addition, Defendant Winzler & Kelly agree that they will not argue that the calculations that were provided to Plaintiff represent anything other than calculations for a prior, related design. Under these conditions, Plaintiff admits to having "no objection to those calculations being introduced and referred to at trial." (Pl. Mot. at 2 n.4.) In addition, the Shell calculations have been in Plaintiff's possession for some time and Defendant Winzler & Kelly included them on their exhibit list on October 7, 2005. Thus any use of the Shell calculations at trial poses no risk of surprise to Plaintiff.

Defendants Winzler and Kelly are precluded from claiming that the calculations provided to Plaintiff are in fact the calculations for the 1995 and 1996 F-1 Pier repair.

Defendants will be allowed, however, to use the Shell calculations as long as they accurately represent that the Shell calculations were for a different project. Defendant Winzler & Kelly should not be allowed to present evidence of engineering calculations pertaining to the F-1 Pier repair at this time because they have claimed that no such calculations exist.

## CONCLUSION

THEREFORE, IT IS HEREBY ORDERED THAT Plaintiff's Motion *In Limine* to Exclude Evidence Regarding Engineering Calculations on Account of Defendant's Spoliation (#280) is *granted*. Defendant Winzler & Kelly are precluded from arguing that the calculations provided to Plaintiff represent calculations for the 1995 and 1996 F-1 Pier repair. However, Defendant Winzler & Kelly are not precluded from presenting the calculations at trial as long as the calculations are represented as pertaining to another repair project.

DATED this 31ST day of October 2005.

**/s/ Robert C. Jones**
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE