# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | | |
|---|---|---|
| S.J. GRAVES SYNDICATE AT LLOYDS, | ) ) | CV-03-00009 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | | |

This matter coming before the Court on Defendant EMPSCO's Motion *In Limine* (#285). The Court has considered the motions, the pleadings on file, and oral argument on behalf of all parties. IT IS HEREBY ORDERED that the Motion is *granted*.

Defendant EMPSCO asks the Court to preclude Plaintiff's expert, Elliott Boone, from testifying as to opinions that are not revealed in his expert reports. Mr. Boone supplied

expert reports on May 12, 2004, and on April 21, 2005. EMPSCO claims that Mr. Boone plans to present expert opinions at trial that he did not first make available in his expert reports as required by Fed. R. Civ. P. 26(a)(2). The Court agrees with EMPSCO that Mr. Boone is precluded from presenting any new opinions that were not revealed to Defendants in Mr. Boone's expert reports.

THEREFORE, IT IS HEREBY ORDERED THAT Defendant EMPSCO's Motion *In Limine* (#285) is *granted.* The Court will entertain arguments outside the presence of the jury as to Mr. Boone's specific opinions as they arise during trial.

DATED this 31ST day of October 2005.

                                        **/s/ Robert C. Jones**
                                        ROBERT C. JONES
                                        UNITED STATES DISTRICT JUDGE

Page 2 of 2

Case 1:03-cv-00009   Document 330   Filed 11/01/2005   Page 2 of 2