# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds,<br><br>Plaintiff,<br><br>vs.<br><br>Black Construction Corporation, et al.,<br><br>Defendants. | Case No. 1:03-cv-00009 |

# NOTICE OF ENTRY OF ORDERS

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following orders:

1. Order denying Motion in Limine to Preclude References to Damage by Ships; Date of Entry: November 1, 2005.
2. Order denying Motion in Limine Precluding From Presenting Any Evidence Tending to Show, or From Arguing That, the Port was Comparatively Negligent; Date of Entry: November 1, 2005.
3. Order denying Motion in Limine to Preclude Testimony by Kenneth W. Collard, Jr. Concerning Repairs Which Are Impossible; Date of Entry: November 1, 2005.
4. Order granting Motion in Limine to Exclude Evidence re Engineering Calculations on Account of Defendant's Spoliation; Date of Entry: November 1, 2005.
5. Order denying Motion in Limine to Preclude Evidence, Testimony, and Reference to Defendant Winzler and Kelly's Experts Analysis re Berthing Forces on Pier F-1 and Its Dolphins; Date of Entry: November 1, 2005.
6. Order denying Motion in Limine to Preclude Evidence, Testimony, and Reference to Defendants' Experts' Opinion that the 1996-97 Repairs to the Pier and Dolphins Were 1) Temporary; or 2) Were Designed to Bring the Pier Back to Only 40 percent of Its Original Strength; Date of Entry: November 1, 2005.
7. Order granting Motions in Limine; Date of Entry: November 1, 2005.

8. Order denying Motion in Limine to Preclude Evidence or Argument That the Port was a Third-Party Beneficiary of Winzler and Kelly's Subcontract With Black; Date of Entry: November 1, 2005.
9. Order denying Motion in Limine to Exclude Expert Testimony; Date of Entry: November 1, 2005.
10. Order denying Motions in Limine to Exclude Evidence of Amounts Paid to Settle Property Insurance Claim, to Limit Claim to 22 percent of Total Damage and to Limit Claim to Damages Pled; Date of Entry: November 1, 2005.

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** November 1, 2005				Clerk of Court
				**/s/ Mary L.M. Moran**