BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
NOV - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., <br><br> Defendants. | Civ. No. CIV 03-00009 <br><br> WINZLER & KELLY'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST, WITNESS LIST, AND DEPOSITION DESIGNATIONS UNDER LOCAL RULE 16.7;[1] CERTIFICATE OF SERVICE <br><br> Trial: November 7, 2005 |

Winzler & Kelly reincorporate herein their previous objections to Plaintiff's exhibit list, witness list, and deposition designations in lieu of live testimony.

Plaintiffs have failed to comply with the Local Rules by filing a Local Rule witness list, exhibit list or deposition designation, and that is the reason for Winzler & Kelly reincorporating their prior objections.

---

[1] Defendants Black and EMPSCO also join in these objections.

Defendants reserve their rights to further object to the exhibits in Plaintiff's exhibit book, although Plaintiff has waived its right to object to Defendants' exhibits. Defendants provided their exhibit books to Plaintiff 14 days before trial as required by the Rules, and Plaintiff has failed to file objections thereto. Plaintiff served its exhibit book on October 31, one week late, and Defendants will file their objections within 7 days, as provided for in the Local Rules.

Respectfully submitted this 1st day of November, 2005.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Winzler & Kelly

By: _____
　　　Joseph E. Horey

# CERTIFICATE OF SERVICE

I, __Joseph Perez__, hereby declare under penalty of perjury of the laws of the Unites States, that on the 1st day of November, 2005, I will cause to be served, via facsimile transmission, a true and correct copy of **WINZLER & KELLY'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST, WITNESS LIST, AND DEPOSITION DESIGNATIONS UNDER LOCAL RULE 16.7; CERTIFICATE OF SERVICE** upon Plaintiff's and Defendants' Counsel of record as follows:

    David Ledger, Esq.
    Carlsmith Ball LLP
    134 West Soledad Avenue
    Bank of Hawaii Building, Suite 401
    Hagåtña, Guam 96932-5027

    Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

    Thomas C. Sterling, Esq.
    Klemm, Blair, Sterling & Johnson
    Suite 1008, Pacific News Building
    238 Archbishop F.C. Flores Street
    Hagåtña, Guam 96910

    Attorneys for Defendant Black Construction Corporation

    Thomas M. Tarpley, Esq.
    Tarpley & Moroni, LLP
    Suite 402, Bank of Hawaii Bldg.
    134 W. Soledad Avenue
    Hagåtña, Guam 96910

    Attorneys for Defendant EMPSCO

Dated this 1st day of November, 2005.

                                          _/s/ Joseph Perez_
                                          JOSEPH PEREZ