CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
NOV -1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' EXHIBIT LIST; DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS hereby objects to the following exhibits which Defendant WINZLER & KELLY CONSULTING ENGINEERS proposes to use at trial, for the reasons given:

E: This document is irrelevant, as Macario is not a party to this litigation; evidence concerning this non-party is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

F: *See* Objection to proposed Exhibit E.

I: Information concerning fees is irrelevant.

J: Information concerning fees is irrelevant.

R: This document is irrelevant, since Shell is not a party to the litigation; such evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

U: All of these exhibits are irrelevant to the issues before the Court.

X: All of these exhibits are irrelevant to the issues before the Court.

Y: All of these exhibits are irrelevant to the issues before the Court.

Z: All of these exhibits are irrelevant to the issues before the Court.

CC: Reports of the utilization of the dock before the repairs which are at issue herein are irrelevant to the repairs and their subsequent failure.

EE: This document is irrelevant since Macario is not a party to this litigation; this evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

FF: This document is irrelevant since Macario is not a party to this litigation; this evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

GG: This document is irrelevant since Macario is not a party to this litigation; this evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

HH: Any ship incident reports are objected to as not having been previously produced, as is required by Fed.R.Civ.Pro. 26, and therefore is not admissible. Ship docking logs are objected to as irrelevant to the issues in the case.

MM: *See* Objection to proposed Exhibit EE.

OO: The original Complaint has been superseded by the First Amended Complaint, and therefore has dropped out of the lawsuit for all purposes.

VV: This document is irrelevant since Shell is not a party to this litigation; this evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

WW: This document is irrelevant since Shell is not a party to this litigation; this evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

XX: This document is irrelevant since Shell is not a party to this litigation; this evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

YY: This document is irrelevant since Shell is not a party to this litigation; this evidence is likely to confuse and/or mislead the jury, and unnecessarily prolong trial of this matter.

ZZ: This document has not been previously produced as is required by Fed.R.Civ.Pro. 26, and therefore is not admissible.

AAA:  *See* Objection to proposed Exhibit WW.

DATED: Hagåtña, Guam, November 1, 2005.

CARLSMITH BALL LLP

*[signature]*

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

# DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 1, 2005, I caused to be served, via hand delivery, a true and correct copy of PLAINTIFF'S OBJECTIONS TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' EXHIBIT LIST upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and
> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 1st day of November, 2005 at Hagåtña, Guam.

_____
ELYZE McDONALD

SANFRAN1\34754\1 123206.000