ORIGINAL



FILED
DISTRICT COURT OF GUAM

NOV -1 2005

MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>    Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S NOTICE OF LODGING DEPOSITION TRANSCRIPT OF BEN CASEY; DECLARATION OF SERVICE** |

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 16.7(d)(2), Plaintiff S.J. Gargrave Syndicate at Lloyds hereby lodges the original Deposition Transcript of **Ben Casey**,

taken on March 23, 2004. Plaintiff intends to present Mr. Casey's testimony via video. The video tape of Mr. Casey's testimony will be provided to Court prior to Trial.

DATED: Hagåtña, Guam, November 1, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

# DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 1, 2005, I caused to be served, via hand delivery, a true and correct copy of PLAINTIFF'S NOTICE OF LODGING DEPOSITION TRANSCRIPT OF BEN CASEY upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>
>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 1st day of November 2005 at Hagåtña, Guam.

_____
ELYZE McDONALD