ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



**FILED**
DISTRICT COURT OF GUAM

NOV - 1 2005 ዋዖ

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
|---|---|
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO JOINT EXHIBIT LIST OF DEFENDANT' BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS' AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION; DECLARATION OF SERVICE** |
| vs. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION, | |
| Defendants. | |

Plaintiff S.J. GARGRAVES SYNDICATE AT LLOYDS hereby objects to the following

exhibits which Defendants BLACK CONSTRUCTION CORPORATION, WINZLER &

KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT AND

PLANNING AND SERVICES CORPORATION propose to use at trial, for the reasons given:

D1: Irrelevant, since Macario is not a party to this litigation; this evidence would likely confuse or mislead the jury, and unnecessarily lengthen the trial of this matter.

D6: Irrelevant; fees are not at issue in this litigation.

D7: Irrelevant; fees are not at issue in this litigation.

D8: Irrelevant; fees are not at issue in this litigation.

D11: Irrelevant; the prior Pier fenders, which were replaced during the 1996 repairs, are not an issue in this litigation.

D14: Irrelevant; cathotic protection is not an issue in this litigation.

D15: Irrelevant; pile encapsulation is not an issue in this litigation.

D17: Irrelevant; pile encapsulation is not an issue in this litigation.

D18: Irrelevant; progress report when the report was 65% complete are not relevant to any issue in this litigation.

D21: Irrelevant; budgets and payments are not at issue in this litigation.

D25: Irrelevant; preliminary reviews and approvals leading up to the final signed contracts are irrelevant, likely to confuse or mislead the jury, and are not admissible.

D28: Irrelevant; purchase orders are not at issue in this litigation.

D32: Irrelevant; and likely to confuse or mislead the jury; discussions of what fenders to install on the Pier is not relevant to any issue in this litigation, and is likely to confuse or mislead the jury, and unnecessarily lengthen the trial of this matter.

D47: Irrelevant, and likely to mislead or confuse the jury; Macario is not a party to this litigation, and its inspections reports are not relevant to any issue herein.

D48: Irrelevant, and likely to mislead or confuse the jury; Macario is not a party to this litigation, and its construction status reports are not relevant to any issue herein.

D49: Irrelevant; inspections conducted prior to acceptance of the work done by Black is not relevant to any issue in this litigation, and is likely to confuse or mislead the jury.

D50: Irrelevant; inspections conducted prior to acceptance of the work done by Black is not relevant to any issue in this litigation, and is likely to confuse or mislead the jury.

D52: Irrelevant: maintenance repairs done after the 1996 repairs conducted by Black are not relevant to any issue in this litigation, and are likely to confuse and mislead the jury.

D53: Irrelevant: maintenance repairs done after the 1996 repairs conducted by Black are not relevant to any issue in this litigation, and are likely to confuse and mislead the jury.

D54: Plaintiff objects to this exhibit because it was not properly disclosed pursuant to Rule 26, and plaintiff has never seen it before. In addition, it is irrelevant and likely to mislead or confuse the jury.

D55: Irrelevant; and likely to mislead or confuse the jury, and prolong the trial of this matter.

D56: Irrelevant; and likely to mislead or confuse the jury, and prolong the trial of this matter.

D59: Irrelevant; the movement of ships is irrelevant to any issue in this litigation, and is likely to confuse or mislead the jury, and prolong the trial of this matter.

D62: Irrelevant, and likely to confuse or mislead the jury and prolong the trial of this matter.

D64: Confidential and irrelevant; plaintiff's attorneys' contingent fee arrangement has no relevance to any issue in this litigation, is likely to confuse or mislead the jury, and unnecessarily prolong the trial of this matter.

D65: Irrelevant; the contract is an integrated whole and such evidence would violate the plural evidence rule, would likely confuse or mislead the jury, and unnecessarily prolong the trial of this matter.

D66: Irrelevant; the initial complaint herein has been superseded by the First Amended Complaint, and therefore the initial complaint drops out of the lawsuit and cannot be used for any purpose.

DATED: Hagåtña, Guam, November 1, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 1, 2005, I caused to be served, via hand delivery, a true and correct copy of PLAINTIFF'S OBJECTIONS TO JOINT EXHIBIT LIST OF defendant' BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS' AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and
> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 1st day of November, 2005 at Hagåtña, Guam.

_Elyze D_ (signature)

ELYZE McDONALD

SANFRAN1\34756\1 123206.000