ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
NOV -1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANTS' JOINT WITNESS LIST AND REQUEST TO PRECLUDE SURPRISE WITNESSES FROM TESTIFYING; DECLARATION OF SERVICE** |

Pursuant to Guam District Court Local Rule 16.7 (f) (2), Plaintiff S.J. Gargrave Syndicate at Lloyds (hereinafter "Plaintiff") objects to Defendants' Joint Witness List filed with this Court on October 25, 2005.

### (1) In Their Joint Trial Witness List, Defendants Attempt to Call Previously Undisclosed Witnesses To Testify On Their Behalf

In Defendants' Joint Witness List filed with this Court on October 25, 2005, Defendants jointly name several witnesses not previously identified as witnesses having knowledge of any fact in this lawsuit as required by the Federal Rules of Civil Procedure. The following "surprise" witnesses have not previously been disclosed by Defendants' jointly or on each of their behalf in this lawsuit:

  a) Andy Smith

  b) Benny Quintanilla

  c) Jess Acfalle

  d) Roque Santos

  e) Mike Aflague

  f) Derrell Dela Paz

*See* Joint Witness list attached hereto as Exhibit "A".

### (2) Legal Argument

Under the Federal Rules of Civil Procedure, each Defendant was required to disclose all witnesses known to have discoverable information in support of their claims or defenses.

> Rule 26. General Provisions Governing Discovery; Duty of Disclosure.
>
> (a) Required Disclosures; Methods to Discover Additional Matter.
>
> (1) Initial Disclosures.
>
> Except in categories of proceedings specified in Rule 26(a)(1)(E), or to the extent otherwise stipulated or directed by order, a party must, without awaiting a discovery request, provide to other parties:
>
> (A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the

disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

. . .

(3) Pretrial Disclosures.

In addition to the disclosures required by Rule 26(a)(1) and (2), a party must provide to other parties and promptly file with the court the following information regarding the evidence that it may present at trial other than solely for impeachment:

(A) the name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises;

On the eve of trial and on for the first time in this lawsuit, Defendants disclosed the names of the above-mentioned surprise witnesses to testify on their behalf jointly. These witnesses were not previously disclosed pursuant to Rule 26, and should not be allowed to testify in this case.

**(3)  Conclusion**

The above-mentioned "surprise" witnesses jointly proffered by Defendants should be precluded from testifying in this lawsuit.

DATED: Hagåtña, Guam, November 1, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 1, 2005, I caused to be served, via hand delivery, a true and correct copy of PLAINTIFF'S OBJECTION TO DEFENDANTS' JOINT WITNESS LIST AND REQUEST TO PRECLUDE SURPRISE WITNESSES FROM TESTIFYING upon Defendants' Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 1st day of November 2005 at Hagåtña, Guam.

_____
ELYZE McDONALD

SANFRAN1\34258\1 123206.000

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   *Defendant Black Construction Corporation*

**FILED**
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) ) ) | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JOINT WITNESS LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY AND ENGINEERING MANAGEMENT AND PLANNING SERVICES CORPORATION** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW the above-named Defendants and designate the following witnesses who may be called by the Defendants at trial of this matter:

1. Perfecto Jose;
2. Lito Gutierrez;
3. Lito Tabilas;
4. Rod Bismonte;
5. Nemencio Macario;
6. Jurgen Unterberg;
7. Simeon Delos Santos;
8. Butch Arce;
9. Ernesto A. Capulong, Jr.;

**EXHIBIT A**

10. Petronillo Q. Villaluz;
11. Winzler & Kelly, through Steven Cox;
12. Albert Tsutsui;
13. Webb Hayes;
14. Dean Gillham;
15. Kenneth Collard;
16. Ben Casey (by deposition);
17. Frank Dennis (by deposition);
18. Bruce Swanney (by deposition);
19. Edgar Jabingay;
20. Andy Smith;
21. Marilou Baluyut;
22. Benny Quintanilla;
23. Jess Acfalle;
24. Roque Santos;
25. Mike Aflague;
26. Stan Hall;
27. Darrell Dela Paz;
28. Such rebuttal witnesses as may be required; and
29. Any witnesses listed on the Plaintiff's designation.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

DATED: OCTOBER 7, 2005

BERMAN O'CONNOR MANN & SHKLOV

BY: _____
DANIEL J. BERMAN
*Attorneys for Defendant Winzler & Kelly*

DATED: OCTOBER ___, 2005

TARPLEY & MORONI, LLP

BY: _____
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: OCTOBER 7th, 2005

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\225-JOINT WITNESS LIST OF BCC, W&K & EMPSCO RE GARGRAVE V BLACK ET AL.DOC

- 2 -

EXHIBIT A