# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds,<br><br>Plaintiff,<br><br>vs.<br><br>Black Construction Corporation, et al.,<br><br>Defendants. | Case No. 1:03-cv-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the following Orders on the dates indicated below:

1. Order denying Motion in Limine to Preclude References to Damage by Ships.
2. Order denying Motion in Limine Precluding From Presenting Any Evidence Tending to Show, or From Arguing That, the Port was Comparatively Negligent.
3. Order denying Motion in Limine to Preclude Testimony by Kenneth W. Collard, Jr. Concerning Repairs Which Are Impossible.
4. Order granting Motion in Limine to Exclude Evidence re Engineering Calculations on Account of Defendant's Spoliation.
5. Order denying Motion in Limine to Preclude Evidence, Testimony, and Reference to Defendant Winzler and Kelly's Experts Analysis re Berthing Forces on Pier F-1 and Its Dolphins.
6. Order denying Motion in Limine to Preclude Evidence, Testimony, and Reference to Defendants' Experts' Opinion that the 1996-97 Repairs to the Pier and Dolphins Were 1) Temporary; or 2) Were Designed to Bring the Pier Back to Only 40 percent of Its Original Strength.
7. Order granting Motions in Limine.
8. Order denying Motion in Limine to Preclude Evidence or Argument That the Port was a Third-Party Beneficiary of Winzler and Kelly's Subcontract With Black.
9. Order denying Motion in Limine to Exclude Expert Testimony.
10. Order denying Motions in Limine to Exclude Evidence of Amounts Paid to Settle

Property Insurance Claim, to Limit Claim to 22 percent of Total Damage and to Limit Claim to Damages Pled.
11. Notice of Entry.

| Blair Sterling Johnson Moody Martinez and Leon Guerrero | Tarpley and Moroni, LLP | Carlsmith Ball, LLP | Berman, O'Connor, Mann and Shklov |
|---|---|---|---|
| *November 1, 2005* | *November 1, 2005* | *November 1, 2005* | *November 2, 2005* |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the Orders listed above were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 2, 2005 /s/ Renee M. Martinez
Deputy Clerk