CARLSMITH BALL LLP

STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV -3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>    Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS; DECLARATION OF SERVICE** |

  1.  Please state your name.

2. What is the highest grade you completed in school? If you attended a trade school, please specify the trade. If you completed or attended college, please state your areas of study.

3. Where do you work and what is your job?

4. The parties involved in this case are the Port Authority of Guam, S.J. Gargrave Syndicate at Lloyd's, London, Black Construction Corporation, Winzler & Kelly Consulting Engineers, and Engineering Management & Planning Services Corporation (also known as "EMPSCO").

   a. Have you or a member of your family ever been employed by any of the parties? If so, when, and in what capacity?

   b. Have you ever had any dealings with any of the parties? If so, when, and in what capacity?

5. This case relates to the repair of the Foxtrot-1 fuel pier at the Port Authority of Guam. Do you know anything about this case or ever heard anything about this case?

6. Have you ever received training or education in the fields of construction, engineering, or architecture?

7. Have you ever had any experience relating to faulty or defective construction? Please explain.

8. Have you ever had a bad experience with a developer, builder, engineer, architect, or construction company? Please explain.

9. Have you ever been involved in constructing your own home or building, or a part of a home or building, by building the structure yourself?

4811-5539-8912.2                                2.
Case 1:03-cv-00009   Document 346   Filed 11/03/2005   Page 2 of 6

10. Have you ever been involved in constructing your own home or building, or a part of a home or building, by hiring a developer, builder, engineer, architect, or construction company?

    a. If so, did you have a written contract with the developer, builder, engineer, architect, or construction company?

    b. Do you have an opinion regarding what duties or responsibilities the general contractor of a construction project owes to the property owner? Regarding what duties or responsibilities the engineer of a construction project owes to the property owner?

    c. Do you have an opinion regarding who should be responsible for seeing that a construction project is properly constructed, the owner, developer, builder, engineer, architect, or construction company?

11. Do you have any negative impressions of or experiences with insurance companies? Please explain.

12. Do you know or are you related to any of the following persons:

    1. Perfecto Jose

    2. Lito Gutierrez

    3. Lito Tabilas

    4. Rod Bismonte

    5. Nemencio Macario

    6. Jurgen Unterberg

    7. Simeon Delos Santos

    8. Butch Arce

    9. Ernesto A. Capulong, Jr.

10. Petronillo Q. Villaluz

11. Winzler & Kelly, through Steven Cox

12. Edgar Jabingay

13. Andy Smith

14. Benny Quintanilla

15. Jess Acfalle

16. Roque Santos

17. Stan Hall

18. Darrell Dela Paz

19. Joe Sablan

20. Captain Jurgen Unterberg, Ph.D.

21. Peter MacLeod

22. Frank Dennis

23. Anne-Marie Muna

24. Ben Casey

25. Edward Williamson

26. Bruce Swanney

27. Edgar Jabinigay

28. Joselito Gutierrez

29. Marilou M. Baluyut

30. Leonard Dedicataria

31. Albert Tsutsui

32. Webb Hayes

33. Dean Gillham

34. Kenneth Collard

35. Elliott H. Boone

36. Mike Aflague

13. The parties in this case are represented by the following attorneys and law firms: Forrest Booth of Cozen O'Connor; Steve Smith and Elyze McDonald of Carlsmith Ball; Tom Sterling of Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero (formerly Klemm, Blair, Sterling & Johnson); Robert O'Connor and Daniel Berman of Berman O'Connor, Mann & Shklov; and Tom Tarpley of Tarpley & Moroni.

   a. Are you related to any of these attorneys? Have you or a member of your family ever worked with or been employed by any of these attorneys or law firms?

   b. Have you ever utilized the services of any of these attorneys or firms, or have otherwise dealt with these attorneys or firms in an adversarial or non-adversarial manner?

14. Have you ever been a party to a lawsuit? Please explain.

15. Do you have any physical or mental limitations that would prevent you from serving as a juror in this case?

16. Is there any reason why you cannot serve as an impartial and fair juror on this case?

DATED: Hagåtña, Guam, November 3, 2005.

CARLSMITH BALL LLP

_____
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 3, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** upon Defendants Counsel of record as follows:

        Robert J. O'Connor, Esq.
        Daniel J. Berman, Esq.
        Berman O'Connor Mann & Shklov
        Suite 503, Bank of Guam Building
        111 Chalan Santo Papa
        Hagåtña, Guam 96910

        Thomas C. Sterling, Esq.
        Klemm Blair Sterling & Johnson, P.C.
        Suite 1008, Pacific News Building
        238 Archbishop Flores Street
        Hagåtña, Guam 96910

and        Thomas M. Tarpley, Esq.
        Law Offices of Tarpley & Moroni, LLP
        Suite 402, Bank of Hawaii Building
        134 West Soledad Avenue
        Hagåtña, Guam 96910

Executed this 3rd day of November, 2005 at Hagåtña, Guam.

*/s/ Elyze McDonald*
ELYZE J. MCDONALD

SANFRAN1\33746\1 123206.000