BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
By **THOMAS C. STERLING**
*Attorneys for* Defendant Black Construction Corporation

FILED
DISTRICT COURT OF GUAM
NOV -3 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br><br><br><br> **DEFENDANTS' JOINT PROPOSED VOIR DIRE QUESTIONS** |

The Defendants herein jointly request that the Court ask the following questions of the jurors during jury voir dire in the instant matter.

1. Do you know any of the following named individuals who are either party representatives, witnesses, or persons involved in the transactions at issue in this case?

   a. Mr. Joe Sablan (a former employee of Shell Guam);

   b. Captain Jurgen Unterberg;

   c. Peter MacLeod;

d.   Frank Dennis;

e.   Anne-Marie Muna;

f.   Ben Casey;

g.   Edward Williamson;

h.   Bruce Swanney;

i.   Perfecto Jose;

j.   Edgar Jabinigay;

k.   Stan Hall;

l.   Simeon Delos Santos;

m.   Rod Bismonte;

n.   Nemencio C. Macario;

o.   Butch Arce (pronounced Ar-say);

p.   Joselito Gutierrez;

q.   Malou Baluyut;

r.   Elliott Boone;

s.   Leonard Dedicataria;

t.   Lito Tabilas;

u.   Ernesto Capulong, Jr.

v.   Petronillo Villaluz;

w.   Steven Cox;

x.   Albert Tsutsui;

y.   Webb Hayes;

z.   Dean Gillham;

- 2 -

aa. Kenneth Collard;

bb. Andy Smith;

cc. Roque Santos;

dd. Thomas Anderson;

ee. Leonard Kaae (pronounced Ka-eye);

ff. Mark Mamczarz (pronounced Mam-zarz);

gg. Thomas Sterling;

hh. Vincent Leon Guerrero;

ii. Thomas Tarpley;

jj. Robert O'Connor;

kk. Jed Horey;

ll. Forrest Booth;

mm. David Ledger;

nn. Steven Smith; and

oo. Elyze J.T. McDonald.

2. If you know any of these people, please explain the nature of your relationship with them.

3. Have you or any of your immediate family members ever been employed by any of the following companies?

    a. Black Construction Corporation;

    b. Winzler & Kelly Consulting Engineers;

    c. Engineering Management & Planning Services Corporation;

    d.    Lloyds of London;

    e.    AM Insurance;

    f.    The Port Authority of Guam;

    g.    Cabras Marine Corporation;

    h.    GK2 Inc.;

    i.    ProMarine Technology;

    j.    Cash & Associates;

    k.    Blair Sterling Johnson Moody Martinez & Leon Guerrero, P.C.

    l.    Tarpley & Moroni, LLP;

    m.    Carlsmith Ball LLP;

    n.    Cozen O'Connor;

    o.    Berman O'Connor Mann & Schlov;

    p.    Shell Guam Inc.;

    q.    Young Adjustment Company; and

    r.    N.C. Macario & Associates Inc.

4. If you or your immediate family members were employed by any of these entities, please identify who was employed, the approximate dates of employment and why they left said employment, if they did.

5. Have you ever hired a contractor, architect or engineer to perform any work on your behalf?

- 4 -

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

6. If you have previously hired a contractor, architect or engineer to perform work on your behalf, please identify the contractor, architect or engineer employed, and state whether the experience you had was a good or bad experience.

7. If you had a bad experience with a contractor, architect or engineer, please describe why you believe it was a bad experience.

8. Have you ever entered into a contractual relationship that was breached by the other party?

9. If so, please describe the nature of the contract, the breach and any damages which you sustained.

10. Have any of you ever been employed in the shipping industry?

11. If you have been employed in the shipping industry, please identify who you worked for, the dates of your employment and the general nature of your duties.

12. Have any of you ever operated pleasure boats such as sailboats, motor boats, or fishing boats?

13. If you have operated sailboats, motor boats or fishing boats, please state the type of boat which you operated.

//

//

- 5 -

14. Do any of you have any training as an engineer, architect, or construction worker?

15. If so, please explain the nature of that training.

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

DATED: NOVEMBER 3, 2005

BERMAN O'CONNOR MANN & SHKLOV

BY: _____
DANIEL J. BERMAN
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

DATED: NOVEMBER 3, 2005

TARPLEY & MORONI, LLP

BY: _____
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: NOVEMBER 3, 2005

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\264-DEFS PROPOSED JOINT
VOIR DIRE QUESTIONS RE GARGRAVE V BLACK ET AL.DOC

- 6 -