BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
By **THOMAS C. STERLING**
Attorneys for   Defendant Black Construction Corporation

FILED
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br><br> **CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that on November 3, 2005, true and correct copies of the following: **DEFENDANTS' JOINT PROPOSED VOIR DIRE QUESTIONS** filed herein on November 3, 2005 will be served via hand delivery upon the following:

**CARLSMITH BALL**
**BANK OF HAWAII BUILDING**
**SUITE 401**
**134 WEST SOLEDAD AVENUE**
**HAGÅTÑA, GUAM 96910**

**TARPLEY & MORONI, LLP**
**A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION**
**BANK OF HAWAII BUILDING**
**134 WEST SOLEDAD AVENUE, SUITE 402**
**HAGÅTÑA, GUAM 96910**

//

BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BUILDING
111 CHALAN SANTO PAPA
HAGÅTÑA, GUAM 96910

**DATED** this 3rd day of November, 2005.

_____
THOMAS C. STERLING

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\264-CERTIFICATE OF
SERVICE RE GARGRAVE V BLACK ET AL.DOC

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 2 -