LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP53A
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, </br></br>Plaintiff,</br></br>v.</br></br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,</br></br>Defendants. | CIVIL CASE NO. CV03-00009 </br></br></br></br></br>**EMPSCO'S PROPOSED JURY INSTRUCTIONS** |

Pursuant to Order of the Court, EMPSCO submits herewith its proposed jury instructions.

EMPSCO requests that the following instructions be given from the Ninth Circuit Model Civil Jury Instructions:

    3.1  Duties of Jury to Find Facts and Follow Law

    3.2  What is Evidence

    3.3  What is Not Evidence

    3.6  Credibility of Witnesses

    3.7  Opinion Evidence, Expert Witness

    3.11 Two or More Parties - Different Legal Rights

In addition, EMPSCO requests that the jury instructions attached hereto be read to the jury following trial.

Dated this \_\_\_3rd\_\_\_ day of November, 2005.

                      TARPLEY & MORONI, LLP

                      By: _____
                          THOMAS M. TARPLEY, JR.,
                          Attorney for Defendant EMPSCO

## BREACH OF CONTRACT PROOF

A party attempting to recover for breach of contract must prove:

(1) the existence of a contract;

(2) performance by the plaintiff or some justification for non-performance;

(3) failure to perform the contract by the defendant; and

(4) resulting in damages

City of Westminster v. Centric-Jones Constructors, 100 P.3 472, 477 (Colo. App., 2003); Armstrong Petroleum Corp. v. Tri-Valley Oil & Gas Co., 111 Cal.Rptr. 3d 412, 425 (2004)

## WHAT IS A CONTRACT

A *contract* is an agreement to do or not do a certain thing.

18 GCA §85101 (verbatim)

JURY INSTRUCTION 2

# JURY INSTRUCTION 3

## INTERPRETATION OF WRITTEN CONTRACTS –
## WHEN WRITING TO BE DISREGARDED

When a contract is reduced to writing, the intention of the parties is to be ascertained from the writing alone, if possible; however, when through mistake, or accident, a written contract fails to express the real intention of the parties, such intention is to be regarded, and the erroneous parts of the writing disregarded.

18 GCA §8710 and §87106 (relevant portions combined)

**WORDS IN USUAL SENSE**

The words of a contract are to be understood in the ordinary and popular sense, rather than according to their strict legal meaning, unless used by the parties in a technical sense, or unless a special meaning is given to them by usage, in which case the latter must be followed.

18 GCA §87110 (verbatim)

**SEALS OF PROFESSIONAL ENGINEERS ON ENGINEERING DOCUMENTS**

Under Guam law, each licensed engineer is provided a seal made of a rubber stamp. The seal and signature of a professional engineer shall be placed on all specifications, reports, plats, drawings, plans, design information and calculations whenever presented to a client or any public or governmental agency. The seal and signature shall be used by professional engineers only when the work being stamped was under the engineer's complete direction and responsible control.

Taken from 20 GCA §32116

## DAMAGES - PROOF

It is the duty of the Court to instruct you about the measure of damages. By instructing you on damages, the Court does not mean to suggest for which party a verdict should be rendered.

If you find for the plaintiff, you must determine the plaintiff's damages. Damages means the amount of money which will reasonably and fairly compensate the plaintiff for any injury you find was caused by each defendant. You should consider the following:

> The reasonable value of necessary repairs to any property which was damaged.

The plaintiff has the burden of proving damages by a preponderance of the evidence, and it is for you to determine what damages, if any, have been proved.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

Ninth Circuit Model Civil Jury Instructions 7.1 and 7.2 (the words "the defendant" changed to "each defendant").

## DAMAGES MUST BE CERTAIN

No damages can be recovered for a breach of contract which are clearly not ascertainable in both their nature and origin.

20 GCA §2202 (verbatim)

## DAMAGES, REASONABLE

Damages must, in all cases, be reasonable, and where an obligation of any kind appears to create a right to unconscionable and grossly oppressive damages, contrary to substantial justice, no more than reasonable damages can be recovered.

20 GCA §2281 (verbatim)