BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO.: CIV03-00009<br><br>DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OBJECTIONS TO PLAINTIFF'S EXHIBITS AND ONE DEFENSE EXHIBIT; CERTIFICATE OF SERVICE |

Plaintiff gave Defendant Winzler & Kelly Consulting Engineers ("Winzler & Kelly") its exhibit book less than one week before trial, and one week late. Winzler & Kelly incorporates herein its previous objections to Plaintiff's exhibit list. In addition, Winzler & Kelly has the following specific objections to certain of the Plaintiff's exhibits:

1. Exhibit 7 – Black's As-Built Drawings.

Not contained in Plaintiff's exhibit book for review.

-1-

ORIGINAL

## 2. Exhibit 8 – March 15, 1996 Black letter to PAG.

On its face, this is a 7 page letter (5 pages of attachments). It has been disclosed to Plaintiff as a 7-page letter. Plaintiff has failed to attach the 5 pages of attachments which makes it misleading and incomplete. (Defendants have the *entire* letter with attachment as D-24.)

## 3. Exhibit 10.

See previous objections to this exhibit. Objected to as expert testimony from a non-disclosed expert; hearsay; Defendants cannot cross-examine a declaration. It would be a fundamental denial of due process to allow a witness to testify at trial via an affidavit.

## 4. Exhibit 16 - Supplemental Assignment of April 27, 2005.

Supplemental Assignment of April 27, 2005. Incomplete document. Objection, irrelevant. It is not part of the pleadings in this case as it was signed after the close of pleadings. Exceeds the scope of the Complaint.

## 5. Exhibit 22 – October OCEL Letter.

Hearsay.

## 6. Exhibit 30 – Harbor Master Reports.

No foundation, no authentication. Not previously disclosed pursuant to Rule 26 or discovery obligations.

//
//

7. Exhibit 34 – Plaintiff's Damages.

Objected to as not providing the sufficient detail required, especially by Rule 26.

8. Exhibit 35 – Carlsmith Ball Fee Statement.

No document is in the exhibit book. We will object to a later attempt to admit this into evidence since it has *never* been disclosed to the Defendants.

9. Exhibit 36 – Cozen O'Connor Invoice.

No foundation. No authentication. Hearsay, vague and incomplete.

10. Exhibit 37 – Shell "Lifeline" Letter.

Hearsay.

11. Exhibit 40 – Winzler & Kelly Correspondence.

This is misleadingly labeled. It is not correspondence, it is a Winzler & Kelly Report on F-3 to F-6, *which has nothing to do with F-1 or our case*. Plaintiff is attempting to get this admitted to confuse the jury into believing Winzler & Kelly had a more extensive involvement in F-1 than it really had. This violates Evidence Code 403. Its probative value is outweighed by the danger of confusing the issues, misleading the jury and creating unfair prejudice.

12. Exhibit 43 – Minutes, January 11, 1996.

Hearsay. Minutes report on what people may or may not have said.

### 13. Exhibits 44 and 45 – Boone Reports.

Hearsay.

### 14. Exhibit 47 – Tsutsui Declaration and Report.

Hearsay.

### 15. Exhibit 65.

This letter is also part of Plaintiff's Exhibit 8 and we incorporate herein our objections above to Plaintiff's Exhibit 8.

### 16. Exhibits 69 and 74 – Winzler & Kelly's April 10, 1997 letter and March 6, 1997 Letter.

Objection to admissibility on the grounds that this has no relevance to the issues in this case. This was a situation involving a bent pile, not a bolt connection. It was dealt with *after* the bolt connection construction had been completed back in January/February 1997. The opinion offered by Mr. Swanney that Winzler & Kelly's solution to the bent pile "benefited" PAG is not germane or relevant to whether the entirely different design in VE-1 was intended to benefit PAG.

### 17. Exhibit 73 – Unteberg Tape.

Objected to as not having been listed in Plaintiff's original exhibit list. Local Rule 16.7 requires such prior listing.

1     <u>18. Exhibits 13, 14, 15, 19, 24, 27, 28, 29, 30, 34, 35, 36, 38, 40, 41, 44, 45, 52, 59, 60,
2 61, 63, 64, 67, 68, 70 and 72</u>.

4     Objected to as unauthenticated.

6     <u>19. Defendants' Exhibit 31</u>.

8     Objected to on the grounds of hearsay, lack of foundation, authenticity and it seems to
9 be an attempt to get into evidence expert opinions.

11     Dated this 3rd day of November, 2005.

                                    Respectfully submitted,

                                      BERMAN O'CONNOR MANN & SHKLOV
                                      Attorneys for Defendant
                                      Winzler & Kelly Consulting Engineers

                                      By: _____
                                          ROBERT J. O'CONNOR

## CERTIFICATE OF SERVICE

I, Joseph Perez, hereby declare under penalty of perjury of the laws of the Unites States, that on the 3rd day of November 2005, I will cause to be served, via hand delivery a true and correct copy of **DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' OBJECTIONS TO PLAINTIFF'S EXHIBITS AND ONE DEFENSE EXHIBIT; CERTIFICATE OF SERVICE** upon Plaintiff and Defendants Counsel of record as follows:

> David Ledger, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> P.O. Box BF
> Hagåtña, Guam 96932-5027
> Telefax: (671) 477-4375

> Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

> Thomas C. Sterling, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam 96910
> Telefax: (671) 472-4290

> Attorneys for Defendant Black Construction Company

> Thomas M. Tarpley, Esq.
> Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Bldg.
> 134 W. Soledad Avenue
> Hagåtña, Guam 96910
> Telefax: (671) 472-4526

> Attorneys for Defendant
>     Engineering, Management & Planning Services Corporation

Dated this 3rd day of November, 2005.

_/s/ Joseph Perez_
Joseph Perez

2003-08-051101-PL-Obj re Ptf Exhibits