LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



**FILED**
DISTRICT COURT OF GUAM

NOV - 4 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

7ZP68
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

S.J. GARGRAVE SYNDICATE ) CIVIL CASE NO. CV03-00009
AT LLOYDS, )
)
          Plaintiff, )
)
     v. )
)
BLACK CONSTRUCTION ) **DEFENDANTS' NOTICE OF**
CORPORATION, WINZLER & KELLY ) **LODGING DEPOSITION TRANSCRIPT**
CONSULTING ENGINEERS and ) **OF SIMEON S. DELOS SANTOS**
ENGINEERING, MANAGEMENT, )
& PLANNING SERVICES )
CORPORATION, )
)
          Defendants. )
_____)

     NOTICE IS HEREBY GIVEN that pursuant to Local Rule 16.7(d)

(2), Defendant Engineering Management, & Planning Services

Corporation hereby lodges the original Deposition Transcript of

Simeon S. Delos Santos, taken on September 21, 2004.


     Dated this __3rd__ day of November 2005.

                    TARPLEY & MORONI, LLP



               By: _____
                    THOMAS M. TARPLEY, JR.,
                    Attorney for Defendant
                    ENGINEERING      MANAGEMENT      &
                    PLANNING SERVICES CORPORATION

**ORIGINAL**