LAW OFFICES
# TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP71
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation



**FILED**
DISTRICT COURT OF GUAM

NOV - 4 2005

**MARY L.M. MORAN
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Thomas M. Tarpley, Jr., hereby certify that on November 4, 2005, true and correct copies of the following: DEFENDANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPT OF SIMEON S. DELOS SANTOS filed herein on November 4, 2005 will be served via fax and mail to the following:

| | |
|---|---|
| THOMAS C. STERLING, ESQ. <br> KLEMM BLAIR STERLING & JOHNSON <br> Pacific News Bldg., Suite 1008 <br> 238 Archbishop Flores Street <br> Hagatna, Guam 96910 | ROBERT J. O'CONNOR <br> DANIEL J. BERMAN, ESQ. <br> BERMAN O'CONNOR MANN & SHKLOV <br> Bank of Guam Bldg., Suite 503 <br> 111 Chalan Santo Papa <br> Hagatna, Guam 96910 |

CARLSMITH BALL
Bank Of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910

1     Dated this 4th day of November, 2005.

_____
Thomas M. Tarpley, Jr.

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al. CV03-00009
CERTIFICATE OF SERVICE

**Page 2 of 2**

Case 1:03-cv-00009   Document 361   Filed 11/04/2005   Page 2 of 2