

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | Civil Case No. 03-00009<br><br>**ORDER**<br><br>Regarding Magistrate's Report and Recommendations dated October 7, 2005 |

On May 26, 2005, Defendant Engineering Management & Planning Services Corporation ("EMPSCO"), filed 1) a Renewed Motion to Limit Testimony of Plaintiff's Expert at Trial and to Recover Cost (Docket No. 189); and 2) a Request for Reference to Trial Judge (Docket No. 196), filed by the Plaintiff. The Magistrate Judge issued an Order and Report and Recommendation ("Report") on October 7, 2005, wherein, he recommended that EMPSCO's Renewed Motion to Limit Testimony of Plaintiff's Expert be denied. The Court further ordered that Plaintiff's motion to refer the matter to the trial judge be denied. Thereafter, the Magistrate's Report was served on Plaintiff and all Defendants.

Under 28 U.S.C. § 636(b)(1)(C), the Court may accept, reject or modify in whole or in part the Magistrate Judge's recommendation, but must make a *de novo* determination as to any portion of the recommendation to which objection has been made. To date, neither party has filed any objections.[1]

---

[1] The Court notes that Plaintiff did file a Request for Modification of the Magistrate's Report (Docket No. 260) and Request to Shorten Time for Hearing (Docket No. 261), both of these motions were later withdrawn (Docket No. 266) and no further action will be taken by the Court as to these motions.

Having thoroughly considered the entire case and relevant law, the Court hereby adopts the Magistrate Judge's Findings and Recommendation in full. Accordingly, Defendant EMPSCO's Renewed Motion to Limit Testimony of Plaintiff's Expert at Trial and to Recover Cost is hereby DENIED.

**SO ORDERED** this 7 day of October , 2005.

ROBERT CLIVE JONES[*]
United States District Judge

---

[*] The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.