KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO. CV03-00009 |
|---|---|---|
| Plaintiff, | ) | **VOLUME 2** |
| vs. | ) | **JOINT EXHIBIT LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW Defendants **BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS,** and **ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION** and provide their Trial Exhibit List - Volume 2.

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| D77 | Lloyd's Policy | |
| D78 | Port claim | |
| D79 | MacLeod's Settlement Allocation | |
| D80 | MacLeod's Report No. 1 | |
| D81 | MacLeod Report No. 3 | |
| D82 | MacLeod Report No. 6 | |
| D83 | E-mail of August 12, 2003 from MacLeod to Booth | |
| D84 | E-mail of December 2, 2003 from MacLeod to Booth | |
| D85 | Letter of May 9, 2005 from Boone to Booth | |

| | | |
|---|---|---|
| D86 | Copy of PEALS Law | |
| D87 | UBC § 106.3.4 | |
| D88 | Pre-final Inspection Sign Off Sheet | |
| D89 | PEALS Rules & Regulations | |
| D90 | | |
| D91 | | |
| D92 | | |
| D93 | | |
| D94 | | |
| D95 | | |
| D96 | | |
| D97 | | |
| D98 | | |
| D99 | | |
| D100 | | |

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: /s/ Thomas C. Sterling
**THOMAS C. STERLING**
*Attorneys for Defendant Black Construction Corporation*

DATED: NOVEMBER 7, 2005

BERMAN O'CONNOR MANN & SHKLOV

BY: /s/ Daniel J. Berman
**DANIEL J. BERMAN**
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

DATED: NOVEMBER 7, 2005

**TARPLEY & MORONI, LLP**

BY: /s/ (reserve obj)
**THOMAS M. TARPLEY, JR.**
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: NOVEMBER 7, 2005

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

S.J. GARGRAVE SYNDICATE AT LLOYDS VS. BLACK
CONSTRUCTION CORPORATION, ET AL.
CIVIL CASE NO. CV03-00009

# DEFENDANTS' JOINT EXHIBITS
# VOLUME 2

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| D77 | Lloyd's Policy | |
| D78 | Port claim | |
| D79 | MacLeod's Settlement Allocation | |
| D80 | MacLeod's Report No. 1 | |
| D81 | MacLeod Report No. 3 | |
| D82 | MacLeod Report No. 6 | |
| D83 | E-mail of August 12, 2003 from MacLeod to Booth | |
| D84 | E-mail of December 2, 2003 from MacLeod to Booth | |
| D85 | Letter of May 9, 2005 from Boone to Booth | |
| D86 | Copy of PEALS Law | |
| D87 | UBC § 106.3.4 | |
| D88 | Pre-final Inspection Sign Off Sheet | |
| D89 | PEALS Rules & Regulations | |
| D90 | | |
| D91 | | |
| D92 | | |
| D93 | | |
| D94 | | |
| D95 | | |
| D96 | | |
| D97 | | |
| D98 | | |
| D99 | | |
| D100 | | |

E49\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\258-EXTRA EXHIBIT LIST OF
BCC, W&K & EMPSCO RE GARGRAVE V BLACK ET AL.DOC

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857