DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - TRIAL



**FILED**
DISTRICT COURT OF GUAM
NOV - 7 2005
**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. CV-03-00009        DATE: November 7, 2005

CAPTION:  S.J. Gargrave Syndicate at Lloyds  -vs-  Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Courtroom Deputy: Leilani Toves Hernandez            Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles
Hearing Electronically Recorded: Run Time: 1:36:13 - 3:35:05       CSO: J. Lizama / D. Quinata
                                 3:56:18 - 5:19:23

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**                    **COUNSEL FOR DEFENDANT(s):**

FORREST BOOTH                                TOM STERLING / V. LEON GUERRERO, BLACK CONSTRUCTION

STEPHEN SMITH                                TOM TARPLEY, EMPSCO

ELYZE MCDONALD                               BOB O'CONNOR / HORREY, WINZLER & KELLY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JURY TRIAL - DAY 1

( X ) **JURY EMPANELED AND SWORN**
(   ) **OPENING STATEMENT BY THE** ____Plaintiff  ____Defendant
(   ) **WITNESSES SWORN AND EXAMINED**         (   ) **EXHIBITS MARKED AND ADMITTED**
          SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(   ) **CLOSING ARGUMENT BY THE** ____Plaintiff  ____Defendant

( X ) **TRIAL/DELIBERATION CONTINUED TO:** Tuesday, November 8, 2005 at 9:00 a.m.
(   ) **JURY CHARGED BY COURT**
(   ) **JURY DELIBERATE AT**_____     (   ) **JURY RETURNS VERDICT AT:**_____
(   ) **JURY VERDICT:** _____

(   ) **JURY POLLED**    (   ) **POLLING WAIVED**    (   ) **JURY DISCHARGED**

(   ) **COURT FINDINGS:** _____

(   ) **OTHER MATTER(s):**

COURTROOM DEPUTY: _____

# JURY LIST

S.J. Gargrave Syndicate at Lloyds
Plaintiff(s),

Black Construction Corp., et al
Defendant(s),

Case No: CV-03-00009
Date: November 7, 2005
Plaintiff's Cnsl: Booth / Smith / McDonald
Defendant's Cnsl: Sterling / O'Connor / Tarpley

| Names of Jurors | Excused By | | | | |
|---|---|---|---|---|---|
| | Plaintiff | | Defendant | | Court |
| | C | PER | C | PER | |
| 1 BORJA, ROSEMARIE ① | | | | | |
| 2 CONWAY, CRYSTAL | | 3 | | | |
| 3 MESA, DANIEL | | | 1 | | |
| 4 QUINTANILLA, TRUDES ② | | | | | |
| 5 CRUZ ATANACIO ③ | | | | | |
| 6 LLAGAS, LILIBETH | | | | 3 | |
| 7 LUJAN, DORIS ④ | | | | | |
| 8 MENDEZ, ELAINE ⑤ | | | | | |
| 9 DELIGUIN, ANTHONY ⑥ | | | | | |
| 10 EDUSADA, ISABEL | | 1 | | | |
| 11 PORRAS, LEA | | 2 | | | |
| 12 SAN NICOLAS, JOSEFINA | | | | 2 | |
| 13 GUZMAN, JAMES ⑦ | | | | | |
| 14 SALAS, FLORENTINA ✓ ⑧ — | | | | | |
| 15 MENDIOLA, ROQUE | | | A1 | | |
| 16 CAMACHO, ELIZABETH ✓ A1 | | | | | |
| 17 CRUZ, LOURDES A2 | | | | | |
| 18 ROSARIO, CHRISTINE | | | | | |
| 19 | | | | | |
| 20 Plaintiff passes- Alternate | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |