ORIGINAL

CARLSMITH BALL LLP

STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
NOV - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>           Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>           Defendants. | CIVIL CASE NO. 03-00009<br><br>**PLAINTIFF'S AMENDED JURY INSTRUCTIONS NO. 14 & 15; DECLARATION OF SERVICE** |

### PLAINTIFF'S JURY INSTRUCTIONS

Plaintiff submits amended versions of Instructions Nos. 14 and 15. The amended portions are underlined.

Amended Instruction No. 14

## BREACH OF CONTRACT BY BLACK CONSTRUCTION COMPANY

In the first count of this lawsuit, Plaintiff S.J. Gargraves Syndicate at Lloyd's claims that the Port Authority of Guam entered into a contract with Black Construction Company ("Black") to repair the F-1 Foxtrot Pier.

Plaintiff claims that Black breached this contract by failing to repair the F-1 Foxtrot Pier according to the specifications in the contract <u>and/or required by the Uniform Building Code</u>.

Plaintiff also claims that Black's breach of this contract caused harm to Plaintiff for which Black should pay.

Black denies this claim.

<u>California Civil Jury Instructions (2005)</u>, Instruction No. 300

Amended Instruction No. 15

## BREACH OF CONTRACT BY WINZLER & KELLY

In the second count of this lawsuit, Plaintiff claims that Black entered into a contract with Winzler & Kelly ("Winzler") to repair the F-1 Foxtrot Pier, to which the Port Authority of Guam benefited.

Plaintiff claims that Winzler breached this contract by failing to repair the F-1 Foxtrot Pier according to the specifications in its contract with Black <u>and the requirements of Uniform Building Code</u>.

Plaintiff also claims that Winzler's breach of this contract caused harm to Plaintiff for which Winzler should pay.

Winzler denies this claim.

<u>California Civil Jury Instructions (2005)</u>, Instruction No. 300

DATED: Hagåtña, Guam November 8, 2005.

CARLSMITH BALL LLP

*[signature]*
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 8, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S AMENDED JURY INSTRUCTIONS NO. 14 AND 15** upon Defendants Counsel of record as follows:

>Robert J. O'Connor, Esq.
>Daniel J. Berman, Esq.
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910

>Thomas C. Sterling, Esq.
>Klemm Blair Sterling & Johnson, P.C.
>Suite 1008, Pacific News Building
>238 Archbishop Flores Street
>Hagåtña, Guam 96910

and
>Thomas M. Tarpley, Esq.
>Law Offices of Tarpley & Moroni, LLP
>Suite 402, Bank of Hawaii Building
>134 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 8th day of November 2005 at Hagåtña, Guam.

_____
ELYZE McDONALD