# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, <br><br> Plaintiff, <br><br> vs. <br><br> Black Construction Corporation, et al., <br><br> Defendants. | Case No. 1:03-cv-00009 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order adopting Magistrate Judge's Findings and Recommendations filed November 7, 2005* on the dates indicated below:

| Blair Sterling Johnson Moody Martinez and Leon Guerrero | Berman, O'Connor, Mann and Shklov | Carlsmith Ball |
|---|---|---|
| *November 8, 2005* | *November 8, 2005* | November 7, 2005 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order adopting Magistrate Judge's Findings and Recommendations filed November 7, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 8, 2005     /s/ Renee M. Martinez
                            Deputy Clerk