

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES - TRIAL**

FILED
DISTRICT COURT OF GUAM
NOV - 8 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00009**                    **DATE: November 8, 2005**

**CAPTION:** <u>S.J. Gargrave Syndicate at Lloyds</u>  -vs-  <u>Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Courtroom Deputy: Leilani Toves Hernandez          Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles
Hearing Electronically Recorded: Run Time: 9:02:27 - 10:39:48          CSO: J. Lizama / D. Quinata
10:54:46 - 11:57:03; 1:34:32 - 3:29:00; 3:44:45 - 4:57:20

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**                    **COUNSEL FOR DEFENDANT(s):**

<u>FORREST BOOTH</u>                             <u>TOM STERLING / V. LEON GUERRERO, BLACK CONSTRUCTION</u>

<u>STEPHEN SMITH</u>                             <u>TOM TARPLEY, EMPSCO</u>

<u>ELYZE MCDONALD</u>                            <u>BOB O'CONNOR / HOREY, WINZLER & KELLY</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JURY TRIAL - DAY 2**

( ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE __X__ Plaintiff   __X__ Defendants
( X ) WITNESSES SWORN AND EXAMINED          ( X ) EXHIBITS MARKED AND ADMITTED
       SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff    ____Defendant

( X ) TRIAL/DELIBERATION CONTINUED TO: <u>Wednesday, November 9, 2005 at 9:00 a.m.</u>
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____   ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____

( ) JURY POLLED     ( ) POLLING WAIVED      ( ) JURY DISCHARGED

( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

<u>All parties agreed that the jury panel consists of 8 jurors with 2 alternates.</u>

<u>Mr. Booth requested that the Court provide a cautionary instruction to the jury regarding Mr. O'Connor's reference to the Original Complaint filed in his opening statement. Mr. O'Connor objected and submitted his brief to the Court in response to the request. The Court overruled the objection and stated that jurors will be given a cautionary instruction.</u>

COURTROOM DEPUTY: 

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY AND ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION | Case Number: **CV-03-00009** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **ROBERT CLIVE JONES** | **BOOTH / SMITH / MCDONALD** | **STERLING / O'CONNOR / TARPLEY** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **November 7 - 18, 2005** | **WANDA MILES** | **LEILANI TOVES HERNANDEZ** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 9:02:27 JURY TRIAL - DAY 2 |
| | | | | | | 9:08:23 - 9:46:25 - Opening Statement by Mr. Booth |
| | | | | | | 9:46:45 - 10:39:19 & 10:56:10 - 11:08:07 - Opening Statement by Mr. O'Connor |
| | | | | | | 11:08:33 - 11:32:20 - Opening Statement by Mr. Sterling |
| | | | | | | 11:32:34 - 11:54:56 - Opening Statement by Mr. Tarpley |
| | | | | | | 11:57:03 - 1:34:32 - Lunch Break |
| | | | | | | **FRANK DENNIS, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 2 | | 11/8/05 | 11/8/05 | | Shell F-1 Pier (sketch) |
| | | | | | | As is sketch/drawing (rolled up) |
| | 77 | | 11/8/05 | 11/8/05 | | Typical dolphin sketch |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 15 | | 11/8/05 | 11/8/05 | | Epoxy Dam |
| | 78 | | 11/8/05 | 11/8/05 | | Original Construction; Embedment |
| | 7A | | 11/8/05 | 11/8/05 | | Enlarged Sketch Portion of Exhibit 7, which parties stipulated to be a part of EMPSCO's original design |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | 13A | | 11/8/05 | 11/8/05 | | Bolts installed by Black Construction Corp. |
| | 1 | | 11/8/05 | 11/8/05 | | Winzler & Kelly's Drawing VE-1 |
| | | | | | | **3:29:00 - 3:44:45 BREAK** |
| | | | | | | Continued DX by Mr. Booth |
| | 71 | | 11/8/05 | 11/8/05 | | Dywidag Repair Method |
| | 22 | | 11/8/05 | 11/8/05 | | Handwritten facsimile dated 3-1-02 & OCEL Reports, dated October 21, 2002 |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | | | | | | 4:31:32 End DX |
| | | | | | | CX by Mr. Sterling |
| | | | | | | **4:57:20    END DAY 2** |