CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

FILED
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00009<br><br>**STIPULATION REGARDING PLAINTIFF'S EXHIBITS 1-77 AND DEFENDANTS' JOINT EXHIBITS 1-69** |

The undersigned parties hereby stipulate as to the authenticity and admissibility of the following exhibits:

Plaintiff's Exhibits: 1, 2, 4, 5, 6, 9, 11, 17, 18, 25, 26, 31, 32, 33, 42, 48, 49, 55, 56, 57, 62, 71, 75, 76, 77.

Defendant's Exhibits: 2, 3, 4, 5, 9, 10, 12, 16, 19, 20, 22, 23, 24, 26, 27, 29, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 57, 58, 60, 61, 63, 67, 68, 69.

The undersigned parties hereby stipulate as to the authenticity of the following exhibits, but dispute the admissibility thereof:

Plaintiff's Exhibits: 20, 21, 22, 23, 37, 39, 43, 46, 47, 50, 51, 53, 58, 66, 69, 73, 74.

Defendant's Exhibits: 1, 6, 11, 14, 15, 17, 18, 21, 25, 28, 32, 47, 50, 52, 53, 55, 56, 59, 62, 64, 65, 66.

The undersigned parties have not reached a stipulation as to the authenticity or admissibility of the following exhibits:

Plaintiff's Exhibits: 3, 7, 8, 10, 12, 13, 14, 15, 16, 19, 24, 27, 28, 29, 30, 34, 35, 36, 38, 40, 41, 44, 45, 52, 54, 59, 60, 61, 63, 64, 65, 67, 68, 70, 72.

Defendant's Exhibits: 7, 8, 13, 31, 48, 49, 54.

SO STIPULATED AND AGREED TO this 9 day of November 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

SO STIPULATED AND AGREED TO this 9th day of November 2005.

KLEMM BLAIR STERLING &
JOHNSON, P.C.

_____
THOMAS C. STERLING
Attorneys for Defendant
Black Construction Corporation

SO STIPULATED AND AGREED TO this 8 day of November 2005.

BERMAN O'CONNOR MANN
& SHKLOV

_____
ROBERT J. O'CONNOR
DANIEL J. BERMAN
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

SO STIPULATED AND AGREED TO this 9th day of November 2005.

TARPLEY & MORONI, LLP

_____
THOMAS M. TARPLEY, JR.
Attorneys for Defendant
Engineering, Management & Planning
Services Corporation