DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - TRIAL



FILED
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00009      DATE: November 9, 2005

CAPTION: S.J. Gargrave Syndicate at Lloyds  -vs-  Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation

***

Courtroom Deputy: Leilani Toves Hernandez     Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles
Hearing Electronically Recorded: Run Time: 9:03:32 - 10:32:13     CSO: J. Lizama / D. Quinata
10:46:07 - 12:01:02; 1:26:57 - 2:19:24; 2:28:33 - 3:27:12; 3:42:32 - 5:10:37

*** APPEARANCES ***

COUNSEL FOR PLAINTIFF(s):              COUNSEL FOR DEFENDANT(s):

FORREST BOOTH                          TOM STERLING, BLACK CONSTRUCTION

STEPHEN SMITH                          TOM TARPLEY, EMPSCO

ELYZE MCDONALD                         BOB O'CONNOR, WINZLER & KELLY

***

## JURY TRIAL - DAY 3

(  ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE __X__ Plaintiff __X__ Defendants
( X ) WITNESSES SWORN AND EXAMINED     ( X ) EXHIBITS MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(  ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant

( X ) TRIAL/DELIBERATION CONTINUED TO: Thursday, November 10, 2005 at 9:30 a.m.
(  ) JURY CHARGED BY COURT
(  ) JURY DELIBERATE AT_____     (  ) JURY RETURNS VERDICT AT:_____
(  ) JURY VERDICT: _____

(  ) JURY POLLED    (  ) POLLING WAIVED     (  ) JURY DISCHARGED

(  ) COURT FINDINGS: _____

(  ) OTHER MATTER(s):

COURTROOM DEPUTY: _____

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| S.J. GARGRAVE SYNDICATE AT LLOYDS | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY AND ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION | Case Number: CV-03-00009 |

