DISTRICT COURT OF GUAM
TERRITORY OF GUAM




NOV 16 2005

MARY L.M. MORAN
CLERK OF COURT

**CIVIL MINUTES - TRIAL**

**CASE NO. CV-03-00009** **DATE: November 16, 2005**

**CAPTION:** **S.J. Gargrave Syndicate at Lloyds** **-vs-** **Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation**

**************************************************************************************************************

**ROBERT CLIVE JONES, Designated Judge, Presiding**
Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: Run Time: 9:01:02 - 10:44:17; 11:01:05 - 11:54:44; 1:26:00 - 2:55:20; 3:13:54 - 5:14:00
CSO: D. Quinata / J. Lizama

************************************** **APPEARANCES** **************************************

| COUNSEL FOR PLAINTIFF(s): | COUNSEL FOR DEFENDANT(s): |
|---|---|
| FORREST BOOTH | T. STERLING / V. LEON GUERRERO, BLACK CONSTRUCTION CORP. |
| STEPHEN SMITH | BOB O'CONNOR / JOSEPH HOREY, WINZLER & KELLY |
| ELYZE MCDONALD | TOM TARPLEY, EMPSCO |

**************************************************************************************************************

**JURY TRIAL - DAY 8**

**( ) JURY EMPANELED AND SWORN**

**( ) OPENING STATEMENT BY THE ____ Plaintiff ____ Defendants**

**( X ) WITNESSES SWORN AND EXAMINED** **( X ) EXHIBITS MARKED AND ADMITTED**

SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

**( ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant**

**( X ) TRIAL/DELIBERATION CONTINUED TO: Thursday, November 17, 2005 at 9:00 a.m.**

**( ) JURY CHARGED BY COURT**

**( ) JURY DELIBERATE AT____________** **( ) JURY RETURNS VERDICT AT:____________**

**( ) JURY VERDICT: ______________________________**

**( ) JURY POLLED** **( ) POLLING WAIVED** **( ) JURY DISCHARGED**

**( ) OTHER MATTER(s):**

COURTROOM DEPUTY: ____

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS

V.

BLACK CONSTRUCTION CORP., WINZLER & KELLY AND ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION

## EXHIBIT AND WITNESS LIST

Case Number: **CV-03-00009**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **ROBERT CLIVE JONES** | **BOOTH / SMITH / MCDONALD** | **STERLING / O'CONNOR / TARPLEY** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **November 7 - 18, 2005** | WANDA MILES | LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **9:02:27 JURY TRIAL - DAY 2** |
| | | | | | | 9:08:23 - 9:46:25 - Opening Statement by Mr. Booth |
| | | | | | | 9:46:45 - 10:39:19 & 10:56:10 - 11:08:07 - Opening Statement by Mr. O'Connor |
| | | | | | | 11:08:33 - 11:32:20 - Opening Statement by Mr. Sterling |
| | | | | | | 11:32:34 - 11:54:56 - Opening Statement by Mr. Tarpley |
| | | | | | | 11:57:03 - 1:34:32 - Lunch Break |
| | | | | | | **FRANK DENNIS, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 2 | | 11/8/05 | 11/8/05 | | Shell F-1 Pier (colored sketch) |
| | 7 | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | 77 | | 11/8/05 | 11/8/05 | | Typical dolphin sketch |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 15 | | 11/8/05 | 11/8/05 | | Epoxy Dam |
| | 78 | | 11/8/05 | 11/8/05 | | Original Construction; Embedment |
| | 7A | | 11/8/05 | 11/8/05 | | Enlarged Sketch Portion of Exhibit 7, which parties stipulated to be a part of EMPSCO's original design |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | 13A | | 11/8/05 | 11/8/05 | | Bolts installed by Black Construction Corp. |
| | 1 | | 11/8/05 | 11/8/05 | | Winzler & Kelly's Drawing VE-1 |
| | | | | | | **3:29:00 - 3:44:45 BREAK** |
| | | | | | | Continued DX by Mr. Booth |
| | 71 | | 11/8/05 | 11/8/05 | | Dywidag Repair Method |
| | 22 | | 11/8/05 | 11/8/05 | | Handwritten facsimile dated 3-1-02 & OCEL Reports, dated October 21, 2002 |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | | | | | | 4:31:32 End DX |
| | | | | | | CX by Mr. Sterling |
| | | | | | | **4:57:20 END DAY 2** |
| | | | | | | **9:03:32 BEGIN DAY 3** |
| | | | | | | ***Mr. Booth submitted the Stipulation from parties regarding the authenticity and admissibility of certain exhibits.*** |
| | | | | | | **Frank Dennis, resumes the witness stand** |
| | | | | | | Continued CX by Mr. Sterling |
| | | | | | | 9:23:09 End CX |
| | | | | | | CX by Mr. O'Connor |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 20 | | 11/9/05 | 11/9/05 | | OCEL Report, dated December 19, 2001 |
| | | | | | | 10:10:41 End CX |

