BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM

NOV 16 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE<br>AT LLOYD'S,<br><br>    Plaintiff,<br><br>  vs.<br><br>BLACK CONSTRUCTION CORP.,<br>WINZLER & KELLY CONSULTING<br>ENGINEERS and ENGINEERING<br>MANAGEMENT & PLANNING<br>SERVICES CORP.,<br><br>    Defendants. | Civ. No. CIV 03-00009<br><br>WINZLER & KELLY'S<br>SUPPLEMENTAL PROPOSED<br>JURY INSTRUCTIONS<br><br>CERTIFICATE OF SERVICE<br><br>Trial: November 7, 2005 |

    Defendant Winzler & Kelly hereby submits the attached supplemental proposed jury instructions.

Respectfully submitted this 16th day of November, 2005.

              BERMAN O'CONNOR MANN & SHKLOV
              Attorneys for Winzler & Kelly

              By: _/s/ Joseph E. Horey_

Case 1:03-cv-00009  Document 393  Filed 11/16/2005  Page 1 of 4

# W&K SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 1

It is not always in the interest of justice to require the party in breach to pay damages for all of the foreseeable loss that he had caused. There are unusual instances in which it appear from the circumstances either that the parties assumed that one of them would not bear the risk or a particular loss or that it would be unjust to put the risk on that party.

One such circumstance is an extreme disproportion between the loss and the price charged by the party whose liability for that loss is in question. The fact that the price is relatively small suggests that it was not intended to cover the risk of such liability. Another such circumstance is an informality of dealing, including the absence of a detailed written contract, which indicates that there was no careful attempt to allocate all of the risks.

You may limit damages for foreseeable loss if you conclude that in the circumstances justice so requires in order to avoid disproportionate compensation.

Source: Restatement (Second) of Contracts, Sec. 351(3) and comment f.

# W&K SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 2

If you find that any pile connections about which the plaintiff complains were not actually installed as provided in the plans and specifications, then plaintiff could not recover against defendant Winzler & Kelly for alleged deficient design of such pile connections. In order for a design engineer to be held liable for alleged defective design, it must first be shown that the work claimed to be defective was constructed in accordance with the plans and specifications provided by the design engineer.

Source: Wheat Street Two, Inc. v. James C. Wise, Simpson, Aiken & Associates, Inc., 208 S.E.2d 359 (Ga. App.1974).

# CERTIFICATE OF SERVICE

I, Joseph E. Horey, hereby declare under penalty of perjury of the laws of the Unites States, that on the 16th day of November, 2005, I caused to be served a true and correct copy of **WINZLER & KELLY'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS** upon Plaintiff's and Defendants' Counsel of record as follows:

> Forrest Booth, Esq. / Stephen Smith, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> Hagåtña, Guam
>
> Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds
>
> Thomas C. Sterling, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam
>
> Attorneys for Defendant Black Construction Corporation
>
> Thomas M. Tarpley, Esq.
> Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Bldg.
> 134 W. Soledad Avenue
> Hagåtña, Guam
>
> Attorneys for Defendant EMPSCO

Dated this 16th day of November, 2005.

_____
JOSEPH E. HOREY