LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



FILED
DISTRICT COURT OF GUAM

NOV 16 2005

MARY L.M. MORAN
CLERK OF COURT

7ZP86
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br> **EMPSCO'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS** |

EMPSCO respectfully requests for Court to issue to the jury following trial the proposed jury instructions attached hereto.

Dated this _16th_ day of November, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

ORIGINAL

Case 1:03-cv-00009   Document 394   Filed 11/16/2005   Page 1 of 6

## HOW CONTRACTS ARE INTERPRETED

A contract must be so interpreted as to give effect to the mutual intention of the parties as it existed at time of contracting, so far as the same is ascertainable and lawful.

18 GCA §87102 (verbatim)

## CONTRACTS RESTRICTED EVIDENT OBJECT

However broad may be the terms of a contract, it extends only to those things concerning which it appears that the parties intended to contract.

## INTERPRETATION OF SENSE INTENDED

If the terms of a promise are ambiguous or uncertain, it must be interpreted in the sense in which the promisor believed, at the time of making it, that the promisee understood it.

18 GCA §87115 (verbatim)

## INCONSISTENT WORDS REJECTED

Words in a contract which are wholly inconsistent with its nature, or with the main intention of the parties are to be rejected.

18 GCA §87119 (verbatim)

**PERFORMANCE OUTSIDE OF CONTRACT**

If one party to a contract performs certain services which are not part of a contract, even perhaps under a mistaken belief that such services are contractual, he cannot be held liable for breach of contract if they are performed improperly.

**Acknowledged by the Court on the record as being a correct statement of law.**