BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers



FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP.,<br><br>Defendants. | Civ. No. CIV 03-00009<br><br>WINZLER & KELLY'S SECOND SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS<br><br>CERTIFICATE OF SERVICE<br><br>Trial: November 7, 2005 |

Defendant Winzler & Kelly hereby submits the attached second supplemental proposed jury instructions.

Respectfully submitted this 17th day of November, 2005.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Winzler & Kelly

By: _____
Joseph E. Horey

# W&K SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 3

**Add the following sentence to W&K Proposed Instruction on Change in Architect or Engineer of Record (page 38):**

The architect or engineer of record shall be responsible for reviewing and coordinating all submittal documents prepared by others for compatibility with the design of the building.

Source: 1994 UBC 106.3.4

# W&K SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 4

**Add the following to W&K Proposed Instruction on Damages – Proof (page 43-44):**

Damages are limited to those within the contemplation of the parties when the contract was entered into or at least reasonably foreseeable to them at that time. Consequential damages beyond the expectations of the parties are not recoverable.

Source: Ehrlich v. Menezes, 981 P.2d 978, 982 (Cal. 1999); Applied Equip. Co. v. Litton Saudi Arabia Ltd., 869 P.2d 454, 460 (Cal. 1994) (in bank).

# W&K SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 5

**Add the following to W&K Proposed Instruction on Apportionment of Damages (page 50):**

Plaintiff has the burden of providing a reasonable basis for apportioning the damages. If Plaintiff has not done this as to any Defendant, you must enter a verdict in favor of that Defendant.

Source: City of Westminster v. Centric-Jones Constructors, 100 P.3d 472 (Colo. App. 2003).

# CERTIFICATE OF SERVICE

I, Joseph E. Horey, hereby declare under penalty of perjury of the laws of the Unites States, that on the 17th day of November, 2005, I caused to be served a true and correct copy of **WINZLER & KELLY'S SECOND SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS** upon Plaintiff's and Defendants' Counsel of record as follows:

Forrest Booth, Esq. / Stephen Smith, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
Hagåtña, Guam

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam

Attorneys for Defendant Black Construction Corporation

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam

Attorneys for Defendant EMPSCO

Dated this 17th day of November, 2005.

JOSEPH E. HOREY