CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**
DISTRICT COURT OF GUAM

NOV 17 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S AMENDED SPECIAL VERDICT FORM; DECLARATION OF SERVICE** |

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

**Question No. 1:** Did all or any of the following Defendants breach a contract with the Port Authority of Guam, which was insured by Plaintiff Gargrave?

Answer "yes" or "no" after the name of each Defendant.

|  | Yes | No |
|---|---|---|
| Defendant Black Construction Corp. | ____ | ____ |
| Defendant EMPSCO | ____ | ____ |

**Question No. 2:** (a) Did Defendant Winzler & Kelly Consulting Engineers breach a contract with Black Construction Corporation?

Yes _____   No _____

(b) If you answered "yes" to Question No. 2(a), was the Port Authority of Guam the intended beneficiary of the contract between Winzler & Kelly Consuling Engineers and Black Construction Corporation?

Yes _____   No _____

If you answer "no" as to all Defendants under Question No. 1 and No. 2(a), sign and return this Verdict. If you answer "yes" to Question No. 1 or No. 2(b) as to any Defendant, then answer the next Question.

**Question No. 3:** If you answered "yes" to Question No. 1 or No. 2(b), please state the damages suffered by the Port Authority of Guam and therefore Plaintiff, its insurer:

$_____

**Question No. 4:** Assuming that 100% represents the total legal causes of the Plaintiff's injury, what percentage of 100% is attributable to each of the Defendants that you have found to be in breach of contract under Question No. 1 and No. 2:

| | |
|---|---|
| Defendant Black Construction Corp. | _____% |
| Defendant Winzler & Kelly Consulting Engineers | _____% |
| Defendant EMPSCO | _____% |
| TOTAL: | 100% |

**Question No. 5:** Is Plaintiff entitled to interest on the amounts awarded in Question No. 3?

Yes _____   No _____

**Question No. 6:** If you answered "yes" to Question No. 5, please add six percent (6%) to the amount stated in Question No. 3.

$_____

Dated: _____

_____
Foreman

## DECLARATION OF SERVICE

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 17, 2005, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S AMENDED SPECIAL VERDICT FORM** upon Defendants' Counsel of record as follows:

    Robert J. O'Connor, Esq.
    Daniel J. Berman, Esq.
    Berman O'Connor Mann & Shklov
    Suite 503, Bank of Guam Building
    111 Chalan Santo Papa
    Hagåtña, Guam 96910

    Thomas C. Sterling, Esq.
    Klemm Blair Sterling & Johnson, P.C.
    Suite 1008, Pacific News Building
    238 Archbishop Flores Street
    Hagåtña, Guam 96910

and     Thomas M. Tarpley, Esq.
    Law Offices of Tarpley & Moroni, LLP
    Suite 402, Bank of Hawaii Building
    134 West Soledad Avenue
    Hagåtña, Guam 96910

Executed this 17th day of November, 2005 at Hagåtña, Guam.

_____
ELYZE MCDONALD