LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

7ZP87
Attorney for Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>    Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br><br>**DESIGNATION OF DEPOSITION TESTIMONY** |

    EMPSCO designates the following portions of N.C. Macario's deposition of September 20, 2004, to be read to the jury:

    p.69:23 to 70:10

    p.71:4-22

Dated this 17th day of November, 2005.

    TARPLEY & MORONI, LLP

    By: _____
        THOMAS M. TARPLEY, JR.
        Attorney for Defendant EMPSCO

1 inoperable?
2    A.   It may not be performing hundred percent.
3    Q.   What would be your guess, it would performing 50
4 percent or less, judging from those photographs?
5    A.   Maybe less, much less.
6    Q.   Is this what you saw when you performed your field
7 investigation at the F-1 pier before the construction began,
8 fenders that looked like this?
9    A.   No, some of them are tires, they're tires.
10    Q.   But the fenders that you saw that weren't just old
11 tractor tires, did they look like what you see in these
12 photographs on page 0518 of Exhibit 14?
13    A.   It doesn't seem to be the same type like this.
14    Q.   So the fenders that you see in these photographs
15 look different from the fenders you recall?
16    A.   Yeah.
17    Q.   And when did you do your field inspection? Would
18 it have been around December of '95?
19    A.   A little earlier, a little earlier.
20         MR. O'CONNOR: No further questions.
21         CROSS-EXAMINATION
22 BY MR. TARPLEY:
23    Q.   Mr. Macario, I represent EMPSCO. Several times
24 during your testimony today, you've referred to EMPSCO as being
25 the engineer of record.

```
 1    A.    Yes, sir.
 2    Q.    And why do you say that?
 3    A.    They're the ones that prepared the original contract
 4  design plans.
 5    Q.    That's why you say it?
 6    A.    Yes, sir.
 7    Q.    What is the engineer of record?
 8    A.    They're the design engineers for the project.
 9    Q.    And then how do they become the engineer of record?
10    A.    Their plans are used for the project.
11    Q.    On projects in Guam, isn't it the standard practice
12  for the owner to designate an engineer of record to the
13  Department of Public Works?
14    A.    Again, sir?
15    Q.    Pardon me?
16    A.    Can you repeat it?
17    Q.    You want me to reask it, rephrase it?
18    A.    Yes.
19    Q.    Is it not standard practice here on Guam for the
20  owner of the project to designate an engineer of record to the
21  director of Public Works?
22    A.    I don't know of such referral.
23    Q.    All right.
24              MR. STERLING:  Tom, real quick, can I suggest
25  you switch over here?  Chilang is having a tough time.  Mr.
```

1   Macario has turned his back on her.
2               MR. TARPLEY: Oh, I see.
3   BY MR. TARPLEY: (Continuing)
4       Q.   Well, when you refer to EMPSCO as the engineer of
5   record, have you ever seen a document whereby EMPSCO is
6   designated as the engineer of record for the F-1 project?
7       A.   No, sir.
8       Q.   Did anyone ever tell you that EMPSCO is the engineer
9   of record?
10      A.   No, sir.
11      Q.   So when you say engineer of record, you're just
12  referring to the fact that EMPSCO originally prepared the -- or
13  prepared the original designs?
14      A.   Yes, sir.
15      Q.   Does the engineer of record, in your understanding,
16  has the engineer of record ever changed on some projects during
17  the course of a project?
18      A.   Yes, they can.
19      Q.   And how does that happen?
20      A.   When the owners change the engineers.
21      Q.   Change the design?
22      A.   The design or --
23      Q.   If you could find Exhibit 2, I'd just like to ask you
24  to turn to page five, the fifth page, and I guess it's the
25  front page of Exhibit "C." I'm sorry, turn to page five of

N.C. Macario: September 20, 2004