United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

Read Instructions on Back (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME Elyze McDonald, Esq. CARLSMITH BALL LLP | 2. PHONE NUMBER (671) 472-6813 | 3. DATE November 17, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS Suite 401, Bank of Hawaii Bldg 134 West Soledad Avenue | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CV03-00009 | 9. CASE NAME S.J. Gargrave v. Black, etal | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. PRESIDING JUDICIAL OFFICIAL Robert Jones | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY | 14. STATE |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | November 8, 2005 | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [x] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | FILED DISTRICT COURT OF GUAM NOV 17 2005 MARY L.M. MORAN CLERK OF COURT |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order. | ESTIMATE TOTAL | | |

| 18. SIGNATURE Elyze McDonald | 19. DATE November 17, 2005 |
|---|---|
| PROCESSED BY Mary B. M. | PHONE NUMBER |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 11/17/05 | | DEPOSIT PAID | |
| DEPOSIT PAID | 11/17/05 | | TOTAL CHARGES | |
| CD DUPLICATED | 11/17/05 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD | | | TOTAL REFUNDED | |
| PARTY RECEIVED CD | 11/17/05 | | TOTAL DUE | |