DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00009  DATE: November 18, 2005

CAPTION: <u>S.J. Gargrave Syndicate at Lloyds</u>  -vs-  <u>Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ROBERT CLIVE JONES, Designated Judge, Presiding**        Law Clerk: Kim Walmsley & Jennifer Moton
Court Reporter: Wanda Miles                                 Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: Run Time: 8:41:17 - 9:58:36; 10:56:13 - 11:47:32        CSO: D. Quinata / L. Ogo
  12:54:04 - 2:35:40; 2:43:25 - 3:27:00; 3:37:31 - 4:43:28; 4:52:34 - 5:58:18

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**                **COUNSEL FOR DEFENDANT(s):**

FORREST BOOTH                                T. STERLING / V. LEON GUERRERO, BLACK CONSTRUCTION CORP.

STEPHEN SMITH                                BOB O'CONNOR / JOSEPH HOREY, WINZLER & KELLY

ELYZE MCDONALD                               TOM TARPLEY, EMPSCO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JURY TRIAL - DAY 10

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ____ Plaintiff ____ Defendants
( X ) WITNESSES SWORN AND EXAMINED        ( X ) EXHIBITS MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( X ) CLOSING ARGUMENT BY THE   X   Plaintiff    X   Defendants
( X ) TRIAL/DELIBERATION CONTINUED TO: <u>Saturday, November 19, 2005 at 9:00 a.m.</u>
( X ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____        ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED

( X ) OTHER MATTER(s):

The Court states its concern regarding Plaintiff's Motion to File Amended Complaint. Mr. Booth argued his position. Rebuttal argument by Mr. Sterling, Mr. O'Connor, and Mr. Tarpley. The Court Granted the filing of Plaintiff's Amended Complaint.

The Court and parties continued discussion of the proposed jury instructions.

All parties rested their case. All Defendant's renewed their Motions for Directed Verdict.

