# CV-03-00009
## JURY NOTE



FILED
DISTRICT COURT OF GUAM
NOV 1 8 2005
MARY L.M. MORAN
CLERK OF COURT

JUDGE JONES -
JURY SELECTED A
FOREPERSON. WOULD
LIKE TO START 11/19/2005
AT 9 AM.
-JUROR #1 THE
ROSE TAITANO