# CV-03-00009
## JURY NOTE

JUDGE JONES –
PLEASE ADVISE IF WE ARE ABLE
TO REVIEW EXHIBIT NO. 79 (A & B).
THANK YOU.
Juror #1
11/19/2005   10:55AM

**FILED**
DISTRICT COURT OF GUAM

NOV 19 2005

MARY L.M. MORAN
CLERK OF COURT

9:55am