# CV-03-00009
## JURY NOTE

Judge Jones -
May I be excused for lunch break noon - 1pm to attend my sister's lunch wedding ceremony?
Juror #1

**FILED**
DISTRICT COURT OF GUAM

NOV 19 2005

MARY L.M. MORAN
CLERK OF COURT

11:25am