FILED
DISTRICT COURT OF GUAM
NOV 1 9 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORP., et al.,<br><br>    Defendants. | CV-03-00009<br><br>RESPONSE TO JURY QUESTION |

In response to the attached question of Juror Number 1, the Court replied with the following: "I have to say No, because it would cause a delay in jury deliberations. All jurors must be present during deliberations."

ROBERT CLIVE JONES*
United States District Judge

---

\* The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.