# CV-03-00009
## JURY NOTE

Judge Jones —

We would like to review Black's contract with Port Authority. We have reviewed other correspondence and various exhibits, however, the official/original contract could not be found. Please advise if it was admitted. Thank you.

Juror #1 — [signature]
11/19/2005  1:20pm

**FILED**
DISTRICT COURT OF GUAM

NOV 1 9 2005

MARY L.M. MORAN
CLERK OF COURT

1:25pm