# CV-03-00009
## JURY NOTE

JUDGE JONES —
THE JURY WOULD LIKE THE LEGAL
DEFINITION OF THE TERM: BREACH
OF CONTRACT. THANK YOU.
JUROR #1
11/19/2005 16:09

**FILED**
DISTRICT COURT OF GUAM
NOV 19 2005
MARY L.M. MORAN
CLERK OF COURT

4:10pm