

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS,

    Plaintiff,

v.

BLACK CONSTRUCTION CORP., et al.,

    Defendants.

CV-03-00009

RESPONSE TO JURY QUESTION

In response to Juror Number 1's request for a legal definition of the term: "breach of contract" the Court replied with the following: "breach of contract is defined as a violation of a contractual obligation by failing to perform one's own promise." The alleged breaches of contract have been set out in the written instructions.

ROBERT CLIVE JONES*
United States District Judge

---

    * The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.