DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - TRIAL


DISTRICT COURT OF GUAM
NOV 1 9 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00009                DATE: November 19, 2005

CAPTION: S.J. Gargrave Syndicate at Lloyds  -vs-  Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation

***

**ROBERT CLIVE JONES**, Designated Judge, Presiding        Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles                                 Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: Run Time: 4:34:18 - 4:49:46    CSO: none present

*** APPEARANCES ***

COUNSEL FOR PLAINTIFF(s):                    COUNSEL FOR DEFENDANT(s):

STEPHEN SMITH - TELEPHONIC                   T. STERLING - BLACK CONSTRUCTION CORP. - TELEPHONIC

ELYZE MCDONALD - TELEPHONIC                  JOSEPH HOREY, WINZLER & KELLY - TELEPHONIC

                                             TOM TARPLEY, EMPSCO - TELEPHONIC

***

## JURY TRIAL - DAY 11

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ____ Plaintiff ____ Defendants
( ) WITNESSES SWORN AND EXAMINED       ( ) EXHIBITS MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE   ____ Plaintiff ____ Defendants
(X) TRIAL/DELIBERATION CONTINUED TO: Monday, November 21, 2005 at 9:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____        ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED   ( ) POLLING WAIVED   ( ) JURY DISCHARGED

(X) OTHER MATTER(s):

The Court and parties discussed the note received by the jury and the response that would be provided to them.

In light of the flight schedule for next week, parties stipulated to the verdict being taken by the Magistrate Judge. However, if there are any discrepancies with the verdict, then Judge Jones will handle the matter himself. In addition, the Jury will not be discharged unless parties consent to their discharge or notice is given by Judge Jones

COURTROOM DEPUTY: _____