FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORP., et al.,<br><br>　　　　Defendants. | CV-03-00009<br><br>RESPONSE TO JURY NOTES |

In response to two (2) notes from the jury, the Court reminds the jurors of the Court's previous instruction: "Remember that you are not to tell anyone – including me – how the jury stands, numerically or otherwise, until after you have reached a unanimous verdict or have been discharged. Do not disclose any vote count in any note to the court." Therefore, the Court will return the two (2) notes to the jurors. The jurors may destroy or dispose of the notes, or, if they prefer, the jurors may retain the notes for their own purposes until such time as a unanimous verdict is reached.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT CLIVE JONES*
　　　　　　　　　　　　　　　　United States District Judge

---

　　* The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.