# CV-03-00009
## JURY NOTE

Judge Jones—

The jury has reached a unanimous verdict on two of the defendants and a deadlock on one defendant. Please advise on further instructions.

Best regards,
Juror #1
11/21/2005  1 pm

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

11-21-05
1:06 pm