# CV-03-00009
## JURY NOTE

JUDGE JONES —

THE JURY HAS COMPLETED ITS DELIBERATIONS AND IS READY WITH ITS FINAL VERDICTS!

BEST REGARDS,
JUROR #1
11/21/2005  2:45 PM

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

11-21-05
2:47pm