FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS,

   Plaintiff,

vs.

BLACK CONSTRUCTION CORP., *et al.*,

   Defendants.

CV-03-00009

RESPONSE TO JURY NOTE

Have you reached a unanimous verdict with respect to all three defendants?

\_\_\_\_\_ Yes

✓ No

ROBERT CLIVE JONES*
United States District Judge

---

 * The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.