# CV-03-00009
## JURY NOTE

JUDGE JONES —

IS IT POSSIBLE TO SPEAK
WITH YOU IN YOUR CHAMBERS?
PLEASE ADVISE.

BEST REGARDS,
JUROR #1 (FOREMAN)
11/21/2005    3:15PM

**FILED**
DISTRICT COURT OF GUAM

NOV 21 2005

MARY L.M. MORAN
CLERK OF COURT

11-21-05
3:18pm