

FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORP., *et al.*,<br><br>　　　　Defendants. | CV-03-00009<br><br>RESPONSE TO JURY NOTES |

In response to the jury's earlier note and its response to the Court's question indicating a deadlock in verdict, the Court instructs as follows:

Members of the jury, you have advised that you have been unable to agree upon a verdict as to all three defendants in this case. I have decided to suggest a few thoughts to you.

As jurors, you have a duty to discuss the case with one another and to deliberate in an effort to reach a unanimous verdict if each of you can do so without violating your individual judgment and conscience. Each of you must decide the case for yourself, but only after you consider the evidence impartially with your fellow jurors. During your deliberations, you should not hesitate to reexamine your own views and change your opinion if you become persuaded that it is wrong. However, you should not change an honest belief as to the weight or effect of the evidence solely because of the opinions of your fellow jurors or for the mere purpose of returning a verdict.

All of you are equally honest and conscientious jurors who have heard the same evidence. All of you share an equal desire to arrive at a verdict. Each of you should ask yourself whether you should question the correctness of your present position.

I remind you that in your deliberations you are to consider the instructions I have given you as a whole. You should not single out any part of any instruction, including this one, and ignore others. They are all equally important.

You may now continue your deliberations.

Additionally, it is not possible to meet with only the judge.

ROBERT CLIVE JONES
United States District Judge

---

\* The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.