# CV-03-00009
## JURY NOTE

Judge Jones –

My employer was informed that this was a 2-week trial and is expecting me back tomorrow at 12:30 pm for evening shift. Is there any way my supervisor can be contacted by the court to explain the extension of this case?

AT&T
Thomas Bernardo
646-8477

Best Regards,
Juror #1

11-21-05
5:15pm

FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT