# CV-03-00009
## JURY NOTE

FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

Dear Honorable Robert Clive Jones

I, Juror #6 have missed two scheduled appointments with the Guam Housing Commission on 11-15-05 and 11-21-05. These appointments where for my chance to get a loan to build my house. I went to try and reschedule today's appointment this morning but now I can't get a confirmed date. Due to that I don't know when I will be relieved of my jury duty. If you can kindly explain my situation to the Director or the responsible individual at the Guam Housing Commission 5th Floor I.T.C. Building.

Thank you

Juror #6

11-21-05
5:16 pm