DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00009           DATE: November 21, 2005

CAPTION: S.J. Gargrave Syndicate at Lloyds   -vs-   Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation

*******************************************************************************

ROBERT CLIVE JONES, Designated Judge, Presiding        Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles                             Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: Run Time:              CSO: none present

************************** A P P E A R A N C E S **************************
COUNSEL FOR PLAINTIFF(s):                 COUNSEL FOR DEFENDANT(s):

STEPHEN SMITH - TELEPHONIC                T. STERLING - BLACK CONSTRUCTION CORP.

ELYZE MCDONALD - TELEPHONIC               JOSEPH HOREY, WINZLER & KELLY - TELEPHONIC

                                          TOM TARPLEY, EMPSCO - TELEPHONIC

*******************************************************************************

## JURY TRIAL - DAY 12

(  ) JURY EMPANELED AND SWORN
(  ) OPENING STATEMENT BY THE ____ Plaintiff ____ Defendants
(  ) WITNESSES SWORN AND EXAMINED        (  ) EXHIBITS MARKED AND ADMITTED
       SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(  ) CLOSING ARGUMENT BY THE   ____ Plaintiff ____ Defendants
( X ) TRIAL/DELIBERATION CONTINUED TO: Tuesday, November 22, 2005 at 10:00 a.m.
(  ) JURY CHARGED BY COURT
(  ) JURY DELIBERATE AT_____      (  ) JURY RETURNS VERDICT AT:_____
(  ) JURY VERDICT: _____
(  ) JURY POLLED    (  ) POLLING WAIVED     (  ) JURY DISCHARGED

(  ) OTHER MATTER(s):

                                                         COURTROOM DEPUTY: _____