# CV-03-00009
## JURY NOTE

Court Clerk—

Specifications go from
B9-8 Sec. 9.10
to B10-2 Sec. 10.5

Please advise if the set of specs is missing pages. Thank you.

Best Regard,
Juror #1

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

11-22-05
10:06am