FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORP., *et al.*,<br><br>　　　　Defendants. | CV-03-00009<br><br>RESPONSE TO JURY NOTE |

In response to the jury's note concerning the completeness of an exhibit, the Court instructs as follows:

All relevant pages of the exhibit have been admitted into evidence and have been provided in the jury room.

You may now continue your deliberations.

ROBERT CLIVE JONES*
United States District Judge

---

\*　The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.