# CV-03-00009
# JURY NOTE

JUDGE JONES -

THE JURY HAS REACHED A UNANIMOUS AGREEMENT ON THE VERDICT(S) FOR ALL THREE (3) DEFENDANTS.

BEST REGARDS,
JUROR #1
11/22/2005 4:45 PM

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

11-22-05
4:46 pm