# CV-03-00009
## JURY NOTE

JUDGE JONES —

WE NEED CLARIFICATION ON QUESTION #4. THANK YOU.

BEST REGARDS,
JUROR #1
11/22/2005 4:57 PM

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

11-22-05
4:56 pm