FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLACK CONSTRUCTION CORP., *et al.*,<br><br>　　　　Defendants. | CV-03-00009<br><br>RESPONSE TO JURY NOTE |

In response to the jury's note concerning the clarification of Question No. 4, the Court instructs as follows:

Have you filled out the verdict form in its entirety?

　✓　 Yes　　　　　___ No

What clarification do you need?

PLEASE DISREGARD PREVIOUS INQUIRY. THE JURY IS READY TO DELIVER ITS VERDICT.

　　　　　　　　　　　_/s/_ ROBERT CLIVE JONES*
　　　　　　　　　　　United States District Judge

_____

\*　The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.