DISTRICT COURT OF GUAM
TERRITORY OF GUAM


DISTRICT COURT OF GUAM

NOV 22 2005 

MARY L.M. MORAN
CLERK OF COURT

**CIVIL MINUTES - TRIAL**

**CASE NO. CV-03-00009**           **DATE: November 22, 2005**

**CAPTION:** <u>S.J. Gargrave Syndicate at Lloyds</u> -vs- <u>Black Construction Corporation, Winzler & Kelly and Engineering, Management & Planning Services Corporation</u>

***

**JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding**           Law Clerk: J. Hattori / K. Walmsley / J. Moton
Court Reporter: Wanda Miles           Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: Run Time: 5:31:48 - 5:40:37           CSO: D. Quinata

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**           **COUNSEL FOR DEFENDANT(s):**

ELYZE MCDONALD           VINCE LEON GUERRERO - BLACK CONSTRUCTION CORP.

           BOB O'CONNOR, WINZLER & KELLY - TELEPHONIC

           TOM TARPLEY, EMPSCO

***

**JURY TRIAL - DAY 13**

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ____ Plaintiff ____ Defendants
( ) WITNESSES SWORN AND EXAMINED           ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____ Plaintiff ____ Defendants
( ) TRIAL/DELIBERATION CONTINUED TO: _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT _____           ( X ) JURY RETURNS VERDICT AT: <u>4:56 p.m.</u>
( X ) JURY VERDICT: <u>See Special Verdict Form filed November 22, 2005</u>
( X ) JURY POLLED     ( ) POLLING WAIVED     ( X ) JURY DISCHARGED

( X ) OTHER MATTER(s):

<u>Parties stipulated to the discharge of the jury.</u>

COURTROOM DEPUTY: _____