**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORP., et al.,<br><br>    Defendants. | CV-03-00009<br><br><u>SPECIAL VERDICT FORM</u> |

We, the jury in the above-entitled action find the following Special Verdict in this action, on the questions presented to us:

**Question No. 1**: Did all or any of the following Defendants breach a contract with the Port Authority of Guam?

Answer "yes" or "no" after the name of each Defendant.

|  | Yes | No |
|---|---|---|
| Defendant Black Construction | ✓ | |
| Defendant EMPSCO | | ✓ |

**Question No. 2**: (a) Did Defendant Winzler & Kelly Consulting Engineers ("Winzler & Kelly") breach a contract with Black Construction?

YES _____    NO ✓

(b) If you answered "yes" to Question No. 2(a), was the Port Authority of Guam the intended beneficiary of the contract between Winzler & Kelly and Black Construction?

YES ___N/A___   NO ___N/A___

If you answer "no" as to all Defendants under Question No. 1 and No. 2(a), sign and return this Verdict. If you answer "yes' to Question No. 1 or No. 2(b) as to any Defendant, then answer the next Question.

**Question No. 3**: If you answered "yes" to Question No. 1 or No. 2(b), please state the total damage caused by the breach(es) of contract suffered by the Port Authority of Guam and therefore Plaintiff, its insurer:

$ __335,000__

**Question No. 4**: What amount of damages is attributable to each Defendant:

Defendant Black Construction :        $ __335,000__
Defendant Winzler & Kelly :           $ __0__
Defendant EMPSCO:                     $ __0__

Dated: __11/22/2005__                 _____[signature]__#1____
                                            Jury Foreman