AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| V. | Case Number: 03-00009 |
| BLACK CONSTRUCTION CORP., et al., | |
| Defendants. | |

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED. The Court retains jurisdiction over tax and apportionment costs, pre-judgment and post-judgment issues, and attorney fees.

**FILED**
DISTRICT COURT OF GUAM
NOV 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| NOVEMBER 30, 2005 | MARY L.M. MORAN |
| Date | Clerk |
| | *(signature)* Renee M. Martinez |
| | (By) Deputy Clerk |