# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| S.J. Gargrave Syndicate at Lloyds,<br><br>Plaintiff,<br><br>vs.<br><br>Black Construction Corp., et al.,<br><br>Defendants. | Case No. 1:03-cv-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment in a Civil Case filed on November 30, 2005 and the Notice of Entry filed on December 1, 2005,* on the dates indicated below:

| | | | |
|---|---|---|---|
| *Blair Sterling Johnson Moody Martinez and Leon Guerrero*<br>*December 2, 2005* | *Tarpley and Moroni*<br>*December 2, 2005* | *Carlsmith Ball*<br>*December 2, 2005* | *Berman, O'Connor, Mann and Shklov*<br>*December 2, 2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment in a Civil Case filed on November 30, 2005 and the Notice of Entry filed on December 1, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 5, 2005                    /s/ Shirlene A. Ishizu
                                          Deputy Clerk