THOMAS C. STERLING
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DEFENDANT BLACK CONSTRUCTION CORPORATION'S NOTICE OF AND MOTION PURSUANT TO RULE 50(b) FOR JUDGMENT AS A MATTER OF LAW IN ITS FAVOR**<br>\* \* \*<br>**NO HEARING REQUESTED** |

**TO THE PLAINTIFF HEREIN AND TO ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **BLACK CONSTRUCTION CORPORATION** (hereinafter "Black") hereby moves the Court for Judgment in its favor pursuant to Rule 50(b) of the Federal Rules of Civil Procedure on the grounds that:

(1) Plaintiff **S.J. GARGRAVE SYNDICATE AT LLOYDS** (hereinafter "Gargrave") failed to present any evidence at trial sufficient to establish its standing to maintain the claims asserted against Black in this action; and

//

(2) Gargrave's damage evidence was inadequate as a matter of law forcing the jury to speculate in violation of law and the jury instructions given in this case without objection.

Said Motion will be based upon this Notice of Motion, supporting Points and Authorities served and filed herewith, the files and records in this action, and such other material as the Court may consider.

No hearing on this Motion is requested.

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: DECEMBER 6, 2005   BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\271-BLACK'S NTC & MTN
PURSUANT TO RULE 50(B) 4 JGMT RE GARGRAVE V BLACK.DOC