THOMAS C. STERLING
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM
DEC -7 2005 9p
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>      Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>      Defendants. | CIVIL CASE NO. CV03-00009<br><br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING**, hereby certify that on December 7, 2005, true and correct copies of the following: **DEFENDANT BLACK CONSTRUCTION CORPORATION'S NOTICE OF AND MOTION PURSUANT TO RULE 50(b) FOR JUDGMENT AS A MATTER OF LAW IN ITS FAVOR * * * NO HEARING REQUESTED;** and **DEFENDANT BLACK CONSTRUCTION CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b) OF THE RULES OF CIVIL PROCEDURE** filed herein on December 7, 2005, will be served via hand delivery upon the following:

      DAVID P. LEDGER, ESQ.
      CARLSMITH BALL
      BANK OF HAWAII BUILDING
      SUITE 401
      134 WEST SOLEDAD AVENUE
      HAGÅTÑA, GUAM 96910

ORIGINAL

THOMAS M. TARPLEY, JR., ESQ.
TARPLEY & MORONI, LLP
A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE, SUITE 402
HAGÅTÑA, GUAM 96910

DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
SUITE 503, BANK OF GUAM BUILDING
111 CHALAN SANTO PAPA
HAGÅTÑA, GUAM 96910

**DATED** this 6th day of December, 2005.

_____
THOMAS C. STERLING

```
E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\271-CERT OF
SVC RE GARGRAVE V BLACK.DOC
```