LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP112
Attorney for Attorney for Defendant Engineering, Management & Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br><br><br><br><br>**EMPSCO'S MOTION AND MEMORANDA FOR ATTORNEY'S FEES AND EXPERT WITNESS FEES AS COSTS** |

### MOTION

EMPSCO hereby moves this Court for an order allowing attorney's fees in the amount of $100,001.25, and expert witness fees in the amount of $4,134.75, as taxable costs of this action, on the grounds that EMPSCO is the successful or prevailing party on Plaintiff's claims herein. This motion is made pursuant to Rule 54(d) Fed. R. Civ. P., and is based on the memorandum below and the Declaration of Thomas M. Tarpley, Jr. filed contemporaneously herewith.

### MEMORANDUM

On December 1, 2005, the Clerk entered judgment for EMPSCO after a jury trial. The agreement between the Port Authority of

Guam and EMPSCO (*Trial Exhibit 17*) provides in Article 12 as follows:

> If any legal action, suit or other proceedings is brought for the enforcement of this Agreement or because of any alleged dispute, breach or default in connection with any of the provisions of this Agreement, the successful or prevailing party shall be entitled to recover reasonable attorney's fees and court cost incurred in the action, suit or proceeding, in addition to any other remedy or relief to which it may be entitled.

It has been uncontested that Plaintiff is subrogated to the terms of this agreement.

## ATTORNEY'S FEES

EMPSCO seeks $100,001.25 as the fair and reasonable amount of attorney's fees, as established by the Declaration of Thomas M. Tarpley, Jr. filed contemporaneously herewith. Mr. Tarpley spent approximately 444 hours and charged a Guam prevailing rate of $225 per hour.

## EXPERT FEES

EMPSCO also retained Albert H. Tsutsui, A.I.A. to render expert witness services in the defense of Plaintiff's claims, at a cost of $4,134.75. In this case Plaintiff claimed that EMPSCO failed to act as a reasonably prudent engineer and thereby breached its contractual duties to PAG. Standards of care with regard to "Compliance Submittal Reviews" and "Technical Reviews" of structural designs are beyond the knowledge layman jurors. Expert testimony is essential for the establishment or defense of such claims. A prevailing party is entitled to an allowance of expert-witness fees as taxable costs when the testimony of an expert is

S.J. Gargrave Syndicate At Lloyds v. Black
Construction Corporation, et. al. Civil
Case No. 03-00009
EMPSCO'S MOTION AND MEMORANDA FOR ATTORNEY'S FEES
AND EXPERT WITNESS FEES AS COSTS
Page 2 of 3

Case 1:03-cv-00009   Document 440   Filed 12/07/2005   Page 2 of 3

essential and material to an issue tried and reasonably necessary to its disposition. Hederly v. Lewis, 99 FRD 135 (D. Nev. 1983)(and cases cited therein). EMPSCO thereby moves the Court for an allowance of its expert fees in the amount of $4,134.75 to be included in its items of taxable costs (see Bill of Costs filed contemporaneously herewith). Respectfully submitted this 7th day of December, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al. Civil Case No. 03-00009
EMPSCO'S MOTION AND MEMORANDA FOR ATTORNEY'S FEES AND EXPERT WITNESS FEES AS COSTS