LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP113
Attorney *for* Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>       Plaintiff,<br><br>   v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>       Defendants. | CIVIL CASE NO. CV03-00009<br><br>**DECLARATION OF THOMAS M. TARPLEY, JR. IN SUPPORT OF MOTION FOR EMPSCO'S ATTORNEY'S FEES AND EXPERT WITNESS FEES** |

I, Thomas M. Tarpley, Jr., declare as follows:

1.  I am the attorney for EMPSCO in the above-encaptioned matter, and that the following is based upon my firsthand knowledge.

2.  I provided legal services to EMPSCO with regard to this matter commencing on January 6, 2004 and continuing throughout the trial which concluded on November 22, 2005, involving approximately 440 hours, for which EMPSCO agreed to pay $225.00 per hour, my standard hourly rate for construction law matters. This hourly rate is within the prevailing hourly rate for practitioners on Guam in construction law matters.

ORIGINAL

1    3.   Attached to this Declaration are true and correct copies

2    of my invoices to EMPSCO for legal services rendered in this

3    matter, containing a detailed breakdown of the services provided,

4    with the dates and time of such services.   The total of these

5    billings through November 30, 2005 is $99,101.25.   It  is

6    anticipated that EMPSCO will incur attorney's fees for

7    approximately four additional hours in drafting the appropriate

8    motions and reply briefs concerning the award of attorney's fees

9    and expert witnesses.

10   4.   All of the fees charged to EMPSCO were reasonably and

11   necessarily incurred in the above-encaptioned action.

12   I declare under penalty of perjury under the laws of Guam and

13   the United States of America that the above statements are true and

14   correct.

15   Executed this _____ day of December, 2005, in Hagatna,

16   Guam.

17                       TARPLEY & MORONI, LLP

18

19            By: _____

20                THOMAS M. TARPLEY, JR.,
                  Attorney for Defendant EMPSCO

21

22

23

24

25

26

27

28

S.J. Gargrave Syndicate At Lloyds v.  Black
Construction Corporation, et. al. Civil
Case No. 03-00009
DECLARATION OF THOMAS M. TARPLEY, JR., IN SUPPORT
OF MOTION FOR EMPSCO'S ATTORNEY'S FEES AND EXPERT        **Page 2 of  2**

Case 1:03-cv-00009   Document 441   Filed 12/07/2005   Page 2 of 25

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
137 Murray Boulevard, Suite 201
Hagatna, Guam, 96910

Invoice submitted to:
EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

January 31, 2004

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12331

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/6/04 TMT | Initial consultation. | 0.75<br>225.00/hr | 168.75 |
| 1/10/04 TMT | Review client's project documents. | 0.50<br>225.00/hr | 112.50 |
| 1/13/04 TMT | Continue review of project documents. | 0.75<br>225.00/hr | 168.75 |
| 1/14/04 TMT | Conference with Butch Arce. | 0.75<br>225.00/hr | 168.75 |
| 1/15/04 TMT | Finish answer. | 0.50<br>225.00/hr | 112.50 |
| 1/16/04 TMT | Finalize Answer. | 0.10<br>225.00/hr | 22.50 |
| 1/19/04 TMT | Telephone conference from attorney Ledger. | 0.25<br>225.00/hr | 56.25 |
| 1/20/04 TMT | Review W&K's answer; Conference with Black's attorney regarding facts and issues. | 0.90<br>225.00/hr | 202.50 |
| | For professional services rendered | 4.50 | $1,012.50 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
137 Murray Boulevard, Suite 201
Hagatna, Guam, 96910

Invoice submitted to:                                                    February 29, 2004
EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12405

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/9/04 TMT | Conference with attorney Sterling; Review Black's discovery documents. | 1.50 225.00/hr | 337.50 |
| 2/10/04 TMT | Review plaintiff's discovery responses; Email Ledger regarding schedule extension; Letter to Sterling; Letter to Butch. | 0.75 225.00/hr | 168.75 |
| 2/11/04 TMT | Telephone conference from attorney Sterling regarding discovery schedule and experts. | 0.25 225.00/hr | 56.25 |
| 2/17/04 TMT | Review new scheduling order. | 0.10 225.00/hr | 22.50 |
| 2/18/04 TMT | Review Kowalewsky's and Booth's pro hac vice petitions. | 0.10 225.00/hr | 22.50 |
| 2/28/04 TMT | Prepare and hold meeting with Butch. | 1.50 225.00/hr | 337.50 |
| | For professional services rendered | 4.20 | $945.00 |

## TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

Invoice submitted to:
EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

March 31, 2004

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12443

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/9/04 TMT | Review and answer email regarding trial date; Telephone conference from attorney Sterling regarding Swaney and Casey depositions; Telephone conference from Mr. Arce regarding same; Telephone conference with attorney Sterling. | 0.50 225.00/hr | 112.50 |
| 3/10/04 TMT | Draft document production responses; Telephone conference to plaintiff's attorney regarding same; Review various scheduling emails and stipulation. | 0.45 225.00/hr | 101.25 |
| 3/11/04 TMT | Telephone conference with Ledger regarding Empsco document production; Coordinate production. | 0.25 225.00/hr | 56.25 |
| 3/16/04 TMT | Email O'Connor regarding document production; Review W & K's interrogatory answers. | 0.25 225.00/hr | 56.25 |
| 3/18/04 TMT | Conference with clients; Email opposing counsel; Review March 12 letter from Port; Draft transmittal letter regarding same to opposing counsel. | 1.75 225.00/hr | 393.75 |
| 3/29/04 TMT | Draft interrogatories to W & K; Draft interrogatory to plaintiff; Edit interrogatories to plaintiff. | 0.70 225.00/hr | 157.50 |
| 3/30/04 TMT | Edit and finalize interrogatories. | 0.10 225.00/hr | 22.50 |
| | For professional services rendered | 4.00 | $900.00 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

Invoice submitted to:                                                April 30, 2004
EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
                 Corporation, et al.
                 Civil Case No: CIV03-00009

