LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



**FILED**
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

7ZP110
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) ) ) | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | ) ) ) ) ) ) ) | **EMPSCO'S VERIFIED BILL OF COSTS** |
| Defendants. | ) ) | |

| ITEM | DATE | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 1 | 11/2/2003 | COPY EXPRESS | $ 17.00 | copying charges |
| 2 | 1/31/2004 | THOMAS M. TARPLEY, JR. | $ 25.20 | copying charges |
| 3 | 4/26/2004 | CECILLE FLORES | $ 296.00 | Peter MacLeod depo transcript (3/5/05) |
| 4 | 4/26/2004 | CECILIA FLORES | $ 213.25 | Peter MacLeod depo transcript (3/4/05) |
| 5 | 4/30/2004 | TMT | $ 25.20 | copying charges |
| 6 | 5/28/2004 | TMT | $ 12.25 | adv. pmt: Copy Express |
| 7 | 5/31/2004 | TMT | $ 68.21 | adv. pmt: Fast Copy |
|  |  |  |  |  |
|  |  |  |  |  |

| ITEM | DATE | VENDOR | AMOUNT | DESCRIPTION |
|------|------|--------|--------|-------------|
| 8 | 6/29/2004 | TMT | $ 35.00 | adv. pmt: Simeon Delos Santos depo wit. fee |
| 9 | 6/29/2004 | TMT | $ 35.00 | Adv. pmt: DPW depo wit. fee |
| 10 | 6/30/2004 | TMT | $ 4.38 + 8.20= $ 12.58 | fax + copying |
| 11 | 7/20/2004 | COBRI INC. | $ 45.00 | Process server fee: Delos Santos |
| 12 | 7/20/2004 | COBRI INC. | $ 45.00 | Process server fee: DPW |
| 13 | 7/29/2004 | A.H. TSUTSUI | $ 1,454.25 | Professional services |
| 14 | 7/31/2004 | TMT | $ 101.80 | copying charges |
| 15 | 8/31/2004 | NEXIS | $ 11.77 +9.60= $ 21.37 | Research |
| 16 | 9/20/2004 | COBRI INC. | $ 45.00 | Process server fee: Delos Santos |
| 17 | 9/20/2004 | COBRI INC. | $ 45.00 | Process server fee: DPW |
| 18 | 9/29/2004 | A.H. TSUTSUI | $ 329.25 | Professional services |
| 19 | 9/30/2004 | CECILIA FLORES | $ 100.00 | DPW depo transcript |
| 20 | 10/7/2004 | MESSRS. BLAIR STERLING | $ 33.50 | copying charges: Carlito Tabilas; Joselito Gutierrez depo transcript |
| 21 | 10/19/2004 | CECILLE FLORES | $ 1,061.84 | Simeon Delos Santo depo transcript |
| 22 | 10/22/2004 | CECILIA FLORES | $ 166.00 | N.C. Macario depo transcript |
|  |  |  |  |  |

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation,
et. al. CV03-00009
EMPSCO'S VERIFIED BILL OF COSTS
Case 1:03-cv-00009   Document 442   Filed 12/07/2005   Page 2 of 5

| ITEM | DATE | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 23 | 10/23/2004 | CECILLE FLORES | $ 112.80 | Jurgen H.W. Unterbeg depo transcript |
| 24 | 10/31/2004 | TMT | $ 127.20 | copying charges |
| 25 | 11/8/2004 | VERONICA FLORES | $ 248.37 | Reynaldo Arce depo transcript |
| 26 | 11/10/2004 | COPY EXPRESS | $ 10.00 | copying charges |
| 27 | 11/30/2004 | TMT | $ 292.80 | copying charges |
| 28 | 12/8/2004 | A. H. TSUTSUI | $ 125.00 | Professional services |
| 29 | 2/28/2005 | TMT | $ 17.20 | copying charges |
| 30 | 3/21/2005 | CECILIA FLORES | $ 202.00 | Joselito Gutierrez depo transcript |
| 31 | 4/26/2005 | A.H. TSUTSUI | $ 292.50 | Professional services |
| 32 | 4/30/2005 | TMT CONTINENTAL AIRLINES | $ 1,593.51 + 29.60= $ 1,623.11 | Airfare to San Fran. + copying charges |
| 33 | 5/18/2005 | TOP TRAVEL AGENCY | $ 192.36 + 10.00 +44.00= $ 246.36 | Airfare - Arce- settlement conf-Saipan + parking fee+meals |
| 34 | 5/18/2005 | TOP TRAVEL AGENCY | $ 192.36 | Airfare-Tarpley- settlement conf-Saipan |
| 35 | 5/24/2005 | DEPO RESOURCES | $ 99.70 | Edgardo Jabinigay depo transcript |
| 36 | 5/25/2005 | TMT | $ 95.00 + 321.06= $ 416.06 | cab fare - S.F. + hotel - S.F. |
|  |  |  |  |  |

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation,
et al. CV03-00009
EMPSCO'S VERIFIED BILL OF COSTS

| ITEM | DATE | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 37 | 5/31/2005 | TMT | $ 286.80 | copying charges |
| 38 | 6/8/2005 | TMT | $ 842.65 | Elliott Boone depo transcript (vol. 1) |
| 39 | 6/8/2005 | TMT | $ 650.20 | Elliott Boone depo transcript (vol. 2) |
| 40 | 6/30/2005 | TMT | $ 85.60 | copying charges |
| 41 | 10/31/2005 | TMT | $ 318.60 | copying charges |
| 42 | 11/21/2005 | DEPO RES. | $ 138.25 + 10.00 = $ 148.25 | Perfecto Jose depo transcript + binding charge |
| 43 | 11/30/2005 | TMT | $ 95.60 | copying charges |
| 44 | 12/6/2005 | A. TSUTSUI | $ 1,933.75 | Professional services |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL: | $12,554.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al. CV03-00009

Page 4 of 5

Case 1:03-cv-00009 Document 442 Filed 12/07/2005 Page 4 of 5

## VERIFICATION

I, Thomas M. Tarpley, Jr., hereby declare under penalty of perjury under the laws of Guam and the United States, that I am the attorney for Defendant EMPSCO, have reviewed the foregoing VERIFIED BILL OF COSTS, and state that such items are correct and have been necessarily incurred in this case and that the services for which fees have been charged were actually and necessarily performed.

Executed in Hagatna, Guam, this ___7th___ day of December, 2005.

_____
THOMAS M. TARPLEY, JR.