LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP128
Attorney for Defendant Engineering, Management
 & Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>　　　　Defendants. | CIVIL CASE NO. CV03-00009<br><br>**CERTIFICATE OF SERVICE** |

　　　I, Dorothea Quichocho, hereby certify that on December 7, 2005, true and correct copies of the following:

　　　1.　EMPSCO'S MOTION AND MEMORANDA FOR ATTORNEY'S FEES AND EXPERT WITNESS FEES AS COSTS.

　　　2.　DECLARATION OF THOMAS M. TARPLEY'S JR., IN SUPPORT OF MOTION FOR EMPSCO'S ATTORNEY'S FEES AND EXPERT WITNESS FEES.

　　　3.　EMPSCO'S VERIFIED BILL OF COSTS.

　　　4.　[PROPOSED] ORDER ON EMPSCO'S MOTION FOR ATTORNEY'S FEES AND EXPERT WITNESS FEES AS COSTS, filed herein on December 7, 2005, will be mailed and hand delivered, respectively, to the following:

| | |
|---|---|
| THOMAS C. STERLING, ESQ.<br>BLAIR STERLING JOHNSON<br>Pacific News Bldg., Suite 1008<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910<br>(via mail) | ROBERT J. O'CONNOR<br>DANIEL J. BERMAN, ESQ.<br>BERMAN O'CONNOR MANN & SHKLOV<br>Bank of Guam Bldg., Suite 503<br>111 Chalan Santo Papa<br>Hagatna, Guam 96910<br>(via mail) |

| | |
|---|---|
| 1 | CARLSMITH BALL |
| | Bank Of Hawaii Building |
| 2 | Suite 401 |
| | 134 West Soledad Avenue |
| 3 | Hagatna, Guam 96910 |
| | (via hand delivery) |
| 4 | |
| 5 | Dated this ___7TH___ day of December, 2005. |

                                                  _____
                                                Dorothea Quichocho

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al. CV03-00009

Page 2 of 2

Case 1:03-cv-00009    Document 443    Filed 12/07/2005    Page 2 of 2