**BERMAN O'CONNOR MANN & SHKLOV**
**DANIEL J. BERMAN**
**ROBERT J. O'CONNOR**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 477-4366



**FILED**
DISTRICT COURT OF GUAM

DEC 12 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

### IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | ) ) ) | Civ. No. CIV 03-00009 |
| Plaintiff, | ) ) | **WINZLER & KELLY'S BILL OF COSTS** |
| vs. | ) ) | **AFFIDAVIT OF** |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | ) ) ) ) ) | **ROBERT J. O'CONNOR** **EXHIBITS A-I** |
| Defendants. | ) ) ) ) | **CERTIFICATE OF SERVICE** |

Defendant and prevailing party Winzler & Kelly Consulting Engineers hereby submits, pursuant to 28 U.S.C. § 1920, Rule 54 of the Federal Rules of Civil Procedure, and Local Rule 54.1 of the District Court of Guam, its bill of costs incurred and taxable to the Plaintiff in the above-captioned matter. In support of this bill of costs, Winzler & Kelly shows the Court the following:

1. Plaintiff Syndicate brought this action against Winzler & Kelly, asserting claims for negligence, breach of contract, and breach of warranty.

2. By Order of April 8, 2005, the Court granted judgment on the pleadings in Winzler & Kelly's as to the negligence and breach of warranty claims. The breach of

**ORIGINAL**

contract claim proceeded to a trial by jury on November 7, 2005, and the jury found that Winzler & Kelly had not breached its contract. The court entered judgment accordingly on December 1, 2005.

3. Winzler & Kelly is therefore a prevailing party, and is entitled to an award of costs as a matter of course.

4. The affidavit of counsel for Winzler & Kelly is attached, showing, pursuant to 28 U.S.C. § 1924, that the undersigned has knowledge of the facts; that the items of cost are correct and were necessarily incurred in this case; and that the items of services for which costs are sought were actually and necessarily performed.

5. The costs include:

Costs incurred in connection with taking depositions:

| Date | Deposition of | Site | Reporter's Fee[1] | Airfare to / from Site[2] | Hotel(h)/ Car(c)[3] | Copies Cost[4] |
|------|---------------|------|-----------|---------------|------------|-------------|
| **2003** | | | | | | |
| Oct | CarlitoTabilas | GU | 84.00 | | | 162.45 |
| | Joselito Gutierrez | GU | 118.00 | | | "        " |
| **2004** | | | | | | |
| Mar | Peter MacLeod | GU | 296.00 | | | 758.25 |
| | | | 228.25 | | | |
| | Ben Casey | TX | 792.00 | 5772.76 | 162.65(h) | "        " |
| | Bruce Swanney | AZ | 446.15 | 258.00 | 446.04(h) | "        " |
| | "        " | | 163.30 | | 35.00(c) | |

---

[1] See Exhibit A for documentation.
[2] See Exhibit B for documentation.
[3] See Exhibit C for documentation.
[4] See Exhibit D for documentation. Copy costs are calculated at $0.45 / page, which figure is derived from an analysis of the various costs that go into the production of copies. The number of copies made, and the client to whom they are charged, is recorded by counsel's staff. The cost of copies charged to Winzler & Kelly for this matter for October 2003, and March, July, and September 2004 are significantly higher than $12.95 / month average for all other months of 2003-04 for this case, and correspond to the significant deposition activity in those months.

| Month | Name | | | | | |
|---|---|---|---|---|---|---|
| June | Edward Williamson | PA | 649.55 | 374.00<br>714.00 | 288.07(h) | |
| July | Frank Dennis | HI | 1044.21 | 1904.74 | 170.00(c) | 283.50 |
| Sept | Simeon Delos Santos | GU | 336.00 | | | 684.55 |
| | Reynaldo Arce | GU | 797.50 | | | " " |
| | Jürgen Unterberg | GU | 96.00 | | | " " |
| | Joselito Gutierrez | GU | 39.00 | | | " " |

**2005**

| Month | Name | | | | | |
|---|---|---|---|---|---|---|
| April | Albert Tsutsui | GU | 786.55 | | | |
| | Dean Gillham | GU | " " | | | |
| | Kenneth Collard | GU | " " | | | |
| May | Elliott Boone | CA | | 4910.65 | 978.18(h) | |
| | Webb Hayes | CA | | " " | " " | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | | | 5876.62 | 13,934.15 | 2079.94 | 1887.75 |

Grand Total of the Above: **23,778.46**

Witness fees for depositions:

Elliott Boone: **4680.00**[5]

Engineering Copy: **48.00**[6]

Copies of designated portions of depositions for filing: **655.20**[7]

Trial Supplies:

Hand truck with cord: 152.64
Easel: 220.92
Easel Paper: 15.96

Total: **389.52**[8]

---

[5] See Exhibit E for documentation.
[6] See Exhibit F for documentation.
[7] See Exhibit G for documentation.
[8] See Exhibit H for documentation.

Witness fees per 18 U.S.C. § 1821:

| Witness | Attendance Fee | Airfare | Subsistence Allowance[9] | Total |
|---------|----------------|---------|--------------------------|-------|
| Steve Cox | 480.00 | c.4511.55[10] | 2700.00 | 7691.55 |
| Webb Hayes | 120.00 | 4511.55[11] | 675.00 | 5306.55 |
| Total Witness Fees: | | | | **12,998.10** |

**TOTAL OF ALL COSTS ENUMERATED ABOVE: 42,549.28**

Respectfully submitted this 12th day of December, 2005.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Winzler & Kelly

By: _____
    **DANIEL J. BERMAN**

---

[9] Based on $225 per diem rate for Guam (See State Department PD Supplement 498 (Nov. 1, 2005))
[10] Documentation pending.
[11] See Exhibit I for documentation.

# AFFIDAVIT OF ROBERT J. O'CONNOR

I, Robert J. O'Connor, being duly sworn, depose and say:

1. I am an attorney licensed to practice in the Territory of Guam. I represent Defendant Winzler & Kelly Consulting Engineers in District Court of Guam Civil Action No. 03-00009, *S. J. Gargrave Syndicate at Lloyd's v. Black Construction Corp., et al.*. I make this declaration pursuant to the requirements of 28 U.S.C. § 1924.

2. I have personal knowledge of the facts regarding the costs incurred in the case.

3. Each item of cost or disbursement claimed in the attached Bill of Costs is correct and has been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

I declare upon penalty of perjury under the laws of the United States of America and the Commonwealth of the Northern Mariana Islands that the foregoing declaration is true and correct to the best of my knowledge and belief, and that if called upon to testify, I could and would testify competently and in accordance herewith.

Executed at Saipan, CNMI, this 9th day of December, 2005.

ROBERT␣J.␣O'CONNOR

## ACKNOWLEDGMENT

Subscribed and sworn to before me December 9, 2005, by Robert J. O'Connor.

NOTARY PUBLIC

**JOSEPH E. HOREY**
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission expires: February 3, 2007

# EXHIBIT "A"

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

2727

DATE November 19, 2003

101-501/1214
79

PAY TO THE
ORDER OF ***Cecille A. Flores***

$ 202.00

***Two Hundred Two Only***

DOLLARS

**⑂ Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Copying charges - W&K

NON-NEGOTIABLE

⑈002727⑈ ⑆121405018⑆ 0079⑈009229⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 11/19/03 | 2727 | Deposit in Copying charges - W&K 2003-08 Winzler & Kelly v. Wilton Inv#CAF0115-03 & 0116-03 #32024 | 202.00 |

NON-NEGOTIABLE

# CECILLE A. FLORES

INVOICE  CAF0115-03

Certified Shorthand Reporter • Suite 2E, Jugo Building, 618 Route 8 Barrigada, Guam 96913
Telephone Number: 734-1041 • Fax Number: 734-1045

Date: October 21, 2003

Bill to:

**Mr. Robert J. O'Connor, Esq.**
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 1969
Saipan, MP 96950

| Case Caption: In Re: Leslie Wilton vs. Black Construction Corporation and Winzler & Kelly Consulting Engineers, Civil Case No. CV03-00009 | | |
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| 10-17-03 | CARLITO TABILAS | 42 |

| C H A R G E S: | |
|---|---|
| 1 Original at $3.00 pp | ---- |
| 1 Copy at 2.00 pp | $84.00 |
| Reporter's Fee ($100 half day/$175 Sundays) | ---- |
| Cancellation Fee ($100 if less than 24-hour notice) | ---- |
| Writing Time ($50 per hour if not transcribed) (3 hrs.) | ---- |
| ASCII disk ($5) | ---- |
| All-Word Index | ---- |
| Tape Dubbing ($10 per tape x 00) | ---- |
| Shipping and Handling | ---- |
| Binder (0) | ---- |
| Exhibit Charges ($.10 pp x 16 pgs/ $1 x 0 Colored) | ---- |
| Total Amount Due: | $84.00 |

**Payable Upon Receipt**
**2% per month on unpaid balance after thirty (30) days**

CERTIFIED TRUE AND CORRECT:

**CECILLE A. FLORES, CSR**

# CECILLE A. FLORES

INVOICE CAF0116-03

Certified Shorthand Reporter • Suite 2E, Jugo Building, 618 Route 8 Barrigada, Guam 96913
Telephone Number: 734-1041 • Fax Number: 734-1045

Date: October 27, 2003

Bill to:

**Mr. Robert J. O'Connor, Esq.**
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 1969
Saipan, MP 96950

| Case Caption: **In Re: Leslie Wilton vs. Black Construction Corporation and Winzler & Kelly Consulting Engineers, Civil Case No. CV03-00009** | | |
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| 10-17-03 | JOSELITO GUTIERREZ | 59 |

| CHARGES: | |
|---|---|
| 1 Original at $3.00 pp | ---- |
| 1 Copy at 2.00 pp | $118.00 |
| Reporter's Fee ($100 half day/$175 Sundays) | ---- |
| Cancellation Fee ($100 if less than 24-hour notice) | ---- |
| Writing Time ($50 per hour if not transcribed) (3 hrs.) | ---- |
| ASCII disk ($5) | ---- |
| All-Word Index | ---- |
| Tape Dubbing ($10 per tape x 00) | ---- |
| Shipping and Handling | ---- |
| Binder (0) | ---- |
| Exhibit Charges ($.10 pp x 16 pgs/ $1 x 0 Colored) | No Charge |
| Total Amount Due: | $118.00 |

**Payable Upon Receipt**
**2% per month on unpaid balance after thirty (30) days**

CERTIFIED TRUE AND CORRECT:

_Cecille A. Flores_

**CECILLE A. FLORES, CSR**

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3687

DATE ___July 15, 2004___

101-501/1214
79

PAY TO THE ORDER OF ___***Cecille A. Flores***___   $ 296.00

___***Two Hundred Ninety Six Only***___   DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Copying charges-W&K documents

NON-NEGOTIABLE

⑂003687⑂ ⑊121405018⑊ 0079⑂009229⑂

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/15/04 | 3687 | Copying charges-W&K documents<br>2003-08 Winzler & Kelly  # 73245 | 296.00 |

NON-NEGOTIABLE

# CECILLE A. FLORES

Certified Shorthand Reporter ● Suite 2E, Jugo Building, 618 Route 8 Barrigada, Guam 96913
Telephone Number: 734-1041 ● Fax Number: 734-1045

INVOICE  CAF031-04

Date: April 16, 2004

*Attn: Inna*

Bill to:

Mr.  Robert O'Connor, Esq.
O'CONNOR BERMAN DOTTS & BANES
P.O. Box 1969
Saipan, MP 96950

| Case Caption: **S.J. Gargrave Syndicate at Lloyds vs. Black Construction Corporation Winzler & Kelly Consulting Engineers, and Engineering, Management & Planning Services Corporation; Civil Case No. CV03-00009** | | |
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| March 4 & 5, 2004 | PETER M. MACLEOD | 148 |

| CHARGES: | |
|---|---|
| 1 Original at $3.00 pp | ---- |
| 1 Copy at $2.00 pp | $296.00 |
| Reporter's Fee ($100 half day/$175 Sundays) | ---- |
| Cancellation Fee ($125 if less than 24-hour notice) | ---- |
| Writing Time ($50 per hour if not transcribed) | ---- |
| ASCII disk ($5) | ---- |
| All-Word Index | ---- |
| Tape Dubbing ($10 per tape x 00) | ---- |
| Shipping and Handling | ---- |
| Binder (0) | ---- |
| Exhibit Charges ($.10 pp x 00 pgs/ $1 x 0 Colored) | ---- |
| Total Amount Due: | $296.00 |

**Payable Upon Receipt**
**2% per month on unpaid balance after thirty (30) days**

CERTIFIED TRUE AND CORRECT:

*Cecille A. Flores*

CECILLE A. FLORES, CSR

*received 7/18/04 only now* 
*Inna*

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3778

DATE ___August 9, 2004___

101-501/1214
79

PAY TO THE
ORDER OF ___***Cecilia F. Flores***___                    $ | 228.25 |

