DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br>　　　　　Plaintiff,<br>　　vs.<br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br>　　　　　Defendants. | CIVIL CASE NO. 03-00009<br><br>N O T I C E |

　　Please take notice that on Friday, December 23, 2005, at 10:00 a.m., pursuant to District Court Local Rules 54-1(a), the Clerk of Court will conduct a hearing on Defendants Empsco's and Winzler & Kelly's application for taxation of costs.

　　Dated this 13th day of December, 2005.

　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　/s/ Mary L.M. Moran