# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| S.J. Gargrave Syndicate at Lloyds,<br><br>Plaintiff,<br><br>vs.<br><br>Black Construction Corporation, et al.,<br><br>Defendants. | Case No. 1:03-cv-00009<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing re Verified Bill of Costs filed by Empsco and Bill of Costs filed by Winzler and Kelly signed on December 13, 2005,* on the dates indicated below:

*Carlsmith Ball*
*December 13, 2005*

*Blair Sterling Johnson Moody Martinez and Leon Guerrero*
*December 13, 2005*

*Berman O'Connor Mann and Shklov*
*December 13, 2005*

*Tarpley and Moroni*
*December 14, 2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing re Verified Bill of Costs filed by Empsco and Bill of Costs filed by Winzler and Kelly signed on December 13, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 14, 2005          /s/ Shirlene A. Ishizu
                                  Deputy Clerk