CARLSMITH BALL LLP

STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



FILED
DISTRICT COURT OF GUAM
DEC 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>               Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>               Defendants. | CIVIL CASE NO. 03-00009<br><br>**STIPULATION TO CONTINUE FILING AND HEARING DATE ON MOTIONS FOR ATTORNEY'S FEES AND TAXABLE COSTS** |

## STIPULATION TO CONTINUE
## FILING AND HEARING DATE ON MOTIONS FOR
## ATTORNEY'S FEES AND TAXABLE COSTS

COME NOW the Plaintiff, S.J. GARGRAVE SYNDICATE AT LLOYDS (hereinafter "Plaintiff"), and Defendant, BLACK CONSTRUCTION CORPORATION (hereinafter Defendant "BCC"), and pursuant to Fed. R. Civ. P. 54(d)(2)(B), agree and stipulate to the continuance of the filing date of any motions to award of attorney's fees and taxable costs until such time as the Court has ruled on Defendant's Motion for Judgment as a Matter of Law.

On December 1, 2005, the Clerk entered judgment on a jury verdict in favor of Plaintiff and against Defendant BCC. Pursuant to FRCP 54(d)(2)(B), Plaintiff's Motion for Award of Attorney's Fees and Taxable Costs would be due on December 15, 2005. However, following the entry of judgment, Defendant BCC renewed its Motion for a Judgment As a Matter of Law, and that motion remains pending before the Court. No hearing date has been set.

The parties agree that the Court's consideration of any motion for attorney's fees and taxable costs should be continued until after the Court has ruled on Defendant BCC's pending Motion for Judgment as a Matter of Law.

Therefore, the parties respectfully request that the Court continue the filing date for any motions for award of attorney's fees and taxable costs filed by Plaintiff and BCC until two weeks

after the Court rules on Defendant BCC's pending Motion for a Judgment as a Matter of Law.

Respectfully submitted this 14th day of December, 2005.

          CARLSMITH BALL LLP

          */s/ Elyze McDonald*

          STEPHEN C. SMITH
          ELYZE McDONALD
          Attorneys for Plaintiff
          S.J. GARGRAVE SYNDICATE AT LLOYDS

Respectfully submitted this 14th day of December, 2005.

          BLAIR STERLING JOHNSON MOODY
          MARTINEZ & LEON GUERRERO,
          A PROFESSIONAL CORPORATION

          */s/ Thomas C. Sterling*

          THOMAS C. STERLING
          Attorney for Defendant
          BLACK CONSTRUCTION CORPORATION

---

STIPULATION TO CONTINUE FILING AND HEARING DATE ON MOTIONS FOR ATTORNEY'S FEES AND TAXABLE COSTS; Civil No. 03-00009 (In the District Court of Guam

4840-8060-0064.1.055639-00001           3.

Case 1:03-cv-00009    Document 448    Filed 12/14/2005    Page 3 of 3