CARLSMITH BALL LLP

STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**
DISTRICT COURT OF GUAM
DEC 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. 03-00009<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FILING AND HEARING DATE ON MOTIONS FOR ATTORNEY'S FEES AND TAXABLE COSTS** |

**ORIGINAL**

C:\DOCUME~1\3mlg\LOCALS~1\Temp\ORDERG~1.DOC

Case 1:03-cv-00009   Document 451   Filed 12/15/2005   Page 1 of 2

## ORDER GRANTING STIPULATION TO CONTINUE FILING AND HEARING DATE ON MOTIONS FOR ATTORNEY'S FEES AND TAXABLE COSTS

Having considered the Stipulation to Continue Filing and Hearing Date on Motions for Attorney's Fees and Taxable Costs of S.J. Gargrave Syndicate At Lloyds ("Plaintiff") and Black Construction Corporation ("BCC"), filed on December 14, 2005, the Court hereby ORDERS the continuance of the filing date for any motions for award of attorney's fees and taxable costs filed by Plaintiff and BCC until two weeks after the Court rules on Defendant BCC's pending Motion for a Judgment as a Matter of Law.

ORDERED this December 15, 2005

_____
D. Lowell Jensen, Designated Judge
District Court of Guam