LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP142
Attorney for Defendant Engineering, Management
& Planning Services Corporation



FILED
DISTRICT COURT OF GUAM
DEC 20 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br> **EMPSCO'S REPLY TO PLAINTIFF'S OBJECTION TO BILL OF COSTS** |

EMPSCO hereby objects to Plaintiff's untimely filing of its objections to EMPSCO's Bill of Costs. Local Rule 54.1(c) required Plaintiff to file its objections, if any, "no later than five (5) days before the date noticed for the hearing." The date noticed for the hearing is December 23. Plaintiff served and filed its objections on Monday, December 19, four days prior. Plaintiff's objections should therefore be disregarded.

Moreover, Plaintiff objects to all of EMPSCO's Bill of Costs on the grounds that "EMPSCO has not provided documentation supporting the costs claimed." *Plaintiff's Obj. p.2.* There is no

merit to this objection. Neither Local Rule 54.1 nor 28 USC §§1920, 1924, require production of such documentation, only verification by the client or its attorney that such items are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed. EMPSCO's Verified Bill of Costs complies with these requirements.

Objection to copying costs.

Plaintiff acknowledges that 28 USC §1920 "allows the taxation of costs for copies of papers necessarily obtained for use in the case." EMPSCO's Verified Bill of Costs affirms that such costs were "necessarily incurred in the case". This objection is without merit.

Objection to deposition costs.

Again, Attorney Tarpley's verification is all that is required to authenticate these charges.

Objection to witness fees.

Again, Attorney Tarpley's verification is all that is required for this item. Plaintiff's objection is without merit.

Objection to process server fees.

Again, the verification of Attorney Tarpley is all that is required to authenticate these fees.

Objection to professional fees.

The expert fees for Albert Tsutsui is the subject of a pending motion for the Court to allow these costs. As stated in said motion, a prevailing party is entitled to an allowance of expert witness fees as taxable costs when a testimony of an expert

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CV03-00009
EMPSCO'S REPLY TO PLAINTIFF'S OBJECTION TO BILL OF COSTS
Page 2 of 3

Case 1:03-cv-00009   Document 455   Filed 12/20/2005   Page 2 of 3

is essential and material to an issue tried and reasonably necessary to its disposition. <u>Hederly v. Lewis</u>, 99 FRD 135 (D. Nev. 1983) (and cases cited therein). In this case Plaintiff claimed that EMPSCO failed to act as a reasonably prudent engineer and thereby breached its contractual duties to PAG. Standards of care with regard to "compliance submittal reviews" and "technical reviews" of structural designs are beyond the knowledge of layman jurors. Expert testimony was essential for the defense of such claims. Mr. Tsutsui's expert fees are therefore properly taxable as costs in this action.

<u>Objection to travel expenses</u>.

EMPSCO concedes that neither the local rule nor 28 USC §1920 authorizes the recovery of airfare, hotel and cab fare as taxable costs.

Respectfully submitted this 20th day of December, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al., CV03-00009
EMPSCO'S REPLY TO PLAINTIFF'S OBJECTION TO BILL OF COSTS

Page 3 of 3

Case 1:03-cv-00009    Document 455    Filed 12/20/2005    Page 3 of 3