```
                LAW OFFICES
          TARPLEY & MORONI, LLP                    FILED
       A Law Firm including a Professional Corporation
                Bank of Hawaii Building        DISTRICT COURT OF GUAM
          134 West Soledad Avenue, Ste 402
               Hagåtña, Guam 96910                 DEC 20 2005
              Telephone: (671) 472-1539
                 Fax: (671) 472-4526              MARY L.M. MORAN
                                                   CLERK OF COURT
```



7ZP143
Attorney *for* Defendant Engineering, Management
         & Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| v. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Dorothea Quichocho, hereby certify that I am a U.S. citizen of the United States and not a party to the above-encaptioned matter.

On December 20, 2005, I caused to be served, faxed and mailed in the United States Post Office, Hagatna, Guam, in a sealed and properly addressed envelope, with postage prepaid thereon, a true and correct copy of EMPSCO'S REPLY TO PLAINTIFF'S OBJECTION TO BILL OF COSTS, to the following party:

CARLSMITH BALL
Bank Of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagatna, Guam 96910
(via hand delivery)

| | |
|---|---|
| THOMAS C. STERLING, ESQ.<br>KLEMM BLAIR STERLING & JOHNSON<br>Pacific News Bldg., Suite 1008<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910<br>(via fax and mail) | ROBERT J. O'CONNOR<br>DANIEL J. BERMAN, ESQ.<br>BERMAN O'CONNOR MANN & SHKLOV<br>Bank of Guam Bldg., Suite 503<br>111 Chalan Santo Papa<br>Hagatna, Guam 96910<br>(via fax and mail) |

Dated this 20th day of December, 2005.

_____
DOROTHEA QUICHOCHO

S.J. Gargrave Syndicate At Lloyds v. Black Construction
Corporation, et. al. CV03-00009
CERTIFICATE OF SERVICE

Page 2 of 2

Case 1:03-cv-00009   Document 456   Filed 12/20/2005   Page 2 of 2