BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers


FILED
DISTRICT COURT OF GUAM
DEC 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | ) ) ) ) | Civ. No. CIV 03-00009 |
| Plaintiff, | ) ) ) | REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON TAXATION OF COSTS |
| vs. | ) ) ) | |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | ) ) ) ) ) ) | CERTIFICATE OF SERVICE |
| Defendants. | ) ) | |

Defendant Winzler & Kelly hereby requests that its counsel, Robert J. O'Connor and Joseph E. Horey, who are located on the island of Saipan, be permitted to appear telephonically at the hearing scheduled for Friday, December 23, 2005, at 10:00 am, before the Clerk of Court on Winzler & Kelly's application for taxation of costs.

Respectfully submitted this 21st day of December, 2005.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Winzler & Kelly

By: *Daniel Berman*
DANIEL J. BERMAN

# CERTIFICATE OF SERVICE

I, THOMAS ANDERSON, hereby declare, upon penalty of perjury under the laws of the United States, that on the 21st day of December, 2005, I served a true and correct copy of **REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON TAXATION OF COSTS** upon Plaintiff's and Defendants' counsel of record as follows:

> Forrest Booth, Esq. / Stephen Smith, Esq. / Elyze McDonald, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> Hagåtña, Guam
>
> Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds
>
> Thomas C. Sterling, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam
>
> Attorneys for Defendant Black Construction Corporation
>
> Thomas M. Tarpley, Esq.
> Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Bldg.
> 134 W. Soledad Avenue
> Hagåtña, Guam
>
> Attorneys for Defendant EMPSCO

Dated this 21st day of December, 2005.

_____
THOMAS ANDERSON