BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S, | ) ) ) | Civ. No. CIV 03-00009 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY |
| BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Winzler & Kelly's request that its counsel, Robert J. O'Connor and Joseph E. Horey, be permitted to appear telephonically at the hearing scheduled for Friday, December 23, 2005, at 10:00 am, before the Clerk of Court on Winzler & Kelly's application for taxation of costs is hereby GRANTED.

Dated: December **22nd**, 2005



DISTRICT COURT OF GUAM
HAGATNA, GUAM

/s/ Mary L.M. Moran
MARY L.M. MORAN
CLERK OF COURT