BERMAN O'CONNOR MANN & SHKLOV
DANIEL J. BERMAN
ROBERT J. O'CONNOR
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Phone: (671) 477-2778
Fax: (671) 477-4366

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
DEC 23 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORP., WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING MANAGEMENT & PLANNING SERVICES CORP.,<br><br>Defendants. | Civ. No. CIV 03-00009<br><br>SUPPLEMENT TO WINZLER & KELLY'S BILL OF COSTS<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date: December 23, 2005<br>Time: 10:00 am |

Attached hereto is the documentation of the airfare of Steve Cox to and from trial ($4511.55), noted as pending in Winzler & Kelly's original Bill of Costs.

Respectfully submitted this 23rd day of December, 2005.

                           BERMAN O'CONNOR MANN & SHKLOV
                           Attorneys for Winzler & Kelly

By: *[signature]*

**ORIGINAL**



close window

Print

## Guam 11/4/05

**Flight reservation**

| | |
|---|---|
| Orbitz record locator: | OE8MJ2TA |
| Airline record locator: | Hawaiian Airlines - JECKBH |
| | Continental Airlines - VS2XJ3 |
| Ticket numbers: | 0051279949819 |
| Total flight cost: | $4,511.55 USD |

Security update:
Airports require that each traveler obtain a boarding pass before entering the security checkpoint.

Traveler(s)        Frequent flier details
STEPHEN COX

---

### Friday, November 4, 2005                                                         Leave

**Hawaiian Airlines 11**
Depart: 8:35am   San Francisco, CA
         morning  San Francisco International (SFO)
Arrive:  11:50am  Honolulu/Oahu, HI
         morning  Honolulu/Oahu International (HNL)

First Class | Boeing 767-300 Passenger (763) | Lunch | 5hr 15min | 2397 miles

Seat: 3G

   Seat is confirmed.

   Change planes. Time between flights: 3hr 30min

**Continental Airlines 1**
Operated by: CONTINENTAL MICRONESIA
Please check in with the operating carrier.

Depart: 3:20pm   Honolulu/Oahu, HI
         afternoon Honolulu/Oahu International (HNL)
Arrive:  6:50pm   Guam, Guam
         evening  Guam A.B. Won Pat Int'l (GUM)

Business | Boeing 767 Passenger (767) | Dinner | 7hr 30min | 3797 miles

Seat: 2K

   Seat is confirmed.

   This is an overnight flight.

Total duration: 16hr 15min | Total miles: 6194 miles

---

### Friday, November 18, 2005                                                        Return

**Continental Airlines 2**
Operated by: CONTINENTAL MICRONESIA
Please check in with the operating carrier.

Depart: 7:10am   Guam, Guam
         morning  Guam A.B. Won Pat Int'l (GUM)
Arrive:  6:15pm   Honolulu/Oahu, HI
         evening  Honolulu/Oahu International (HNL)

Business | Boeing 767-400 Passenger (764) | Breakfast | 7hr 5min | 3797 miles

Seat: 1B

   Seat is confirmed.

Change planes. Time between flights: 4hr 50min

Continental Airlines 4000
Operated by: DELTA AIRLINES -- DL 632
Please check in with the operating carrier.

Depart:  11:05pm   Honolulu/Oahu, HI
         evening   Honolulu/Oahu International (HNL)
Arrive:  6:06am    San Francisco, CA
         morning   San Francisco International (SFO)

Business | Boeing 767-400 Passenger (764) | Unknown | 5hr 1min | 2397 miles

Seat: 1C

   Seat is confirmed.

Total duration: 16hr 56min | Total miles: 6184 miles

### Ticket information

An e-ticket has been issued for this reservation. No ticket will be mailed to you. More about e-tickets

Important fare notes
This is an international trip requiring special travel documentation for each traveler.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

### Care Alerts for your Guam 11/4/05 trip

| Contact name | Devices | Time |
|---|---|---|

No Care Alerts will be sent for this trip.
You can modify Care Alerts settings for you and your contacts in My Stuff.

### Flight cost summary

| | |
|---|---|
| Airfare, STEPHEN COX (Adult) | $4,500.56 |
| Service fee | $10.99 |
| **Total trip cost** | **$4,511.55 USD** |

Print
close window

# CERTIFICATE OF SERVICE

I, __Anya Perez__, hereby declare, upon penalty of perjury under the laws of the United States, that on the 23rd day of December, 2005, I served a true and correct copy of **SUPPLEMENT TO WINZLER & KELLY'S BILL OF COSTS** upon Plaintiff's and Defendants' counsel of record as follows:

Forrest Booth, Esq. / Stephen Smith, Esq. / Elyze McDonald, Esq.
Carlsmith Ball LLP
134 West Soledad Avenue
Bank of Hawaii Building, Suite 401
Hagåtña, Guam

Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam

Attorneys for Defendant Black Construction Corporation

Thomas M. Tarpley, Esq.
Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Bldg.
134 W. Soledad Avenue
Hagåtña, Guam

Attorneys for Defendant EMPSCO

Dated this 23rd day of December, 2005.

_____