# United States District Court, District of Guam

## DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*  (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| # | Field | Value |
|---|---|---|
| 1 | NAME | Thomas C. Sterling, ESQ. |
| 2 | PHONE NUMBER | (671) 477-7857 |
| 3 | DATE | 12/23/05 |
| 4 | MAILING ADDRESS | PO Box AB |
| 5 | CITY | Hagatna |
| 6 | STATE | GU |
| 7 | ZIP CODE | 96910 |
| 8 | CASE NUMBER | CV 03-00009 |
| 9 | CASE NAME | Gargrave |
| 10 | FROM | 11/7/05 |
| 11 | TO | 11/22/05 |
| 12 | PRESIDING JUDICIAL OFFICIAL | Judge Robert Clive Jones |
| 13 | CITY | Hagatna |
| 14 | STATE | Guam |

### 15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**FILED — DISTRICT COURT OF GUAM — DEC 23 2005 — MARY L.M. MORAN — CLERK OF COURT**

### 17. ORDER

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [x] CD - FTR Gold Format. (DVD) This format must be played using FTR Player Plus™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | 1 | |
| [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player™ software, as well as other 3rd party software. | | | |

**RECEIVED — DEC 23 2005 — DISTRICT COURT OF GUAM — HAGATNA, GUAM**

### CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | ARIES MENDIOLA | 19. DATE | 12/23/05 |
|---|---|---|---|
| PROCESSED BY | | PHONE NUMBER | |

| | | | |
|---|---|---|---|
| ORDER RECEIVED | 12/23/05 | DEPOSIT PAID | |
| DEPOSIT PAID | 12/23/05 | TOTAL CHARGES | |
| CD DUPLICATED | 12/23/05 CSW | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD | 12/23/05 | TOTAL REFUNDED | |
| PARTY RECEIVED CD | | TOTAL DUE | |