```
    LAW OFFICES
  TARPLEY & MORONI, LLP
A Law Firm including a Professional Corporation
         Bank of Hawaii Building
   134 West Soledad Avenue, Ste 402
          Hagåtña, Guam 96910
       Telephone: (671) 472-1539
          Fax: (671) 472-4526
```



FILED
DISTRICT COURT OF GUAM
DEC 27 2005
MARY L.M. MORAN
CLERK OF COURT

7ZP148
Attorney *for* Defendant Engineering, Management
    & Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) ) ) | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, | ) ) ) ) ) ) ) | EMPSCO'S SUPPLEMENTAL SUBMITTAL RE BILL OF COSTS |
| Defendants. | ) ) | |

At a hearing held among counsel and the Clerk of Court on December 23, 2005, the Clerk requested for EMPSCO to submit supplemental documentation to its itemized Bill of Costs concerning items 13, 18, 28, 31, and 44, all of which are for professional services rendered by EMPSCO's expert, Albert Tsutsui. In response thereto EMPSCO attaches the detailed invoices from Albert Tsutsui dated July 29, 2004, September 29, 2004, December 8, 2004, April 26, 2005, and December 6, 2005. The undersigned attests that all such charges were directly incurred for the consultation and preparation of EMPSCO's expert witness, Albert Tsutsui, on issues related to this case.

ORIGINAL

Plaintiff's counsel also raised the question of whether any of the costs for these services were not already paid, because Plaintiff paid Albert Tsutsui's invoice for attending his deposition at Plaintiff's request. One would note in reviewing the attached invoices that none include charges for the taking of Albert Tsutsui's deposition, which occurred on April 28, 2005. The invoice for April 26, 2005 does include charges for $292.50 for preparation for that deposition, which perhaps should have been paid by Plaintiff but was not. This invoice was apparently steered to EMPSCO rather than Plaintiff's counsel. This invoice was paid by EMPSCO by check no. 13712, as referenced on the invoice. Also, the invoice dated December 6, 2005, includes charges for reviewing a deposition and making changes thereto, but which has not been paid by Plaintiff.

Dated this 27th day of December, 2005.

TARPLEY & MORONI, LLP

By: _____
THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al. CV03-00009
EMPSCO'S SUPPLEMENTAL SUBMITTAL RE BILL OF COSTS
Page 2 of 2

Case 1:03-cv-00009   Document 464   Filed 12/27/2005   Page 2 of 7

**ALBERT H. TSUTSUI, A.I.A., INC. ■ ARCHITECT**

JULALE CENTER, SUITE 213
P.O. BOX 299
HAGATNA, GUAM 96932
TELEPHONE: 472-8588/477-8539
FAX: 477-9227

July 29, 2004

INV. NO. 04-029

**EMPSCO**
Suite 245, Julale Center
Hagatna, Guam 96910

**Attention:** Butch Arce

## INVOICE

### FOR PROFESSIONAL SERVICES & REIMBURSEMENT:

    RE:    Port Authority of Guam vs EMPSCO
            Repairs & Upgrading of "F-1" Shell Pier
            Apra Harbor, Guam

**A.  AHT Review of Documents and Meetings**

7/19/04 (Monday)
    12:45 pm - 1:35 pm    Review documents    0.75 hr.
    8:10 am - 9:10 am    Review documents    1.0 hr.
    9:15 am - 10:10 am    Meeting with Butch    1.0 hr.
    2:00 pm - 3:40 pm    Meeting with Tarpley/Butch    1.75 hrs.
7/25/04 (Sunday)
    5:15 pm - 5:45 pm    Written comments to summons    0.5 hr.
7/26/04 (Monday)
    10:30 am - 11:15 am    Review documents    0.75 hr.
    2:25 pm - 2:55 pm    Review document/Research    0.5 hr.
    3:30 pm - 3:45 pm    Meeting with Butch    0.25 hr.
    5:25 pm - 5:55 pm    Review documents    0.5 hr.
7/27/04 (Tuesday)
    3:30 pm - 6:15 pm    Review documents/write-up    2.75 hrs.
7/28/04 (Wednesday)
    3:25 pm - 4:35 pm    Review documents/write-up    1.0 hr.
    5:55 pm - 5:15 pm    Review documents/write-up    0.25 hr.
7/29/04 (Thursday)
    3:05 pm - 3:15 pm    Review Reply Submittal    0.25 hr.

