THOMAS C. STERLING
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Black Construction Corporation*



FILED
DISTRICT COURT OF GUAM
DEC 27 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS C. STERLING,** hereby certify that on December 27, 2005, true and correct copies of the following: **DEFENDANT BLACK CONSTRUCTION CORPORATION'S REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT** filed herein on December 27, 2005, will be served via hand delivery upon the following:

DAVID P. LEDGER, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

THOMAS M. TARPLEY, JR., ESQ.
TARPLEY & MORONI, LLP
A LAW FIRM INCLUDING A PROFESSIONAL CORPORATION
BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE, SUITE 402
HAGÅTÑA, GUAM 96910

```
 1                    DANIEL J. BERMAN, ESQ.
                    BERMAN O'CONNOR MANN & SHKLOV
 2                 SUITE 503, BANK OF GUAM BUILDING
                        111 CHALAN SANTO PAPA
 3                      HAGÅTÑA, GUAM  96910

 4      DATED this  27th  day of December, 2005.

 5

 6

 7                                          _____
                                            THOMAS C. STERLING
 8

 9

10

11   E62\27946-29
     G:\WORD97\OFFICE\WORDDOC\PLD\TCS\274-CERT OF
12   SVC RE GARGRAVE V BLACK.DOC
```