LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP155
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation



FILED
DISTRICT COURT OF GUAM
DEC 2 8 2005 qp
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br>   Plaintiff, <br><br> v. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION, <br><br>   Defendants. | CIVIL CASE NO. CV03-00009 <br><br> **SECOND DECLARATION OF EMPSCO'S COUNSEL** |

Thomas M. Tarpley, Jr., states as follows in reply to Plaintiff's Opposition to EMPSCO's Motion for an Award of Attorney's Fees.

1. I have actively and continuously been engaged in litigation for more than 25 years. In 1987 I commenced working in a construction law firm in Seattle, Barokas & Martin. In 1991, I left Seattle to open a Barokas & Martin office in Guam. In 1995, I left Barokas & Martin to open my own practice, but I continued to practice almost exclusively construction law matters, including litigation concerning the Royal Palm Resort, the mechanic lien foreclosure action of the Sherwood Hotel, and representing

the mechanic lien foreclosure action of the Sherwood Hotel, and representing subcontractors, prime contractors, owners, and designers in many other disputes. In addition I authored Guam's Mechanic Lien laws enacted into law by the Guam Legislature in the mid-1990's.

2. My rate for legal services in this matter has been $225 an hour, which I know personally to be within the customarily accepted rate for legal matters pertaining to construction on Guam. I understand that Plaintiff's counsel, Forrest Booth, charges considerably more per hour, but this is because the standard hourly rate in San Francisco is higher than the prevailing rate on Guam.

The undersigned declares under penalty of perjury under the laws of Guam and the United States of America that the foregoing statements are true and correct.

Executed this 28th day of December, 2005, in Hagatna, Guam.

TARPLEY & MORONI, LLP

By: _____

THOMAS M. TARPLEY, JR.,
Attorney for Defendant EMPSCO

S.J. Gargrave Syndicate At Lloyds v. Black Construction Corporation, et. al. CV03-00009
SECOND DECLARATION OF EMPSCO'S COUNSEL
Page 2 of 2

Case 1:03-cv-00009    Document 469    Filed 12/28/2005    Page 2 of 2