LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

7ZP157
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

FILED
DISTRICT COURT OF GUAM
DEC 28 2005 9P
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>    Defendants. | CIVIL CASE NO. CV03-00009<br><br>**CERTIFICATE OF SERVICE** |

I, Dorothea Quichocho, hereby certify that on December 28, 2005, true and correct copies of EMPSCO'S REPLY BRIEF IN SUPPORT OF MOTION FOR FEES and SECOND DECLARATION OF EMPSCO'S COUNSEL, filed herein on December 28, 2005, will be faxed, mailed and hand delivered, respectively, to the following:

THOMAS C. STERLING, ESQ.
BLAIR STERLING JOHNSON
Pacific News Bldg., Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910
(via fax and mail)

ROBERT J. O'CONNOR, ESQ.
DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg., Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910
(via fax and mail)

DAVID P. LEDGER, ESQ.
CARLSMITH BALL
Bank Of Hawaii Building
Suite 401, 134 West Soledad Avenue
Hagatna, Guam 96910
(via hand delivery)

Dated this 28th day of December, 2005.

Dorothea Quichocho