**BERMAN O'CONNOR MANN & SHKLOV**
**DANIEL J. BERMAN**
**ROBERT J. O'CONNOR**
**Suite 503, Bank of Guam Building**
**111 Chalan Santo Papa**
**Hagåtña, Guam 96910**
**Phone: (671) 477-2778**
**Fax: (671) 477-4366**

**Attorneys for Defendant**
**Winzler & Kelly Consulting Engineers**

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE<br>AT LLOYD'S,<br><br>     Plaintiff,<br><br>  vs.<br><br>BLACK CONSTRUCTION CORP.,<br>WINZLER & KELLY CONSULTING<br>ENGINEERS and ENGINEERING<br>MANAGEMENT & PLANNING<br>SERVICES CORP.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. CIV 03-00009<br><br>SECOND SUPPLEMENT TO<br>WINZLER & KELLY'S<br>BILL OF COSTS<br><br>AFFIDAVIT OF<br>ROBERT J. O'CONNOR<br><br>CERTIFICATE OF SERVICE |

Pursuant to the Clerk of Court's request at the December 23, 2005, hearing on Winzler & Kelly's Bill of Costs, Winzler & Kelly hereby submits: 1) authority in support of taxation as costs of attorney travel expenses to and from depositions; and 2) supplemental expert witness fees, with itemized documentation thereof.

### 1. Attorney Travel To Depositions.

It is true, as the Clerk noted at the hearing, that expenses incurred by counsel in traveling to and from depositions are not usually taxed as costs. However, the court does retain the discretion to award them in a proper case:

# ORIGINAL

It is argued that the statutory limits of 28 U.S.C.A. § 1920 does not encompass travel expenses and that an award of the same would exceed controlling law. This Court cannot agree. Traveling expenses for the taking of depositions are properly and statutorily a matter of costs which the Court may, in its discretion, award.

Hughes Aircraft Co. v. General Instrument Corp., 160 U.S.P.Q. 540, 541, 1968 WL 9440

(D.R.I. 1968). It is generally held that such costs are allowable when exceptional

circumstances exist:

Ordinarily, travel expenses are not taxed as a cost. Courts have recognized, however, that the taxation of costs may be appropriate in extraordinary and compelling circumstances.

DiCecco v. Dillard House, Inc., 149 F.R.D. 239, 240 (N.D. Ga. 1993) (citations omitted).

See generally Wright & Miller, Federal Practice & Procedure § 2676 (attorney's traveling

expenses not taxable "barring exceptional circumstances").


One such exceptional circumstance exists when the depositions are taken at a

point far distant from the trial, at the instance of the opposing party, for the purpose of

direct use in evidence at trial:

Without intending to state a rule upon the subject, it may be said that where one party proposes to take the deposition of a witness at a place far distant from the place of trial, not as discovery but to be offered as evidence in the case, the testimony being for his sole benefit and not sought by the other party, it would ordinarily seem fair that he should bear the cost of taking it. If it appears to the court that the testimony is of such nature that it warrants the presence at the taking of the deposition of the attorney who is to try the case, it would also seem proper to include the traveling expenses of such attorney.

Gibson v. International Freighting Corp., 8 F.R.D. 487, 488 (E.D. Pa. 1949) (en banc).

The depositions of Bruce Swanney (in Phoenix), Ben Casey (in Dallas), Frank Dennis (in

Honolulu), and Edward Williamson (in Philadelphia) are all of this type.[1]  Another such circumstance exists when the subject matter of the depositions is of a highly technical nature:

> In the exercise of its discretion, the Court feels compelled to adopt counsel's characterization that this has been as "exceptional case." Its very nature demanded the taking of depositions and the highly technical testimony and the complexities of the case required the presence of counsel.  It can hardly be accepted that trial preparation of such involved and highly scientific issues could have been otherwise accomplished.  The question raised is peculiarly within the discretion of this Court which is of the opinion that, under the circumstances of this particular case, the expenses at issue should be paid.

Hughes Aircraft, supra, 160 U.S.P.Q. at 541.  The depositions mentioned above all fit this description, as do, to an even greater extent, the depositions of expert witnesses Elliot Boone and Webb Hayes (in San Francisco).  It should also not be forgotten that W&K was forced to incur these substantial travel costs defending a claim for breach of a $2875 contract, which the jury found was not breached, and which produced a design that all witnesses agreed was not used.  W&K therefore submits that sufficient exceptional circumstances exist to warrant taxation of deposition travel expenses as costs in this case.


## 2. Documentation of Expert Witness Fees.

Attached hereto is documentation of costs incurred by Winzler & Kelly as expert witness fees to Ben C. Gerwick, Inc.  The total amount incurred is $100,995.21.  The invoices divide the work into three categories: 1) expert witness support service; 2) deposition and trial testimony; and 3) other direct costs.  The great bulk of the work was

---

[1] Frank Dennis ultimately did testify at trial, but, at the time of his deposition, it was anticipated that he would not.

3

in the first category, which includes scientific research and analysis, preparation of reports, and preparation to testify at deposition and at trial (see generally itemized bills).

Three members of the Gerwick firm performed expert witness support service work for Winzler & Kelly: 1) James Connolly; 2) Webb Hayes; and 3) Ted Trenkwelder. Mr. Connolly's hourly rate was $130 per hour; Mr. Hayes and Mr. Trenkwelder each charged $160 per hour. Only Mr. Hayes performed work of the second type (deposition and trial testimony), for which he charged at the rate of $300 per hour. The third category (other direct costs) refers to only two items: meals and airfare, both for Mr. Hayes (the latter already noted in W&K's original Bill of Costs). The overall breakdown of expert witness fees, as detailed in the attached itemized billings, is therefore as follows:

| *Type of Cost* | *Connolly* | *Hayes* | *Trenkwelder* | *Total* |
|---|---|---|---|---|
| *Support Service* | $28,210 | $52,240 | $13,280 | $93,730 |
| *Testimony* | | $2700[2] | | $2700 |
| *Other* | | $4565.21[3] | | $4565.21 |
| *Total* | $28,210 | $59,505.21 | $13,280 | **$100,995.21** |

Given the highly technical character of this case, in which the issue of W&K's liability hinged entirely on the adequacy of its design and its conformance to the standards of the engineering profession, these expert services were certainly necessary to

---

[2] $1500 for deposition (invoice of 6-11-05) and $1200 for trial (invoice of 11-30-05). Mr. Hayes has *not* yet been paid by Plaintiff for his time at deposition.

