
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYD'S,<br><br>                 Plaintiff,<br>vs<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT PLANNING SERVICES CORPORATION,<br><br>                 Defendants | CIVIL CASE NO. 03-00009<br><br>**AMENDED<br>TAXATION OF COSTS**<br>Re:<br>**Engineering, Management &<br>Planning Services Corporation<br>Hearing held 12/23/2005 - 10:00 a.m.** |

**ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION**

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|---|
| 1 | 11/2/2003 | Copy Express | Copying charges | $17.00 | $17.00 | |
| 2 | 1/31/2004 | Thomas M. Tarpley, Jr. | Copying charges | $25.20 | $25.20 | |
| 3 | 4/26/2004 | Cecille Flores | Deposition Transcript - Peter MacLeod (March 5, 2005) | $296.00 | $296.00 | |

1

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|---|
| 4 | 4/26/2004 | Cecilia Flores | Deposition Transcript - Peter MacLeod (March 4, 2005) | $213.25 | $213.25 | |
| 5 | 4/30/2004 | Thomas M. Tarpley, Jr. | Copying charges | $25.20 | $25.20 | |
| 6 | 5/28/2004 | Thomas M. Tarpley, Jr. | Copy Express Advance payment | $12.25 | $12.25 | |
| 7 | 5/31/2004 | Thomas M. Tarpley, Jr. | Fast Copy (Advance payment) | $68.21 | $68.21 | |
| 8 | 6/29/2004 | Thomas M. Tarpley, Jr. | Deposition Witness Fee - Simeon Delos Santos | $35.00 | $35.00 | |
| 9 | 6/29/2004 | Thomas M. Tarpley, Jr. | Deposition Witness Fee - DPW | $35.00 | $35.00 | |
| 10 | 6/30/2004 | Thomas M. Tarpley, Jr. | Fax and copying | $12.58 | $12.58 | |
| 11 | 7/20/2004 | Cobri Inc. | Process server fee re Delos Santos | $45.00 | $45.00 | |
| 12 | 7/20/2004 | Cobri Inc. | Process server fee re DPW | $45.00 | $45.00 | |
| 13 | 7/29/2004 | A.H. Tsutsui | Professional services | $1,454.25 | | $1,454.25 |
| 14 | 7/31/2004 | Thomas M. Tarpley, Jr. | Copying charges | $101.80 | $101.80 | |
| 15 | 8/31/2004 | NEXIS | Research | $21.37 | $21.37 | |
| 16 | 9/20/2004 | Cobri Inc. | Process server fee re Delos Santos | $45.00 | $45.00 | |
| 17 | 9/20/2004 | Cobri Inc. | Process server fee re DPW | $45.00 | $45.00 | |

2

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|---|
| 18 | 9/29/2004 | A.H. Tsutsui | Professional services | $329.25 | | $329.25 |
| 19 | 9/30/2004 | Cecilia Flores | Deposition transcript - DPW | $100.00 | $100.00 | |
| 20 | 10/7/2004 | Messrs. Blair Sterling | Copying charges - Carlito Tabilas and Joselito Gutierrez deposition transcripts | $33.50 | $33.50 | |
| 21 | 10/19/2004 | Cecille Flores | Deposition transcript - Simeon Delos Santo | $1,061.84 | $1,061.84 | |
| 22 | 10/22/2004 | Cecilia Flores | Deposition transcript - N.C. Macario | $166.00 | $166.00 | |
| 23 | 10/23/2004 | Cecille Flores | Deposition transcript - Jurgen H.W. Unterbeg | $112.80 | $112.80 | |
| 24 | 10/31/2004 | Thomas M. Tarpley, Jr. | Copying charges | $127.20 | $127.20 | |
| 25 | 11/8/2004 | Veronica Flores | Deposition transcript - Reynaldo Arce | $248.37 | $248.37 | |
| 26 | 11/10/2004 | Copy Express | Copying charges | $10.00 | $10.00 | |
| 27 | 11/30/2004 | Thomas M. Tarpley, Jr. | Copying charges | $292.80 | $292.80 | |
| 28 | 12/8/2004 | A.H. Tsutsui | Professional services | $125.00 | | $125.00 |
| 29 | 2/28/2005 | Thomas M. Tarpley, Jr. | Copying charges | $17.20 | $17.20 | |
| 30 | 3/21/2005 | Cecilia Flores | Deposition transcript - Joselito Gutierrez | $202.00 | $202.00 | |
| 31 | 4/26/2005 | A.H. Tsutsui | Professional services | $292.50 | | $292.50 |

3

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|---|
| 32 | 4/30/2005 | Thomas M. Tarpley, Jr. Continental Airlines | Airfare to San Francisco and copying charges | $1593.51 + 29.60 = $1,623.11 | | $1,623.11 |
| 33 | 5/18/2005 | Top Travel Agency | Airfare - Arce settlement conference - Saipan + parking fee + meals | $246.36 | | $246.36 |
| 34 | 5/18/2005 | Top Travel Agency | Airfare - Tarpley - settlement conference - Saipan | $192.36 | | $192.36 |
| 35 | 5/24/2005 | Deposition Resources | Deposition transcript - Edgardo Jabinigay | $99.70 | $99.70 | |
| 36 | 5/25/2005 | Thomas M. Tarpley, Jr. | Cab fare - San Francisco + hotel - San Francisco | $416.06 | | $416.06 |
| 37 | 5/31/2005 | Thomas M. Tarpley, Jr. | Copying charges | $286.80 | $286.80 | |
| 38 | 6/8/2005 | Thomas M. Tarpley, Jr. | Deposition transcript - Elliott Boone (Vol. 1) | $842.65 | $842.65 | |
| 39 | 6/8/2005 | Thomas M. Tarpley, Jr. | Deposition transcript - Elliott Boone (Vol. 2) | $650.20 | $650.20 | |
| 40 | 6/30/2005 | Thomas M. Tarpley, Jr. | Copying charges | $85.60 | $85.60 | |
| 41 | 10/31/2005 | Thomas M. Tarpley, Jr. | Copying charges | $318.60 | $318.60 | |
| 42 | 11/21/2005 | Depo Resources | Deposition transcript + binding charge re Perfecto Jose | $148.25 | $148.25 | |
| 43 | 11/30/2005 | Thomas M. Tarpley, Jr. | Copying charges | $95.60 | $95.60 | |

4

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|---|
| 44 | 12/6/2005 | A. Tsutsui | Professional services | $1,933.75 | | $1,933.75 |
| Total Cost | | | | $12,554.61 | $5,941.97 | $6,612.64 |

Costs are hereby taxed in the amount of Five Thousand Nine Hundred and Forty One Dollars and Ninety-Seven Cents ($5,941.97) and will be included in the judgment. The amount of Six Thousand Six Hundred and Twelve Dollars and Sixty-Four Cents ($6,612.64) is hereby denied as claims not taxable as costs under LR54.1 of the District Court of Guam, Local Rules of Practice, and Title 28 U.S.C. §1920. Parties may appeal to this Court upon written motion within five (5) days of this decision, as provided in Rule 54(d), Federal Rules of Civil Procedure.

Dated this 11th day of January, 2006.

Rosita P. San Nicolas
Chief Deputy Clerk