AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

S.J. GARGRAVE SYNDICATE AT LLOYDS, et al.,

V.

BLACK CONSTRUCTION CORPORATION, et al.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 03-00009

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED. The Court retains jurisdiction over tax and apportionment costs, pre-judgment and post-judgment issues, and attorney fees.

Judgment amended to include Clerk's taxation of costs. Taxation of costs re: Engineering, Management and Planning Services Corporation, filed January 9, 2006, in the amount of $5,941.97. Amended taxation of costs re: Engineering, Management and Planning Services Corporation, filed January 11, 2006, in the amount of $5,941.97. Taxation of costs re: Winzler and Kelly Consulting Engineers, filed January 11, 2006, in the amount of $26,145.56.

**FILED**
DISTRICT COURT OF GUAM
JAN 1 2 2006
MARY L.M. MORAN
CLERK OF COURT

JANUARY 12, 2006
Date

MARY L.M. MORAN
Clerk

(By) Deputy Clerk

ORIGINAL