```
LAW OFFICES
```
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Ste 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



**FILED**
DISTRICT COURT OF GUAM

JAN 13 2006

MARY L.M. MORAN
CLERK OF COURT

7ZP181
Attorney *for* Defendant Engineering, Management
& Planning Services Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT, & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**CERTIFICATE OF SERVICE** |

I, Dorothea Quichocho, hereby certify that on January 13, 2006, a true and correct copy of EMPSCO'S MOTION FOR REVIEW OF THE CLERK'S DETERMINATION OF ALLOWABLE COSTS [NO HEARING REQUESTED] filed herein on January 13, 2006, will be faxed, mailed and hand delivered, respectively, to the following:

THOMAS C. STERLING, ESQ.
BLAIR STERLING JOHNSON
Pacific News Bldg., Suite 1008
238 Archbishop Flores Street
Hagatna, Guam 96910
(via fax and mail)

DAVID P. LEDGER, ESQ.
CARLSMITH BALL
Bank Of Hawaii Building
Suite 401, 134 West Soledad Avenue
Hagatna, Guam 96910
(via hand delivery)

ROBERT J. O'CONNOR, ESQ.
DANIEL J. BERMAN, ESQ.
BERMAN O'CONNOR MANN & SHKLOV
Bank of Guam Bldg., Suite 503
111 Chalan Santo Papa
Hagatna, Guam 96910
(via fax and mail)

Dated this 13th day of January, 2006.

Dorothea Quichocho