# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds,<br><br>Plaintiff,<br><br>vs.<br><br>Black Construction Corporation, et al.,<br><br>Defendants. | Case No. 1:03-cv-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Taxation of Costs re: Engineering, Management and Planning Corporation Hearing, filed January 9, 2006, on the dates indicated below:

| Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C. | Tarpley and Moroni, LLP | Carlsmith Ball, LLP | Berman, O'Connor, Mann and Shklov |
|---|---|---|---|
| January 10, 2006 | January 10, 2006 | January 10, 2006 | January 13, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:
Taxation of Costs re: Engineering, Management and Planning Corporation Hearing, filed January 9, 2006

was served on the above listed entities in the manner shown, and that
I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 13, 2006  /s/Renee M. Martinez
  Deputy Clerk