CARLSMITH BALL LLP

DAVID LEDGER
STEVEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**PLAINTIFF'S MOTION TO REVIEW TAXATION OF COSTS [Re: Winzler & Kelly Consulting Engineers Hearing held 12/23/05 - 10:00 a.m.]; EXHIBIT A; DECLARATION OF SERVICE** |

Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS hereby files its Motion to Review the Clerk's Taxation of Costs with respect to Winzler & Kelly Consulting Engineers ("Winzler"), filed on January 11, 2006. The Clerk taxed costs in the amount of $26,145.56.

This Motion is made pursuant to LR 54.1(e). This motion is timely, having been filed within five business days after the Clerk's decision was filed. LR 54.1(e); Fed. R. Civ. P. 6 (computation of time for a period under five days does not include weekends and holidays).

**I.   Costs of Travel**

Section 1821 requires that travel costs be taxed "at the most economical rate reasonably available." 28 U.S.C. § 1821. Both Mr. Cox and Mr. Hayes traveled at a first class rate of $4,511.55, which was not the most economical rate available. The exhibit attached to the Supplement to Winzler & Kelly's Bill of Costs, filed December 23, 2005, demonstrates that Winzler paid for first class tickets. Because Winzler is only allowed the "most economical rate available," Winzler's travel costs should be deducted to an economy class rate of around $1,167.86 per person claimed, for a total of $2,335.72. Ex. A.[1] The Court should therefore reduce the amount taxed for travel expenses for Mr. Hayes and Mr. Cox by $3,343.69 per person, or a total reduction of $6,687.38.

**II.  Subsistence Fees**

The Clerk allowed subsistence fees at the maximum rate of $225, for the total of $3,375.00, without any substantiation. The maximum rate is the ceiling, but is not automatically granted. Winzler did not provide any receipts for the actual subsistence of Mr. Cox or Mr. Hayes. The Court is therefore unable to assess whether Winzler spent $225 or less. In any event, Winzler would not be entitled to any amount over what its witnesses actually spent for

---

[1] Exhibit A is a quotation of a round-trip economy class ticket from San Francisco to Guam in February 2006. Quotations could not be obtained for the time of the trial in this case.

subsistence. Absent evidence of actual expenses, Winzler should not recover any amount, let alone the $225 maximum. The Court should therefore reduce the amount taxed by $3,375.00.

### III. Attendance Fees

The clerk taxed a total of $600.00 for the twelve days of Steve Cox's presence at trial and the three days of presence by Webb Hayes. Section 1821, however, only taxes costs for attendance, not presence at trial. Winzler may therefore only tax one day's worth of attendance fees for the testimony of Steve Cox, whose testimony lasted for only one day, and one day's worth of attendance for the testimony of Mr. Hayes, whose testimony also lasted only one day. While Mr. Cox may have been available and present in the courtroom on the eleven other days of trial, and Mr. Hayes available on two other days, section 1821 only compensates witness fees for witnesses on the days on which they are "necessary." Witnesses are not necessary when they are only present in courtroom and offering advice or consulting with the attorneys. *Pan American Grain Mfg. Co. v. Puerto Rico Ports Auth.*, 193 F.R.D. 26, 36 (D.P.R. 2000). Winzler can therefore only tax for one day of Mr. Cox's attendance and one day for Mr. Hayes' attendance, for a total of $80.00. The Court should therefore reduce the amount taxed for attendance fees by $520.00.

The Court should also make a corresponding reduction in the subsistence fees, should any substantiation of subsistence be provided. If so provided, the Court should only award one day's worth of subsistence fees for Mr. Cox and Mr. Hayes apiece.

### IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests review of the Clerk's Taxation of Costs with respect to Winzler. Plaintiff seeks a reduction of $6,687.38 in travel expenses, $3,375.00 in subsistence fees, and $520.00 in attendance fees, for a total reduction in taxed costs in the amount of $10,582.38. Subtracting $10,582.38 from the Clerk's current Taxation of Costs

in the amount of $26,145.56, the Taxation of Costs should be reviewed and amended to reflect a total taxation of **$15,563.18**.

