# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyd's,<br><br>Plaintiff,<br><br>vs.<br><br>Black Construction Corporation, et al.,<br><br>Defendants. | Case No. 1:03-cv-00009<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Taxation of Costs re Engineering, Management and Planning Services Corporation filed January 11, 2006, Taxation of Costs re Winzler and Kelly Consulting Engineers filed January 11, 2006, Amended Judgment in a Civil Case filed January 12, 2006 and Notice of Entry filed January 12, 2006* on the dates indicated below:

| *Carlsmith Ball LLP* | *Berman O'Connor Mann & Shklov* | *Trapley and Moroni, LLP* | *Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C.* |
|---|---|---|---|
| *January 13, 2006* | *January 13, 2006* | *January 13, 2006* | *January 19, 2006* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Taxation of Costs re Engineering, Management and Planning Services Corporation filed January 11, 2006, Taxation of Costs re Winzler and Kelly Consulting Engineers filed January 11, 2006, Amended Judgment in a Civil Case filed January 12, 2006 and Notice of Entry filed January 12, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 20, 2006 /s/ Virginia T. Kilgore
Deputy Clerk