CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. (671) 472-6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2006 ✏️
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>     Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>    Defendants. | CIVIL CASE NO. CV03-00009<br><br>**NOTICE OF CHANGE OF ADDRESS AND CHANGE OF LAW FIRM; DECLARATION OF SERVICE** |

Counsel for Plaintiff S.J. GARGRAVE SYNDICATE AT LLOYDS herein,

Forrest Booth, hereby gives notice that as of March 16, 2006, his new address and law firm

will be:



Forrest Booth
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA  94111
Tel:  (415) 398-3344
Fax: (415) 956-0439
Email:  fb@severson.com


DATED: San Francisco, California, March 10, 2006.


_____
FORREST BOOTH

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on ~~March~~ **April 4**, 2006, I caused to be served, via hand delivery, a true and correct copy of NOTICE OF CHANGE OF ADDRESS AND CHANGE OF LAW FIRM; DECLARATION OF SERVICE upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910
>
> Thomas C. Sterling, Esq.
> Klemm Blair Sterling & Johnson, P.C.
> Suite 1008, Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910

and

> Thomas M. Tarpley, Esq.
> Law Offices of Tarpley & Moroni, LLP
> Suite 402, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this **4th** day of ~~March~~ **April**, 2006 at Hagåtña, Guam.

_____
DAVID LEDGER