THOMAS C. STERLING
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Defendant Black Construction Corporation

**FILED**
DISTRICT COURT OF GUAM
JUN 12 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, <br><br> Defendants. | CIVIL CASE NO. CV03-00009 <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that all claims asserted hereby by Plaintiff S.J. Gargrave Syndicate at Lloyds ("Gargrave") against Defendant Black Construction Corporation ("Black") and by Defendant Black against Plaintiff Gargrave are hereby dismissed, in their entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

The Judgment in a Civil Case previously entered by the Clerk herein on November 30, 2005 is hereby vacated.

| | |
|---|---|
| BLAIR STERLING JOHNSON <br> MOODY MARTINEZ & LEON GUERRERO <br> A PROFESSIONAL CORPORATION <br><br> BY: _/s/ Thomas C. Sterling_ <br> **THOMAS C. STERLING** <br> *Attorneys for Defendant Black Construction Corporation* <br> DATED: June 12, 2006 | CARLSMITH BALL LLP <br><br><br><br> BY: _/s/ Elyze McDonald_ <br> **ELYZE J.T. McDONALD** <br> *Attorneys for Plaintiff S.J. Gargrave Syndicate at Lloyds* <br> DATED: 9 June, 2006 |

E62:27946-29\\G:\WORDDOC\PLD\TCS\285-STIPULATION 4 DISMISSAL RE GARGRAVE V BLACK (DIST CT).DOC

ORIGINAL