THOMAS C. STERLING
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Black Construction Corporation*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | |
| vs. | |
| BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | **ORDER RE DISMISSAL** |
| Defendants. | |

The parties hereto, having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that all claims in the instant action asserted by Plaintiff S.J. Gargrave Syndicate at Lloyds ("Gargrave") against Defendant Black Construction Corporation ("Black"), and by Defendant Black against Plaintiff Gargrave, are hereby dismissed, in their entirety, with prejudice. Additionally, the Judgment in a Civil Case previously entered by the Clerk herein on November 30, 2005 is hereby vacated as to Black. S.J. Gargrave Syndicate at Lloyds and Black Construction Corporation shall bear their own attorneys' fees and costs.

**SO ORDERED** this 13th day of June, 2006.

HONORABLE ROBERT CLIVE JONES
DESIGNATED DISTRICT JUDGE, DISTRICT COURT OF GUAM