GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, | |
| Plaintiff, | |
| vs. | Case No. 1:03-cv-00009 |
| Black Construction Corporation, et al., | |
| Defendants. | |

# NOTICE OF ENTRY OF ORDERS

    **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following orders:

Order re Motion for Judicial Review of Taxation of Costs, Motion to Review Taxation of Costs filed June 29, 2006
Date of Entry: June 29, 2006
Order re Motion and Memoranda for Attorney's Fees and Expert Witness Fees as Costs, Motion for Review of the Clerk's Determination of Allowable Costs filed June 29, 2006
Date of Entry: June 29, 2006
Order denying Motion for Attorney's Fees filed June 29, 2006
Date of Entry: June 29, 2006

The original orders are on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** June 29, 2006

                                      Clerk of Court
                                      **/s/ Mary L.M. Moran**