# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, | Case No. 1:03-cv-00009 |
| Plaintiff, | |
| vs. | |
| Black Construction Corporation, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of 1) Order re Plaintiff's Motion to Review Taxation of Costs and Winzler and Kelly's Motion for Judicial Review of Taxation of Costs, 2) Order re Empsco's Motion for Attorney's Fees and Expert Witness Fees as Costs and Review of Clerk's Determination of Allowable Costs, 3) Order re Winzler and Kelly's Motion for Attorney's Fees, and 4) Notice of Entry of Orders filed June 29, 2006, on the dates indicated below:

| Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C. | Tarpley and Moroni, LLP | Carlsmith Ball, LLP | Berman O'Connor Mann and Shlov |
|---|---|---|---|
| June 29, 2006 | June 29, 2006 | June 29, 2006 | July 10, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

1) Order re Plaintiff's Motion to Review Taxation of Costs and Winzler and Kelly's Motion for Judicial Review of Taxation of Costs, 2) Order re Empsco's Motion for Attorney's Fees and Expert Witness Fees as Costs and Review of Clerk's Determination

of Allowable Costs, 3) Order re Winzler and Kelly's Motion for Attorney's Fees, and 4) Notice of Entry of Orders filed June 29, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 10, 2006 /s/ Virginia T. Kilgore
Deputy Clerk