

FILED
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNIDICATE AT LLOYD'S,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants | CIVIL CASE NO. 03-00009<br><br>**AMENDED TAXATION OF COSTS**<br>Re:<br>**Winzler & Kelly Consulting Engineers** |

| Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|
| Cost incurred in connection with taking depositions. | | | | | |
| 2003 | | | | | |
| **October** | Cecilia A. Flores | Reporter's Fee re Deposition of Carlito Tabilas | $84.00 | $84.00 | |
| | Cecilia A. Flores | Reporter's Fee re Deposition of Joselito Gutierrez | $118.00 | $118.00 | |

1

| Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|
| October - cont'd | O'Connor Dotts & Banes | Copy Cost re Depositions of Tabilas and Gutierrez | $162.45 | $162.45 | |
| **2004** | | | | | |
| **March** | Cecilia A. Flores | Reporter's Fee re Deposition of Peter MacLeod | $296.00 $228.25 | $296.00 $228.25 | |
| | LegaLink Dallas - Global Court Reporting | Reporter's Fee re Deposition of Ben Casey | $792.00 | $792.00 | |
| | World Tour & Travel | Airfare of Robert O'Connor to/from Site for the Deposition of Ben Casey | $5,772.76 | | $5,772.76 |
| | Robert O'Connor American Express Card re Holiday Inns- AristocDallas | Hotel | $162.65 | | $162.65 |
| | Brown & Toleu Ltd. - Court Reporters | Reporter's Fee re Deposition of Bruce Swanney | $446.15 | $446.15 | |
| | Robert O'Connor | Airfare of to/from Site for the Deposition of Bruce Swanney | $258.00 | | $258.00 |

2

| Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|
| March - cont'd | Robert O'Connor - American Express Card - Residence InnTempe | Hotel | $446.04 | | $446.04 |
| | O'Connor Dotts & Banes | Copies Cost re depositions of MacLeod, Casey and Swanney | $758.25 | $758.25 | |
| | VideoDep Inc. | Video Deposition of Bruce Swanney | $163.30 | $163.30 | |
| | Robert O'Connor | Car | $35.00 | | $35.00 |
| June | Esquire Deposition Services, LLC | Reporter's Fee re Deposition of Edward Williamson | $649.55 | $649.55 | |
| | O'Connor Berman Dotts & Banes | Airfare to/from Site for Deposition of Williamson | $374.00 $714.00 | | $374.00 $714.00 |
| | | Hotel | $288.07 | | $288.07 |
| July | Ralph Rosenberg - Court Reporters, Inc. | Reporter's Fee re Deposition of Frank Dennis | $1,044.21 | $1,044.21 | |
| | Robert O'Connor - American Express Card | Airfare to/from Site for Deposition of Dennis | $1,904.74 | | $1,904.74 |
| | | Car | $170.00 | | $170.00 |

3

| Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|
| **July - cont'd** | O'Connor Dotts & Banes | Copy Costs re Deposition | $283.50 | $283.50 | |
| | Cecille A. Flores - Certified Shorthand Reporter | Reporter's Fee re Deposition of Simeon Delos Santos | $336.00 | $336.00 | |
| **September** | Veronica Flores, Freelance Stenotype Reporter | Reporter's Fee re Deposition of Reynaldo Arce | $797.50 | $797.50 | |
| | Cecille A. Flores - Certified Shorthand Reporter | Reporter's Fee re Deposition of Jurgen Unterberg | $96.00 | $96.00 | |
| | Cecilia F. Flores - Freelance Stenotype Reporter | Reporter's Fee re Deposition of Joselito Gutierrez | $39.00 | $39.00 | |
| | O'Connor Dotts & Banes | Copy Costs re Depositions of Delos Santos, Arce, Unterberg, Gutierrez | * $684.55 | $683.55 | $1.00 |
| **2005** | | | | | |
| **April** | Depo Resources | Reporter's Fee re Depositions of Albert Tsutsui, Dean Gillham & Kenneth Collard | $786.55 | $786.55 | |

4

| Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|------|--------|-------------|----------------|----------------|---------------|
| **May** | Robert O'Connor - American Express Card | Airfare to/from Site re Deposition of Elliott Boone and Webb Hayes | $4,910.65 | | $4,910.65 |
| | | Hotel | $978.18 | | $978.18 |
| *The amount claimed under Copies for the month of September 2004 is $684.55. The receipts provided show a total of $683.55 as noted on Exhibit D.<br>**Adjustment made on the total costs for the Court Reporter's Fees and Copies. Court Reporter's Fees should read $5876.51 instead of $5876.62. The cost for copies should read $1888.75 instead of $1887.75. The Grand Total Amount for the above should be $23,779.35 instead of $23,778.46.* | | | **$23,779.35 | $7,764.26 | $16,015.09 |

| Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|
| **Witness fees for depositions:** | | | | | |
| Elliott Boone | | Witness Fee for deposition | $4,680.00 | $4,680.00 | |
| **Other Expenses** | | | | | |
| O'Connor Berman Dotts & Banes | | Engineering Copy from Pacific Quick Print & Post | $48.00 | $48.00 | |
| | | Copies of designated portions of depositions for filing | $655.20 | $655.20 | |
| | | Reimbursement for Trial Supplies purchased from Benson and Golden Marketing - <br> Hand truck w/cord <br> Easel <br> Easel Paper | $152.64 <br> $220.92 <br> $15.96 | | $152.64 <br> $220.92 <br> $15.96 |
| Total | | | $5,772.72 | $5,383.20 | $389.52 |

6

| Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|------|--------|-------------|----------------|----------------|---------------|
| Witness fees per 18 U.S.C. §1821 | | | | | |
| Steve Cox | | Witness - Attendance Fee (Twelve Days @ $40. per day) | $480.00 | $480.00 | |
| | | Airfare | $4,511.55 | $1,167.86 | $3,343.69 |
| | | Subsistence Allowance - (Per Diem rate @ $225.) | $2,700.00 | $2,700.00 | |
| Webb Hayes | | Witness - Attendance Fee (Three Days @ $40. per day) | $120.00 | $120.00 | |
| | | Airfare | $4,511.55 | $1,167.86 | $3,343.69 |
| | | Subsistence Allowance (Per Diem rate @ $225.) | $675.00 | $675.00 | |
| Total Costs | | | $12,998.10 | $6,310.72 | $6,687.38 |
| Grand Total | | | $42,550.17 | $19,458.18 | $23,091.99 |

Pursuant to the Order re Plaintiff's Motion to Review Taxation of Costs and Winzler & Kelly's Motion for Judicial Review of Taxation of Costs filed on June 29, 2006, costs are hereby amended and taxed in the amount of Nineteen Thousand Four Hundred Fifty Eight Dollars and Eighteen Cents ($19,458.18) against the plaintiff. Said amount will be included in the judgment. Claims in the amount of Twenty-Three Thousand Ninety-One Dollars and Ninety-Nine Cents ($23,091.99) are hereby denied as non- taxable costs under LR54.1 of the District Court of Guam, Local Rules of Practice, and Title 28 U.S.C. §1920.

Dated this 14th day of July, 2006.

Rosita P. San Nicolas
Chief Deputy Clerk