# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Black Construction Corporation, et al., <br><br> Defendants. | Case No. 1:03-cv-00009 |

# NOTICE OF ENTRY

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Second Amended Judgment in a Civil Case filed July 14, 2006*
*Date of Entry: July 17, 2006*

The original judgment is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** July 17, 2006                                                         Clerk of Court
                                                                                                         **/s/ Mary L.M. Moran**