# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| S.J. Gargrave Syndicate at Lloyds,<br><br>Plaintiff,<br><br>vs.<br><br>Black Construction Corporation, et al.,<br><br>Defendants. | Case No. 1:03-cv-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Amended Taxation of Costs re: Winzler and Kelly Consulting Engineers filed July 14, 2006, on the dates indicated below:

| Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C. | Tarpley and Moroni, LLP | Carlsmith Ball, LLP | Berman O'Connor Mann and Shlov |
|---|---|---|---|
| July 17, 2006 | July 17, 2006 | July 17, 2006 | July 19, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Amended Taxation of Costs re: Winzler and Kelly Consulting Engineers filed July 14, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 20, 2006    /s/ Virginia T. Kilgore
                          Deputy Clerk