
FILED
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYD'S, Plaintiff, vs BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT PLANNING SERVICES CORPORATION, Defendants | CIVIL CASE NO. 03-00009 SECOND AMENDED TAXATION OF COSTS Re: Engineering, Management & Planning Services Corporation |
|---|---|

## ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|---|
| 1 | 11/2/2003 | Copy Express | Copying charges | $17.00 | $17.00 | |
| 2 | 1/31/2004 | Thomas M. Tarpley, Jr. | Copying charges | $25.20 | $25.20 | |
| 3 | 4/26/2004 | Cecille Flores | Deposition Transcript - Peter MacLeod (March 5, 2005) | $296.00 | $296.00 | |

1

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|---|---|---|---|---|---|---|
| 4 | 4/26/2004 | Cecilia Flores | Deposition Transcript - Peter MacLeod (March 4, 2005) | $213.25 | $213.25 | |
| 5 | 4/30/2004 | Thomas M. Tarpley, Jr. | Copying charges | $25.20 | $25.20 | |
| 6 | 5/28/2004 | Thomas M. Tarpley, Jr. | Copy Express Advance payment | $12.25 | $12.25 | |
| 7 | 5/31/2004 | Thomas M. Tarpley, Jr. | Fast Copy (Advance payment ) | $68.21 | $68.21 | |
| 8 | 6/29/2004 | Thomas M. Tarpley, Jr. | Deposition Witness Fee - Simeon Delos Santos | $35.00 | $35.00 | |
| 9 | 6/29/2004 | Thomas M. Tarpley, Jr. | Deposition Witness Fee - DPW | $35.00 | $35.00 | |
| 10 | 6/30/2004 | Thomas M. Tarpley, Jr. | Fax and copying | $12.58 | $12.58 | |
| 11 | 7/20/2004 | Cobri Inc. | Process server fee re Delos Santos | $45.00 | $45.00 | |
| 12 | 7/20/2004 | Cobri Inc. | Process server fee re DPW | $45.00 | $45.00 | |
| 13 | 7/29/2004 | A.H. Tsutsui | Professional services | $1,454.25 | | $1,454.25 |
| 14 | 7/31/2004 | Thomas M. Tarpley, Jr. | Copying charges | $101.80 | $101.80 | |
| 15 | 8/31/2004 | NEXIS | Research | $21.37 | $21.37 | |
| 16 | 9/20/2004 | Cobri Inc. | Process server fee re Delos Santos | $45.00 | $45.00 | |
| 17 | 9/20/2004 | Cobri Inc. | Process server fee re DPW | $45.00 | $45.00 | |

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|------|------|--------|-------------|----------------|----------------|---------------|
| 18 | 9/29/2004 | A.H. Tsutsui | Professional services | $329.25 | | $329.25 |
| 19 | 9/30/2004 | Cecilia Flores | Deposition transcript - DPW | $100.00 | $100.00 | |
| 20 | 10/7/2004 | Messrs. Blair Sterling | Copying charges - Carlito Tabilas and Joselito Gutierrez deposition transcripts | $33.50 | $33.50 | |
| 21 | 10/19/2004 | Cecille Flores | Deposition transcript - Simeon Delos Santo | $1,061.84 | $1,061.84 | |
| 22 | 10/22/2004 | Cecilia Flores | Deposition transcript - N.C. Macario | $166.00 | $166.00 | |
| 23 | 10/23/2004 | Cecille Flores | Deposition transcript - Jurgen H.W. Unterbeg | $112.80 | $112.80 | |
| 24 | 10/31/2004 | Thomas M. Tarpley, Jr. | Copying charges | $127.20 | $127.20 | |
| 25 | 11/8/2004 | Veronica Flores | Deposition transcript - Reynaldo Arce | $248.37 | $248.37 | |
| 26 | 11/10/2004 | Copy Express | Copying charges | $10.00 | $10.00 | |
| 27 | 11/30/2004 | Thomas M. Tarpley, Jr. | Copying charges | $292.80 | $292.80 | |
| 28 | 12/8/2004 | A.H. Tsutsui | Professional services | $125.00 | | $125.00 |
| 29 | 2/28/2005 | Thomas M. Tarpley, Jr. | Copying charges | $17.20 | $17.20 | |
| 30 | 3/21/2005 | Cecilia Flores | Deposition transcript - Joselito Gutierrez | $202.00 | $202.00 | |
| 31 | 4/26/2005 | A.H. Tsutsui | Professional services | $292.50 | | $292.50 |

3

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|------|------|--------|-------------|----------------|----------------|---------------|
| 32 | 4/30/2005 | Thomas M. Tarpley, Jr. Continental Airlines | Airfare to San Francisco and copying charges | $1593.51 + 29.60 = $1,623.11 | | $1,623.11 |
| 33 | 5/18/2005 | Top Travel Agency | Airfare - Arce settlement conference - Saipan + parking fee + meals | $246.36 | | $246.36 |
| 34 | 5/18/2005 | Top Travel Agency | Airfare - Tarpley - settlement conference - Saipan | $192.36 | | $192.36 |
| 35 | 5/24/2005 | Deposition Resources | Deposition transcript - Edgardo Jabinigay | $99.70 | $99.70 | |
| 36 | 5/25/2005 | Thomas M. Tarpley, Jr. | Cab fare - San Francisco + hotel - San Francisco | $416.06 | | $416.06 |
| 37 | 5/31/2005 | Thomas M. Tarpley, Jr. | Copying charges | $286.80 | $286.80 | |
| 38 | 6/8/2005 | Thomas M. Tarpley, Jr. | Deposition transcript - Elliott Boone (Vol. 1) | $842.65 | $842.65 | |
| 39 | 6/8/2005 | Thomas M. Tarpley, Jr. | Deposition transcript - Elliott Boone (Vol. 2) | $650.20 | $650.20 | |
| 40 | 6/30/2005 | Thomas M. Tarpley, Jr. | Copying charges | $85.60 | $85.60 | |
| 41 | 10/31/2005 | Thomas M. Tarpley, Jr. | Copying charges | $318.60 | $318.60 | |
| 42 | 11/21/2005 | Depo Resources | Deposition transcript + binding charge re Perfecto Jose | $148.25 | $148.25 | |
| 43 | 11/30/2005 | Thomas M. Tarpley, Jr. | Copying charges | $95.60 | $95.60 | |

| Item | Date | Vendor | Description | Amount Claimed | Amount Allowed | Amount Denied |
|------|------|--------|-------------|----------------|----------------|---------------|
| 44 | 12/6/2005 | A. Tsutsui | Professional services | $1,933.75 | | $1,933.75 |
| 45 | 11/14/2005 | A. Tsutsui | Witness fee | | *$40.00 | |
| Total Cost | | | | $12,554.61 | $5,981.97 | $6,612.64 |

*Pursuant to the Order re EMPSCO'S Motion for Attorney's Fees and Expert Witness Fees As Costs and Review of Clerk's Determination of Allowable Costs filed on June 29, 2006, cost are hereby amended and taxed in the amount of Five Thousand Nine Hundred Eighty One Dollars and Ninety-Seven Cents ($5,981.97) against the plaintiff. Said amount will be included in the judgment. Claims in the amount of Six Thousand Six Hundred Twelve and Sixty-Four Cents ($6,612.64) are hereby denied as non-taxable costs under LR54.1 of the District Court of Guam, Local Rules of Practice, and Title 28 U.S.C. §1920.

Dated this 24th day of July, 2006.

*Rosita P. San Nicolas* (signature)
Rosita P. San Nicolas
Chief Deputy Clerk

5