# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

S.J. GARGRAVE SYNDICATE

AT LLOYDS, et al.,

V.

BLACK CONSTRUCTION
CORPORATION, et al.

**THIRD AMENDED
JUDGMENT IN A CIVIL CASE**

Case Number:     03-00009

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment amended to include Clerk's taxation of costs. Taxation of costs re: Engineering, Management and Planning Services Corporation, filed January 9, 2006, in the amount of $5,941.97. Amended taxation of costs re: Engineering, Management and Planning Services Corporation, filed January 11, 2006, in the amount of $5,941.97. Taxation of costs re: Winzler and Kelly Consulting Engineers, filed July 11, 2006, in the amount of $26,145.56. Amended Taxation of Costs re: Winzler and Kelly Consulting Engineers, filed July 14, 2006, in the amount of $19,458.18.

Second Amended Taxation of Costs re: Engineering, Management and Planning Services Corporation, filed July 25, 2006, in the amount of $5,981.97.

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

JULY 25, 2006
Date

MARY L.M. MORAN
Clerk

(By) Deputy Clerk