


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

May 21, 2008

David Ledger, Esq.
Carlsmith Ball LLP
Suite 401, Bank of Hawaii Bldg.
134 West Soledad Avenue
Hagåtña, GU 96910

Re:    CV-03-00009
        S. J. Gargrave Syndicate at Lloyds –vs- Black Construction Corporation, et al

Dear Mr. Ledger:

A Third Amended Judgment was filed on July 25, 2006, in the above-entitled matter.

Therefore, notice is hereby given pursuant to LR 79.1(b) to claim and withdraw all exhibits filed in connection with the above-entitled case within twenty (20) days from the date of this notice.  If the foregoing items are not withdrawn within forty (40) days after this date, the Clerk may destroy them or make other disposition as she sees fit.  (See LR 79.1(c).)

Thank you for your assistance in this matter.

Sincerely,

/s/ Leilani R. Toves Hernandez
Deputy Clerk