# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, et al,<br><br>Defendants. | CIVIL CASE NO. 03-00009<br><br>RECEIPT OF EXHIBITS |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ ] Plaintiff's     [X] Defendant's     [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

See attached Joint Exhibit List, etc., filed 10/25/ 2005

See attached Volume 2 Joint Exhibit List, filed 11/7/2005

See attached Stipulation Regarding Plaintiff's Exhibits 1-77 and Defendants' Joint Exhibits 1-69, filed 11/9/2005

_____
Signature

ARIES J. MENDIOLA
Name

5/22/08
Date

Blair Sterling Johnson, Martinez & Leon Guerrero P.C.
Office/Firm Receiving Exhibits

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM

OCT 25 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>Defendants. | CIVIL CASE NO. CV03-00009<br><br>**JOINT EXHIBIT LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION** |
|---|---|

COME NOW Defendants BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION and provide their Trial Exhibit List.

| EXHIBIT NO. | DESCRIPTION | DATE ~~ADMITTED~~ Iden./Off. | Adm |
|---|---|---|---|
| D1 | January 4, 1995 Consultant Agreement between the Port Authority of Guam (hereinafter "PAG") and N.C. Macario & Associates, Inc. (hereinafter "Macario") | 11/11/05 | 11/11/05 |
| D2 | August 24, 1995 Memorandum from Marilou M. Baluyut (hereinafter "Baluyut") to Doug Dean (hereinafter "Dean") | 11/16/05 | 11/9/05 |
| D3 | September 28, 1995 letter from Eulogio Bermudes (hereinafter "Bermudes") of PAG to Dean | | 11/9/05 |
| D4 | October 17, 1995 letter from Bermudes to Roland S. Miller of Winzler & Kelly (hereinafter "Winzler") | 11/14/05 | 11/9/05 |

| | | | Date Iden./Off. | Date Adm |
|---|---|---|---|---|
| D5 | October 31, 1995 letter from Petronilo Q. Villaluz of EMPSCO to Bermudes | | | 11/9/05 |
| D6 | EMPSCO proposed fee breakdown with handwritten alterations by PAG | | 11/11/05 | 11/11/05 |
| D7 | EMPSCO fee breakdown with negotiated amounts from PAG | | | |
| D8 | Revised and agreed EMPSCO fee breakdown (negotiated) | | 11/14/05 | 11/14/05 |
| D9 | December 1995 Winzler structural calculations for repairs to Dolphins A, B, C, and D | | 11/15/05 | 11/9/05 |
| D10 | December 1, 1995 letter from Bermudes to Villaluz re Notice to Proceed | | 11/14/05 | 11/9/05 |
| D11 | December 8, 1995 memorandum from EMPSCO to Bridgestone re photos of existing fenders to be removed and replaced | | | |
| D12 | December 12, 1995 letter from EMPSCO to Mr. Dave O'Brien of Shell | | 11/14/05 | 11/9/05 |
| D13 | December 11, 1995 Minutes of Meeting between PAG, EMPSCO and Shell re repairs and upgrading to Fuel Pier F-1 (pg 1 only-admitted) | | 11/11/05 | 11-11-05 pg 1 only |
| D14 | December 14, 1995 memorandum re cathodic protection from Engineering Resources International to EMPSCO | | | |
| D15 | December 15, 1995 memorandum from Butch Arce (hereinafter "Arce") of EMPSCO to Thomas Boomer re pile encapsulation | | | |
| D16 | December 15, 1995 letter from Bermudes t Shell re Port not liable for Winzler & Kelly charges | | 11/14/05 | 11/9/05 |
| D17 | December 17, 1995 fax from Master Builders Inc. to EMPSCO re pile encapsulation process | | | |
| D18 | December 21, 1995 letter from EMPSCO to Bermudes re 65% progress submittal | | | |
| D19 | December 28, 1995 memorandum from Shell to PAG re revised calculations for Winzler & Kelly | | | 11/9/05 |
| D20 | January 10, 1996 100% submittal from EMPSCO to PAG | | 11/14/05 | 11/9/05 |
| D21 | February 15, 1996 letter from Bermudes to EMPSCO re bids in excess of budgeted amount | | 11/14/05 | 11/14/05 |
| D22 | February 16, 1996 letter from Villaluz to Bermudes re deletion of encapsulation system | | 11/17/05 | 11/9/05 |
| D23 | March 11, 1996 letter from Black Construction Corporation (hereinafter "Black") to PAG re refusal to accept deletion of piling encapsulation in its entirety | | 11/14/05 | 11/9/05 |
| D24 | March 15, 1996 letter from Black to PAG re proposal to reduce repair costs to $1,407,682 and pursuant to proposal B | | 11/11/05 | 11/9/05 |