| PRESIDING JUDGE<br>ROBERT CLIVE JONES | PLAINTIFF'S ATTORNEY<br>BOOTH / SMITH / MCDONALD | DEFENDANT'S ATTORNEY<br>STERLING / O'CONNOR / TARPLEY |
|---|---|---|
| HEARING DATE (S)<br>November 7 - 18, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 9:02:27 JURY TRIAL - DAY 2 |
| | | | | | | 9:08:23 - 9:46:25 - Opening Statement by Mr. Booth |
| | | | | | | 9:46:45 - 10:39:19 & 10:56:10 - 11:08:07 - Opening Statement by Mr. O'Connor |
| | | | | | | 11:08:33 - 11:32:20 - Opening Statement by Mr. Sterling |
| | | | | | | 11:32:34 - 11:54:56 - Opening Statement by Mr. Tarpley |
| | | | | | | 11:57:03 - 1:34:32 - Lunch Break |
| | | | | | | **FRANK DENNIS, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 2 | | 11/8/05 | 11/8/05 | | Shell F-1 Pier (colored sketch) |
| | | | | | | As is sketch/drawing (rolled up) |
| | 77 | | 11/8/05 | 11/8/05 | | Typical dolphin sketch |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 15 | | 11/8/05 | 11/8/05 | | Epoxy Dam |
| | 78 | | 11/8/05 | 11/8/05 | | Original Construction; Embedment |
| | 7A | | 11/8/05 | 11/8/05 | | Enlarged Sketch Portion of Exhibit 7, which parties stipulated to be a part of EMPSCO's original design |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | 13A | | 11/8/05 | 11/8/05 | | Bolts installed by Black Construction Corp. |
| | 1 | | 11/8/05 | 11/8/05 | | Winzler & Kelly's Drawing VE-1 |
| | | | | | | **3:29:00 - 3:44:45 BREAK** |
| | | | | | | Continued DX by Mr. Booth |
| | 71 | | 11/8/05 | 11/8/05 | | Dywidag Repair Method |
| | 22 | | 11/8/05 | 11/8/05 | | Handwritten facsimile dated 3-1-02 & OCEL Reports, dated October 21, 2002 |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | | | | | | 4:31:32 End DX |
| | | | | | | CX by Mr. Sterling |
| | | | | | | **4:57:20    END DAY 2** |
| | | | | | | **9:03:32    BEGIN DAY 3** |
| | | | | | | *Mr. Booth submitted the Stipulation from parties regarding the authenticity and admissibility of certain exhibits.* |
| | | | | | | **Frank Dennis, resumes the witness stand** |
| | | | | | | Continued CX by Mr. Sterling |
| | | | | | | 9:23:09  End CX |
| | | | | | | CX by Mr. O'Connor |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 20 | | 11/9/05 | 11/9/05 | | OCEL Report, dated December 19, 2001 |
| | | | | | | 10:10:41  End CX |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:10:51 - 10:21:39 CX by Mr. Tarpley CX by Mr. Sterling |
| | | | | | | Re-DX by Mr. Booth |
| | | | | | | Mr. Booth moved that the sketch shown by Mr. Tarpley be marked & admitted - No objections - Granted. Exhibit marked as Plaintiff's Exhibit 85 |
| | 85 | | 11/9/05 | 11/9/05 | 11/9/05 | Black and white sketch with red markings of platform and piles |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | 20 | | 11/9/05 | 11/9/05 | | OCEL Report, dated December 19, 2001 |
| | | | | | | 10:26:38 End Re-DX |
| | | | | | | 10:26:57 - 10:27:34 Re-CX by Mr. Sterling |
| | | | | | | 10:27:44 - 10:31:11 Re-CX by Mr. O'Connor |
| | | | | | | Witness excused |
| | | | | | | **10:32:13 - 10:46:07 BREAK** |
| | | | | | | **JOSE C. SABLAN (JOE SABLAN), called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 12A | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin A and B |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | 12C | | 11/9/05 | 11/9/05 | 11/9/05 | Photo of Dolphins and piles |
| | 12D | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Catwalk and Dolphin D |
| | | | | | | 11:04:40 End DX |
| | | | | | | CX by Mr. Sterling |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 11:13:15 End CX |
| | | | | | | CX by Mr. O'Connor |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 11:24:51 End CX |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | | | | | | **Mr. Smith moved for the admittance of Exh 12A, 12B, 12C, and 12D. No obj - Granted** |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | 12D | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Catwalk and Dolphin D |
| | | | | | | 11:28:20 End Re-DX |
| | | | | | | Re-CX by Mr. O'Connor |
| | | | | | | 11:29:50 Witness excused |
| | | | | | | **STAN HALL, called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | | Chart/Map of Apra Harbor area |
| | 2 | | 11/8/05 | 11/8/05 | | Shell F-1 Pier (colored sketch) |
| | | | | | | 12:01:02 LUNCH BREAK |
| | | | | | | 1:26:57 TRIAL RESUMES |
| | | | | | | Continued DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | 11/9/05 | Chart/Map of Apra Harbor area |
| | | | | | | **Mr. Smith moved for the admittance of Exh 86. No obj - Granted** |
| | | | | | | 1:35:53 End DX |
| | | | | | | CX by Mr. Sterling |
| | | D54 | 11/9/05 | 11/9/05 | | May 17, 2001 Port Authority police offense report form re berthing incident at F1 |
| | | | | | | 1:44:43 End CX |
| | | | | | | CX by Mr. O'Connor |
| | | | | | | 1:53:41 End CX |
| | | | | | | CX by Mr. Tarpley |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 1:58:41 End CX |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 2:00:02 Witness excused |
| | | | | | | **CAPTAIN JURGEN UNTERBERG, called and sworn** |
| | 73 | | 11/9/05 | 11/9/05 | 11/9/05 | Unterberg Videotape: Surveillance of Earthquake Damage (edited version) (video problem) |
| | 13a | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13b | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13c | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 2:19:24 - 2:28:33 RECESS (to fix video problem) |
| | 73 | | 11/9/05 | 11/9/05 | 11/9/05 | Unterberg Videotape: Surveillance of Earthquake Damage (edited version) |
| | | | | | | 2:50:44 End DX |
| | | | | | | CX by Mr. Sterling |
| | | | | | | 3:07:51 End CX |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | 46 | | 11/9/05 | 11/9/05 | | Survey Report by Captain Jurgen Unterberg |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 3:17:40 End Re-DX |
| | | | | | | Re-CX by Mr. Sterling |
| | 46 | | 11/9/05 | 11/9/05 | | Survey Report by Captain Jurgen Unterberg |
| | | | | | | End Re-CX |
| | | | | | | No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | 3:17:12 - 3:42:32 BREAK |
| | | | | | | **PETER MACLEOD, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 42 | | 11/9/05 | 11/9/05 | 11/9/05 | Smithbridge Bid, dated November 18, 2002 |
| | 54 | | 11/9/05 | 11/9/05 | 11/9/05 | Young Adjustment Company's F-1 Pier Claim **(Only pages 1-3)** |
| | | | | | | **5:10:37 END DAY 3** |