| PRESIDING JUDGE ROBERT CLIVE JONES | | | | | | PLAINTIFF'S ATTORNEY BOOTH / SMITH / MCDONALD | DEFENDANT'S ATTORNEY STERLING / O'CONNOR / TARPLEY |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) November 7 - 18, 2005 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:10:51 - 10:21:39 CX by Mr. Tarpley CX by Mr. Sterling |
| | | | | | | Re-DX by Mr. Booth |
| | | | | | | Mr. Booth moved that the sketch shown by Mr. Tarpley be marked & admitted - No objections - Granted. Exhibit marked as Plaintiff's Exhibit 85 |
| | 85 | | 11/9/05 | 11/9/05 | 11/9/05 | Black and white sketch with red markings of platform and piles |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | 20 | | 11/9/05 | 11/9/05 | | OCEL Report, dated December 19, 2001 |
| | | | | | | 10:26:38 End Re-DX |
| | | | | | | 10:26:57 - 10:27:34 Re-CX by Mr. Sterling |
| | | | | | | 10:27:44 - 10:31:11 Re-CX by Mr. O'Connor |
| | | | | | | Witness excused |
| | | | | | | **10:32:13 - 10:46:07 BREAK** |
| | | | | | | **JOSE C. SABLAN (JOE SABLAN), called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 12A | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin A and B |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | 12C | | 11/9/05 | 11/9/05 | 11/9/05 | Photo of Dolphins and piles |
| | 12D | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Catwalk and Dolphin D |
| | | | | | | 11:04:40 End DX |
| | | | | | | CX by Mr. Sterling |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 11:13:15 End CX |
| | | | | | | CX by Mr. O'Connor |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 11:24:51 End CX |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | | | | | | **Mr. Smith moved for the admittance of Exh 12A, 12B, 12C, and 12D. No obj - Granted** |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | 12D | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Catwalk and Dolphin D |
| | | | | | | 11:28:20 End Re-DX |
| | | | | | | Re-CX by Mr. O'Connor |
| | | | | | | 11:29:50 Witness excused |
| | | | | | | **STAN HALL, called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | | Chart/Map of Apra Harbor area |
| | 2 | | 11/8/05 | 11/8/05 | | Shell F-1 Pier (colored sketch) |
| | | | | | | 12:01:02 LUNCH BREAK |
| | | | | | | 1:26:57 TRIAL RESUMES |
| | | | | | | Continued DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | 11/9/05 | Chart/Map of Apra Harbor area |
| | | | | | | **Mr. Smith moved for the admittance of Exh 86. No obj - Granted** |
| | | | | | | 1:35:53 End DX |
| | | | | | | CX by Mr. Sterling |
| | | D54 | 11/9/05 | 11/9/05 | | May 17, 2001 Port Authority police offense report form re berthing incident at F1 |
| | | | | | | 1:44:43 End CX |
| | | | | | | CX by Mr. O'Connor |
| | | | | | | 1:53:41 End CX |
| | | | | | | CX by Mr. Tarpley |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 1:58:41 End CX |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | | | | | | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 2:00:02 Witness excused |
| | | | | | | **CAPTAIN JURGEN UNTERBERG, called and sworn** |
| | 73 | | 11/9/05 | 11/9/05 | 11/9/05 | Unterberg Videotape: Surveillance of Earthquake Damage (edited version) (video problem) |
| | 13A | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13B | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13C | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 2:19:24 - 2:28:33 RECESS (to fix video problem) |
| | 73 | | 11/9/05 | 11/9/05 | 11/9/05 | Unterberg Videotape: Surveillance of Earthquake Damage (edited version) |
| | | | | | | 2:50:44 End DX |