COURTROOM DEPUTY: ____

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS<br>V.<br>BLACK CONSTRUCTION CORP., WINZLER<br>& KELLY AND ENGINEERING, MANAGEMENT<br>& PLANNING SERVICES CORPORATION | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: **CV-03-00009** |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**LEILANI TOVES HERNANDEZ** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **9:02:27 JURY TRIAL - DAY 2** |
| | | | | | | 9:08:23 - 9:46:25 - Opening Statement by Mr. Booth |
| | | | | | | 9:46:45 - 10:39:19 & 10:56:10 - 11:08:07 - Opening Statement by Mr. O'Connor |
| | | | | | | 11:08:33 - 11:32:20 - Opening Statement by Mr. Sterling |
| | | | | | | 11:32:34 - 11:54:56 - Opening Statement by Mr. Tarpley |
| | | | | | | 11:57:03 - 1:34:32 - Lunch Break |
| | | | | | | **FRANK DENNIS, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 2 | | 11/8/05 | 11/8/05 | | Shell F-1 Pier (colored sketch) |
| | 7 | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | 77 | | 11/8/05 | 11/8/05 | | Typical dolphin sketch |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 15 | | 11/8/05 | 11/8/05 | | Epoxy Dam |
| | 78 | | 11/8/05 | 11/8/05 | | Original Construction; Embedment |
| | 7A | | 11/8/05 | 11/8/05 | | Enlarged Sketch Portion of Exhibit 7, which parties stipulated to be a part of EMPSCO's original design |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | 13A | | 11/8/05 | 11/8/05 | | Bolts installed by Black Construction Corp. |
| | 1 | | 11/8/05 | 11/8/05 | | Winzler & Kelly's Drawing VE-1 |
| | | | | | | **3:29:00 - 3:44:45 BREAK** |
| | | | | | | Continued DX by Mr. Booth |
| | 71 | | 11/8/05 | 11/8/05 | | Dywidag Repair Method |
| | 22 | | 11/8/05 | 11/8/05 | | Handwritten facsimile dated 3-1-02 & OCEL Reports, dated October 21, 2002 |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | | | | | | 4:31:32 End DX |
| | | | | | | CX by Mr. Sterling |
| | | | | | | **4:57:20    END DAY 2** |
| | | | | | | **9:03:32    BEGIN DAY 3** |
| | | | | | | *Mr. Booth submitted the Stipulation from parties regarding the authenticity and admissibility of certain exhibits.* |
| | | | | | | **Frank Dennis, resumes the witness stand** |
| | | | | | | Continued CX by Mr. Sterling |
| | | | | | | 9:23:09  End CX |
| | | | | | | CX by Mr. O'Connor |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 20 | | 11/9/05 | 11/9/05 | | OCEL Report, dated December 19, 2001 |
| | | | | | | 10:10:41   End CX |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE **ROBERT CLIVE JONES** — PLAINTIFF'S ATTORNEY **BOOTH / SMITH / MCDONALD** — DEFENDANT'S ATTORNEY **STERLING / O'CONNOR / TARPLEY** |
| | | | | | | HEARING DATE(S) **November 7 - 18, 2005** — COURT REPORTER **WANDA MILES** — COURTROOM DEPUTY **LEILANI TOVES HERNANDEZ** |
| | | | | | 10:10:51 - 10:21:39 CX by Mr. Tarpley CX by Mr. Sterling |
| | | | | | Re-DX by Mr. Booth |
| | | | | | Mr. Booth moved that the sketch shown by Mr. Tarpley be marked & admitted - No objections - Granted. Exhibit marked as Plaintiff's Exhibit 85 |
| | 85 | | 11/9/05 | 11/9/05 | 11/9/05 | Black and white sketch with red markings of platform and piles |
| | 21 | | 11/8/05 | 11/8/05 | | OCEL Report, dated December 21, 2001 |
| | 20 | | 11/9/05 | 11/9/05 | | OCEL Report, dated December 19, 2001 |
| | | | | | | 10:26:38 End Re-DX |
| | | | | | | 10:26:57 - 10:27:34 Re-CX by Mr. Sterling |
| | | | | | | 10:27:44 - 10:31:11 Re-CX by Mr. O'Connor |
| | | | | | | Witness excused |
| | | | | | | **10:32:13 - 10:46:07 BREAK** |
| | | | | | | **JOSE C. SABLAN (JOE SABLAN), called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 12A | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin A and B |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | 12C | | 11/9/05 | 11/9/05 | 11/9/05 | Photo of Dolphins and piles |
| | 12D | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Catwalk and Dolphin D |
| | | | | | | 11:04:40 End DX |
| | | | | | | CX by Mr. Sterling |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 11:13:15 End CX |
| | | | | | | CX by Mr. O'Connor |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 11:24:51 End CX |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | | | | | | **Mr. Smith moved for the admittance of Exh 12A, 12B, 12C, and 12D. No obj - Granted** |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | 12D | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Catwalk and Dolphin D |
| | | | | | | 11:28:20 End Re-DX |
| | | | | | | Re-CX by Mr. O'Connor |
| | | | | | | 11:29:50 Witness excused |
| | | | | | | **STAN HALL, called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | | Chart/Map of Apra Harbor area |
| | 2 | | 11/8/05 | 11/8/05 | | Shell F-1 Pier (colored sketch) |
| | | | | | | 12:01:02 LUNCH BREAK |
| | | | | | | 1:26:57 TRIAL RESUMES |
| | | | | | | Continued DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | 11/9/05 | Chart/Map of Apra Harbor area |
| | | | | | | **Mr. Smith moved for the admittance of Exh 86. No obj - Granted** |
| | | | | | | 1:35:53 End DX |
| | | | | | | CX by Mr. Sterling |
| | | D54 | 11/9/05 | 11/9/05 | | May 17, 2001 Port Authority police offense report form re berthing incident at F1 |
| | | | | | | 1:44:43 End CX |
| | | | | | | CX by Mr. O'Connor |
| | | | | | | 1:53:41 End CX |
| | | | | | | CX by Mr. Tarpley |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 1:58:41 End CX |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 2:00:02 Witness excused |
| | | | | | | **CAPTAIN JURGEN UNTERBERG, called and sworn** |
| | 73 | | 11/9/05 | 11/9/05 | 11/9/05 | Unterberg Videotape: Surveillance of Earthquake Damage (edited version) (video problem) |
| | 13A | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13B | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13C | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 2:19:24 - 2:28:33 RECESS (to fix video problem) |