Invoice # 12496

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/04 | TMT | Conference with plaintiff's attorney Ledger regarding case. | 0.25 225.00/hr | 56.25 |
| 4/19/04 | TMT | Review W&K answers to plaintiff's interrogatories. | 0.10 225.00/hr | 22.50 |
| 4/28/04 | TMT | Respond to W&K's attorney's email; Telephone conference with Tom Sterling regarding deposition notice. | 0.25 225.00/hr | 56.25 |
| 4/29/04 | TMT | Review W&K responses to EMPSCO discovery requests; Fax with inquiry to client. | 0.10 225.00/hr | 22.50 |
| | | For professional services rendered | 0.70 | $157.50 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 1/31/04 | In-house photocopying charges for month of January 2004 | 36 0.20 | 7.20 |
| 3/31/04 | In-house copying charges for month of March | 90 0.20 | 18.00 |
| | Total costs | | $25.20 |
| | Total amount of this bill | | $182.70 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

May 31, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12544

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/04  TMT | Review Black's third and fourth document productions; Review plaintiff's interrogatory answers. | 0.25<br>225.00/hr | 56.25 |
| 5/6/04  TMT | Review Black's May 5 document production. | 0.10<br>225.00/hr | 22.50 |
| 5/12/04  TMT | Prepare for meeting; Conference with clients. | 1.50<br>225.00/hr | 337.50 |
| 5/13/04  TMT | Informal discovery request to Sterling; Request to Ledger; Request to O'Connor. | 0.50<br>225.00/hr | 112.50 |
| 5/17/04  TMT | Conference with plaintiff's attorney regarding As Builts and sign stipulation regarding discovery cut-off. | 0.25<br>225.00/hr | 56.25 |
| 5/24/04  TMT | Review plaintiff's expert opinion. | 0.35<br>225.00/hr | 78.75 |
| 5/25/04  TMT | Review PAG contract and "Engineer of Record" issues; Research economic loss doctrine; Architect duty of case regarding nonfeasance outside contract duties, etc. | 2.75<br>225.00/hr | 618.75 |
| 5/26/04  TMT | Continue review of caselaw regarding economic loss ruled; Conference with Butch. | 2.00<br>225.00/hr | 450.00 |
| 5/31/04  TMT | Retrieve "shop-drug review" cases. | 0.25<br>225.00/hr | 56.25 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 7.95 | $1,788.75 |

Additional Charges :

| | Qty/Price | |
|---|---|---|
| 5/17/04 Photocopying documents at Fast Copy Factory re: documents from Klemm Blair Sterling law office | 1 68.21 | 68.21 |
| Total costs | | $68.21 |
| Total amount of this bill | | $1,856.96 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

June 30, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12583

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/04 | TMT | Review client's written comments; Telephone conference with client regarding negotiated price breakdown; Restudy contract; Research subrogation and statutes of limitations. | 1.75 225.00/hr | 393.75 |
| 6/25/04 | TMT | Prepare five deposition notices; Abstract Swanney deposition. | 2.75 225.00/hr | 618.75 |
| 6/28/04 | TMT | Abstract Casey deposition. | 1.25 225.00/hr | 281.25 |
| 6/29/04 | TMT | Continue Casey deposition abstract; Edit deposition subpoenas; Continue abstract of Casey deposition; Begin abstract of MacLeod's deposition. | 2.25 225.00/hr | 506.25 |
| 6/30/04 | TMT | Continue MacLeod's deposition abstract; Edit Swanney abstract. | 2.25 225.00/hr | 506.25 |
| | | For professional services rendered | 10.25 | $2,306.25 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 3/31/04 | Long distance fax charges from 3/1 to 3/31/04 | 1 4.38 | 4.38 |
| 6/30/04 | Photocopying charges from 6/1 to 6/30/04 | 91 0.20 | 18.20 |

EMPSCO-ENGINEERING CONSULTANTS

|                          | Amount     |
|--------------------------|------------|
| Total costs              | $22.58     |
| Total amount of this bill | $2,328.83 |

PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

July 31, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12656

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/04 | TMT | Edit Casey abstract; Continue MacLeod abstract. | 2.95 225.00/hr | 663.75 |
| 7/2/04 | TMT | Edit MacLeod deposition; Conference with Butch. | 1.35 225.00/hr | 303.75 |
| 7/5/04 | TMT | Research Engineering of Record Liability. | 0.50 225.00/hr | 112.50 |
| 7/6/04 | TMT | Telephone conference from W&K's attorney. | 0.10 225.00/hr | 22.50 |
| 7/7/04 | TMT | Telephone conference with Black's attorney (twice); Research "eco loss doctrine" in Guam cases; Telephone conference with Butch. | 1.10 225.00/hr | 247.50 |
| 7/8/04 | TMT | Review F. Booth's email; Check local rules; Reply to Booth. | 0.25 225.00/hr | 56.25 |
| 7/9/04 | TMT | Read and reply to Booth's email; Cancel deposition; letter to client. | 0.25 225.00/hr | 56.25 |
| 7/15/04 | TMT | Check interrogatories to W&K; Email plaintiff's attorney regarding new interrogatories. | 0.25 225.00/hr | 56.25 |
| 7/16/04 | TMT | Review plaintiff's interrogatories for defendants; Check rules; Email Forrest Booth; Review W&K and BCC expert reports. | 1.25 225.00/hr | 281.25 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/19/04 | TMT | Prepare for meeting with expert; Select documents; Conference with Butch and Albert. | 3.50 225.00/hr | 787.50 |
| 7/20/04 | TMT | Review deposition notice; Email objections regarding same to all attorneys. | 0.10 225.00/hr | 22.50 |
| | | For professional services rendered | 11.60 | $2,610.00 |
| | | Additional Charges : | | |

| | | Qty/Price | |
|---|---|---|---|
| 7/31/04 | Photocopying charges from July 1 to July 31, 2004 | 509 0.20 | 101.80 |
| | Total costs | | $101.80 |
| | Total amount of this bill | | $2,711.80 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

### TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

August 31, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12703

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/04 | TMT | Review Albert's report; Make notations. | 0.35 225.00/hr | 78.75 |
| 8/12/04 | TMT | Teleconference for amending discovery schedule. | 1.00 225.00/hr | 225.00 |
| 8/19/04 | TMT | Review and respond to attorney's emails. | 0.10 225.00/hr | 22.50 |
| | For professional services rendered | | 1.45 | $326.25 |