***Two Hundred Twenty Eight & 25/100***                         _____ DOLLARS

**𝄞h Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Inv#037-04 dtd. 5/10/04

NON-NEGOTIABLE

⑈003778⑈ ⑆121405018⑆ 0079⑈009228⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 08/09/04 | 3778 | Inv#037-04 dtd. 5/10/04 | 228.25 |
| | | 2003-08 Winzler & Kelly  #31046 | |

NON-NEGOTIABLE

*Past due - please remit*

# CECILIA F. FLORES                                I N V O I C E 037-04

Freelance Stenotype Reporter ● 225 Putt Tai Nubio Street ● Barrigada Heights, Guam 96913
Telephone Number: 632-0727 ● Fax Number: 632-5353

Date: May 10, 2004

*mailed 5/11/04*

*Faxed 8-5-04*
*670 234 5683*

Bill to:

Robert O'Connor, Esq.
O'Connor Berman Dotts & Banes
P.O. Box 1969
Saipan, MP 96950

| Case Caption: In Re: S.J. Gargrave Syndicate at Lloyds vs. Black Construction Corporation, Winzler & Kelly Consulting Engineers and Engneering Management & Planning Services Corporation, Civil Case No. CV03-00003, District Court of Guam |||
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| March 4, 2004 | DEPOSITION OF PETER M. MACLEOD | 92 |
| | | |
| | **TOTAL PAGES** | 92 |

| **C H A R G E S :** | |
|---|---|
| 1 Original at $3.00 pp | |
| 1 Copy at $2.00<br>Reporter's Sitting Fee | $184.00 |
| Exhibits .10 x 201 pages | $20.10 |
| Binder | $9.15 |
| Shipping & Handling | $15.00 |
| Total Amount Due: | $228.25 |

**Payable Upon Receipt**
**2% per month on unpaid balance after thirty (30) days**

CERTIFIED TRUE AND CORRECT:

CECILIA F. FLORES

RECEIVED
BY ___ DATE 8/5/04

*Clarke American.*
Transacting America's Business

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3367

101-501/1214
79

DATE __April 23, 2004__

PAY TO THE
ORDER OF __***LegaLink Dallas***__                                    $ __792.00__

***Seven Hundred Ninety Two Only***                                    DOLLARS

**ᴊ Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Deposition charges per Inv#15007526 & 15007569 dtd. 3/23/04.

NON-NEGOTIABLE

⑈003367⑈ ⑆121405018⑈ 0079⑈0082229⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/23/04 | 3367 | Deposition charges per Inv#15007526 & 15007569 dtd. 3/23/04. | 792.00 |
| | | 2003-08 Winzler & Kelly v. Wilton | |

NON-NEGOTIABLE

 **LEGALINK®**
A WORLDWAVE COMPANY

LegaLink Dallas
4144 N Central Expwy
Suite 450
Dallas, TX 75204

tel (214) 720-4567
tel (800) 966-4567
fax (214) 720-4503
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES



# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| O COSA01 | 04/15/2004 |

Accounts Payable
O'Connor, Berman, Dotts & Banes
Second Floor, Nauru
Saipan, 96950-1969

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| 792.00 | .00 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 792.00 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 04/13/2004 | 15007526 | 522.00 | 03/23/2004 | Ben Casey | S.J. Gargraves Syndicate vs. B |
| 04/14/2004 | 15007569 | 270.00 | 03/23/2004 | Ben Casey | S.J. Gargraves Syndicate vs. B |



*Thank You*

**TO A VALUED CUSTOMER**

TAX ID NO. : 75-2069644

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3385

101-501/1214
79

DATE April 29, 2004

PAY TO THE ORDER OF ***Brown & Toleu Ltd.***          $ 446 15

***Four Hundred Forty Six & 15/100***          DOLLARS

**Ih Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Deposition charges per Inv#5093-GAO dtd. 4/16/04

NON-NEGOTIABLE

⑈003385⑈ ⑈121405018⑈ 0079⑈009229⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/29/04 | 3385 | Deposition charges per Inv#5093-GAO dtd. 4/16/04 2003-08 Winzler & Kelly v. Wilton deposition of Bruce Swarney  #32815 | 446 15 |

NON-NEGOTIABLE

P l e a s e   R e m i t   = = = >   Total Due:   $446.15

# INVOICE

## BROWN
## & TOLEU ltd.
### Court Reporters

4500 S. Lakeshore Dr., Suite 280

Tempe, Arizona 85282

TELEPHONE (602) 254-5479 OR (480) 491-8500

FAX (602) 254-5013 OR (480) 491-8506

Robert J. O'Connor, Esq.
O'Connor Berman Dotts & Banes
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Agana, Guam 96910

April 16, 2004

Invoice# 5093-GA0

Balance:     $446.15

Caption: S.J. Gargrave vs. Black Construction
         No. CV03-00009
Scheduled: 03/25/04    Billed: 04/16/04
Reporter: Amy Merrifield, CCR#50097

Charge Description

| Charge Description | | | | Amount |
|---|---|---|---|---|
| Depo of Bruce Swanney | 1 copy | 164 @ 2.25 | | 369.00 |
| Exhibits;Binding & Processing;Delivery/Handling; ASCII disk;Condensed Transcript | | | | 77.15 |

Corporate IRS Tax No. 86-0378241

P l e a s e   R e m i t   - - - - >   Total Due:   $446.15

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

**3384**

DATE ___April 29, 2004___

101-501/1214
79.

PAY TO THE
ORDER OF ___***VideoDep Inc.***___ $ | 163.30 |

***One Hundred Sixty Three & 30/100***

_____ DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Deposition charges per Inv#04-3498Sb dtd 4/22/04

NON-NEGOTIABLE

⑈003384⑈ ⑈121405018⑈ 0079⑈009229⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 04/29/04 | 3384 | Deposition charges per Inv#04-3498Sb dtd 4/22/04<br>2003-08 Winzler & Kelly v. Wilton<br><br>#32816 | 163.30 |

NON-NEGOTIABLE

# Invoice

**VideoDep Inc.**
LEGAL VIDEO PRODUCTIONS
2111 EAST BASELINE ROAD, SUITE A1
TEMPE, AZ 85283
PH. (480) 496-0808

| DATE | INVOICE # |
|------|-----------|
| 4/22/2004 | 04-3498Sb |

| BILL TO | SHIP TO |
|---------|---------|
| Berman O'Connor Mann & Shklov<br>Attn: Robert J. O'Connor, Esq.<br>111 Chalan Santo Papa<br>Suite 503<br>Agana, Guam 96910 | Berman O'Connor Mann & Shklov<br>Attn: Robert J. O'Connor, Esq.<br>111 Chalan Santo Papa<br>Suite 503<br>Agana, Guam 96910 |

| TERMS | REP | SHIP DATE | SHIP VIA |
|-------|-----|-----------|----------|
| Net 30 | WGM | 4/22/2004 | FedEx |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| S.J. Gargrave Syndicate at Lloyds vs. Black Construction, et al.<br>Case No. CV03-00009<br>Video Deposition of: Bruce W. Swanney<br>Deposition Date: Thursday, March 25, 2004 | | | |
| Deposition Testimony - VHS Dub | 2 | 50.00 | 100.00 |
| Packaging; Handling & Shipping | 1 | 63.30 | 63.30 |

*4/27/04*

*Bob-*
*Billing re*
*B. Swanney Depo*

*Pay*
*Charge to*
*W: Kelly*

| Thank you for your business. | Tax ID #<br>86-0787482 | **Total** | $163.30 |
|------------------------------|------------------------|-----------|---------|

# VideoDep, Inc. Legal Video Productions

2111 East Baseline Road, Suite A1, Tempe, Arizona 85283 - Telephone 480/496-0808 - Fax 480/496-0898

# APPEARANCE SHEET

**DEPOSITION OF:** Bruce W. Swanney
**DATE OF DEPOSITION:** Thursday, March 25, 2004
**IN THE MATTER OF:** S.J. Gargrave Syndicate at Lloyds vs. Black Construction, et al.
District Court of Guam, #CV03-00009

**APPEARANCES:** *Noticed The Deposition*

* Forrest Booth, Esq.
Cozen O'Connor
425 California Street
Suite 2400
San Francisco, California 94104
Attorneys for Plaintiff, S.J.
Gargrave Syndicate at Lloyds

Robert J. O'Connor, Esq.
Berman O'Connor Mann & Shklov
111 Chalan Santo Papa
Suite 503, Bank of Guam Building
Agana, Guam 96910
Attorneys for Defendant

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
1008 Pacific New Building
238 Archbishop F.C. Flores Street
Agana, Guam 96910
Attorneys for Defendant
Black Construction

---

William G. Marinakis, CLVS
VideoDep, Inc.
Legal Video Productions
2111 East Baseline Road
Suite A1
Tempe, Arizona 85283

Amy Merrifield, CCR
Brown & Toleu, Ltd.
Court Reporters
4500 South Lakeshore Drive
Suite 280
Tempe, Arizona 85282

Also Present:
Stephen J. Cox
Elliott Boone

# TIME LOG

**DEPOSITION OF:**  Bruce W. Swanney
**DATE OF DEPOSITION:**  Thursday, March 25, 2004
**IN THE MATTER OF:**  S.J. Gargrave Syndicate at Lloyds vs. Black Construction, et al.
District Court of Guam, #CV03-00009

|  | Cassette 1 | Cassette 2 | Cassette 3 | Cassette 4 |
|---|---|---|---|---|
| **Start Time** | 9:45 AM | 11:52 AM | None | None |
| *Off The Record* | 10:41 AM | 12:47 PM | | |
| *Back On The Record* | 10:48 AM | 1:51 PM | | |
| *Off The Record* | N/A | 1:52 PM | | |
| *Back On The Record* | | 1:53 PM | | |
| **Length of Breaks** | 0:07 | 1:15 | 0:00 | 0:00 |
| **End Time** | 11:42 AM | 2:56 PM | | |
| **Tape Lapse Time** | *1:50* | *1:59* | *0:00* | *0:00* |

**Total Length of Breaks & Tape Changes:**  *1:22*
**Total Tape Lapse Time:**  *3:49*

| Examiner | Cassette # | Begin Time | End Time | Length |
|---|---|---|---|---|
| Forrest Booth | 1 - 2 | 9:46 AM | 2:47 PM | 5:01 |
| Robert O'Connor | 2 | 2:47 PM | 2:52 PM | 0:05 |
| Forrest Booth | 2 | 2:52 PM | 2:56 PM | 0:04 |

# OBJECTION / EXHIBIT LOG

DEPOSITION OF:        Bruce W. Swanney
DATE OF DEPOSITION:   Thursday, March 25, 2004
IN THE MATTER OF:     S.J. Gargrave Syndicate at Lloyds vs. Black Construction, et al.
                      District Court of Guam, #CV03-00009

|  | Attorney(s) | Time | Cassette # | Objection | Exhibit # |
|---|---|---|---|---|---|
| 1 | Robert O'Connor | 10:50 AM | 1 | x | |
| 2 | Forrest Booth | 10:52 AM | 1 | | 16 |
| 3 | Forrest Booth | 11:04 AM | 1 | | 8 |
| 4 | Forrest Booth | 11:06 AM | 1 | | 17 |
| 5 | Robert O'Connor | 11:14 AM | 1 | x | |
| 6 | Forrest Booth | 11:29 AM | 1 | | C |
| 7 | Forrest Booth | 12:04 PM | 2 | | 18 |
| 8 | Robert O'Connor | 12:05 PM | 2 | x | |
| 9 | Forrest Booth | 12:07 PM | 2 | | 19 |
| 10 | Robert O'Connor | 12:27 PM | 2 | x | |
| 11 | Forrest Booth | 12:34 PM | 2 | | FF |
| 12 | Forrest Booth | 12:36 PM | 2 | | 20 |
| 13 | Forrest Booth | 12:39 PM | 2 | | 21 |
| 14 | Forrest Booth | 1:52PM | 2 | | 22 |
| 15 | Thomas Sterling | 1:56 PM | 2 | x | |
| 16 | Thomas Sterling | 1:57 PM | 2 | x | |
| 17 | Thomas Sterling | 2:01 PM | 2 | x | |
| 18 | Forrest Booth | 2:13 PM | 2 | | GG |
| 19 | Forrest Booth | 2:18 PM | 2 | | 24 |
| 20 | Forrest Booth | 2:24 PM | 2 | | 25 |
| 21 | Forrest Booth | 2:26 PM | 2 | | 26 |
| 22 | Robert O'Connor | 2:37 PM | 2 | x | |
| 23 | Robert O'Connor | 2:38 PM | 2 | x | |
| 24 | Forrest Booth | 2:47 PM | 2 | x | |
| 25 | Forrest Booth | 2:50 PM | 2 | x | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3851