                11.25 hrs x $125.00/hr.  =  $1,406.25
        Clerical:    2 hrs. x $24.00/hr.  =  $   48.00

**TOTAL AMOUNT DUE AND PAYABLE**    $1,454.25

I hereby certify that the above is just and correct and payment therefore has not been received.

_____
Albert H. Tsutsui, A.I.A.

## ALBERT H. TSUTSUI, A.I.A., INC. ▪ ARCHITECT

JULALE CENTER, SUITE 213
P.O. BOX 2##
HAGATNA, GUAM 96932
TELEPHONE: 472-8568/477-8538
FAX: 477-9227

September 29, 2004

**EMPSCO**
Suite 245, Julale Center
Hagatna, Guam 96910

**Attention: Butch Arce**

INV. NO. 04-045

## INVOICE

### FOR PROFESSIONAL SERVICES & REIMBURSEMENT:

    **RE:** Port Authority of Guam vs EMPSCO
          Repairs & Upgrading of "F-1" Shell Pier
          Apra Harbor, Guam

**A.** Meeting re: Summons CIV03-00009

    9/29/04 (Wednesday)

| Time | Description | Hours |
|---|---|---|
| 9:00 am - 10:30 am | Meeting with Atty. Tarpley, Butch at Atty. Tarpley's Conference Rm | 1.5 hrs. |
| 10:45 am - 11:30 am | Review documents | 0.75 hr. |

        2.25 hrs. x $125.00/hr. = $ 281.25
Clerical:  2 hrs. x $ 24.00/hr. = $ 48.00

        **TOTAL AMOUNT DUE AND PAYABLE**    **$ 329.25**

I hereby certify that the above is just and correct and payment therefore has not been received.

*[signature]*
Albert H. Tsutsui, A.I.A.

**PAID**
CHK # 13636

**ALBERT H. TSUTSUI, A.I.A., .C. ■ ARCHITECT**

JULALE CENTER, SUITE 213
P.O. BOX 298
HAGATNA, GUAM 96932
TELEPHONE: 472-8568/477-8539
FAX: 477-8227

December 8, 2004

INV. NO. 04-056

**EMPSCO**
Suite 245, Julale Center
Hagatna, Guam 96910

**Attention:** Butch Arce

## INVOICE

### FOR PROFESSIONAL SERVICES & REIMBURSEMENT:

    **RE:** Port Authority of Guam vs EMPSCO
          Repairs & Upgrading of "F-1" Shell Pier
          Apra Harbor, Guam

**A.** Meeting re: Summons CIV03-00009

    11/04/04 (Thursday)

| | | |
|---|---|---|
| 4:45pam - 5:35 pm | Meeting with Butch Arce at AHT's office | .75 hr. |
| 11/10/04 (Wednesday) | Meeting with Atty. Tarpley | .25 hr. |

                                                        1.0 hr. x $125.00/hr.   =   $ 125.00

                              **TOTAL AMOUNT DUE AND PAYABLE**      $ 125.00

PAID

I hereby certify that the above is just and correct
and payment therefore has not been received.

                                                  Albert H. Tsutsui, A.I.A.