[3] $53.60 for meals (invoice of 6-11-05) and $4511.55 for airfare (invoice of 11-30-05).

the case, and thus recoverable as costs under the rule stated by EMPSCO in its Bill of Costs, citing Heverly v. Lewis, 99 F.R.D. 135, 137-38 (D. Nev. 1983) ("The central concern in deciding whether to tax an expert witness' fees as costs is the necessity of the expert's testimony. To be taxable, the testimony must be material to an issue tried and reasonably necessary to its disposition.") (citations and internal quotation marks omitted). Winzler & Kelly therefore amends its Bill of Costs to add $100,995.21 in expert witness fees (inclusive of the $4511.55 in airfare already set forth in the original Bill of Costs).

Respectfully submitted this 30th day of December, 2005.


BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Winzler & Kelly


By: _Michael J. Berman_ (signature)
MICHAEL J. BERMAN

## CERTIFICATE OF SERVICE

I, _THOMAS ANDERSON_ , hereby declare, upon penalty of perjury under the laws of

the United States, that on the 30th day of December, 2005, I served a true and correct copy of

**SECOND SUPPLEMENT TO WINZLER & KELLY'S BILL OF COSTS** upon

Plaintiff's and Defendants' counsel of record as follows:

> Forrest Booth, Esq. / Stephen Smith, Esq. / Elyze McDonald, Esq.
> Carlsmith Ball LLP
> 134 West Soledad Avenue
> Bank of Hawaii Building, Suite 401
> Hagåtña, Guam
>
> Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds
>
> Thomas C. Sterling, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam
>
> Attorneys for Defendant Black Construction Corporation
>
> Thomas M. Tarpley, Esq.
> Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Bldg.
> 134 W. Soledad Avenue
> Hagåtña, Guam
>
> Attorneys for Defendant EMPSCO

Dated this 30th day of December, 2005.

FOR _____
THOMAS ANDERSON

# AFFIDAVIT OF ROBERT J. O'CONNOR

I, Robert J. O'Connor, being duly sworn, depose and say:

1. I am an attorney licensed to practice in the Territory of Guam. I represent Defendant Winzler & Kelly Consulting Engineers in District Court of Guam Civil Action No. 03-00009, *S. J. Gargrave Syndicate at Lloyd's v. Black Construction Corp., et al.*. I make this declaration pursuant to the requirements of 28 U.S.C. § 1924.

2. I have personal knowledge of the facts regarding the costs incurred in the case.

3. Each item of cost or disbursement claimed in the Supplement and Second Supplement to Winzler & Kelly's Bill of Costs is correct and has been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

I declare upon penalty of perjury under the laws of the United States of America and the Commonwealth of the Northern Mariana Islands that the foregoing declaration is true and correct to the best of my knowledge and belief, and that if called upon to testify, I could and would testify competently and in accordance herewith.

Executed at Saipan, CNMI, this 29th day of December, 2005.

_____
ROBERT J. O'CONNOR

## ACKNOWLEDGMENT

Subscribed and sworn to before me December 29, 2005, by Robert J. O'Connor.

_____
NOTARY

JOSEPH E. HOREY
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission expires: February 3, 2007

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.    415.398.8972
Fax.    415.398.0433
http://www.gerwick.com/

*O Connor, Berman, Dotts & Banes.*

Winzler & Kelly
495 Tescone Circle
Santa Rosa, CA 95401-4696

| | |
|---|---|
| Invoice number | 10409 |
| Invoice Date | 7/20/2004 |
| Due Date | 8/19/2004 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing for the Month of June, 2004

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| James P. Connolly | 111.00 | $130.00 | $14,430.00 |
| Webb W. Hayes | 8.50 | $160.00 | $1,360.00 |
| Ted W. Trenkwalder | 22.00 | $160.00 | $3,520.00 |
| Labor subtotal | 141.50 | | $19,310.00 |

| | |
|---|---|
| **Current Invoice Total** | **$19,310.00** |

Submitted by:    Webb W. Hayes

**SUBCONSULTANT INVOICE**
Approved by
Date 7/26/04
Job No
Payment Instructions
☐ Pay when paid
☐ Pay within ___ days
☐ Other
Subconsultant Agreement ☐ Yes ☐ No

RECEIVED
JUL 2 2 2004
WINZLER & KELLY
SANTA ROSA

Terms: All invoices are due and payable in 30 days from the Invoice Date.

Ben. C. Gerwick, Inc.          Time by ...           707 527 8679   P.03

System Date: ...

**Project Manager: WWH     Webb W. Hayes**

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours |
|---|---|---|---|---|
| 2004-035 | **Expert witness Winzler & Kelly** | | | |
| 01 | Expert Witness Support Service | | | |
| | JPC   James P. Connolly | 06-11-2004 | DIR | 12.00 |
| | | 06-18-2004 | DIR | 27.00 |
| | | 06-25-2004 | DIR | 36.00 |
| | | 07-02-2004 | DIR | 36.00 |
| | | Employee Total | | 111.00* |
| | TWT   Ted W. Trenkwalder | 06-11-2004 | DIR | 2.00 |
| | | 06-18-2004 | DIR | 5.00 |
| | | 06-25-2004 | DIR | 3.00 |
| | | 07-02-2004 | DIR | 12.00 |
| | | Employee Total | | 22.00* |
| | WWH   Webb W. Hayes | 06-04-2004 | DIR | 3.50 |
| | | 06-18-2004 | DIR | 1.00 |
| | | 06-25-2004 | DIR | 1.50 |
| | | 07-02-2004 | DIR | 2.50 |
| | | Employee Total | | 8.50* |
| | | Task Total | | 141.50* |
| | | **Project Total** | | 141.50* |
| | | Project Manager Total | | 141.50* |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3751