DATED: Hagåtña, Guam, January 19, 2006.

CARLSMITH BALL LLP

_/s/ David Ledger_
DAVID LEDGER
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

 

**NYC: ♥ it for less!** Save up to 20%

Welcome, **Elyze**  Sign in/Sign out          My Itineraries   My Account   Customer Support

| Summary |
|---|
| **1 Ticket / Roundtrip** |
| SFO San Francisco to |
| GUM Agana |
| |
| Leave:  Wed 15-Feb |
| Return: Tue 28-Feb |
| |
| 1 adult            $1,096.00 |
| Taxes & Fees         $66.86 |
| Booking Fee           $5.00 |
| |
| Total             $1,167.86 |

### Total price for this trip: $1,167.86

I have a coupon.  What's a coupon?

**1 Review the flight details**

**Traveling to Agana**

✈ **Wed 15-Feb-06**

| San Francisco (SFO) | to | Tokyo (NRT) | 5131 mi | nwa |
| Depart 12:05 pm | | Arrive 4:35 pm +1 day | (8258 km) | Flight: **27** |
| Terminal I | | Terminal 1 | Duration: 11hr 30mn | |

Economy/Coach Class, AIRBUS INDUSTRIE A330-200

✈ **Thu 16-Feb-06**

| Tokyo (NRT) | to | Agana (GUM) | 1561 mi | **Continental Airlines** |
| Depart 8:40 pm | | Arrive 1:15 am +1 day | (2512 km) | Flight: **964** |
| Terminal 2 | | | Duration: 3hr 35mn | Operated by: CONTINENTAL MICRONESIA |

Economy/Coach Class, Dinner, Boeing 767

Total distance: 6692 mi (10770 km)          Total duration: 15hr 5mn (19hr 10mn with connections)

**Traveling to San Francisco**

✈ **Tue 28-Feb-06**

| Agana (GUM) | to | Honolulu (HNL) | 3797 mi | nwa |
| Depart 7:10 am | | Arrive 6:15 pm -1 days | (6111 km) | Flight: **6002** |
| | | Terminal M | Duration: 7hr 5mn | Operated by: CONTINENTAL/CONTINENTAL MICRONESIA -- CO2 |

Economy/Coach Class, Boeing 767
Please check in with **CONTINENTAL/CONTINENTAL MICRONESIA -- CO2**. If checking in at a kiosk, use your name rather than confirmation number.

✈ **Mon 27-Feb-06**

| Honolulu (HNL) | to | San Francisco (SFO) | 2397 mi | nwa |
| Depart 10:45 pm | | Arrive 5:37 am +1 day | (3858 km) | Flight: **84** |
| Terminal M | | Terminal 1 | Duration: 4hr 52mn | |

Economy/Coach Class, Boeing 757 (757-300)

Total distance: 6194 mi (9968 km)          Total duration: 11hr 57mn (16hr 27mn with connections)

*Tip:* Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.

---

🚗  **Add a rental car to this trip**

◉ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

---

**QUESTIONS?**
- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on January 19, 2006, I caused to be served, via hand delivery, a true and correct copy of **PLAINTIFF'S MOTION TO REVIEW TAXATION OF COSTS [RE: WINZLER & KELLY CONSULTING ENGINEERS HEARING HELD 12/23/05 - 10:00 A.M.]; EXHIBIT A; DECLARATION OF SERVICE** upon Defendants Counsel of record as follows:

Robert J. O'Connor, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero, P.C.
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

and

Thomas M. Tarpley, Esq.
Law Offices of Tarpley & Moroni, LLP
Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910

Executed this 19th day of January 2006 at Hagåtña, Guam.

_____
DAVID LEDGER