| | | | Date Iden/Off. | Date Adm. |
|---|---|---|---|---|
| D25 | March 20, 1996 memorandum from F. Philip Carbullido, Esq. to Simeon Delos Santos (hereinafter "Delos Santos") of PAG re review of proposals A and B | | 11/11/05 | 11/11/05 |
| D26 | March 26, 1996 letter from Bermudes to Jose re acceptance of Proposal B | | | 11/9/05 |
| D27 | March 27, 1996 letter from Villaluz to Bermudes re approval of Proposal B | | 11/11/05 | 11/9/05 |
| D28 | April 15, 1996 Black purchase order to Winzler for design of alternate pile repair system | | | 11/18/05 |
| D29 | April 18, 1996 letter from Rod Bismonte of Black to PAG re verification of piles to be repaired | | | 11/9/05 |
| D30 | May 1, 1996 letter from Bismonte of Black to PAG re verification of 107 piles to be repaired | | | 11/9/05 |
| D31 | April 29, 1996 internal Black memorandum re acquisition of epoxy system | | 11/10/05 | 11/10/05 |
| D32 | May 1, 1996 letter from Lito Gutierrez (hereinafter "Gutierrez") of Black to PAG re possible substitution of alternate fender system | | 11/18/05 | 11/17/05 |
| D33 | May 16, 1996 Black purchase order to Concrete Tie re purchase of adhesive anchor | | | 11/9/05 |
| D34 | May 17, 1996 memo from Bismonte of Black to Bruce Swanney of Winzler re request for structural design data | | 11/14/05 | 11/9/05 |
| D35 | May 21, 1996 transmittal memo from Swanney of Winzler to Black re structural calculation data | | 11/14/05 | 11/9/05 |
| D36 | May 28, 1996 memo from Macario to Black re Submittal No. 18a | | | 11/9/05 |
| D37 | May 22, 1996 memo from EMPSCO to Macario re review of Submittal No. 12 | | 11/14/05 | 11/9/05 |
| D38 | May 22, 1996 memo from Macario to Black re status of various submittals | | | 11/9/05 |
| D39 | May 24, 1996 letter from Black to Macario with attachments re structural calculation data | | | 11/9/05 |
| D40 | May 28, 1996 transmittal memo from Macario to EMPSCO re structural calculation | | | 11/9/05 |
| D41 | May 28, 1996 memo from EMPSCO to Macario re Submittal Nos. 12 and 12c | | | 11/9/05 |
| D42 | May 29, 1996 transmittal memo from Macario to Black re supplemental info for Submittals 12 and 12c | | | 11/9/05 |
| D43 | June 11, 1996 memo from Black to Macario re submittal status report | | | 11/9/05 |