| | | | | | | CX by Mr. Sterling |
| | | | | | | 3:07:51 End CX |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | 46 | | 11/9/05 | 11/9/05 | | Survey Report by Captain Jurgen Unterberg |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 3:17:40 End Re-DX |
| | | | | | | Re-CX by Mr. Sterling |
| | 46 | | 11/9/05 | 11/9/05 | | Survey Report by Captain Jurgen Unterberg |
| | | | | | | End Re-CX |
| | | | | | | No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | 3:17:12 - 3:42:32 BREAK |
| | | | | | | **PETER MACLEOD, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 42 | | 11/9/05 | 11/9/05 | 11/9/05 | Smithbridge Bid, dated November 18, 2002 |
| | 54 | | 11/9/05 | 11/9/05 | 11/9/05 | Young Adjustment Company's F-1 Pier Claim **(Only pages 1-3)** |
| | | | | | | **5:10:37 END DAY 3** |
| | | | | | | **9:37:33 BEGIN DAY 4** |
| | | | | | | **EDGAR JABINIGAY, called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | 11/9/05 | Chart/Map of Apra Harbor area |
| | | | | | | 9:51:37 End DX |
| | | | | | | CX by Mr. Smith |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 9:57:38 End CX |
| | | | | | | CX by Mr. O'Connor |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 10:05:06 End CX by Mr. O'Connor |
| | | | | | | CX by Mr. Tarpley |
| | | | | | | 10:07:54 End CX by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | | | | | | Re-CX by Mr. Tarpley |
| | | | | | | 10:11:00 Witness Excused |
| | | | | | | **PETER MACLEOD, recalled to the witness stand** |
| | | | | | | Continued DX by Mr. Booth |
| | 80 | | 11/10/05 | 11/10/05 | 11/10/05 | Sworn Proof of Loss, dated 12/03/2002 |
| | 18 | | 11/10/05 | 11/10/05 | 11/9/05 | Subrogation Agreement and Assignment by Port to Underwriters (No. 2), dated 04/10/03 |
| | 42 | | 11/9/05 | 11/9/05 | 11/9/05 | Smithbridge Bid, dated November 18, 2002 |
| | 88 | | 11/10/05 | 11/10/05 | 11/10/05 | Copies of checks and invoices |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 38 | | 11/10/05 | 11/10/05 | | MacLeod Claims Management Ltd. Adjusting's fees and disbursements, dated 05/17/2005 |
| | 19 | | 11/10/05 | 11/10/05 | | Supplemental Assignment to Insurers , dated 04/10/03 |
| | | | | | | 10:41:51 End DX |
| | | | | | | **10:42:50 - 10:55:31 BREAK** |
| | | | | | | CX by Mr. O'Connor |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 88 | | 11/10/05 | 11/10/05 | 11/10/05 | Copies of checks and invoices |
| | | D47 | 11/10/05 | 11/10/05 | | N.C. Macario & Associates, Inc. observation reports for inspections on December 26, 1996, January 23 1997, and January 27, 1997 |
| | | D80 | 11/10/05 | 11/10/05 | | MacLeod Claims Management Ltd., dated 12 November 2001 |
| | 18 | | 11/10/05 | 11/10/05 | 11/9/05 | Subrogation Agreement and Assignment by Port to Underwriters (No. 2), dated 04/10/03 |
| | | | | | | **12:01:25 - 1:17:16 LUNCH BREAK** |
| | | | | | | **Deposition of Bruce Swanney - ended at 2:52:55** |
| | | | | | | 2:54:20 - 3:09:29 BREAK |
| | | | | | | **ROD BISMONTE, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 16 | | 11/10/05 | 11/10/05 | | Black Construction Contract, dated April 8, 1996 |
| | 75 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction letter, dated June 6, 1996 re: Anchor-it |
| | | D31 | 11/10/05 | 11/10/05 | 11/10/05 | April 29, 1996 internal Black Const. memorandum re acquisition of epoxy system |
| | 9 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction Corp. Contract Submittal 18A, dated May 20, 1996 |
| | 89 | | 11/10/05 | 11/10/05 | | Anchor-it Epoxy cylinder, HS-200 Solid Bond |