| | 73 | | 11/9/05 | 11/9/05 | 11/9/05 | Unterberg Videotape: Surveillance of Earthquake Damage (edited version) |
| | | | | | | 2:50:44 End DX |
| | | | | | | CX by Mr. Sterling |
| | | | | | | 3:07:51 End CX |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | 46 | | 11/9/05 | 11/9/05 | | Survey Report by Captain Jurgen Unterberg |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 3:17:40 End Re-DX |
| | | | | | | Re-CX by Mr. Sterling |
| | 46 | | 11/9/05 | 11/9/05 | | Survey Report by Captain Jurgen Unterberg |
| | | | | | | End Re-CX |
| | | | | | | No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | 3:17:12 - 3:42:32   BREAK |
| | | | | | | **PETER MACLEOD, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 42 | | 11/9/05 | 11/9/05 | 11/9/05 | Smithbridge Bid, dated November 18, 2002 |
| | 54 | | 11/9/05 | 11/9/05 | 11/9/05 | Young Adjustment Company's F-1 Pier Claim **(Only pages 1-3)** |
| | | | | | | **5:10:37 END DAY 3** |
| | | | | | | **9:37:33 BEGIN DAY 4** |
| | | | | | | **EDGAR JABINIGAY, called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 86 | | 11/9/05 | 11/9/05 | 11/9/05 | Chart/Map of Apra Harbor area |
| | | | | | | 9:51:37 End DX |
| | | | | | | CX by Mr. Smith |
| | 12B | | 11/9/05 | 11/9/05 | 11/9/05 | Colored Photo of Dolphin C, G, H, D |
| | | | | | | 9:57:38 End CX |
| | | | | | | CX by Mr. O'Connor |
| | 2 | | 11/8/05 | 11/8/05 | 11/9/05 | Shell F-1 Pier (colored sketch) |
| | | | | | | 10:05:06 End CX by Mr. O'Connor |
| | | | | | | CX by Mr. Tarpley |
| | | | | | | 10:07:54 End CX by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Smith |
| | | | | | | Re-CX by Mr. Tarpley |
| | | | | | | 10:11:00 Witness Excused |
| | | | | | | **PETER MACLEOD, recalled to the witness stand** |
| | | | | | | Continued DX by Mr. Booth |
| | 80 | | 11/10/05 | 11/10/05 | 11/10/05 | Sworn Proof of Loss, dated 12/03/2002 |
| | 18 | | 11/10/05 | 11/10/05 | 11/9/05 | Subrogation Agreement and Assignment by Port to Underwriters (No. 2), dated 04/10/03 |
| | 42 | | 11/9/05 | 11/9/05 | 11/9/05 | Smithbridge Bid, dated November 18, 2002 |
| | 88 | | 11/10/05 | 11/10/05 | 11/10/05 | Copies of checks and invoices |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 38 | | 11/10/05 | 11/10/05 | | MacLeod Claims Management Ltd. Adjusting's fees and disbursements, dated 05/17/2005 |
| | 19 | | 11/10/05 | 11/10/05 | | Supplemental Assignment to Insurers, dated 04/10/03 |
| | | | | | | 10:41:51 End DX |
| | | | | | | **10:42:50 - 10:55:31 BREAK** |
| | | | | | | CX by Mr. O'Connor |
| | 23 | | 11/8/05 | 11/8/05 | | OCEL Report, dated October 9, 2002 |
| | 88 | | 11/10/05 | 11/10/05 | 11/10/05 | Copies of checks and invoices |
| | | D47 | 11/10/05 | 11/10/05 | | N.C. Macario & Associates, Inc. observation reports for inspections on December 26, 1996, January 23 1997, and January 27, 1997 |
| | | D80 | 11/10/05 | 11/10/05 | | MacLeod Claims Management Ltd., dated 12 November 2001 |
| | 18 | | 11/10/05 | 11/10/05 | 11/9/05 | Subrogation Agreement and Assignment by Port to Underwriters (No. 2), dated 04/10/03 |
| | | | | | | **12:01:25 - 1:17:16 LUNCH BREAK** |
| | | | | | | **Deposition of Bruce Swanney - ended at 2:52:55** |
| | | | | | | 2:54:20 - 3:09:29 BREAK |
| | | | | | | **ROD BISMONTE, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 16 | | 11/10/05 | 11/10/05 | | Black Construction Contract, dated April 8, 1996 |
| | 75 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction letter, dated June 6, 1996 re: Anchor-it |
| | | D31 | 11/10/05 | 11/10/05 | 11/10/05 | April 29, 1996 internal Black Const. memorandum re acquisition of epoxy system |
| | 9 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction Corp. Contract Submittal 18A, dated May 20, 1996 |
| | 89 | | 11/10/05 | 11/10/05 | | Anchor-it Epoxy cylinder, HS-200 Solid Bond |
| | 31 | | 11/10/05 | 11/10/05 | 11/9/05 | Building Permit (No. 1) dated 6/21/1996 |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | | D51 | 11/10/05 | 11/10/05 | 11/9/05 | June 13, 1997 letter from Mr. Bismonte of Black Construction |
| | | | | | | 4:16:20 End DX |
| | | | | | | 4:16:24 - 4:20:25 CX by Mr. Sterling |
| | | | | | | CX by Mr. O'Connor |
| | | D88 | 11/10/05 | 11/10/05 | | Black Construction Corp. Pre-final Inspection Sign Off Sheet, dated 02/19/97 |
| | | | | | | 4:24:05 End CX |
| | | | | | | CX by Mr. Tarpley |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | | | | | 4:32:47 End CX |
| | | | | | | Re-DX by Mr. Booth |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | | | | | No further examination by parties |
| | | | | | | 4:33:43 Witness excused |
| | | | | | | 4:35:50 - 4:55:36 BREAK |
| | | | | | | **Deposition of Ben Casey - ended at 5:46** |
| | | | | | | *5:47:20 END DAY 4* |
| | | | | | | *9:08:07 BEGIN DAY 5* |
| | | | | | | **Continued Deposition of Ben Casey - ended at 9:36:10; Mr. Smith resumed the witness stand and read the portions of Mr. Casey** |
| | | | | | | **PETER MACLEOD, recalled to the witness stand** |
| | | | | | | Continued CX by Mr. Sterling |
| | 79A | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | D55 | 11/11/05 | 11/11/05 | 11/11/05 | November 10, 2001 letter from Ben Casey of Smithbridge to Peter MacLeod re F1 Pier |
| | | D56 | 11/11/05 | 11/11/05 | 11/11/05 | November 10, 2001 letter from Ben Casey of Smithbridge to Peter MacLeod re F1 Pier with hand-written change |
| | | D57 | 11/11/05 | 11/11/05 | 11/9/05 | November 10, 2001 letter from Ben Casey of Smithbridge to Peter MacLeod re F1 Pier incorporating hand written change |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | D77 | 11/11/05 | 11/11/05 | | Lloyd's Policy |
| | | D78 | 11/11/05 | 11/11/05 | 11/11/05 | Port claim |
| | 54 | | 11/9/05 | 11/9/05 | 11/9/05 | Young Adjustment Company's F-1 Pier Claim **(Only pages 1-3)** |
| | | | | | | 10:21:40 End CX by Mr. Sterling |
| | | | | | | Re-DX by Mr. Booth |
| | 91 | | 11/11/05 | 11/11/05 | | Progress Fee Numbers 2 through 6 (5 pages) |