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 7/31/04 | Lexis Nexis research from 7/1 to 7/31/04 | 1 11.77 | 11.77 |
| 8/30/04 | Research on Lexis Nexis for month of May 2004 | 1 9.60 | 9.60 |
| | Total costs | | $21.37 |
| | Total amount of this bill | | $347.62 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

September 30, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12756

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/10/04 TMT | Telephone conference from Tom Sterling regarding joint defense. | 0.50<br>225.00/hr | 112.50 |
| 9/15/04 TMT | Conference with Butch. | 0.35<br>225.00/hr | 78.75 |
| 9/16/04 TMT | Review PEALS Rule; Net research. | 0.75<br>225.00/hr | 168.75 |
| 9/17/04 TMT | Research; Prepare for depositions. | 1.25<br>225.00/hr | 281.25 |
| 9/20/04 TMT | Prepare for deposition (DPW); Conference with Sterling and O'Conner; Conference with Butch; Macario deposition; Conference with client. | 5.25<br>225.00/hr | 1,181.25 |
| 9/21/04 TMT | Prepare for deposition; Take deposition of Delos Santos; Review Lito Gutierrez deposition; Review Swanneys. | 6.00<br>225.00/hr | 1,350.00 |
| 9/22/04 TMT | Conference with client; Attend Butch's deposition. | 5.00<br>225.00/hr | 1,125.00 |
| 9/23/04 TMT | Prepare for deposition; Attend Unterberg deposition; Conference with client; Prepare and take Black deposition. | 3.75<br>225.00/hr | 843.75 |
| 9/27/04 TMT | Review Unterberg Report. | 0.10<br>225.00/hr | 22.50 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/28/04 | TMT | Draft requests for documents to plaintiff; Review previous document production. | | 0.35 225.00/hr | 78.75 |
| 9/29/04 | TMT | Prepare for meeting; Conference with Butch and Albert. | | 1.75 225.00/hr | 393.75 |
| | | For professional services rendered | | 25.05 | $5,636.25 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

October 31, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12835

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/04 | TMT | Research subrogation and claim for attorney fees; Draft amended answer and counterclaim and motion regarding same. | 1.50 225.00/hr | 337.50 |
| 10/6/04 | TMT | Review email expert report of Tsutsui and draft letter regarding same. | 0.75 225.00/hr | 168.75 |
| 10/8/04 | TMT | Review Albert's final report; Telephone conference with Albert; letter to attorneys. | 0.25 225.00/hr | 56.25 |
| 10/22/04 | TMT | Draft Order. | 0.25 225.00/hr | 56.25 |
| 10/26/04 | TMT | Prepare for deposition (cancelled). | 0.25 225.00/hr | 56.25 |
| 10/29/04 | TMT | Review BCC's motion for summary judgment; Check status of Request for Production of Documents; Start outline of summary judgment motion; Telephone conference with attorney Smith. | 2.75 225.00/hr | 618.75 |
| 10/30/04 | TMT | Continue work on Summary Judgment Motion. | 2.25 225.00/hr | 506.25 |
| | | For professional services rendered | 8.00 | $1,800.00 |

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 10/31/04 | Photocopying charges from 10/1 to 10/31/04 | 468 0.20 | 93.60 |
| | Photocopying charges from 9/1 to 9/30/04 | 106 0.20 | 21.20 |
| | Photocopying charges from 8/1 to 8/31/04 | 62 0.20 | 12.40 |
| | Total costs | | $127.20 |
| | Total amount of this bill | | $1,927.20 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

# TARPLEY & MORONI, LLP
## A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

November 30, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12863

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/04 | TMT | Telephone conference with Mr. Sterling. | 0.25<br>225.00/hr | 56.25 |
| 11/5/04 | TMT | Meet with Butch; Prepare for motion brief; Review Arce deposition transcript; Outline motion; Draft Arce declaration; arrange exhibits. | 5.25<br>225.00/hr | 1,181.25 |
|  | TMT | Review W&K's motion for summary judgment regarding fifth cause of action. | 0.25<br>225.00/hr | 56.25 |
| 11/9/04 | TMT | Draft motion; Edit affidavit; Continue with motion. | 4.00<br>225.00/hr | 900.00 |
| 11/10/04 | TMT | Continue with brief and declaration; Edit same. | 4.35<br>225.00/hr | 978.75 |
| 11/12/04 | TMT | Final edit; Telephone conference with Sterling regarding motions and settlement. | 0.75<br>225.00/hr | 168.75 |
| 11/15/04 | TMT | Reply to Tom Sterling's email regarding settlement. | 0.10<br>225.00/hr | 22.50 |
| 11/16/04 | TMT | Telephone conference to Butch in P.I.; Review plaintiff's request for new hearing date; Telephone conference with Sterling regarding same. | 0.35<br>225.00/hr | 78.75 |
| 11/17/04 | TMT | Check local rule regarding agreed hearing dates; Check file; Telephone conference with Sterling; Email regarding non-agreement filing requirement. | 0.60<br>225.00/hr | 135.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/04 | TMT | Telephone conference with plaintiff's attorney; Review BCC settlement offer; Telephone conference with plaintiff's attorney regarding hearing; Review new disclosures from plaintiff. | 0.30 225.00/hr | 67.50 |
| 11/19/04 | TMT | Telephone conference with BCC attorney regarding motions. | 0.25 225.00/hr | 56.25 |
| 11/22/04 | TMT | Review Booth's opposition papers; Research; Telephone conference with Sterling; Outline reply brief. | 2.60 225.00/hr | 585.00 |
| 11/23/04 | TMT | Work on reply brief; Research, outline and draft brief. | 2.50 225.00/hr | 562.50 |
| 11/24/04 | TMT | Draft Reply Brief; Draft Opposition to Motion to Strike Tsutsui's Declaration; Draft Motion to Strike Plaintiff's Opposition papers; Edit all. | 5.50 225.00/hr | 1,237.50 |
| 11/26/04 | TMT | Review Sterling declaration; Edit briefs; Draft second declaration and proposed order; Review Sterling brief. | 1.50 225.00/hr | 337.50 |

| | For professional services rendered | 28.55 | $6,423.75 |
|---|---|---|---|

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 11/30/04 | Photocopying charges for month of November 2004 | 1464 0.20 | 292.80 |

| | Total costs | $292.80 |
|---|---|---|

| | Total amount of this bill | $6,716.55 |
|---|---|---|

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

**TARPLEY & MORONI, LLP**
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

December 31, 2004

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12912

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/04 | TMT | Prepare oral argument on motion. | 1.00 225.00/hr | 225.00 |
| 12/3/04 | TMT | Prepare for and attend hearing in Federal Court; Conference with defendant's counsel; Letter to client. | 3.25 225.00/hr | 731.25 |
| 12/9/04 | TMT | Review plaintiff's answer to Empsco's counter claim and brief regarding assignment. | 0.10 225.00/hr | 22.50 |
| 12/20/04 | TMT | Conference with plaintiff's attorney regarding settlement. | 0.50 225.00/hr | 112.50 |
| 12/21/04 | TMT | Letter to client regarding settlement offer. | 0.10 225.00/hr | 22.50 |
| | | For professional services rendered | 4.95 | $1,113.75 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