101-501/1214
79

DATE August 31, 2004

PAY TO THE
ORDER OF ***Esquire Deposition Services, LLC***

$ 649.55

***Six Hundred Forty Nine & 55/100***

DOLLARS

**Ih Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Professional Services per Inv#152192 dtd 7/29/04

NON-NEGOTIABLE

⑈003851⑈ ⑆121405018⑈ 0079⑈009229⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31/04 | 3851 Professional Services per Inv#152192 dtd 7/29/04<br>2003-08 Winzler & Kelly | 649.55 |

$ 32178

NON-NEGOTIABLE

**Esquire Deposition Services, LLC**
**A Hobart West Company**
1880 John F Kennedy Blvd.  15th Floor
Philadelphia, PA  19103
(215)988-9191    FAX(215)988-9089
Tax ID # 22-3779684

TO : O'CONNOR BERMAN DOTTS & BANES
     SECOND FLOOR, NAURU BUILDING
     P.O. BOX 501969
     SAIPAN, MARIANA IS          96950-1969

DATE : 08/02/04
(O'COB01)

PAGE :     1

FAX:

```
                     +-+-+-+-+-+-+-+-+-+-+-+-+-
                     S T A T E M E N T
                     +-+-+-+-+-+-+-+-+-+-+-+-+-
```

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT CR | AMT PAID | BAL DUE |
|-------|----------|---------|-----------|----------|------------|----------|---------|
| 152192 | 07/29/04 | S.J. GARGRAVE VS. BLACK CONSTRUCTION | ROBERT J. O'CONNOR, | 06/16/04 | 649.55 | 0.00 | 649.55 |

For Statement Questions, Please call          **BALANCE DUE**          649.55
(866)377-5962    Fax (973)377-9543

```
                                          +-+-+-+-+-+-+-+-+-+-+-+-+-+-+
                                          |       CURRENT        |
                                          +-+-+-+-+-+-+-+-+-+-+-+-+-+-+
                                          |         649.55  |
                                          +-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

TERMS: DUE UPON RECEIPT

We accept VISA, MasterCard & American Express cards

Remit to: **ESQUIRE DEPOSITION SERVICES, LLC**
          **P.O. BOX 827829**
          **Philadelphia, PA 19182-7829**

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3800

DATE August 13, 2004

101-501/1214
79

PAY TO THE
ORDER OF ***Ralph Rosenberg*** $ 1,044.21

***One Thousand Forty Four & 21/100*** DOLLARS

**Ih Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Deposition of Frank Dennis per Inv#47555 dtd. 8/03/04

NON-NEGOTIABLE

⑈″003800″⑈ ⑈121405018⑈: 0079″009229″⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 08/13/04 | 3800 | Deposition of Frank Dennis per Inv#47555 dtd. 8/03/04 | 1,044.21 |
| | | 2003-08 Winzler & Kelly 71491 | |

NON-NEGOTIABLE

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

8/3/2004

BILLED TO: ROBERT O'CONNOR, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
111 CHALAN SANTO PAPA
SUITE 503, BANK OF GUAM BUILDING
HAGATNA, GU 96910

*Pay*
*Charge to WK*

INVOICE NO: 47555

RE: S.J. GARGRAVE SYNDICATE AT
LLOYDS VS BLACK CONSTRUCTION
CORPORATION
CIVIL NO. CV03-00009

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF FRANK DENNIS TAKEN ON 07/21/04 IN HONOLULU HI | |
| COPY | 1002.45 |

243MS2 115EH 1CT1 40AF
HEDY COLEMAN

| | |
|---|---|
| Tax | 41.76 |
| **TOTAL DUE** | **$1044.21** |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4058

101-501/1214
79

DATE November 1, 2004

PAY TO THE
ORDER OF ***Cecille A. Flores***

$ 336.00

***Three Hundred Thirty Six & 00/100***

DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Copying fees-Depo of Simeon Delos Santos per Inv#CAF085-04

NON-NEGOTIABLE

⑈004058⑈ ⑈121405018⑈ 0079⑈009229⑈

---

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01/04 | 4058 Copying fees-Depo of Simeon Delos Santos per Inv#CAF085-04 | 336.00 |
| | Case Caption: SJ Gargrave v Black Construction | |
| | 2003-06 Winzler & Kelly | |

$ 336.00
324.83
324.54

NON-NEGOTIABLE

## CECILLE A. FLORES
Certified Shorthand Reporter ● Suite 2E, Jugo Building, 618 Route 8 Barrigada, Guam 96913
Telephone Number: 734-1041 ● Fax Number: 734-1045

Date: October 19, 2004

Bill to:

**Mr. Robert J. O'Connor, Esq.**
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 1969
Saipan, MP 96950

| Case Caption: In Re: S. J. Gargrave Syndicate at Lloyds vs. Black Construction Corporation, Winzler & Kelly, and Engineering Management & Planning Services Coporation ; Civil Case NO. CV03-00009 | | |
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| 09-21-04 | SIMEON S. DELOS SANTOS | 163 |

| CHARGES: | | |
|---|---|---|
| 1 Original at $3.00 pp | | ---- |
| 1 Copy at 2.00 pp | | $326.00 |
| Reporter's Fee ($100 half day/$175 Sundays) | | ---- |
| Cancellation Fee ($100 half-day) if less than 24-hr notice) | | ---- |
| Writing Time ($50 per hour if not transcribed) | | ---- |
| ASCII disk ($5) | | ---- |
| All-Word Index | | ---- |
| Condensed Transcript | | ---- |
| Tape Dubbing ($10 per tape x 00) | | ---- |
| Shipping and Handling | | $10.00 |
| Binder (0) | | ---- |
| Exhibit Charges ($.10 pp x 00 pgs/ $1 x 00 Colored) | | ---- |
| | Total: | $336.00 |

**Payable Upon Receipt**
**2% per month on unpaid balance after thirty (30) days**

CERTIFIED TRUE AND CORRECT:

*[signature]*

CECILLE A. FLORES, CSR

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4127

DATE November 23, 2004

101-501/1214
79

PAY TO THE
ORDER OF _____ ***Veronica Flores, RPR***

$ [797.50]

***Seven Hundred Ninety Seven & 50/100***

**Bank of Hawaii**
SUBUPE BRANCH
SAIPAN, MP 96950

DOLLARS

...ying-Deposition of Reynaldo Arce per Inv#465 dtd 11/08/04

⑆004127⑆ ⑉121405018⑉ 0079⑈009229⑈

NON-NEGOTIABLE

CONNOR BERMAN DOTTS & BANES
...IPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY, NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/23/04 | 4127  Copying-Deposition of Reynaldo Arce per Inv#465 dtd 11/08/04 | 797.50 |
|  | 2003-08  Winkler & Kelly  # 332619 |  |

NON-NEGOTIABLE

@020



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/8/04 | 465 |

*Veronica Flores, RPR*

### Freelance Stenotype Reporter

225 Puti Tai Nobio Street Barrigada, GU 96913
Office: 671-734-1041 Fax: 671-632-5353
Email: wrdzrus@yahoo.com

*2003-08 W+k*

### BILL TO

Mr. Robert O'Connor, Esq.
O'Connor Berman Dotts & Banes

| DUE DATE | DATE OF DEPO |
|----------|--------------|
| 12/8/04 | 9/22/04 |

| CASE NO. | DESCRIPTION | PAGES | RATE | AMOUNT |
|----------|-------------|-------|------|--------|
| Civil Case No. CV03-00009 | S.J. Gargrave Syndicate at Lloyds vs. Black Construction Corp., Winzler & Kelly, and EMPSCO | | | 0.00 |
| | Deposition of Reynaldo Arce | | | 0.00 |
| | 1 Original | 118 | 3.00 | 354.00 |
| | 1 Copy | 118 | 2.00 | 236.00 |
| | Reporter's Fee | | 200.00 | 200.00 |
| | Exhibits | 75 | 0.10 | 7.50 |

| There will be a 2% charge per month on unpaid balances after 30 days. | **Total** | 797.50 |
|---|---|---|

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4108

DATE November 16, 2004

101-501/1214
79

PAY TO THE
ORDER OF_____***Cecile A. Flores***_____

$ 96.00

***Ninety Six Only***

_____ DOLLARS

**Ih Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Copying fee-Transcript of Jurgen Unterberg per Inv#CAF086-04

NON-NEGOTIABLE

⑃004108⑃ ⑃121405018⑃ 0079⑃009229⑃

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/16/04 | 4108 Copying fee-Transcript of Jurgen Unterberg per Inv#CAF086-04 | 96.00 |
| | 2003-08 Winzler & Kelly    # 33269 | |

NON-NEGOTIABLE

# FLORES COURT REPORTING

Suite 2E, Jugo Building
618, Route 8
Barrigada, Guam 96913
(671) 734-1041
(671) 734-1045

| Send to: O'Connor Berman Dotts & Banes | From: Cecille Flores |
|---|---|
| Attention: INNA | Date: 11-16-04 |
| Office Location: | Office Location: |
| Fax Number: 670-234-5683 | Phone Number: 671-734-1041 |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☐ For your Information

Total pages, including cover: 3

**Comments:**

Re: Gargrave vs. Black, et al.

Inna:

I dropped off the transcript of Jurgen Unterberg at DHL. Attached is my invoice and a copy of the DHL Shipment Air Waybilll which was charged to your account.

I received payment for Simeon Delos Santos in the same case; thank you.

Cecille

**CECILLE A. FLORES**

Certified Shorthand Reporter ● Suite 2E, Jugo Building, 618 Route 8 Barrigada, Guam 96913
Telephone Number: 734-1041 ● Fax Number: 734-1045

Date: October 23, 2004

Bill to:

Mr. Robert J. O'Connor, Esq.
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 1969
Saipan, MP 96950

**Case Caption: In Re: S. J. Gargrave Syndicate at Lloyds vs. Black Construction Corporation, Winzler & Kelly, and Engineering Management & Planning Services Coporation ; Civil Case NO, CV03-00009**

| Date: | Proceedings: | Total Pages: |
|-------|-------------|--------------|
| 09-23-04 | JURGEN H.W. UNTERBERG | 48 |

| CHARGES: | |
|----------|--|
| 1 Original at $3.00 pp | ---- |
| 1 Copy at 2.00 pp | $96.00 |
| Reporter's Fee ($100 half day/$175 Sundays) | ---- |
| Cancellation Fee ($100 half-day) if less than 24-hr notice) | ---- |
| Writing Time ($50 per hour if not transcribed) | ---- |
| ASCII disk ($5) | ---- |
| All-Word Index | ---- |
| Condensed Transcript | ---- |
| Tape Dubbing ($10 per tape x 00) | ---- |
| Shipping and Handling | $10.00 |
| Binder (0) | ---- |
| Exhibit Charges ($.10 pp x 00 pgs/ $1 x 00 Colored) | ---- |
| Total: | $106.00 |

Total: $ 96.— *caf*

Payable Upon Receipt
2% per month on unpaid balance after thirty (30) days

CERTIFIED TRUE AND CORRECT:

*Cecille A. Flores*

**CECILLE A. FLORES, CSR**

# DHL
EXPRESS

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only
**Shipment Air Waybill** – (Non-negotiable)

**830 4931 154**

| ORIGIN | DESTINATION CODE |
|---|---|

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☑ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Cash
☐ Check
☐ Credit Card
☐ Yes Declared Value for Carriage (in US $)

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number

Contact Name

Shipper's Reference (up to 35 characters)

Company Name

Address

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**3 To (Receiver)**

Company Name

Contact Name

Delivery Address DHL Cannot Deliver to a PO Box

Country

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**4 Shipment Details**

| Total Number of Packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Dimensions (in inches) Length Width Height |
|---|---|---|---|
| | | @ | x x |
| | lbs | @ | x x |
| | | @ | x x |

**5 Full Description of Contents**
Give Content and Quantity DHL Does Not Transport Cash

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No/Symbol (if applicable)   Receivers VAT/GST or Shipper's EIN/SSN

Value for Customs (in US $)
(as on Commercial/Pro Forma Invoice)

Schedule B Number / Harmonized Code (if applicable)

TYPE OF EXPORT   ☐ Permanent   ☐ Repair/Return   ☐ Temporary
Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver   ☐ Shipper   ☐ Other
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)                          Date

**8 Products & Services**

DOMESTIC EXPRESS
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other

WORLDWIDE EXPRESS
☐ Intl Express Envelope
☐ Dutiable   ☐ Other

Service Options (extra charge may apply)
☐ Saturday Delivery   ☐ Special Pickup
☐ Hold For Pickup   ☐ Delivery Notification

Not all products or service options are available to/from all locations.

GLOBAL MAIL
☐ Priority
☐ Standard
☐ IPA
☐ ISAL
☐ DamRisk

DIMENSIONAL/CHARGEABLE WEIGHT

| SERVICES | CHARGES |
|---|---|
| | |

Drop Box #          TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type          Expires
Auth.

PICKED UP BY

Route No.          Date

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4894

101-501/1214
79

DATE   June 13, 2005

PAY TO THE
ORDER OF_____ \*\*\*Cecilia F. Flores\*\*\* _____ **$** 39.00

\*\*\*Thirty Nine Only\*\*\* _____ **DOLLARS**

**᠕h Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

ng fee

NON-NEGOTIABLE

⑈004894⑈ ⑆121405018⑈ 0079⑈009229⑈

CONNOR BERMAN DOTTS & BANES
AIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| /13/05 | 4894  Deposition Copying fee | 39.00 |
|  | 2003-08 Winzler & Kelly   # 20619           39.00 |  |

NON-NEGOTIABLE

# CECILIA F. FLORES

INVOICE 0047-05

Freelance Stenotype Reporter ● 225 Puti Tai Nobio Street ● Barrigada Heights, Guam 96913
Telephone Number: 632-0727 ● Fax Number: 632-5353

*6/13/05*

*Emma —*

*Pay.*

*— Rce*

Date: May 26, 2005

Bill to:

Robert J. O'Connor, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 1969
Saipan, MP 96950

| Case Caption: In Re: S.J. Gargrave Syndicate at Lloyds vs. Black Construction Corporation, et al., Civil Case No. 03-00009, District Court of Guam | | |
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| 9/23/04 | DEPOSITION OF JOSELITO GUTIERREZ | 34 |
| | **Total Pages** | 34 |

| CHARGES: | |
|---|---|
| 1 Original at $3.00 per page | |
| 1 Copy at $1.00 per page (reduced rate)<br>Reporter's Sitting Fee<br>Exhibits .10 x | $34.00 |
| Postage & Handling | $5.00 |
| Total Amount Due: | $39.00 |

**Payable Upon Receipt**
**2% per month on unpaid balance after thirty (30) days**

CERTIFIED TRUE AND CORRECT

*Cecilia F. Flores*

**CECILIA F. FLORES**

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4807

101-501/1214
79

DATE ___May 20, 2005___

PAY TO THE
ORDER OF ___***Depo Resources***___                              $ ___786.65___

___***Seven Hundred Eighty Six & 65/100 Only***___              **DOLLARS**

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96960

Depo Transcript

NON-NEGOTIABLE

⑆004807⑆ ⑆121405018⑆ 0079⑈009229⑆

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/20/05 | 4807  Depo Transcript | 786.65 |
| | 2003-08  Winzler & Kelly | |
| | Depo - Albert H. TaiTsui | 142.80 |
| | Depo - Dean Gillham | 520.30 |
| | Depo - Kenneth W. Collard | 123.55 |
| | Total | 786.65 |

#19244

NON-NEGOTIABLE

**Depo Resources**
**#49 Anacoco Lane**
**Nimitz Hill Estates**
**Piti. Guam 96915**

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 04/28/'05 | 0207 |



RECEIVED
APR 2 8 2005
BERMAN O'CONNOR
MANN & SHKLOV

ORIGINAL

**BILL TO**

O'CONNOR, BERMAN, DOTTS & BANES
Robert J. O'Connor, Attorney-At-Law
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, GU. 96910

| ORDERED BY | TERMS | CASE NUMBER |
|------------|-------|-------------|
| R. O'Connor | Due on receipt | CV03-00009 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DEPOSITION OF ALBERT H. TSUTSUI, 4/25/05 | | | |
| Deposition Pages - Document Copy | 74 | 1.75 | 129.50 |
| Exhibit File Pages | 6 | 0.55 | 3.30 |
| Deposition Binding | 1 | 10.00 | 10.00 |
| | | | |
| DEPOSITION OF DEAN GILLHAM, 4/25/05 | | | |
| Deposition Pages - Document Copy | 78 | 1.75 | 136.50 |
| Deposition Pages - Expedited Premium | 78 | 4.75 | 370.50 |
| Exhibit File Pages | 6 | 0.55 | 3.30 |
| Deposition Binding | 1 | 10.00 | 10.00 |
| | | | |
| DEPOSITION OF KENNETH W. COLLARD, JR., 4/26/05 | | | |
| Deposition Pages - Document Copy | 63 | 1.75 | 110.25 |
| Exhibit File Pages | 6 | 0.55 | 3.30 |
| Deposition Binding | 1 | 10.00 | 10.00 |

*Wek pay!.*
*Depo Transcript*
*Invoice*

S.J. GARGRAVE SYNDICATE AT LLOYDS
vs.
BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY,
and ENGINEERING MANAGEMENT & PLANNING SERVICES
CORPORATION

| It's been a pleasure working with you! Please remit payment to above address | **Total** | $786.65 |
|---|---|---|

# EXHIBIT "B"

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3205

101-501/1214

DATE   March 16, 2004

PAY TO THE
ORDER OF   ***World Tour & Travel***                                  $   5,772.76

***Five Thousand Seven Hundred Seventy Two & 76/100***                    DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Airfare of ROC (spn-guam-texas-la-saipan)

NON NEGOTIABLE

⑈003205⑈ ⑆121405018⑆ 0079⑈009225⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY, NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/16/04 | 3205 | Airfare of ROC (spn-guam-texas-la-saipan) 2003-08 Winzler & Kelly | 5,772.76 |

---

**WORLD TOUR & TRAVEL**
WORLD TOUR & TRAVEL
PPP-305, Box 10000, Saipan, MP 96950
Tel: (670) 233-3600/3700/3800 · Fax: (670) 233-3900

51366

**RECEIPT**     Date: 03/16 20 04

RECEIVED FROM   OCONNOR BERMAN'S DOTTS

THE SUM   FIVE THOUSAND SEVEN HUNDRED SEVENTY TWO 76/100   DOLLARS $ 5772.76

FOR   461673/0516712 71366-67

AMT. OF ACC
T. PAID          CASH
BALANCE DUE      CHECK

Thank You

By _____
I agree to pay $100.00 charge for every return check from bank.
$25.00 refund charge per ticket.

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