## ALBERT H. TSUTSUI, A.I.A., INC. ■ ARCHITECT

424 WEST O'BRIEN DRIVE, JULALE CENTER, SUITE 213
P.O. BOX 299
HAGATNA, GUAM 96932
TELEPHONE: 472-8596/477-8539
FAX: 477-9227

April 26, 2005

INV. NO. 05-022

**EMPSCO**
Suite 245, Julale Center
Hagatna, Guam 96910

**Attention:** Butch Arce

INVOICE

## FOR PROFESSIONAL SERVICES & REIMBURSEMENT:

RE: Port Authority of Guam vs EMPSCO
Repairs & Upgrading of "F-1" Shell Pier
Apra Harbor, Guam

A. Meeting re: Summons CIV03-00009

| | | | |
|---|---|---|---|
| 4/23/05 (Friday) | | | |
| 7:30 pm - 8:05 pm | Review of deposition documents | 35 min. | |
| 4/25/05 (Monday) | | | |
| 8:10 am - 8:40 am | Review of deposition documents | 30 min. | |
| 8:45 am - 10:00 am | Preparation for deposition with Atty. Tarpley & Butch | 75 min. | |

140 min. = 2.34 hrs. x $125.00/hr. = $ 292.50

**TOTAL AMOUNT DUE AND PAYABLE** $ 292.50

CR#-13712
6/15/05

I hereby certify that the above is just and correct
and payment therefore has not been received.

Albert H. Tsutsui, A.I.A.

**ALBERT H. TSUTSUI, A.I.A., INC. ▪ ARCHITECT**

December 6, 2005

JULALE CENTER, SUITE 215
P.O. BOX 2xx
HAGATNA, GUAM 96xxx
TELEPHONE: 472-xxxx/477-xxxx
FAX: 477-9227

**EMPSCO**
Suite 245, Julale Center
Hagatna, Guam 96910

INV. NO. 05-0xx

**Attention: Butch Arce**

### INVOICE

**FOR PROFESSIONAL SERVICES & REIMBURSEMENT:**

RE: Port Authority of Guam vs EMPSCO
Repairs & Upgrading of "F-1" Shell Pier
Apra Harbor, Guam

*EMPSCO ENGINEERING CONSULTANTS — RECEIVED DEC 06 2005 — GUAM, USA*

**A. Meeting re: Summons CIV03-00009**

| Date | Description | Hours |
|---|---|---|
| 11/3/05 (Thurs.) | Meeting at Atty. Tarpley's office with Butch Arce, Atty. Tarpley & A. H. Tsutsui | 1.0 hr. |
| | Review & mark-up A.H.Tsutsui's deposition (copy obtained from Atty. Tarpley) | 0.5 hr. |
| 11/4/05 (Fri.) | Review & mark-up A.H.Tsutsui's deposition | 2.0 hrs. |
| 11/5/05 (Sat.) | Review & mark-up A.H.Tsutsui's deposition | 2.5 hrs. |
| 11/9/05 (Wed.) | Submitted A.H.Tsutsui's deposition with changes to transcript | 0.5 hrs. |
| 11/13/05 (Sun.) | Meeting with Atty. Tarpley & Butch | 1.5 hrs. |
| | Preparation/review documents for Court Testimony | 2.5 hrs. |
| 11/14/05 (Mon.) | Preparation/Review documents for Court Testimony | 1.5 hrs. |
| | Court Testimony | 2.75 hrs. |

14.75 hrs. x $125.00/hr. = **$ 1,843.75**

**B. Clerical**

| Date | Description | Hours |
|---|---|---|
| 11/7/05 (Mon.) | Finalizing of changes to transcript (AHT's deposition) | 2.0 hrs. |
| 11/8/05 (Tues.) | Finalizing of changes to transcript (AHT's deposition) | 1.0 hr. |
| 11/9/05 (Wed.) | Finalizing of changes to transcript (AHT's deposition) | 0.5 hr. |

3.75 hrs. x $24.00/hr. = **$ 90.00**

**TOTAL AMOUNT DUE AND PAYABLE** **$ 1,933.75**

I hereby certify that the above is just and correct
and payment therefore has not been received.

_Albert H. Tsutsui, A.I.A._