DATE August 2, 2004

101-501/1214
79

PAY TO THE
ORDER OF ***Ben C. Gerwick, Inc.*** $ 19,310 00

***Nineteen Thousand Three Hundred Ten Only*** DOLLARS

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Expert witness Support Services per Inv#10409 dtd 7/20/04

NON-NEGOTIABLE

⑈003751⑈ ⑈121405018⑈ 0079⑈009229⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 95950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 08/02/04 | 3751 | Expert witness Support Services per Inv#10409 dtd 7/20/04 2003-08 Winzler & Kelly #31083 | 19,310 00 |

NON-NEGOTIABLE

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.      415.398.8972
Fax.     415.398.0433
http://www.gerwick.com/

*Emma—*
*PAY!*

*—ROZ*

O'Conner Berman Dotts & Banes
2nd Floor
Nauru Building
Saipan, MP  96950-1969

| | |
|---|---|
| Invoice number | 10451 |
| Invoice Date | 8/16/2004 |
| Due Date | 9/15/2004 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing from July 03, 2004 thru July 30, 2004

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| James P. Connolly | 40.00 | $130.00 | $5,200.00 |
| Webb W. Hayes | 29.00 | $160.00 | $4,640.00 |
| Ted W. Trenkwalder | 51.00 | $160.00 | $8,160.00 |
| Labor subtotal | 120.00 | | $18,000.00 |

| **Current Invoice Total** | **$18,000.00** |
|---|---|

Submitted by:   Webb W. Hayes

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice please contact Bing Chen at 415 288 2726.

Page    1  of  1

Ben C Gerwick, Inc.                                Time by Employee                                       Page 1

| Prj/Task | Description | Period End Date | Date | Activity | Total Hours | Timesheet Note |
|---|---|---|---|---|---|---|
| JPC | James P. Connolly | | | | | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | 07/09/04 | 07/06/04 | DIR | 8.00 | Model of Dolphin C to check Cash's report |
| | | | 07/07/04 | DIR | 8.00 | |
| | | | 07/08/04 | DIR | 9.00 | |
| | | | 07/09/04 | DIR | 4.00 | |
| | | | Task Total | | 29.00* | |
| | | | Project Total | | 29.00* | |
| | | | Employee Total | | 29.00* | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | | 07/12/04 | DIR | 2.00 | Completed calculations and analysis |
| | | | 07/13/04 | DIR | 4.00 | |
| | | | 07/16/04 | DIR | 5.00 | |
| | | | Task Total | | 11.00* | |
| | | | Project Total | | 11.00* | |
| | | | Employee Total | | 11.00* | |
| TWT | Ted W. Trankwalder | | | | | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | 07/09/04 | 07/06/04 | DIR | 8.00 | Review EMSCO Report w/ comments |
| | | | | | | Review Cash Report w/ comments |
| | | | | | | Meeting w/ Steve Cox RE: Preliminary Findings |
| | | | 07/08/04 | DIR | 2.00 | Outline Draft Report |
| | | | | | | O'Connor Correspondence |
| | | | 07/09/04 | DIR | 8.00 | Draft Report Development |
| | | | Task Total | | 18.00* | |
| | | | Project Total | | 18.00* | |
| | | | Employee Total | | 18.00* | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | | 07/10/04 | DIR | 3.00 | Draft Report to W&K, O'Connor |
| | | | 07/12/04 | DIR | 4.00 | Coordination w/ W&K & O'Connor |
| | | | | | | Review EMPSCO Design Report |
| | | | 07/13/04 | DIR | 5.00 | Review GK2 Report / Berthing Loads Design |
| | | | | | | W&K Coordination Dolphin 'A' Model |
| | | | | | | W&K Coordination Damage Photo |
| | | | | | | Redraft of Report for 7/12/04 Opinions |
| | | | 07/14/04 | DIR | 9.00 | Meeting w/ O'Connor / Cox |
| | | | | | | Report Draft |
| | | | 07/15/04 | DIR | 3.00 | Check Dolphin A and C for 0.21g |
| | | | | | | Coordinate w/ RAMSET |
| | | | | | | Clean-up files |
| | | | 07/16/04 | DIR | 2.00 | Resume to O'Connor |
| | | | | | | JPC Calculation Assembly |
| | | | Task Total | | 26.00* | |
| | | | Project Total | | 26.00* | |
| | | | Employee Total | | 26.00* | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | | 07/17/04 | DIR | 2.00 | Qualifications / Resume for Sunday Transmittal |
| | | | 07/19/04 | DIR | 2.00 | Review Kleinfelder Report |
| | | | | | | Call Steve RE: Sa=2.5PGA |
| | | | 07/21/04 | DIR | 1.00 | O'Connor Contract and Fee Scchedule |
| | | | 07/22/04 | DIR | 1.00 | E-mail Contract / Rates to Bob O'Connor |
| | | | Task Total | | 6.00* | |
| | | | Project Total | | 6.00* | |
| | | | Employee Total | | 6.00* | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | | 07/26/04 | DIR | 1.00 | E-mail to Cox Et all RE: PSA and PGA |
| | | | Task Total | | 1.00* | |
| | | | Project Total | | 1.00* | |
| | | | Employee Total | | 1.00* | |
| WWH | Webb W. Hayes | | | | | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | 07/09/04 | 07/06/04 | DIR | 2.50 | Meeting with Steve Cox W&K |
| | | | Task Total | | 2.50* | |
| | | | Project Total | | 2.50* | |
| | | | Employee Total | | 2.50* | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | | 07/12/04 | DIR | 4.00 | Teleco with Cox & O'Conner read EMPSCO design report |