| Ex. | Description | Date Iden/Off | Date Adm |
|---|---|---|---|
| D44 | June 17, 1996 transmittal memo with attachments from Macario to Black re submittals 12b and 18a | 11/14/05 | 11/9/05 |
| D45 | August 5, 1996 letter from Bismonte of Black to Macario re Submittal No. 18 non-typical cases of pile top plates | | 11/9/05 |
| D46 | Black purchase orders to Winzler dated July 25, 1996, November 1, 1996, December 17, 1996, May 7, 1997, and May 16, 1997 | | 11/9/05 |
| D47 | Macario Construction observation reports for inspections on December 26, 1996, January 23, 1997, January 24, 1997, and January 27, 1997 | 11/10/05 | 11/11/05 |
| D48 | Excerpt ("Brief Progress Report") from Construction Status Report from Macario for events during December 1996 | 11/11/05 | 11/11/05 |
| D49 | February 14, 1997 pre-final inspection report sign sheet | | |
| D50 | Submittal register | 11/11/05 | 11/11/05 |
| D51 | June 13, 1997 letter from Bismonte of Black to Macario re final acceptance | 11/10/05 | 11/9/05 |
| D52 | March 22, 1999 letter from Dean to PAG re repair of piles on Dolphin A | | 11/18/05 |
| D53 | August 3, 2000 letter from Baluyut to Delos Santos re costs for F1 projects | 11/11/05 | |
| D54 | May 17, 2001 Port Authority police offense report form re berthing incident at F1 | 11/9/05 | |
| D55 | November 10, 2001 letter from Ben Casey (hereinafter "Casey") of Smithbridge to Peter MacLeod (hereinafter "MacLeod") re F1 Pier | 11/11/05 | 11/11/05 |
| D56 | November 10, 2001 letter from Casey to MacLeod with hand-written change | 11/11/05 | 11/11/05 |
| D57 | November 10, 2001 letter from Casey to MacLeod incorporating hand-written changes | 11/11/05 | 11/9/05 |
| D58 | E-mail from MacLeod to Casey re Mel Junsay's concerns re repair strength | | 11/9/05 |
| D59 | January 3, 2002 memo from Dean to Casey re listing of vessel movement | 11/11/05 | 11/18/05 |
| D60 | January 21, 2002 letter from Baluyut to PAG re costs of emergency repair | | 11/9/05 |
| D61 | February 2002 letter from Duenas & Associates to Smithbridge re proposal for design work | | 11/9/05 |
| D62 | March 15, 2002 Report No. 3 from MacLeod to Lloyds Underwriters | | 11/18/05 |
| D63 | April 16, 2002 Building Permit No. B02000244 | 11/11/05 | 11/9/05 |
| D64 | July 3, 2002 letter from Cozen O'Connor to insurers at interest re contingent fee proposal | | |

| | | Date Iden/Off: | Date Adm: |
|---|---|---|---|
| D65 | March 12, 2004 letter from Delos Santos to EMPSCO re request for clarification re contract agreement | 11/11/05 | 11/11/05 |
| D66 | Gargrave's Initial Complaint | | |
| D67 | OCEL Report of January 3, 2002 | | 11/9/05 |
| D68 | Overview of F-1 Pier | | 11/9/05 |
| D69 | Frank Dennis Survey Notes | | 11/9/05 |
| D70 | Photographs of F1 Pier and Dolphins (as needed) A, | 11/16/05 | 11/16/05 |
| D71 | Sample Epoxy Capsule (Demonstrative) | | |
| D72 | Sample Bolts (Demonstrative) | | |
| D73 | Sample Bolt Hole (Demonstrative) | | |
| D74 | Sample Epoxy (Demonstrative) | | |
| D75 | Overview Diagram of F1 Pier and Dolphins (Demonstrative) | | |
| D76 | Aerial Photograph of Tumon Bay (Demonstrative) | | |

Defendants reserve the right to supplement this Exhibit List to include exhibits, originally included on their Rule 26(a)(3)(C) Designation, which have been omitted from this listing inasmuch as the identical exhibits were included on the Plaintiff's Rule 26(a)(3)(C) Designation as exhibits to be used by the Plaintiff at trial should the Plaintiff fail to include those Exhibits in its Trial Exhibit List.