| | 31 | | 11/10/05 | 11/10/05 | 11/9/05 | Building Permit (No. 1) dated 6/21/1996 |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | | D51 | 11/10/05 | 11/10/05 | 11/9/05 | June 13, 1997 letter from Mr. Bismonte of Black Construction |
| | | | | | | 4:16:20 End DX |
| | | | | | | 4:16:24 - 4:20:25 CX by Mr. Sterling |
| | | | | | | CX by Mr. O'Connor |
| | | D88 | 11/10/05 | 11/10/05 | | Black Construction Corp. Pre-final Inspection Sign Off Sheet, dated 02/19/97 |
| | | | | | | 4:24:05 End CX |
| | | | | | | CX by Mr. Tarpley |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | | | | | 4:32:47 End CX |
| | | | | | | Re-DX by Mr. Booth |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | | | | | No further examination by parties |
| | | | | | | 4:33:43 Witness excused |
| | | | | | | 4:35:50 - 4:55:36 BREAK |
| | | | | | | **Deposition of Ben Casey - ended at 5:46** |
| | | | | | | **5:47:20 END DAY 4** |
| | | | | | | ***9:08:07 BEGIN DAY 5*** |
| | | | | | | **Continued Deposition of Ben Casey - ended at 9:36:10; Mr. Smith resumed the witness stand and read the portions of Mr. Casey** |
| | | | | | | **PETER MACLEOD, recalled to the witness stand** |
| | | | | | | Continued CX by Mr. Sterling |
| | 79A | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | D55 | 11/11/05 | 11/11/05 | 11/11/05 | November 10, 2001 letter from Ben Casey of Smithbridge to Peter MacLeod re F1 Pier |
| | | D56 | 11/11/05 | 11/11/05 | 11/11/05 | November 10, 2001 letter from Ben Casey of Smithbridge to Peter MacLeod re F1 Pier with hand-written change |
| | | D57 | 11/11/05 | 11/11/05 | 11/9/05 | November 10, 2001 letter from Ben Casey of Smithbridge to Peter MacLeod re F1 Pier incorporating hand written change |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | D77 | 11/11/05 | 11/11/05 | | Lloyd's Policy |
| | | D78 | 11/11/05 | 11/11/05 | 11/11/05 | Port claim |
| | 54 | | 11/9/05 | 11/9/05 | 11/9/05 | Young Adjustment Company's F-1 Pier Claim **(Only pages 1-3)** |
| | | | | | | 10:21:40 End CX by Mr. Sterling |
| | | | | | | Re-DX by Mr. Booth |
| | 91 | | 11/11/05 | 11/11/05 | | Progress Fee Numbers 2 through 6 (5 pages) |
| | | | | | | 10:30:40 End Re-DX |
| | | | | | | Re-CX by Mr. O'Connor |
| | | | | | | 10:33:50 End Re-CX |
| | | | | | | ***Witness excused*** |
| | | | | | | **10:21:40 - 10:50:04 BREAK** |
| | | | | | | **Deposition of Edward Williamson - ended at 11:24:05; Mr. Smith was admonished of his oath and read the portions of Mr. Williamson** |
| | | | | | | **Deposition of Perfecto Jose, Jr. - ended at ; Mr. Booth was sworn and read the portions of Mr. Jose** |
| | | | | | | **12:02:04 - 1:25:47 LUNCH BREAK** |
| | | | | | | **Continued Deposition of Edward Williamson** |
| | | | | | | **SIMEON DELOS SANTOS, called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | | | | | | 2:29:00 End DX |
| | | | | | | CX by Mr. Tarpley |
| | 17 | | 11/11/05 | 11/11/05 | 11/9/05 | EMPSCO Contract, dated 28 December 1995 |
| | | D65 | 11/11/05 | 11/11/05 | 11/11/05 | March 12, 2004 letter from Simeon Delos Santos to EMPSCO re request for clarification re contract agreement |
| | | D1 | 11/11/05 | 11/11/05 | 11/11/05 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 3:01:40 End CX by Mr. Tarpley |
| | | | | | | CX by Mr. O'Connor |
| | | D1 | 11/11/05 | 11/11/05 | 11/11/05 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") |
| | | | | | | **3:09:00 - 3:25:25 BREAK** |