| | | | | | | 10:30:40 End Re-DX |
| | | | | | | Re-CX by Mr. O'Connor |
| | | | | | | 10:33:50 End Re-CX |
| | | | | | | *Witness excused* |
| | | | | | | **10:21:40 - 10:50:04 BREAK** |
| | | | | | | **Deposition of Edward Williamson - ended at 11:24:05; Mr. Smith was admonished of his oath and read the portions of Mr. Williamson** |
| | | | | | | **Deposition of Perfecto Jose, Jr. - ended at ; Mr. Booth was sworn and read the portions of Mr. Jose** |
| | | | | | | **12:02:04 - 1:25:47 LUNCH BREAK** |
| | | | | | | **Continued Deposition of Edward Williamson** |
| | | | | | | **SIMEON DELOS SANTOS, called and sworn** |
| | | | | | | DX by Mr. Smith |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | | | | | | 2:29:00 End DX |
| | | | | | | CX by Mr. Tarpley |
| | 17 | | 11/11/05 | 11/11/05 | 11/9/05 | EMPSCO Contract, dated 28 December 1995 |
| | | D65 | 11/11/05 | 11/11/05 | 11/11/05 | March 12, 2004 letter from Simeon Delos Santos to EMPSCO re request for clarification re contract agreement |
| | | D1 | 11/11/05 | 11/11/05 | 11/11/05 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 3:01:40 End CX by Mr. Tarpley |
| | | | | | | CX by Mr. O'Connor |
| | | D1 | 11/11/05 | 11/11/05 | 11/11/05 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") |
| | | | | | | **3:09:00 - 3:25:25 BREAK** |
| | | D13 | 11/11/05 | 11/11/05 | 11/11/05 | December 11, 1995 Minutes of meeting between Port Authority of Guam, EMPSCO and Shell re repairs and upgrading to Fuel Pier F-1 **(page 1 only)** |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. To Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D47 | 11/10/05 | 11/10/05 | 11/11/05 | N.C. Macario & Associates, Inc. observation reports for inspections on December 26, 1996, January 23 1997, and January 27, 1997 |
| | | D48 | 11/11/05 | 11/11/05 | 11/11/05 | Excerpt ("Brief Progress Report") from Construction Status Report from Macario for events during December 1996 |
| | | D50 | 11/11/05 | 11/11/05 | 11/11/05 | Submittal Register re: Project: Repairs and Upgrading of Foxtrot "F-1" Pier |
| | | D54 | 11/9/05 | 11/9/05 | | May 17, 2001 Port Authority police offense report form re berthing incident at F1 |
| | | D53 | 11/11/05 | 11/11/05 | | August 3, 2000 letter from Baluyut to Delos Santos re costs for F1 projects |
| | | D63 | 11/11/05 | 11/11/05 | 11/9/05 | April 16, 2002 Building Permit No. B02000244 |
| | | D90 | 11/11/05 | 11/11/05 | 11/11/05 | June 6, 1997 from Black Construction to Simeon Delos Santos re: Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor, with additional attachments |
| | | D59 | 11/11/05 | 11/11/05 | | January 3, 2002 memo from Dean to Casey re listing of vessel movement |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | | | | | | 4:24:09 End CX by Mr. O'Connor |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | | | | | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | CX by Mr. Sterling |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| | | | | | | 4:27:59 End CX by Mr. Sterling |
| 4 | | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. To Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D90 | 11/11/05 | 11/11/05 | 11/11/05 | June 6, 1997 from Black Construction to Simeon Delos Santos re: Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor, with additional attachments |
| | | | | | | **4:35:25 END DAY 5** |
| | | | | | | *9:23:02   BEGIN DAY 6* |
| | | | | | | **BUTCH ARCE, called and sworn** |
| 25 | | | 11/14/05 | 11/14/05 | 11/9/05 | Engineer of Record Letter, dated Oct. 16, 1995 |
| 17 | | | 11/11/05 | 11/11/05 | 11/9/05 | EMPSCO Contract, dated 28 December 1995 |
| 90 | | | 11/14/05 | 11/14/05 | 11/14/05 | The Professional Engineers, Architects and Land Surveyors Law (Rules of Professional Conduct) (5 pages) |
| 9 | | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction Corp. Contract Submittal 18A, dated May 20, 1996 |
| 37 | | | 11/14/05 | 11/14/05 | 11/14/05 | Shell 'lifeline' Letter to EMPSCO, dated 20 December 1995 |
| 4 | | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| 6 | | | 11/14/05 | 11/14/05 | 11/9/05 | EMPSCO's Design Calculations |
| 5 | | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 10:40:26 - 10:56:30 BREAK |
| 7 | | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | | D21 | 11/14/05 | 11/14/05 | 11/14/05 | February 15, 1996 letter from Bermudes to EMPSCO re bids in excess f budgeted amount |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| 8 | | | 11/14/05 | 11/14/05 | | Contract Submittals 12 & 12c |
| 76 | | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | | | | | | **12:01:22 - 1:23:49 LUNCH BREAK** |
| 1 | | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | | | | | | **1:34:24 End DX** |
| | | | | | | CX by Mr. Tarpley |
| | | D4 | 11/14/05 | 11/14/05 | 11/9/05 | October 17, 1995 letter from Bermudes to Roland S. Miller of Winzler & Kelly (hereinafter "Winzler") |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | | D10 | 11/14/05 | 11/14/05 | 11/9/05 | December 1, 1995 letter from Bermudes to Villaluz re Notice to Proceed |
| | | D8 | 11/14/05 | 11/14/05 | 11/14/05 | Revised and agreed EMPSCO fee breakdown (negotiated) |
| | | D1 | 11/11/05 | 11/11/05 | 11/11/05 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") |
| 5 | | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | D12 | 11/14/05 | 11/14/05 | 11/9/05 | December 12, 1995 letter from EMPSCO to Mr Dave O'Brien of Shell |
| | | D16 | 11/14/05 | 11/14/05 | 11/9/05 | December 15, 1995 letter from Bermudes to Shell re Port not liable for Winzler & Kelly charges |
| | | D20 | 11/14/05 | 11/14/05 | 11/9/05 | January 10, 1996 100% submittal from EMPSCO to Port Authority |
| | | D21 | 11/14/05 | 11/14/05 | 11/14/05 | February 15, 1996 letter from Bermudes to EMPSCO re bids in excess f budgeted amount |
| | | D22 | 11/14/05 | 11/14/05 | 11/9/05 | February 16, 1996 letter from Villaluz to Bermudes re deletion of encapsulation system |