January 31, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12946

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/05 | TMT | Review plaintiff's brief regarding jurisdiction. | 0.50 225.00/hr | 112.50 |
| 1/5/05 | TMT | Review Tom Sterling's legal citation; Forward to client. | 0.10 225.00/hr | 22.50 |
| 1/11/05 | TMT | Review case synopsis regarding subrogation statute of limitations; Note to file. | 0.25 225.00/hr | 56.25 |
| 1/25/05 | TMT | Review Sterling brief and plaintiff's latest settlement offer. | 0.25 225.00/hr | 56.25 |
| 1/26/05 | TMT | Review Sterling's latest draft and letter; Respond. | 0.25 225.00/hr | 56.25 |
| 1/27/05 | TMT | Email defendant's regarding plaintiff's attempt to amend. | 0.10 225.00/hr | 22.50 |
| 1/28/05 | TMT | Telephone conference with attorney Sterling regarding brief. | 0.10 225.00/hr | 22.50 |
| 1/30/05 | TMT | Review W&K's brief and Bob's letter. | 0.10 225.00/hr | 22.50 |
| | | For professional services rendered | 1.65 | $371.25 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

February 28, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 12980

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 2/11/05 TMT  Review plaintiff's reply brief and suggestions of moot ness. | 0.25<br>225.00/hr | 56.25 |
| For professional services rendered | 0.25 | $56.25 |

Costs Reimbursement

| | Qty/Price | |
|---|---|---|
| 2/28/05 Photocopying charges from<br>Jan. 1 to Jan. 31, 2005 | 86<br>0.20 | 17.20 |
| Total costs | | $17.20 |
| Total amount of this bill | | $73.45 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

March 31, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 13030

PROFESSIONAL SERVICES

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/05 | TMT | Review order regarding jurisdiction. | 0.25<br>225.00/hr | 56.25 |
| 3/29/05 | TMT | Telephone conference with Butch. | 0.10<br>225.00/hr | 22.50 |
| 3/30/05 | TMT | Review Scheduling Order; Telephone conference with Tom Sterling and District Court Clerk regarding same. | 0.25<br>225.00/hr | 56.25 |
| 3/31/05 | TMT | Telephone conference from Clerk of Court regarding scope of April 6 hearing. | 0.10<br>225.00/hr | 22.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 0.70 | $157.50 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

April 30, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 13069

PROFESSIONAL SERVICES

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/5/05 | TMT | Review plaintiff's proposed second amended complaint. | 0.25<br>225.00/hr | 56.25 |
| 4/6/05 | TMT | Review briefs, etc, and prepare for hearing; Attend hearing; Telephone conference with Butch. | 2.85<br>225.00/hr | 641.25 |
| 4/8/05 | TMT | Review Booth's letters; Email inquiry to defendant's attorneys. | 0.25<br>225.00/hr | 56.25 |
| 4/11/05 | TMT | Review various emails regarding scheduling; Review April 8th Court Order; Memorandum to Butch. | 0.75<br>225.00/hr | 168.75 |
| 4/13/05 | TMT | Participate in conference call with attorneys regarding deposition and mediation. | 0.50<br>225.00/hr | 112.50 |
| 4/14/05 | TMT | Contact Albert's office regarding depositions; Email attorneys regarding same. | 0.25<br>225.00/hr | 56.25 |
| 4/18/05 | TMT | Review email regarding mediation; Telephone conference with client (message); Respond to email. | 0.25<br>225.00/hr | 56.25 |
| 4/19/05 | TMT | Telephone conference from Judge Jone's clerk regarding settlement conference. | 0.10<br>225.00/hr | 22.50 |
| 4/20/05 | TMT | Review Tsutsui deposition notice; Telephone conference and email plaintiff's attorney regarding same; Review new disclosures by plaintiff's experts; Review rules regarding protective order. | 0.50<br>225.00/hr | 112.50 |

EMPSCO-ENGINEERING CONSULTANTS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/05 | TMT | Review Federal and Local Rules regarding motions for protective order and motion to exclude evidence; Conference with plaintiff's attorney per local rule; Telephone conference with Butch regarding discovery and motions; Email attorneys regarding mediation; Outline motions. | 2.00 225.00/hr | 450.00 |
| 4/22/05 | TMT | Review email exchange regarding documents at deposition; Review case citations; Conference with Ron Moroni regarding bankruptcy issues; Letter to Butch; Draft motion for protective order and to limit expert's testimony at trial; Letter to Forrest Booth's; Edit brief. | 4.25 225.00/hr | 956.25 |
| 4/23/05 | TMT | Review plaintiff's new motions and expert report; Draft ex parte motion to shorten time; Declaration of Counsel and postpone order. | 1.50 225.00/hr | 337.50 |
| 4/25/05 | TMT | Prepare for Albert's deposition; Edit and finalize motions; Conference with Albert and Butch; Attend Albert's depositions; Conference with defendants' attorneys; Attend Gillam deposition. | 5.50 225.00/hr | 1,237.50 |
| 4/26/05 | TMT | Research feasibility of Writ of Mandate regarding summary judgment; Attend Collard deposition. | 2.50 225.00/hr | 562.50 |
| 4/27/05 | TMT | Exchange emails regarding W&K experts; Review latest order regarding brief; Email defendants' attorneys regarding same. | 0.35 225.00/hr | 78.75 |
| 4/29/05 | TMT | Review Booth's and Sterling email; Telephone conference with Sterling regarding same; Review Collard transcript; Review plaintiff's opposition brief to motion for protective order. | 1.00 225.00/hr | 225.00 |
| 4/30/05 | TMT | Research and outline reply brief and draft same. | 4.75 225.00/hr | 1,068.75 |

|  | | | 27.55 | $6,198.75 |
|---|---|---|---|---|
| | FOR PROFESSIONAL SERVICES RENDERED | | | |

COSTS REIMBURSEMENTS

| | | Qty/Price | Amount |
|---|---|---|---|
| 4/30/05 | Photocopying charges for month of April | 148 0.20 | 29.60 |
| 5/4/05 | Advanced payment to Continental Airlines for airfare to San Francisco for depositions | 1 1,593.51 | 1,593.51 |
| | Total costs | | $1,623.11 |
| | Total amount of this bill | | $7,821.86 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