```
......................30757
10/31/03                    Inna
Airfare-Phoenix to LA; LA to    2003-08         Qty    Amount
Phoenix.                        $Airfare          1    258.00        258.00

                            BILLED: #29358
```

```
......................30798
10/31/03                    Emma
Fax/Phonebills              2003-08              Qty    Amount
                            $Fax/Phonebills       1     83.63        83.63

                            BILLED: #29358
```

```
......................31050
11/19/03                    Emma
Deposition charges-Cecille  2003-08              Qty    Amount
Flores                      $Adjustment           1    202.00        202.00

        DoH  11-2727
                            BILLED: #29358
```

```
......................31367
11/30/03                    Emma
Fax/Phonebills              2003-08              Qty    Amount
                            $Fax/Phonebills       1     71.50        71.50

                            BILLED: #29358
```

```
......................31811
12/10/03                    Emma
DHL                         2003-08              Qty    Amount
                            $DHL                  1      4.88          4.88
```

```
......................32350
11/30/03                    Emma
TNI Charges - November      2003-08              Qty    Amount
                            $Fax/Phonebills       1      1.82          1.82

                            BILLED: #29358
```

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3576

DATE ___June 9, 2004___   101-501/1214
                                    79

PAY TO THE
ORDER OF __***American Express***__                          $ | 4,239.77 |

***Four Thousand Two Hundred Thirty Nine & 77/100***

_____ DOLLARS

**ıh Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Acct#3713-822267-62004/Robert J. O'Conner

NON-NEGOTIABLE

⑈003576⑈ ⑈121405018⑈ 0079⑈009229⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 06/09/04 | 3576 | Acct#3713-822267-62004/Robert J. O'Conner   Did 6/27/04 | 4,239.77 |

NON-NEGOTIABLE

Prepared For:
ROBERT J O'CONNOR

Amount $

## New Activity Continued

| Date | Description | | Amount $ |
|---|---|---|---|
| | | | 30.00 |
| 05/01/04 | BESTSELLER SAIPAN  SAIPAN 96926    MP | | |
| | BOOKS/SUPPLIES/GIFTS | | 1,459.60 |

| 05/06/04 | CONTINENTAL AIRLINES SAIPAN      PC | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| LOS ANGELES CA | PHILADELPHIA PA | UA | QC |
| | NEWARK NJ | CO | UH |
| | LONDON HEATHROW UK | EI | HX |
| | WASHINGTON NAT'L D | | |

Date of Departure: 06/14

Ticket Number: 00533871255710
Passenger Name: OCONNOR/KALLIE ANN M
Document Type: SPECIAL SERVICE TICKET

*La → Phl*
*w/k*
*(also DC → LA*

1,586.60

| 05/06/04 | CONTINENTAL AIRLINES SAIPAN      PC | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| LOS ANGELES CA | PHILADELPHIA PA | UA | QA |
| | NEWARK NJ | CO | UH |
| | LONDON HEATHROW UK | EI | HX |
| | WASHINGTON NAT'L D | | |

Date of Departure: 06/14

Ticket Number: 00533871255730
Passenger Name: OCONNOR/ROBERT MR
Document Type: SPECIAL SERVICE TICKET

*$374*
*Winzler ; Kelly*

138.80

| 05/07/04 | WORLD TOUR AND TRAVES SAIPAN 96950    MP | | |
| | TOURS/TICKETS | *additional* | 70.00 |
| 05/08/04 | MING PALACE CHINESE SAIPAN 96950    MP | | |
| | RESTAURANT | | |
| | FOOD-BEV | 70.00 | 523.39 |
| 05/09/04 | PAYLESS SUPER MARKET SAIPAN 96950    MP | | |
| | GROCERY STORE | | 21.95 |
| 05/12/04 | AT&T WORLDNET SERVIC800 4001447 | | |
| | Telecommunication Servi | | 38.00 |
| 05/15/04 | CMG SAN JOSE MOBIL SSAIPAN 96950    MP | | |
| | SVC STATION | | 166.00 |
| 05/16/04 | RUSSIAN ROULETTE   SAIPAN       MP | | |
| | RUSSIAN ROULETTE | | 21.58 |
| 05/19/04 | TONY ROMA'S (GARAPANSAIPAN       MP | | |
| | FOOD/BEVERAGE | | |
| | FOOD/BEV | 21.58 | |

| | New Charges | 4,239.77 |
| **Total of New Activity** | Payments/Credits | -55,113.91 |

2580.49 - ROC    # 37643
1658.78 - W&K

| 1,459.60 | 46 ⁴/₈ |
| 1,586.60 | 52 ⁹/₈ |
| 3,046.20 | |

178.80
X 52 ⁹/₈
72.16 + 1,586.60
= 1,658.78

11345  R054793A  02575

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ........................27370 | | Emma | | | |
| 8/9/04 | | 2003-08 | Qty | Amount | |
| Copying fee | | $Adjustment | 1 | 228.25 | 228.25 |
| | | BILLED: #32159 | | | |
| ........................27457 | | Emma | | | |
| 7/31/04 | | 2003-08 | Qty | Amount | |
| TNI charges - July | | $Adjustment | 1 | 8.02 | 8.02 |
| | | BILLED: #32034 | | | |
| ........................27517 | | Inna | | | |
| 6/9/04 | | 2003-08 | Qty | Amount | |
| Airfare-Washington DC to Los<br>Angeles. | | $Airfare | 1 | 714.00 | 714.00 |
| | | BILLED: #31888 | | | |
| ........................27709 | | Emma | | | |
| 8/13/04 | | 2003-08 | Qty | Amount | |
| Deposition Costs for Frank<br>Dennis | | $Depo. Cost | 1 | 1044.21 | 1044.21 |
| | | BILLED: #32159 | | | |
| ........................28121 | | Emma | | | |
| 8/31/04 | | 2003-08 | Qty | Amount | |
| Xerox Charges | | $Xerox Charges | 1 | 76.95 | 76.95 |
| | | BILLED: #32159 | | | |
| ........................28189 | | Emma | | | |
| 8/31/04 | | 2003-08 | Qty | Amount | |
| Fax/Phonebills | | $Fax/Phonebills | 1 | 98.50 | 98.50 |
| | | BILLED: #32159 | | | |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3675

DATE_____ July 8, 2004 _____

101-501/1214
79

PAY TO THE ***American Express***
ORDER OF_____ $ [    ]

***Two Thousand Seven Hundred Forty Seven & 72/100***

DOLLARS

**Bank of Hawaii**

☐ MARIANAS INT'L TRAVEL AGENCY
Saipan      Tel. (670) 234-7886/7888

AMERICAN
EXPRESS

**ACKNOWLEDGEMENT RECEIPT**

NO.   322264

-NEGOTIABLE

| PAYMENT FOR FOLLOWING ACCOUNT (S) : | | | |
|---|---|---|---|
| NAME  Robert J O'Connor | | | AMOUNT |
| ACCOUNT NO.  3713 - 832267 - 62004 | | | 2,747.72 |
| CURRENCY  US | AMOUNT  2,747.72 | | |
| AMOUNT IN WORDS  Two Thousand seven hundred fifty seven + 72/100 | | | |
| FORM OF PAYMENT/REMARKS  Ck # 3675 | | | |
| COLLECTOR'S SIGNATURE | DATE 7/8/04 | CASHIERS : | DATE |

NOTE : This is not a Receipt for cash (in whatever currency) payment.

V06SF97150N

I-NEGOTIABLE

Prepared For
ROBERT J O'CONNOR
Account Number
XXXX-XXXXX7-62004
Closing Date
07/24/04
Page 3 of 5

## New Activity Continued

| Date | Description | | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 06/25/04 | FACCIA LUNA TRATTORIALEXANDRIA VA<br>01 FOOD AND BEVERAGE | | | 20.00 |
| 06/27/04 | CHART HS. ALEXANDRIAALEXANDRIA VA<br>01 FOOD AND BEVERAGE<br>FOOD/BEV<br>TIP | 47.06<br>7.00 | | 54.06 |
| 06/29/04 | 7501 RICHMOND HWY ALEXANDRIA VA<br>TEXACO<br>91002591136182254023647 | | | 13.99 |
| 06/30/04 | THRIFTY CAR RENTAL LOS ANGELES CA<br>CAR RENTAL | | | 23.50 |
| 06/30/04 | THRIFTY CAR RENTAL DCA Airport VA<br>Location ... Date<br>Rental: DCA AIRPORT VA 06/24/04<br>Return: DCA AIRPORT VA 06/29/04<br>Agreement Number: FW0493006<br>Renter Name: OCONNOR<br>Reference Number: FW049300 | | | 126.27 |
| 07/01/04 | VONS OJAI CA<br>GROCERIES/SUNDRIES | | | 105.90 |
| 07/02/04 | OJAI VALLEY RESORT &OJAI CA<br>GIFT SHOP | | | 52.00 |
| 07/02/04 | UNICORN GARDENS MAIN STREET<br>REPUBLIC OF IRELAND<br>GOODS AND SERVICES | | 33.80<br>European Union<br>Euro | 42.03 |
| 07/03/04 | PROVENCE CAFE SANTA MONICA CA<br>RESTAURANT<br>FOOD/BEV<br>TIP | 73.82<br>10.00 | | 83.82 |
| 07/08/04 | OJAI TABLE OF CONTENOJAI CA<br>BOOK STORE | | | 23.54 |
| 07/09/04 | CONTINENTAL AIRLINES HOUSTON TX<br>From: To: Carrier: Class:<br>LOS ANGELES CA HONOLULU HI CO Y<br>GUAM ISLAND MARIAN CO D<br>SAIPAN MARIANA IS CO D<br>Ticket Number: 00521848910251<br>Passenger Name: OCONNOR/ROBERTJMR<br>Document Type: PASSENGER TICKET<br>Date of Departure: 07/20 | | | 1,904.74 |
| 07/10/04 | OFFICEMAX, INC. 0542OXNARD CA<br>OFFICE SUPPLIES 93030 | | | 287.39 |
| 07/10/04 | 335SEARS ROEBUCK VENTURA CA<br>93023<br>REFRIGERATORS/FREEZERS<br>GENERAL MERCHANDISE | | | 604.69 |
| 07/12/04 | UNITED AIRLINES CHICAGO IL<br>From: To: Carrier: Class:<br>SANTA BARBARA CA SAN FRANCISCO CA UA BU<br>SANTA BARBARA CA UA BU<br>Ticket Number: 01621122445061<br>Passenger Name: OCONNOR/ROBERT MR<br>Document Type: PASSENGER TICKET<br>Date of Departure: 07/14 | | | 660.20 |
| 07/12/04 | AT&T WORLDNET SERVIC800 4001447<br>0000000000000000007920 | | | 21.95 |
| 07/21/04 | THRIFTY CAR RENTAL LOS ANGELES CA<br>CAR RENTAL | | | 22.89 |

*Handwritten annotations: "have law firm pay and charge to Winzler & Kelly" (near 1,904.74); "#33665"; "#33666"; "Law firm →" (near 21.95)*