Ben C Gerwick, Inc.                          Time by Employee

| Prj/Task | Description | Period End Date | Date | Activity | Total Hours | Timesheet Note |
|----------|-------------|-----------------|------|----------|-------------|----------------|
| WWH | Webb W. Hayes | | | | | |
| | 2004-035 Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | 07/09/04 | 07/13/04 | DIR | 5.00 | write Report |
| | | | 07/14/04 | DIR | 9.00 | Re-write Report w/ Cox & O'Conner |
| | | | 07/15/04 | DIR | 1.50 | Revise last page & e-mail.  Clean up calculations |
| | | | 07/16/04 | DIR | 2.00 | |

Task Total          21.50*

Project Total       21.50*

Employee Total      21.50*

| Prj/Task | Description | Period End Date | Date | Activity | Total Hours | Timesheet Note |
|----------|-------------|-----------------|------|----------|-------------|----------------|
| | 2004-035 Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | | 07/18/04 | DIR | 2.00 | Revise Report to make it a joint report with TWT |
| | | | 07/21/04 | DIR | 2.00 | Work of rate schedule and contract |
| | | | 07/22/04 | DIR | 1.00 | Create a contract for this work |

Task Total           5.00*

Project Total        5.00*

Employee Total       5.00*

Ben C Gerwick, Inc.            Time by Project Manager

Project Manager: WWH    Webb W. Hayes

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours |
|-----------|----------|----------------|----------|-------------|
| 2004-035 | **Expert witness Winzler & Kelly** | | | |
| 01 | Expert Witness Support Service | | | |
| | JPC    James P. Connolly | 07/09/2004 | DIR | 29.00 |
| | | 07/16/2004 | DIR | 11.00 |
| | Employee Total | | | 40.00* |
| | TWT    Ted W. Trenkwalder | 07/09/2004 | DIR | 18.00 |
| | | 07/16/2004 | DIR | 24.00 |
| | | 07/16/2004 | DIR | 2.00 |
| | | 07/23/2004 | DIR | 6.00 |
| | | 07/30/2004 | DIR | 1.00 |
| | Employee Total | | | 51.00* |
| | WWH    Webb W. Hayes | 07/09/2004 | DIR | 2.50 |
| | | 07/16/2004 | DIR | 19.50 |
| | | 07/16/2004 | DIR | 2.00 |
| | | 07/23/2004 | DIR | 5.00 |
| | Employee Total | | | 29.00* |
| | Task Total | | | 120.00* |
| | **Project Total** | | | 120.00* |
| | Project Manager Total | | | 120.00* |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

3840

101-501/1214
79

DATE __August 26, 2004__

PAY TO THE
ORDER OF_____ ***Ben C. Gerwick, Inc.*** _____ | $ | 18,000 00 |

***Eighteen Thousand Only*** _____ DOLLARS

**🏦 Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Expert witness Support Services per Inv#10451 dtd 8/16/04

NON-NEGOTIABLE

⑈⑈003840⑈⑈ ⑈121405018⑈ 0079⑈009229⑈

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 8/26/04 | 3840  Expert witness Support Services per Inv#10451 dtd 8/16/04 | 18,000 00 |
| | 2003-08  Winzler & Kelly | |

# $ 31800

NON-NEGOTIABLE

A2

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

Consulting Engineers
20 California St., Ste. 400
San Francisco, CA 94111
Tel.     415.398.8972
Fax.     415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
2nd Floor
Nauru Building
Saipan, MP  96950-1969

| | |
|---|---|
| Invoice number | 10487 |
| Invoice Date | 9/20/2004 |
| Due Date | 10/20/2004 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing for the month of August 2004

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Webb W. Hayes | 2.50 | $160.00 | $400.00 |
| Ted W. Trenkwalder | 6.00 | $160.00 | $960.00 |
| Labor subtotal | 8.50 | | $1,360.00 |

| **Current Invoice Total** | **$1,360.00** |
|---|---|

Submitted by:   Ted W. Trenkwalder

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice please contact Bing Chen at 415 288 2726.

Page   1  of  1

Ben C Gerwick, Inc.          Time by Project Manager                Page 1
                                              System Date: 09-20-04

Project Manager: TWT    Ted W. Trenkwalder

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours |
|-----------|----------|----------------|----------|-------------|
| 2004-035  | **Expert witness Winzler & Kelly** | | | |
| 01        | Expert Witness Support Service | | | |
|           | TWT    Ted W. Trenkwalder | 08-15-2004 | DIR | 3.00 |
|           |          | 08-31-2004 | DIR | 3.00 |
|           | Employee Total |  |  | 6.00* |
|           | WWH    Webb W. Hayes | 08-31-2004 | DIR | 2.50 |
|           | Employee Total |  |  | 2.50* |
|           | Task Total |  |  | 8.50* |
|           | **Project Total** |  |  | 8.50* |
|           | Project Manager Total |  |  | 8.50* |

Time by Employee

Ben C Gerwick, Inc.

| Prj/Task | Description | Period End Date | Date | Activity | Total Hours | Timesheet Note |
|---|---|---|---|---|---|---|
| **TWT** | **Ted W. Trenkwalder** | | | | | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | 08-15-04 | 08-03-04 | DIR | 1.00 | Review E-mails from Cox RE: Spectra |
| | | | 08-04-04 | DIR | 2.00 | Download / Review Gilliam Report Comments E-mail Periods to Kelinfelder / W&K |
| | | | Task Total | | 3.00* | |
| | | | Project   Total | | 3.00* | |
| | | | Employee Total | | 3.00* | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | | 08-17-04 | DIR | 1.00 | O'Connor E-mail to WMH RE: Redi Chem |
| | | | 08-23-04 | DIR | 2.00 | As-Built Drawings from O'Connor JPC review drawings and models |
| | | | Task Total | | 3.00* | |
| | | | Project   Total | | 3.00* | |
| | | | Employee Total | | 3.00* | |
| **WMH** | **Webb M. Hayes** | | | | | |
| 2004-035 | Expert witness Winzler & Kelly | | | | | |
| 01 | Expert Witness Support Service | 08-31-04 | 08-17-04 | DIR | 2.50 | Prepare information to respond the request for document production |
| | | | Task Total | | 2.50* | |
| | | | Project   Total | | 2.50* | |
| | | | Employee Total | | 2.50* | |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4010