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

DATED: OCTOBER 25, 2005

**BERMAN O'CONNOR MANN & SHKLOV**

BY: _____
DANIEL J. BERMAN
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

DATED: OCTOBER ____, 2005

**TARPLEY & MORONI, LLP**

original signed by:
BY: Thomas M. Tarpley, Jr
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: OCTOBER 25, 2005

E62\27946-29
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\258-JOINT EXHIBIT LIST OF
BCC, W&K & EMPSCO RE GARGRAVE V BLACK ET AL.DOC

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Black Construction Corporation*

FILED
DISTRICT COURT OF GUAM

NOV - 7 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS, | ) | CIVIL CASE NO. CV03-00009 |
| Plaintiff, | ) | **VOLUME 2** |
| vs. | ) | **JOINT EXHIBIT LIST OF DEFENDANTS BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS AND ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION** |
| BLACK CONSTRUCTION CORPORATION and WINZLER & KELLY CONSULTING ENGINEERS and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW Defendants **BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS,** and **ENGINEERING MANAGEMENT & PLANNING SERVICES CORPORATION** and provide their Trial Exhibit List - Volume 2.

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| D77 | Lloyd's Policy | 11/11/05 |
| D78 | Port claim | 11/11/05 |
| D79 | MacLeod's Settlement Allocation | |
| D80 | MacLeod's Report No. 1 | 11/10/05  11/18/05 |
| D81 | MacLeod Report No. 3 | |
| D82 | MacLeod Report No. 6 | |
| D83 | E-mail of August 12, 2003 from MacLeod to Booth | |
| D84 | E-mail of December 2, 2003 from MacLeod to Booth | |
| D85 | Letter of May 9, 2005 from Boone to Booth | |

| | | Date Iden: | Date Adm |
|---|---|---|---|
| D86 | Copy of PEALS Law | | |
| D87 | UBC § 106.3.4 | | |
| D88 | Pre-final Inspection Sign Off Sheet | 11/10/05 | 11/18/05 |
| D89 | PEALS Rules & Regulations | | |
| D90 | June 6, 1997 Letter from Black Construction to Simeon Delos Santos re: Repairs & Upgrades to Foxtrot F-1 Pier, Apa Hbr w/ other attachments | 11/11/05 | 11/11/05 |
| D91 | Drawing depicting Failure Plane & Pullout Force | 11/15/05 | 11/16/05 |
| D92 | Drawing depicting Mooring Forces, Gale Force winds & piers | 11/16/05 | 11/16/05 |
| D93 | Proposal Worksheet, prepared by Ken Collard | 11/16/05 | 11/16/05 |
| D94 | Drawing labeled "Diagram B" | 11/16/05 | 11/16/05 |
| D95 | Drawing labeled "Diagram A" | 11/16/05 | 11/16/05 |
| D96 | Glass capsule | 11/17/05 | 11/18/05 |
| D97 | Simulated concrete block | 11/17/05 | 11/18/05 |
| D98 | Bolt embedded in plastic tubing | 11/17/05 | |
| D99 | Berthing Energy Summary | 11/18/05 | 11/18/05 |
| D100 | | | |

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Black Construction Corporation*

DATED: NOVEMBER 7, 2005

BERMAN O'CONNOR MANN & SHKLOV

BY: _____
DANIEL J. BERMAN
*Attorneys for Defendant Winzler & Kelly Consulting Engineers*

DATED: NOVEMBER 7, 2005

TARPLEY & MORONI, LLP

BY: _____ (reserve obj)
THOMAS M. TARPLEY, JR.
*Attorneys for Defendant Engineering Management and Planning Services Corporation*

DATED: NOVEMBER 7, 2005

# Exhibits Identified and Admitted
## CV-03-00009
## S.J. Gargrave Syndicate at Lloyds -vs- Black Construction Corporation, et al