| | | D13 | 11/11/05 | 11/11/05 | 11/11/05 | December 11, 1995 Minutes of meeting between Port Authority of Guam, EMPSCO and Shell re repairs and upgrading to Fuel Pier F-1 **(page 1 only)** |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. To Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D47 | 11/10/05 | 11/10/05 | 11/11/05 | N.C. Macario & Associates, Inc. observation reports for inspections on December 26, 1996, January 23 1997, and January 27, 1997 |
| | | D48 | 11/11/05 | 11/11/05 | 11/11/05 | Excerpt ("Brief Progress Report") from Construction Status Report from Macario for events during December 1996 |
| | | D50 | 11/11/05 | 11/11/05 | 11/11/05 | Submittal Register re: Project: Repairs and Upgrading of Foxtrot "F-1" Pier |
| | | D54 | 11/9/05 | 11/9/05 | | May 17, 2001 Port Authority police offense report form re berthing incident at F1 |
| | | D53 | 11/11/05 | 11/11/05 | | August 3, 2000 letter from Baluyut to Delos Santos re costs for F1 projects |
| | | D63 | 11/11/05 | 11/11/05 | 11/9/05 | April 16, 2002 Building Permit No. B02000244 |
| | | D90 | 11/11/05 | 11/11/05 | 11/11/05 | June 6, 1997 from Black Construction to Simeon Delos Santos re: Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor, with additional attachments |
| | | D59 | 11/11/05 | 11/11/05 | | January 3, 2002 memo from Dean to Casey re listing of vessel movement |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | | | | | | 4:24:09 End CX by Mr. O'Connor |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **ROBERT CLIVE JONES** | **BOOTH / SMITH / MCDONALD** | **STERLING / O'CONNOR / TARPLEY** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **November 7 - 18, 2005** | WANDA MILES | LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | CX by Mr. Sterling |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| | | | | | | 4:27:59 End CX by Mr. Sterling |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. To Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D90 | 11/11/05 | 11/11/05 | 11/11/05 | June 6, 1997 from Black Construction to Simeon Delos Santos re: Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor, with additional attachments |
| | | | | | | **4:35:25 END DAY 5** |
| | | | | | | ***9:23:02 BEGIN DAY 6*** |
| | | | | | | **BUTCH ARCE, called and sworn** |
| | 25 | | 11/14/05 | 11/14/05 | 11/9/05 | Engineer of Record Letter, dated Oct. 16, 1995 |
| | 17 | | 11/11/05 | 11/11/05 | 11/9/05 | EMPSCO Contract, dated 28 December 1995 |
| | 90 | | 11/14/05 | 11/14/05 | 11/14/05 | The Professional Engineers, Architects and Land Surveyors Law (Rules of Professional Conduct) (5 pages) |
| | 9 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction Corp. Contract Submittal 18A, dated May 20, 1996 |
| | 37 | | 11/14/05 | 11/14/05 | 11/14/05 | Shell 'lifeline' Letter to EMPSCO, dated 20 December 1995 |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | 6 | | 11/14/05 | 11/14/05 | 11/9/05 | EMPSCO's Design Calculations |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 10:40:26 - 10:56:30 BREAK |
| | 7 | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | | D21 | 11/14/05 | 11/14/05 | 11/14/05 | February 15, 1996 letter from Bermudes to EMPSCO re bids in excess f budgeted amount |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| | 8 | | 11/14/05 | 11/14/05 | | Contract Submittals 12 & 12c |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | | | | | | **12:01:22 - 1:23:49 LUNCH BREAK** |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | | | | | | **1:34:24 End DX** |
| | | | | | | CX by Mr. Tarpley |
| | | D4 | 11/14/05 | 11/14/05 | 11/9/05 | October 17, 1995 letter from Bermudes to Roland S. Miller of Winzler & Kelly (hereinafter "Winzler") |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | | D10 | 11/14/05 | 11/14/05 | 11/9/05 | December 1, 1995 letter from Bermudes to Villaluz re Notice to Proceed |