| PRESIDING JUDGE ROBERT CLIVE JONES | | | | | PLAINTIFF'S ATTORNEY BOOTH / SMITH / MCDONALD | DEFENDANT'S ATTORNEY STERLING / O'CONNOR / TARPLEY |
|---|---|---|---|---|---|---|
| HEARING DATE (S) November 7 - 18, 2005 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | D23 | 11/14/05 | 11/14/05 | 11/9/05 | March 11, 1996 letter from Black Construction Corporation (hereinafter "Black") to PAG re refusal to accept deletion of piling encapsulation in its entirety |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| | | D37 | 11/14/05 | 11/14/05 | 11/9/05 | May 22, 1996 memo from EMPSCO to N.C. Macario & Associates re review of Submittal No. 12 |
| | 9 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction Corp. Contract Submittal 18A, dated May 20, 1996 |
| | | D44 | 11/14/05 | 11/14/05 | 11/9/05 | June 17, 1996 transmittal memo with attachments from N.C. Macario to Black re submittals 12b and 18a |
| | 7 | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | | | | | | 2:46:01 End CX by Mr. Tarpley |
| | | | | | | **2:47:02 - 2:59:15 BREAK** |
| | | | | | | **ALBERT TSUTSUI, called and sworn** (witness called out of order by defense) |
| | | | | | | DX by Mr. Tarpley |
| | | | | | | 3:20:06 End DX |
| | | | | | | CX by Mr. Smith |
| | | D25 | 11/11/05 | 11/11/05 | 11/11/05 | March 20, 1996 Memorandum from F. Phillip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos" of PAG re review of proposals A and B) |
| | | | | | | 3:33:41 End CX by Mr. Smith |
| | | | | | | DX by Mr. O'Connor |
| | | | | | | 3:41:41 End DX (No further examination by other counsel) |
| | | | | | | Witness excused |
| | | | | | | **BUTCH ARCE, resumes the witness stand** |
| | | | | | | CX by Mr. Sterling |
| | | D27 | 11/11/05 | 11/11/05 | 11/9/05 | March 27, 1996 letter from Villalluz to Bermudes re approval of Proposal B |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 3:52:38 End CX by Mr. Sterling |
| | | | | | | CX by Mr. O'Connor |
| | | D34 | 11/14/05 | 11/14/05 | 11/9/05 | May 17, 1996 memo from Bismonte of Black Construction to Bruce Swanney of Winzler & Kelly re request for structural design data |
| | | D35 | 11/14/05 | 11/14/05 | 11/9/05 | May 21, 1996 transmittal memo from Swanney of Winzler to Black Construction re structural calculation data |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | 8 | | 11/14/05 | 11/14/05 | | Contract Submittals 12 & 12c |
| | | | | | | 4:11:03 End CX by Mr. O'Connor |
| | | | | | | Re-DX by Mr. Booth |
| | | D8 | 11/14/05 | 11/14/05 | 11/14/05 | Revised and agreed EMPSCO fee breakdown (negotiated) |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | 75 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction letter, dated June 6, 1996 re: Anchor-it |
| | | | | | | 4:20:14 End Re-DX by Mr. Booth |
| | | | | | | Re-CX by Mr. Tarpley |
| | | D6 | 11/11/05 | 11/11/05 | 11/11/05 | EMPSCO proposed fee breakdown with handwritten alterations by PAG (Port Authority of Guam) |
| | | | | | | 4:24:05 End Re-CX |
| | | | | | | Re-CX by Mr. Sterling |
| | | D24 | 11/11/05 | 11/11/05 | 11/9/05 | March 15, 1996 letter from Black Construction to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to Proposal B |
| | | D50 | 11/11/05 | 11/11/05 | 11/11/05 | Submittal Register re: Project: Repairs and Upgrading of Foxtrot "F-1" Pier |
| | | | | | | Witness excused |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** | | | | | PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 4:33:22 - 4:39:10  BREAK |
| | | | | | | **ELLIOTT H. BOONE, called and sworn** |
| | | | | | | DX by Mr. Booth |
| | 13A | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13B | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 13C | | 11/9/05 | 11/9/05 | 11/9/05 | Bolts installed by Black |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | 5:04:15  END DAY 6 |
| | | | | | | *9:23:02   BEGIN DAY 7* |
| | | | | | | **ELLIOTT H. BOONE, resumes the witness stand** |
| | | | | | | Continued DX by Mr. Booth |
| | 41 | | 11/15/05 | 11/15/05 | 11/15/05 | Uniform Building Code (partial) |
| | 62 | | 11/15/05 | 11/15/05 | 11/9/05 | Winzler & Kelly's Structural Calculations for Repairs of Dolphins A, B, C, & D dated December 1995 |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | 7 | | 11/8/05 | 11/8/05 | 11/8/05 | Black Construction's As Built Drawings |
| | 8 | | 11/14/05 | 11/14/05 | | Contract Submittals 12 & 12c |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | 70 | | 11/15/05 | 11/15/05 | 11/15/05 | Red Head Redi-Chem Concrete Anchoring System Product Specifications |
| | 84 | | 11/15/05 | 11/15/05 | 11/15/05 | Translation: Allowable capacity per bolt |
| | | | | | | 10:28:10 - 10:50:42   BREAK |
| | 84 | | 11/15/05 | 11/15/05 | 11/15/05 | Translation: Allowable capacity per bolt |
| | 75 | | 11/10/05 | 11/10/05 | 11/9/05 | Black Construction letter, dated June 6, 1996 re: Anchor-it |
| | 15 | | 11/15/05 | 11/15/05 | 11/15/05 | Epoxy Dam (2 ea yellow plugs) |
| | 89 | | 11/10/05 | 11/10/05 | 11/15/05 | Anchor-it Epoxy cylinder, HS-200 Solid Bond |
| | | | | | | 11:04:18 End DX by Mr. Booth |
| | | | | | | CX by Mr. O'Connor |
| | 41 | | 11/15/05 | 11/15/05 | 11/15/05 | Uniform Building Code (partial) |
| | | D9 | 11/15/05 | 11/15/05 | 11/9/05 | December 1995 Winzler & Kelly structural calculations for repairs to Dolphins A, B, C, and D |
| | | | | | | 11:59:05 - 1:23:46   LUNCH BREAK |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | 44 | | 11/15/05 | 11/15/05 | | Report by Elliott Boone of Cash & Associates, May 12, 2004 |
| | | | | | | 1:59:43 End CX by Mr. O'Connor |
| | | | | | | CX by Mr. Sterling |
| | | D91 | 11/15/05 | 11/15/05 | | Drawing depicting Failure Plane & Pull Out Force |
| | | | | | | 2:22:00 End CX by Mr. Sterling |
| | 44 | | 11/15/05 | 11/15/05 | | Report by Elliott Boone of Cash & Associates, May 12, 2004 |
| | 45 | | 11/15/05 | 11/15/05 | | Supplemental Report of Elliott Boone, April 21, 2005 |
| | | D37 | 11/14/05 | 11/14/05 | 11/9/05 | May 22, 1996 memo from EMPSCO to N.C. Macario & Associates re review of Submittal No. 12 |
| | | | | | | 2:39:00 End CX by Mr. Tarpley |
| | | | | | | Re-DX by Mr. Booth |
| | 90 | | 11/14/05 | 11/14/05 | 11/14/05 | The Professional Engineers, Architects and Land Surveyors Law (Rules of Professional Conduct) (5 pages) |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | | | | | | 2:49:33 End Re-DX |
| | | | | | | Re-CX by Mr. O'Connor |
| | | | | | | 2:50:53  End Re-CX |
| | | | | | | Re-CX by Mr. Sterling |
| | | | | | | 2:51:19 End Re-CX |
| | | | | | | Witness excused |
| | | | | | | **Mr. Booth moved for the admittance of Plaintiff's Exhibit #15 - Granted** |