May 25, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 13100

### PROFESSIONAL SERVICES

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/05 TMT | Edit and finalize brief and proposed order; Review BCC and W&K briefs regarding amended complaint; Draft Empsco's joinder. | 1.60 225.00/hr | 360.00 |
| 5/3/05 TMT | Review plaintiff's new assignment; Arrange mediation travel. | 0.25 225.00/hr | 56.25 |
| 5/9/05 TMT | Review court orders. | 0.25 225.00/hr | 56.25 |
| 5/10/05 TMT | Prepare deposition exhibits. | 0.50 225.00/hr | 112.50 |
| 5/11/05 TMT | Prepare for depositions (PST) | 8.00 225.00/hr | 1,800.00 |
| TMT | Travel to San Francisco for depositions. | 8.00 225.00/hr | 1,800.00 |
| 5/12/05 TMT | Prepare and take depositions of Hayes and Boone. | 8.00 225.00/hr | 1,800.00 |
| 5/13/05 TMT | Take deposition of Boone. | 8.00 225.00/hr | 1,800.00 |
| 5/14/05 TMT | Return to Guam | 8.00 225.00/hr | 1,800.00 |
| 5/18/05 TMT | Travel to Saipan for settlement conference. | 12.00 225.00/hr | 2,700.00 |

EMPSCO-ENGINEERING CONSULTANTS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/05 | TMT | Attend Habor Piliot's deposition. | 1.00<br>225.00/hr | 225.00 |
| 5/20/05 | TMT | Email court reporter; Review proposed stipulation; Review supplemental disclosures. | 0.50<br>225.00/hr | 112.50 |
| 5/22/05 | TMT | Review various emails. | 0.25<br>225.00/hr | 56.25 |

| | | Hrs | Amount |
|---|---|---|---|
| | FOR PROFESSIONAL SERVICES RENDERED | 56.35 | $12,678.75 |

COSTS REIMBURSEMENTS

| | | Qty/Price | |
|---|---|---|---|
| 5/11/05 | Taxi from SFO airport to<br>Maxwell Hotel | 1<br>40.00 | 40.00 |
| | Hotel charges in San Francisco<br>for 2 nights plus restaurant charges | 1<br>321.06 | 321.06 |
| 5/12/05 | Taxi ride from hotel to<br>425 California Street<br>for deposition | 1<br>15.00 | 15.00 |
| 5/13/05 | Taxi to SFO airport | 1<br>40.00 | 40.00 |
| | Total costs | | $416.06 |
| | Total amount of this bill | | $13,094.81 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

May 31, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 13101

### PROFESSIONAL SERVICES

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/05 | TMT | Reformat emailed deposition transcripts and print; Conference call with defendants' attorneys regarding trial strategies. | 2.00 225.00/hr | 450.00 |
| 5/24/05 | TMT | Review Boone's deposition transcript; Outline motion; Draft motion; Conference with Butch; Continue with brief. | 5.00 225.00/hr | 1,125.00 |
| 5/25/05 | TMT | Edit motion; Draft declaration; Calculate costs; Edit and finalize same. | 2.00 225.00/hr | 450.00 |
| 5/26/05 | TMT | Finalize motion; Respond to various email regarding trial matters; Telephone conference with Black Construction attorney regarding same; Telephone conference with two Seattle lawyers regarding assigned judge; Trial preparation (review exhibits for trial). | 4.25 225.00/hr | 956.25 |
| 5/27/05 | TMT | Respond to status conference email; Trial preparation. | 1.75 225.00/hr | 393.75 |
| 5/31/05 | TMT | Outline trial brief and research; Conference call with defendant's attorneys. | 3.25 225.00/hr | 731.25 |
| 6/1/05 | TMT | Status conference; Telephone conference with BCC's attorney; Telephone conference with Butch regarding same; Research point for trial brief; Respond to O'Connor's email. | 1.70 225.00/hr | 382.50 |

| | | | | |
|---|---|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED | | | 19.95 | $4,488.75 |

EMPSCO-ENGINEERING CONSULTANTS

| | | Qty/Price | Amount |
|---|---|---|---|
| 5/31/05 | Photocopying charges from May 1 to 31, 2005 | 1434 0.20 | 286.80 |
| | Total costs | | $286.80 |
| | Total amount of this bill | | $4,775.55 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

```
********************************************************************
                      ----- SALE/AVS -----
                                                Date: 05-31-2005

NOGARA Reporting Avc      130 Battery St #580      San Francisco, CA

Customer: Thomas Tarpley                     Terminal: KB17521734302

Ticket #: INV#51112, 51113

Card Number (last 4 digits): ************8567

Amount: $1492.85                    Authorization Number: 404552 Y

Thank You for your business!         Reference Number: 31151002

Customer Signature _____ ') IA EMAIL ORDER _____

                         Customer Copy

************************************************* Global Payments Inc
```

RECEIVED

JUN 2 8 2005

Law Offices
TARPLEY & MORONI, LLP



**NOGARA REPORTING SERVICE**
130 Battery Street
Suite 580
San Francisco, CA 94111
(415) 398-1889
depos@nogara.com
FAX (415) 398-0611

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 51113 | 05/31/2005 | 01-20331 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/12/2005 | MARTJO | 0300009 |

| CASE CAPTION |
|---|
| S.J. Gargrave v. Black Construction |

| TERMS |
|---|
| Terms: Due and payable on receipt. In the event that no written objections are forwarded to us regarding the quality of the transcription or the amount billed, you are assumed to have accepted, without complaint, the transcription and shall pay the invoice amount. Overdue amounts will be subject to monthly service charges of 1-1/2% on the unpaid balance after 30 days. Thank you. |