Continued on reverse

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4907

101-501/1214
79

DATE ___ June 17, 2005 ___

PAY TO THE
ORDER OF ___ ***American Express*** ___ $ | 33,384.03 |

***Thirty Three Thousand Three Hundred Eighty Four & 3/100 Only*** DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96960

Account No. 3713-832267-62004 R O'Connor

NON-NEGOTIABLE

⑆004907⑆ ⑈121405018⑈ 0079⑈009229⑆

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17/05 | 4907  Account No. 3713-832267-62004 R O'Connor | 33,384.03 |
| | 2003-08  W & K | 6,635.03  #20630 |
| | 2003-11  W & K | 199.96  205.96  20631 |
| | Bob  Dod 7/1/05 | 916.23 |
| | BGRJ | 25,624.91 |

NON-NEGOTIABLE

Prepared For
**ROBERT J O'CONNOR**

Account Number
3713-832267-62004

Closing Date
05/23/05

884,987
**Membership Rewards®
Points Available**
at 03/31/05, when charges due are paid in
full and all accounts are in good standing.

Page 1 of 6

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 140,212.27 | -140,212.27 | 33,384.03 | 33,384.03 |

**Please Pay By**
06/07/05
Please refer to page 2
for important information
regarding your account

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

## Book Your Vacation with Platinum Destinations® Vacations

For a world of travel adventure, look to Platinum Destinations Vacations. The eleven partners will help you create one-of-a-kind, personalized vacations. Whether your ideal travel experience is a family get-together or a romantic getaway, laid-back beach bumming or non stop adventure-look to these travel specialists to create the vacation of a lifetime, and earn up to 25,000 Membership Rewards® bonus points. Reserve your vacation today through Platinum Travel Service at **1-800-443-7672.** Program terms and conditions apply. For full program information, visit www.americanexpress.com/platinum.

## Activity  *Indicates posting date

** Foreign Currency conversion rate
is base rate plus 2%. See page 2 for details.

**New Activity for ROBERT J O'CONNOR**
Card XXXX-XXXXX7-62004

Foreign Spending                                          Amount $

| Date | Description | | Amount $ |
|---|---|---|---|
| 05/06/05* | PAYMENT RECEIVED - THANK YOU | | -99,999.00 |
| 05/06/05* | PAYMENT RECEIVED - THANK YOU | | -39,834.31 |
| 05/06/05* | PAYMENT RECEIVED - THANK YOU | | -378.96 |
| 04/22/05 | CONTINENTAL AIRLINES SAIPAN    PC | | 4,910.65 |

From:
GUAM ISLAND MARIAN

To:
HONOLULU HI
SAN FRANCISCO CA
SANTA BARBARA CA
GUAM ISLAND MARIAN

Carrier
CO
CO
UA

Class
J
J
YU

Ticket Number: 00522225984240
Passenger Name: OCONNOR/ROBERT MR
Document Type: SPECIAL SERVICE TICKET

Date of Departure: 05/09

↓ *Please fold on the perforation below, detach and return with your payment* ↓

*Continued on Page 3*

# EXHIBIT "C"

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3419

DATE  May 7, 2004

101-501/1214
79

PAY TO THE
ORDER OF   ***American Express***

$  55,113.91

***Fifty Five Thousand One Hundred Thirteen & 91/100***                    DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Acct#3713-832267-62004/Robert J. O'Connor

NON-NEGOTIABLE

⑆003419⑆ ⑈121405018⑈ 0079⑈009229⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | | AMOUNT |
|------|------|-------------|------|--------|
| 05/07/04 | 3419 | Acct#3713-832267-62004/Robert J. O'Connor | | 55,113.91 |
| | | 2003-08 Winzler & Kelly | 608.69 | |
| | | charged to ROC partner's draw | 54,505.22 | |
| | | Total | 55,113.91 | |

#32961
Ded 5/22/04

NON-NEGOTIABLE

703,166
Membership Rewards®
Points Available
at 02/29/04, when charges due are paid in
full and all accounts are in good standing

Prepared For
**ROBERT J O'CONNOR**

| Account Number | Closing Date | |
|---|---|---|
| 3713-832267-62004 | 04/23/04 | Page 1 of 6 |

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 1,451.11 | -1,451.11 | 55,113.91 | 55,113.91 |

**Please Pay By**
**05/08/04**
Please refer to page 2
for important information
regarding your account

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

### Platinum Travel Service - Customized Travel Planning

When you need to make travel plans, know that you can rely on Platinum Travel Service (PTS) --a full-service travel agency dedicated to handling all of your travel needs. PTS is accessible with a toll-free telephone call from anywhere in the world. Our experienced and resourceful travel counselors are ready to help with every detail of your personal or business travel arrangements. And, when you book your reservations through PTS, you can also receive complimentary upgrades and amenities exclusively for Platinum Card® members to make your trip just that much more enjoyable. Call PTS today at **1-800-443-7672** to take advantage of this special Platinum Card member benefit.

## Activity    * Indicates posting date

**New Activity for ROBERT J O'CONNOR**
Card XXXX-XXXXX7-62004

| | | | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 04/12/04* | PAYMENT RECEIVED - THANK YOU | | | -692.08 |
| 04/12/04* | PAYMENT RECEIVED - THANK YOU | | | -759.03 |
| 03/22/04 | NICK & SAM'S STEAKHO DALLAS | TX | | 180.00 |
| | RESTAURANT FOOD AND BEV | | | |
| | FOOD/BEV | 157.84 | | |
| | TIP | 22.16 | | |
| 03/24/04 | HOLIDAY INNS-ARISTOC DALLAS | TX | | 162.65 |
| | LODGING | | | |

w v w k

⬥ Please fold on the perforation below, detach and return with your payment ⬥

Continued on Page 3

Case 1:03-cv-00009    Document 444-4    Filed 12/12/2005    Page 7 of 18

AMERICAN EXPRESS
Prepared For
ROBERT J O'CONNOR

Account Number
XXXX-XXXXX7-62004

Closing Date
04/23/04

Page 3 of 6

## New Activity Continued

| | | Foreign Spending | Amount $ |
|---|---|---|---|
| 03/25/04 | RESIDENCE INN 428  TEMPE  AZ | wvwe | 446.04 |
| | Arrival Date          Departure Date | | |
| | 03/23/04              03/25/04 | | |
| | LODGING | | |
| 03/25/04 | CLUB BABALU      SANTA MONICA   CA | | 118.17 |
| | FOOD/BEVERAGE | | |
| | FOOD                          103.17 | | |
| | TIP                              15.00 | | |
| 03/25/04 | HMSHOST-PHX-AIRPT #6Phoenix    AZ | | 91.89 |
| | GENERAL MERCHANDISE | | |
| 03/27/04 | SUNGLASS HUT  019106VENTURA    CA | | 245.59 |
| | SPECIALTY RT | | |
| 03/30/04 | THRIFTY CAR RENTAL LOS ANGELES    CA | | 108.90 |
| | CAR RENTAL | | |
| 03/31/04 | COFFEE CARE    SAIPAN MP    MP | | 22.15 |
| | RESTAURANT | | |
| | FOOD-BEV                      20.15 | | |
| | WAITER                          2.00 | | |
| 04/01/04 | CONTINENTAL AIRLINES HOUSTON    TX | | 20.10 |
| | From:              To:                Carrier:     Class: | | |
| | SAIPAN MARIANA IS    GUAM ISLAND MARIAN   CO        CS | | |
| | HONOLULU HI        CO        CS | | |
| | LOS ANGELES CA     CO        CS | | |
| | HONOLULU HI        CO        CS | | |
| | Ticket Number: 00521815342635    Date of Departure: 10/21 | | |
| | Passenger Name: OCONNOR/ROBERTJ | | |
| | Document Type: PASSENGER TICKET | | |
| 04/01/04 | CONTINENTAL AIRLINES HOUSTON    TX | | 20.10 |
| | From:              To:                Carrier:     Class: | | |
| | SAIPAN MARIANA IS    GUAM ISLAND MARIAN   CO        CS | | |
| | HONOLULU HI        CO        CS | | |
| | LOS ANGELES CA     CO        CS | | |
| | HONOLULU HI        CO        CS | | |
| | Ticket Number: 00521815342650    Date of Departure: 10/21 | | |
| | Passenger Name: OCONNOR/KALLIEANNMS | | |
| | Document Type: PASSENGER TICKET | | |
| /04 | TONY ROMA'S (GARAPANSAIPAN    MP | | 26.07 |
| | FOOD/BEVERAGE | | |
| | FOOD/BEV                      26.07 | | |
| 04/09/04 | HYATT MIYAKO RESTAURSAIPAN 96950    MP | | 38.50 |
| | FOOD/BEVERAGE | | |
| | FOOD-BEV                      38.50 | | |
| 04/11/04 | HYATT-GIOVANNY/TEPPASAIPAN 96950    MP | | 90.30 |
| | RESTAURANT | | |
| | FOOD-BEV                      90.30 | | |
| 04/12/04 | AT&T WORLDNET SERVIC800 4001447 | | 21.95 |
| | Telecommunication Servi | | |
| 04/14/04 | PENA HOUSE FASHN DESSAIPAN 96950    MP | | 43.00 |
| | MEN'S/WOMEN'S CLOTHING | | |
| 04/15/04 | CNMI REVENUE & TAXATSAIPAN    MP | Boo | 53,340.00 |
| | CNMI REVENUE & TAXAT | | |
| 04/18/04* | MAKATI SHANGRI-LA HOTEL & RESO MAKATI CITY | | 13.60 |
| | REF# 8037767411020924425243604/18/04 | | |
| 04/18/04 | IVORY MUSIC LOUNGE & REST | 4,120.00 | 75.40 |
| | RESTAURANT SERVICES | Philippine Pesos | |

have office pay fine pastdue
salary

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