101-501/1214
79

DATE __October 13, 2004__

PAY TO THE
ORDER OF __\*\*\*Ben C. Gerwick, Inc.\*\*\*__          $ | 1,360.00 |

__\*\*\*One Thousand Three Hundred Sixty Only\*\*\*__                    DOLLARS

**ıh Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Inv#10487-August billing

NON-NEGOTIABLE

‖"004010‖  ⑈121405018⑈  0079‖0092 29‖

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/13/04 | 4010  Inv#10487-August billing | 1,360.00 |
|  | 2003-08  Winzler & Kelly | |

NON-NEGOTIABLE

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

Consulting Engineers
20 California St., Ste. 400
San Francisco, CA 94111
Tel.     415.398.8972
Fax.    415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP 96950-1969

| | |
|---|---|
| Invoice number | 10588 |
| Invoice Date | 12/9/2004 |
| Due Date | 1/8/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

### Billing for the Month of November 2004

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Webb W. Hayes | 9.00 | $160.00 | $1,440.00 |
| Labor subtotal | 9.00 | | $1,440.00 |

| | |
|---|---|
| **Current Invoice Total** | **$1,440.00** |

Submitted by:   Ted W. Trenkwalder

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.    Page  1 of 1

Ben C Gerwick, Inc.                    Time by Project                        , Page 1
                                                              System Date: 12-17-04
Date Range: 10-01-04 - 11-30-04

Project Total
10.00*

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|---|---|---|---|---|---|
| 2004-035 | Expert witness Winzler & Kelly | | | | |
| 01 | Expert Witness Support Service | | | | |
| WWH | Webb W. Hayes | 11-02-04 | DIR | 6.00 | Review EMPSCO Calculations to confirm the "statement" in the revised report relative to ship velocity and angle |
| | | 11-03-04 | DIR | 1.00 | Send revised report including "In our opinion" |
| | | 11-09-04 | DIR | .50 | Print out e-mail attachments re deposition |
| | | 11-10-04 | DIR | 1.50 | Print out e-mail attachments re deposition.  Organize files sent by O'Conner. |
| | Employee Total | | | 9.00 * | |
| | Task Total | | | 9.00 * | |
| | Project Total | | | 9.00 * | |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4275

101-501/1214
79

DATE _____January 4, 2005_____

PAY TO THE
ORDER OF_____***Ben C. Gerwick, Inc.***_____ | $ | 1,440.00

***One Thousand Four Hundred Forty Only***

**DOLLARS**

**Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Expert Witness Support Service per Inv#10588 dtd. 12/09/04

NON-NEGOTIABLE

⑈004275⑈ ⑆121405018⑆ 0079⑈009228⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04/05 | 4275　Expert Witness Support Service per Inv#10588 dtd. 12/09/04 | 1,440.00 |
| | 2003-08　Winzler & Kelly　# 37329 | |

NON-NEGOTIABLE

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

Consulting Engineers
20 California St., Ste. 400
San Francisco, CA 94111
Tel.      415.398.8972
Fax.      415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP 96950-1969

| | |
|---|---|
| Invoice number | 10623 |
| Invoice Date | 1/18/2005 |
| Due Date | 2/17/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing for December 2004

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| James P. Connolly | 45.00 | $130.00 | $5,850.00 |
| Webb W. Hayes | 4.00 | $160.00 | $640.00 |
| Ted W. Trenkwalder | 2.00 | $160.00 | $320.00 |
| Labor subtotal | 51.00 | | $6,810.00 |

| Current Invoice Total | $6,810.00 |
|---|---|

Submitted by:   Ted W. Trenkwalder

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page    1 of 1

Statement of Account

Ben C Gerwick, Inc.                                          Page    1
20 California Street
Suite 400
San Francisco, CA 94111
(415)288-2726


O'Conner Berman Dotts & Banes
Attn: Robert O'Conner
2nd Floor
Nauru Building
Saipan, MP 96950-1969


Customer #: 2004035

Statement of Account as of 5-12-05

| Transactions | | Date | Charges | Credits |
|---|---|---|---|---|
| 2004-035 Expert witness Winzler & Kelly | | | | |
| 10409 Invoice | | 07-20-2004 | 19,310.00 | |
| 3751 Cash receipt | 10409 | 08-12-2004 | | -19,310.00 |
| 10451 Invoice | | 08-16-2004 | 18,000.00 | |
| 3840 Cash receipt | 10451 | 09-07-2004 | | -18,000.00 |
| 10487 Invoice | | 09-20-2004 | 1,360.00 | |
| 4010 Cash receipt | 10487 | 10-25-2004 | | -1,360.00 |
| 10588 Invoice | | 12-09-2004 | 1,440.00 | |
| 4275 Cash receipt | 10588 | 01-12-2005 | | -1,440.00 |
| 10623 Invoice | | 01-18-2005 | 6,810.00 | |
| | Contract Total | | 46,920.00 | -40,110.00 |
| | Statement Total | | 46,920.00 | -40,110.00 |

| Outstanding | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|
| 6,810.00 | .00 | .00 | .00 | 6,810.00 | .00 |

Ben C Gerwick Inc        **Time by Project**

Date Range: 12/1/2004 -12/31/2004

System Date: 1/18/2005

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|-----------|----------|----------------|----------|-------------|-------|
| 2004-035 | Expert Witness Winzler & Kelly | | | | |
| 1 | Expert Witness Support Service | | | | |
| | JPC   James  P.  Connolly | 12/1/2004 | DIR | 5 | Reviewed Existing Fender |
| | | 12/2/2004 | DIR | 8 | Calculations, Redesigned Fenders |
| | | 12/3/2004 | DIR | 6 | using Bridgestone and Trellix fenders. |
| | | 12/6/2004 | DIR | 8 | Presented results to TWT and WWH. |
| | | 12/7/2004 | DIR | 8 | |
| | | 12/8/2004 | DIR | 5 | |
| | | 12/9/2004 | DIR | 5 | |
| | | Employee Total | | 45.00* | |
| | TWT   Ted  W.  Trenkwalder | 12/7/2004 | DIR | 2 | Bridgestone and Trellix Fender Review |
| | | Employee Total | | 2.00* | |
| | WWH   Webb  W.  Hayes | 12/7/2004 | DIR | 2 | Meeting with James Connolly and Ted Trenkwalder to fender design |
| | | 12/8/2004 | DIR | 2 | Perform energy calculations |
| | | Employee Total | | 4.00* | |
| | | Task Total | | 51.00* | |
| | | Project Total | | 51.00* | |