### Defendant's Exhibits

| Exhibit No. | Date Identified | Date Admitted | Description |
|---|---|---|---|
| D90C | 11/17/05 | 11/17/05 | January 24, 1996 Facsimile to N.C. Macario & Associates from Rod Bismonte re Repairs & Upgrade to Foxtrot F-1 Pier |
| D90D | 11/17/05 | 11/17/05 | January 17, 1996 Facsimile to N.C. Macario & Associates from Rod Bismonte re Repairs & Upgrade to Foxtrot F-1 Pier |
| D90E | 11/17/05 | 11/17/05 | January 4, 1996 Facsimile to N.C. Macario & Associates from Rod Bismonte re Repairs & Upgrade to Foxtrot F-1 Pier |
| D90I | 11/17/05 | 11/17/05 | Construction Observation Report, dated 01/24/97 |
| D90J | 11/17/05 | 11/17/05 | Daily Progress Production, dated 01/24/97 |
| D90K | 11/17/05 | 11/17/05 | Construction Status Report for the month of January 1997 |
| D90H | 11/17/05 | 11/17/05 | May 15, 1997 Facsimile to Rod Bismonte from N.C. Macario & Associates re Foxtrot F-1 Pier |
|  |  |  |  |
|  |  |  |  |

CARLSMITH BALL LLP

DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

COZEN O'CONNOR

FORREST BOOTH
425 California Street, Suite 2400
San Francisco, CA 94104-2215
Tel No. (415) 617-6100

Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

**FILED**
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| S.J. GARGRAVE SYNDICATE AT LLOYDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLACK CONSTRUCTION CORPORATION, WINZLER & KELLY CONSULTING ENGINEERS, and ENGINEERING, MANAGEMENT & PLANNING SERVICES CORPORATION,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00009<br><br>**STIPULATION REGARDING PLAINTIFF'S EXHIBITS 1-77 AND DEFENDANTS' JOINT EXHIBITS 1-69** |

The undersigned parties hereby stipulate as to the authenticity and admissibility of the following exhibits:

Plaintiff's Exhibits: 1, 2, 4, 5, 6, 9, 11, 17, 18, 25, 26, 31, 32, 33, 42, 48, 49, 55, 56, 57, 62, 71, 75, 76, 77.

Defendant's Exhibits: 2, 3, 4, 5, 9, 10, 12, 16, 19, 20, 22, 23, 24, 26, 27, 29, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 57, 58, 60, 61, 63, 67, 68, 69.

The undersigned parties hereby stipulate as to the authenticity of the following exhibits, but dispute the admissibility thereof:

Plaintiff's Exhibits: 20, 21, 22, 23, 37, 39, 43, 46, 47, 50, 51, 53, 58, 66, 69, 73, 74.

Defendant's Exhibits: 1, 6, 11, 14, 15, 17, 18, 21, 25, 28, 32, 47, 50, 52, 53, 55, 56, 59, 62, 64, 65, 66.

The undersigned parties have not reached a stipulation as to the authenticity or admissibility of the following exhibits:

Plaintiff's Exhibits: 3, 7, 8, 10, 12, 13, 14, 15, 16, 19, 24, 27, 28, 29, 30, 34, 35, 36, 38, 40, 41, 44, 45, 52, 54, 59, 60, 61, 63, 64, 65, 67, 68, 70, 72.

Defendant's Exhibits: 7, 8, 13, 31, 48, 49, 54.

SO STIPULATED AND AGREED TO this 9 day of November 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
STEPHEN C. SMITH
ELYZE McDONALD
Attorneys for Plaintiff
S.J. Gargrave Syndicate at Lloyds

SO STIPULATED AND AGREED TO this 9th day of November 2005.

KLEMM BLAIR STERLING &
JOHNSON, P.C.

_____
THOMAS C. STERLING
Attorneys for Defendant
Black Construction Corporation

SO STIPULATED AND AGREED TO this 8 day of November 2005.

BERMAN O'CONNOR MANN
& SHKLOV

_____
ROBERT J. O'CONNOR
DANIEL J. BERMAN
Attorneys for Defendant
Winzler & Kelly Consulting Engineers

SO STIPULATED AND AGREED TO this 9th day of November 2005.

TARPLEY & MORONI, LLP

_____
THOMAS M. TARPLEY, JR.
Attorneys for Defendant
Engineering, Management & Planning
Services Corporation