| | | D8 | 11/14/05 | 11/14/05 | 11/14/05 | Revised and agreed EMPSCO fee breakdown (negotiated) |
| | | D1 | 11/11/05 | 11/11/05 | 11/11/05 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | D12 | 11/14/05 | 11/14/05 | 11/9/05 | December 12, 1995 letter from EMPSCO to Mr Dave O'Brien of Shell |
| | | D16 | 11/14/05 | 11/14/05 | 11/9/05 | December 15, 1995 letter from Bermudes to Shell re Port not liable for Winzler & Kelly charges |
| | | D20 | 11/14/05 | 11/14/05 | 11/9/05 | January 10, 1996 100% submittal from EMPSCO to Port Authority |
| | | D21 | 11/14/05 | 11/14/05 | 11/14/05 | February 15, 1996 letter from Bermudes to EMPSCO re bids in excess f budgeted amount |
| | | D22 | 11/14/05 | 11/14/05 | 11/9/05 | February 16, 1996 letter from Villaluz to Bermudes re deletion of encapsulation system |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | D23 | 11/14/05 | 11/14/05 | 11/9/05 | March 11, 1996 letter from Black Construction Corporation (hereinafter "Black") to PAG re refusal to accept deletion of piling encapsulation in its entirety |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| | | D37 | 11/14/05 | 11/14/05 | 11/9/05 | May 22, 1996 memo from EMPSCO to N.C. Macario & Associates re review of Submittal No. 12 |
| | 9 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction Corp. Contract Submittal 18A, dated May 20, 1996 |
| | | D44 | 11/14/05 | 11/14/05 | 11/9/05 | June 17, 1996 transmittal memo with attachments from N.C. Macario to Black re submittals 12b and 18a |
| | 7 | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | | | | | | 2:46:01 End CX by Mr. Tarpley |
| | | | | | | **2:47:02 - 2:59:15 BREAK** |
| | | | | | | **ALBERT TSUTSUI, called and sworn (witness called out of order by defense)** |
| | | | | | | DX by Mr. Tarpley |
| | | | | | | 3:20:06 End DX |
| | | | | | | CX by Mr. Smith |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | | | | | 3:33:41 End CX by Mr. Smith |
| | | | | | | DX by Mr. O'Connor |
| | | | | | | 3:41:41 End DX (No further examination by other counsel) |
| | | | | | | Witness excused |
| | | | | | | **BUTCH ARCE, resumes the witness stand** |
| | | | | | | CX by Mr. Sterling |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 3:52:38 End CX by Mr. Sterling |
| | | | | | | CX by Mr. O'Connor |
| | | D34 | 11/14/05 | 11/14/05 | 11/9/05 | May 17, 1996 memo from Bismonte of Black Construction to Bruce Swanney of Winzler & Kelly re request for structural design data |
| | | D35 | 11/14/05 | 11/14/05 | 11/9/05 | May 21, 1996 transmittal memo from Swanney of Winzler to Black Construction re structural calculation data |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | 8 | | 11/14/05 | 11/14/05 | | Contract Submittals 12 & 12c |
| | | | | | | 4:11:03 End CX by Mr. O'Connor |
| | | | | | | Re-DX by Mr. Booth |
| | | D8 | 11/14/05 | 11/14/05 | 11/14/05 | Revised and agreed EMPSCO fee breakdown (negotiated) |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | 75 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction letter, dated June 6, 1996 re: Anchor-it |
| | | | | | | 4:20:14 End Re-DX by Mr. Booth |
| | | | | | | Re-CX by Mr. Tarpley |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | | | | | | 4:24:05 End Re-CX |
| | | | | | | Re-CX by Mr. Sterling |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | | D50 | 11/11/05 | 11/11/05 | 11/11/05 | Submittal Register re: Project: Repairs and Upgrading of Foxtrot "F-1" Pier |
| | | | | | | Witness excused |