| PRESIDING JUDGE ROBERT CLIVE JONES | | | | | PLAINTIFF'S ATTORNEY BOOTH / SMITH / MCDONALD | DEFENDANT'S ATTORNEY STERLING / O'CONNOR / TARPLEY |
|---|---|---|---|---|---|---|
| HEARING DATE (S) November 7 - 18, 2005 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 2:53:54 - 3:21:59 BREAK |
| | | | | | | 5:04:15 END DAY 7 |
| | | | | | | 9:01:02 BEGIN DAY 8 |
| | | | | | | **KENNETH COLLARD, called and sworn** |
| | | | | | | DX by Mr. Sterling |
| | 49 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Ken Collard, ProMarine Technology, dated July 15, 2005 |
| | | D93 | 11/15/05 | 11/15/05 | 11/15/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | | | | | | 9:56:24 End DX by Mr. Sterling |
| | | | | | | DX by Mr. O'Connor |
| | | | | | | 9:59:55 End DX by Mr. O'Connor |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | CX by Mr. Smith |
| | | D93 | 11/16/05 | 11/16/05 | 11/16/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | 49 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Ken Collard, ProMarine Technology, dated July 15, 2005 |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 10:44:17 - 11:01:05 BREAK |
| | | | | | | 11:05:09 End CX by Mr. Smith |
| | | | | | | Re-DX by Mr. Sterling |
| | | D93 | 11/16/05 | 11/16/05 | 11/16/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | 11:13:54 End Re-DX by Mr. Sterling |
| | | | | | | Re-DX by Mr. O'Connor |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | 11:19:42 End RE-DX by Mr. O'Connor |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | Re-CX by Mr. Smith |
| | | D93 | 11/16/05 | 11/16/05 | 11/16/05 | Proposal worksheet prepared by Ken Collard, ProMarine Technology |
| | | | | | | 11:21:37 End Re-CX |
| | | | | | | Witness excused |
| | | | | | | **HAROLD DEAN GILLHAM, called and sworn** |
| | | | | | | DX by Mr. Sterling |
| | | D76 | 11/16/05 | 11/16/05 | | Aerial Photograph of Tumon Bay (Demonstrative) |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | | | | | | 11:54:44 - 1:26:00 LUNCH BREAK |
| | | | | | | **MARILOU BALUYUT, called and sworn** |
| | | | | | | DX by Mr. Leon Guerrero |
| | | D70A | 11/16/05 | 11/16/05 | 11/16/05 | Photographs of F1 Pier and Dolphins (as needed) |
| | | | | | | 1:40:13 End DX by Mr. Leon Guerrero |
| | | | | | | CX by Mr. Smith |
| | 79 | | 11/8/05 | 11/8/05 | | 2001 Earthquake Damage Photos (A-E) |
| | | | | | | 1:43:32 End CX by Mr. Smith |
| | | | | | | DX by Mr. O'Connor |
| | | D59 | 11/11/05 | 11/11/05 | | January 3, 2002 memo from Dean to Casey re listing of vessel movement |
| | | D2 | 11/16/05 | 11/16/05 | 11/9/05 | August 24, 1995 Memorandum from Marilou M. Baluyut (hereinafter "Baluyut") to Doug Dean (hereinafter "Dean") |
| | | | | | | 1:53:50 End DX by Mr. O'Connor |
| | | | | | | No Examination by Mr. Tarpley |
| | | | | | | Re-CX by Mr. Smith |
| | | | | | | 1:54:29 Emd Re-CX |
| | | | | | | Witness excused |
| | | | | | | **HAROLD DEAN GILLHAM, resumes the witness stand** |
| | | | | | | Continued DX by Mr. Sterling |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | | D91 | 11/15/05 | 11/15/05 | 11/16/05 | Drawing depicting Failure Plane & Pull Out Force |
| | | D92 | 11/16/05 | 11/16/05 | 11/16/05 | Drawing depicting mooring forces, gale force winds and piers |
| | | D94 | 11/16/05 | 11/16/05 | 11/16/05 | Drawing labeled Diagram B |
| | | D44 | 11/14/05 | 11/14/05 | 11/9/05 | June 17, 1996 transmittal memo with attachments from N.C. Macario to Black re submittals 12b and 18a |
| | | | | | | 2:54:47 End DX |
| | | | | | | **2:55:20 - 3:13:54  BREAK** |
| | | | | | | *Mr. Sterling moved for the admittance of exhibits D92, D94, and D95. No objections - Granted.* |
| | | | | | | DX by Mr. O'Connor |
| | | D92 | 11/16/05 | 11/16/05 | 11/16/05 | Drawing depicting mooring forces, gale force winds and piers |
| | | | | | | 3:25:11 End DX by Mr. O'Connor |
| | | | | | | No examination by Mr. Tarpley |
| | | | | | | CX by Mr. Booth |
| | 4 | | 11/10/05 | 11/10/05 | 11/9/05 | EMPSCO's Contract Specifications |
| | 26 | | 1/16/05 | 11/16/05 | 11/9/05 | Joint Defense Agreement |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | 62 | | 11/15/05 | 11/15/05 | 11/9/05 | Winzler & Kelly's Structural Calculations for Repairs of Dolphins A, B, C, & D dated December 1995 |
| | 70 | | 11/15/05 | 11/15/05 | 11/15/05 | Red Head Redi-Chem Concrete Anchoring System Product Specifications |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | | | | | | 5:08:48 End CX by Mr. Booth |
| | | | | | | **5:14:00  END DAY 8** |
| | | | | | | *9:05:06    BEGIN DAY 9* |
| | | | | | | Re-DX by Mr. Sterling |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | | | | | | 9:28:04 End Re-DX by Mr. Sterling |
| | | | | | | Re-DX by Mr. O'Connor |
| | | | | | | 9:35:53 End Re-DX by Mr. O'Connor |
| | | | | | | Re-DX by Mr. Tarpley |
| | 26 | | 1/16/05 | 11/16/05 | 11/9/05 | Joint Defense Agreement |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | | | | | 9:46:58 End Re-DX by Mr. Tarpley |
| | | | | | | Re-CX by Mr. Booth |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | | | | | | 9:55:01 End Re-CX |
| | | | | | | Re-DX by Mr. Sterling |
| | | | | | | 9:56:18 End Re-DX |
| | | | | | | Re-DX by Mr. O'Connor |
| | | D22 | 11/17/05 | 11/17/05 | 11/9/05 | February 16, 1996 letter from Villaluz to Bermudes re deletion of encapsulation system |
| | | | | | | No further examination by counsel |
| | | | | | | 9:57:56 Witness excused |
| | | | | | | **Excerpts of the Deposition of Ben Casey. Mr. Leon Guerrero was sworn and read the portions of Mr. Casey** |
| | 42 | | 11/9/05 | 11/9/05 | 11/9/05 | Smithbridge Bid, dated November 18, 2002 |
| | | | | | | End at 1012:33 |
| | | | | | | **JOSELITO GUTIERREZ, called and sworn** |
| | | | | | | DX by Mr. Sterling |
| | | | | | | 10:32:24 End DX by Mr. Sterling |
| | | | | | | **10:33:15 - 10:55:35 BREAK** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | DX by Mr. O'Connor |
| | | D50 | 11/11/05 | 11/11/05 | 11/11/05 | Submittal Register re: Project: Repairs and Upgrading of Foxtrot "F-1" Pier |
| | | D90 | 11/11/05 | 11/11/05 | 11/11/05 | June 6, 1997 from Black Construction to Simeon Delos Santos re: Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor, with additional attachments |
| | | D90C | 11/17/05 | 11/17/05 | 11/17/05 | January 24, 1996 Facsimile to N.C. Macario & Associates from Rod Bismonte re Repairs & Upgrade to Foxtrot F-1 Pier |
| | | D90D | 11/17/05 | 11/17/05 | 11/17/05 | January 17, 1996 Facsimile to N.C. Macario & Associates from Rod Bismonte re Repairs & Upgrade to Foxtrot F-1 Pier |
| | | D90E | 11/17/05 | 11/17/05 | 11/17/05 | January 4, 1996 Facsimile to N.C. Macario & Associates from Rod Bismonte re Repairs & Upgrade to Foxtrot F-1 Pier |
| | | D90I | 11/17/05 | 11/17/05 | 11/17/05 | Construction Observation Report, dated 01/24/97 |
| | | D90J | 11/17/05 | 11/17/05 | 11/17/05 | Daily Progress Production, dated 01/24/97 |
| | | D90K | 11/17/05 | 11/17/05 | 11/17/05 | Construction Status Report for the month of January 1997 |
| | | D90H | 11/17/05 | 11/17/05 | 11/17/05 | May 15, 1997 Facsimile to Rod Bismonte from N.C. Macario & Associates re Foxtrot F-1 Pier |
| | | | | | | 11:04:12 End DX by Mr. O'Connor |
| | | | | | | CX by Mr. Smith |
| | | D90H | 11/17/05 | 11/17/05 | 11/17/05 | May 15, 1997 Facsimile to Rod Bismonte from N.C. Macario & Associates re Foxtrot F-1 Pier |
| 92 | | | 11/17/05 | 11/17/05 | 11/17/05 | June 11, 1997 letter from Rod Bismonte to Cesar C. Caronongan, N.C. Macario & Associates, Subject: Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | | | | | | 11:22:22 End CX |
| | | | | | | Re-DX by Mr. Sterling |
| 92 | | | 11/17/05 | 11/17/05 | 11/17/05 | June 11, 1997 letter from Rod Bismonte to Cesar C. Caronongan, N.C. Macario & Associates, Subject: Repairs and Upgrading to Foxtrot F-1 Pier, Apra Harbor |
| | | | | | | 11:13:45 End Re-DX |
| | | | | | | Re-DX by Mr. Tarpley |
| | | D1 | 11/11/05 | 11/11/05 | 11/11/05 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") |
| | | | | | | 11:15:09 End Re-DX by Mr. Tarpley |
| | | | | | | Re-DX by Mr. O'Connor |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | | | | | | 11:16:08 End Re-DX by Mr. O'Connor |
| | | | | | | Re-CX by Mr. Smith |
| | | | | | | 11:16:44 End Re-CX by Mr. Smith |
| | | | | | | Witness excused |
| | | | | | | **Excerpts of the Deposition of N.C. Macario. Mr. Leon Guerrero was admonished of his oath read the portions of Mr. Macario** |
| | | | | | | **End 11:44:07** |
| | | | | | | **12:41:20 - 1:42:24    LUNCH BREAK** |
| | | | | | | **STEPHEN J. COX, called and sworn** |
| | | | | | | DX by Mr. O'Connor |
| | | D9 | 11/15/05 | 11/15/05 | 11/9/05 | December 1995 Winzler & Kelly structural calculations for repairs to Dolphins A, B, C, and D |
| | | D96 | 11/17/05 | 11/17/05 | | Glass capsule |
| | | D97 | 11/17/05 | 11/17/05 | | simulated concrete block |
| | 49 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Ken Collard, ProMarine Technology, dated July 15, 2005 |
| | | D35 | 11/14/05 | 11/14/05 | 11/9/05 | May 21, 1996 transmittal memo from Swanney of Winzler to Black Construction re structural calculation data |
| | | D37 | 11/14/05 | 11/14/05 | 11/9/05 | May 22, 1996 memo from EMPSCO to N.C. Macario & Associates re review of Submittal No. 12 |
| | | D98 | 11/17/05 | 11/17/05 | | Bolt embedded in plastic tubing |