Thomas M. Tarpley
Tarpley & Moroni
134 West Soledad Ave., Ste. 402
Hagatna, GU, 96910

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Elliott Boone | | 124 Pages | 272.80 |
| EXHIBITS | | 25 Pages | 8.75 |
| Rough Draft | | | 124.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Webb Hayes, S.E. | | 115 Pages | 253.00 |
| EXHIBITS | | 126 Pages | 44.10 |
| Rough Draft | | | 115.00 |
| Delivery & Handling | | | 25.00 |
| | | **TOTAL DUE >>>>** | **842.65** |



RECEIVED
JUN 06 2005
Law Offices
TARPLEY & MORONI, LLP

TAX I.D. NO.: 94-2791849                    (671) 472-1539

*Please detach and return this portion with your payment*

Thomas M. Tarpley
Tarpley & Moroni
134 West Soledad Ave., Ste. 402
Hagatna, GU, 96910

Job No.     :  01-20331
Case No.    :  0300009
S.J. Gargrave v. Black Construction

Invoice No. :  51113
Date        :  05/31/2005
**TOTAL DUE  :     842.65**

PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Billing Address: _____

Exp. Date: _____  Phone #: _____

Remit To:  **Nogara Reporting Service**
**130 Battery Street, Ste. 580**
**San Francisco, CA 94111**



**NOGARA REPORTING SERVICE**
130 Battery Stree.
Suite 580
San Francisco, CA 94111
(415) 398-1889
depos@nogara.com
FAX (415) 398-0611

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 51112 | 05/31/2005 | 01-20336 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/13/2005 | MARTJO | 0300009 |

| CASE CAPTION |
|---|
| S.J. Gargrave v. Black Construction |

| TERMS |
|---|
| Terms: Due and payable on receipt. In the event that no written objections are forwarded to us regarding the quality of the transcription or the amount billed, you are assumed to have accepted, without complaint, the transcription and shall pay the invoice amount. Overdue amounts will be subject to monthly service charges of 1-1/2% on the unpaid balance after 30 days. Thank you. |

Thomas M. Tarpley
Tarpley & Moroni
134 West Soledad Ave., Ste. 402
Hagatna, GU, 96910

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Elliott Boone, V.2 | | 191 Pages | 420.20 |
| EXHIBITS | | 40 Pages | 14.00 |
| Rough Draft | | | 191.00 |
| Delivery & Handling | | | 25.00 |
| | | | |
| | TOTAL DUE >>>> | | 650.20 |

TAX I.D. NO.: 94-2791849                                           (671) 472-1539

*Please detach and return this portion with your payment*

Thomas M. Tarpley
Tarpley & Moroni
134 West Soledad Ave., Ste. 402
Hagatna, GU, 96910

Job No.    :  01-20336
Case No.   :  0300009
S.J. Gargrave v. Black Construction

Invoice No.:  51112
Date       :  05/31/2005
**TOTAL DUE :      650.20**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Amount to Charge: _____ |
| Billing Address: _____ |
| Exp. Date: _____ Phone #: _____ |
| Cardholder's Signature: _____ |

Remit To:   **Nogara Reporting Service**
            **130 Battery Street, Ste. 580**
            **San Francisco, CA 94111**

**TARPLEY & MORONI, LLP**
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

June 30, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 13135

PROFESSIONAL SERVICES

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/2/05 TMT | Email Bob O' Connor regarding W&K's opposition to motion to limit Boone's testimony; Email to W&K attorney; Second email to W&K attorney. | 0.70 225.00/hr | 157.50 |
| 6/3/05 TMT | Respond to O'Connor email regarding W&K opposition. | 0.10 225.00/hr | 22.50 |
| 6/6/05 TMT | Review W&K's opposition brief; Memo to Butch regarding same; Research apportionment issues. | 2.00 225.00/hr | 450.00 |
| 6/7/05 TMT | Research joint and several liability. | 2.00 225.00/hr | 450.00 |
| 6/8/05 TMT | Review Young adjustment company's contract with Pat; Email defendant's attorney's regarding same; Letter to Butch. | 0.60 225.00/hr | 135.00 |
| 6/9/05 TMT | Memo to W&K's attorney regarding service of opposition brief and reply to response. | 0.25 225.00/hr | 56.25 |
| 6/10/05 TMT | Review plaintiff's new filings; Check case citations; Research issues regarding same; Outline reply brief. | 4.75 225.00/hr | 1,068.75 |
| 6/13/05 TMT | Check calendar and answer inquiry from defendant's attorneys regarding new trial date; Review Seton case; Continue on reply brief. | 2.50 225.00/hr | 562.50 |
| 6/14/05 TMT | Research statute of limitation problems; Dictate reply brief. | 6.75 225.00/hr | 1,518.75 |

EMPSCO-ENGINEERING CONSULTANTS

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/15/05 | TMT | Edit reply and draft response to the request to refer motion to trial judge; Edit same; Outline and draft reply to W&K's opposition. | 4.75 225.00/hr | 1,068.75 |
| 6/16/05 | TMT | Edit and finalize all briefs; Memo to Butch; Read court transcript of December 3 hearing. | 3.25 225.00/hr | 731.25 |
| 6/20/05 | TMT | Review plaintiff's motion and exchange emails regarding trial date; Conference call with Sterling and O'Connor regarding trial date. | 0.50 225.00/hr | 112.50 |
| 6/21/05 | TMT | Review joint brief regarding trial dates; Telephone conference with BCC attorney regarding same. | 0.25 225.00/hr | 56.25 |
| 6/22/05 | TMT | Review BCC email regarding new action; Check law on removal; Telephone conference with BCC attorney regarding same. | 0.60 225.00/hr | 135.00 |

FOR PROFESSIONAL SERVICES RENDERED          29.00     $6,525.00

COSTS REIMBURSEMENTS

|  |  | Qty/Price |  |
|---|---|---|---|
| 6/30/05 | Photocopying charges from June 1 to 30, 2005 | 428 0.20 | 85.60 |