```
. . . . . . . . . . . . . . . . . . . . . .30103
 11/3/03                        Emma
Copying Fee-Klemm Blair &       2003-08              Qty    Amount
Sterling                        $Adjustment            1     50.90      50.90

                                BILLED: #29358


. . . . . . . . . . . . . . . . . . . . . .30151
10/28/03                        Emma
DHL                             2003-08              Qty    Amount
                                $DHL                   1     46.34      46.34

                                BILLED: #29358


. . . . . . . . . . . . . . . . . . . . . .30173
10/31/03                        Inna
Car Rental-Phoenix              2003-08              Qty    Amount
                                $Car Rental            1     35.00      35.00

                                BILLED: #29358


. . . . . . . . . . . . . . . . . . . . . .30569
 11/3/03                        Emma
Westlaw charges - October       2003-08              Qty    Amount
                                $Adjustment            1     58.17      58.17

                                BILLED: #29358


. . . . . . . . . . . . . . . . . . . . . .30573
10/31/03                        Emma
Xerox Charges                   2003-08              Qty    Amount
                                $Xerox Charges         1    162.45     162.45

                                BILLED: #29358


. . . . . . . . . . . . . . . . . . . . . .30689
10/31/03                        Emma
Word Processing-October &       2003-08              Qty    Amount
November                        $WordProcessing        1    800.25     800.25

                                BILLED: #29358
```

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3675

DATE _____ July 8, 2004 _____

101-501/1214
79

PAY TO THE ***American Express***
ORDER OF _____  $ [____]

***Two Thousand Seven Hundred Forty Seven & 72/100***

DOLLARS

**Bank of Hawaii**

AMERICAN EXPRESS ☐ **MARIANAS INT'L TRAVEL AGENCY**
Saipan      Tel. (670) 234-7886/7888

**ACKNOWLEDGEMENT RECEIPT**

NO. 322264

-NEGOTIABLE

| PAYMENT FOR FOLLOWING ACCOUNT (S) : | | AMOUNT |
|---|---|---|
| NAME  Robert J O'Connor | | 2,747.72 |
| ACCOUNT NO. 3713 - 832267 - 62004 | | |
| CURRENCY  US | AMOUNT  2,747.72 | |
| AMOUNT IN WORDS  Two Thousand seven hundred forty seven + 72/100 | | |
| FORM OF PAYMENT/REMARKS  CK# 3675 | | |
| COLLECTOR'S SIGNATURE | DATE 7/8/04 | CASHIERS : | DATE |

NOTE : This is not a Receipt for cash (in whatever currency) payment.

V068F97150M

I-NEGOTIABLE

## New Activity Continued

| | | Foreign Spending | Amount $ |
|---|---|---|---|
| 06/06/04 | VONS          OJAI          CA<br>GROCERIES/SUNDRIES | | 136.38 |
| 06/06/04 | OJAI RESORT-OAK CAFEOJAI          CA<br>RESTAURANT FOOD AND BEV<br>FOOD/BEV                          30.03<br>TIP                                   5.00 | | 35.03 |
| 06/10/04 | MACY'S 37 SANTA BARBSANTA BARBARA     CA<br>MENS MOD CASUAL PANTS<br>Description<br>MENS MODERATE D | | 70.02 |
| 06/10/04 | MACY'S 37 SANTA BARBSANTA BARBARA     CA<br>MENS HOSIERY<br>Description<br>MENS UNDERWEAR | | 78.39 |
| 06/10/04 | MACY'S 37 SANTA BARBSANTA BARBARA     CA<br>MENS BETTER SHOES<br>Description<br>MENS MODERATE S | | 118.50 |
| 06/10/04 | BROOKSTONE #296     SANTA BARBARA     CA<br>GENERAL MERCHANDISE | | 107.75 |
| 06/10/04 | NORDSTROM          SANTA BARBARA     CA<br>MENS FURNISHING | | 191.26 |
| 06/10/04 | NORDSTROM          SANTA BARBARA     CA<br>FASH PT/7-14 | | 162.59 |
| 06/10/04 | NORDSTROM          SANTA BARBARA     CA<br>KIDS SHOES | | 89.70 |
| 06/12/04 | AT&T WORLDNET SERVIC800 4001447<br>Telecommunication Servi | | 21.95 |
| 06/14/04 | CHEVRON 0090478     OJAI          CA<br>PAUL D. ROBIE<br>Description<br>L/MISCELLANEOUS | | 19.44 |
| 06/15/04 | THRIFTY CAR RENTAL LOS ANGELES     CA<br>CAR RENTAL | | 125.07 |
| 06/__/04 | AMTRAK          PHILADELPHIA PA<br>From:                    To:<br>PHILADELPHIA 30,PA     NEWARK AIRPORT ,NJ<br>Ticket Number: 55445592726539<br>Passenger Name: OCONNOR/R<br>Document Type: VENDOR SALE     Carrier:          Class:<br>2V               YO<br>Date of Departure: 06/16 | | 121.00 |
| 06/17/04 | SHERATON RITTENHOUSEPHILADELPHIA     PA<br>Arrival Date          Departure Date<br>06/14/04               06/17/04<br>LODGING     No of Nights<br>3 | | 432.10 |
| 06/18/04* | MALONE CAR RENTAL 26 LOMBARD STREET<br>REPUBLIC OF IRELAND<br>GOODS AND SERVICES | European Union<br>Euro | 147.39 |
| 06/21/04 | WEST END THEATRE BOOKINGS LTD, HARROW<br>UNITED KINGDOM<br>Description          Price<br>TICKETS               115.40 | 115.40<br>Pounds Sterling | 216.20 |
| 06/21/04 | WEST END THEATRE BOOKINGS LTD, HARROW<br>UNITED KINGDOM<br>Description          Price<br>TICKETS               60.00 | 60.00<br>Pounds Sterling | 112.41 |

*Handwritten note near Sheraton entry:* Winzler & kelly 2 nights to W.& K. $ 288.07 #32664

Continued on reverse

@019

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP  96950-1969

3723

101-501/1214
79

DATE _July 26, 2004_

PAY TO THE
ORDER OF ___***Robert J. O'Connor***___ | $ | 185.00

___***One Hundred Eighty Five Only***___ _____ DOLLARS

**⌁h Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP  96950

Reimbursement of expenses-Trip to Hawaii

NON-NEGOTIABLE

⑇003723⑇  ⑇121405018⑇  0079⑇009229⑇

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP  96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/26/04 | 3723 | Reimbursement of expenses-Trip to Hawaii | 185.00 |
| | | 2003-08 Winzler & Kelly (taxi fare etc) 33256   170.00 | |
| | | Office/transpo & travel                                    15.00 | |
| | | Total                                                              185.00 | |

NON-NEGOTIABLE

7/26/04

Inna —

Pay me the following for taxis, etc. Bill as shown:

W;K — ~~$~~ airport to hotel; $25 hotel to airport; $25
hotel to law office ($5)
(Philadelphia)            Total: $55

~~Office~~

W;K — airport to hotel $25; hotel to
airport $25; hotel to deposition
and back $30.            Total: $80
(Honolulu)

W;K — airport to W;K office subway $5.00
Oakland to airport $5.00. total: $10
(San Francisco (Oakland). Parking
Ticket at airport in Santa Barbara: $25

office — Taxi from hotel to Shklar office
for Bank of Hawaii matter. $15

55 ⎫
80 ⎬ 170 — W; Kelly
10 ⎭
25
15   15 — office   TOTAL $185
—————
$185

Bob O'Connor

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4907

101-501/1214
79

DATE___June 17, 2005___

PAY TO THE
ORDER OF___ \*\*\*American Express \*\*\* ___  $  33,384.03

\*\*\*Thirty Three Thousand Three Hundred Eighty Four & 3/100 Only\*\*\* DOLLARS

**Ih Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Account No. 3713-832267-62004 R O'Connor

NON-NEGOTIABLE

⑈004907⑈ ⑆121405018⑆ 0079⑈009229⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17/05 | 4907 Account No. 3713-832267-62004 R O'Connor | 33,384.03 |
| | 2003-04 W & K | 6,635.03 $20630 |
| | 2003-11 W & K | 197.36 205.86 20631 |
| | Bob Dod 7/7/05 | 916.23 |
| | PGRJ | 25,626.91 |

NON-NEGOTIABLE

Prepared For
ROBERT J O'CONNOR

Account Number
XXXX-XXXXX7-62004

Closing Date
05/23/05

Page 3 of 6

## New Activity Continued

*Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.*

Foreign Spending

Amount $

| Date | Description | | Amount $ |
|------|-------------|---|----------|
| 04/23/05 | WORLD TOUR AND TRAVES SAIPAN 96950 MP<br>TOURS/TICKETS | WK | 243.25 |
| 04/25/05 | HYATT RGNCY GM AL DETUMON 96911 GU<br>RETAIL/LODGING | WK | 142.00 |
| 04/25/05 | BUDGET CAR RENTAL TAMUNING 96911 GU<br>AUTO RENTAL | WK | 107.80 |
| 04/26/05 | HYATT HOTELS TUMON 96913 GU<br>Arrival Date: 04/26/05 Departure Date: 04/26/05<br>LODGING | WK | 175.85 |
| 04/28/05 | CONTINENTAL AIRLINES SAIPAN PC<br>From: SAIPAN MARIANA IS To: GUAM ISLAND MARIAN<br>Carrier: CO CO Class: VO<br>Ticket Number: 00503238380471<br>Passenger Name: SENA/KATHRYNMS<br>Document Type: TICKET BY MAIL | WK | 35.00 |
| 04/__/05 | CONTINENTAL AIRLINES HOUSTON TX<br>From: SAIPAN MARIANA IS To: GUAM ISLAND MARIAN / DENPASAR BALI INDO / GUAM ISLAND MARIAN / SAIPAN MARIANA IS<br>Carrier: CO CO CO CO Class: YS YS YS YS<br>Ticket Number: 00521546277895<br>Passenger Name: SENA/KATHRYNMS<br>Document Type: PASSENGER TICKET<br>Date of Departure: 05/05 | Bob # Bob | 21.50 |
| 04/28/05 | CNMI REVENUE & TAXAT SAIPAN MP<br>CNMI REVENUE & TAXAT | OBDB PGRT | 25,626.91 |
| 05/08/05 | BALI HYATT HOTEL SANUR - BALI<br>33349892 ACCOMMODAT | 44,781.96 **Indonesian Rupiahs Bob | 480.96 |
| 05/08/05 | BALI GOLF & COUNTRY CLUB<br>34423413 | 14,839.01 **Indonesian Rupiahs Bob | 159.37 |
| 05/09/05 | MAX'S ON THE SQUARE 640 CA<br>FOOD/BEVERAGE<br>FOOD/BEV 17.85<br>TIP 2.50 | Wik | 20.35 |
| 05/__/05 | CONTINENTAL AIRLINES SAIPAN PC<br>From: SAIPAN MARIANA IS To: GUAM ISLAND MARIAN / SAIPAN MARIANA IS<br>Carrier: CO CO Class: KO KO<br>Ticket Number: 00522226035660<br>Passenger Name: OCONNOR/ROBERT MR<br>Document Type: SPECIAL SERVICE TICKET<br>Date of Departure: 06/04 | Royal achds | 197.36 |
| 05/12/05 | WORLD TOUR AND TRAVES SAIPAN 96950 MP<br>TOURS/TICKETS | | 8.50 |
| 05/12/05 | AT&T WORLDNET SERVIC 800 4001447<br>000000000000000007921 | Wik | 21.95 |
| 05/13/05 | MAXWELL HOTEL SAN FRANCISCO CA<br>LODGING CHARGES | Wik | 978.18 |
| 05/14/05 | BODEES RANCH OJAI CA<br>EATING PLACE RESTAURANT<br>FOOD-BEV 94.39<br>TIP 14.61 | Bob | 109.00 |

*Continued on reverse*

# EXHIBIT "D"

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

...........................27662
11/3/03                          Emma
Copying Fee-Klemm Blair &        2003-08                    Qty      Amount
Sterling                         $Adjustment                  1       50.90        50.90

                                 BILLED: #29358


...........................27707
10/28/03                         Emma
DHL                              2003-08                    Qty      Amount
                                 $DHL                         1       46.34        46.34

                                 BILLED: #29358


...........................27728
10/31/03                         Inna
Car Rental-Phoenix               2003-08                    Qty      Amount
                                 $Car Rental                  1       35.00        35.00

                                 BILLED: #29358


...........................28101
11/3/03                          Emma
Westlaw charges - October        2003-08                    Qty      Amount
                                 $Adjustment                  1       58.17        58.17

                                 BILLED: #29358


...........................28105
10/31/03                         Emma
Xerox Charges                    2003-08                    Qty      Amount
                                 $Xerox Charges               1      162.45       162.45

                                 BILLED: #29358


...........................28216
10/31/03                         Emma
Word Processing-October &        2003-08                    Qty      Amount
November                         $WordProcessing              1      800.25       800.25

                                 BILLED: #29358

For time:  s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|

........................21059

| 3/16/04 | | Emma | | | |
| Airfare of Robert O'Connor | | 2003-08 | Qty | Amount | |
| | | $Airfare | 1 | 5772.76 | 5772.76 |
| *BOH 3205* | | | | | |
| | | BILLED: #31021 | | | |

........................21327

| 3/31/04 | | Emma | | | |
| Xerox Charges | | 2003-08 | Qty | Amount | |
| | | $Xerox Charges | 1 | 758.25 | 758.25 |
| | | BILLED: #31021 | | | |

........................21496

| 3/31/04 | | Emma | | | |
| Fax/Phonebills | | 2003-08 | Qty | Amount | |
| | | $Fax/Phonebills | 1 | 303.00 | 303.00 |
| | | BILLED: #31021 | | | |

........................21548

| 3/31/04 | | Emma | | | |
| Mileage | | 2003-08 | Qty | Amount | |
| | | $Mileage | 1 | 1.10 | 1.10 |
| | | BILLED: #31021 | | | |

........................21637

| 3/31/04 | | Emma | | | |
| Word Processing | | 2003-08 | Qty | Amount | |
| | | $WordProcessing | 1 | 403.50 | 403.50 |
| | | BILLED: #31021 | | | |

........................21726

| 4/7/04 | | Emma | | | |
| Car Rental    *BOH 3287* | | 2003-08 | Qty | Amount | |
| | | $Car Rental | 1 | 50.00 | 50.00 |
| | | BILLED: #31021 | | | |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