# Invoice

*Emg —*
*Pay This*
*per*



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.      415.398.8972
Fax.      415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP  96950-1969

| | |
|---|---|
| Invoice number | 10730 |
| Invoice Date | 5/12/2005 |
| Due Date | 6/11/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing from April 01, 2005 thru April 29, 2005

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| James P. Connolly | 7.00 | $130.00 | $910.00 |
| Webb W. Hayes | 5.00 | $160.00 | $800.00 |
| Labor subtotal | 12.00 | | $1,710.00 |

| | |
|---|---|
| **Current Invoice Total** | **$1,710.00** |

Submitted by:   Ted W. Trenkwalder

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page    1  of  1

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours |
|-----------|----------|----------------|----------|-------------|
| 2004-035 | Expert witness Winzler & Kelly | | | |
| 01 | Expert Witness Support Service | | | |
| JPC | James P. Connolly | 04-26-05 | DIR | 2.00 |
| | | 04-27-05 | DIR | 5.00 |
| | | Employee Total | | 7.00* |
| WWH | Webb W. Hayes | 04-29-05 | DIR | 5.00 |
| | | Employee Total | | 5.00* |
| | | Task Total | | 12.00* |
| | | Project Total | | 12.00* |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

4825

101-501/1214
79

DATE___ May 30, 2005 ___

PAY TO THE
ORDER OF___ ***Ben C. Gerwick, Inc*** ___ | $ | 8,520.00

***Eight Thousand Five Hundred Twenty Only*** _____ **DOLLARS**

**ılı Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

expert witness support service

NON-NEGOTIABLE

⑈"004825⑈" ⑆121405018⑆ 0079⑈009229⑈

---

O'CONNOR BERMAN, DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| /30/05 | 4825  Expert witness support service | 8,520.00 |
| | 2005-08  Winzler & Kelly | |
| | Invoice # 10730     19261 | 1,710.00 |
| | Invoice # 10623 | 6,810.00 |
| | Total | 8,520.00 |

NON-NEGOTIABLE

For previous 2
Invoices

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.     415.398.8972
Fax.    415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP 96950-1969

| | |
|---|---|
| Invoice number | 10781 |
| Invoice Date | 6/13/2005 |
| Due Date | 7/13/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

### Billing from May 01, 2005 thru May 31, 2005

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| James P. Connolly | 5.00 | $130.00 | $650.00 |
| Webb W. Hayes | 67.50 | $160.00 | $10,800.00 |
| Labor subtotal | 72.50 | | $11,450.00 |

## 02 - Deposition & Trial Testimony

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Webb W. Hayes | 5.00 | $300.00 | $1,500.00 |
| Labor subtotal | 5.00 | | $1,500.00 |

## ODC - Other Direct Cost

| Activity | Amount |
|---|---|
| MEALS | $53.66 |
| Reimbursable subtotal | $53.66 |

| **Current Invoice Total** | **$13,003.66** |
|---|---|

Submitted by:   Webb W. Hayes

*[handwritten notes]*

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page   1 of 1

Ben C Gerwick, Inc.                        Time by Project

Date Range: 5-01-05 - 5-31-05                                          Page 1
                                                           System Date: 10-04-05

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|---|---|---|---|---|---|
| 2004-035 | Expert witness Winzler & Kelly | | | | |
| 01 | *Expert Witness Support Service* | | | | |
| JFC | James P. Connolly | 05-02-05 | DIR | 4.00 | Meeting with Winzler and Kelly and Worked on berthing calculations wriiteup |
| | | 05-03-05 | DIR | 1.00 | Worked on berthing calculations writeup |
| | Employee Total | | | 5.00* | |
| WWH | Webb W. Hayes | 05-02-05 | DIR | 6.50 | Read De Los Santos Deposition. Meeting with Steve Cox & James Connolly |
| | | 05-03-05 | DIR | 6.00 | Re-read De los Santos Deposition and read Casey, Dennis deposition |
| | | 05-04-05 | DIR | 2.00 | Study James Connolly fender calcs |
| | | 05-05-05 | DIR | 4.00 | Reread the Cash Report |
| | | 05-06-05 | DIR | 4.00 | Read the Arce deposition |
| | | 05-09-05 | DIR | 7.00 | Studying EPSCO's calculations and deposition. Review fender calculations with James Connoly. |
| | | 05-10-05 | DIR | 8.00 | Discuss and prepare for deposition with Steve Cox and Bob O'Conner |
| | | 05-11-05 | DIR | 8.00 | Review Boone Report and Gilham comments. Review Gerwick seismic calculations |
| | | 05-23-05 | DIR | 6.00 | Print out and organize WWH deposition and Boone Deposition. begin correcting WWH deposition |
| | | 05-24-05 | DIR | 4.00 | Review deposition |
| | | 05-25-05 | DIR | 5.00 | Finish reviewing deposition. Copy & fax changes. |
| | | 05-26-05 | DIR | 1.00 | Search for flights to Guam |
| | | 05-27-05 | DIR | .50 | e-mail with O'Conner |
| | | 05-31-05 | DIR | 5.50 | Organize files to prepare for trial testimony |
| | Employee Total | | | 67.50* | |
| | Task Total | | | 72.50* | |
| 02 | *Deposition & Trial Testimony* | | | | |
| WWH | Webb W. Hayes | 05-12-05 | DIR | 5.00 | In Deposition in the offices of Cozen & O'Conner |
| | Employee Total | | | 5.00* | |
| | Task Total | | | 5.00* | |
| | Project Total | | | 77.50* | |