| PRESIDING JUDGE **ROBERT CLIVE JONES** | | | | | | PLAINTIFF'S ATTORNEY **BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY **STERLING / O'CONNOR / TARPLEY** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) **November 7 - 18, 2005** | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **4:33:22 - 4:39:10 BREAK** |
| | | | | | | **ELLIOTT H. BOONE, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 13A | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13B | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13C | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | **5:04:15 END DAY 6** |
| | | | | | | ***9:23:02 BEGIN DAY 7*** |
| | | | | | | **ELLIOTT H. BOONE, resumes the witness stand** |
| | | | | | | Continued DX by Mr. Booth |
| | 41 | | 11/15/05 | 11/15/05 | 11/15/05 | Uniform Building Code (partial) |
| | 62 | | 11/15/05 | 11/15/05 | 11/9/05 | Winzler & Kelly's Structural Calculations for Repairs of Dolphins A, B, C, & D dated December 1995 |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | 7 | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | 8 | | 11/14/05 | 11/14/05 | | Contract Submittals 12 & 12c |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | 70 | | 11/15/05 | 11/15/05 | 11/15/05 | Red Head Redi-Chem Concrete Anchoring System Product Specifications |
| | 84 | | 11/15/05 | 11/15/05 | 11/15/05 | Translation: Allowable capacity per bolt |
| | | | | | | **10:28:10 - 10:50:42 BREAK** |
| | 84 | | 11/15/05 | 11/15/05 | 11/15/05 | Translation: Allowable capacity per bolt |
| | 75 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction letter, dated June 6, 1996 re: Anchor-it |
| | 15 | | 11/15/05 | 11/15/05 | 11/15/05 | Epoxy Dam (2 ea yellow plugs) |
| | 89 | | 11/10/05 | 11/10/05 | 11/15/05 | Anchor-it Epoxy cylinder, HS-200 Solid Bond |
| | | | | | | 11:04:18 End DX by Mr. Booth |
| | | | | | | CX by Mr. O'Connor |
| | 41 | | 11/15/05 | 11/15/05 | 11/15/05 | Uniform Building Code (partial) |
| | | D9 | 11/15/05 | 11/15/05 | 11/9/05 | December 1995 Winzler & Kelly structural calculations for repairs to Dolphins A, B, C, and D |
| | | | | | | **11:59:05 - 1:23:46 LUNCH BREAK** |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | 44 | | 11/15/05 | 11/15/05 | | Report by Elliott Boone of Cash & Associates, May 12, 2004 |
| | | | | | | 1:59:43 End CX by Mr. O'Connor |
| | | | | | | CX by Mr. Sterling |
| | | D91 | 11/15/05 | 11/15/05 | | Drawing depicting Failure Plane & Pull Out Force |
| | | | | | | 2:22:00 End CX by Mr. Sterling |
| | 44 | | 11/15/05 | 11/15/05 | | Report by Elliott Boone of Cash & Associates, May 12, 2004 |
| | 45 | | 11/15/05 | 11/15/05 | | Supplemental Report of Elliott Boone, April 21, 2005 |
| | | D37 | 11/14/05 | 11/14/05 | 11/9/05 | May 22, 1996 memo from EMPSCO to N.C. Macario & Associates re review of Submittal No. 12 |
| | | | | | | 2:39:00 End CX by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Booth |
| | 90 | | 11/14/05 | 11/14/05 | 11/14/05 | The Professional Engineers, Architects and Land Surveyors Law (Rules of Professional Conduct) (5 pages) |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | | | | | 2:49:33 End Re-DX |
| | | | | | | Re-CX by Mr. O'Connor |
| | | | | | | 2:50:53 End Re-CX |
| | | | | | | Re-CX by Mr. Sterling |
| | | | | | | 2:51:19 End Re-CX |
| | | | | | | Witness excused |
| | | | | | | **Mr. Booth moved for the admittance of Plaintiff's Exhibit #15 - Granted** |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **2:53:54 - 3:21:59 BREAK** |
| | | | | | | **5:04:15 END DAY 7** |
| | | | | | | **9:01:02 BEGIN DAY 8** |
| | | | | | | **KENNETH COLLARD, called and sworn** |
| | | | | | | DX by Mr. Sterling |
| | 49 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Ken Collard, ProMarine Technology, dated July 15, 2005 |
| | | D93 | 11/15/05 | 11/15/05 | 11/15/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | | | | | | 9:56:24 End DX by Mr. Sterling |