| PRESIDING JUDGE<br>ROBERT CLIVE JONES | | | | | PLAINTIFF'S ATTORNEY<br>BOOTH / SMITH / MCDONALD | DEFENDANT'S ATTORNEY<br>STERLING / O'CONNOR / TARPLEY |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>November 7 - 18, 2005 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 2:32:41 End DX by Mr. O'Connor |
| | | | | | | DX by Mr. Sterling |
| | | | | | | 2:34:46 End DX by Mr. Sterling |
| | | | | | | Mr. Tarpley deferred his examination |
| | | | | | | CX by Mr. Booth |
| | 62 | | 11/15/05 | 11/15/05 | 11/9/05 | Winzler & Kelly's Structural Calculations for Repairs of Dolphins A, B, C, & D dated December 1995 |
| | | D9 | 11/15/05 | 11/15/05 | 11/9/05 | December 1995 Winzler & Kelly structural calculations for repairs to Dolphins A, B, C, and D |
| | 76 | | 11/10/05 | 11/10/05 | 11/9/05 | May 24, 1996 letter from Black Construction to N.C. Macario |
| | | | | | | 3:04:29 End CX by Mr. Booth |
| | | | | | | Re-DX by Mr. O'Connor |
| | 1 | | 11/8/05 | 11/8/05 | 11/9/05 | Winzler & Kelly's Drawing VE-1 |
| | | | | | | 3:09:58 End Re-DX by Mr. O'Connor |
| | | | | | | No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **WEBB HAYES, called and sworn** |
| | | | | | | DX by Mr. O'Connor |
| | 48 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Dean Gillham |
| | | | | | | **3:34:34 - 3:52:12 BREAK** |
| | 49 | | 11/15/05 | 11/15/05 | 11/9/05 | Expert Report of Ken Collard, ProMarine Technology, dated July 15, 2005 |
| | 24 | | 11/17/05 | 11/17/05 | | Specifications of Anchor-It Epoxy |
| | | | | | | 4:42:13 End DX by Mr. O'Connor |
| | | | | | | DX by Mr. Tarpley |
| | | | | | | 4:51:32 End DX by Mr. Tarpley |
| | | | | | | DX by Mr. Sterling |
| | | | | | | 4:53:00 End Dx by Mr. Sterling |
| | | | | | | CX by Mr. Booth |
| | | | | | | 5:03:56 End CX |
| | | | | | | No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **Mr. Tarpley moved for the admittance of Exhibit D32 - No objections - Granted** |
| | | | | | | **Excerpt of the Deposition of N.C. Macario read by Mr. O'Connor** |
| | | | | | | 5:08:50 Jurors excused for the day |
| | | | | | | 6:55:26 END DAY 9 |
| | | | | | | 8:41:17 BEGIN DAY 10 |
| | | | | | | 9:58:36 - 10:56:13 BREAK |
| | | | | | | *Mr. O'Connor moved for the admittance of Exhibits D50, D28, D52, D59, D62, D63, D80, D88, D96, D97, 24, 23, and 16. Admittance was Granted. He also moved for Exhibit 50, objections were argued, therefore the Court Denied the admittance of Exhibit 50 and stated that Exhibits 48 and 49 are admitted, however, will not be given to the jurors for deliberation.* |
| | | | | | | *Mr. Smith moved for the admittance of Exhibits 8, 24, 41, 42, 65, 12E thru 12K. Admittance was Granted.* |
| | | | | | | **BUTCH ARCE, recalled to the witness stand and admonished of his oath** |
| | | | | | | DX by Mr. Tarpley |
| | 5 | | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report |
| | | D99 | 11/18/05 | 11/18/05 | 11/18/05 | Berthing Energy Summary |
| | | D32 | 11/18/05 | 11/18/05 | 11/17/05 | May 1, 1996 letter from Lito Gutierrez |
| | | | | | | 11:37:49 End DX by Mr. Tarpley |
| | | | | | | DX by Mr. Sterling - end at 11:38:21 |
| | | | | | | DX by Mr. O'Connor |