Total costs                                                        $85.60

Total professional services and costs                  $6,610.60

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

July 31, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 13161

PROFESSIONAL SERVICES

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/12/05 | TMT | Check court file regarding case assignment and trial date. | 0.10<br>225.00/hr | 22.50 |
| 7/28/05 | TMT | Review court order; Telephone conference with attorney Sterling regarding same. | 0.25<br>225.00/hr | 56.25 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 0.35 | $78.75 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

August 31, 2005

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice # 13193

PROFESSIONAL SERVICES

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/05 | TMT | Review attorney Sterling's memorandum regarding Jose testimony. | 0.10 225.00/hr | 22.50 |
| 8/3/05 | TMT | Review Sterling's memorandum regarding Sablan's deposition. | 0.10 225.00/hr | 22.50 |
| 8/4/05 | TMT | Review attorney Sterling's memorandum regarding Baluyut. | 0.10 225.00/hr | 22.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 0.30 | $67.50 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

### TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

September 30, 2005

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009

Invoice #  13224

#### PROFESSIONAL SERVICES

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/6/05 TMT | Respond to request for hearing on W&K motion. | 0.25<br>225.00/hr | 56.25 |
| 9/9/05 TMT | Review W&K summary judgment motion; Telephone conference with Butch regarding same. | 0.50<br>225.00/hr | 112.50 |
| 9/12/05 TMT | Telephone conference from BCC attorney regarding W&K motion and mediation. | 0.10<br>225.00/hr | 22.50 |
| 9/21/05 TMT | Review W&K motion to modify scheduling order for summary judgment motion. | 0.10<br>225.00/hr | 22.50 |
| 9/26/05 TMT | Review plaintiff's opposition brief; Check court calendar regarding settlement conference to W&K summary judgment motion. | 0.25<br>225.00/hr | 56.25 |
| 9/27/05 TMT | Attend settlement conference; Review Local Rules regarding brief and jury instructions. | 0.50<br>225.00/hr | 112.50 |
| 9/28/05 TMT | Telephone conference with Tom Sterling regarding trial briefs and exhibits. | 0.25<br>225.00/hr | 56.25 |
| 9/30/05 TMT | Continue research for trial brief. | 1.25<br>225.00/hr | 281.25 |
| TMT | Select supplemental exhibits; Conference call with Sterling and O'Connor regarding joint strategies for trial preparation; Continue outline of trial brief issues. | 3.35<br>225.00/hr | 753.75 |
| FOR PROFESSIONAL SERVICES RENDERED | | 6.55 | $1,473.75 |

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

October 31, 2005

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009
Invoice #  13255

### PROFESSIONAL SERVICES

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/05 | TMT | Continue with research; Conference with Butch; Outline trial brief. | 1.35<br>225.00/hr | 303.75 |
| 10/4/05 | TMT | Work on trial brief; Review Casey deposition for marking; Telephone conference with Bob O'Conner regarding pre-trial agreements; Review Frank Dennis deposition abstract; Letter to Bob regarding same; Telephone conference with Tom Sterling regarding trial objections. | 4.60<br>225.00/hr | 1,035.00 |
| 10/5/05 | TMT | Review and execute stipulation; Review F. Dennis deposition transcript pages; Continue with research for trial brief; Edit trial brief; Designate deposition portions. | 3.75<br>225.00/hr | 843.75 |
| 10/6/05 | TMT | Download and review BCC witness and exhibit lists. | 0.10<br>225.00/hr | 22.50 |
| 10/7/05 | TMT | Finalize deposition designations, exhibit list and witness list; Review Magistrate Order and recommendation; Memorandum to co-counsel. | 1.00<br>225.00/hr | 225.00 |
| 10/8/05 | TMT | Review Order regarding W&K's motion; Draft Notice of Deposition; Review Elliot Boone's previous deposition. | 1.00<br>225.00/hr | 225.00 |
| 10/10/05 | TMT | Telephone conference with Sterling regarding trial brief and Boone deposition; Review discovery rules; Memorandum to Forest; Serve deposition notice; Review plaintiff's new trial brief; Edit trial brief; Review plaintiff's Swanney deposition designation and W&K's. | 3.10<br>225.00/hr | 697.50 |
| 10/11/05 | TMT | Edit trial brief; Conference with Butch; Telephone conference with Sterling regarding damage issues, review BCC trial brief; Finalize EMPSCO's brief; Review W&K's trial brief. | 3.00<br>225.00/hr | 675.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/13/05 | TMT | Memorandum regarding deposition from plaintiff and reply; Telephone conference with Ledger regarding same. | 0.35 225.00/hr | 78.75 |
| 10/14/05 | TMT | Download and review plaintiff's ex parte motion documents; Review Engineer seal caselaw; Review plaintiff's documents files; Check ex parte rules. | 1.00 225.00/hr | 225.00 |
| 10/15/05 | TMT | Prepare for Boone deposition. | 1.75 225.00/hr | 393.75 |
| 10/17/05 | TMT | Memorandum to Forrest Booth regarding Boone deposition; Continue preparation for deposition; Telephone conference with Butch; Abstract Ed Williamson deposition. | 4.75 225.00/hr | 1,068.75 |
| 10/18/05 | TMT | Review questions for deposition; Travel to UOG to take video conference deposition of Elliot Boone. | 2.00 225.00/hr | 450.00 |
| 10/21/05 | TMT | Review plaintiff's motion in limine;  Telephone conference with Tom Sterling. | 0.25 225.00/hr | 56.25 |
| 10/24/05 | TMT | Review plaintiff's proposed pre-trial order and objections to Empsco exhibits; Cross-check exhibits; Review plaintiff's exhibit list; Conference with defendants' attorneys to consolidate joint trial exhibits, objections to plaintiff's exhibits. | 4.50 225.00/hr | 1,012.50 |
| 10/25/05 | TMT | Study local rules regarding deadlines for filing objections; Email defendants' attorneys regarding same; Outline objection to Williamson deposition; Respond to various emails; Telephone conference with O'Connor; Draft objection to Williamson; Review plaintiff's motions in limine. | 3.50 225.00/hr | 787.50 |
| 10/26/05 | TMT | Draft motions in limine; Edit objection regarding Williamson deposition and motions in limine; Review 9th Circuit Jury Instructions, statutes and caselaw for instructions. | 4.75 225.00/hr | 1,068.75 |
| 10/27/05 | TMT | Review W&K's motions; Check case citations; Telephone conference with Tom Sterling; Continue with Jury Instructions; Review Black's motion in limine; Edit and finalize same. | 4.00 225.00/hr | 900.00 |
| 10/28/05 | TMT | Review BCC's reply brief regarding Collard; Assemble various motions for meeting; Review BCC's brief and plaintiff's opposition to Empsco's motion; Draft Reply Brief; Review Frank Denai's deposition; Edit brief; Review plaintiff's new opposition brief. | 3.00 225.00/hr | 675.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/29/05 | TMT | Pre-trial telephone conference with Judge Jones and parties. | 3.00 225.00/hr | 675.00 |
| 10/30/05 | TMT | Email defendants' attorneys regarding hearing; Review orders on hearing. | 0.25 225.00/hr | 56.25 |
| 10/31/05 | TMT | Retrieve case regarding apportionment of damages; Trial preparation. | 2.00 225.00/hr | 450.00 |