```
.....................26895
```
7/16/04
Airfare-Santa Barbara to San
Francisco (roundtrip)

CK 3197

| | | Inna 2003-08 $Airfare | Qty 1 | Amount 660.20 | 660.20 |
|---|---|---|---|---|---|

BILLED: #32034

```
.....................26917
```
7/31/04
Fax/Phonebills

| | | Emma 2003-08 $Fax/Phonebills | Qty 1 | Amount 413.50 | 413.50 |
|---|---|---|---|---|---|

BILLED: #32034

```
.....................27015
```
7/31/04
Word Processing

| | | Emma 2003-08 $WordProcessing | Qty 1 | Amount 132.75 | 132.75 |
|---|---|---|---|---|---|

BILLED: #32034

```
.....................27070
```
7/31/04
Xerox Charges

| | | Emma 2003-08 $Xerox Charges | Qty 1 | Amount 283.50 | 283.50 |
|---|---|---|---|---|---|

BILLED: #32034

```
.....................27127
```
7/31/04
Mileage

| | | Emma 2003-08 $Mileage | Qty 1 | Amount 1.65 | 1.65 |
|---|---|---|---|---|---|

BILLED: #32034

```
.....................27359
```
8/11/04
MCI charges - June

| | | Emma 2003-08 $Adjustment | Qty 1 | Amount 45.64 | 45.64 |
|---|---|---|---|---|---|

BILLED: #32159

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ........................28264 | | | | | |
| 8/31/04<br>Mileage | | Emma<br>2003-08<br>$Mileage | Qty<br>1 | Amount<br>1.10 | 1.10 |
| | | BILLED: #32159 | | | |
| ........................28277 | | | | | |
| 8/31/04<br>Postage | | Emma<br>2003-08<br>$Postage | Qty<br>1 | Amount<br>3.78 | 3.78 |
| | | BILLED: #32159 | | | |
| ........................28348 | | | | | |
| 8/31/04<br>Professional Fees - Esquire<br>Deposition Services (BOH3851) | | Emma<br>2003-08<br>$Prof. Fees | Qty<br>1 | Amount<br>649.55 | 649.55 |
| | | BILLED: #32159 | | | |
| ........................28653 | | | | | |
| 8/31/04<br>Word Processing | | Emma<br>2003-08<br>$WordProcessing | Qty<br>1 | Amount<br>277.50 | 277.50 |
| | | BILLED: #32159 | | | |
| ........................28859 | | | | | |
| 9/13/04<br>Xerox Charges. | | Kio<br>2003-08<br>$Xerox Charges | Qty<br>61 | Amount<br>0.45 | 27.45 |
| | | BILLED: #32559 | | | |
| ........................29045 | | | | | |
| 9/15/04<br>Xerox Charges - EMPSCO<br>documents for Guam<br>deposition. | | Kio<br>2003-08<br>$Xerox Charges | Qty<br>284 | Amount<br>0.45 | 127.80 |
| | | BILLED: #32559 | | | |

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................29057 9/17/04 Xerox Charges - for Guam depositions in Sep/20-22/04. | | Kio 2003-08 $Xerox Charges | Qty 92 | Amount 0.45 | 41.40 |
| | | BILLED: #32559 | | | |
| .......................29072 9/18/04 Xerox Charges - for Guam depositions. | | Kio 2003-08 $Xerox Charges | Qty 231 | Amount 0.45 | 103.95 |
| | | BILLED: #32559 | | | |
| .......................29329 9/3/04 Copying fee - BOH 3862 | | Emma 2003-08 $Adjustment | Qty 1 | Amount 48.00 | 48.00 |
| | | BILLED: #32559 | | | |
| .......................29335 9/15/04 Airfare to Guam (ROC) - BOH3917 | ✓ | Emma 2003-08 $Airfare | Qty 1 | Amount 159.36 | 159.36 |
| | | BILLED: #32559 | | | |
| .......................29509 9/30/04 Process Service Fee - BOH3971 | | Emma 2003-08 $ProcessService | Qty 1 | Amount 40.00 | 40.00 |
| | | BILLED: #32559 | | | |
| .......................29579 9/30/04 Fax/Phonebills | | Emma 2003-08 $Fax/Phonebills | Qty 1 | Amount 203.50 | 203.50 |
| | | BILLED: #32559 | | | |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

....................29656

| 9/30/04 Xerox Charges | | Emma 2003-08 $Xerox Charges | Qty 1 | Amount 382.95 | 382.95 |

BILLED: #32559

683.55

....................29744

| 9/29/04 DHL charges - BOH3963 | | Emma 2003-08 $DHL | Qty 1 | Amount 26.98 | 26.98 |

BILLED: #32559

....................30030

| 9/30/04 Word Processing | | Emma 2003-08 $WordProcessing | Qty 1 | Amount 181.67 | 181.67 |

BILLED: #32559

....................30472

| 10/13/04 Expert Witness Support Fee - Ben C. Gerwick (BOH#4010) | | Emma 2003-08 $Witness Fee | Qty 1 | Amount 1360.00 | 1360.00 |

BILLED: #32689

....................30959

| 10/31/04 Xerox Charges | | Emma 2003-08 $Xerox Charges | Qty 1 | Amount 4.50 | 4.50 |

BILLED: #32689

....................31012

| 10/31/04 Fax/Phonebills | | Emma 2003-08 $Fax/Phonebills | Qty 1 | Amount 48.50 | 48.50 |

BILLED: #32689

# EXHIBIT "E"

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

5467

November 11, 2005
DATE _____

101-501/1214
79

PAY TO THE
ORDER OF_____ ***Cash & Associates*** _____ $ | 4,680.00

***Four Thousand Six Hundred Eighty Only***

DOLLARS

**h Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Deposition Witness Fee

NON-NEGOTIABLE

⑈"005467⑈ ⑆121405018⑆ 0079⑈009229⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/11/05 | 5467 Deposition Witness Fee<br>2003-08 W&Kelly | 4,680.00 |

NON-NEGOTIABLE

## O'Connor Berman Dotts & Banes

| | |
|---|---|
| From: | "O'Connor Berman Dotts & Banes" <attorneys@saipan.com> |
| To: | "Inna Viloria (Yahoo)" <innaviloria@yahoo.com>; "Inna Viloria (Saipan)" <innaviloria@saipan.com>; "O'Connor Berman Dotts & Banes" <attorneys@saipan.com> |
| Sent: | Friday, November 11, 2005 8:49 AM |
| Subject: | TO INNA |

Inna-san:

Check to be issued:

Payable to: Cash & Associates

Amount: US$4,680.00

Description: Deposition witness fee

Thank you.

Kio

# EXHIBIT "F"

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

**3862**

101-501/1214
879

DATE September 3, 2004

PAY TO THE
ORDER OF _____ ***Pacific Quick Print*** _____ $ 48 00

_____ ***Forty Eight Only*** _____ DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Copying Fee per Transaction#32919 dtd. 8/19/04

NON-NEGOTIABLE

⑈00386 2⑈ ⑆1214050 18⑈ 0079⑈0092 29⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/03/04 | 3862  Copying Fee per Transaction#32919 dtd. 2003-08 Winzler & Kelly  # 772... | 48 00 |

2003-08 W&K

Pacific Quick Print & Post
Pacific Galleries & Framing
Tel: 233-7678 / 235-3402

Store:1      Clerk:System Register:1
08/19/2004          2:52:31
       Transaction#:  32919

On Customer Account
Number      Name
5684 /   Law Office Of O'Connor Dot...

1 ENGINEERING COPY
        24 @    2.00              48.00
                    SubTotal:     48.00

               Balance Due:       48.00
                On Account:       48.00

                   Change:        0.00

Signature:

X_____

Custom Address Labels
Self-Inking Stamps
DHL Shipping Outlet

# EXHIBIT "G"

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

................................26318

10/5/05
Xerox Charges: 8 packages of
Discovery Material
Designation.

Kio
2003-08
$Xerox Charges

| Qty | Amount |
|---|---|
| 1456 | 0.45 |

655.20

................................26464

9/30/05
TNI - September

Emma
2003-08
$Adjustment

| Qty | Amount |
|---|---|
| 1 | 10.03 |

10.03

BILLED: #35822

................................27118

10/17/05
DHL (boh5368)

Emma
2003-08
$DHL

| Qty | Amount |
|---|---|
| 1 | 11.13 |

11.13

................................27259

10/31/05
Trial for Nov 8-20, 2005
expenses (boh5414)

Emma
2003-08
$Adjustment

| Qty | Amount |
|---|---|
| 1 | 500.00 |

500.00

................................27264

10/31/05
Airfare to Guam of ROC, KF,
JEH, EDB (boh5417)

Emma
2003-08
$Airfare

| Qty | Amount |
|---|---|
| 1 | 865.44 |

865.44

................................27293

10/31/05
Xerox Charges

Emma
2003-08
$Xerox Charges

| Qty | Amount |
|---|---|
| 1 | 36.90 |

36.90

................................27346

10/31/05
Fax/Phonebills

Emma
2003-08
$Fax/Phonebills

| Qty | Amount |
|---|---|
| 1 | 1277.00 |

1277.00

# EXHIBIT "H"

O'CONNOR BERMAN DOTTS & BANES
P.O. BOX 501969
SAIPAN, MP 96950-1969

5497

101-501/1214
79

DATE November 22, 2005

PAY TO THE
ORDER OF _____ ***Eric D. Bozman***

$ 2,486.57

***Two Thousand Four Hundred Eighty Six & 57/100 Only***

_____ DOLLARS

**ıh Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Salary Nov 1-15, 2005

NON-NEGOTIABLE

⑈005497⑈ ⑆1214050181⑆ 0079⑈0092291⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/22/05 | 5497  Salary Nov 1-15, 2005 | | 2,486.57 |
|  | Gross Pay | | 2,500.00 |
|  | Less: W/Tax | 225.00 | |
|  | SS/Medicare tax | 191.25 | |
|  | Add: Reimbursement (2003-03 W & K)  28671 | (402.82) | 13.43 |
|  | Net Pay | | 2,486.57 |

NON-NEGOTIABLE

# Benson

P.O. Box 6157, Tamuning, GU 9693·   57
779 Route 8, Hagatna, GU 96910
Tel: 671-477-7562   Fax: 671-477-3736
email: benson@bensonguam.com   www.bensonguam.com

**Do it Best**

NO RETURN/NO EXCHANGE AFTER (7) DAYS !
ALL SALES FINAL / 20% RESTOCKING CHARGE

| Customer No. | Job No. | Purchase Order No. | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| *1 | | | | CASH/CHECK/BANKCARD | SP | 11/ 2/05 | 3:55 |

Sold To
**** CASH ****

Ship To

DOC#  V40362
****************
*  INVOICE  *
****************

DUE  DATE:  11/ 3/05          TERM#564

TAX  :          001 DEFAULT TAX CODE - CA

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 709834 | 47180 HAND TRUCK CONVERTIBLE | | 1 | 165.62 /EA | 165.62 N |
| 2 | 2 | EA | 582328 | 06630 CORD, STRETCH 8MMX30" | | 2 | 1.99 /EA | 3.98 N |

** PAYMENT RECEIVED **
** PAID IN FULL **                                    152.64

BANKCARD PAYMENT                    152.64

BKCRD#1003

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 169.60 |
| SUBTOTAL | 169.60 |
| TD DISCOUNT | -16.96 |
| TAX AMOUNT | 0.00 |
| TOTAL AMOUNT | 152.64 |

X _____
   Print Name

X _____
   Received By

NO RETURNS / NO EXCHANGE AFTER (7) DAYS
ALL SALES FINAL / 20% RESTOCKING FEE

# GOLDEN MARKETING

P.O. Box 12488 Tamuning, Guam 96911
Tels: (671) 646-7908 / 646-6613 * Fax: (671) 649-2641

**CASH INVOICE**
**124887**

| SOLD TO | | | Date | 11/02/05 |
|---|---|---|---|---|

| SOLD BY | CASH & CARRY | C.O.D. | CREDIT MEMO | REFUND PAID OUT |
|---|---|---|---|---|

| QTITY | UNIT | ARTICLES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | *(handwritten)* | | 220 92 |
| | | (EASEL) | | |