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.     415.398.8972
Fax.    415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP  96950-1969

| | |
|---|---|
| Invoice number | 10803 |
| Invoice Date | 7/11/2005 |
| Due Date | 8/10/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing from June 01, 2005 thru June 30, 2005

## 01 - Expert Witness Support Service

| Employee | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Webb W. Hayes | | 4.50 | $160.00 | $720.00 |
| | Labor subtotal | 4.50 | | $720.00 |

| Current Invoice Total | $720.00 |
|---|---|

Submitted by:   Webb W. Hayes

*2003 - 08*

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page    1  of  1

Ben C Gerwick, Inc.                     Time by Project

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|-----------|----------|----------------|----------|-------------|-------|
| 2004-035 | Expert witness Winzler & Kelly | | | | |
| 01 | Expert Witness Support Service | | | | |
| WWH | Webb W. Hayes | 06-01-05 | DIR | 2.00 | Organize files and data to better retrieve information for trial |
| | | 06-02-05 | DIR | 2.50 | Organize files and study EMPSCO contract |
| | | Employee Total | | 4.50* | |
| | | Task Total | | 4.50* | |
| | | Project Total | | 4.50* | |

☑028

## O'CONNOR BERMAN DOTTS & BANES

P.O. BOX 501969
SAIPAN, MP 96950-1969

5120

101-501/1214
79

DATE___August 15, 2005___

PAY TO THE
ORDER OF___ ***Ben C. Gerwick, Inc.*** ___ $ | 720 00

___ ***Seven Hundred Twenty Only*** ___ **DOLLARS**

**↳h Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Expert Witness Support Service per Inv#10803 dtd. 7/11/05

**NON-NEGOTIABLE**

⑈005120⑈ ⑆121405018⑈ 0079⑈009229⑈

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/16/05 | 5120  Expert Witness Support Service per Inv#10803 dtd. 7/11/05 | 720.00 |
|  | 2003-08  Winzler & Kelly | |

**NON-NEGOTIABLE**

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.      415.398.8972
Fax.     415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP  96950-1969

| | |
|---|---|
| Invoice number | 10882 |
| Invoice Date | 9/12/2005 |
| Due Date | 10/12/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing for the month of August 2005

---

## 01 - Expert Witness Support Service

| Employee | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Webb W. Hayes | | 2.50 | $160.00 | $400.00 |
| | Labor subtotal | 2.50 | | $400.00 |

| | |
|---|---|
| **Current Invoice Total** | **$400.00** |

Submitted by:    Webb W. Hayes

RECEIVED
SEP 2 3 2005

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page    1  of  1

Ben C Gerwick, Inc.                          Time by Project

Date Range: 8-01-05 - 8-31-05                                       Page 1
                                                       System Date: 09-08-05

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|-----------|----------|----------------|----------|-------------|-------|
| 2004-035 | Expert witness Winzler & Kelly | | | | |
| 01 | Expert Witness Support Service | | | | |
| WWH | Webb W. Hayes | 08-05-05 | DIR | 2.50 | File data ane review Deposition memo, Baluyut and Jose |

|  |  | Employee Total | | 2.50* | |
|  |  | Task Total | | 2.50* | |
|  |  | Project Total | | 2.50* | |

## O'CONNOR BERMAN DOTTS & BANES
P.O. BOX 501969
SAIPAN, MP 96950-1969

5296

DATE _September 27, 2005_

101-501/1214
79

PAY TO THE
ORDER OF_____ ***Ben C. Gerwick, Inc.*** _____ | $ |   400.00

***Four Hundred Only***

_____ DOLLARS

**⁄h Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Expert Witness Fee per Inv#10882 dtd. 9/12/05

NON-NEGOTIABLE

⑈"005296"⑈ ⑈:121405018⑈: 0079"009229"⑈

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

### DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/27/05 | 5296   Expert Witness Fee per Inv#10882 dtd. 9/12/05 | 400.00 |

NON-NEGOTIABLE

RECEIVED
SEP 23 2005

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page    1 of 1

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.       415.398.8972
Fax.      415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP  96950-1969

| | |
|---|---|
| Invoice number | 10923 |
| Invoice Date | 10/11/2005 |
| Due Date | 11/10/2005 |

BCG Job No. 2004-035
Expert witness Winzler & Kelly

Federal Tax ID# 94-2147901

---

Billing for the month of September, 2005

---

## 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Webb W. Hayes | 12.50 | $160.00 | $2,000.00 |
| Labor subtotal | 12.50 | | $2,000.00 |

| **Current Invoice Total** | **$2,000.00** |
|---|---|

Submitted by:   Webb W. Hayes

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.

Page    1  of  1

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|-----------|----------|----------------|----------|-------------|-------|
| 2004-035 | Expert witness Winzler & Kelly | | | | |
| 01 | Expert Witness Support Service | | | | |
| WWH | Webb W. Hayes | 09-26-05 | DIR | 7.00 | Respond to O'Conner letter of 9/26/05 |
| | | 09-27-05 | DIR | 2.50 | Respond to O'Conner questions |
| | | 09-28-05 | DIR | 2.00 | Research Boone Report |
| | | 09-29-05 | DIR | 1.00 | Look for Boone tables |

|  | | |
|---|---|---|
| Employee Total | 12.50* | |
| Task Total | 12.50* | |
| Project Total | 12.50* | |

**O'CONNOR BERMAN DOTTS & BANES**
P.O. BOX 501969
SAIPAN, MP 96950-1969

5486

November 21, 2005
DATE_____

101-501/1214
79

PAY TO THE
ORDER OF___***Ben C. Gerwick, Inc.***_____ $ | 2,000.00

***Two Thousand Only***

_____ DOLLARS

**ᴀh Bank of Hawaii**
SUSUPE BRANCH
SAIPAN, MP 96950

Expert witness Service Fee per Inv#10923 dtd. 10/11/05

NON-NEGOTIABLE

⑈"005486⑈ ⑇:121405018⑇: 0079⑈009229⑈"