| | | | | | | DX by Mr. O'Connor |
| | | | | | | 9:59:55 End DX by Mr. O'Connor |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | CX by Mr. Smith |
| | | D93 | 11/16/05 | 11/16/05 | 11/16/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | 49 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Ken Collard, ProMarine Technology, dated July 15, 2005 |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | **10:44:17 - 11:01:05 BREAK** |
| | | | | | | 11:05:09 End CX by Mr. Smith |
| | | | | | | Re-DX by Mr. Sterling |
| | | D93 | 11/16/05 | 11/16/05 | 11/16/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | 11:13:54 End Re-DX by Mr. Sterling |
| | | | | | | Re-DX by Mr. O'Connor |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | 11:19:42 End RE-DX by Mr. O'Connor |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-CX by Mr. Smith |
| | | D93 | 11/16/05 | 11/16/05 | 11/16/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | | | | | | 11:21:37 End Re-CX |
| | | | | | | Witness excused |
| | | | | | | **HAROLD DEAN GILLHAM, called and sworn** |
| | | | | | | DX by Mr. Sterling |
| | | D76 | 11/16/05 | 11/16/05 | | Aerial Photograph of Tumon Bay (Demonstrative) |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | | | | | | **11:54:44 - 1:26:00 LUNCH BREAK** |
| | | | | | | **MARILOU BALUYUT, called and sworn** |
| | | | | | | DX by Mr. Leon Guerrero |
| | | D70A | 11/16/05 | 11/16/05 | 11/16/05 | Photographs of F1 Pier and Dolphins (as needed) |
| | | | | | | 1:40:13 End DX by Mr. Leon Guerrero |
| | | | | | | CX by Mr. Smith |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | 1:43:32 End CX by Mr. Smith |
| | | | | | | DX by Mr. O'Connor |
| | | D59 | 11/11/05 | 11/11/05 | | January 3, 2002 memo from Dean to Casey re listing of vessel movement |
| | | D2 | 11/16/05 | 11/16/05 | 11/9/05 | August 24, 1995 Memorandum from Marilou M. Baluyut (hereinafter "Baluyut") to Doug Dean (hereinafter "Dean") |
| | | | | | | 1:53:50 End DX by Mr. O'Connor |
| | | | | | | No Examination by Mr. Tarpley |
| | | | | | | Re-CX by Mr. Smith |
| | | | | | | 1:54:29 Emd Re-CX |
| | | | | | | Witness excused |
| | | | | | | **HAROLD DEAN GILLHAM, resumes the witness stand** |
| | | | | | | Continued DX by Mr. Sterling |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **ROBERT CLIVE JONES** | **BOOTH / SMITH / MCDONALD** | **STERLING / O'CONNOR / TARPLEY** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **November 7 - 18, 2005** | WANDA MILES | LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | | D91 | 11/15/05 | 11/15/05 | 11/16/05 | Drawing depicting Failure Plane & Pull Out Force |
| | | D92 | 11/16/05 | 11/16/05 | 11/16/05 | Drawing depicting mooring forces, gale force winds and piers |
| | | D94 | 11/16/05 | 11/16/05 | 11/16/05 | Drawing labeled Diagram B |
| | | D44 | 11/14/05 | 11/14/05 | 11/9/05 | June 17, 1996 transmittal memo with attachments from N.C. Macario to Black re submittals 12b and 18a |
| | | | | | | 2:54:47 End DX |
| | | | | | | **2:55:20 - 3:13:54 BREAK** |
| | | | | | | *Mr. Sterling moved for the admittance of exhibits D92, D94, and D95. No objections - Granted.* |
| | | | | | | DX by Mr. O'Connor |
| | | D92 | 11/16/05 | 11/16/05 | 11/16/05 | Drawing depicting mooring forces, gale force winds and piers |
| | | | | | | 3:25:11 End DX by Mr. O'Connor |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | CX by Mr. Booth |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | 26 | | 1/16/05 | 11/16/05 | 11/9/05 | Joint Defense Agreement |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | 62 | | 11/15/05 | 11/15/05 | 11/9/05 | Winzler & Kelly's Structural Calculations for Repairs of Dolphins A, B, C, & D dated December 1995 |
| | 70 | | 11/15/05 | 11/15/05 | 11/15/05 | Red Head Redi-Chem Concrete Anchoring System Product Specifications |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | | | | | | 5:08:48 End CX by Mr. Booth |
| | | | | | | **5:14:00 END DAY 8** |