| PRESIDING JUDGE<br>**ROBERT CLIVE JONES** ||||| PLAINTIFF'S ATTORNEY<br>**BOOTH / SMITH / MCDONALD** | DEFENDANT'S ATTORNEY<br>**STERLING / O'CONNOR / TARPLEY** |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**November 7 - 18, 2005** ||||| COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES ||
|  |  | D99 | 11/18/05 | 11/18/05 | 11/18/05 | Berthing Energy Summary ||
|  |  |  |  |  |  | 11:41:22 End DX by Mr. O'Connor ||
|  |  |  |  |  |  | No examination by Plaintiff ||
|  |  |  |  |  |  | Re-DX by Mr. Tarpley ||
|  | 5 |  | 11/9/05 | 11/9/05 | 11/9/05 | EMPSCO's Engineering Documentation Report ||
|  |  |  |  |  |  | 11:42:12 End Re-DX ||
|  |  |  |  |  |  | Witness excused ||
|  |  |  |  |  |  | **STEPHEN J. COX, called as rebuttal witness; witness was admonished of his oath** ||
|  |  |  |  |  |  | DX by Mr. Booth ||
|  | 69 |  | 11/18/05 | 11/18/05 | 11/18/05 | Winzler & Kelly 4/10/1997 "third party beneficiary" memo to Black ||
|  | 74 |  | 11/18/05 | 11/18/05 | 11/18/05 | March 6, 1997 Winzler & Kelly letter to Black Construction Corporation ||
|  |  |  |  |  |  | Witness excused ||
|  |  |  |  |  |  | *Mr. Booth moved for the admittance of Exhibit 79A thru 79E - No objections - Granted.* ||
|  |  |  |  |  |  | **5:58:18   END DAY 10** ||