|  |  |  |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED | 53.00 | $11,925.00 |

COSTS REIMBURSEMENTS

| | | Qty/Price | |
|---|---|---|---|
| 10/31/05 | Photocopying charges from 10/1 to 10/31/05 | 1593 0.20 | 318.60 |
| | Total costs | | $318.60 |
| | Total professional services and costs | | $12,243.60 |
| 10/31/05 | Payment from account | | ($9,307.72) |
| | Total payments and adjustments | | ($9,307.72) |
| | Balance due | | $2,935.88 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

TARPLEY & MORONI, LLP
A Law Firm Including a Professional Corporation
134 West Soledad Avenue, Suite 402
Hagatna, Guam, 96910

EMPSCO-ENGINEERING CONSULTANTS
P.O. BOX 21794
GUAM MAIN FACILITY GUAM 96921

November 30, 2005

In Reference To: S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et al.
Civil Case No: CIV03-00009
Invoice #  13278

PROFESSIONAL SERVICES

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/05 TMT | Trial preparation. | 4.00 225.00/hr | 900.00 |
| 11/2/05 TMT | Trial preparation. | 6.50 225.00/hr | 1,462.50 |
| 11/3/05 TMT | Trial preparation; Review Tsutsui deposition; Conference with Butch and Albert; Conference with Butch; Go to court for jury pool information. | 8.00 225.00/hr | 1,800.00 |
| 11/4/05 TMT | Trial preparation; Review W&K Response regarding Damages; work on Opening Statement. | 6.25 225.00/hr | 1,406.25 |
| 11/5/05 TMT | Trial preparation. | 3.00 225.00/hr | 675.00 |
| 11/6/05 TMT | Trial preparation. | 3.50 225.00/hr | 787.50 |
| 11/7/05 TMT | Trial preparation; Pre-trial conference; Trial preparation; Select Jury. | 8.00 225.00/hr | 1,800.00 |
| 11/8/05 TMT | Trial preparation; Trial. | 8.50 225.00/hr | 1,912.50 |
| 11/9/05 TMT | Trial preparation; Attend trial. | 8.00 225.00/hr | 1,800.00 |
| 11/10/05 TMT | Trial preparation; Trial. | 9.00 225.00/hr | 2,025.00 |
| 11/11/05 TMT | Trial preparation; Trial. | 8.00 225.00/hr | 1,800.00 |

EMPSCO-ENGINEERING CONSULTANTS

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/05 | TMT | Trial preparation. | 2.75 225.00/hr | 618.75 |
| 11/13/05 | TMT | Trial preparation. | 5.25 225.00/hr | 1,181.25 |
| 11/14/05 | TMT | Trial preparation; Trial. | 8.50 225.00/hr | 1,912.50 |
| 11/15/05 | TMT | Trial preparation; Trial; Work on closing argument. | 9.75 225.00/hr | 2,193.75 |
| 11/16/05 | TMT | Trial preparation. | 8.75 225.00/hr | 1,968.75 |
| 11/17/05 | TMT | Trial preparation; Trial; Argue jury instructions; Prepare closing argument. | 12.00 225.00/hr | 2,700.00 |
| 11/18/05 | TMT | Trial preparation; Trial. | 10.50 225.00/hr | 2,362.50 |
| 11/19/05 | TMT | Court conference regarding jury questions. | 0.25 225.00/hr | 56.25 |
|  | TMT | Standby-time. (Charging only 25% of hourly rate of $225.00 pr/hr) | 4.00 56.25/hr | 225.00 |
| 11/21/05 | TMT | Conference with Butch; Call from court; Three (3) calls from court. | 0.50 225.00/hr | 112.50 |
| 11/22/05 | TMT | Field call from court regarding jury question; Take Verdict. | 1.25 225.00/hr | 281.25 |
| 11/28/05 | TMT | Review rules regarding attorney's fee claims; Review 9th Circuit case law. | 0.35 225.00/hr | 78.75 |

FOR PROFESSIONAL SERVICES RENDERED                136.60    $30,060.00

COSTS REIMBURSEMENTS

|  |  | Qty/Price |  |
|---|---|---|---|
| 11/30/05 | Photocopying charges from 11/1 to 11/30/05 | 478 0.20 | 95.60 |

Total costs                                                              $95.60

Total professional services and costs                     $30,155.60

Previous balance                                                    $2,935.88

EMPSCO-ENGINEERING CONSULTANTS

| | Amount |
|---|---|
| 11/14/05 Payment from account | ($2,935.88) |
| 11/30/05 Payment from account | ($16,915.87) |
| Total payments and adjustments | ($19,851.75) |
| Balance due | $13,239.73 |

**PLEASE MAKE CHECKS PAYABLE TO: THOMAS M. TARPLEY, JR., PC.**

|  | | Amount |
|---|---|---|
| | Previous balance of Client funds | $0.00 |
| 11/4/05 | Additional retainer deposit | $20,000.00 |
| 11/14/05 | Payment from account | ($2,935.88) |
| 11/21/05 | Trust payment to Depo Resources | ($148.25) |
| | for deposition of Perfecto Jose, 11/3/05 | |
| 11/30/05 | Payment from account | ($16,915.87) |
| | | |
| | New balance of Client funds | $0.00 |