| | | | | |
| | | | | |
| | | | | |

s For Your Kind Patronage **TOTAL** 220 92

returned goods must be accompanied by this bill. Returned merchandise is subject to a 10%
arge, and will not be accepted after 15 days from above date of purchase.

RECEIVED THE ABOVE ARTICLES IN GOOD ORDER.

BY:-_____

---

# GOLDEN MARKETING

P.O. Box 12488 Tamuning, Guam 96911
Tels: (671) 646-7908 / 646-6613 * Fax: (671) 649-2641

**CASH INVOICE**
**124891**

| SOLD TO | | | Date | 11/02/05 |
|---|---|---|---|---|
| M | | | | |

| SOLD BY | CASH & CARRY | C.O.D. | CREDIT MEMO | REFUND PAID OUT |
|---|---|---|---|---|

| | QUANTITY | UNIT | ARTICLES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | | *(handwritten)* | | 159 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | (PAPER | | |
| 6 | | | FOR EASEL) | | |
| 7 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |

Thanks For Your Kind Patronage **TOTAL** 15 90

All claims & returned goods must be accompanied by this bill. Returned merchandise is subject to a 10%
handling charge, and will not be accepted after 15 days from above date of purchase.

RECEIVED THE ABOVE ARTICLES IN GOOD ORDER.

BY:-_____

# EXHIBIT "I"

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.        415.398.8972
Fax.       415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP  96950-1969

| | |
|---|---|
| Invoice number | 10969 |
| Invoice Date | 11/30/2005 |
| Due Date | 12/30/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing from October 1, 05 to November 25, 05

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| James P. Connolly | 9.00 | $130.00 | $1,170.00 |
| Webb W. Hayes | 181.50 | $160.00 | $29,040.00 |
| Ted W. Trenkwalder | 2.00 | $160.00 | $320.00 |
| Labor subtotal | 192.50 | | $30,530.00 |

## 02 - Deposition & Trial Testimony

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Webb W. Hayes | 4.00 | $300.00 | $1,200.00 |
| Labor subtotal | 4.00 | | $1,200.00 |

## ODC - Other Direct Cost

| Activity | Amount |
|---|---|
| AIRFARE | $4,511.55 |
| Reimbursable subtotal | $4,511.55 |

| **Current Invoice Total** | **$36,241.55** |
|---|---|

Submitted by:    Webb W. Hayes

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page    1  of  1

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|---|---|---|---|---|---|
| 2004-035 | Expert witness Winzler & Kelly | | | | |
| 01 | Expert Witness Support Service | | | | |
| JPC | James P. Connolly | 11-08-05 | DIR | 7.00 | Documentation Review before Trial |
| | | 11-15-05 | DIR | 2.00 | Calculated Capacity of Empsco design based on Boone's results |
| | Employee Total | | | 9.00* | |
| TWT | Ted W. Trankwalder | 11-05-05 | DIR | .50 | Code Review and Damage Assessment |
| | | 11-09-05 | DIR | .50 | Review WWH Direct testimony responses |
| | | 11-15-05 | DIR | 1.00 | Review WWH E-mail Coordinate w/ JPC & Call WWH |
| | Employee Total | | | 2.00* | |
| WWH | Webb W. Hayes | 10-04-05 | DIR | 2.00 | Meeting with Steve Cox re epoxy and other issues |
| | | 10-17-05 | DIR | 5.00 | Study O'Conner letter and formulate responses |
| | | 10-18-05 | DIR | 1.50 | O'Conner response and collect data for trial book |
| | | 10-19-05 | DIR | 2.00 | Study fender calculations for response to O'Conner |
| | | 10-21-05 | DIR | 1.00 | Organize data for trial |
| | | 10-24-05 | DIR | 6.00 | Make Flight arrangements. Telecon with Steve Cox re fenders. Answer O'Conner e-mail of 10/17. |
| | | 10-25-05 | DIR | 2.00 | Study berthing calculations |
| | | 10-26-05 | DIR | 4.00 | Answer trial questions |
| | | 10-27-05 | DIR | 7.00 | Review model posibility and send letter |
| | | 10-28-05 | DIR | 7.00 | Develop fender presentation for jury |
| | | 10-29-05 | DIR | 2.00 | develop mooring charts for SCU fenders and energy curve for 150,000 dwt tanker |
| | | 10-30-05 | DIR | 6.00 | Studied Trellex Morse fenders & Bridgestone fenders prepared calculations |
| | | 10-31-05 | DIR | 8.00 | Telecon with Fentek re Trellex fenders & obtain trellex Energy curve |
| | | 11-01-05 | DIR | 6.50 | Study Fenders at Foxtrot Pier |
| | | 11-02-05 | DIR | 6.00 | Continue answering O'Conner questions |
| | | 11-03-05 | DIR | 8.00 | Study O'Conner questions |
| | | 11-04-05 | DIR | 7.00 | Study O'Conner questions |
| | | 11-05-05 | DIR | 4.50 | Study and answer trial testimony questions |
| | | 11-06-05 | DIR | 5.00 | Study and answer trial testimony questions |
| | | 11-07-05 | DIR | 6.00 | Study for trial |
| | | 11-08-05 | DIR | 7.00 | Review all BCG effort with James Connoly |
| | | 11-09-05 | DIR | 6.00 | Prepare for trip to Guam |
| | | 11-10-05 | DIR | 12.00 | Travel to Guam |
| | | 11-11-05 | DIR | 8.00 | Travel to Guam |
| | | 11-12-05 | DIR | 8.00 | Visit Foxtrot F-1 dock and atrial preparation |
| | | 11-13-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-14-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-15-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-16-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-17-05 | DIR | 4.00 | Trial |
| | | 11-18-05 | DIR | 8.00 | Travel from Guam |
| | Employee Total | | | 181.50* | |
| | Task Total | | | 192.50* | |
| 02 | Deposition & Trial Testimony | | | | |
| WWH | Webb W. Hayes | 11-17-05 | DIR | 4.00 | Testify in trial |
| | Employee Total | | | 4.00* | |
| | Task Total | | | 4.00* | |
| | Project Total | | | 196.50* | |

BEN C. GERWICK, INC.    EXPENSE REPORT    Name: WEBB W. HAYES    Period Ending: 10/26/2005

| Date | City & State | Lodging | Transportation | | | Taxi,Parking Tolls, Etc. | Meals/Entertainment Itemize Business Meals/Entertainment Below | | | | Misc Expenses Itemize | Daily Total | Job # |
| | | | Air, Rail | Car Rental/ Gas | Mileage | | Breakfast | Lunch | Dinner | Entertain | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total-company card | | | | | | | | | | | | | |
| 10/25 | Oakland, CA | | 4511.55 | | | | | | | | | 4511.55 | 2004-35 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total-reimb. employee | | | 4511.55 | | | | | | | | | 4511.55 | |
| Deductions\Advances | | | | | | | | | | | | | |
| Net Check to Employee | | | | | | | | | | | | 4511.55 | |

DISTRIBUTION OF EXPENSES TO JOBS\OVERHEAD:

| Date | Nature and purpose of Travel\expenditure: | Reimburs | Non-reimb | Total | Job # |
|---|---|---|---|---|---|
| 10/25 | Travel to Guam & Return for trial testimony | 4511.55 | | 4511.55 | 2004-35 |
| | | | | | |
| | | | | | |
| | | | | 4511.55 | |

ENTERTAINMENT AND BUSINESS MEALS:

| Date | Establishment | Nature and purpose of Meal/Entertainment | Name of person(s) attended, company, title | Amount | % busines |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| MISCELLANEOUS EXPENSES | | | MILEAGE | |
| Items | Amount | | Items | Amount |
|---|---|---|---|---|
| Date | | | Date | |
| | | | | |
| | | | | |
| | | | | |

Signature: [signature]    Date: 10/26/2005
Approved: [signature]    Date: 1 G -31-05

**Webb Hayes**

| | |
|---|---|
| **From:** | Orbitz Traveler Care [travelercare@orbitz.com] |
| **Sent:** | Tuesday, October 25, 2005 6:41 PM |
| **To:** | Webb Hayes |
| **Subject:** | Flight Purchase Request Confirmation - Guam 11/10/05 |



# Your Purchase Request Confirmation

Hello Webb,

Thanks for booking your flight on Orbitz. This is your purchase request confirmation.

Please note: You cannot use this document to pass through airport security because it does not contain your ticket number (s).

This reservation has been sent to the airline(s). After we issue ticket(s), we'll send a "Travel Document" e-mail including trip details and ticket number(s).

Please review your flight information as it appears below. Your Orbitz record locator is **Q79C09V7**.

## Ticket Information

Passenger(s): WEBB HAYES
**Hawaiian Airlines record locator:** BLYWIP
**Continental Airlines record locator:** V9X42H
**Airline ticket number(s):** Will be sent via e-mail within 24 hours
**Ticket type requested:** electronic (e-ticket)
**Total airfare:** $4,500.56 (including taxes)
**Service fee:** $10.99
**Total trip cost:** $4,511.55 USD

Unless otherwise specified, all costs are provided in US dollars.

Please note that your fare may carry restrictions. Changes to your itinerary may result in additional fees. Review the fare rules in "My Trips" to learn more.

Important notice related to ticket terms and conditions.

## Trip Information

October 25, 2005

This purchase is subject to our Privacy Policy and our Terms and Conditions.

### Passenger(s)
WEBB HAYES

### Billing Information
**Credit card holder's name:** W W HAYES
**Credit card type:** American Express
**Credit card number:** xxxxxxxxxx2007

**Address:**
37 DIABLO CIRCLE
LAFAYETTE CA 94549
LAFAYETTE, CA 94549
United States

**E-Mail:**
wwh@gerwick.com

Your reservations are always available online and ready to print in "My Trips".

### Great rates
Click for car and hotel rates in **Guam**

 Add a car 

 Add a hotel 

### Orbitz extras
AIRLINE TICKET

10/26/2005

## CERTIFICATE OF SERVICE

I, _Thomas Anderson_ , hereby declare, upon penalty of perjury under the laws of the United States, that on the 12th day of December, 2005, I served a true and correct copy of **WINZLER & KELLY'S BILL OF COSTS** upon Plaintiff's and Defendants' counsel of record as follows:

> Forrest Booth, Esq. / Stephen Smith, Esq. / Elyze McDonald, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> Hagåtña, Guam
>
> Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds
>
> Thomas C. Sterling, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam
>
> Attorneys for Defendant Black Construction Corporation
>
> Thomas M. Tarpley, Esq.
> Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Bldg.
> 134 W. Soledad Avenue
> Hagåtña, Guam
>
> Attorneys for Defendant EMPSCO

Dated this 12th day of December, 2005.

_Thomas Anderson_
**THOMAS ANDERSON**