---

O'CONNOR BERMAN DOTTS & BANES
SAIPAN, MP 96950-1969

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/21/05 | 5486  Expert witness Service Fee per Inv#10923 dtd. 10/11/05<br>2003-08 Winzler & Keily | 2,000.00 |

NON-NEGOTIABLE

*wjk*

# Invoice



**Ben C. Gerwick, Inc.**
AN AFFILIATE OF COWI

**Consulting Engineers**
20 California St., Ste. 400
San Francisco, CA 94111
Tel.     415.398.8972
Fax.     415.398.0433
http://www.gerwick.com/

O'Conner Berman Dotts & Banes
Attn: Robert O'Connor
2nd Floor
Nauru Building
Saipan, MP 96950-1969

| | |
|---|---|
| Invoice number | 10969 |
| Invoice Date | 11/30/2005 |
| Due Date | 12/30/2005 |

BCG Job No. 2004-035                    Federal Tax ID# 94-2147901
Expert witness Winzler & Kelly

---

Billing from October 1, 05 to November 25, 05

---

### 01 - Expert Witness Support Service

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| James P. Connolly | 9.00 | $130.00 | $1,170.00 |
| Webb W. Hayes | 181.50 | $160.00 | $29,040.00 |
| Ted W. Trenkwalder | 2.00 | $160.00 | $320.00 |
| Labor subtotal | 192.50 | | $30,530.00 |

### 02 - Deposition & Trial Testimony

| Employee | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Webb W. Hayes | 4.00 | $300.00 | $1,200.00 |
| Labor subtotal | 4.00 | | $1,200.00 |

### ODC - Other Direct Cost

| Activity | Amount |
|---|---|
| AIRFARE | $4,511.55 |
| Reimbursable subtotal | $4,511.55 |

| **Current Invoice Total** | **$36,241.55** |
|---|---|

Submitted by:   Webb W. Hayes

Terms: All invoices are due and payable in 30 days from the Invoice Date.

For questions regarding this invoice, please contact Bing Chen at 415 288 2726.                    Page   1  of  1

Ben C Gerwick, Inc.                    Time by Project                        Page 1
                                                                System Date: 11-30-05
Date Range: 10-01-05 - 11-25-05

| Proj/Task | Employee | Timesheet Date | Activity | Total Hours | Notes |
|---|---|---|---|---|---|
| 2004-035 | Expert witness Winzler & Kelly | | | | |
| 01 | Expert Witness Support Service | | | | |
| JPC | James P. Connolly | 11-08-05 | DIR | 7.00 | Documentation Review before Trial |
| | | 11-15-05 | DIR | 2.00 | Calculated Capacity of Empsco design based on Boone's results |
| | | Employee Total | | 9.00* | |
| TWT | Ted W. Trenkwalder | 11-05-05 | DIR | .50 | Code Review and Damage Assessment |
| | | 11-09-05 | DIR | .50 | Review WWH Direct testimony responses |
| | | 11-15-05 | DIR | 1.00 | Review WWH E-mail Coordinate w/ JPC & Call WWH |
| | | Employee Total | | 2.00* | |
| WWH | Webb W. Hayes | 10-04-05 | DIR | 2.00 | Meeting with Steve Cox re epoxy and other issues |
| | | 10-17-05 | DIR | 5.00 | Study O'Conner letter and formulate responses |
| | | 10-18-05 | DIR | 1.50 | O'Conner response and collect data for trial book |
| | | 10-19-05 | DIR | 2.00 | Study fender calculations for response to O'Conner |
| | | 10-21-05 | DIR | 1.00 | Organize data for trial |
| | | 10-24-05 | DIR | 6.00 | Make Flight arrangements. Telecon with Steve Cox re fenders. Answer O'Conner e-mail of 10/17. |
| | | 10-25-05 | DIR | 2.00 | Study berthing calculations |
| | | 10-26-05 | DIR | 4.00 | Answer trial questions |
| | | 10-27-05 | DIR | 7.00 | Review model posibility and send letter |
| | | 10-28-05 | DIR | 7.00 | Develop fender presentation for jury |
| | | 10-29-05 | DIR | 2.00 | develop mooring charts for SCU fenders and energy curve for 150,000 dwt tanker |
| | | 10-30-05 | DIR | 6.00 | Studied Trellex Morse fenders & Bridgestone fenders prepared calculations |
| | | 10-31-05 | DIR | 8.00 | Telecon with Fentek re Trellex fenders & obtain trellex Energy curve |
| | | 11-01-05 | DIR | 6.50 | Study Fenders at Foxtrot Pier |
| | | 11-02-05 | DIR | 6.00 | Continue answering O'Conner questions |
| | | 11-03-05 | DIR | 8.00 | Study O'Conner questions |
| | | 11-04-05 | DIR | 7.00 | Study O'Conner questions |
| | | 11-05-05 | DIR | 4.50 | Study and answer trial testimony questions |
| | | 11-06-05 | DIR | 5.00 | Study and answer trial testimony questions |
| | | 11-07-05 | DIR | 6.00 | Study for trial |
| | | 11-08-05 | DIR | 7.00 | Review all BCG effort with James Connoly |
| | | 11-09-05 | DIR | 6.00 | Prepare for trip to Guam |
| | | 11-10-05 | DIR | 12.00 | Travel to Guam |
| | | 11-11-05 | DIR | 8.00 | Travel to Guam |
| | | 11-12-05 | DIR | 8.00 | Visit Foxtrot F-1 dock and atrial preparation |
| | | 11-13-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-14-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-15-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-16-05 | DIR | 8.00 | Trial and trial preparation |
| | | 11-17-05 | DIR | 4.00 | Trial |
| | | 11-18-05 | DIR | 8.00 | Travel from Guam |
| | | Employee Total | | 181.50* | |
| | | Task Total | | 192.50* | |
| 02 | Deposition & Trial Testimony | | | | |
| WWH | Webb W. Hayes | 11-17-05 | DIR | 4.00 | Testify in trial |
| | | Employee Total | | 4.00* | |
| | | Task Total | | 4.00* | |
| | | Project Total | | 196.50* | |